**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JOHN DOE | Case No. |
| Plaintiff | Judge: |
| v. | [PROPOSED] ENTRY RE: |
| LITTLE MIAMI SCHOOL DISTRICT, ET AL | MOTION FOR EXPEDITED DISCOVERY |
| Defendants | |

This matter came before the Court on the Motion of Plaintiff for limited expedited discovery in anticipation of a hearing on the Motion for a Preliminary Injunction. For good cause shown, the Motion is GRANTED.  The Court finds that Expedited discovery is necessary to allow the Plaintiff to obtain information to present to the Court in support of the Motion for a Preliminary Injunction.

Defendant shall, with ten days of this Order, produce the following documents:

(i)     All documents concerning the decision by Little Miami School Board to order the removal of the Hate Has No Home Here Flag;

(ii)    All correspondence and communications regarding the Hate Has No Home Here Flag including, but not limited to, any complaints received by parents;

(iii)   All documents concerning policies for classroom displays including, but not limited to, the classroom display policy considered by the School Board in 2024;

(iv)   All documents concerning the drafting and adoption of Board Policy 5780.01, entitled Parents' Bill of Rights.

(v)    All documents concerning disruption or interference in the classroom or elsewhere in the school related to the Hate Has No Home Here Flag; and

1

(vi)     All documents concerning whether the Hate Has No Home Here Flag constitutes "sexuality content" a defined by R.C. 3113.473(G)(5) and/or Board Policy 5780.01.

Defendants shall also produce a privilege log for any documents withheld on the basis of attorney-client privilege, attorney work product, or any other claim of privilege.

Defendant shall comply with any obligations under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g, through redactions of any student personal identifying information.

Plaintiff nay submit additional requests for the production of documents to Defendant if it appears necessary as litigation proceeds. Defendant may also submit reciprocal requests for the production of documents to Plaintiff. If the parties, after good faith conferral, are unable to agree on the scope of additional or reciprocal discovery, the Parties shall contact the Court for a discovery conference.

In addition, each party shall be permitted to take no more than five depositions by videoconference. Depositions shall be completed no later than 14 days prior to any hearing on the Motion for Preliminary Injunction.

SO ORDERED.

_____
JUDGE
UNITED STATES DISTRICT COURT

2