**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JOHN DOE | Case No. 1:26-cv-00351-MWM |
| Plaintiff | Judge: McFarland |
| v. | NOTICE OF EXHIBIT |
| LITTLE MIAMI SCHOOL DISTRICT, ET AL | |
| Defendants | |

Pursuant to Local Rule 65.1(b), the undersigned counsel respectfully submits the attached

Exhibit in Support of the Motion for Leave to Proceed Anonymously (Doc#2).

Respectfully submitted,

 /s/ Joshua Engel
Joshua Adam Engel (OH 0075769)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

1