14:52

# Little Miami Schools Sc...

 **Little Miami Schools Scoop**
2d · 🌐

## Little Miami Teacher busted for indoctrination.

 **Access Ohio by Darbi Boddy**
3d · 🌐

🚨 **Woke Teacher Exposed in Little Miami Classrooms** 🚨 ... **more**

have discussed, I do not ultimately care what students personally
share my personal beliefs with my students. However, whatever th
hey feel, I do expect my students to engage with the material we ha
spectful and intellectual manner grounded in facts. The flag is a re
ist treat their classmates with mutual respect, regardless of perso
beliefs. I am still at a loss as to what the issue with the flag is. Is the
o ==explain which of the represented groups I should allow to be hate==
==m or the school==? My understanding was that Little Miami opposed
If I am mistaken on Little Miami's policies in this regard, please let



different, "

n. My prefe



History
(the Plain Wars)
(Reconstruction and Institutionalized Racism)
(Racial Intolerance Post-WWI)
(Harlem Renaissance)
(Marginalized Groups in WWII)
(2nd Red Scare)
(Civil Rights Movement)
(White Flight, Immigration Reform, Urban Riots of 19

17:20  ‎.ıl 5G 59

  **Greater Cincinna...**  Q  •••

 **Access Ohio by Darbi Boddy** •••
🏆 All-star contributor  2h · 🌐

🚨 Woke Teacher Exposed in Little Miami Classrooms 🚨

▮▮▮▮▮▮▮▮▮▮▮, a history teacher, proudly hangs the "Hate Has No Home Here" flag (complete with pride symbols) in his classroom and claims it's just about stopping bullying.

In his own words:
"My concern is that attempting to find a different, 'neutral' image may inadvertently lead to the erasure of LGBTQ+ representation."

And when questioned:
"I am still at a loss as to what the issue with the flag is. Is the school board able to explain which of the represented groups I should allow to be hated within my classroom or the school?"

Let that sink in.

     

Case: 1:26-cv-00351-MWM Doc #: 5-1 Filed: 04/07/26 Page: 3 of 7 PAGEID #: 57

  

This teacher isn't teaching history — he's pushing an agenda. He openly admits he doesn't want a "neutral" image because it might "erase" LGBTQ+ representation. He frames disagreement with his flag as wanting certain groups to be "hated."

Parents aren't asking for hate. We're asking for neutrality in the classroom — not ideological posters that turn schools into activism zones.

The problem is teachers like him who use state standards as cover to push their agenda, guilt-trip kids over their skin color, and turn history class into a social justice seminar.

The same man who says he doesn't share his personal beliefs still demands students engage with material that clearly reflects his worldview. And when parents push back? He plays victim and acts confused about why a pride flag in a public school classroom is a problem.

     

Case: 1:26-cv-00351-MWM Doc #: 5-1 Filed: 04/07/26 Page: 4 of 7 PAGEID #: 58

 

public school classroom is a problem.

He swears he's just following the state curriculum when he teaches "Marginalized Groups in WWII" and "White Flight" as examples of systemic racism and oppression. According to him, that's "intellectual" and "fact-based."

This is exactly why parents are fed up.

No more sneaking ideology into the classroom under the guise of "inclusion."

No more gaslighting parents who want actual education, not indoctrination.

Little Miami deserves better than teachers who treat disagreement as "hate."

Parents — it's time to speak up.

What do you think should happen with teachers like this?

     

17:20  .ıll 5G<sub>C</sub> 🔋

  **Greater Cincinna...**  🔍  ⋯

# #NoMoreIndoctrination #ParentalRights #LittleMiamiSchools #TransparencyNow



have discussed, I do not ultimately care what students personally
share my personal beliefs with my students. However, whatever th
hey feel, I do expect my students to engage with the material we ha
spectful and intellectual manner grounded in facts. The flag is a re
ist treat their classmates with mutual respect, regardless of perso
beliefs. I am still at a loss as to what the issue with the flag is. Is the
o explain which of the represented groups I should allow to be hate
m or the school? My understanding was that Little Miami opposed
If I am mistaken on Little Miami's policies in this regard, please let

different, "
n. My prefe

**History**
(the Plain Wars)
(Reconstruction and Institutionalized Racism)
(Racial Intolerance Post-WWI)
(Harlem Renaissance)
(Marginalized Groups in WWII)
(2nd Red Scare)
(Civil Rights Movement)
(White Flight, Immigration Reform, Urban Riots of 19

👍 50   💬 109   ↗ 3   😀👍😠


## 😵 Suggested for you   ✕

     

17:20  5G 58

< **Access Ohio by Darbi Boddy's post**





**17:20**  〓〓 5G⛌ 58

‹ **Access Ohio by Darbi Boddy's post**



👍    💬    ↪

As you and I have discussed, I do not ultimately care what students personally believe and I do not share my personal beliefs with my students. However, whatever they believe or however they feel, I do expect my students to engage with the material we have to cover in a respectful and intellectual manner grounded in facts. The flag is a reminder that they must treat their classmates with mutual respect, regardless of personal opinions or beliefs. I am still at a loss as to what the issue with the flag is. Is the school board able to explain which of the represented groups I should allow to be hated within my classroom or the school? My understanding was that Little Miami opposed bullying of all kinds. If I am mistaken on Little Miami's policies in this regard, please let me know.

Thanks,



👍    💬    ↪ 1

My concern is that attempting to find a different, "neutral" image may inadvertently lead to the erasure of LGBTQ+ representation. My preference would be to discuss any

👍    💬    ↪

**American History**
- #11 (the Plain Wars)
- #12 (Reconstruction and Institutionalized Racism)
- #16 (Racial Intolerance Post-WWI)
- #18 (Harlem Renaissance)
- #21 (Marginalized Groups in WWII)
- #24 (2nd Red Scare)
- #27 (Civil Rights Movement)
- #29 (White Flight, Immigration Reform, Urban Riots of 1960s)

👍    💬    ↪