**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JOHN DOE | Case No. 1:26-cv-00351-MWM |
| Plaintiff | Judge:  McFarland |
| v. | NOTICE OF SERVICE PURSUANT TO LOCAL RULE 65.1(b) |
| LITTLE MIAMI SCHOOL DISTRICT, ET AL | |
| Defendants | |

Pursuant to Local Rule 65.1(b), the undersigned counsel certifies the following documents were served on the adverse party's attorney, Omar Tarazi,[1] by email and the adverse party by registered mail:

- Complaint (Doc#1);

- Motion for Leave to Proceed Anonymously (Doc#2);

- Motion for Preliminary Injunction (Doc#3);

- Motion for Expedited Discovery and Proposed Entry (Doc#4); and

- Notice of Exhibit (Doc#5)

Counsel has requested that Defendants' execute a waiver of service of a summons.

Counsel also notes that Defendants have provided a statement to the media indicating that "The Little Miami School District is aware of the lawsuit filed in federal court…"[2]

---

[1] Mr. Tarazi has not responded to indicate that he will be litigation counsel for the District, but he has previously provided advice to the District in this matter.

[2] https://www.wvxu.org/education/2026-04-07/little-miami-teacher-lawsuit-pro-lgbtq-flag

1

Respectfully submitted,

 /s/ Joshua Engel
Joshua Adam Engel (OH 0075769)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was emailed to counsel for Defendants, Omar Tarazi, on April 7, 2026


/s/ Joshua Engel

_____

Joshua A. Engel (0075769)