**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| JOHN DOE | : | |
| Plaintiff, | : | Case No: 1:26-cv-00351-MWM |
| Vs. | : | Judge: Matthew W. McFarland |
| LITTLE MIAMI LOCAL SCHOOL | : | |
| DISTRICT, et. al. | : | |
| Defendants | : | |

**Memo Contra Motion for Leave to Proceed Anonymously**

Plaintiff requests leave to proceed anonymously as "John Doe." While proceeding in such a manner is appropriate in some cases, the circumstances of this case do not warrant it.

First, Plaintiff's own exhibits demonstrates that his identity has already been publicly disclosed and widely circulated on social media in relation to this matter. Plaintiff has had posts online identifying him by name, including his photograph, and quoting directly from his District emails. Plaintiff himself attaches these posts to his motion, acknowledging that the information is already in the public domain.

Second, as a public-school teacher, Plaintiff sent and received all emails concerning the "Hate Has No Home Here" flag on the District's email system. Those emails are public records under Ohio's Public Records Act, R.C. 149.43. The District has already received multiple public-records requests concerning this matter, and Plaintiff's communications via the district email system have already been produced in response to those multiple requests and have been shared with Plaintiff's counsel.

Anonymity at this stage would therefore amount to a legal fiction. In addition, virtually everyone involved in this matter, from other District employee witnesses to Board members, have experienced similar public criticism and support as Plaintiff has. So the logic of Plaintiff

proceeding as John Doe, despite his identity being public knowledge, would extend to protecting

the identity of Defendants and Defendant witnesses in this case as they are all similarly situated.

However, doing so would be equally ineffective.

For the foregoing reasons, Defendants oppose the motion and request that it be denied.

Respectfully Submitted,

/s/ Omar Tarazi
Omar Tarazi (0084165)
5635 Sandbrook Lane
Hilliard, Ohio 43026
Ph:     (614) 226-2823
Fax:    (614) 319-4242
otarazi@tarazilaw.com

**Certificate of Service**

I hereby certify that on 4/11/2026, a copy of the foregoing was served on the Plaintiff's

counsel via email.

/s/ Omar Tarazi
Omar Tarazi (0084165)