## Exhibit A_1
## Excerpt of Transcript of January 28, 2026 Little Miami Board of Education Meeting

The requested section (1:12:26 – 1:16:32) of the transcript from the January 28, 2026, Little Miami Board of Education meeting is provided below to the best of my ability.

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| [01:12] | David Wallace | All right, I think there's been some discussion about the flags and display policy. I know we've looked at that in the past and speaking with our legal, I believe they're putting together a policy right now—well, I shouldn't say a policy, it's more of an admin guideline on adopting it. |
| [01:13] | David Wallace | I don't have it in front of me. Does anyone have the policy number or anything of the policy on the details to read it into it? Oh, Wayne has it, thank you. |
| | Regina Morgan | I think this is the most updated, Dave. |
| [01:13] | David Wallace | I just wanted to kind of talk—this is our lawyer put this in writing and just some of the things where I guess one of the policies would be because questions may arise about whether a lesson, activity, reading, or classroom display is considered sexuality content, the district applies a common sense and objective standard. |
| [01:13] | David Wallace | A lesson, activity, display, or materials is likely to be considered sexually content if a reasonable observer would conclude its primary purpose is to prompt discussion, provide instruction, or solicit student engagement on sexual concepts or gender ideology. |
| [01:13] | David Wallace | And I should preface this—I'm sorry, this came from the Parental Bill of Rights at the state HB8. In contrast, a brief incidental reference that is not intended to prompt instruction or student |

| | | engagement typically does not trigger the policy's procedures. |
|---|---|---|
| [01:14] | David Wallace | Importantly, the test is not whether someone agrees or disagrees with the message of a poster, flag, or book. The question is whether the display or material meets the district's definition of sexuality content and if so, whether the required procedures under Policy 5780.01 have been followed, including parent notice and opt-out rights when applicable. |
| [01:14] | David Wallace | Because there is a defined process in Policy 5780.01, concerns regarding possible violations should be addressed in the following order: So first, a written concern to the building administrator. A parent may file a written concern with the principal or the building administrator of the student's school of attendance regarding topics covered by the policy. |
| [01:15] | David Wallace | The building administrator will take steps with the parent or parents to resolve the concern within 30 days of receipt. Step two would be the appeal to the Superintendent. If the parent is not satisfied with the resolution at the building, the parent may appeal to the Superintendent. |
| [01:15] | David Wallace | The Superintendent will review the matter and issue a decision. Step three: Appeal to the Board of Education. If the Superintendent's decision is appealed, the Board will review the Superintendent or designee's decision and, if the Board determines it necessary, may hold a hearing and then either affirm the decision or determine a new resolution. |
| [01:15] | David Wallace | Nothing in this process prevents a parent from contacting a board member regarding a concern. However, as best practice, if a board member becomes aware of a concern, it is recommended the board member notify the Superintendent so the administration has an opportunity to address |

| | | |
|---|---|---|
| | | the matter through established process before it is brought before the Board level action. |
| [01:15] | David Wallace | So, I imagine we will have something sent to the school or to the staff so everyone's on track. I just want to let people know that that is what is currently being worked on. |
| [01:16] | Diane Horvath | Well, I think that one of the important things is that we don't need a flag policy. |
| | Mandy Bullock | Right, we are just following HB8 |
| | Diane Horvath | Because the Ohio Parents Bill of Rights, it covers a lot. |
| | Mandy Bullock | And that allows the teachers to be able to decorate with whatever seasons and that sort of thing – so it doesn't take that away from them. |
| [01:16] | David Wallace | Excellent. All right, so the next board meeting is Wednesday, February 25th at 6 PM. Now we're going to open up comments to non-agenda items. |