Case: 1:26-cv-00351-MWM Doc #: 13-2 Filed: 04/13/26 Page: 1 of 4  PAGEID #: 108

# Exhibit A_2

**January 28, 2026 - 6:00 PM - Regular Meeting (Wednesday, January 28, 2026)**

**Members present**
Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

**Meeting called to order at 6:00 PM**

A. Meeting Opening
Discussion: 1. Roll Call

Procedural: 2. Pledge of Allegiance

Information: 3. Panther Character Award
Carter Wolfram
Layla Cronin
Blake Wesley
Lilah Kinnett
Hunter McKeehan

Information: 4. Panther Pride Award
Seth Meyers

Procedural: 5. Little Miami Mission Statement

Action: 6. Adopt the Amended Agenda
Motion to adopt the amended agenda

Motion by Diane Horvath, second by Dan Smith.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

Action: 7. Reading of the Minutes
Motion to approve the minutes of the December 16, 2025 Regular Board Meeting, January 6, 2026 Organizational Meeting, and January 20, 2026 Special Board Meeting

Motion by Diane Horvath, second by Mandy Bullock.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith


B. Communications and/or Visitors to the Board

Information: 1. Superintendent Comments

Information: 2. HT Township Administrator and Police Chief
Jeff Wright, HT Administrator, Scott Hughes, HT Police Chief, Quillan Short, Asst Police Chief thanked the district for the help with the services for Police Officer Megan Graham

Reports: 3. Warren County Career Center Report
Ray Warrick gave a summary of activities currently at the Career Center


C. Executive Session

Action: 1. To consider the investigation of charges or complaints against a public employee, official, licensee, or student and to confer with an attorney for the board of education concerning disputes involving the board that are the subject of pending or imminent court action
Motion to move into Executive Session to consider the investigation of charges or complaints against a public employee, official, licensee, or student and to confer with an attorney for the board of education concerning disputes involving the board that are the subject of pending or imminent court action

Motion by Dan Smith, second by Diane Horvath.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith
Entered: 6:30 PM
Exited: 6:55 PM

Mr. Wallace proposed to amend the agenda under item G.1 Separation Agreement and Acceptance of Resignation - Resolution 26-004

Motion by Diane Horvath, second by Mandy Bullock.
Final Resolution: Motion Carries
Yes: Mandy Bullock, Dan Smith, Dave Wallace, Diane Horvath, Wayne Siebert

D. Community Comments on Agenda Items

Procedural: 1. Public Comment (three minute limit)
Tessa Malowski- Needs of special education students, district lawyers, consulting firm hiring
Courtney McKeenhan - Board Accountability, District legal representation, technology
Jenna - Agenda items, contracts, transparency, RFP bids
Vikki - Concerns over another financial audit and board spending of money
Jackson - Student - admin contracts, teacher support
Lynn - Concerns of process selecting new attorney and consultants
Libby Shelton - concerns over process of decision making by board, handling of legal, career center and consultant
Julia - parent - first meeting concerns, agenda items, lawyers, consulting.

E. Treasurer's Reports/Financial Reports

Action: 1. Contracts
Motion to approve the following contracts as presented.

Motion by Dave Wallace, second by Diane Horvath.
Final Resolution: Motion Carries
Yes: Diane Horvath, Mandy Bullock, Dave Wallace, Dan Smith
Abstain: Wayne Siebert

Action: 2. Donations
Motion to accept the following donation(s) as presented.

Motion by Dave Wallace, second by Dan Smith.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

F. Superintendent's Reports/Recommendations

Action: 1. Personnel
Motion to approve the following personnel items.

Motion by Wayne Siebert, second by Mandy Bullock.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

Action: 2. Resolution 26-002
Motion to approve Resolution 26-002 as attached

Motion by Diane Horvath, second by Dave Wallace.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

Action: 3. Resolution 26-003

Motion to approve Resolution 26-003 as attached

Motion by Dave Wallace, second by Mandy Bullock.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

Action: 4. Track Field Trip
Motion to approve as indicated.

Motion by Dave Wallace, second by Diane Horvath.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith


G. Board Action

Action: 1. Separation Agreement and Acceptance of Resignation - Resolution 26-004
Motion to Approve Separation Agreement and Acceptance of Resignation - Resolution 26-004


Motion by Mandy Bullock, second by Dan Smith.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith


Action: 2. Financial Review Proposal
Motion to approve financial review proposal as attached.

Discussion was held by Mrs. Bullock on the proposal.  Mrs. Horvath questioned the proposal and had several concerns with it.
Mr. Siebert also questioned why there was not additional bids taken into consideration.

Motion by Dan Smith, second by Dave Wallace.
Final Resolution: Motion Carries
Yes: Mandy Bullock, Dave Wallace, Dan Smith
No: Diane Horvath, Wayne Siebert


H. New Business

Information: 1. Policy First Reads

Reports: 2. Board Reports

Mrs. Horvath discussed several current House Bills that are being proposed in legislature
Mr. Siebert discussed the positives of OSBA and what they can provide for the district
Mr. Wallace discussed an update on the Flags and Display policy

Information, Procedural: 3. Next Board Meeting Date - Wednesday, February 25, 2026 (6:00)


I. Comments on Non-Agenda Items

Procedural: 1. Public Comment (three minute limit)
Geane - board actions, concerns about lawyers, consultants
Courtney Mckennhan - concerned about board ties with NSBLC and its stance on special education students.


J. Adjournment

Action: 1. Adjourn
Motion to adjourn.

Motion by Diane Horvath, second by Dan Smith.

Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith
Adjourned 7:50 PM


_____          _____
Dave Wallace, Board President          Terry Gonda, Treasurer