Exhibit B

**February 25, 2026, 6:00 PM - Regular Meeting (Wednesday, February 25, 2026)**

**Members present**
Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

**Meeting called to order at 6:00 PM**
A. Meeting Opening

Discussion: 1. Roll Call

Procedural: 2. Pledge of Allegiance

Information: 3. Panther Character Award
Austin Abbatiello
Holden Hughes
Preston Robinson
Adalynn (Addie) Florer
Casey Campbell

Information: 4. Panther Pride Award
Dawn Ward - Transportation

Procedural: 5. Little Miami Mission Statement

Action: 6. Adopt the Amended Agenda
Motion to adopt the amended agenda

Motion by Diane Horvath, second by Dan Smith.
Final Resolution: Motion Carries
Yes: Diane Horvath, Mandy Bullock, Dave Wallace, Dan Smith
No: Wayne Siebert

Action: 7. Reading of the Minutes
Motion to approve the minutes of the January 28, 2026 Regular Board Meeting and February 10, 2026 Special
Board Meeting

Motion by Diane Horvath, second by Dan Smith.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith


B. Communications and/or Visitors to the Board

Information: 1. Superintendent Comments

Literacy Update - Jen Horvath

Weighted Grades Update - Ashley Brown

Information: 2. LM Career Experiences
Christy O'Neil

Information: 3. LM BAC Report
Mark Sousa, Dustin Goldie


C. Community Comments on Agenda Items
Amanda Hollingsworth - update on lawsuit Wallace v. board members and superintendent. Hate has no home
poster - against removal
Emily Kronenberger - Hate has no home poster - against removal
Jackie Mason - hate has no home poster  - for removal
Gina Baldwin - board member school visits concerns, hate has no home poster- against removal
Courtney KcKean- parent, district building access for board members,
Judi Lehman - praising board for recent actions, hate has no home poster - in favor of removal

Vanessa Srikantham- hate has no home poster - against removal
D.L. Browning - praise board members for service. in favor of sign removal
Suz Gilden - hate has no home poster - against removal
Lynn Ratliff - board access to buildings, hate has no home poster - against removal
Laura Fisher - hate has no home poster - against removal
Julie Pearlman - board visitation policy, building key cards,

Procedural: 1. Public Comment (three minute limit)


D. Treasurer's Reports/Financial Reports

Action: 1. Contracts
Motion to approve the following contracts as presented.

Motion by Wayne Siebert, second by Dave Wallace.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

Action: 2. Donations
Motion to accept the following donation(s) as presented.

Motion by Wayne Siebert, second by Diane Horvath.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

Action: 3. Five Year Forecast
Motion to approve the Five Year Forecast as presented.
Mr. Gonda presented a summary of the five year forecast and projections that are known at this time.

Motion by Diane Horvath, second by Wayne Siebert.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith


E. Superintendent's Reports/Recommendations

Action: 1. Personnel
Motion to approve the following personnel items.

Motion by Wayne Siebert, second by Mandy Bullock.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

Action: 2. Sinclair Community College MOU for College Credit Plus
Motion to approve the Sinclair Community College MOU for College Credit Plus as attached.

Motion by Wayne Siebert, second by Diane Horvath.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

Action: 3. Warren County Career Center Partnership Agreement
Motion to approve the Warren County Career Center Partnership Agreement as attached.

Motion by Wayne Siebert, second by Mandy Bullock.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

Action: 4. NEOLA Policies
Motion to approve NEOLA policies as attached.

Motion by Dave Wallace, second by Diane Horvath.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

Action: 5. HS Course Selection Guide
Motion to approve the 26-27 HS Course Selection Guide as attached.

Motion by Dave Wallace, second by Mandy Bullock.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

Action: 6. Varsity Softball Field Trip
Motion to approve the field trip as attached.

Motion by Wayne Siebert, second by Mandy Bullock.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

Action: 7. Resolution 26-006 Territory Transfer
Motion to approve Resolution 26-006 Territory Transfer from Little Miami Local School District to Blanchester Local
School District as attached.

Motion by Dave Wallace, second by Diane Horvath.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith


F. New Business

Action: 1. "Hate Does Not Belong Here" poster
Motion to determine if poster constitutes "sexuality content" as defined by LM Policy 5780.01 (Parents' Bill of
Rights)
Board members discussed at length the poster and items contained on it.  All members gave their opinion on the
poster and whether they felt it met the criteria to be removed.

Motion by Mandy Bullock, second by Dan Smith.
Final Resolution: Motion Carries
Yes: Diane Horvath, Mandy Bullock, Dave Wallace, Dan Smith
No: Wayne Siebert

Discussion: 2. Board Member School Visits Policy 0148.1

Reports: 3. Warren County Career Center Report
Mr. Warrick presented his report on the Career Center.

Reports: 4. Board Reports

Information, Procedural: 5. Next Board Meeting Date - Wednesday, March 25, 2026 at 6:00


G. Comments on Non-Agenda Items

Procedural: 1. Public Comment (three minute limit)
Gina Baldwin - recap of special board meeting regarding transportation. consulting firm not needed. concerns about
and future direction
Courtney McKean  - January meeting request, email to board, no reply outside of WS. Concerns of NSBLC views
regarding special education and ESL
Mithchel Fisher - concerns of village of Morrow Police Officer SRO and issues with role as SRO
Vanessa Srikanthem - concerns about direction of current board of education.
Lynn Ratliff - Concerns of Briscoe consulting, process and direction of board
Tessa Milawski - Proposed apartment complexes coming. concerns of growth,
Julie Pearlman - Hate has no home poster - concerns of Wallace, Smith vote without providing reasons for vote.


H. Executive Session

Action: 1. To consider the appointment, employment, dismissal, discipline, promotion, demotion or compensation of

Case: 1:26-cv-00351-MWM Doc #: 13-3 Filed: 04/13/26 Page: 4 of 4  PAGEID #: 115

a public employee or official, or the investigation of charges or complaints against a public employee, official, licensee, or regulated individual, unless the employee, official, licensee, or regulated individual requests a public hearing by division (G)(1) of section 121.22 of the Revised Code.

Motion to approve Executive Session to consider the appointment, employment, dismissal, discipline, promotion, demotion or compensation of a public employee or official, or the investigation of charges or complaints against a public employee, official, licensee, or regulated individual, unless the employee, official, licensee, or regulated individual requests a public hearing by division (G)(1) of section 121.22 of the Revised Code.

Motion by Mandy Bullock, second by Dan Smith.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith
Entered 8:39 PM


I. Adjournment

Action: 1. Adjourn
Motion to adjourn.

Motion by Diane Horvath, second by Mandy Bullock.
Final Resolution: Motion Carries
Yes: Diane Horvath, Dan Smith, Mandy Bullock, Dave Wallace
Adjourned 10:08 PM


_____          _____

Dave Wallace                                          Terry Gonda