**Exhibit C**

**Excerpt of Transcript of the February 25th, 2026 Little Miami Board of Education Meeting**

The requested section (1:52:08 – 2:08:27) of the transcript from the February 25, 2026, Little Miami Board of Education meeting is provided below to the best of my ability.

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| 1:52 | David Wallace | All right, new business. The first one is the "hate does not belong here" poster. |
| 1:52 | Mandy Bullock | So moved. |
| 1:52 | David Wallace | Mandy.  Do we have a second? |
|  | Dan Smith | Second. |
| 1:52 | David Wallace | All right. discussion. |
| 1:52 | David Wallace | All right. There is the poster that is above you. Wanted to read the guidance we got from our law director. This kind of clarifies the situation. So Board policy 5780.01 is not directed at general messages encouraging kindness, respect, or anti-bullying such as |

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| | | "Hate has no place here". For example, if similar wording were displayed over neutral image such as the American flag or generic student image it would not ordinarily implicate the parent's bill of rights procedures. My understanding of the teacher's message below is that the poster is intended for two primary purposes: Supporting aspects of the Social Studies curriculum, including topics that may involve sexual orientation or gender identity in historical context, and signaling no students that the classroom is a respectful environment free from hate directed at individuals, including students who identify with groups reflected in the poster.  Neither purpose is prohibited.  However, depending on context and interpretation, displays incorporating images that could reasonably be viewed as presenting or describing sexual concepts or gender ideology may implicate parental notification and opt-out requirements under House Bill 8 and district policy. Given the logistical challenges associated with this procedure- with those procedures- it may be most practical to reserve symbol specific displays relating to sexual orientation or gender identity in the historical context for temporary use directly tied to relevant curriculum units with policy compliant notifications incorporated into unit specific parental communications, and for |

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| | | year-round general messaging on classroom walls to utilize more neutral versions of the anti-hate and respect theme images to avoid ongoing compliance considerations while fully supporting the district's anti-bullying stance. Any discussion? |
| 1:54 | Mandy Bullock | Well, yea, two of the symbols up there we know are gender identity or sexual orientation in nature. The blue and pink and white is the transgender, and the pride.   The words alone 'hate has no place here' absolutely agree with it should be everywhere.  Hate has no place anywhere.  But once you add the symbols, that shouldn't be in a classroom setting. Nothing sexually orientated or gender identity should be included on a classroom wall. |
| | Dave Wallace | Excuse me, excuse me<br><br>[audience asking a question] |
| | Mandy Bullock | Now, if this is part of the curriculum.  This is in a history class.  If this is part of the curriculum, I would like to actually review the curriculum if that is part because I do not know how that would parlay into that.  But that would obviously que up the HB8 |

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
|  |  | because we would have to have parental consent for them to be able to opt out of the class, if that is the case.<br><br>Secondly, anything that has – if we just have the words alone on a plain piece of paper, it includes everybody.  Includes every student that walks in that classroom.  It includes every background, every color.  There's no picking, but once you put symbols on there, you are saying have no hate for those groups.  There's more than those groups that attend our school.  It makes it exclusive and only inclusive for those groups and not everybody.  That is my opinion. |
| 1:56 | Dave Wallace | Excuse me, excuse me.  Officer, can you start removing people that are talking? We're not going to be interrupted during this meeting.  Any comments, Diane? |
| 1:56 | Diane Horvath | Well, I mean, I agree with what you're saying I think it becomes very complicated because its, everything is there.  I mean you've got the colors that we all now associate with certain groups that not everyone agrees with in terms of their values.  But you also have the American flag, which involves everyone.  And then you alluded to the pink and white and blue which  I am not as familiar with that |

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| | | – transgender.  So, it is unfortunate that it's all kind of muddled together and I feel like if you could just have the message without bringing in certain aspects and certain values that not everyone else has – that it would be more acceptable.  When you are in a public system, you've got lots of different people with lots of different values and backgrounds and religions.  So, you have a really challenging circumstance where you can all come together and focus, and have a shared focus, and so everyone kind of has to veil certain parts of themselves in order for that to happen. If your focus, for example, is to achieve academically.  And, in my opinion, if you are asking people to embrace something that is not part of their value system, then that's not the kind of poster that you should be putting   up on a wall because it doesn't represent everyone and it is offensive to some people.  I don't think people who are offended by other things that would be put up would agree with that either because we're being respectful of each other and valuing each other. That's everyone.  So, there are certain people that don't hold the values of part of what's up there and so if you're expecting everyone else to be accepting, it has to be accepting of everything. |

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| 1:59 | Mandy Bullock | I agree |
| | David Wallace | Dan |
| 1:59 | Dan Smith | I think when you label certain people, even Christians, as hating you because we disagree with that lifestyle. That's a hate on your part. You're hating us cause, your labeling us as haters.  We're not haters.  Christians are lovers.  We love people.  Jesus loved people.  But I will tell you what He didn't love.  He didn't love sin.  And He let that be known, all you have to do is read the Word.  It's right there.  It's not me saying that, it's His words.  He loved all people.  He loved all people, but He told them to go and sin no more.  He didn't condemn them, He loved them.  But He didn't leave them as they were.  Because where their lifestyle was going, it was not going to be a good place.  So, when you label all those different rainbow things there, and the trans things.  You're identifying with that, and you expect us to love that – and to even like it.  But, we don't.  But, we do love people and so if you want to put a sign up that says 'hate has no home here' yea, but the rainbow colors puts it into a another category. |

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| | David Wallace | Wayne |
| 2:00 | Wayne Seibert | Yeah, I have a comment. No! This is ridiculous. This is gone on for over a year.  We have had special meetings in here that lasted more than an hour.  Provided and supervised by an attorney.  We were told if you adopt this policy, the lawsuits will follow. If you, and he was quite serious. And it looks like now this Board is going to ignore that legal advice and they will suffer the consequences.   A Title IX lawsuit is $100,000 or more. This is a setup. I'm telling you. |
| 2:01 | Dave Wallace | All Right.  I think we got to stay focused on House Bill 8. I don't think we made the law I think your local, your state representatives did so if someone has an argument about House Bill 8, they're probably at the wrong meeting- needs to talk to your State representatives.  That being said, if we are going to follow the law as we all took an oath to do. Prior to providing instruction that includes sexual, sexuality content or permitting a third party to provide such instructor on behalf of the district.  The Board will provide parents the opportunity to review any instructional material.  Originally, this was given to us as part of instruction when asked if the parents were notified, then |

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
|  |  | it got changed to well this is an ongoing inclusion type.  So, with House Bill 8, I do not believe that this falls in compliance, so my thing would be to have that removed.  Any other comments? |
| 2:02 | Wayne Seibert | Yeah, I've got some more comments. I have a whole lot of people contact me.  The school of public opinion and the court of public opinion is in order and they have moved on this.  I've had hundreds of people tell me this is ridiculous. We don't need this.  And I've had very few say that they want it.  Even the people who told me they were people of faith admitted that this has no basis to be removed from the school system.  So, what it does.  The people who claim this behavior goes with this color is quite ridiculous.  Color does not indicate behavior. |
|  | Dave Wallace | All right, and as far as the court of public opinion.  I will say that laws are done by your state representative.  If anyone has an issue, I strongly encourage them to talk to their State representative. |
| 2:03 | Regina Morgan | Dave, if I could just say one thing, I just wanted to clarify something real quick.  It is nothing about, but I don't believe the flag |

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| | | was used for instruction I think what the teacher was saying is that when he's teaching things that there's hate involved in it, the flag is there to represent that hate does not belong here regardless.  So if he is teaching about a topic in history where hate was involved, it was used as a symbol of saying hate's not in this classroom.  So, I don't think he taught it – it was used as a peacekeeper in the classroom.  I just wanted to clarify that. I did talk to the teacher and he did indicate that. |
| 2:04 | Dave Wallace | No, I was going off the email that I got from you that mentioned- I reviewed the poster in question and its association with the attached curriculum standards.  So, the question came about what standard in the curriculum and I guess, curious- I would like to see the lessons. |
| 2:05 | Regina Morgan | Well, he is talking about if we are talking about World War II and we are talking about concentration camps, and there is somebody who is of Jewish faith in that room – this is representing – |
| | Dave Wallace | I don't see Jewish |

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| | Regina Morgan | I am just giving you an example |
| | Dave Wallace | Probably not the time for you and I to have this discussion – but I would just like to see the lesson plan.<br><br>[community input stating it is not the Board's job to review lesson plans, clapping] |
| 2:05 | Regina Morgan | You had just said that it was used in instructional, I just wanted to clarify that one piece.  That he had clarified that it |
| | Dave Wallace | OK, thank you. |
| | Dan Smith | I have a question.  How often does it come up.  Does he just fly the flag when they have that discussion for that lesson |
| | Regina Morgan | Say that again Dan |
| | | How often does he have to fly that flag, how often does he teach that class like that for that lesson |

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| | | I believe it has been there for four years. |
| | Dan Smith | He has been teaching the same thing for four years then? |
| | Regina Morgan | Well, I mean, each year there is a new group of students |
| | Dan Smith | So, is the flag always up? |
| | Regina Morgan | Yes |
| | Dan Smith | Always up |
| | Regina Morgan | Yes |
| | Dan Smith | It doesn't make sense |
| | Regina Morgan | I'm not part of that conversation.  I just wanted to clarify that piece that he is not using it in instruction.  He's saying in my classroom 'hate does not belong here' regardless of who you identify with and who |

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| | | you- in lessons that have hate. I'm sorry, I just wanted to clarify. |
| | Mandy Bullock | I understand that, I am kind of confused why you would go with those symbols and not the symbols- and that's my |
| | Dave Wallace | Good point, any other discussion?  Vote |
| 2:06 | Dave Wallace | We will say a yes vote is removing it. |
| 2:06 | Terry Gonda | [Terry Gonda called roll for a vote: Wallace, Smith, Horvath – yes] |
| 2:06 | Wayne Seibert | Hold it. Hold it.  I want this in writing this is going |
| | Dave Wallace | We are at a yes or a no vote Mr. Siebert. We are voting right now |
| | Wayne Siebert | Mr. Wallace, I have the authority to speak, you need to be quiet while I am speaking.  I don't care what position you hold; you are out of order |

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| 2:07 | Dave Wallace | We are done with discussion, I'm running the meeting, Wayne. We are at vote. Discussion was over. We are at voting now |
| 2:07 | Wayne Seibert | I am asking for information which is always in order. If you don't know that you need to read your Roberts Rules of Order.  I want to hear this written, I want to hear this motion, and I want to see it in writing.  This is going to wind up on a legal professional's desk and I want to see it.  And my vote is no |
| 2:07 | Terry Gonda | Mrs. Bullock: Yes.<br><br>[community comments about being on the wrong side of history] |
| 2:07 | Dave Wallace | Please have him removed.  Have him removed.  Have him removed.  Get his name too, Officer.  He is not coming back to the next meeting if he behaves like this.  We need to have decorum.  We are not interrupting meetings, this is a public meeting, you are allowed to observe it, we let you participate, we are going to do Board business.  OK, the interruptions, and the rudeness are going to stop.  This isn't Facebook.  OK, this is a Little Miami School |

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| | | Board meeting.  Continue the vote Terry.  What were the vote totals? |
| | Terry Gonda | 4-1 |
| 2:08 | Dave Wallace | Thank you |