# Exhibit D

**March 3, 2026, 4:00 PM - Special Board Meeting (Tuesday, March 3, 2026)**

**Members present**
Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith

**Meeting called to order at 4:07 PM**
A. Meeting Opening

Discussion: 1. Roll Call

Procedural: 2. Pledge of Allegiance

Action: 3. Adopt the Agenda

Motion by Mandy Bullock, second by Dan Smith.
Final Resolution: Motion Carries
Yes: Diane Horvath, Mandy Bullock, Dave Wallace, Dan Smith
Abstain: Wayne Siebert


B. Board Items

Action: 1. Approval of Statement from the Little Miami Board of Education
To approve the following "Statement from the Little Miami Board of Education" dated March 3, 2026, regarding the February 25, 2026 classroom poster decision.

**Statement from the Little Miami Board of Education** March 3, 2026 On February 25, 2026, the Board of Education made a determination regarding a specific classroom poster. The Board issues the following statement to clarify the scope and purpose of that decision and to address common questions. The decision was not based on the phrase "Hate Has No Home Here." That message is fully consistent with our values. Board Policy 5780.01 does not ban any flag, image, viewpoint, or symbol. Rather, it establishes clear procedures to ensure transparency and protect parents' rights when certain topics arise in the classroom. Board Policy 5780.01 and Ohio's Parents' Bill of Rights (House Bill 8) require parental notification and the opportunity to review and opt out when classroom materials, under the totality of the circumstances, go beyond incidental references and engage students on sexual concepts or gender ideology. Based on the specific circumstances presented and in accordance with Board Policy 5780.01 and Ohio law, the Board determined that the policy's procedural requirements must be followed before the poster could remain in place. The Board's action was procedural in nature and focused on ensuring compliance with applicable law and district policy. The Little Miami Board of Education remains firmly committed to providing a safe, respectful, and supportive educational environment for all students. The District does not tolerate bullying, harassment, or discrimination of any kind. The Board is equally committed to respecting the rights of parents as established under Ohio law. We value community input and encourage respectful participation at our public Board meetings. We appreciate the continued engagement of our community as we work together to support all students and families. Little Miami Board of Education.

Motion by Dan Smith, second by Mandy Bullock.
Final Resolution: Motion Carries
Yes: Diane Horvath, Mandy Bullock, Dave Wallace, Dan Smith
Abstain: Wayne Siebert

Action: 2. Direction to the Superintendent Regarding Distribution of the Approved Statement
To direct the Superintendent to immediately distribute the approved Statement from the Little Miami Board of Education via (1) email to all district families and staff and (2) the official district Facebook page, and to post the statement prominently on the district website homepage.

Motion by Mandy Bullock, second by Dan Smith.
Final Resolution: Motion Carries
Yes: Diane Horvath, Mandy Bullock, Dave Wallace, Dan Smith
No: Wayne Siebert


C. Executive Session
Action: 1. Motion to approve Executive Session to consider the appointment, employment, dismissal, discipline, promotion, demotion or compensation of a public employee or official, or the investigation of charges or complaints

against a public employee, official, licensee, or regulated individual, unless the employee, official, licensee, or regulated individual requests a public hearing by division (G)(1) of section 121.22 of the Revised Code. Motion to approve Executive Session to consider the appointment, employment, dismissal, discipline, promotion, demotion or compensation of a public employee or official, or the investigation of charges or complaints against a public employee, official, licensee, or regulated individual, unless the employee, official, licensee, or regulated individual requests a public hearing by division (G)(1) of section 121.22 of the Revised Code.

Motion by Mandy Bullock, second by Dan Smith.
Final Resolution: Motion Carries
Yes: Diane Horvath, Mandy Bullock, Dave Wallace, Dan Smith
No: Wayne Siebert


Entered 4:18 PM
All board members, Mrs. Morgan, Mr. Gonda, and Mr. Malone


D. Adjournment
Action: 1. Adjourn
Motion to adjourn.

Motion by Dan Smith, second by Diane Horvath.
Final Resolution: Motion Carries
Yes: Diane Horvath, Wayne Siebert, Mandy Bullock, Dave Wallace, Dan Smith
Adjourned 5:26 PM


_____        _____

Dave Wallace                         Terry Gonda