**Exhibit E**
**Excerpt of Transcript of March 3rd, 2026 Little Miami Board of Education Meeting**

The requested section (0:0 – 0:55, 1:15-10:25) of the transcript from the March 3, 2026, Little Miami Board of Education meeting is provided below to the best of my ability.

| Approximate Timestamp | Speaker | Transcription |
|---|---|---|
| [00:02] | David Wallace | I'd like to call the special board meeting on Tuesday, March 3rd, 2026, at 4 p.m. I'd like to call it to order. |
| [00:09] | Wayne Siebert | Point of order. |
| | David Wallace | Roll call. |
| | Wayne Siebert | Point of order. |
| | David Wallace | Roll call. |
| | Wayne Siebert | Point of order. |
| | David Wallace | I need you to call the vote. |
| [00:20] | Terry Gonda | Mrs. Horvath. |
| [00:23] | Wayne Siebert | Point of order. Point of order. |
| | | [David Wallace prompts Terry Gonda to continue calling roll while Wayne Siebert is |

| | | |
|---|---|---|
| | | speaking] |
| | Wayne Siebert | The bylaws of Little Miami, the bylaws of Little Miami require this meeting under section 000, policy 0164. Mr. Wallace, you are out of order. I have the floor. Mr. Wallace, you're out of order. |
| [00:47] | David Wallace | You were never recognized, Wayne, Stand for the Pledge of Allegiance at this time please. |
| | Wayne Siebert | Mr. Wallace, you're out of  - Officer, Officer, would you remove this man? |
| | | [Pledge of Allegiance] |
| | | |
| [01:15] | Wayne Siebert | As I proceed here, this policy number 164, section E. The treasurer or the CFO will notify the board members no later than two days before the meeting. This meeting is being conducted in violation of the Ohio Sunshine Law. Any motions made, anything done in this meeting is null, void, and impossible to<br><br>Let it be known Mr. Wallace is conducting an illegal meeting. |
| | Dave Wallace | Motion to adopt the agenda<br><br>[motions and adopting the agenda occurring at the same time as Wayne Siebert speaking at [01:15].  Cannot make out exact verbiage of motions and roll call.] |

| [01:52] | David Wallace | Call to vote |
|---|---|---|
|  | Terry Gonda | [Called Roll for adopting the agenda<br><br>Minutes indicate Motion by: Mandy Bullock, Second by Dan Smith.<br><br>Yes: Diane Horvath, Mandy Bullock, Dave Wallace, Dan Smith]<br><br>Abstain:  Wayne Siebert] |
| [02:21] | David Wallace | Just a few items. I want to just be clear: no individual has been banned from future meetings. During the 25th meeting, an individual was asked to leave due to disruption under our meeting decorum rules. There is no prohibition on that person attending future meetings so long as the decorum rules are followed. |
| [02:40] | David Wallace | So next, we're going to go to approving the statement for the Little Miami Board of Education. A motion? |
|  | Dan Smith | So moved |
|  | Mandy Bullock | Second |
| [03:01] | David Wallace | This statement clarifies what the motion was for at our last board meeting. The motion in the agenda was correct, and what I put forth at the meeting was in shorthand. I will read the statement that we are discussing tonight, March 3rd, 2026. |
| [3:19] | David Wallace | On February 25, 2026, the Board of Education made a determination regarding a specific classroom poster. The Board issues the following statement to clarify the scope and |

|  |  | purpose of that decision and to address common questions. The decision was not based on the phrase "Hate Has No Home Here." That message is fully consistent with our values. Board Policy 5780.01 does not ban any flag, image, viewpoint, or symbol. Rather, it establishes clear procedures to ensure transparency and protect parents' rights when certain topics arise in the classroom. Board Policy 5780.01 and Ohio's Parents' Bill of Rights (House Bill 8) require parental notification and the opportunity to review and opt out when classroom materials, under the totality of the circumstances, go beyond incidental references and engage students on sexual concepts or gender ideology. Based on the specific circumstances presented and in accordance with Board Policy 5780.01 and Ohio law, the Board determined that the policy's procedural requirements must be followed before the poster could remain in place. The Board's action was procedural in nature and focused on ensuring compliance with applicable law and district policy. The Little Miami Board of Education remains firmly committed to providing a safe, respectful, and supportive educational environment for all students. The District does not tolerate bullying, harassment, or discrimination of any kind. The Board is equally committed to respect the rights of parents as established under Ohio law. We value community input and encourage respectful participation at our public Board meetings. We appreciate the continued engagement of our community as we work together to support all students and families. Little Miami Board of Education.  Any discussion |
|---|---|---|
| [05:14] | Wayne Siebert | Yeah, I have some discussion here. This statement does not reflect what the motion was that passed. The motion was just yes or no. There's a problem there. The policy cited in this motion does not support this action.  This is clear.  This is well reviewed and well known. |
| [05:39] | Wayne Siebert | This board has no power to tell anyone what to |

|  |  | say. Mr. Wallace has a long history of taking pictures and publishing things and doing interviews |
|---|---|---|
| [05:50] | David Wallace | Hold on a second, Wayne |
| [05:51] | Wayne Siebert | Do not interrupt me! Do not interrupt me! You're out of order. Do not interrupt me. You can talk to me after this meeting. You're out of order. |
| [06:03] | Wayne Siebert | He has a long history of doing web interviews and publishing those in attacks on this school if this |
| [06:11] | David Wallace | We are having discussion on this policy, Mr. Siebert pertaining to this policy. |
| [06:16] | Wayne Siebert | Point of order! You're interrupting someone who is recognized. Point of order, I'm discussing what exactly I'm discussing what this is, you don't know what you're talking about |
|  | Dave Wallace | Stick to this |
| [06:28] | Wayne Siebert | Point of order, you're out of order. You're interrupting a person who has the floor. |
|  | Dave Wallace | Stick to the subject |
| [06:38] | Wayne Siebert | Now, if someone wants to make a statement, let them make it. No one is going to use this school board's good reputation and this school district's good reputation for their own personal benefit. That's exactly what's going on here |

| | | |
|---|---|---|
| | | with this statement. The statement does not reflect what the motion was. Now, I yield. |
| [07:04] | David Wallace | That being said, certainly disappointing, the expectations of the behavior of the board. Little Miami deserves better Wayne. Those accusations are wrong and just throwing it out there is dangerous. This is exactly why we have the issues at Little Miami because those acts are ridiculous so when we talk about 'hate has no room here,' I think you need to think hard about that statement.  But back to the comment on the official statement is there any other question or statements or comments. |
| [07:41] | Diane Horvath | I just would like to say I don't think it's inconsistent with what was originally said. It was not that we were saying all of the poster was unacceptable. The pieces that have to do with gender and sexuality, which is the colors, take that off, take off the ones that draw your attention to things that not everyone can agree with and that are covered under this bill. Leave the rest of it and we're all good. It's not inconsistent with what we have been saying all along and it's not a message of hate. |
| [08:18] | David Wallace | Thank you.  And as far as the comments go, based on those symbols and ideologies that would then kick off House Bill 8, which would then require parental notification and that was the case, that was not done so until those are met.  So that being said Call to vote. |
| [08:37] | Wayne Siebert | I have, hold it, hold it, hold it. I have some more discussion. I have some more discussion. Point of order, I have some discussion point of order, I have some discussion.  Mr. Wallace you are out of order again. |

| | | |
|---|---|---|
| | | [David Wallace prompts Terry Gonda to continue with the vote.  Terry Gonda continues.  Minutes show the vote was:<br><br>Motion by Dan Smith, second by Mandy Bullock<br><br>Yes:  Diane Horvath, Mandy Bullock, Dave Wallace, Dan Smith<br><br><br>Abstain:  Wayne Siebert] |
| [08:54] | Wayne Siebert | And as related as related to the motion before us to accept this statement as related to that motion that is before us to accept that statement. I raise a privileged motion a privileged motion requires no second.  It is not debatable, amendable, it is not voted.  Point of order, you are out of order again.  Mr. Wallace you are out of order.  Mr. Wallace you are out of order, you are out of order.  I move the removal of the president he has shown no ability to conduct this meeting as you can see right here. I call for the vote. |
| | David Wallace | Participate ... at this time … not relevant … all right, the next item<br><br>[David Wallace continues to call for the motion and second for the next item.  The minutes show:  Motion by Mandy Bullock, second by Dan Smith.] |
| [09:37] | David Wallace | This right here is directing the .. to direct the superintendent to immediately distribute the approved statement for Little Miami Board of |

| | | |
|---|---|---|
| | | Education via the email to all district families and staff, the official district Facebook page, and to post a statement prominently on the district website. Discussion? Call to vote |
| | Diane Horvath | We are just posting our statement? |
| [10:05] | David Wallace | Yes, yep, yep, this is posting our statement. |
| | Terry Gonda | Was the first Mrs. Bullock and the Second Mr. Smith, on the motions.  I just want to make sure.  Alright. I couldn't hear. |
| | David Wallace | Call to vote |
| | Terry Gonda | [ Called roll<br><br>Motion by Mandy Bullock, second by Dan Smith.<br><br>Yes: Diane Horvath, Mandy Bullock, Dave Wallace, Dan Smith<br><br>No: Wayne Siebert ] |
| | Davide Wallace | OK, thank you. |