Exhibit G_1

 Outlook

---

**Fw: "Hate Has No Home Here" Flag & Content Standards**

---

**From** otarazi tarazilaw.com <otarazi@tarazilaw.com>

**Date** Tue 2/10/2026 10:43 AM

**To** Regina Morgan <rmorgan@lmsdoh.org>

**Cc** Dan Smith <dsmith@lmsdoh.org>; David Wallace <dwallace@lmsdoh.org>; Diane Horvath <dhorvath@lmsdoh.org>; Mandy Bullock <mbullock@lmsdoh.org>; Wayne Siebert <wsiebert@lmsdoh.org>; Terry Gonda <tgonda@lmsdoh.org>

 5 attachments (7 MB)

What AP Stands For.pdf; AP Euro Course at a Glance.pdf; Social Studies Model Curriculum for American History.pdf; Flag Photo.jpeg; IMG_3824.JPEG;

Hi Regina,

I spoke with Board President Wallace, and he asked that this matter be placed on the agenda for the next Board meeting.

Based on the emails below, the teacher's position is that, although they do not explicitly refer to the flag or incorporate it into curricular materials, the display is intended for two purposes:

1. Supporting aspects of the social studies curriculum, including topics that may involve sexual orientation or gender identity in historical context; and

2. Signaling to students that the classroom is a respectful environment free from hate directed at individuals, including students who identify with groups reflected in the poster.

There is no dispute that the Board and District policies support a respectful educational environment free from bullying, and there is no dispute that the above purposes are not prohibited.

Based on the current record and at this stage in the process defined in the policy, the issue for the Board is whether this poster should be treated as an incidental reference whose primary purpose is a general message of inclusion that does not trigger Board Policy 5780.01, or whether it should be viewed as primarily intended to engage students on sexual concepts or gender ideology and therefore implicate the parental rights provisions of HB 8 and Policy 5780.01.

If the latter, the applicable parental notification and opt-out procedures must be followed, and the Board may consider whether the display should be removed, replaced, or modified in the interim.

Please let me know if you have any questions.

Thanks,
Omar Tarazi, Esq.
614-226-2823

**Sent:** Monday, February 9, 2026 7:38 AM
**To:** Regina Morgan <rmorgan@lmsdoh.org>; Kevin Harleman <kharleman@lmsdoh.org>; Wayne Lyke <wlyke@lmsdoh.org>
**Subject:** Re: "Hate Has No Home Here" Flag & Content Standards

Kevin/Regina,

I have had a chance to review the emails and applicable law and board policy. I would tend to agree with Mr. Tarazi's overall characterization of the purpose behind the flag and am glad that he agrees that neither is prohibited. However, I am not sure how either O.R.C. 3313.473 (HB 8) or Board Policy 5780.01 are implicated.

While O.R.C. 3313.473 does include language on parental notification about instructional materials, I could find nothing that applied to incidental references such as this particular flag. Board Policy 5780.01 explicitly states that "[i]ncidental references to sexual concepts or gender ideology occurring outside of formal instruction or presentations on such topics" are not included in the definition of "sexuality content" under the policy. Similar to other items I have displayed in my classroom, I would say this flag is at most an incidental reference as I do not explicitly provide instruction on the flag or incorporate it into my curricular materials. If there is specific language they could point to in either, I think that may be helpful.

I have also given consideration to Mr. Tarazi's suggestions about an alternative display. My concern is that attempting to find a different, "neutral" image may inadvertently lead to the erasure of LGBTQ+ representation. My preference would be to discuss any additional representation that could potentially be added to the existing flag, rather than removing any of the represented groups. Additionally, I did notice that the picture attached to the email of the flag is zoomed in, I'm guessing to make it easier to read. I'm attaching a 2nd photo to show the true size and footprint in my classroom, as this is a garden size flag.

Please let me know if you'd like to discuss further.

Begin forwarded message:

> **From:** "otarazi tarazilaw.com" <otarazi@tarazilaw.com>
> **Date:** February 4, 2026 at 12:17:47 PM EST
> **To:** Regina Morgan <rmorgan@lmsdoh.org>, David Wallace <dwallace@lmsdoh.org>
> **Cc:** Terry Gonda <tgonda@lmsdoh.org>
> **Subject: Re: "Hate Has No Home Here" Flag & Content Standards**

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Hi Regina,

After reviewing the email chain, I think it may be helpful to have some additional dialogue before this matter is addressed at a Board meeting.  The teacher raises several questions in his email that, if clarified, could resolve the issue informally.

You are welcome to share the following perspective with the teacher if helpful.

Board Policy 5780.01 is not directed at general messages encouraging kindness, respect, or anti-bullying (such as "hate has no place here"). For example, if similar wording were displayed over a neutral image, such as the American flag or a generic student image, it would not ordinarily implicate the Parents' Bill of Rights procedures.

My understanding of the teacher's message below is that the poster is intended for two primary purposes:

1. Supporting aspects of the social studies curriculum including topics that may involve sexual orientation or gender identity in historical context; and

2. Signaling to students that the classroom is a respectful environment free from hate directed at individuals, including students who identify with groups reflected in the poster.

Neither purpose is prohibited. However, depending on context and interpretation, displays incorporating images that could reasonably be viewed as presenting or describing sexual concepts or gender ideology may implicate parental notification and opt-out requirements under HB 8 and District policy.

Given the logistical challenges associated with those procedures, it may be most practical to:

• Reserve symbol-specific displays relating to sexual orientation or gender identity in historical context for temporary use directly tied to relevant curriculum units, with policy compliant notifications incorporated into unit-specific parental communications; and

• For year-round general messaging on classroom walls to utilize more neutral versions of the anti-hate and respect theme images to avoid ongoing compliance considerations while fully supporting the District's anti-bullying stance.

This approach could achieve the educational and classroom management goals while ensuring consistent and defensible policy application. If a discussion is helpful to resolve this matter let me know.

Best regards,
Omar Tarazi, Esq.
Board Counsel
Little Miami Local School District
614-226-2823

**From:** Regina Morgan <rmorgan@lmsdoh.org>
**Sent:** Tuesday, February 3, 2026 5:31 PM
**To:** Regina Morgan <rmorgan@lmsdoh.org>
**Cc:** Terry Gonda <tgonda@lmsdoh.org>; otarazi tarazilaw.com <otarazi@tarazilaw.com>
**Subject:** Fw: "Hate Has No Home Here" Flag & Content Standards

Good afternoon.

At the January Board meeting, Mr. Wallace read Board guidelines around displays on our building walls.  After the meeting, I communicated the guidelines to our principals, assistant principals, LMTA president, and administrators.

After the meeting, a Board member reached out with a question about two posters - one at the HS and one at the MS.  The MS poster was taken down.  The HS poster is still in question - I have attached a picture of the poster.

The below information was sent to me on 2/2/26 to review - according to the next step on the display guidelines.

I have reviewed the poster in question and its association with the attached curricula standards.  I do see the poster contains symbols of identities.  I do not believe a reasonable observer would conclude its primary purpose is to prompt discussion, provide instruction, or solicit student engagement on sexual concepts or gender ideology.

According to the next step in the display guidelines, it is now a Board decision as to how to move forward. If you would like this topic on the February agenda for discussion and/or action, please let me know.

If you have any questions, please let me know.

Thank you.

Enjoy your day.

Regina.


Regina G. Morgan
Superintendent
Little Miami Local School District
513-899-5100

---

**From:** Kevin Harleman <kharleman@lmsdoh.org>
**Sent:** Monday, February 2, 2026 8:54 AM
**To:** Regina Morgan <rmorgan@lmsdoh.org>
**Subject:** Fw: "Hate Has No Home Here" Flag & Content Standards

Dr. Kevin Harleman
Principal
Little Miami High School
513-899-3781  ext. 20100 (Office)

---

**From:**
**Sent:** Monday, February 2, 2026 8:45 AM
**To:** Kevin Harleman <kharleman@lmsdoh.org>
**Subject:** "Hate Has No Home Here" Flag & Content Standards

Kevin,

Attached are the Social Studies Model Curriculum for high school American History, adopted by Ohio in 2019, the AP Euro Course at a Glance, and "What AP Stands For" that CollegeBoard has at the beginning of the Course Exam & Description for AP Euro. Below are the specific content standards for each where I feel the flag I have in my room - which says "Hate Has No Home Here" - is especially applicable

<u>**American History**</u>
- #11 (the Plain Wars)
- #12 (Reconstruction and Institutionalized Racism)
- #16 (Racial Intolerance Post-WWI)
- #18 (Harlem Renaissance)
- #21 (Marginalized Groups in WWII)
- #24 (2nd Red Scare)
- #27 (Civil Rights Movement)
- #29 (White Flight, Immigration Reform, Urban Riots of 1960s)

<u>**AP Euro**</u>
- 1.8 (Colonial Expansionism & Columbian Exchange)
- 1.9 (The Slave Trade)
- 2.4 (Wars of Religion)
- 3.6 (Balance of Power)
- 3.7 (Absolutist Approaches to Power)
- 5.6 (Napoleon's Rice, Dominance, and Defeat)
- 5.7 (Congress of Vienna)
- 6.4 (Social Effects of Industrialization)
- 6.7 (Ideologies of Change & Reform Movements)
- 6.9 (Institutional Responses & Reform)
- 7.2 (Nationalism)
- 7.3 (National Unification & Diplomatic Tensions)
- 7.4 (Darwinism & Social Darwinism)
- 7.7 (Imperialism's Global Effects)
- 8.6 (Fascism & Totalitarianism)
- 8.9 (The Holocaust)
- 9.5 (Post War Nationalism, Ethnic Conflict, & Atrocities)
- 9.8 (20th Century Feminism)
- 9.9 (Decolonization)
- 9.11 (Migration & Immigration)

**<u>What AP Stands For</u>**
I believe points #3 and #6 are particularly applicable in this situation.

As you and I have discussed, I do not ultimately care what students personally believe and I do not share my personal beliefs with my students. However, whatever they believe or however they feel, I do expect my students to engage with the material we have to cover in a respectful and intellectual manner grounded in facts. The flag is a reminder that they must treat their classmates with mutual respect, regardless of personal opinions or beliefs. I am still at a loss as to what the issue with the flag is. Is the school board able to explain which of the represented groups I should allow to be hated within my classroom or the school? My understanding was that Little Miami opposed bullying of all kinds. If I am mistaken on Little Miami's policies in this regard, please let me know.

Thanks,


Social Studies Teacher
Little Miami High School
(513) 899-3781 ext 20415

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.