Exhibit I

