**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| JOHN DOE | : | |
| Plaintiff, | : | Case No: 1:26-cv-00351-MWM |
| Vs. | : | Judge: Matthew W. McFarland |
| LITTLE MIAMI LOCAL SCHOOL | : | |
| DISTRICT, et. al. | : | |
| Defendants | : | |

**EXHIBIT J**
**DECLARATION OF TERRY GONDA**
**Treasurer, Little Miami Local School District (28 U.S.C. § 1746)**

I, Terry Gonda, declare under penalty of perjury that the following is true and correct:

1. I am the Treasurer of the Little Miami Local School District, Warren County, Ohio. As Treasurer, I am the official custodian of the District's business records, including official approved Board minutes, Board policies, and official correspondence maintained in the ordinary course of the District's business. I am also familiar with the District's practice of publicly posting video recordings of Board meetings on the District's official YouTube channel.

2. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I could and would testify competently thereto.

3. Attached hereto as **Exhibit A-2** is a true and accurate copy of the official approved Minutes of the Little Miami Board of Education meeting held on January 28, 2026, as maintained in the District's records. The video recording of that meeting was publicly posted by the District on its official YouTube channel at the following link: https://youtu.be/spr9SZjT4gk?si=sJVzVjWWs-tB9W3C

4. Attached hereto as **Exhibit B** is a true and accurate copy of the official approved Minutes of the Little Miami Board of Education meeting held on February 25, 2026, as maintained in the District's records. The video recording of that meeting was publicly posted by the District on its official YouTube channel at the following link: https://www.youtube.com/live/nCJssVnVs3k?si=pY6XGlohWgtjoxUf

5. Attached hereto as **Exhibit D** is a true and accurate copy of the official approved Minutes of the Little Miami Board of Education meeting held on March 3, 2026, as maintained in

the District's records. The video recording of that meeting was publicly posted by the District on its official YouTube channel at the following link:

https://youtu.be/kDwCfUzoQdM?si=bN0tL7pyFpyBBR6r

6. Attached hereto as **Exhibit F** is a true and accurate copy of Board Policy 5780.01, entitled "Parents' Bill of Rights," which was duly adopted by the Little Miami Board of Education and remains in full force and effect.

7. Attached hereto as **Exhibit G-1** is a true and accurate copy of the email dated February 10, 2026, together with the related email chain, maintained in the District's records, regarding placement of the "Hate Has No Home Here" matter on the Board agenda.

8. Attached hereto as **Exhibit G-2** are true and accurate copies of the attachments included with the February 10, 2026 email referenced in paragraph 7 above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2026, at Maineville, Ohio.

_____

Terry Gonda
Treasurer, Little Miami Local School District