**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| JOHN DOE | : | |
| Plaintiff, | : | Case No: 1:26-cv-00351-MWM |
| Vs. | : | Judge: Matthew W. McFarland |
| LITTLE MIAMI LOCAL SCHOOL | : | |
| DISTRICT, et. al. | : | |
| Defendants | : | |

**EXHIBIT K**
**DECLARATION OF REGINA MORGAN**
**Superintendent, Little Miami Local School District (28 U.S.C. § 1746)**

I, Regina Morgan, declare under penalty of perjury that the following is true and correct:

1. I am the Superintendent of the Little Miami Local School District, Warren County, Ohio. I personally participated in the review process concerning the "Hate Has No Home Here" poster, including communications with the High School Principal and the teacher (Plaintiff), and I am familiar with the District's handling of this matter from firsthand involvement.

2. On February 3, 2026, I reviewed the poster and submitted my position to the Board via email. My email to the Board is included in the email chain of **Exhibit G_1** and is separately attached as **Exhibit H**.

3. Attached hereto as **Exhibit A-1** is a copy of a transcript prepared from the official video recording of the January 28, 2026 Board meeting. The transcript includes only the portion of the meeting in which the Board discussed matters relating to the "Hate Has No Home Here" poster. It fairly reflects that recorded discussion to the extent audible. Some portions of the recording may contain overlapping speakers, interruptions, or unclear audio. The official video recording is publicly available on the District's official YouTube channel at: https://youtu.be/spr9SZjT4gk?si=sJVzVjWWs-tB9W3C

4. Attached hereto as **Exhibit C** is a copy of a transcript prepared from the official video recording of the February 25, 2026 Board meeting. The transcript includes only the portion of the meeting in which the Board discussed matters relating to the "Hate Has No Home Here" poster. It fairly reflects that recorded discussion to the extent audible. Some portions of the recording may contain overlapping speakers, interruptions, or unclear audio. The official video recording is publicly available on the District's official YouTube channel at: https://www.youtube.com/live/nCJssVnVs3k?si=pY6XGlohWgtjoxUf

5. Attached hereto as **Exhibit E** is a copy of a transcript prepared from the official video recording of the March 3rd, 2026 Board meeting. The transcript includes only the portion of the meeting in which the Board discussed matters relating to the "Hate Has No Home Here" poster. It fairly reflects that recorded discussion to the extent audible. Some portions of the recording may contain overlapping speakers, interruptions, or unclear audio. The official video recording is publicly available on the District's official YouTube channel at: https://youtu.be/kDwCfUzoQdM?si=bN0tL7pyFpyBBR6r

6. Attached hereto as **Exhibit I** is a true and accurate image of a poster that replaced the poster taken down resulting from the board action of February 25, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2026, at Maineville, Ohio.

_Regina Morgan_

Regina Morgan
Superintendent of Little Miami Local School District