**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GEORGE MCINTYRE, | : | |
| Plaintiff, | : | Case No: 1:26-cv-00351-MWM |
| Vs. | : | Judge: Matthew W. McFarland |
| LITTLE MIAMI LOCAL SCHOOL | : | |
| DISTRICT, et al. | : | |
| Defendants | : | |

**UNOPPOSED MOTION TO DEEM PENDING MOTIONS AS RELATING TO**
**PLAINTIFF'S AMENDED COMPLAINT**

Defendants Little Miami Local School District and David Wallace, in his official capacity, by and through undersigned counsel, respectfully move the Court for an order that the pending motions (Doc. 10, 3, 4, and 14) and related briefing directed to the original complaint (Doc. 1) shall be deemed directed and referring to the amended complaint (Doc. 18), and that no re-filing or re-briefing is required unless otherwise ordered by the Court. Plaintiff's counsel has advised that he does not oppose this Motion.

Plaintiff's Amended Complaint (Doc. 18) is substantially identical to the original Complaint (Doc. 1). The only material changes appear to be: (1) the substitution of Plaintiff's true name, George McIntyre, in place of "John Doe" in compliance with the Court's decision (Doc. 16); and (2) the deletion of the first footnote regarding their request to proceed anonymously which renumbers all subsequent footnotes.

The following motions were pending relating to Plaintiff's original complaint and are either fully briefed or about to be fully briefed:

- Defendants' Motion to Dismiss for Failure to State a Claim (Doc. #10) (Will be fully briefed as Defendants expect to file their reply today.)

- Plaintiff's Motion for Preliminary Injunction (Doc. #3) (Plaintiff reply memo still due)

- Plaintiff's Motion for Expedited Discovery (Doc. #4) (fully briefed)

- Defendants' Motion to Stay Discovery (Doc. #14) (Will be fully briefed as Defendants expect to file their reply today.)

Because the Amended Complaint is substantially the same as the original Complaint, with no new substantive allegations or claims, Defendants move the Court for an order that these motions remain pending and all references to the original complaint (Doc. 1) will be considered with relation to the newly filed Amended Complaint (Doc. 18). In the alternative, if the Court prefers, the Parties are prepared to refile their motions in relation to the new Amended Complaint.

Respectfully Submitted,

/s/ Omar Tarazi
Omar Tarazi (0084165)
5635 Sandbrook Lane
Hilliard, Ohio 43026
Ph:    (614) 226-2823
Fax:    (614) 319-4242
otarazi@tarazilaw.com

**Certificate of Service**

I hereby certify that on April 22, 2026, a true copy of the foregoing was served via the Court's CM/ECF system and by email on Plaintiff's counsel.

/s/ Omar Tarazi
Omar Tarazi (0084165)