**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| GEORGE MCINTYRE | Case No. 1:26-cv-00351-MWM |
| Plaintiff | Judge: Matthew W. McFarland |
| v. | |
| LITTLE MIAMI SCHOOL DISTRICT, ET AL | AFFIDAVIT OF GEORGE MCINTYRE |
| Defendants | |

George McIntyre, being duly sworn on oath, does depose and state as follows:

1. I am the Plaintiff in this matter. I am submitting this Affidavit in Support of the Reply to Defendants' Response to the Motion for Preliminary Injunction. (Doc#3, Doc#13.)

2. I am a teacher for the Little Miami School District. I am also an attorney and an "active but not practicing" member of the West Virginia Bar.

3. I am not aware of any claims by school administrators, school board members, or parents that the Hate Has No Home Here Flag affected the District's interest in providing services efficiently. The presence of Hate Has No Home Here Flag has not had any detrimental impact on my working relationships with other teachers or administrators or undermined my ability to teach my classes in accordance with state standards.

4. I currently have a large number of images and posters in my classroom. Some of these images are related to classes that I teach – such as quotes from historical figures – and some are merely personal expressions – such as signs for West Virginia University, FC Cincinnati and the Bengals. Other posters and flags, such as my "co-exist" sign represent my view that the school has on obligation to protect all students from bullying and

1

harassment regardless of race, religion, gender, or sexual orientation.  Some examples are included here:









5.  The Hate Has No Home Here Flag was part of my efforts to symbolize support for marginalized students who could be some of the most at-risk students.  I believe that some members of the school board and the community at large have, through actions and public statements, expressed hostility towards many marginalized students, particularly LGBTQ students.  The Hate Has No Home Here Flag was simply a reminder that students must treat all of their classmates with mutual respect, regardless of personal opinions or beliefs.

6.  Although the message of the Hate Has No Home Here Flag is consistent with state and AP standards, the Hate Has No Home Here Flag was not used for any teaching purposes.

5

The Hate Has No Home Here Flag was not a school-sponsored expression bearing the imprimatur of the school or designed to impart particular knowledge to the students.  I never used the Hate Has No Home Here Flag as part of my methodology of instruction, and never sought to instruct students or impart particular substantive knowledge on curricular matters through the use of the Hate Has No Home Here Flag.  Similar to other items I have displayed in my classroom, The Hate Has No Home Here Flag was at most an incidental reference to topics discussed in class; I did not explicitly provide instruction on the Hate Has No Home Here Flag or incorporate it into my curricular materials.

7. My display of the Hate Has No Home Here Flag was private speech not within the scope the duties as a teacher or pursuant to any school board policy or part of an effort to convey a government-created message.  In displaying the Hate Has No Home Here Flag I was not instructing, discussing the curriculum, or encouraging better academic performance.

Signed under the pains and penalties of perjury this 22nd day of April 2026.


  /s/ George McIntyre
George McIntyre
Plaintiff

6