



DEF-00659