# Social Studies Model Curriculum, High School

## American History

**EXHIBIT 8**

| TOPIC: HISTORICAL THINKING AND SKILLS |
|---|

**Content Statement**

1. The use of primary and secondary sources of information includes an examination of the credibility of each source.

CONTENT ELABORATION

The use of primary and secondary sources in the study of history includes an analysis of their credibility. This is accomplished by checking sources for:

- the perspective of the author;
- agreement with other credible sources;
- the qualifications and reputation of the author;
- bias of the author (including use of stereotypes);
- the circumstances in which the author prepared the source; and
- accuracy and consistency of arguments made throughout the source.

EXPECTATIONS FOR LEARNING

Analyze and evaluate the credibility of primary and secondary sources.

**Content Statement**

2. Historians develop theses and use evidence to support or refute positions.

CONTENT ELABORATION

Historians develop these and use evidence to create explanations of past events. Rather than a simple list of events, a thesis provides a meaningful interpretation of the past by telling the reader the manner in which historical evidence is significant in some larger context.

The evidence used by historians may be generated from artifacts, documents, eyewitness accounts, historical sites, photographs, and other sources. Comparing and analyzing evidence from various sources enables historians to refine their explanations of past events.

Historians cite their sources and use the results of their research to support or refute assertions made by others.

EXPECTATIONS FOR LEARNING

Develop a thesis and use evidence to support or refute a position.



Ohio | Department of Education

1:26-cv-00351 PL0138

American History continued

| TOPIC: HISTORICAL THINKING AND SKILLS |
|---|
| **Content Statement** |
| 3.  **Historians analyze cause, effect, sequence, and correlation in historical events, including multiple causation and long- and short-term causal relations.** |

CONTENT ELABORATION

When studying a historical event or person in history, historians analyze cause-and-effect relationships. For example, to understand the impact of the Great Migration, an analysis would include its causes and effects.

An analysis also would include an examination of the sequence and correlation of events. How did one event lead to another? How do they relate to one another?

An examination of the Great Migration would include the demand for workers in the industrial north as a short-term cause and the introduction of Jim Crow legislation as a long-term factor contributing to internal migration.

EXPECTATIONS FOR LEARNING

Identify examples of multiple long- and short-term causal relationships with respect to historical events.

Analyze the relationship between historical events taking into consideration cause, effect, sequence, and correlation.

| TOPIC: FOUNDING DOCUMENTS |
|---|
| **Content Statement** |
| 4.  **The Declaration of Independence elaborates on the rights and role of the people in building the foundations of the American nation through the principles of unalienable rights and consent of the people.** |

CONTENT ELABORATION

The Declaration of Independence was written to express the ideals that Americans believed government should be founded on. These ideals, embodied in individual and civil liberties, include:
- unalienable rights;
- consent of the people;
- equality of rights for all citizens; and
- responsibility of the government to protect the rights of its citizens.

EXPECTATIONS FOR LEARNING

Explain the unalienable rights found in the Declaration of Independence as they apply to individual rights, marginalized groups, and the changing role of government.



**OHIO'S MODEL CURRICULUM | SOCIAL STUDIES | ADOPTED JUNE 2019** 103

American History continued

| TOPIC: FOUNDING DOCUMENTS |
|---|
| **Content Statement** |
| 5. The Northwest Ordinance elaborates on the rights and role of the people in building the foundations of the American nation through its establishment of natural rights and setting up educational institutions. |
| CONTENT ELABORATION<br>The Northwest Ordinance provided the basis for temporary governance for the Northwest Territory and eventual entry of these states into the United States.<br><br>The Northwest Ordinance established precedents that included:<br>    • public education ("schools and the means of education") to be encouraged;<br>    • the establishment of civil liberties (e.g., religious liberty, right to trial by jury, writ of habeas corpus);<br>    • the prohibition of slavery (later included in the Constitution as the 13th Amendment); and<br>    • state governments were to be republican in structure (this provision was repeated in the U.S. Constitution).<br><br>EXPECTATIONS FOR LEARNING<br>Explain the precedents for governing the United States that were established by the Northwest Ordinance. |
| **Content Statement** |
| 6. The U.S. Constitution established the foundations of the American nation and the relationship between the people and their government. |
| CONTENT ELABORATION<br>The U.S. Constitution strengthened the structure of the national government by:<br>    • establishing three separate branches;<br>    • including the principle of federalism that delineated the distribution of powers between the national government and the states;<br>    • instituting the ability to pass legislation and amend the Constitution; and<br>    • giving the ability to address the issues facing the nation (e.g., powers to levy taxes, raise armies, and regulate commerce) to Congress.<br><br>The U.S. Constitution defined the relationship between the people and their government by:<br>    • limiting government to protect individual and civil liberties;<br>    • ensuring people have a role in electing government representatives; and<br>    • guaranteeing power from the consent of the people.<br><br>EXPECTATIONS FOR LEARNING<br>Explain how the U.S. Constitution establishes a limited government that protects the rights of the people. |


Ohio | Department of Education

1:26-cv-00351 PL0140

**OHIO'S MODEL CURRICULUM | SOCIAL STUDIES | ADOPTED JUNE 2019**                                                                                   104

American History continued

| TOPIC: FOUNDING DOCUMENTS |
|---|
| **Content Statement** |
| 7.  The debate presented by the Federalist and Anti-Federalist Papers over protections for individuals and limits on government power resulted in the Bill of Rights. The Bill of Rights provides constitutional protections for individual liberties and limits on governmental power. |
| CONTENT ELABORATION<br><br>The Federalists published a series of essays to convince others to support the ratification of the U.S. Constitution. The Federalists advocated for:<br>• national taxation to fund the central government;<br>• a standing army for a strong national defense; and<br>• a strong central government with checks and balances.<br><br>The Anti-Federalists also published their concerns relating to the shift of power from state governments to a strong central government. Their concerns included:<br>• national taxation becoming repressive;<br>• the use of a standing army against their own citizens; and<br>• establishing a balance of power between national and state governments.<br><br>One of the key issues in the debate over the ratification of the Constitution concerned individual rights. Anti-Federalist arguments regarding the lack of protections of individual liberties led to the introduction and eventual ratification of the Bill of Rights, which included:<br>• freedom of speech, press, assembly, petition, religion;<br>• due process of law; and<br>• protections against illegal search and seizure.<br><br>EXPECTATIONS FOR LEARNING<br>Compare the arguments of the Federalists and Anti-Federalists.<br><br>Explain how the Federalist and Anti-Federalist debates led to the adoption of the Bill of Rights. |



Ohio | Department of Education

1:26-cv-00351 PL0141

American History continued

| TOPIC: INDUSTRIALIZATION AND PROGRESSIVISM (1877-1920) |
|---|
| **Content Statement**<br>8.　The rise of corporations, heavy industry, mechanized farming and technological innovations transformed the American economy from an agrarian to an increasingly urban industrial society. |
| CONTENT ELABORATION<br>Industrialization in the United States in the late 19th and early 20th centuries was characterized by the rise of corporations and heavy industry, which transformed the American economy. Consequences of this transformation included:<br>• a shift from a predominance of agricultural workers to a predominance of factory workers;<br>• a shift from rural living to urban living, with more people living in crowded and unsanitary conditions;<br>• new technologies made production more efficient as machines replaced human labor;<br>• increased agricultural production due to mechanized farming; and<br>• the development of the mechanized assembly line and mass production which led to the transition from skilled to unskilled labor.<br><br>Some of the technological innovations that transformed the American economy in the late 19th and early 20th centuries included the telephone, phonograph, incandescent light bulb, washing machine, skyscraper, automobile, and airplane.<br><br>EXPECTATIONS FOR LEARNING<br>Analyze how the rise of corporations, heavy industry, mechanized farming and technological innovations transformed the American economy from an agricultural economy to an increasingly industrial economy. |
| **Content Statement**<br>9.　The rise of industrialization led to a rapidly expanding workforce. Labor organizations grew amidst unregulated working conditions, laissez-faire policies toward big business, and violence toward supporters of organized labor. |
| CONTENT ELABORATION<br>The rise of industrialization in the United States in the late 19th and early 20th centuries increased the demand for workers. With this demand, immigrants came from other countries and Americans migrated from other parts of the United States to take jobs in industrial centers.<br><br>Laissez-faire policies allowed the formation of monopolies and trusts. Conflict between corporations and labor led to the growth of labor unions. Labor unions advocated for workplace reforms such as:<br>• shorter work days;<br>• increased pay;<br>• safer working conditions; and<br>• restrictions on child labor.<br><br>Tactics employed by the labor unions to achieve their goals included:<br>• collective bargaining;<br>• strikes; and<br>• boycotts.<br><br>Labor organizations faced violent backlash from business owners that sometimes led to government intervention.<br><br>EXPECTATIONS FOR LEARNING<br>Explain the economic effects of industrialization, the growth of organized labor, and the influences of laissez-faire policies. |



Ohio | Department of Education

1:26-cv-00351 PL0142

American History continued

### TOPIC: INDUSTRIALIZATION AND PROGRESSIVISM (1877-1920)

**Content Statement**
10. Immigration, internal migration and urbanization transformed American life.

**CONTENT ELABORATION**

Mass immigration at the turn of the 20th century made the country more diverse and transformed American life. Effects of mass immigration included:
- filling a demand for workers;
- diffusion of ethnic traits into American culture;
- impacting the growth of cities; and
- increased nativist sentiment.

Internal migration contributed to the growth of urban areas. Many people left their farms for the cities seeking greater job opportunities.

The Great Migration was the mass movement of African Americans who fled the rural South for the urban North. They sought to escape discrimination and secure better-paying jobs. The Great Migration helped transform northern cities economically (e.g., as workers and consumers) and culturally (e.g., art, music, and literature).

Urbanization transformed the physical nature of cities including:
- buildings becoming taller and tenement buildings providing housing for working families;
- increased crime, disease, overcrowding, poor living conditions, and lack of sanitation services;
- the emergence of ethnic neighborhoods;
- improvements in public transportation; and
- a growing middle class that could easily commute for employment and leisure activities.

**EXPECTATIONS FOR LEARNING**

Analyze how immigration, internal migration and urbanization transformed American life.



1:26-cv-00351 PL0143

American History continued

| TOPIC: INDUSTRIALIZATION AND PROGRESSIVISM (1877-1920) |
|---|
| **Content Statement**<br>**11. Continued settlement by Americans in the West intensified conflict with American Indians and reinforced the policy of the reservation system.** |
| CONTENT ELABORATION<br>Industrialization led to increased demand for natural resources and encouraged westward migration by Americans.<br><br>As Americans moved west, conflicts often occurred as Americans came into contact with American Indians. Consequences of these conflicts included:<br>• the Plains Wars;<br>• the Battle of Little Bighorn;<br>• the Wounded Knee Massacre; and<br>• resistance to assimilation (e.g., Ghost Dance).<br><br>The demand for resources and land in the West changed the life of the American Indians, who continued to be displaced from their ancestral lands through a series of treaties and government actions that included:<br>• Homestead Acts;<br>• Dawes Act;<br>• reservation system;<br>• Indian residential schools; and<br>• Americanization and assimilation.<br><br>EXPECTATIONS FOR LEARNING<br>Explain how continued American westward movement impacted American Indians. |
| **Content Statement**<br>**12. Following Reconstruction, old political and social structures reemerged and racial discrimination was institutionalized.** |
| CONTENT ELABORATION<br>The removal of federal troops from the South accompanied the end of Reconstruction and helped lead to the restoration of the Democratic Party's control of state governments. Many reforms enacted by Reconstruction governments were repealed.<br><br>Racial discrimination was further institutionalized with the passage of Jim Crow Laws. These state laws and local ordinances enforced discriminatory policies that included:<br>• racial segregation;<br>• limited ballot access;<br>• prohibition of interracial marriage; and<br>• limited protection of civil rights for African Americans.<br><br>The U.S. Supreme Court affirmed segregation in the *Plessy v Ferguson* decision.<br><br>The rise of the Ku Klux Klan and other nativist organizations brought increased violence against African Americans.<br><br>EXPECTATIONS FOR LEARNING<br>Analyze the post-Reconstruction political and social developments that led to institutionalized racism in the United States.<br><br>Describe institutionalized racist practices in post-Reconstruction America. |


Ohio | Department of Education

1:26-cv-00351 PL0144

**OHIO'S MODEL CURRICULUM | SOCIAL STUDIES | ADOPTED JUNE 2019**　　　　108

American History continued

| TOPIC: INDUSTRIALIZATION AND PROGRESSIVISM (1877-1920) |
|---|
| **Content Statement**<br>13. The Progressive era was an effort to address the ills of American society stemming from industrial capitalism, urbanization, and political corruption. |

CONTENT ELABORATION

Industrial capitalism, urbanization, and political corruption contributed to problems in American society in the late 19th and early 20th centuries. Public reaction to the effects of industrialization led to the creation of a reform agenda which contributed to the rise of Progressivism. Journalists, called muckrakers, exposed political corruption, corporate and industrial practices, social injustice, and life in urban America.

Progressives introduced reforms to address the issues associated with industrial capitalism. Their efforts led to antitrust lawsuits, antitrust legislation, railroad regulation, consumer protection legislation, and conservation reforms. Examples of progressive reforms included:
- Sherman and Clayton Antitrust Acts;
- Pure Food and Drug Act;
- Meat Inspection Act; and
- creation of the U.S. Forest Service and the National Park Service.

Progressives sought to address concerns arising with growing urban settlement. Examples of actions taken to combat problems caused by urbanization included:
- the creation of settlement houses;
- improvements in public sanitation; and
- building codes established to address concerns with tenement housing.

The Federal Reserve Act was passed to control the nation's money supply and regulate the banking system. Progressives fought political corruption and introduced reforms to make the political process more democratic.

Other progressive reforms included:
- 16th Amendment (power of Congress to levy an income tax);
- 17th Amendment (direct election of U.S. Senators);
- 18th Amendment (prohibition of alcoholic beverages); and
- 19th Amendment (women's suffrage).

EXPECTATIONS FOR LEARNING

Analyze and evaluate the success of progressive reforms during the late 19th and early 20th centuries in addressing problems associated with industrial capitalism, urbanization, and political corruption.



Ohio | Department of Education

1:26-cv-00351 PL0145

**OHIO'S MODEL CURRICULUM | SOCIAL STUDIES | ADOPTED JUNE 2019**    **109**

American History continued

| **TOPIC: FOREIGN AFFAIRS FROM IMPERIALISM TO POST-WORLD WAR I (1898-1930)** |
|---|

**Content Statement**

**14.  As a result of overseas expansion, the Spanish-American War, and World War I, the United States emerged as a world power.**

CONTENT ELABORATION

Following the initial settlement of the western frontier, Americans developed favorable attitudes toward foreign expansion. Pushed along by global competition for markets, prestige, an expanded navy, and a sense of cultural superiority, the United States engaged in a series of overseas actions which fostered its move to global power status. Such actions included:

- the annexation of Hawaii;
- the Spanish-American War; and
- Big Stick Diplomacy.

With its entry into World War I, the United States mobilized a large army and navy to help the Allies achieve victory. After the war, European countries were forced to concentrate their resources on rebuilding their countries which allowed the United States to emerge as a world power.

EXPECTATIONS FOR LEARNING

Analyze the circumstances which enabled the United States to emerge as a world power in the early 1900s.

**Content Statement**

**15.  After World War I, the United States pursued efforts to maintain peace in the world. However, as a result of the national debate over the Versailles Treaty ratification and the League of Nations, the United States moved away from the role of world peacekeeper and limited its involvement in international affairs.**

CONTENT ELABORATION

After World War I, the United States emerged as a world leader and pursued efforts to maintain peace in the world. The United States' efforts partially helped shape the Treaty of Versailles, but debate over its terms and efforts to avoid foreign entanglements led to its defeat in the Senate and the United States' decision not to join the League of Nations.

Desires to avoid another major war led to treaties addressing arms limitation and territorial expansion. In 1928, the United States signed the Kellogg-Briand Pact to prohibit war as "an instrument of national policy." In later legislative acts, the United States sought to limit its involvement in international affairs.

EXPECTATIONS FOR LEARNING

Explain why and how the United States moved to a policy of isolationism following World War I.


Ohio | Department of Education

**OHIO'S MODEL CURRICULUM | SOCIAL STUDIES | ADOPTED JUNE 2019**     110

American History continued

### TOPIC: PROSPERITY, DEPRESSION AND THE NEW DEAL (1919-1941)

**Content Statement**

16. Racial intolerance, anti-immigrant attitudes, and the Red Scare contributed to social unrest after World War I.

**CONTENT ELABORATION**

The Great Migration of African Americans to northern cities heightened racial tensions due to increased competition for jobs, housing, and public services. Evidence of racial tension throughout the nation included:

- enforcement of Jim Crow legislation that continued in the South during the post-war era;
- lynchings and threats of racial violence;
- racial intolerance and the revival of the Ku Klux Klan across the United States; and
- urban race riots.

An increase in immigration to the United States from southern and eastern Europe preceded World War I. Nativism after the war was reflected in the passage of immigration quotas. Intolerance toward immigrants, Catholics, and Jews was exhibited by groups such as the Ku Klux Klan.

The rise of Communism in Russia as well as post-war labor strikes and violence in the United States stirred fears of revolution among Americans. The Red Scare of 1919-1920 was a reaction to these perceived threats and led to the incarceration and deportation of many immigrants.

**EXPECTATIONS FOR LEARNING**

Describe how racial intolerance, anti-immigrant attitudes, and the Red Scare contributed to social unrest after World War I.

**Content Statement**

17. An improved standard of living for many, combined with technological innovations in communication, transportation, and industry resulted in social and cultural changes and tensions.

**CONTENT ELABORATION**

Following World War I, the United States experienced a period of successful advances in industry and an economic boom that improved the standards of living for many Americans.

Technological innovations in industry, transportation, and communication included:

- the assembly line;
- automobile;
- commercial aircraft;
- talking motion pictures;
- commercial radio broadcasts; and
- wider circulation of newspapers and magazines;

These innovations brought change, but some changes challenged social norms and increased tensions.

**EXPECTATIONS FOR LEARNING**

Describe how an improved standard of living for many, combined with technological innovations in communication, transportation and industry, resulted in social and cultural changes



Ohio | Department of Education

American History continued

| TOPIC: PROSPERITY, DEPRESSION AND THE NEW DEAL (1919-1941) |
|---|
| **Content Statement** |
| **18.  Movements such as the Harlem Renaissance, African-American migration, women's suffrage, and Prohibition all contributed to social change.** |

CONTENT ELABORATION

The passage of the Jim Crow laws and new job opportunities in the American North influenced the Great Migration of African Americans from the South to cities throughout the Northeast and Midwest. These cities quickly became cultural centers for African Americans in the United States.

The Harlem Renaissance was a celebration of African American culture and contributed to social change. The themes of African American art and literature gave pride to people of African heritage and increased awareness of the struggles related to intolerance and life in large urban centers. Jazz flourished during the Harlem Renaissance and became an established American music genre.

The goal of the woman suffrage movement was obtained with the passage of the 19th Amendment. Women increased economic and political participation led to changes in social attitudes.

Prohibition had mixed results and lacked popular support. It led to speakeasies and increased organized crime. The 18th Amendment was difficult and costly to enforce and was repealed with the 21st Amendment.

EXPECTATIONS FOR LEARNING

Describe social changes that came from the Harlem Renaissance, African-American migration, women's suffrage, and Prohibition.

| **Content Statement** |
|---|
| **19.  The Great Depression was caused, in part, by the federal government's monetary policies, stock market speculation, and increasing consumer debt. The role of the federal government expanded as a result of the Great Depression.** |

CONTENT ELABORATION

One factor leading to the Great Depression in the United States was the excessive amount of lending by banks. This increased the easy access to and fueled the use of consumer credit.

The Federal Reserve attempted to curb these practices by constricting the money supply. This action worsened economic conditions by making it more difficult for people to repay debts. It was also difficult for businesses and banks to continue operations.

Another factor leading to the Depression was stock market speculation. Many investors were buying on margin with the hope of making huge profits. However, the collapse of the stock market led many to lose their investments and fortunes. The closing of many businesses led to the rise of consumer debt as workers lost needed income.

During the 1930s, the role of the federal government was greatly expanded through New Deal legislation, policies, and agencies which included:
- the Social Security Act;
- the National Recovery Administration;
- the Securities and Exchange Commission (SEC);
- the Federal Deposit Insurance Corporation (FDIC); and
- Public Works Programs (e.g., Works Progress Administration, Tennessee Valley Authority, Civilian Conservation Corps).

The benefits of New Deal programs were unevenly distributed furthering the divide between social classes and minorities.

EXPECTATIONS FOR LEARNING

Describe how the federal government's monetary policies, stock market speculation and increasing consumer debt led to the Great Depression.

Explain how the efforts to combat the Great Depression led to an expanded role for the federal government.


Ohio | Department of Education

1:26-cv-00351 PL0148

**OHIO'S MODEL CURRICULUM | SOCIAL STUDIES | ADOPTED JUNE 2019**                    **112**

American History continued

| TOPIC: FROM ISOLATION TO WORLD WAR (1930-1945) |
|---|

**Content Statement**

20. During the 1930s, the U.S. government attempted to distance the country from earlier interventionist policies in the Western Hemisphere as well as retain an isolationist approach to events in Europe and Asia until the beginning of World War II.

CONTENT ELABORATION

Following World War I, the United States was reluctant to become involved in overseas conflicts that could lead to another war.

The Neutrality Acts of the 1930s were attempts to isolate the country from the emerging problems in Asia and Europe.

In an effort to aid countries fighting against fascist aggression, the United States introduced the cash-and-carry policy, the Lend-Lease Act, and helped write the Atlantic Charter.

The expansionist policies of Japan and the bombing of Pearl Harbor ended U.S. isolationist policies.

EXPECTATIONS FOR LEARNING

Explain how America transitioned from an isolationist foreign policy to involvement in World War II.

**Content Statement**

21. United States policy and mobilization of its economic and military resources during World War II affected American society. Despite mistreatment, marginalized groups played important roles in the war effort while continuing to protest unfair treatment.

CONTENT ELABORATION

The policy and mobilization of the United States at the outbreak of World War II greatly impacted the lives of Americans. Aspects of wartime policy and mobilization included:
- transition from peacetime to wartime economy (e.g., price controls, War Production Board);
- personal sacrifices for the war effort (e.g., rationing, victory gardens);
- military mobilization efforts (e.g., military draft, naval expansion);
- contributions to the war effort (e.g., war bonds, scrap drives); and
- propaganda efforts by the government.

Job opportunities in the civilian workforce and in the military opened for women and minorities.

Marginalized groups and their experiences during World War II included:
- African Americans (e.g., Double V Campaign);
- Japanese Americans (e.g., internment camps);
- American Indians (e.g., Navajo Code Talkers); and
- Mexican Immigrants (e.g., Bracero Program).

EXPECTATIONS FOR LEARNING

Explain changes American society experienced with the mobilization of its economic and military resources during World War II.



EXHIBIT
**8**


Ohio | Department of Education

1:26-cv-00351 PL0149

**OHIO'S MODEL CURRICULUM | SOCIAL STUDIES | ADOPTED JUNE 2019**                    113

American History continued

| TOPIC: US THE COLD WAR (1945-1991) |
|---|
| **Content Statement** |
| **22. Use of atomic weapons changed the nature of war, altered the balance of power, and began the nuclear age.** |

CONTENT ELABORATION
The dropping of the atomic bombs on Japan hastened the end of World War II and is considered the beginning of the nuclear age. Atomic bombs introduced a new type of weapon capable of mass destruction. Possession of the nuclear bomb contributed to the status of the United States as a superpower.

Successful Soviet development of the atomic bomb in 1949 escalated an arms race that continued throughout the Cold War and led to heightened fears of a nuclear war and the establishment of the Soviet Union as a second superpower.

EXPECTATIONS FOR LEARNING
Explain how atomic weapons have changed the nature of war, altered the balance of power, and started the nuclear age.

| **Content Statement** |
|---|
| **23. The United States followed a policy of containment during the Cold War in response to the spread of communism.** |

CONTENT ELABORATION
The policy of containment began in the late 1940s to halt the spread of communism in Europe and Asia, and expanded to other parts of the world over the next several decades.

Reasons for implementing the policy of containment included:
- the fear of Soviet expansion in Europe;
- the rise of communism in China; and
- the spread of communism throughout Latin America and Asia.

Containment policies and international alliances included:
- the Marshall Plan;
- the Truman Doctrine; and
- the North Atlantic Treaty Organization (NATO).

In Asia, the policy of containment was the basis for U.S. involvement in the Korean and Vietnam Wars.

EXPECTATIONS FOR LEARNING
Analyze the policy of containment the United States followed during the Cold War in response to the spread of Communism.


Ohio | Department of Education

1:26-cv-00351 PL0150

**OHIO'S MODEL CURRICULUM | SOCIAL STUDIES | ADOPTED JUNE 2019** 114

American History continued

## TOPIC: US THE COLD WAR (1945-1991)

**Content Statement**
**24. The Second Red Scare and McCarthyism reflected Cold War fears in American society.**

CONTENT ELABORATION
The actions of the Soviet Union in Eastern Europe and the spread of communism in Asia caused a Second Red Scare. These developments sparked fears among many Americans and challenged civil liberties. The Second Red Scare focused attention on the media, labor unions, universities, and the military as targets of communist subversion.

Fears of subversion and charges of communist infiltration of the U.S. government led to the following actions:
- McCarthyism;
- investigations of the House Un-American Activities Committee (HUAC); and
- blacklisting of suspected communists.

EXPECTATIONS FOR LEARNING
Explain how the Second Red Scare and McCarthyism reflected Cold War fears in American society.

**Content Statement**
**25. The Cold War and conflicts in Korea and Vietnam influenced domestic and international politics.**

CONTENT ELABORATION
The Cold War dominated international politics and impacted domestic policies in the United States for 45 years. Domestic and international concerns during this period included:
- the Korean War;
- the Second Red Scare;
- the nuclear arms race;
- the Bay of Pigs Invasion and Cuban Missile Crisis;
- political and military intervention in the Middle East and Latin America;
- expansion of the role of the United Nations; and
- the Vietnam War.

The Korean War sparked international events and concerns that would persist for decades including:
- further tensions between the United States and China;
- the continued division of North and South Korea; and
- improved relations and diplomacy between the United States and Japan.

The Vietnam War divided the country and sparked massive protests. Major domestic issues and events included:
- cuts to spending on domestic programs;
- urban unrest and violence; and
- anti-war protests.

EXPECTATIONS FOR LEARNING
Analyze how the Cold War and conflicts in Korea and Vietnam influenced domestic and international politics between the end of World War II and 1991.


Ohio | Department of Education

1:26-cv-00351 PL0151

American History continued

## TOPIC: US THE COLD WAR (1945-1991)

**Content Statement**
**26. The collapse of communist governments in Eastern Europe and the U.S.S.R. brought an end to the Cold War.**

### CONTENT ELABORATION
U.S. economic and military pressure contributed to the collapse of communist governments in Eastern Europe and the Soviet Union (i.e., Union of Soviet Socialist Republics). This led to a reduction of tensions between the United States and the former Soviet Union.

The fall of the Berlin Wall followed by mass demonstrations for democracy contributed to the decline of communist governments in Eastern Europe.

The collapse of the Soviet Union resulted in independent republics that moved to institute democratic reforms and introduce free-market economies. The United States supported economic and education reforms by providing assistance to some of the former communist countries.

### EXPECTATIONS FOR LEARNING
Explain how U.S. economic and military pressure contributed to the collapse of communist governments in Eastern Europe and the Soviet Union and brought a close to the Cold War.

## TOPIC: SOCIAL TRANSFORMATIONS IN THE UNITED STATES (1945-1994)

**Content Statement**
**27. Following World War II, the United States experienced a struggle for racial and gender equality and the extension of civil rights.**

### CONTENT ELABORATION
Following World War II, movements began to highlight the need to secure the same freedoms and opportunities for groups of marginalized Americans that other Americans enjoyed.

Civil Rights organizations fought for equal opportunities for African Americans and to end segregation. Organizations such as the National Association for the Advancement of Colored People (NAACP), the Southern Christian Leadership Conference (SCLC), and the Student Nonviolent Coordinating Committee (SNCC) sought to change long-standing policies and laws.

Many Civil Rights activists demonstrated to affect political and social change. These activists mobilized to carry out demonstrations to bring light to the injustices plaguing the nation. Examples of these actions included:
- the Montgomery Bus Boycott;
- the March on Washington; and
- the Freedom Rides.

Their actions helped to bring about legislative Civil Rights Act and Voting Rights Acts and judicial change including *Brown v. Board of Education*.

Mexican Americans organized through the United Farm Workers of America (UFW) to improve the conditions of migrant workers.

Women made progress toward equal opportunities through demonstrations, legislation, and the establishment of the National Organization for Women (NOW).

The American Indian Movement (AIM) worked to improve conditions on reservations, protect land rights, and improve opportunities in education and employment.

The Gay Liberation Movement began with the Stonewall Riots, which led to an organized effort for full inclusion in public life and institutions.

### EXPECTATIONS FOR LEARNING
Summarize the struggle for racial and gender equality and the extension of civil rights that occurred in the United States in the post-World War II period.


Ohio | Department of Education

1:26-cv-00351 PL0152

American History continued

**TOPIC: SOCIAL TRANSFORMATIONS IN THE UNITED STATES (1945-1994)**

**Content Statement**
28. The postwar economic boom and advances in science and technology, produced changes in American life.

CONTENT ELABORATION
In the decades following World War II, the United States experienced an era of unprecedented prosperity and economic growth. Several factors that contributed to this prosperity and economic growth included:
- increased demand for goods and services;
- growth of suburbs; and
- the Baby Boom.

Advances in science and technology following the war also impacted American life in several ways including:
- medicine (e.g., polio vaccine, birth control pill);
- nuclear power plants;
- transportation (e.g., passenger jet plane, automobiles); and
- television.

EXPECTATIONS FOR LEARNING
Describe how American life in the postwar period was impacted by the post-World War II economic boom and by advances in science and technology.

**Content Statement**
29. The continuing population flow from cities to suburbs, the internal migrations from the Rust Belt to the Sun Belt, and the increase in immigration resulting from passage of the 1965 Immigration Act have had social and political effects.

CONTENT ELABORATION
The postwar movement from cities to suburbs had social and political effects that included:
- white flight and discriminatory loan practices towards minorities (i.e., redlining);
- polarization of urban and rural voters; and
- urban riots throughout the 1960s.

Residents of the Rust Belt region of the country were being drawn by the employment opportunities offered by defense plants and high-tech industries located in the South and California. This migration led to the growth of the Sun belt. This development contributed to a political power shift in the country reflected in the reapportionment of congressional districts.

The 1965 Immigration Act allowed more individuals from Asia, Africa, and Latin America to enter the United States. The immigration that followed impacted the country's demographic makeup. For example, Hispanics became the fastest growing minority in the U.S. which led to an increase in Spanish language media and funding for bilingual education programs.

These demographic changes impacted voting practices and the balance of power between the major political parties.

EXPECTATIONS FOR LEARNING
Analyze the social and political effects of the continuing population flow from cities to suburbs, the internal migrations from the Rust Belt to the Sun Belt, and the increase in immigration resulting from passage of the 1965 Immigration Act.


Ohio | Department of Education

1:26-cv-00351 PL0153

American History continued

| TOPIC: SOCIAL TRANSFORMATIONS IN THE UNITED STATES (1945-1994) |
|---|
| **Content Statement**<br>30. **Political debates focused on the extent of the role of government in the economy, environmental protection, social welfare, and national security.** |
| CONTENT ELABORATION<br>In the post-World War II period, the role of the government in influencing the economy continued to be a source of partisan debate. Public opinion on the issue was often influenced by the state of the economy (e.g., poverty, and unemployment). Examples of major economic policies influenced by shifts in public opinion included:<br>    • the Great Society (Medicare and Medicaid); and<br>    • Reaganomics (Supply-Side Economics and Deregulation).<br><br>The debate on the government's role in protecting the environment also increased due to research on the effects of pesticides, pollution, waste disposal, and the extent of climate change. Demands from environmentalists led to the establishment of the Environmental Protection Agency (EPA).<br><br>The controversies surrounding the federal government's role in protecting the country from communist infiltration and subversion continued during the Vietnam War Era. Domestic issues that led to debates over national security included:<br>    • anti-war protests;<br>    • Civil Rights Movement; and<br>    • balance between individual rights and national security.<br><br>EXPECTATIONS FOR LEARNING<br>Explain why the government's role in the economy, environmental protection, social welfare, and national security became the topic of political debates between 1945 and 1994. |



American History continued

| **TOPIC: UNITED STATES AND THE POST-COLD WAR WORLD (1991 TO PRESENT)** |
|---|
| **Content Statement**<br>31. Improved global communications, international trade, transnational business organizations, overseas competition, and the shift from manufacturing to service industries have impacted the American economy. |
| **CONTENT ELABORATION**<br>The American economy has been impacted by many influences since the early 1990s. Global technology has increased communication through the use of the:<br><ul><li>personal computer;</li><li>Internet and social media; and</li><li>mobile phone.</li></ul><br>International trade, transnational business organizations, and overseas competition have challenged American producers and local communities, the effects of which have led to:<br><ul><li>a decrease in manufacturing jobs and closing of plants;</li><li>a shift from a manufacturing industry toward a service industry;</li><li>growth in lower-paying jobs;</li><li>growth of information technology jobs; and</li><li>an increase in the U.S. trade deficit.</li></ul><br>**EXPECTATIONS FOR LEARNING**<br>Analyze how the American economy has been impacted by improved global communications, international trade, transnational business organizations, overseas competition, and the shift from manufacturing to service industries. |



Ohio | Department of Education

1:26-cv-00351 PL0155

American History continued

### TOPIC: UNITED STATES AND THE POST-COLD WAR WORLD (1991 TO PRESENT)

**Content Statement**

32. Focusing on domestic policy, the United States faces ongoing social, political, national security, and economic challenges in the post-Cold War era and following the attacks on September 11, 2001.

CONTENT ELABORATION

The post-Cold War period and the attacks on Sept. 11, 2001, presented new domestic challenges for the United States. Issues impacting national security include:

- the dynamic of balancing national security with civil liberties (USA PATRIOT Act);
- the creation of the Transportation Security Administration;
- an increase in Islamophobia and xenophobia; and
- increasing fears of domestic terrorism.

The continuing debate between the role of the state and federal government in political and social issues includes disagreements over:

- LGBTQ+ rights;
- legalization of marijuana for medical conditions;
- gun rights and gun control;
- racial and gender equality; and
- health care.

Issues impacting the American economy include:

- operating within a globalized economy;
- a post-Cold War decrease in defense spending;
- the mortgage crisis; and
- government bailouts.

EXPECTATIONS FOR LEARNING

Explain the social, political, economic, and national security challenges the United States' domestic policy faced in the post-Cold War period and following the attacks on Sept. 11, 2001.



1:26-cv-00351 PL0156

American History continued

## TOPIC: UNITED STATES AND THE POST-COLD WAR WORLD (1991 TO PRESENT)

**Content Statement**

33. **Focusing on foreign policy, the United States faces ongoing economic, political, military, and social challenges in the post-Cold War era and following the attacks of September 11, 2001**

### CONTENT ELABORATION
The post-Cold War period and the attacks on Sept. 11, 2001, presented new foreign policy challenges for the United States.

Economic challenges of a globalized world have led to the following:
- international demand for the U.S. dollar;
- balance of trade;
- international economic partnerships (World Economic Forum and World Trade Organization); and
- outsourcing of U.S. jobs.

Social and political challenges of a globalized world include:
- pandemic diseases;
- an increase in the immigration of refugees from war-torn regions of the world;
- international humanitarian aid; and
- the debate over the treatment of enemy combatants.

The post-Cold War period and the attacks on September 11, 2001 impacted the military in the following ways:
- increased defense spending as a result of the war on terrorism;
- role of the United States and United Nations in addressing political and social unrest in the Middle East; and
- the control of weapons of mass destruction in areas of the world perceived as a threat to world stability.

### EXPECTATIONS FOR LEARNING
Explain the social, political, economic, and national security challenges the United States' foreign policy faced in the post-Cold War period and following the attacks on Sept. 11, 2001.



## American Government

| TOPIC: CIVIC INVOLVEMENT |
|---|
| **Content Statement** |
| 1. **Opportunities for civic engagement within the structures of government are made possible through political and public policy processes.** |
| CONTENT ELABORATION<br>A variety of opportunities exist at the local, state, and national levels for students to engage with issues that appeal to them.<br><br>As students look for opportunities for civic engagement, they will identify issues, and then research, debate, and propose appropriate solutions. As part of this process, students will devise action plans, and examine the possible consequences of each proposed solution, weighing the costs and benefits of each approach.<br><br>Political processes are related to the acquisition of governmental power and influencing governmental decision-making. Public policy processes are related to the institutional actions and procedures involved with the government carrying out its functions.<br><br>EXPECTATIONS FOR LEARNING<br>Devise and implement a plan to address a problem by engaging either the political process or the public policy process. |
| **Content Statement** |
| 2. **Political parties, interest groups, and the media provide opportunities for civic involvement through various means.** |
| CONTENT ELABORATION<br>Political parties consist of organizations whose members hold similar views on public issues. Political parties seek to determine public policy through winning elections and having their members hold public office.<br><br>Interest groups consist of organizations whose members hold similar views on public issues. Interest groups seek to influence the making and execution of public policy by engaging in political and public policy processes.<br><br>Media are various means of mass communication with different audiences. Political parties and interest groups use media to influence the political and public-policy processes.<br><br>EXPECTATIONS FOR LEARNING<br>Select a political party or interest group to address a civic issue, identify a type of media as a means of communication, then defend the viability of the choices made in an effort to achieve a successful result in resolving the civic issue. |


Ohio | Department of Education

1:26-cv-00351 PL0158