

**EXHIBIT 9**

## Cold War and Contemporary Europe

**UNIT 9**

# TOPIC 9.14
# 20th- and 21st-Century Culture, Arts, and Demographic Trends

## Required Course Content

### THEMATIC FOCUS

#### Cultural and Intellectual Developments `CID`

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

### LEARNING OBJECTIVE

**Unit 9: Learning Objective O**

Explain how and why European culture changed from the period following World War II to the present.

### HISTORICAL DEVELOPMENTS

**KC-4.3.I.B**

The effects of world war and economic depression undermined this confidence in science and human reason, giving impetus to existentialism and producing postmodernism in the post-1945 period.

**KC-4.3.III**

Organized religion continued to play a role in European social and cultural life despite the challenges of military and ideological conflict, modern secularism, and rapid social changes.

**KC-4.3.III.A**

The challenges of totalitarianism and communism in central and eastern Europe brought mixed responses from the Christian churches.

**KC-4.3.III.B**

Reform in the Catholic Church found expression in the Second Vatican Council, which redefined the church's doctrine and practices and started to redefine its relations with other religious communities.

---

### SUGGESTED SKILL

 *Making Connections*

`5.A`

Identify patterns among or connections between historical developments and processes.

**ILLUSTRATIVE EXAMPLES**

Christian responses to totalitarianism:
- Dietrich Bonhoeffer
- Martin Niemöller
- Pope John Paul II
- Solidarity

New movements in the visual arts:
- Cubism
- Futurism
- Dadaism
- Surrealism
- Abstract Expressionism
- Pop Art

New architectural movements:
- Bauhaus
- Modernism
- Postmodernism

New movements in music:
- Igor Stravinsky
- Arnold Schoenberg
- Richard Strauss

Writers:
- Franz Kafka
- James Joyce
- Erich Maria Remarque
- Virginia Woolf
- Jean-Paul Sartre

Government policies promoting population growth:
- Neonatalism
- Childcare facilities

*continued on next page*

1:26-cv-00351 PL0439



**UNIT 9**

# Cold War and Contemporary Europe

## LEARNING OBJECTIVE

**Unit 9: Learning Objective O**

Explain how and why European culture changed from the period following World War II to the present.

## HISTORICAL DEVELOPMENTS

**KC-4.3.IV**

During the 20th century, the arts were defined by experimentation, self-expression, subjectivity, and the increasing influence of the United States in both elite and popular culture.

**KC-4.3.IV.A**

New movements in the visual arts, architecture, and music radically shifted existing aesthetic standards, explored subconscious and subjective states, and satirized Western society and its values.

**KC-4.3.IV.B**

Throughout the century, a number of writers challenged traditional literary conventions, questioned Western values, and addressed controversial social and political issues.

**KC-4.4.I.C**

Mass production, new food technologies, and industrial efficiency increased disposable income and created a consumer culture in which greater domestic comforts such as electricity, indoor plumbing, plastics, and synthetic fibers became available.

**KC-4.4.II.C**

With economic recovery after World War II, the birth rate increased dramatically (the baby boom), often promoted by government policies.

**KC-4.4.III.B**

Various movements, including women's movements, political and social movements, gay and lesbian movements, and others, worked for expanded civil rights, in some cases obtaining the goals they sought, and in others facing strong opposition.

**KC-4.4.III.C**

Intellectuals and youth reacted against perceived bourgeois materialism and decadence, most significantly with the revolts of 1968.

© 2020 College Board

1:26-cv-00351 PL0440