**EXHIBIT 13**

**Administrative Memo re ORC 3313.473 / Board Policy 5780.01 ("HB 8")**

**To:** Little Miami Local Schools Staff
**From:** Omar Tarazi, Esq., Board Counsel
**Date:** _____
**Re:** Guidance on ORC 3313.473 (HB 8) and Board Policy 5780.01 (Parent Notification / Opt-Out)

**Purpose**

Little Miami Local Schools is committed to maintaining a safe, respectful, and supportive learning environment for all students while fully complying with Ohio law and Board policy.

This memorandum provides District guidance regarding Ohio Revised Code § 3313.473 ("HB 8") and Board Policy 5780.01. Staff are expected to follow this guidance to ensure consistent application of the law and District policy across all buildings.

This memorandum does not create new Board policy. It is intended to assist with consistent implementation of existing legal requirements and District procedures. It is also intended to promote good-faith compliance with Ohio law and Board policy and to help protect staff and the District from unnecessary risk. While the Board of Education is the final decision-maker for District policy interpretation and application, external mechanisms, including State Board of Education licensure enforcement, the court system, and potential legislative changes, may scrutinize classroom practices more narrowly.

District employees must follow Board-adopted policies and District guidance. Outside advocacy materials or guidance documents may offer different perspectives, but they do not determine Little Miami Local Schools' legal obligations. If you are uncertain how to apply HB 8 or Board Policy 5780.01 in a specific situation, consult your building administrator before acting.

**Key Requirements of Board Policy 5780.01**

Board Policy 5780.01 establishes District procedures related to "sexuality content" and parent rights. Staff should be familiar with the policy and comply with all requirements, including:

1) Parent Access to Instructional Materials

Parents must be provided access to review instructional materials as required under policy.

2) Notice and Opt-Out Requirements for "Sexuality Content"

If instructional materials include "sexuality content" as defined in Board Policy 5780.01, advance notice and an opt-out process are required.

DEF-00288 & 894 Export

Board Policy 5780.01 defines "sexuality content" broadly as any oral, written, or visual instruction, presentation, image, or description of sexual concepts or gender ideology provided in a classroom setting. It is not limited to formal sexual education lessons.

At the same time, the policy recognizes that a brief or incidental reference may not constitute "sexuality content," depending on the context and purpose.

**Practical Guidance: Distinguishing "Sexuality Content" from Incidental References**

Because questions may arise about whether a lesson, activity, reading, or classroom display is considered "sexuality content," the District applies a common-sense, objective standard.

**Practical rule of thumb**

A lesson, activity, display, or material is likely to be considered "sexuality content" (triggering notice/opt-out requirements) if a reasonable observer would conclude its primary purpose is to:

- prompt discussion,
- provide instruction, or
- solicit student engagement

on sexual concepts or gender ideology.

In contrast, a brief incidental reference that is not intended to prompt instruction or engagement generally does not trigger the policy's procedures.

**Examples:**

**Likely to be "sexuality content" (notice and opt-out required):**

- Teacher-led lesson, presentation, worksheet, or assigned reading that focuses on sexual orientation, gender identity, or gender ideology.
- A classroom display prominently positioned and reasonably viewed as intended to signal support for, or prompt discussion of, gender/sexuality topics.

**Likely to be an incidental reference (generally no notice/opt-out required):**

- A small personal item (e.g., sticker on a water bottle, lanyard, or badge) not positioned or used to engage students.
- A brief student-initiated comment that is acknowledged and promptly redirected without turning into instruction or extended discussion.

**Classroom Displays and Symbols**

Questions have arisen statewide regarding classroom displays and symbols that may relate to sexuality or gender topics.

Staff should evaluate displays using the "primary purpose" standard described above. A display, poster, badge, sticker, or message that would reasonably be viewed as intended to prompt student discussion or engagement on sexuality or gender topics is likely to fall within the scope of Board Policy 5780.01 requirements.

**Parent Notification Requirements Under ORC 3313.473 and Board Policy 5780.01**

HB 8 and Board Policy 5780.01 contain requirements related to parent notification in certain circumstances involving student requests and identity-related disclosures.

These situations are often sensitive and fact-specific. Staff should immediately consult building administration before responding to or acting on:

- A student's request that may trigger parent-notification requirements (e.g., request to be identified by a different name, pronouns, or gender); or

- A student disclosure that creates uncertainty about whether notification is required.

**Important safety reminder**

If the situation also raises concerns about possible abuse, neglect, threats of self-harm, or other student safety issues, immediately follow all applicable District safety protocols and mandatory reporting obligations and notify administration.

**When Complaints Arise: Use the Policy Decision-Making Process**

Board Policy 5780.01 contemplates that building administration plays a key role in applying the policy. Staff should follow the established chain of decision-making:

- Building administrator is the first point of contact and initial decision-maker;

- Questions may be elevated to the Superintendent or designee; and

- Where required by policy, complaints may proceed through the Board-level process.

**To ensure consistency and compliance:**

- Err on the side of contacting your building administrator when a situation may involve "sexuality content" or parent notification requirements.

- Document parent notifications, opt-outs, and District guidance received when applicable.

- Maintain professionalism and ensure classroom practices remain aligned with District policy and instructional goals.

The District appreciates your professionalism in navigating these requirements. Our shared goal is to support every student, respect every family, and maintain full compliance with the law.

Omar Tarazi, Esq.
Board Counsel