
**EXHIBIT 1**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| GEORGE MCINTYRE | Case No. 1:26-cv-00351-MWM |
| Plaintiff | |
| | Judge: Matthew W. McFarland |
| v. | |
| | NOTICE OF 30(b)(6) DEPOSITION |
| LITTLE MIAMI SCHOOL DISTRICT, ET AL | |
| Defendants | |

Plaintiff herby notifies all parties that, pursuant to Fed. R. Civ. P. 30(b)(6), he will take a deposition upon oral examination, to be recorded by stenographic means and Zoom audiovisual recording, of Little Miami School District.  The named organization must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf on the following matters:

(i)     The Application of the Parents Rights Policy as a basis for the removal of materials from classrooms including, but not limited to, the Hate Has No Home Here Flag;

(ii)    The District's policies and practices for teacher displays on classroom walls and desks;

(iii)   The impact of the Hate Has No Home Here Flag on the District's ability to provide services efficiently; and

(iv)    The manner in which the Hate Has No Home Here Flag is incorporated into the curriculum or used as an instructional item.

In accordance with the Federal Rules of Civil Procedure, the deposition takes place where the deponent answers the questions. The Deposition will take place on **June 8, 2026 at 10:00 am Eastern Time at Engel & Martin, LLC, 4660 Duke Drive, Ste. 101, Mason, OH**.  The Parties have agreed to schedule this Rule 30(b)(6) deposition at the same time as other witness' individual depositions as a matter of convenience and efficiency.  Any party may seek to continue the deposition of the 30(b)(6) designee(s) on June 10, 2026 at 10:00 at the same location if additional testimony is approprioate.

1

Respectfully submitted,

  /s/ Joshua Engel
Joshua Adam Engel (OH 0075769)
Jim Hardin (0056247)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via email upon all counsel of record on May 15, 2026.

/s/ Joshua Engel
Joshua Engel

2