

EXHIBIT 2



DEF-00659