



**EXHIBIT 6**

# H.B. 8 "PARENTS' BILL OF RIGHTS"
### Dr. Paul Imhoff and Nicole Donovsky, Esq.
### February 6, 2025

## District "To Do" List

☐ **Develop a procedure for prompt notification of substantial changes in a student's services**

- Who does the district designate as being responsible for notifying parents?
- How do staff members notify the designated person?
- Who notifies parents (admin, counselor, teacher, other staff)?
- Protocol for notifying parent (email, call, in-person meeting)

☐ **Policy**

- Promotes parent involvement
- Reinforces parental rights of parents to make decisions
- Provides parental access to education and health records
- Prohibits directly or indirectly withholding of information from parents
- Prohibits discouraging or prohibiting notification to parents
- Provides complaint procedure
- Is publicly available/posted on website

☐ **Review curriculum/instructional materials for "sexuality content"**

- No "sexuality content" for K-3
- Age and developmentally appropriate otherwise
- Exceptions for certain instructional requirements

☐ **Annual Notice regarding healthcare services offered by the District**

☐ **Procedure to obtain consent for health care services and options (may be annual), not including emergencies, care included in IEP and 504 plans**

☐ **SB 104 training for all staff, including coaches**

1 | P a g e


Ohio's Superintendent Association



# H.B. 8 "PARENTS' BILL OF RIGHTS"
## Important Information

**Effective Date:**
- While H.B. 8 is generally effective April 9, 2025, the obligations under the Parents' Bill of Rights are driven by adoption of your Board Policy by July 1, 2025. H.B. 8 contains other statutory changes (e.g., religious release) that are effective April 9, 2025.

**Parents' Bill of Rights \*\*New\*\* ORC 3313.473**
- "A parent has a fundamental right to make decisions concerning the upbringing, education, and care of the parent's child."

**Important Definitions**
- **"Biological sex"** means the biological indication of male and female, including sex chromosomes, naturally occurring sex hormones, gonads, and unambiguous internal and external genitalia present at birth, without regard to an individual's psychological, chosen, or subjective experience of gender.
- **"Sexuality content"** means any oral or written instruction, presentation, image, or description of sexual concepts or gender ideology provided in a classroom setting.
- **"Sexuality content"** does not mean any of the following:
    - Instruction or presentations in sexually transmitted infection education
    - Child sexual abuse prevention, and sexual violence prevention education provided under division (A)(5) of section 3313.60 or section 3314.0310 or 3326.091 of the Revised Code
    - Instruction or presentations in sexually transmitted infection education emphasizing abstinence
    - Incidental references to sexual concepts or gender ideology occurring outside of formal instruction or presentations on such topics, including references made during class participation and in schoolwork.
- **"Student's mental, emotional, or physical health or well-being"** includes
    - A student's academic performance
    - Any significant sickness or physical injury, or any psychological trauma suffered by a student
    - Any harassment, intimidation, or bullying by or against a student in violation of school district policy
    - Any request by a student to identify as a gender that does not align with the student's biological sex

 

- o Exhibition of suicidal ideation or persistent symptoms of depression, or severe anxiety, or other mental health issues.
- **"Age-appropriate"** and **"developmentally appropriate"** content
  - o activities or items that are generally accepted as suitable for children of the same chronological age or level of maturity or that are determined to be developmentally appropriate for a child, based on the development of cognitive, emotional, physical, and behavioral capacities that are typical for an age or age group.

### What's Not Defined
- **"Gender Ideology"**
  - o Not defined in O.R.C., court decisions or Merriam Webster
  - o Appears in new Executive Order:
    - "Gender ideology" replaces the biological category of sex with an ever-shifting concept of self-assessed gender identity, permitting the false claim that males can identify as and thus become women and vice versa, and requiring all institutions of society to regard this false claim as true. Gender ideology includes the idea that there is a vast spectrum of genders that are disconnected from one's sex. Gender ideology is internally inconsistent, in that it diminishes sex as an identifiable or useful category but nevertheless maintains that it is possible for a person to be born in the wrong sexed body. *E.O. 01.20.2025, Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*
- **"Instruction"**
- **"Substantial"** change
- **"Student's Services"**

### Board Policy Requirement
- **July 1, 2025** - Deadline for the Board to adopt a policy to promote parental involvement in the public school system. What must the policy require?

  - o Ensure that any sexuality content is age-appropriate and developmentally appropriate for the age of the student receiving the instruction, regardless of the age or grade level of the student.

  - o Prior to providing instruction that includes sexuality content or permitting a third party to provide such instruction on behalf of the district, provide





parents the opportunity to review any instructional material that includes sexuality content.

- o Upon request of the student's parent, a student shall be excused from instruction that includes sexuality content and be permitted to participate in an alternative assignment.
- o Prompt notification to a student's parent of any substantial change in the student's services, including counseling services, or monitoring related to the student's mental, emotional, or physical health or well-being or the school's ability to provide a safe and supportive learning environment for the student.

  - ▪ The policy shall specify in what manner a student's parent will be notified of any substantial change in the student's services.
  - ▪ The policy shall specify that notice to parents shall reinforce the fundamental right of parents to make decisions regarding the upbringing and control of their children, and that the school district shall not inhibit parental access to the student's education and health records maintained by the school.

- o Prohibit school district personnel from directly or indirectly encouraging a student to withhold from a parent information concerning the student's mental, emotional, or physical health or well-being, or a change in related services or monitoring.

- o Prohibit school district personnel from discouraging or prohibiting parental notification of and involvement in decisions affecting a student's mental, emotional, or physical health or well-being.

- o Adopt a procedure to obtain authorization from parents prior to providing any type of health care service to the student, including physical, mental, and behavioral health care services.

- o Under the procedure, a parent may choose whether to authorize a district to provide a health care service to the parent's child.

  - ▪ At the beginning of the school year, notify parents of each health care service offered at, or facilitated in cooperation with, their student's school and their option to withhold consent or decline any specified service.





- Parental consent to health care services does not waive the parent's right to access the parent's student's educational or health records or to be notified about a change in the student's services or monitoring as provided in this section.
- Prior to providing a health care service to a student, notify a parent whether the service is required to be provided by the school district under state law and if other options for a student to access the service exist. This requirement may be satisfied by an annual notice to parents at the beginning of the school year.
- This law does not apply to emergency situations, first aid, other unanticipated minor health care services, or health care services provided pursuant to a student's IEP or 504 Plan.

**Parent "written concern" procedure**

- Under the policy, school districts shall notify parents of their right to file a written concern.
  - The policy shall establish a process for a principal or assistant principal to resolve such concerns within thirty days after their receipt.
  - A parent may appeal a principal's or assistant principal's decision to the superintendent of that district.
  - If a parent appeals the principal's or assistant principal's decision, the superintendent, or a designee of the superintendent, shall conduct a hearing on the decision. Based on the findings of that hearing, the superintendent shall decide whether to affirm the principal's or assistant principal's decision. If the superintendent does not affirm the decision, the superintendent shall determine a resolution to the parent's concern.
  - A parent may appeal the superintendent's decision to the board of education of the school district. The board shall review the superintendent's decision and, if the board determines it necessary, hold a hearing on the decision and, based on that hearing, either affirm the superintendent's decision or determine a new resolution to the parent's concern.
  - A parent may contact a member of a board of education regarding the parent's concerns with the operation of a school under the supervision of that board.
  - The policy shall be publicly available and post it prominently on its publicly accessible web site, if it has one.

 

### Instruction

- No school district or third party acting on behalf of a district shall provide instruction that includes sexuality content to students in grades kindergarten through three.

    - What does "instruction" mean?
    - "Sexuality content" is defined

- "Sexuality content" means any oral or written instruction, presentation, image, or description of sexual concepts or gender ideology provided in a classroom setting.

- "Sexuality content" does not mean any of the following:
    - Instruction or presentations in sexually transmitted infection education
    - Child sexual abuse prevention, and sexual violence prevention education provided under division (A)(5) of section 3313.60 or section 3314.0310 or 3326.091 of the Revised Code
    - Instruction or presentations in sexually transmitted infection education emphasizing abstinence
    - Incidental references to sexual concepts or gender ideology occurring outside of formal instruction or presentations on such topics, including references made during class participation and in schoolwork.

### What is permitted?

- Nothing in the law prohibits or limits the career and academic mentoring and counseling between teachers and students in the regular course of the school day.

### No disclosure is required that would violate the following:

- Federal (HIPAA) and state health information privacy laws
- Laws addressing testifying and privilege (physician/attorney client)
- Family Educational Rights and Privacy Act
- Victim's rights law
- Court order
- A condition of bond
- A protection order or consent agreement
- A community control or post-release control sanction, or parole





- A specific request for nondisclosure made pursuant to a criminal investigation or grand jury subpoena in which the student is the victim and a parent is the alleged perpetrator

**How does this align with the duty to report abuse?**
- Nothing in the law prohibits or prevents mandatory reporting
- However, there is not an exception to the disclosure obligation if you speculate abuse might occur