

**EXHIBIT 7**

# Little Miami Local Schools



# Ohio House Bill 8 (HB 8)
# Parents' Bill of Rights
# Guidance Document

## Table of Contents

Board Policy 5780.01 – Effective October 28, 2025 ...................................................3

Guidance and Procedures...........................................................................................6

Compliance ................................................................................................................8

Staff Statement ..........................................................................................................8

## POLICY 5780.01 - PARENTS' BILL OF RIGHTS

The Board of Education recognizes that parents have a fundamental right to make decisions concerning the upbringing, education, and care of their children and promotes parental involvement in the District's public school system. In addition, parents have certain rights in the school system to know about their student's educational experience. Specific rights are listed in topic areas of these policies.

**Sexuality Content/Mental, Emotional, or Physical Health or Well Being/Health Care Services**

**Definitions:**

For purposes of this policy:

"Age-appropriate" and "developmentally appropriate" content refers to activities or items that are generally accepted as suitable for children of the same chronological age or level of maturity or that are determined to be developmentally appropriate for a child, based on the development of cognitive, emotional, physical, and behavioral capacities that are typical for an age or age group.

"Student's mental, emotional, or physical health or well-being" includes, at a minimum, any of the following:

A.  A student's academic performance;

B.  Any significant sickness or physical injury, or any psychological trauma suffered by a student;

C.  Any harassment, intimidation, or bullying, as defined in section 3313.666 of the Revised Code, by or against a student in violation of School District policy;

D.  Any request by a student to identify as a gender that does not align with the student's biological sex;

E.  Exhibition of suicidal ideation or persistent symptoms of depression or severe anxiety, or other mental health issues.

"Sexuality content" means any oral or written instruction, presentation, image, or description of sexual concepts or gender ideology provided in a classroom setting. "Sexuality content" does not mean any of the following:

A.  Instruction or presentations in sexually transmitted infection education, child sexual abuse prevention, and sexual violence prevention education provided under division (A)(5) of section 3313.60 or section 3314.0310 or 3326.091 of the Revised Code;

B.  Instruction or presentations in sexually transmitted infection education emphasizing abstinence provided under section 3313.6011 of the Revised Code;

C.  Incidental references to sexual concepts or gender ideology occurring outside of formal instruction or presentations on such topics, including references made during class participation and in schoolwork.

**Sexuality Content and Parental Notification**

The Board will ensure that any sexuality content is age-appropriate and developmentally appropriate for the age of the student receiving the instruction, regardless of the age or grade level of the student. The Board will not permit instruction that includes sexuality content in grades kindergarten through grade three (3).

Prior to providing instruction that includes sexuality content or permitting a third party to provide such instruction on behalf of the District, the Board will provide parents the opportunity to review any instructional material that includes sexuality content. Upon request of the student's parent, a student shall be excused from instruction that includes sexuality content and shall be permitted to participate in an alternative assignment.

**Student Services/Mental, Emotional, Physical Health or Well-Being/Safe and Supportive Learning Environment and Parental Notification**

The Board will promptly notify a student's parent of any substantial change in the student's services, including counseling services or monitoring related to the student's mental, emotional, or physical health or well-being or the school's ability to provide a safe and supportive learning environment for the student. Such notification will be provided by the student's building administration through email and/or telephone conference. The Board will not inhibit parental access to the student's education and health records maintained by the school.

School District personnel will not directly or indirectly encourage a student to withhold from a parent information concerning the student's mental, emotional, or physical health or well-being, or a change in related services or monitoring.

School District personnel will not discourage or prohibit parental notification of and involvement in decisions affecting a student's mental, emotional, or physical health or well-being.

**Procedure for Authorization From Parents for Health Care Services**

Authorization of parents must be obtained by the Board prior to providing any type of health care service to students, including physical, mental, and behavioral health care services. Parents may choose whether to authorize the Board to provide a health care service to the parent's child.

To facilitate parental involvement and decision-making on such authorization, at the beginning of each school year, the Board will notify parents of each health care service offered at, or facilitated in cooperation with, their student's school of attendance and of the parent's option to withhold consent or decline any specified service. If granted, parental consent to health care services does not waive the parent's right to access their child/children's educational or health records or to be notified about a change in the student's services or monitoring as set forth herein.

Prior to providing a health care service to a student, the building administration of the student's school of attendance will notify a parent whether the service is required to be provided by the School District under State law and if other options for a student to access the service exist. These notification requirements do not apply to emergency situations, first aid, other unanticipated minor health care services, or health care services provided pursuant to a student's IEP or the District's obligation under section 504 of the "Rehabilitation Act of 1973," 29 U.S.C. 794.

**Process for Resolving Parental Concerns**

Parents may file written concerns with the Principal or other building administrator of the student's school of attendance regarding any topics addressed in the above Parental Rights and Parental Involvement section of this policy. Parents will be notified at the beginning of each school year of their right to file a written concern. The Principal or other building administrator will take steps with parent(s) to resolve the concern within thirty (30) days of receipt of the written concern. If not satisfied with the outcome of the resolution by the Principal or building administrator, the parent(s) may appeal a decision at that level to the Superintendent.

If a parent appeals the Principal's or building administrator's decision, the Superintendent or the Superintendent's designee will conduct a hearing on the decision. Based on the findings of that hearing, the Superintendent or designee shall decide whether to affirm the Principal's or building administrator's decision. If the Superintendent or designee determines not to affirm the decision, the Superintendent or designee shall determine a resolution to the parent's concern and communicate the decision to the parent. A parent may appeal the Superintendent or designee's decision to the Board of Education.

If the Superintendent or designee's decision is appealed, the Board shall review the Superintendent or designee's decision and, if the Board determines it necessary, hold a hearing on the decision and, based on that hearing, either affirm the Superintendent or designee's decision or determine a new resolution to the parent's concern.

Nothing in this policy shall be read to prevent a parent from contacting a member of the Board regarding a concern with the operation of a school under the supervision of the Board of Education.

**Parent Right to Inspect Instructional Materials**

In addition, parents have the right to inspect any instructional materials used as part of the educational curriculum for their student. Instructional materials means instructional content, regardless of format, that is provided to the student, including printed or representational materials, audio-visual materials, and materials available in electronic or digital formats (such as materials accessible through the Internet). Instructional material does not include academic tests or academic assessments. The Superintendent or designee shall, in consultation with parents, develop a procedure addressing the right of parents as described herein and procedures to assure timely response to parental requests to review instructional material. The procedure shall also address reasonable notification to parents and students of their rights to review these materials. See AG 9130A and Form 9130 F3.

**Right to Inspect Technology Provider Contract**

The District shall provide parents and students with an opportunity to inspect a complete copy of each technology provider contract.

This policy shall not supersede any rights under the Family Education Rights and Privacy Act.

© Neola 2025

Little Miami Local School District
Guidance and Procedures

**Parental Involvement**

HB 8 emphasizes the rights of parents to direct their children's education and well-being. All district staff must:

- Promote and support active parental involvement in all educational, health and counseling matters.
- Respect the authority of parents to make decisions about their child's upbringing, health, and values.

**Instruction Containing Sexuality Content**

Special conditions apply to any instruction involving "sexuality content" (no sexuality content for grades K-3):

- **Definition of Sexuality Content:** Includes any oral or written instruction, presentation, image or description of:
  - Sexual concepts and Gender ideology

**Exemptions (Not Considered Sexuality Content)**

- STI education or child sexual abuse/violence prevention (per ORC 3313.60(A)(5), 3314.0310, or 3326.091)
- Abstinence-emphasized STI instruction (ORC 3313.6011)
- Incidental references during classroom discussion or student work that are not part of formal instruction

**Staff Responsibilities**

- Ensure all sexuality content is age and developmentally appropriate (vague)
- Provide notice and allow parents to review all materials prior to instruction
- Honor written parental requests to excuse their child from this instruction (opt out)
- Do not insert incidental content into unrelated lessons or disguise sexuality instruction without proper notice

**Notification of Substantial Changes – Required Parental Notifications**

- Notify parents before or at the time of substantial changes in the following areas:
  - Counseling services

LMSD HB 8 – Rev. 12.3.25

6

- o Monitoring of a student's mental, emotional, or physical health or well-being
- o The school's ability to provide a safe and supportive learning environment

**Required Notification Elements**

- The method of notification – see letter below (hyperlinked below)

**Student Well-being Disclosures – School staff must not**

- Encourage or advise a student to withhold information from their parent or guardian

**Substantial Change(s)**

- A student's academic performance
- Physical injury, illness, or trauma
- Mental health issues (e.g., depression, anxiety, suicidal ideation)
- Reports or incidents of bullying, harassment, or intimidation
- Requests by students to identify with a gender different from their biological sex

**Parental Consent Required for**

- Health care plans
- Individual/group counseling
- On-site medical services (unless exempted)

**Exemptions (Consent Not Required for)**

- Emergencies
- First aid
- Minor, unanticipated health services
- Services required under an IEP or Section 504 plan

**Parental Complaint and Appeal Process – Filing a Concern**

- Parents may submit a written concern regarding any HB 8 related issue to the Principal or Assistant Principal
- Resolution Timeline: The issue must be resolved within 30 calendar days

**Appeal Steps**

- Appeal to the Assistant Superintendent if dissatisfied. A hearing will be conducted.
  - o If the Assistant Superintendent does not affirm the original resolution, they will determine the new resolution
- Final appeal to the Board of Education

o The Board will review the Assistant Superintendent's decision and issue a final determination

**Staff Accountability**

- All staff are expected to:
  - o Understand and implement these procedures
  - o Document communications and parental consents appropriately
  - o Direct any questions or uncertainties to their building principal

**Compliance**

- Annual HB 8 Notice (Final Forms)
- Parents' Bill of Rights Notice (substantial change) – required parent notification
  - o Parent phone call first
  - o Send letter and make copy for the student file
  - o Obtain parent consent if going to see the student for counseling, healthcare plan, etc.
- Post on District website
- Principal reviews with staff at the beginning of the school year

**Suggestion for Implementation**

**Statement**

"As you may be aware, Ohio House Bill 8 ("Parents' Bill of Rights") has been enacted into law. While we recognize that individuals may hold a variety of personal beliefs and opinions about this legislation, it is important to remember that, as public school employees, we are required to comply with all applicable laws and district policies.

Our focus remains on providing a safe, respectful, and supportive environment for all students while fulfilling our legal responsibilities.

Any questions related to substantial changes in any of the following, please report to principal and/or counselor."

- A student's academic performance (teacher phone call & follow-up with email)
- Physical injury, illness, or trauma
- Mental health issues (e.g., depression, anxiety, suicidal ideation)
- Reports or incidents of bullying, harassment, or intimidation
- Requests by students to identify with a gender different from their biological sex

**Considerations**

- Understand the difference between questioning/inquiry
- A student can't "take back" a request
- We will address each situation as a team
- We will address each situation on a case-by-case basis
- SB 104 – Bathroom Bill (e.g., bathroom, locker room, overnights)