## Fw: Confidential Administrative memo

**EXHIBIT 14**

| | |
|---|---|
| From | otarazi tarazilaw.com <otarazi@tarazilaw.com> |
| To | dwallace@lmsdoh.org <dwallace@lmsdoh.org> |
| Date | Sun, 18 Jan 2026 18:00:23 +0000 |
| Message-ID | <tex.PH0PR15MB583193BE53C55BEDECE09EF0A08BA@PH0PR15MB5831.namprd15.prod.outlook.com> |

> **EXTERNAL EMAIL** - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Your attachment(s) were cleaned by Check Point Sandblast Threat Extraction.
Click here to restore the original(s) or contact your system administrator.

You may be required to authenticate, in that case follow these instructions:
1. You will be directed to a page where you would be requested to specify your email address.
2. An email with verification code will be sent to you.
3. Copy the code and return to the attachment recovery page.
4. The email with original attachments will be released to your mailbox.

**Please exercise discretion when requesting to release suspicious attachments.**

P {margin-top:0;margin-bottom:0;}
Hi Dave,

Can you please review the attached draft word memo I put together and let me know if there are any areas that need implements to address certain specific concerns.

thanks!

Omar Tarazi Esq.
614-226-2823

---

**From:** otarazi tarazilaw.com <otarazi@tarazilaw.com>
**Sent:** Sunday, January 18, 2026 12:56 PM
**To:** Regina Morgan <rmorgan@lmsdoh.org>
**Subject:** Confidential Administrative memo

<!-- p {margin-top:0; margin-bottom:0} -->
Hi Regina,

On one side we have advocacy documents like the attached toolkit floating around online to teachers. On the other hand, we have the goal of an administrator memo that addresses certain concerns without the need for additional new board policies.

Please review the attached draft memo and make any changes / suggestions (include track changes). Let me know:

    1- If you have any suggestions to improve the memo

DEF-00286

2- If you think if it is better for the final memo to come out as administrative guidance from the Superintendent office vs. Board Counsel.

This is just a draft at this stage.

Look forward to the discussion,

Omar Tarazi Esq.

614-226-2823

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

DEF-00287