

1:26-cv-00351 PL0766



1:26-cv-00351 PL0767



1:26-cv-00351 PL0768



1:26-cv-00351 PL0769



1:26-cv-00351 PL0770



1:26-cv-00351 PL0771



1:26-cv-00351 PL0772



1:26-cv-00351 PL0773



1:26-cv-00351 PL0774



1:26-cv-00351 PL0775





1:26-cv-00351 PL0777



1:26-cv-00351 PL0778



1:26-cv-00351 PL0779



1:26-cv-00351 PL0780



1:26-cv-00351 PL0781



1:26-cv-00351 PL0782



1:26-cv-00351 PL0783



1:26-cv-00351 PL0784



1:26-cv-00351 PL0785



1:26-cv-00351 PL0786



1:26-cv-00351 PL0787



1:26-cv-00351 PL0788



1:26-cv-00351 PL0789



1:26-cv-00351 PL0790



1:26-cv-00351 PL0791





1:26-cv-00351 PL0793



1:26-cv-00351 PL0794

# THE KANSAS STATE WILDCAT
# 16 GOALS FOR SUCCESS

Written by: Bill Snyder

**Commitment** … to common goals and to being successful
**Unselfishness** … there is no 'I' in TEAM
**Unity** … come together as never before
**Improve** … every day as a player, person and student
**Be Tough** … mentally and physically
**Self-Discipline** … do it right, don't accept less
**Great Effort**
**Enthusiasm**
**Eliminate Mistakes** … don't beat yourself
**Never Give Up** … never … never … never
**Don't Accept Losing** … If you do so one time, it will be easy to do so
for the rest of your life
**No Self-Limitations** … expect more of yourself
**Expect To Win** … and truly believe we will
**Consistency** … your very, very best every time
**Leadership** … everyone can set the example
**Responsibility** … You are responsible for your own performance

 

1:26-cv-00351 PL0795



1:26-cv-00351 PL0796



1:26-cv-00351 PL0797



1:26-cv-00351 PL0798



1:26-cv-00351 PL0799



1:26-cv-00351 PL0800





1:26-cv-00351 PL0802



1:26-cv-00351 PL0803



1:26-cv-00351 PL0804



1:26-cv-00351 PL0805



1:26-cv-00351 PL0806



1:26-cv-00351 PL0807



1:26-cv-00351 PL0808





1:26-cv-00351 PL0810



1:26-cv-00351 PL0811





1:26-cv-00351 PL0813

Case: 1:26-cv-00351-MWM Doc #: 29-20 Filed: 07/01/26 Page: 49 of 65  PAGEID #: 1645

1:26-cv-00351 PL0814





1:26-cv-00351 PL0815



1:26-cv-00351 PL0816



1:26-cv-00351 PL0817



1:26-cv-00351 PL0818



1:26-cv-00351 PL0819



1:26-cv-00351 PL0820



1:26-cv-00351 PL0821





1:26-cv-00351 PL0823



1:26-cv-00351 PL0824



1:26-cv-00351 PL0825



1:26-cv-00351 PL0826



1:26-cv-00351 PL0827



1:26-cv-00351 PL0828



1:26-cv-00351 PL0829



1:26-cv-00351 PL0830