


**FC CINCINNATI VS CHICAGO FIRE FC**
APRIL 18, 2026 | 7:30 PM