Exhibit O

## Mr. McIntyre's Syllabus Acknowledgement

We have both read the American History syllabus and discussed it with each other. Any questions or concerns we have about the syllabus have been communicated with Mr. McIntyre. **Please complete and return this form by Friday, August 18, 2023.**

Print Student Name: _____ Bell: _____

Student Signature: _____ Date: _____

Parent/Guardian Signature:_____ Date: _____

Please use the following space to share any information or specific concerns about the student you'd like me to know. This can be completed by the parents/guardians and/or student. Please feel free to use the back of this sheet as needed. You can also email this information to me.

DEF-02953

## Little Miami High School
## American History 1

**Course Description:** American History I will examine U.S. events from early American history including our founding documents. We will study events from post-reconstruction and Industrialization through the 1920's.

**Textbook:** United States History and Geography: Modern Times 2018

### Recommended Materials
- Notebook
- One-inch binder (with dividers)
- Device

### Classroom Expectations
- Come to class prepared with all materials—including your device, notebook, binder, and a writing utensil.
- **Tardy Policy- 3 tardies = office referral**
- Follow directions the first time.
- Students will show respect for their classmates, teachers, school building and themselves. This includes respecting viewpoints and cultures different than your own.
- Follow all rules outlined in the student agenda handbook.
- Electronic devices for classwork only – No Cell Phones!
    - **Upon entering classroom place phone in cell phone holder**
    - **Failure to do so earns a strike**
    - **Three strikes earn a referral**

### Discipline Plan
*First Offense:* Verbal Warning
*Second Offense:* Meeting with Teacher
*Third Offense:* Call to Parent/Guardian
*Fourth Offense*: Office Referral

### Late Work
Students will receive half credit for any classroom assignment turned in late. On major papers/projects, a single letter grade deduction will be imposed *each day that it is late. **Assignments will not be accepted after the current unit is completed!*** Refer to the student handbook for procedures regarding excused and unexcused absences.

### Missed Tests or Quizzes
When a test or quiz is missed, plan on being administered an alternative test. Please arrange it with me in advance when possible.

### "Mercy Rule"
The lowest score that any student can receive on a test is 40 percent. However, students who receive a failing grade on a test will be coming in to ETEH to review their study strategies.

DEF-02954

**Absences**

When you are absent, it is **your** responsibility to obtain missing work. You should check for the assignments on Schoology, consult with a classmate, and/or see me (before or after class). Check the student handbook for our building's policy on completing missed assignments.

**Grading Scale**

90%-100% = A, 80%-89%  = B, 70%-79%  = C, 60%-69%  = D, < 60% = F

**Grading Criteria**

Tests and Quizzes
Classwork and Other Assignments

**Classwork**

Bell Ringer Writing Assignments: Most classes will begin with a "Bell Ringer" writing assignment. The bell ringer will be a single question that either reinforces already-learned material or previews the day's lesson. You will need a bell ringer notebook which will be checked for a weekly grade.

Assignments: With some exceptions, class work is evaluated on its completion and timely submission. However, classwork that falls below the expectation or is difficult to read will be returned to the student with the chance to resubmit for late credit.

Day-to-Day:
- Analyzing maps, videos, news articles, cartoons, and other primary sources
- Completing reading guides and graphic organizers
- Reading of content-specific literature, often representing multiple points of view
- Engaging in class discussions to analyze multiple ways to interpret history

**Organization**

While students are permitted to organize materials in a way that works for them, I recommend carrying a binder with the following dividers:
- Bell Ringer Responses
- Classwork
- Notes
- Tests/Quizzes

**State Testing**

Toward the end of second semester, you will take a state test over U.S. History. This cumulative exam will measure your academic growth from the beginning of the school year and is required for graduation. This state required exam will consist of both multiple-choice and free-response questions. **This is an Ohio State mandated Test, and a passing grade is required to graduate!**

**Course Outline**

| Unit 1 | **Historical Thinking and Skills** |
|--------|------------------------------------|
| Unit 2 | **America's Founding Documents**   |

DEF-02955

| Unit 3 | Industrialization |
| --- | --- |
| Unit 4 | Urbanization and Westernization |
| Unit 5 | The Progressive Era |
| Unit 6 | Imperialism and WWI |
| Unit 7 | The Roaring 20's |

**Tips for Success**
- Stay organized!
- Monitor Progress Book/Schoology
- Make up missed work as soon as possible
- Take advantage of class time to ask questions
- Rewrite or type your notes
- Utilize ETEH as much as possible

**Miscellaneous Information**
- Because of the nature of social studies, at times we will be discussing sensitive material. You will be expected to participate maturely. Please understand that teachers will challenge you to defend your beliefs and play "devil's advocate" by arguing an opposing viewpoint.
- There may be circumstances throughout the semester that are outside of your control. I am always available should an issue arise. Please make sure to see your advisor, a counselor or me.
- Proper organization will play a large factor in whether you are successful in this class. It is up to you to maintain this organization.

**Plagiarism**
Cheating of any form will not be tolerated in this class and will result in an automatic zero for the assignment, a discipline referral, and a phone call home. **Cheating includes copying work, using another's work as your own, and copying from an outside source without proper notation, such as copying and pasting from the internet**. Please refer to the student handbook for more detailed information.

**Progress Book/Schoology**
It is highly encouraged that parents and students regularly check their grade(s) on Progress Book. Progress Book will reveal test scores, updates on behavior, and missing assignments. Little Miami has instituted a new learning management system called "Schoology". This is a wonderful place to keep current and up to date with assignments.

**Remote Learning Expectations:**
- Check Schoology course updates daily (beginning and end of day!)
- Go to remote learning folder (week of...)

DEF-02956

- Attend Live Zoom meetings (new material discussed, and questions answered in a "Live" setting.)
- Check calendar for assignments due.

DEF-02957

# United States History 2

## Little Miami High School

## Course Map & Pacing Guide for Semester Schedule

| Unit | Length |
|---|---|
| World War II | Weeks 1-3 |
| Post-War America | Weeks 4-5 |
| Civil Rights Movement | Weeks 6-8 |
| LBJ & JFK | Weeks 9-11 |
| Things fall apart: Vietnam Era | Weeks 12-14 |
| Crisis & Resurgence Nixon-Reagan | Weeks 15-16 |
| America after the Cold War | Weeks 17-18 |

DEF-02958

| Unit | Pacing |
|------|--------|
| World War II | Weeks 1-3 |
| | approximately 15 – 45 minute periods |

| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
|-------|--------|
| Topic | *From Isolation to World War (1930-1945)*<br>The isolationist approach to foreign policy meant U.S. leadership in world affairs diminished after World War I. Overseas, certain nations saw the growth of tyrannical governments, which reasserted their power through aggression and created conditions leading to the Second World War. After Pearl Harbor, the United States entered World War II, which changed the country's focus from isolationism to international involvement. |
| Content Statement | *16. During the 1930s, the U.S. government attempted to distance the country from earlier interventionist policies in the Western Hemisphere as well as retain an isolationist approach to events in Europe and Asia until the beginning of WWII.* |

| Content Elaborations | Instructional Strategies |
|----------------------|--------------------------|
| Following World War I, the United States was reluctant to become entangled in overseas conflicts that would lead to another war. Although it had used the Monroe Doctrine and the Roosevelt Corollary to justify intervention into Latin American affairs, the U.S. retreated from these policies during the1930s with the Good Neighbor Policy. The Neutrality Acts of the 1930s were attempts to isolate the country from the problems erupting in Asia and Europe. The United States tried to maintain its isolationist approach when war broke out in Europe. But to aid countries fighting against fascist aggression, the United States introduced the "cash and carry" policy, negotiated the destroyer-for-bases deal and enacted Lend-Lease. It also helped write the Atlantic Charter. The expansionist policies of Japan and the bombing of Pearl Harbor ended U.S. isolationist policies.<br><br>**Expectations for Learning**<br>Analyze the reasons for American isolationist sentiment in the interwar period | Have students hold a debate between isolationists and those that felt the United States needed to prepare for possible conflict. Students should use primary sources to support their positions.<br><br>**Diverse Learners**<br>Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site. Resources based on the Universal Design for Learning principles are available at www.cast.org.<br>**Instructional Resources**<br><br><br>**Connections** |

| Essential Questions |
|---------------------|
| *Essential Questions*<br>Why was the U.S. reluctant to get involved in WWII?<br>What ultimately drove the U.S. to war?<br>How was the U.S. homefront affected by the war?<br>What strategies/policies did the U.S. pursue to win the war?<br>How was the war brought to a conclusion? |

DEF-02959

| Unit | Pacing |
|---|---|
| World War II | Weeks 1-3<br>approximately 15 – 45 minute periods |

| | |
|---|---|
| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
| Topic | *From Isolation to World War (1930-1945)*<br>The isolationist approach to foreign policy meant U.S. leadership in world affairs diminished after World War I. Overseas, certain nations saw the growth of tyrannical governments, which reasserted their power through aggression and created conditions leading to the Second World War. After Pearl Harbor, the United States entered World War II, which changed the country's focus from isolationism to international involvement. |
| Content Statement | *17. The United States mobilization of its economic and military resources during World War II brought significant changes to American society.* |

**Content Elaborations**

The mobilization of the United States to a wartime economy during World War II was massive. The federal government reorganized existing plants to produce goods and services for the war effort and instituted policies to ration and redirect resources. Mobilization caused major impacts on the lives of Americans. A peacetime draft was instituted in 1940 to supplement military enlistments. Scrap drives were conducted to reallocate materials for war goods. Regulations were imposed on some wages and prices. Some products were subjected to rationing. Citizens raised „victory gardens" to supplement food supplies and purchased war bonds to help fund the war. Some labor unions signed „no strike" pledges. Job opportunities in the civilian workforce and in the military opened for women and minorities. African Americans organized to end discrimination and segregation so that they could contribute to the war effort. Although Japanese Americans were interned in relocation camps by the U.S. government, many enlisted in the armed services.

**Expectations for Learning**

Identify and explain changes American society experienced with the mobilization of its economic and military resources during World War II.

**Instructional Strategies**

Provide students with images of the war bond posters, the image conveyed by Rosie the Riveter and other posters. Use National Archive primary source analysis worksheets (http://www.archives.gov/education/lessons/worksheets/) to guide discussion of the posters. Students can also discuss how the government worked to mobilizing the home front for the war effort, and how this carried over to breaking some of the traditional societal roles of women and minorities.

**Diverse Learners**

Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.

**Instructional Resources**

**Teaching With Documents: Memorandum Regarding the Enlistment of Navajo Indians**
http://www.archives.gov/education/lessons/code-talkers/ This National Archives website contains documents and teaching activities on the contribution of American Indians to the war effort.

**Teaching With Documents: Documents and Photographs Related to Japanese Relocation During World War II** http://www.archives.gov/education/lessons/3apanese-relocation/
This National Archives website contains primary source documents and teaching activities relating to the forced relocation of Japanese Americans during World War II.

**Lesson Plan: Japanese American Internment**
http://www.loc.gov/teachers/classroommaterials/lessons/fear/
This lesson from the Library of Congress website includes primary source documents and activities.

**Connections**

**Essential Questions**

***see previous

DEF-02960

| Unit | Pacing |
|------|--------|
| World War II | Weeks 1-3<br>approximately 15 – 45 minute periods |

| | |
|------|------|
| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
| Topic | *From Isolation to World War (1930-1945)*<br>The isolationist approach to foreign policy meant U.S. leadership in world affairs diminished after World War I. Overseas, certain nations saw the growth of tyrannical governments, which reasserted their power through aggression and created conditions leading to the Second World War. After Pearl Harbor, the United States entered World War II, which changed the country's focus from isolationism to international involvement. |
| Content Statement | *18. Use of atomic weapons changed the nature of war, altered the balance of power and began the nuclear age.* |

**Content Elaborations**

The dropping of the atomic bombs on Japan hastened the end of World War II and is considered the beginning of the nuclear age. The use of these bombs introduced a new type of weapon capable of mass destruction. In the four-year period following World War II, the United States was the only country in possession of atomic bombs and this contributed to its status as a „superpower." The threat of using this weapon was seen as a deterrent to the ambitions of the Soviet Union. The testing and explosion of the atomic bomb by the Soviets in 1949 established the Soviet Union as a second superpower. It also began a nuclear arms race that continued for decades and threatened world peace.

**Expectations for Learning**

Summarize how atomic weapons have changed the nature of war, altered the balance of power and began the nuclear age.

**Instructional Strategies**

**Diverse Learners**

Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.

**Instructional Resources**

*Code-Name Downfall: The Secret Plan to Invade Japan-And Why Truman Dropped the Bomb* by Thomas Allen and Norman Polar. This book offers the possible operation that President Truman could have followed had he decided not to order the dropping of the atomic bombs. Maps in the book can initiate discussion.

**Connections**

*Essential Questions*

***see previous

DEF-02961

| Unit | Pacing |
|---|---|
| Post-War America: Early Cold War & 1950's consensus | Weeks 4-5<br>Approximately 12- 45 minute periods |

| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
|---|---|
| Topic | *The Cold War (1945-1991)*<br>The United States and the Union of Soviet Socialist Republics (U.S.S.R.) emerged as the two strongest powers in international affairs. Ideologically opposed, they challenged one another in a series of confrontations known as the Cold War. The costs of this prolonged contest weakened the U.S.S.R. so that it collapsed due to internal upheavals as well as American pressure. The Cold War had social and political implications in the United States. |
| Content Statement | *19. The United States followed a policy of containment during the Cold War in response to the spread of communism.* |

| Content Elaborations | Instructional Strategies |
|---|---|
| The policy of containment began in the late 1940s to halt the spread of communism in Europe and Asia. It became the policy of the United States for decades. Following World War II, most of the eastern Europe countries had communist governments and were under Soviet control. The Chinese Revolution ushered in a communist government. In Europe, the Marshall Plan and the North Atlantic Treaty Organization (NATO) were efforts to contain communism. In Asia, the policy of containment was the basis for U.S. involvement in the Korean and Vietnam wars.<br>**Expectations for Learning**<br>Analyze the policy of containment the United States followed during the Cold War in response to the spread of communism. | Have the students analyze perspectives of the policy of containment by using the primary sources in the *Digital History* website under *The Containment Policy*.<br>http://www.digitalhistory.uh.edu/historyonline/us37.cfm<br>**Diverse Learners**<br>Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.<br>**Instructional Resources**<br>**Lesson Plan: Teaching With Documents: The United States Enters the Korean Conflict**<br>http://www.archives.gov/education/lessons/korean-conflict/#documents This National Archives lesson plan contains primary source documents and teaching activities originally published in the NCSS publication *Social Education*.<br>**Connections** |

| *Essential Questions* |
|---|
| How did the U.S. Cold War policy evolve over time?<br>Who started the Cold War?<br>What assumptions/understandings did the USA and USSR have about each other and how did these affect the development of the Cold War?<br>How did the Cold War affect U.S. domestic policy? |

DEF-02962

| Unit | Pacing |
|---|---|
| Post-War America: Early Cold War & 1950's consensus | Weeks 4-5 <br> Approximately 12- 45 minute periods |

| | |
|---|---|
| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
| Topic | *The Cold War (1945-1991)* <br> The United States and the Union of Soviet Socialist Republics (U.S.S.R.) emerged as the two strongest powers in international affairs. Ideologically opposed, they challenged one another in a series of confrontations known as the Cold War. The costs of this prolonged contest weakened the U.S.S.R. so that it collapsed due to internal upheavals as well as American pressure. The Cold War had social and political implications in the United States. |
| Content Statement | *20. The Second Red Scare and McCarthyism reflected Cold War fears in American society.* |

**Content Elaborations**
The actions of the Soviet Union in Eastern Europe and the spread of communism in Asia sparked fears among many Americans. A second Red Scare focused attention on the media, labor unions, universities and other organizations as targets of communist subversion. Like the first Red Scare following World War I, civil liberties were again challenged. The investigations of the House Un-American Activities Committee (HUAC) prompted employers to blacklist suspected communists, including actors and writers. Senator Joseph McCarthy played on fears of subversion with his charges of communists infiltrating the U.S. government. The McCarthy hearings and HUAC investigations held the attention of the American people through the middle 1950s.

**Expectations for Learning**
Explain how the Second Red Scare and McCarthyism reflected Cold War fears in American society.

**Instructional Strategies**
Have students contrast political climate (i.e., McCarthyism) in the 1950's with the current fear of terrorist attack. *Are we reacting in similar ways? Why or why not?*

**Diverse Learners**
Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.

**Instructional Resources**
**The Rise and Fall of Joseph McCarthy** http://edsitement.neh.gov/lesson-plan/rise-and-fall-joseph-mccarthy
This site has lesson activities, resources, guided questions, assessments and extension strategies.

**Connections**

*Essential Questions*

*** see previous slide

DEF-02963

| Unit | Pacing |
|---|---|
| Post-War America: Early Cold War & 1950's consensus | Weeks 4-5<br>Approximately 12- 45 minute periods |

| | |
|---|---|
| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
| Topic | *The Cold War (1945-1991)*<br>The United States and the Union of Soviet Socialist Republics (U.S.S.R.) emerged as the two strongest powers in international affairs. Ideologically opposed, they challenged one another in a series of confrontations known as the Cold War. The costs of this prolonged contest weakened the U.S.S.R. so that it collapsed due to internal upheavals as well as American pressure. The Cold War had social and political implications in the United States. |
| Content Statement | *21. The Cold War and conflicts in Korea and Vietnam influenced domestic and international politics.* |

| Content Elaborations | Instructional Strategies |
|---|---|
| The Cold War dominated international politics and impacted domestic politics in the United States for almost forty-five years. The intense rivalry between the U.S. and the Soviet Union led to the creation of alliances, an arms race, conflicts in Korea and Vietnam and brought the world close to nuclear war with the Cuban Missile Crisis. The Cold War affected international politics in the Middle East and Latin America. The Cold War affected domestic politics. It led to the Second Red Scare and the rise of McCarthyism. A „space race" impelled the U.S. to increase spending on science education. The Korean War also fed into the communist hysteria of the late 1940s and 1950s. The United States was able to secure support from the United Nations for the defense of South Korea while the Soviet Union was boycotting the Security Council. The Vietnam War divided the country and sparked massive protests. Spending for the war came at the expense of the domestic programs launched by President Johnson. This led to urban unrest in the 1960s. The Vietnam War was a dominant issue in the presidential campaigns of 1968 and 1972. The difficulties and eventual withdrawal from Vietnam led to concerted efforts on part of the U.S. to find allies in future conflicts.<br>**Expectations for Learning**<br>Analyze how the Cold War and conflicts in Korea and Vietnam influenced domestic and international politics between the end of World War II and 1992. | **Diverse Learners**<br>Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.<br>**Instructional Resources**<br>**Cold War** www.colorado.edu/AmStudies/lewis/2010/nsc68.htm This site provides speeches, cartoons and maps relating to the early Cold War period.<br>**Connections** |

| Essential Questions |
|---|
| *** see previous slide |

DEF-02964

| Unit<br>Civil Rights | Pacing<br>Weeks 6-8<br>Approximately 15 – 45 minute periods |
| --- | --- |

| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
| --- | --- |
| Topic | *Social Transformations in the United States (1945-1994)*<br>A period of post-war prosperity allowed the United States to undergo fundamental social change. Adding to this change was an emphasis on scientific inquiry, the shift from an industrial to a technological/service economy, the impact of mass media, the phenomenon of suburban and Sun Belt migrations, and the expansion of **civil rights**. |
| Content Statement | *24. The postwar economic boom, greatly affected by advances in science, produced epic changes in American life.* |

**Content Elaborations**

The United States experienced an era of unprecedented prosperity and economic growth following World War II. Contributing to this prosperity was public demand for goods and services. The demand for housing and automobile ownership spurred the growth of suburbs. Economic opportunities in defense plants and high-tech industries led to the growth of the Sunbelt. The postwar prosperity produced some other „epic changes" (e.g., baby boom, increased consumerism, increased mobility via automobiles, pop culture, franchising, and longer life spans). Advances in science following the war also impacted American life. For example:

    medicine (e.g., polio vaccine, birth control pill, artificial heart valve, open-heart bypass, organ transplant, genetic engineering)

    communication (e.g., transistor, television, computers, Internet, mobile phones)

    nuclear energy (e.g., atomic weapons, nuclear power plants)

    transportation (e.g., passenger jet airplanes, catalytic converters in cars)

**Expectations for Learning**

    Describe how American life in the postwar period was impacted by the postwar economic boom and by advances in science.

**Instructional Strategies**

Have students contrast the increased consumerism of the post WW II period with the 1920s. (e.g., the advertising power of the television vs. the radio; advertisements of the periods.)

**Diverse Learners**

Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.

**Instructional Resources**


**Connections**

*Essential Questions*

Why was there a need for a Civil Rights movement in the 1950's?
What policies/techniques did Civil Rights activists utilize to accomplish their goals?
How did the Civil Rights movement affect American Society?

DEF-02965

| Unit | Pacing |
|---|---|
| LBJ & JFK | Weeks 9-11<br>Approximately 12 – 45 minute periods |

| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
|---|---|
| Topic | *Social Transformations in the United States (1945-1994)*<br>A period of post-war prosperity allowed the United States to undergo fundamental social change. Adding to this change was an emphasis on scientific inquiry, the shift from an industrial to a technological/service economy, the impact of mass media, the phenomenon of suburban and Sun Belt migrations, and the expansion of civil rights. |
| Content Statement | *25. The continuing population flow from cities to suburbs, the internal migrations from the Rust Belt to the Sun Belt and the increase in immigration resulting from passage of the 1965 Immigration Act have had social and political effects.* |

**Content Elaborations**

The postwar period movement from cities to suburbs had social and political effects. The cities became predominately black and poor, and strongly Democratic. The suburbs were mainly white and leaned Republican. The decaying environment and the low employment opportunities in large cities contributed to urban riots in the 1960s. The employment opportunities in defense plants and high-tech industries located in the South and California led to the growth of the Sunbelt. This development contributed to a political power shift in the country as reflected in the reapportionment of congressional districts. The 1965 Immigration Act allowed more individuals from Asia, Africa, and Latin America to enter the United States and the resulting immigration impacted the country's demographic makeup. Hispanics became the fastest growing minority in the U.S. which led to an increase in Spanish language media and funding for bilingual education programs. As these new immigrants became citizens, their voting practices impacted the balance of power between the major political parties.

**Expectations for Learning**

Analyze the social and political effects of the continuing population flow from cities to suburbs, the internal migrations from the Rust Belt to the Sun Belt, and the increase in immigration resulting from passage of the 1965 Immigration Act.

**Instructional Strategies**

**Diverse Learners**

Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.

**Instructional Resources**

**The Growth of the Suburbs - and the Racial Wealth Gap**

http://www.pbs.org/race/000_About/002_04-teachers-07.htm

This part of the PBS series *Race: The Power of an Illusion* examines the post-war growth of suburbs and the impact the practice of "redlining" mortgage applications had on segregation of American society and creating a racial wealth gap.

**Connections**

**Essential Questions**

How can many conflicts be understood as part of a historical struggle over the proper role of the Federal Government?

Why did JFK & LBJ pursue the New Frontier & Great Society?

How does change led by the Supreme Court differ from change led by the executive or legislative branches>

DEF-02966

| Unit | Pacing |
|---|---|
| LBJ & JFK | Weeks 9-11 |
| | Approximately 15 – 45 minute periods |

| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
|---|---|
| Topic | *Social Transformations in the United States (1945-1994)*<br>A period of post-war prosperity allowed the United States to undergo fundamental social change. Adding to this change was an emphasis on scientific inquiry, the shift from an industrial to a technological/service economy, the impact of mass media, the phenomenon of suburban and Sun Belt migrations, and the expansion of civil rights. |
| Content Statement | *26. Political debates focused on the extent of the role of government in the economy, environmental protection, social welfare and national security.* |

**Content Elaborations**

The 1930s and early 1940s witnessed a great expansion in the role of the federal government in various policy areas. This expanded role continued to be the focus of political debates in the postwar period. For the economy, the debates were between those who favored a more activist role of the government to correct inequities and those who felt that the government should lessen its involvement and let the market place work. Public opinion on this issue was often influenced by the current state of the economy. The debate on the government's role to protect the environment in the postwar period increased during this period due to research on the effects of pesticides, pollution and waste disposal and due to concerns about conservation and global warming. Demands from environmentalists led to the creation of the Environmental Protection Agency. The government's role on social welfare issues attracted intense debates, particularly relating to poverty, unemployment and on the idea of a national health insurance. The controversies surrounding the federal government's role in protecting the country recurred during times of perceived threats. Fears concerning communist infiltration of the government during the 1940s and 1950s, and anti-war protests during the Vietnam Era, led to debates over national security.

**Expectations for Learning**

Explain why the government's role in the economy, environmental protection, social welfare and national security became the topic of political debates between 1945 and 1994.

**Instructional Strategies**

Have students examine the perspectives of the conservative and liberal positions on the role of the government in the economy that are provided in the *What Role Should the Government Play in the Economy?* activity found in the *EcEdWeb Economics* lesson website. Have them identify presidential policies that adhered to these views and evaluate their outcomes.
http://ecedweb.unomaha.edu/lessons/FECGF.HTM

**Diverse Learners**

Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.

**Instructional Resources**

**Federal Power: Lyndon B. Johnson and Ronald Reagan**
http://www.billofrightsinstitute.org/page.aspx?pid=661 *The Bill of Rights Institute* provides resources and extension ideas on the differing views of the power of the federal government.

**Earth Day 40th Anniversary Curriculum Unit**
http://files.earthday.net/earthdaycurriculum/modernenvironmental.php
This website provides lessons and resources on the history of the environmental movement.

**Connections**

**Essential Questions**
*** see previous

DEF-02967

| Unit | Pacing |
|---|---|
| Vietnam & the Counter-Culture | Weeks 12-14 |
| | Approximately 12- 45 minute periods |

| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
|---|---|
| Topic | *The Cold War (1945-1991)* <br> The United States and the Union of Soviet Socialist Republics (U.S.S.R.) emerged as the two strongest powers in international affairs. Ideologically opposed, they challenged one another in a series of confrontations known as the Cold War. The costs of this prolonged contest weakened the U.S.S.R. so that it collapsed due to internal upheavals as well as American pressure. The Cold War had social and political implications in the United States. |
| Content Statement | *21. The Cold War and conflicts in Korea and Vietnam influenced domestic and international politics.* |

**Content Elaborations**

The Cold War dominated international politics and impacted domestic politics in the United States for almost forty-five years. The intense rivalry between the U.S. and the Soviet Union led to the creation of alliances, an arms race, conflicts in Korea and Vietnam and brought the world close to nuclear war with the Cuban Missile Crisis. The Cold War affected international politics in the Middle East and Latin America. The Cold War affected domestic politics. It led to the Second Red Scare and the rise of McCarthyism. A „space race" impelled the U.S. to increase spending on science education. The Korean War also fed into the communist hysteria of the late 1940s and 1950s. The United States was able to secure support from the United Nations for the defense of South Korea while the Soviet Union was boycotting the Security Council. The Vietnam War divided the country and sparked massive protests. Spending for the war came at the expense of the domestic programs launched by President Johnson. This led to urban unrest in the 1960s. The Vietnam War was a dominant issue in the presidential campaigns of 1968 and 1972. The difficulties and eventual withdrawal from Vietnam led to concerted efforts on part of the U.S. to find allies in future conflicts.

**Expectations for Learning**

Analyze how the Cold War and conflicts in Korea and Vietnam influenced domestic and international politics between the end of World War II and 1992.

**Instructional Strategies**

**Diverse Learners**

Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.

**Instructional Resources**

**Cold War** www.colorado.edu/AmStudies/lewis/2010/nsc68.htm This site provides speeches, cartoons and maps relating to the early Cold War period.

**Connections**

**Essential Questions**

Why did American involvement in Vietnam cause so much controversy?
In what ways was it a Cold War battle and in what ways was it not?
What lessons did we as a nation learn from the Vietnam Conflict?

DEF-02968

| Unit | Pacing |
|---|---|
| Crisis & Resurgence: Nixon-Reagan | Weeks 15-16<br>Approximately 12 – 45 minute periods |

| | |
|---|---|
| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
| Topic | *Social Transformations in the United States (1945-1994)*<br>A period of post-war prosperity allowed the United States to undergo fundamental social change. Adding to this change was an emphasis on scientific inquiry, the shift from an industrial to a technological/service economy, the impact of mass media, the phenomenon of suburban and Sun Belt migrations, and the expansion of civil rights. |
| Content Statement | *26. Political debates focused on the extent of the role of government in the economy, environmental protection, social welfare and national security.* |

**Content Elaborations**

The 1930s and early 1940s witnessed a great expansion in the role of the federal government in various policy areas. This expanded role continued to be the focus of political debates in the postwar period. For the economy, the debates were between those who favored a more activist role of the government to correct inequities and those who felt that the government should lessen its involvement and let the market place work. Public opinion on this issue was often influenced by the current state of the economy. The debate on the government's role to protect the environment in the postwar period increased during this period due to research on the effects of pesticides, pollution and waste disposal and due to concerns about conservation and global warming. Demands from environmentalists led to the creation of the Environmental Protection Agency. The government's role on social welfare issues attracted intense debates, particularly relating to poverty, unemployment and on the idea of a national health insurance. The controversies surrounding the federal government's role in protecting the country recurred during times of perceived threats. Fears concerning communist infiltration of the government during the 1940s and 1950s, and anti-war protests during the Vietnam Era, led to debates over national security.

**Expectations for Learning**

Explain why the government's role in the economy, environmental protection, social welfare and national security became the topic of political debates between 1945 and 1994.

**Instructional Strategies**

Have students examine the perspectives of the conservative and liberal positions on the role of the government in the economy that are provided in the *What Role Should the Government Play in the Economy?* activity found in the *EcEdWeb Economics* lesson website. Have them identify presidential policies that adhered to these views and evaluate their outcomes.
http://ecedweb.unomaha.edu/lessons/FECGF.HTM

**Diverse Learners**

Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.

**Instructional Resources**

**Federal Power: Lyndon B. Johnson and Ronald Reagan**
http://www.billofrightsinstitute.org/page.aspx?pid=661 *The Bill of Rights Institute* provides resources and extension ideas on the differing views of the power of the federal government.

**Earth Day 40th Anniversary Curriculum Unit**
http://files.earthday.net/earthdaycurriculum/modernenvironmental.php
This website provides lessons and resources on the history of the environmental movement.

**Connections**

**Essential Questions**

The 1970's are often characterized as a decade of malaise. Why?
Why are the 1980's properly understood as a continuation of the 1940's and 1960's arguments over the role of government?

DEF-02969

| Unit | Pacing |
|---|---|
| America after the Cold War | Weeks 17-18 |
| | Approximately 12 – 45 minute periods |

| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
|---|---|
| Topic | *United States and the Post-Cold War World (1991-Present)* <br> The United States emerged from the Cold War as a dominant leader in world affairs amidst a globalized economy, political terrorism and the proliferation of nuclear weapons. |
| Content Statement | *27. Improved global communications, international trade, transnational business organizations, overseas competition and the shift from manufacturing to service industries have impacted the American economy.* |

| Content Elaborations | Instructional Strategies |
|---|---|
| The American economy has been impacted by many influences since the early 1990s. Global communication has rapidly increased utilization of technologies such as the personal computer, Internet, and mobile phone. Transnational business organizations that operate internationally with production facilities in more than one country have grown exponentially. For example, an American automobile might have parts imported from several countries and assembled in yet another country. Overseas competition has challenged American producers and local communities. The U.S. trade deficit has increased with the value of goods and services imported exceeding those that are exported. This has led to a decrease in manufacturing jobs and closing of plants. It has also contributed to a shift toward service industries and a growth in lower paying jobs in fast food and sales. <br> **Expectations for Learning** <br> Analyze how the American economy has been impacted by improved global communications, international trade, transnational business organizations, overseas competition and the shift from manufacturing to service industries. | Have students look around their homes and write down the locations where items were made. Have them compare their results with the rest of the class and discuss how overseas competition and the shift from manufacturing to service industries have impacted the American economy . <br> **Diverse Learners** <br> Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org. <br> **Instructional Resources** <br> **Connections** |

*Essential Questions*
How did the end of the Cold War affect the way America viewed its place in the World?
How did 9/11 change that?
How has Globalization, or the rise of the rest, altered American foreign and domestic policy?

DEF-02970

| Unit | Pacing |
|---|---|
| Embedded in every unit | Embedded in every unit |

| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
|---|---|
| Topic | *United States and the Post-Cold War World (1991-Present)* <br> The United States emerged from the Cold War as a dominant leader in world affairs amidst a globalized economy, political terrorism and the proliferation of nuclear weapons. |
| Content Statement | *28. The United States faced new political, national security and economic challenges in the post-Cold War world and following the attacks on September 11, 2001.* |

**Content Elaborations**

The post-Cold War period and the attacks on September 11, 2001 presented new challenges for the United States such as the:

> instability produced by the demise of balance of power politics;

> changing role of the United States in global politics (e.g., preemptive wars);

> issues surrounding the control of nuclear weapons;

> broadening of terrorism; and

> dynamic of balancing national security with civil liberties.

Economic challenges for the country included operating within a globalized economy. The country witnessed the change from the prosperity of the 1990s to the recession that began in 2007. Reductions in defense spending due to the end of the Cold War led to the loss of millions of U.S. jobs in defense plants. The attacks on September 11, 2001 presented national security challenges for the country. Debates over two wars (i.e., Iraq and Afghanistan) that were launched in response to the September 11 attacks, the passage of the USA PATRIOT Act and the detainment and torture of „enemy combatants" divided the country

**Expectations for Learning**

Describe political, national security and economic challenges the United States faced in the post-Cold War period and following the attacks on September 11, 2001.

**Instructional Strategies**

Have students interview adults about the terrorist attacks of September 11, 2001 and how those events presented the United States new political, national security and economic challenges. Students will then present their findings to the class. Invite veterans of recent foreign wars to speak to classes about their experiences and challenges of serving in the U.S. military. Have the veterans discuss the role of the armed forces in providing for national security and advancing U.S. interests in the world.

**Diverse Learners**

Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.

**Instructional Resources**

**Connections**

*Essential Questions*

DEF-02971

| Unit | Pacing |
|---|---|
| Embedded in every unit | Embedded in every unit |

| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
|---|---|
| Topic | *Historical Thinking and Skills*<br>Students apply skills by utilizing a variety of resources to construct theses and support or refute contentions made by others. Alternative explanations of historical events are analyzed and questions of historical inevitability are explored. |
| Content Statement | *1. Historical events provide opportunities to examine alternative courses of action.* |

**Content Elaborations**

By examining alternative courses of action, students can consider the possible consequences and outcomes of moments in history. It also allows them to appreciate the decisions of some individuals and the actions of some groups without putting 21st century values and interpretations on historic events. How might the history of the United States be different if the participants in historical events had taken different courses of action? What if Democratic Party officeholders had not been restored to power in the South after Reconstruction; the U.S. had not engaged in the Spanish-American War; the U.S. had joined the League of Nations; the federal government had not used deficit spending policies during the Great Depression; Truman had not ordered atomic bombs dropped on Japan; or African Americans had not protested for civil rights in the 1950s and 1960s?

**Expectations for Learning**

Analyze a historical decision and predict the possible consequences of alternative courses of action.

**Instructional Strategies**

Gather primary and secondary resources on a specific event to analyze an historical event to determine what might have happened if the participants had chosen alternative courses of action. For example, what if Truman had not ordered atomic bombs dropped on Japan? Students will use this information to reach a conclusion of what is the best course of action to solve an issue or problem. When teaching about an event like the Berlin Airlift, provide students with alternative courses of action available to the decision makers. Pose the problem (i.e., the blockade of Berlin by the Soviet Union) before the students read about the airlift ordered by President Truman. Have students work in groups to select one course of action. Have the groups discuss the rationales behind their selected courses of action and speculate on the possible consequences/results before the actual course of action is revealed.

**Diverse Learners**

Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.

**Instructional Resources**

**Connections**

**Essential Questions**

DEF-02972

| Unit | Pacing |
|---|---|
| Embedded in every unit | Embedded in every unit |

| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
|---|---|
| Topic | *Historical Thinking and Skills*<br>Students apply skills by utilizing a variety of resources to construct theses and support or refute contentions made by others. Alternative explanations of historical events are analyzed and questions of historical inevitability are explored. |
| Content Statement | *2. The use of primary and secondary sources of information includes an examination of the credibility of each source.* |

**Content Elaborations**

The use of primary and secondary sources in the study of history includes an analysis of their credibility—that is, whether or not they are believable. This is accomplished by checking sources for: • the qualifications and reputation of the author; • agreement with other credible sources; • perspective or bias of the author (including use of stereotypes); • accuracy and internal consistency; • the circumstances in which the author prepared the source.

**Expectations for Learning**

Analyze and evaluate the credibility of primary and secondary sources.

**Instructional Strategies**

With the characteristics of credibility in mind, have students create their own rubrics to evaluate the credibility of primary and secondary sources available on different historical topics. Provide examples of primary and secondary sources that illustrate one or more attributes related to credibility as noted in the content elaboration. Help students to recognize the attributes in the examples. Include on-line sources in the examples. Students create a National History Day project, examining primary and secondary sources to analyze historical events to provide evidence to support a thesis. www.ohiohistoryday.org

**Diverse Learners**

Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.

To help students analyze primary sources: • provide a highlighted document • create a bulleted list of important points • have students work in heterogeneous groups • modify the readability of the document by inserting synonyms for difficult vocabulary • provide two versions of text - one in original language and one in modified language • provide students a typed transcript, often available on history web sites • add captions or labels to clarify meaning of graphics and images

**Instructional Resources**

**History Matters** http://historymatters.gmu.edu/browse/makesense/ This site provides students with skills to analyze various primary and secondary sources.

**Primary Sources at Yale**

http://www.yale.edu/collections_collaborative/primarysources/

The university's website has a primary source database with digital copies of hundreds of historical primary sources. **The National Archives**

http://www.archives.gov/education/

Primary source documents

**Connections**

*Essential Questions*

DEF-02973

| Unit | Pacing |
|---|---|
| Embedded in every unit | Embedded in every unit |

| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
|---|---|
| Topic | *Historical Thinking and Skills* <br> Students apply skills by utilizing a variety of resources to construct theses and support or refute contentions made by others. Alternative explanations of historical events are analyzed and questions of historical inevitability are explored. |
| Content Statement | *3. Historians develop theses and use evidence to support or refute positions.* |

**Content Elaborations**

Historians are similar to detectives. They develop theses and use evidence to create explanations of past events. Rather than a simple list of events, a thesis provides a meaningful interpretation of the past by telling the reader the manner in which historical evidence is significant in some larger context. The „evidence" used by historians may be generated from artifacts, documents, eyewitness accounts, historical sites, photographs and other sources. Comparing and analyzing evidence from various sources enables historians to refine their explanations of past events. Historians cite their sources and use the results of their research to support or refute contentions made by others.

**Expectations for Learning**

Develop a thesis and use evidence to support or refute a position.

**Instructional Strategies**

Have students develop theses for use in historical papers and debates. In either context, the thesis should be supported with historical evidence and documentation. Display numerous artifacts or other primary sources related to a historical event. Give students the task of selecting/organizing a certain number of the resources to interpret. Have students develop a thesis to explain the relationship among the selected resources and use information to support the thesis. Examples of events: Japanese-American internment, immigration, and civil rights. Students create a National History Day project, examining primary and secondary sources to analyze historical events to provide evidence to support a thesis. www.ohiohistoryday.org

**Diverse Learners**

Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.

**Instructional Resources**

**Helpful Hints for Writing A Critique**

http://www.17hesapeake.edu/asc/writing/CritiqueHandout.pdf

The OSSRC review for this website states, "…This resource is brief, but very detailed in its instruction and gives very helpful guidelines … for critiquing evidence used to support a thesis."

**Connections**

**Formal Writing in a Facing History Classroom**

http://www.facinghistory.org/resources/strategies/teaching-strategy-formal-writ

This website provides strategies for writing in the social studies.

**Essential Questions**

DEF-02974

| Unit | Pacing |
|---|---|
| Embedded in every unit | Embedded in every unit |

| | |
|---|---|
| Theme | *This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.* |
| Topic | *Historical Thinking and Skills*<br>Students apply skills by utilizing a variety of resources to construct theses and support or refute contentions made by others. Alternative explanations of historical events are analyzed and questions of historical inevitability are explored. |
| Content Statement | *4. Historians analyze cause, effect, sequence, and correlation in historical events, including multiple causation and long- and short-term causal relations.* |

**Content Elaborations**

When studying a historical event or person in history, historians analyze cause and effect relationships. For example, to understand the impact of the Great Depression, an analysis would include its causes and effects. An analysis would also include an examination of the sequence and correlation of events. How did one event lead to another, and how do they relate to one another? An examination of Great Depression would include the Federal Reserve Board's monetary policies in the late 1920s as a short-term cause and the decline in demand for American farm goods after World War I as a long-term factor contributing to the economic downturn.

**Expectations for Learning**

Identify examples of multiple causation and long- and short-term causal relationships with respect to historical events. Analyze the relationship between historical events taking into consideration cause, effect, sequence and correlation.

**Instructional Strategies**

Present students with a series of historical events. Ask them to determine which ones happened before a certain event and could serve as causes, and which ones came after the event and could be a consequence or effect. Follow-up discussions can focus on short-term vs. long-term causes and effects.

Students create a National History Day project, examining primary and secondary sources to analyze historical events to provide evidence to support a thesis. www.ohiohistoryday.org

**Diverse Learners**

Strategies for meeting the needs of all learners including gifted students, English Language Learners (ELL) and students with disabilities can be found at this site . Resources based on the Universal Design for Learning principles are available at www.cast.org.

Help students clarify the difference between cause and effect using the following activities:

1. Present students with several historical facts/events, then ask them to label causes and effects appropriately.

2. The use of charts, especially flow charts is especially helpful when clarifying cause and effect relationships.

3. Provide a list of historic events in a jumbled sequence, then ask students to explain why the sequence does not make sense.

**Instructional Resources**
**Connections**

**Essential Questions**

DEF-02975