Exhibit R

# Sex, Drugs, and Rock –n-Roll:
## Counter Culture Movements Challenge a Singular European Identity

*During the Cold War, western European governments attempted create a unified European identity that shared common beliefs such as the value of capitalism, the importance of a consumer culture, and a fear of communism.  The European Economic Community (EEC) helped to solidify this value system.  Yet, in 1968, a youth movement in Eastern and Western Europe challenged this objective way of thinking and sought to create a more subjective, individualized identity.  The 1960s represented the birth of a counter culture movement in Europe that lasted until the end of the century.  The counterculture movement took hold in London, Amsterdam, Paris, Rome and West Berlin rivaling San Francisco and New York as counterculture centers.*

**Directions: Read about each of the various subcultures to determine if it challenging: capitalism, consumerism, political establishment, or morality.**

### Paris Student Revolts of 1968
Because of the baby boom, there was a large number of Europeans attending college for the first time.  These students wanted a more personalized education focused on courses such as sociology and women's studies. This group became critical of the government and, in 1968, in Paris France, revolted against De Gaulle's oppressive government. French students believed De Gaulle was out of touch and more focused on foreign affairs than domestic issues.  In addition, many students began to sympathize with colonists in Algeria and Vietnam.  In May 1968, students seized control of campus buildings and battled with police demanding a more open and honest government.  Workers joined by sponsoring a nationwide strike.  De Gaulle defused the situation by offering the workers higher wages and maintaining the support of French Army.  Students received limited concessions and the revolt fizzled out.

### UK Underground
The UK Underground, a movement linked to the growing hippie subculture in the United States, generated its own magazines, fashion, music groups, and clubs. Underground bands of the time often performed at benefit gigs for various worthy causes included Pink Floyd.  Underground figure Barry Miles said, "The underground was a catch-all sobriquet for a community of like-minded anti-establishment, anti-war, pro-rock'n'roll individuals, most of whom had a common interest in recreational drugs. They saw peace, exploring a widened area of consciousness, love and sexual experimentation as more worthy of their attention than entering the rat race. The straight, consumerist lifestyle was not to their liking, but they did not object to others living it. But at that time the middle classes still felt they had the right to impose their values on everyone else, which resulted in conflict."  Police harassment of members of the underground (referred to as "freaks") became commonplace.

### Provo
Provo, a Dutch anarchy counterculture movement in the 1960s, focused on provoking violent responses from authorities using non-violent bait.  Harry Mulisch commented: "While their parents, seated on refrigerators and washing machines,  watched TV with their left eyes, and their cars with their right eyes, a mixer in one hand and the *Telegraaf* in the other, the kids left Saturday evening in the square…to protest." The Provos gained world prominence through its protests at the royal wedding as they produced anti-monarchist pamphlets.  There most famous hoax was the White Rumour Plan.  Rumors circulated that the Provos were preparing to dump LSD in the city water supply. These rumors led the authorities to request 25,000 troops to help guard the river.   Provo lasted from 1965-1967.

### Kommune 1 (K1)
Kommune 1, a commune in West Germany, was known for its bizarre staged events that fluctuated between satire and provocation. These events served as inspiration for the "Sponti" movement, a leftist communist group.  In the late summer of 1968, the commune moved into a deserted factory on Stephanstraße in order to reorient. This second phase of Kommune 1 was characterized by sex, music and drugs. Soon, the commune was receiving visitors from all over the world, including Jimi Hendrix.

### Pop Art
Pop Art, an American movement that gained notoriety in Europe, was associated with the rise of consumerism through satirical artwork.  Artists such as Andy Warhol and Roy Lichtenstein employed advertising, celebrities, and comic books in their art to comment ironically on the artificial nature of consumer capitalism.  When contemplating Warhol's Campbell soup cans or Lichtenstein's comic strips, the line between advertising and artistic creativity become blurred.

1:26-cv-00351 PL0994

**Environmentalists:** Many across the political spectrum found consumerism shallow  and wasteful. British economist E.F. Schumacher (1911-1977) argued for balancing society's needs for efficiency and production with humanity's need for community and the dignity of labor.  In *Small Is Beautiful* (1973), Schumacher argued for sustainable development that would take into account the needs of the future generations and the impact of production on the health of the planet.

**Green Party:**

Green Parties sprung up in Central Europe, advocating for sustainable development and supporting causes like social justice and pacifism.  They also supported the anti-nuclear movement.  In the 1970s and 1980s, the Greens were generally skeptical of European political and economic integration, which was seen as contrary to environmental and social interests. In its 1984 program, the European Greens advocated the formation of an alternative Europe, which would be neutral and decentralized.  (Note: In 1989, some member parties adopted a more parliamentary course and became more supportive of European integration. The program advocates the democratization of Europe's institutions. In 1994, the Greens abandoned their opposition of European integration and began to propose pragmatic alternatives for the European Union's policies and institutions. The 1999 and 2004 programs also reflect this.  The German Green Party proved most successful from 1998-2005.)

**Sexuality**

Post World War II governments' decriminalized gay and lesbian relationship as well as Europeans embraced the use of birth control.  The sexual revolution sought valued sexual expression over family values and committed relationships.  The youth embraced premarital sex and open sexuality as an act of rebellion against their rigid society.

**Source: Freiller, Christopher. Achiever Exam Prep Guide, 2017.**

1:26-cv-00351 PL0995

*My Generation*
The Who (1965)

People try to put us d-down (talkin' 'bout my generation)
Just because we g-get around (talkin' 'bout my generation)
Things they do look awful c-c-cold (talkin' 'bout my generation)
I hope I die before I get old (talkin' 'bout my generation)

This is my generation
This is my generation, baby

Why don't you all f-fade away? (Talkin' 'bout my generation)
And don't try dig what we all s-s-say (talkin' 'bout my generation)
I'm not trying to cause a big s-s-sensation (talkin' 'bout my generation)
I'm just talkin' 'bout my g-g-generation (talkin' 'bout my generation)

My generation
This is my generation, baby

My, my dirty generation

Why don't you all fade away? (Talkin' 'bout my generation)
Don't try d-dig what we all s-s-say (talkin' 'bout my generation)
I'm not trying to cause a big sensation (talkin'

'bout my generation)
I'm just talkin' 'bout my g-g-generation (talkin' 'bout my generation)

This is my generation
This is my generation, baby
My, my, my, my generation

People try to put us d-down (talkin' 'bout my generation)
Just because we g-g-get around (talkin' 'bout my generation)
Things they do look awful c-c-cold (talkin' 'bout my generation)
I hope I die before I get old (talkin' 'bout my generation)

This is my generation
This is my generation, baby
My, my, my, my, my ge-ge-generation

Talkin' about my generation
(Talkin' 'bout my generation) my generation
(Talkin' 'bout my generation) talkin' about
(Talkin' 'bout my generation) this is what I'm talkin'
(Talkin' 'bout my generation) talkin' about
(Talkin' 'bout my generation) I'm talkin' 'bout my ge-generation
(Talkin' 'bout my generation) baby

What is the overall tone/feel of the song?: _____
_____

Who do you think the band is addressing with lyrics such as "[w]hy don't you all fade away?" (who is the "you"?): _____
_____

Inspiration for the song: _____
_____

How does this fit in with British (and European) society of the 1960s?: _____
_____
_____
_____

1:26-cv-00351 PL0996

*Mother's Little Helper*
The Rolling Stones (1966)

What a drag it is getting old

"Kids are different today, " I hear every mother say
Mother needs something today to calm her down
And though she's not really ill, there's a little yellow pill
She goes running for the shelter of her mother's little helper
And it helps her on her way, gets her through her busy day

"Things are different today, " I hear every mother say
Cooking fresh food for her husband's just a drag
So she buys an instant cake, and she burns a frozen steak
And goes running for the shelter of her mother's little helper
And two help her on her way, get her through her busy day

Doctor, please, some more of these
Outside the door, she took four more

What a drag it is getting old

"Men just aren't the same today, " I hear every mother say
They just don't appreciate that you get tired
They're so hard to satisfy, you can tranquilize your mind
So go running for the shelter of a mother's little helper

And four help you through the night, help to minimize your plight

Doctor, please, some more of these

Outside the door, she took four more
What a drag it is getting old

"Life's just much too hard today, " I hear every mother say
The pursuit of happiness just seems a bore
And if you take more of those, you will get an overdose
No more running for the shelter of a mother's little helper
They just helped you on your way, through your busy dying day
Hey

According to the lyrics, what is causing Mother stress?: _____

_____

_____

How is this relevant to British (and European) Society of the 1960s?: _____

_____

_____

_____

What is the "little yellow pill"?: _____

How many does Mother take throughout the song?: _____

What happens to Mother at the end?: _____

What is the song warning about?: _____

_____

_____

_____

1:26-cv-00351 PL0997

*Dead End Street*
The Kinks (1966)

There's a crack up in the ceiling
And the kitchen sink is leaking
Out of work and got no money
A Sunday joint of bread and honey

What are we living for?
Two-roomed apartment on the second floor
No money coming in
The rent collector's knocking, trying to get in

We are strictly second class
Now we don't understand

Dead end, why we should be on dead end street?
Dead end, people are living on dead end street
Dead end, gonna die on dead end street, no, no

Dead end street, yeah
Dead end street, yeah

On a cold and frosty morning
Wipe my eyes and stop me yawning
And my feet are nearly frozen
Boil the tea and put some toast on

What are we living for?
Two-roomed apartment on the second floor
No chance to emigrate
I'm deep in debt and now it's much too late

We both want to work so hard
But we can't get the chance

Dead end, why we should be on dead end street?
Dead end, people are living on dead end street
Dead end, gonna die on dead end street

Dead end street, yeah
Dead end street, yeah
Dead end street, yeah
Head to my feet, yeah

Dead end street
Dead end street, I like that
How's it feel?
How's it feel?
Dead end street
Dead end street

The Kinks' prior songs have been described as "wry, witty social observation." Does this song fit that

description? Why or why not?: _____

_____

_____

_____

What social issue is this song about?: _____

The songwriter tried to make the song sound similar to 1930s/1940s style. Why would that be relevant for

this topic?: _____

_____

_____

_____

_____

To promote the song, the Kinks created what would have been the first pop video, however the British

Broadcasting Corporation (BBC) refused to air it. Why?: _____

_____

_____

1:26-cv-00351 PL0998

*God Save the Queen*
Sex Pistols (1977)

God save the queen
The fascist regime
They made you a moron
Potential H-bomb

God save the queen
She aint no human being
There is no future
In England's dreaming

Don't be told what you want
Don't be told what you need
There's no future no future
No future for you

God save the queen
We mean it man
We love our queen
God saves

God save the queen
'Cos tourists are money
Our figures head
Is not what she seems

Oh god save history
God save your mad parade
Oh lord god have mercy

All crimes are paid

When there's no future
How can there be sin
We're the flowers in the dustbin
We're the poison in your human machine
We're the future you're future

God save the queen
We mean it man
We love our queen
God saves

God save the queen
We mean it man
And there is no future
In England's dreaming

No future no future
No future for you
No future no future
No future for me

No future no future
No future for you
No future no future
No future for you
No future no future for you

This song was released the same year as Queen Elizabeth II's Silver Jubilee (25th anniversary as the

monarch). What is the relevance: _____

_____

_____

When released, BBC and other radio stations refused to play the song. What was the result? (HINT:  Think

"Streisand Effect"): _____

_____

_____

Why is the song critical of the Queen?: _____

_____

_____

_____

*White Riot*
The Clash (1977)

White riot - I wanna riot
White riot - a riot of my own
White riot - I wanna riot
White riot - a riot of my own

Black people gotta lot a problems
But they don't mind throwing a brick
White people go to school
Where they teach you how to be thick

An' everybody's doing
Just what they're told to
An' nobody wants
To go to jail!

White riot - I wanna riot
White riot - a riot of my own
White riot - I wanna riot
White riot - a riot of my own

All the power's in the hands
Of people rich enough to buy it
While we walk the street
Too chicken to even try it

Everybody's doing
Just what they're told to
Nobody wants
To go to jail!

White riot - I wanna riot
White riot - a riot of my own
White riot - I wanna riot
White riot - a riot of my own

Are you taking over
or are you taking orders?
Are you going backwards
Or are you going forwards?

How is the Notting Hill Riot of 1976 relevant?: _____
_____
_____
_____

What helped lead (some) people of Caribbean descent to the Notting Hill neighborhood of London?: _____
_____
_____
_____
_____

What is the overall message of this song?: _____
_____
_____

This message has been lost to various groups, who periodically try to claim the song as their own. Which group(s)?: _____
_____
_____
_____

1:26-cv-00351 PL1000

*Sympathy for the Devil*
The Rolling Stones (1968)

Yeow, yeow
Yeow

Please allow me to introduce
myself
I'm a man of wealth and taste
I've been around for a long, long
year
Stole many a man's soul and faith

I was 'round when Jesus Christ
Had his moment of doubt and
pain
Made damn sure that Pilate
Washed his hands and sealed his
fate

Pleased to meet you
Hope you guess my name
But what's puzzlin' you
Is the nature of my game

Stuck around St. Petersburg
When I saw it was a time for a
change
Killed the Tsar and his ministers
Anastasia screamed in vain

I rode a tank, held a general's
rank
When the blitzkrieg raged
And the bodies stank

Pleased to meet you
Hope you guess my name, oh
yeah
Ah, what's puzzling you
Is the nature of my game, ah
yeah

I watched with glee (whoo-hoo)
While your kings and queens
(whoo-hoo)
Fought for ten decades (whoo-
hoo)
For the gods they made (whoo-
hoo)

I shouted out (whoo-hoo)
"Who killed the Kennedy's?"

(whoo-hoo)
When after all (whoo-hoo)
It was you and me (whoo-hoo)

Let me please introduce myself
(whoo-hoo, whoo-hoo)
I'm a man of wealth and taste
(whoo-hoo, whoo-hoo)
And I laid traps for troubadours
(whoo-hoo, whoo-hoo)
Who get killed before they reach
Bombay (whoo-hoo, whoo-hoo)

Pleased to meet you (whoo-hoo,
whoo-hoo)
Hope you guess my name, oh
yeah (whoo-hoo, whoo-hoo)
But what's puzzlin' you (whoo-
hoo)
Is the nature of my game, ah
yeah (whoo-hoo, whoo-hoo)
Get down, damn it

Pleased to meet you (whoo-hoo,
whoo-hoo)
Hope you guess my name, oh
yeah (whoo-hoo, whoo-hoo)
But what's confusing you (whoo-
hoo)
Is just the nature of my game,
mm yeah (whoo-hoo, whoo-hoo)

Just as every cop is a criminal
(whoo-hoo, whoo-hoo)
And all the sinners saints (whoo-
hoo, whoo-hoo)
As heads is tails, just call me
Lucifer (whoo-hoo, whoo-hoo)
'Cause I'm in need of some
restraint (whoo-hoo, whoo-hoo)

So if you meet me, have some
courtesy (whoo-hoo, whoo-hoo)
Have some sympathy, and some
taste (whoo-hoo, woo-hoo)
Use all your well-learned
politeness (whoo-hoo, woo-hoo)
Or I'll lay your soul to waste, mm
yeah (whoo-hoo, woo-hoo)

Pleased to meet you (whoo-hoo,
whoo-hoo)
Hope you guess my name, oh
yeah (whoo-hoo, whoo-hoo)
But what's puzzlin' you (whoo-
hoo)
Is the nature of my game, mean it
(whoo-hoo, whoo-hoo)
Get down

whoo-hoo
(Whoo-hoo, whoo-hoo) oh yeah,
get on down
(Whoo-hoo, whoo-hoo) oh, yeah

yeah
(Whoo-hoo, whoo-hoo) aw,
yeah! A-tell me, baby

what's my name, tell me, honey
(Whoo-woo, whoo-woo) can ya
guess my name, a-tell me, baby
(Whoo-woo, whoo-woo) what's
my name, I tell you one time
(Whoo-woo, whoo-woo) you're
to blame, ooh

ooh-hoo
(Whoo-hoo, whoo-hoo) alright
(Whoo-hoo, whoo-hoo) whoo-
hoo-hoo, whoo-hoo-hoo
(Whoo-hoo, whoo-hoo) whoo-
hoo-hoo, oh yeah, whoo-hoo-hoo

whoo-hoo-hoo, oh yeah
(Whoo-woo, whoo-woo) oh,
what's my name, a-tell me baby
(Whoo-woo, whoo-woo) what's
my name, tell me, sweetie
(Whoo-woo, whoo-woo) a-what's
my name, whoo-hoo-hoo
whoo-hoo-hoo, whoo-hoo-hoo
(Whoo-hoo, whoo-hoo) whoo-
hoo-hoo
(Whoo-hoo, whoo-hoo) whoo-
hoo-hoo, whoo-hoo-hoo
(Whoo-hoo, whoo-hoo) whoo-
hoo-hoo, oh yeah
(Whoo-woo, whoo-woo)
(Whoo-woo, whoo-woo)

1:26-cv-00351 PL1001

**Civil Rights Groups Wrap-Up Questions**

Name:_____ Bell: _____

**Directions:**  Write ONE COMPLETE SENTENCE to answer each of the following questions.

1.  How were the goals of each of these six groups **similar**?_____

_____

_____

_____

2.  How were the goals of each of these six groups **different**?_____

_____

_____

_____

3.  What were the most common methods these groups used to achieve their goals?_____

_____

_____

_____

_____

4.  Which of the methods used were **most effective**?_____

_____

_____

_____

5.  Which of the methods used were **least effective**?_____

_____

_____

_____

6.  How do these groups demonstrate the potential of **individuals** to achieve change in society? (BE SPECIFIC WITH EXAMPLES)_____

_____

_____

_____

7.  How do these groups demonstrate the potential of **groups of people** to achieve change in society? (BE SPECIFIC WITH EXAMPLES)_____

_____

_____

_____

_____

1:26-cv-00351 PL1002

**Civil Rights Mural**

Names of Group Members: _____ Bell: _____

**Directions:** With your group members, choose ONE of the groups we have talked about and plan a mural to honor them. Make sure it demonstrates your knowledge of their (1) goals, (2) methods, and (3) accomplishments.

Work together with your group to answer the questions below. Once you have answered the questions, you can begin working to sketch your mural. You will work with your group to complete a mockup of your mural on the opposite side of this sheet. You are welcome to scrap paper to sketch out designs before beginning the final design on the back. **Please make sure your answers and mural design do not violate the LMHS Student Code of Conduct**.

Our group's selected civil rights group is: _____

Why did you select this group? _____

_____

_____

What goals did your group have? _____

_____

_____

What methods did your group use to achieve those goals? _____

_____

_____

What accomplishments did your group achieve? _____

_____

_____

Where do you want to place your mural? _____

_____

_____

Why do you believe this would be an appropriate location? _____

_____

_____

What design elements do you want to incorporate into your mural? _____

_____

_____

_____

What significance do these elements have to your group? _____

_____

_____

_____

1:26-cv-00351 PL1003

# The Gay Liberation Movement

Since the 1960s, the gay community has become an increasingly vocal force fighting for civil rights and societal acceptance. Some people took a stand for what they wanted and the Student Homophile League at Columbus University New York, the first known gay student organization, was created. Within 10 years, almost 800 homosexual organizations were created. Very few things were done to help homosexuals, but in 1965, Frank Kameny of Washington, DC, organized regular Homosexual Reminder Days on the ellipse across from the White House. Their main goal was the employment of gays and lesbians in the federal civil service.

Gay and lesbian people were often threatened and arrested during the gay liberation movement. Officers would frequently raid gay bars and sometimes arrest dozens of men and women, but one night at the Stonewall Inn in New York City, some fought back, throwing objects at the police. These raids, known as the "Stonewall Riots", lasted for several nights. Although these raids had very little effect, it brought about a major shift in attitudes among gay and lesbian Americans, who began to mobilize to demand equal rights and societal acceptance. "Gay Pride" demonstrations and parades were held in major cities. A significant breakthrough was made in 1977 when Harvey Milk, an openly gay man, was elected to the Board of Supervisors in San Francisco, California. Milk, Along with Mayor Dan Moscone, was assassinated by unstable San Francisco supervisor Dan White on November 27, 1979.

Harvey Milk spoke out forcefully on the need for lesbians and gay men to seize control of their lives, run for public office and to participate in the decision-making process that affects all homosexuals. Both the civil rights and anti-war movements inspired the Gay Liberation movement. Many homosexuals believed that the best way to obtain more civil rights and social acceptance was to form a coalition between gay people and other minority groups. They also believed it was important to involve themselves as openly gay people in their neighborhoods and communities and most importantly declare one's sexual orientation openly and proudly.

1:26-cv-00351 PL1004

# The Disabled Rights Movement

The disability rights movement is the movement to secure equal opportunities and equal rights for people with disabilities. The specific goals and demands of the movement were to make public services and accommodations available to people with disabilities. They also fought for equal opportunities in independent living, employment, education, and housing; and freedom from abuse and neglect, and violations of patients' rights. Effective civil rights legislation is sought in order to secure these opportunities and rights.

In 1962 Ed Roberts successfully enrolled as the first quadriplegic student at the University of California at Berkeley. Despite protests from some university officials, Roberts persuaded the university to allow him to make the third floor of the school's hospital, his dorm room. Roberts and other's actions paved the way for other disabled people to obtain access to facilities and services open to most other American groups.

Throughout the 1970s and 1980s, the disabled rights movement gathered momentum. One organization that was especially important was American Disabled for Accessible Public Transit (ADAPT), which started out by calling on wheelchair lifts on buses. One of ADAPT's founders, Wade Blank, promoted the use of direct-action confrontations to achieve civil rights for the disabled. For Example, Blank convinced 25 disabled people who were in wheelchairs to surround a bus to prevent it from moving. The Police couldn't move the wheelchairs and they were told not to arrest the disabled people. This brought much attention to their effort to gain access to public transportation. Direct action was not only effective it was empowering.

In 1973 the (American) Rehabilitation Act became law; Sections 501, 503, and 504 prohibited discrimination in federal programs and services and all other programs or services receiving federal funds. This was the first civil rights law guaranteeing equal opportunity for people with disabilities. In 1990, the Americans with Disabilities Act (ADA) was passed. It is the nation's first comprehensive civil rights law addressing the needs of people with disabilities, prohibiting discrimination in employment, public services, public accommodations, and telecommunications.

1:26-cv-00351 PL1005

# The Native-American Movement

The Native-American civil rights movement became known as the "Red Power" movement. Native-American's began to seek civil rights after the African-American civil rights movement in the late 1960s' and early 1970's. During the 1950's and 1960's, Native Americans had the lowest income, the worst health, the highest suicide rate, the shortest life expectancy, and the highest unemployment of any minority group in the United States. Native-American activists sought to draw attention to these conditions by suing the federal government for the return of native lands and organizing several demonstrations in which they demanded Indian autonomy and a return of control over lands lost because of broken treaties.

In November 1969, some 200 Native Americans seized the abandoned federal penitentiary on Alcatraz Island in San Francisco Bay. For 19 months, Indian activists occupied the island to draw attention to conditions on the nation's Indian reservations. Alcatraz, the Native Americans said, symbolized conditions on reservations: "It has no running water; it has inadequate sanitation facilities; there is no industry, and so unemployment is very great; there are no health care facilities; the soil is rocky and unproductive." The activists, who called themselves Indians of All Tribes, offered to buy Alcatraz from the federal government for "$24 in glass beads and red cloth."

The best known of all Indian Power groups was the American Indian Movement (AIM), formed by a group of Chippewas in Minneapolis in 1966 to protest alleged police brutality. In the fall of 1972, AIM led urban Indians, traditionalists, and young Indians along the "Trail of Broken Treaties" to Washington, D.C., seized the offices of the Bureau of Indian Affairs in Washington, D.C., and occupied them for a week in order to dramatize Indian grievances. In the spring of 1973, a group of 200 heavily armed Indians took over the town of Wounded Knee, South Dakota--site of an 1890 massacre of 300 Sioux by the U.S. Army cavalry. The group of armed Indians occupied the town for 71 days.

Militant protests paid off. The 1972 Indian Education Act gave Indian parents greater control over their children's schools. The 1976 Indian Health Care Act sought to address deficiencies in Indian health care. Beginning in the 1970s, a number of tribes initiated lawsuits to recover land illegally seized by whites. In 1980, the federal government agreed to pay $81.5 million to the Passamaquoddy and Penobscot of Maine, and $105 million to the Sioux in South Dakota. Court decisions also permitted tribal authorities to sell cigarettes, run gambling casinos, and levy taxes.

1:26-cv-00351 PL1006

# The United Farm Workers

For more than a century farm-workers had been denied a decent life in the fields and communities of California's agricultural valleys. Essential to the state's biggest Industry farm workers had tried but failed so many times to organize the giant agribusiness farms that most observers considered it a hopeless task. And yet by the early 1960's things were beginning to change beneath the surface.

In the early 1960's, César Chávez began mobilizing migrant farm laborers to speak out against decades of exploitation. He will create the United Farm Workers (UFW) union and organized nonviolent protests against low wages, unsafe working conditions, and long hours typical of migrant farm labor. He also organized boycotts against growers for whom the laborers worked, most notably against grape growers in Delano, California.

By 1970 the UFW got grape growers to accept union contracts and had effectively organized most of that industry, at one point in time claiming 50,000 dues-paying members. The reason was Cesar Chavez's tireless leadership and nonviolent tactics that included the Delano grape strike, his fasts that focused national attention on farm workers problems, and the 340-mile march from Delano to Sacramento in 1966. The farm workers and supporters carried banners with the black eagle with HUELGA (strike) and VIVA LA CAUSA (Long live our cause). The marchers wanted the state government to pass laws which would permit farm workers to organize into a union and allow collective bargaining agreements.

Cesar made people aware of the struggles of farm workers for better pay and safer working conditions. He succeeded through nonviolent tactics

(boycotts,pickets, and strikes). César Chávez and the union sought recognition of the importance and dignity of all farm workers.

1:26-cv-00351 PL1007

# Asian-American Movement

The Asian-American civil rights movement was also called the "Yellow Power" movement. It began in the late 1960's when a large number of Asian Americans, mostly college students, began to protest a long history of discrimination. When many Asians began to immigrate to America during the late 1800's they met much discrimination and racism. The American Government created discriminatory immigration quotas, laws against Asians owning property and laws prohibiting marriage between whites and Asians. In addition, during World War II, those of Japanese ancestry, including many American citizens were interned in barren camps because they were considered a national threat.

The Yellow Power movement was inspired by the "Black Power" civil rights movement. Beginning in the 1960s a large number of Asian-Americans began to organize to change their status in society. They called for Asian studies programs In U.S. colleges, the development of a united Asian-American community, community-based programs to revitalize urban Asian ghettos, and an end to racism, especially negative stereotyping of Asians in the media. The methods Asian-Americans used to gain civil rights and to end discrimination were outlined in an article titled, "Yellow Power!" by Larry Kubota. He suggested that Yellow Power is a call for all Asians-Americans to end the silence that has condemned Asian-Americans to suffer in a racist society and to unite with Black, Brown, and Red brothers.

The Asian-American civil rights movement has proven to be a success is several ways. For example, the American government has changed it's discriminatory immigration policy and it's racist laws. Also, most college campuses have Asian studies programs and in 1976, President Ford signed Proclamation 4417 in which internment was declared a "national mistake." A dozen years later, President Reagan signed the Civil Liberties Act of 1988, which distributed $20,000 in reparations for internees and contained an apology from the federal government.

1:26-cv-00351 PL1008

# Women's Movement

In 1960, the world of American women was limited in almost every respect, from family life to the workplace. A woman was expected to follow one path: to marry in her early 20s, start a family quickly, and devote her life to homemaking. As one woman at the time put it, "The female doesn't really expect a lot from life. She's here as someone's keeper — her husband's or her children's." As such, wives bore the full load of housekeeping and child care, spending an average of 55 hours a week on domestic chores. They were legally subject to their husbands via "head and master laws," and they had no legal right to any of their husbands' earnings or property, aside from a limited right to "proper support"; husbands, however, would control their wives' property and earnings.[ If the marriage deteriorated, divorce was difficult to obtain, as "no-fault" divorce was not an option, forcing women to prove wrongdoing on the part of their husbands in order to get divorced.

During the late 1960's and early 1970's, an increasing number of women organized to demand equal rights and recognition of women's secondary status in America society. Supporters of the Equal Rights Amendment (ERA) became greater in number and organized demonstrations and began lobbying in Congress for legislation banning discrimination on the basis of sex. Feminists (activists for women's rights) also sought access to education and to legal and safe abortion, and shared parenting. In 1966, author and feminist Betty Friedan co-founded the National Organization for Women (NOW), which became and important venue for bringing attention to women's issues.

The women's civil rights movement used class action lawsuits, formal complaints, protests, and hearings to create legal change. By the late 1970s, they had made tangible, far reaching gains, including the outlawing of gender discrimination in education, college sports, and obtaining financial credit ; the banning of employment discrimination against pregnant women; the legalization of abortion and birth control ; and the establishment of "irreconcilable differences" as grounds for divorce and equalization of property division during divorce. Members of the women's movement were invigorated by these successes; as one said, "I knew I was a part of making history...It gave you a real high because you knew real things could come out of it."

1:26-cv-00351 PL1009



THE COLD WAR

The Beginning of the Cold War

1:26-cv-00351 PL1010

# WHY?

- Content Statement #22:  Use of atomic weapons changed the nature of war, altered the balance of power, and began the nuclear age

- Expectations: Explain how atomic weapons changed the nature of war, altered the balance of power, and started the nuclear age.

- Why should you care?

  - WWII is the only time that nuclear weapons have been used

  - Led to an arms race throughout the 20th century that continues to some extend today

  - Particularly relevant as there are real questions as to whether Putin would use nuclear weapons against Ukraine or Israel against Hamas



1:26-cv-00351 PL1011

# SOVIET UNION

- Union of Soviet Socialist Republics
  - AKA the **USSR**
  - AKA the **Soviet Union**
- Made up of 15 **Socialist Republics**
  - Russia was the largest
  - During WWII, there were 16 (one was incorporated into Russia in the 1950s)
- **One-Party** State (governed by a single political party)
  - The **Communist Party** of the Soviet Union



1:26-cv-00351 PL1012



1:26-cv-00351 PL1013



1:26-cv-00351 PL1014



1:26-cv-00351 PL1015



1:26-cv-00351 PL1016



1:26-cv-00351 PL1017

# YALTA CONFERENCE

- U.S., U.K., and Soviet Union meet to discuss end of WWII
- All 3 have different goals
  - U.S.
    - Assistance with **Japan** (particularly from Soviets)
    - Agreement on **United Nations**
  - U.K.
    - Protection of British Empire
    - Agreement on post-War **Germany**
  - Soviet Union
    - **Economic** assistance
    - U.S. and U.K. to acknowledge a **Soviet** sphere of influence in **eastern Europe**



1:26-cv-00351 PL1018

# YALTA CONFERENCE

- Results:
  - Nobody **satisfied**
  - Soviets agree to join in war against Japan **90 days** after Hitler is defeated
  - Some agreement on U.N. (but **Soviets** unhappy)
  - No agreement on financial assistance to Soviet Union
  - **Poland** emerges as an issue
    - Soviets have expelled Nazis, established **Communist** government
    - U.S. and U.K. back Polish **government-in-exile** that is in **London**



1:26-cv-00351 PL1019

# BACK TO BOMBS

- Soviets had discussed developing nuclear weapons as far back as the **1930s**
- Once Nazi-Germany invaded, Stalin approved
- American and British research conspicuously **sparse**
- Soviet program **accelerated** after the Hiroshima and Nagasaki attacks
- Used a combination of
  - **Spies** working the U.S.
  - Former **Nazi** scientists
- Soviets successfully tested nuclear weapons in **1949**
- Through the 1950s, both U.S. and Soviet Union would build **nuclear arsenals**



1:26-cv-00351 PL1020

## WRAP-UP

- Explain how atomic weapons changed the nature of war, altered the balance of power, and started the nuclear age.

1:26-cv-00351 PL1021



THE COLD WAR

Containment

1:26-cv-00351 PL1022

# WHY?

- Content Statement #23: The United States followed a policy of containment during the Cold War in response to the spread of communism.

- Expectations: Analyze the policy of containment the United States followed during the Cold

- Why should you care?

  - Containment had varying degrees of success

    - Example of something sounding good in theory but being difficult to execute

  - Vietnam War was fought because of containment



1:26-cv-00351 PL1023

# VOCABULARY

- **Democracy** - A form of government run by the people, who exercise their power by voting in elections

- **Capitalism** - A political and economic system in which all trade and industry are privately owned and for-profit

- **Communism** - A political and economic system in which major productive resources are owned by the state and wealth is divided equally among citizens

- **Containment** - Policy or process of preventing the expansion of a hostile power

- **NATO** - North Atlantic Treaty Organization; military alliance between US and Western Europe

- **Iron Curtain** - Political and military barrier that isolated Soviet-controlled countries of Eastern Europe after World War II

1:26-cv-00351 PL1024

# POTSDAM CONFERENCE

- **German** Problem emerges
  - What to do about Germany post-WWII
  - Located in **Central** Europe
  - Proven track record of **fighting** its neighbors
- US/UK
  - Want **Democratic/Capitalist** Germany
- Soviet Union
  - Wants **Communist** Germany
- Solution?



1:26-cv-00351 PL1025

# Two Germanies (1949)

**East** Germany
- Soviet Union Occupation Zone
- **Communist**

**West** Germany
- US, UK, and French Occupation Zones
- **Capitalist**

East Berlin
- Soviet Union Occupation Zone
- Communist

West Berlin
- US, UK, and French Occupation Zones
- Capitalist
- …in the middle of Communist East Germany



Division of Germany, 1945

1:26-cv-00351 PL1026

# TROUBLE IN BERLIN

- **Berlin Blockade** (June 1948 – May 1949)

  - Western Allies introduced separate form of **money** to be used in **West Germany**

  - In response, Soviets cut off access to **West Berlin**

    - Blocked **roads and railways**



1:26-cv-00351 PL1027

# TROUBLE IN BERLIN

- **Berlin Airlift**
  - The US and western Allies **fly** supplies to the 2 million people living in West Berlin
    - **Food, Coal, Medicine**
    - **... and Candy**
  - First **major event** of the Cold War
    - **Embarrassment** for the Soviets





1:26-cv-00351 PL1028

# THE IRON CURTAIN SPEECH



- https://www.youtube.com/watch?v=u_Qv6rYIEI8

- Given by **Winston Churchill** (1946)
  - Westminster College in Fulton, Missouri
- Significance
  - Coined "**Iron Curtain**"
  - Describes the "**special relationship**" between the **US and the UK**
  - Criticized by Stalin as **warmongering**



1:26-cv-00351 PL1029



THE COLD WAR

Containment

1:26-cv-00351 PL1030

# WHY?

- Content Statement #23: The United States followed a policy of containment during the Cold War in response to the spread of communism.

- Expectations: Analyze the policy of containment the United States followed during the Cold

- Why should you care?

  - Containment had varying degrees of success

    - Example of something sounding good in theory but being difficult to execute

  - Vietnam War was fought because of containment



1:26-cv-00351 PL1031

# CONTAINING COMMUNISM

- The Long Telegram

  - Sent by **George Kennan**, an American **diplomat** in Moscow

  - Permanent resolution with Soviets **impossible**

    - Strong **fear and distrust** of the west
    - Belief that fight for **Communism** would be long

  - Suggests **Containment** as best option

- Truman Doctrine

  - American **foreign** policy related to **Cold War**

  - Establishes Containment as **U.S. policy**



Author of the 8,000-word telegram

1:26-cv-00351 PL1032

# MANIFESTING CONTAINMENT

- Marshall Plan

  - **Economic** component of the Truman Doctrine

  - Named for **Secretary of State** George C. Marshall

  - American **financial aid** to rebuild **Europe**

  - $**13.2 billion** spent between 1948 and 1952

    - Money is **given** – not **loaned**



Other* = Denmark, Iceland, Ireland, Norway, Portugal, Sweden, and Turkey

1:26-cv-00351 PL1033



1:26-cv-00351 PL1034

# MANIFESTING CONTAINMENT

- NATO
  - North Atlantic **Treaty** Organization
  - **Military** component of the Truman Doctrine
  - Formed in **1949**
  - Attack on **one member** was considered an attack on **all members**
    - **Greece** and **Turkey** joined in 1952
    - **West Germany** joined in 1955
    - https://www.youtube.com/watch?v=I79TpDe3t2g





1:26-cv-00351 PL1035



THE COLD WAR

The Second Red Scare & McCarthyism
(Day 1)

1:26-cv-00351 PL1036

# WHY?

- Content Statement #24: The Second Red Scare and McCarthyism reflected Cold War fears in American society

- Expectations:  Explain how the Second Red Scare and McCarthyism reflected Cold War fears in American society

- Why should you care?

  - Shows what happens when society gives in to its fears and bigotry

  - Illustrates how actions of the federal government can impact American citizens



1:26-cv-00351 PL1037

# VOCABULARY

- **Socialism** - A political and economic system in which most forms of economically valuable property and resources are owned or controlled by the public or the state

- **House Un-American Activities Committee (HUAC)** - Minor U.S. House committee; FBI Director J. Edgar Hoover urged it to investigate Communist subversion in 1947

- **Subversion** – A systematic attempt to overthrow a government by using persons working secretly from within. Those who commit subversion are called **subversives**

- **Blacklist** - An agreement not to hire or work with an individual

- **McCarthyism** - Sen. Joseph McCarthy's tactic of damaging reputations with vague and unfounded charges

1:26-cv-00351 PL1038

# HOUSE UN-AMERICAN ACTIVITIES COMMITTEE

- Formed in **1938**
  - Investigated both **Communist** and **Fascist** activities in the U.S.
- **J. Edgar Hoover** reaches out in 1947
  - Urged the committee to hold **public hearings** to find Communist **subversives** in America
- Many initially invoked **5th Amendment** rights
  - Part of **Bill of Rights**
  - Right against **self incrimination**
- As a result, presumed **guilty**



1:26-cv-00351 PL1039

# SECOND RED SCARE

- HUAC Targets
  - **Hollywood** (1947)
    - Fearful of filmmakers and actors' abilities to **manipulate** the public
    - The **Hollywood Blacklist** interfered with the careers of many who worked in the entertainment industry



1:26-cv-00351 PL1040



# SECOND RED SCARE

- HUAC Targets
  - **Government** officials
    - Alger Hiss (1948)
      - Diplomat in the **Roosevelt** administration
      - Attended the **Yalta Conference**
      - Helped create the **United Nations**
      - Soviet **spy** in the **1930s**
    - Convicted in 1950 and sent to federal prison...for **perjury**

1:26-cv-00351 PL1041



# SECOND RED SCARE

- HUAC Targets
  - **Scientists**
    - Julius Rosenberg (1950)
      - Army **engineer-inspector**
      - Passed **nuclear technology** documents to the Soviets
      - He and his wife Ethel (who also spied for the Soviets) were convicted of espionage and **executed** in 1953

1:26-cv-00351 PL1042



1:26-cv-00351 PL1043

# WHY?

- Content Statement #24: The Second Red Scare and McCarthyism reflected Cold War fears in American society

- Expectations: Explain how the Second Red Scare and McCarthyism reflected Cold War fears in American society

- Why should you care?

  - Shows what happens when society gives in to its fears and bigotry

  - Illustrates how actions of the federal government can impact American citizens



1:26-cv-00351 PL1044

# McCARTHYISM

- **Senator** Joseph McCarthy (R-Wisconsin)
  - Feb. 1950
    - Gave speech claiming to have a list of **205 members** of the Communist Party working in the **Federal Government**
  - 1952
    - **Republicans** regain control of **Congress** and **White House**
    - McCarthy becomes **Chairman** of Senate subcommittee on **investigations**




1:26-cv-00351 PL1045

# McCARTHYISM



- Investigative Tactics
  - Fueled by **_irrational_** fear
  - Flimsy (or **_fake_**) evidence
  - **_Badger_** witnesses for explanation
    - **_Refused to accept_** explanations provided
  - Witnesses left with a **_cloud of suspicion_** lingering around them



1:26-cv-00351 PL1046



# THE LAVENDER SCARE

- Paralleled the **Red Scare**
- Persecution of **homosexuals** working for the **federal government** during the 1950s and 1960s
  - Based on the belief that homosexuality went against American **values and norms**
  - Therefore, people believed homosexuals were:
    - **Sympathetic** to Communist cause
    - Susceptible to **blackmail** by Communists

1:26-cv-00351 PL1047

# LAVENDER SCARE

- Feb. 1950
  - McCarthy ties **homosexuality and communism**
    - Communists "**twisted mentally**"
    - Homosexuals had "**peculiar mental twists**"
    - Homosexuals susceptible to communism and a **security threat**
  - John Peurifoy
    - Deputy Undersecretary of State
    - Testified to Senate that 91 homosexuals had been allowed to **resign** from State Department



1:26-cv-00351 PL1048

-5-

(iii) Any criminal, infamous, dishonest, immoral, or notoriously disgraceful conduct, habitual use of intoxicants to excess, drug addiction, or sexual perversion.

(iv) An adjudication of insanity, or treatment for serious mental or neurological disorder without satisfactory evidence of cure.

(v) Any facts which furnish reason to believe that the individual may be subjected to coercion, influence, or pressure which may cause him to act contrary to the best interests of the national security.

(2) Commission of any act of sabotage, espionage, treason, or sedition, or attempts thereat or preparation therefor, or conspiring with, or aiding or abetting, another to commit or attempt to commit any act of sabotage, espionage, treason, or sedition.

(3) Establishing or continuing a sympathetic association with a saboteur, spy, traitor, seditionist, anarchist, or revolutionist, or with an espionage or other secret agent or representative of a foreign nation, or any representative of a foreign nation whose interests may be inimical to the interests of the United States, or with any person who advocates the use of force or violence to overthrow the government of the United States or the alteration of the form of government of the United States by unconstitutional means.

(4) Advocacy of use of force or violence to overthrow the government of the United States, or of the alteration of the form of government of the United States by unconstitutional means.

(5) Membership in, or affiliation or sympathetic association with, any foreign or domestic organization, association, movement, group, or combination of persons which is totalitarian, Fascist, Communist, or subversive, or which has adopted, or shows,

# THE LAVENDER SCARE

- Executive Order 10450
  - Signed by Eisenhower in 1953
  - Established that certain **behaviors** were a national security risk
  - Including "**sexual perversion**"
  - As a result, could not **work** for the federal government

1:26-cv-00351 PL1049

## RESULTS

- Unknown how many **jobs** were impacted
  - Some may have **quietly quit** out of fear of detection
  - Some may have decided **not to apply** at all
  - Some estimates put lost jobs at **5,000-10,000**
- **Suicide**
- **Embarrassment**
  - Although unlike Red Scare, investigations were **not public**





1:26-cv-00351 PL1050



# FRANK KAMENY

- **WWII** Veteran
- **PhD** in Astronomy from **Harvard**
- 1957
  - Hired by **Army Map Service**
- 1958
  - Fired for being a homosexual
  - Barred from **federal employment**

1:26-cv-00351 PL1051

# FRANK KAMENY

- **Sued** federal government
  - Went to **Supreme Court**, but
  - Lost his case in 1960
- 1965 – First gay rights **demonstration** outside of **White House**
- Pressured **American Psychiatric Association** to stop classifying homosexuality as a **mental illness** (changed its classification in **1973**)



1:26-cv-00351 PL1052



# COMMUNISTS AMONG US

- Directions:
  - In your groups, read the 4 profiles of the suspected Communists
  - Discuss with your group who you believe is most likely a communist
- After you have decided who to vote out, you'll share with the class

1:26-cv-00351 PL1053

# COMMUNISTS AMONG US



- Exit Slip (write on today's Bell Ringer):
  - Imagine you were one of the innocent people accused of being a communist
  - Write 4 complete sentences describing:
    - How you think you would feel
    - How you think you would react
    - What you think the result would have been

1:26-cv-00351 PL1054



1:26-cv-00351 PL1055

# WHY?

- Content Statement #24: The Second Red Scare and McCarthyism reflected Cold War fears in American society

- Expectations: Explain how the Second Red Scare and McCarthyism reflected Cold War fears in American society

- Why should you care?
  - Shows what happens when society gives in to its fears and bigotry
  - Illustrates how action of the federal government can impact American citizens



1:26-cv-00351 PL1056

# COLD WAR GALLERY WALK

- Directions:
  - Grab a sheet from the front of the class
  - Take 10 minutes to walk around and view the numbered comics from the numbered comics
  - In the appropriate spot on your sheet:
    - (1) <u>Describe</u> what you see and the date  the comic was published
    - (2) <u>Analyze</u> what you believe the intended message is (2-3 sentences) – try to use appropriate vocabulary terms when and where you can
    - (3) <u>Predict</u> who you believe the intended audience was
  - When finished, come back to the classroom prepared to discuss as a class
  - https://www.timeanddate.com/timer/

1:26-cv-00351 PL1057



#1

The Bird Watcher

Published: July 14, 1948

# GALLERY WALK

1. What do you see?

2. What is the message?

3. Who is the intended audience?

1:26-cv-00351 PL1058



#2

Can he block it?

Published: Ca. 1947

# GALLERY WALK

1. What do you see?

2. What is the message?

3. Who is the intended audience?

1:26-cv-00351 PL1059



# GALLERY WALK

1. What do you see?

2. What is the message?

3. Who is the intended audience?

1:26-cv-00351 PL1060



Published: October 31, 1947

# GALLERY WALK

1. What do you see?

2. What is the message?

3. Who is the intended audience?

1:26-cv-00351 PL1061



Published: June 14, 1949

# GALLERY WALK

1. What do you see?

2. What is the message?

3. Who is the intended audience?

1:26-cv-00351 PL1062

#6



Published: May 7, 1954

## GALLERY WALK

1. What do you see?

2. What is the message?

3. Who is the intended audience?

1:26-cv-00351 PL1063



1:26-cv-00351 PL1064

# WHY?

- Content Statement #24: The Second Red Scare and McCarthyism reflected Cold War fears in American society

- Expectations: Explain how the Second Red Scare and McCarthyism reflected Cold War fears in American society

- Why should you care?

  - Shows what happens when society gives in to its fears and bigotry

  - Illustrates how action of the federal government can impact American citizens



1:26-cv-00351 PL1065



# THE LAVENDER SCARE

- Paralleled the **Red Scare**

- Persecution of **homosexuals** working for the **federal government** during the 1950s and 1960s

  - Based on the belief that homosexuality went against American **values and norms**

  - Therefore, people believed homosexuals were:

    - **Sympathetic** to Communist cause

    - Susceptible to **blackmail** by Communists

1:26-cv-00351 PL1066

# LAVENDER SCARE

- Feb. 1950
  - McCarthy ties **homosexuality and communism**
    - Communists "**twisted mentally**"
    - Homosexuals had "**peculiar mental twists**"
    - Homosexuals susceptible to communism and a **security threat**
  - John Peurifoy
    - Deputy Undersecretary of State
    - Testified to Senate that 91 homosexuals had been allowed to **resign** from State Department



1:26-cv-00351 PL1067

-5-

(iii) Any criminal, infamous, dishonest, immoral, or notoriously disgraceful conduct, habitual use of intoxicants to excess, drug addiction, or sexual perversion.

(iv) An adjudication of insanity, or treatment for serious mental or neurological disorder without satisfactory evidence of cure.

(v) Any facts which furnish reason to believe that the individual may be subjected to coercion, influence, or pressure which may cause him to act contrary to the best interests of the national security.

(2) Commission of any act of sabotage, espionage, treason, or sedition, or attempts thereat or preparation therefor, or conspiring with, or aiding or abetting, another to commit or attempt to commit any act of sabotage, espionage, treason, or sedition.

(3) Establishing or continuing a sympathetic association with a saboteur, spy, traitor, seditionist, anarchist, or revolutionist, or with an espionage or other secret agent or representative of a foreign nation, or any representative of a foreign nation whose interests may be inimical to the interests of the United States, or with any person who advocates the use of force or violence to overthrow the government of the United States or the alteration of the form of government of the United States by unconstitutional means.

(4) Advocacy of use of force or violence to overthrow the government of the United States, or of the alteration of the form of government of the United States by unconstitutional means.

(5) Membership in, or affiliation or sympathetic association with, any foreign or domestic organization, association, movement, group, or combination of persons which is totalitarian, Fascist, Communist, or subversive, or which has adopted, or shows,

# THE LAVENDER SCARE

- Executive Order 10450
  - Signed by Eisenhower in 1953
  - Established that certain **behaviors** were a national security risk
  - Including "**sexual perversion**"
  - As a result, could not **work** for the federal government

1:26-cv-00351 PL1068

# RESULTS

- Unknown how many **jobs** were impacted
  - Some may have **quietly quit** out of fear of detection
  - Some may have decided **not to apply** at all
  - Some estimates put lost jobs at **5,000-10,000**
- **Suicide**
- **Embarrassment**
  - Although unlike Red Scare, investigations were **not public**





1:26-cv-00351 PL1069



# FRANK KAMENY

- **WWII** Veteran
- **PhD** in Astronomy from **Harvard**
- 1957
  - Hired by **Army Map Service**
- 1958
  - Fired for being a homosexual
  - Barred from **federal employment**

1:26-cv-00351 PL1070

# FRANK KAMENY

- **Sued** federal government
  - Went to **Supreme Court**, but
  - Lost his case in 1960
- 1965 – First gay rights **demonstration** outside of **White House**
- Pressured **American Psychiatric Association** to stop classifying homosexuality as a **mental illness** (changed its classification in **1973**)



1:26-cv-00351 PL1071



THE COLD WAR

The Chinese Civil War & Korean War

1:26-cv-00351 PL1072

# WHY?

- Content Statement #25: The Cold War and conflicts in Korea and Vietnam influenced domestic and international politics

- Expectations: Analyze how the Cold War and conflicts in Korea and Vietnam influenced domestic and international politics between the end of WWII and 1991

- Why should you care?

  - Shows the limitations of containment

  - Further demonstrates how concerns Americans were with Soviets/communism



1:26-cv-00351 PL1073

# CHINESE CIVIL WAR

- Sides joined together during WWII to fight the **Japanese** together

- In 1945, fighting resumes

- Soviets back Chinese **communists**

- U.S. support **capitalist** Chinese nationalists



1:26-cv-00351 PL1074



1:26-cv-00351 PL1075

# CHINESE CIVIL WAR

- August 1949
  - U.S. **suspended aid** to Chinese nationalists
- 1950
  - Chinese nationalists flee to **Taiwan**
- China officially **communist**



1:26-cv-00351 PL1076

# KOREAN WAR

- Post-World War II
  - Japan surrenders Korea to the **Allies**
  - Soviet Union and U.S./U.K. agree to divide along the **38th Parallel**
    - **Communist** North/**Capitalist** South
- June 1950
  - North **attacks** South



1:26-cv-00351 PL1077

# KOREAN WAR

- North nearly take over South Korea

- U.S./U.N. forces (**led by U.S.**) push back almost to China

- North (supported by Chinese forces and Soviet aid) then push South forces (including U.S.) back to the Armistice Line

  - Peace negotiations began November 1951

- Korean War was a "**limited war**"

  - Objective: **Contain Communism**



1:26-cv-00351 PL1078

# KOREAN WAR

- Impacts
  - **33,600** American soldiers die in combat
  - Additional **2,800** from accidents or disease
  - Politics
    - **President Truman vs General MacArthur**
      - https://www.youtube.com/watch?v=eKMg8qA_Xpw
      - https://retronewser.com/2021/04/20/millions-cheer-general-macarthur-during-19-mile-ticker-tape-parade-through-new-york-city/



1:26-cv-00351 PL1079



1:26-cv-00351 PL1080

# WHY?

- Content Statement #25: The Cold War and conflicts in Korea and Vietnam influenced domestic and international politics

- Expectations: Analyze how the Cold War and conflicts in Korea and Vietnam influenced domestic and international politics between the end of WWII and 1991

- Why should you care?

  - Shows the limitations of containment

  - Further demonstrates how concerns Americans were with Soviets/communism



1:26-cv-00351 PL1081

## (MORE) IMPACTS OF THE KOREAN WAR

- Shift in **Containment** methods

  - Before – Used **Political Pressure** and **Economic Aid**

  - After – Direct **Military Force**

- Leads to a buildup of **nuclear** weapons

  - AKA – The **Arms Race**

  - As a result, Americans adapt to the **constant threat** of nuclear war

    - https://www.youtube.com/watch?v=LWH4tWkZpPU



1:26-cv-00351 PL1082



1:26-cv-00351 PL1083



1:26-cv-00351 PL1084



1:26-cv-00351 PL1085

# SPUTNIK

- Launched by the **Soviets** on October 4, 1957
  - First **manmade** object to **orbit** Earth
- What did it do?
  - Freaked **Americans** out!
  - Directly led to creation of **NASA**
  - Kicked off the Cold War **Space Race**
  - …but what did it do?
    - https://www.youtube.com/watch?v=xSQpBUkwyPo



1:26-cv-00351 PL1086



THE COLD WAR

Kennedy's Crises

1:26-cv-00351 PL1087

# WHY?

- Content Statement #25: The Cold War and conflicts in Korea and Vietnam influenced domestic and international politics

- Expectations: Analyze how the Cold War and conflicts in Korea and Vietnam influenced domestic and international politics between the end of WWII and 1991

- Why should you care?

  - Shows the limitations of containment

  - Further demonstrates how concerns Americans were with Soviets/communism



1:26-cv-00351 PL1088

# END OF EISENHOWER PRESIDENCY

- Eisenhower Controversies
  - Communist takeover of **Cuba**
  - **U2 crisis**
- Nikita Khrushchev
  - Soviet Premier after Stalin
  - Begins "**de-Stalinization**" and reforms
  - Brutally **suppresses** anti-communist **uprisings** in Eastern Bloc
  - Said he would "**bury**" capitalism and Americans' grandchildren would live under **communism**



1:26-cv-00351 PL1089

# 1960 PRESIDENTIAL ELECTION

- Kennedy (D) vs. Nixon (R)
  - **Cold War** a MAJOR theme
  - Kennedy said:
    - Republicans responsible for **US falling behind** Soviet Union in the Cold War
  - Nixon said:
    - Democrats have no experience **dealing with Soviets** or preserving **peace**



1:26-cv-00351 PL1090



# KENNEDY PRESIDENCY

- "**Flexible Response**" to communism
  - Buildup of **conventional** weapons
  - Buildup of **troops**
  - Expanded **Special Forces**
- Developed the **Peace Corps**
  - Americans providing **humanitarian** aid in less developed countries



1:26-cv-00351 PL1092



THE COLD WAR

Kennedy's Crises

1:26-cv-00351 PL1093

# WHY?

- Content Statement #25: The Cold War and conflicts in Korea and Vietnam influenced domestic and international politics

- Expectations: Analyze how the Cold War and conflicts in Korea and Vietnam influenced domestic and international politics between the end of WWII and 1991

- Why should you care?

  - Shows the limitations of containment

  - Further demonstrates how concerns Americans were with Soviets/communism



1:26-cv-00351 PL1094

# KENNEDY PRESIDENCY

- 3 Major Cold War Crises
  - (1) The Bay of Pigs Invasion
  - (2) Construction of the Berlin Wall
  - (3) The Cuban Missile Crisis



1:26-cv-00351 PL1095

# BAY OF PIGS INVASION

- When Castro takes over, many Cuban exiles **flee for U.S**.

- **Eisenhower** developed – and **Kennedy** continued – plan to **arm** the exiles to **take back** Cuba

- Exiles attack, but most are **killed or captured** within 2 days

- HUGE **failure** and **embarrassment** for Kennedy





1:26-cv-00351 PL1096

# BERLIN WALL

- 1961 – Kennedy and Khrushchev meet
  - Khrushchev demands that West leave **Berlin**
  - Kennedy **refuses**
  - Soviets construct wall around **West Berlin** to keep East Berliners **IN**
    - Many East Berliners would visit West and **not return**
    - Nobody to **work in factories**
- Berlin Wall becomes **visible symbol** of the Cold War



1:26-cv-00351 PL1097

# CUBAN MISSILE CRISIS

- October 1962
  - Soviet **missiles** detected in Cuba
- Kennedy's Response
  - Orders **naval blockade**
  - Demands missile sights be **dismantled**
  - Makes threats warning against **attacking** US
- Soviets **ignore all** and **continue building** missile sights







1:26-cv-00351 PL1098

# CUBAN MISSILE CRISIS

- Ultimately, Kennedy and Khrushchev reach a **deal**
- Soviets agree to **remove** missile sights from Cuba
- US agrees to
  - (1) Remove missile sights from **Turkey** and
  - (2) **Not interfere** with Castro or Cuban communists
- Closest we would come **war** with Soviet Union



1:26-cv-00351 PL1099

# CUBAN MISSILE CRISIS IMPACTS

- Short-Term
  - Forced both US and Soviet Union to consider the consequences of a **nuclear war**
  - August 1963 – Both countries agree to ban **testing** nuclear weapons
- Long-Term
  - Soviet people see Khrushchev as **weak** and **vote him out** of office
  - Revealed to both sides that Soviets not **as militarily advanced** as feared (or hoped)
  - Soviets **increase** production of nuclear weapons and technology over the next two decades



"Only lunatics . . . who themselves want to perish and before they die destroy the world, could do this."
-Nikita Khrushchev



1:26-cv-00351 PL1100



1:26-cv-00351 PL1101



**THE COLD WAR**

Vietnam War & Kent State

1:26-cv-00351 PL1102

# WHY?

- Content Statement #25: The Cold War and conflicts in Korea and Vietnam influenced domestic and international politics

- Expectations: Analyze how the Cold War and conflicts in Korea and Vietnam influenced domestic and international politics between the end of WWII and 1991

- Why should you care?

  - Shows the limitations of containment

  - Further demonstrates how concerned Americans were with Soviets/communism, and how they evolved



1:26-cv-00351 PL1103

# VIETNAM WAR

- After WWII, **French** reassert authority over Vietnam (known as **French Indochina**)

- 1945 – **Ho Chi Minh** declares an independent North Vietnam

  - Models declaration on **American** Declaration of Independence hoping to gain **US** support

- 1946 – Viet Minh begin **guerrilla war** against French

- 1950

  - **Soviet Union** and **China** begin providing military and economic aid to Viet Minh

  - **US** begins to provide aid to French

  - https://www.youtube.com/watch?v=Gk1rRqeTEOY



1:26-cv-00351 PL1104



1:26-cv-00351 PL1105

# VIETNAM WAR

- Impacts
  - Has major impact on U.S. **economy**
    - War cost **$170 billion** (**$1 trillion** today)
    - Less spending on domestic and **anti-poverty** measures
    - Leads to several periods of **inflation**
  - Divides country as **protests** break out
    - **Atrocities** in Vietnam lead people around the world – and within the U.S. – to question if Americans were any better than **communists**
    - **Soldiers** – many of whom were **drafted** – are met with **protests** when they return home



1:26-cv-00351 PL1106

# KENT STATE PROTESTS



- April 30, 1970 (Thursday)
  - President Nixon announces "**Cambodian Incursion**"
- May 1, 1970 (Friday)
  - About **500** students protest on campus, breaking up at 1pm
  - Made plans to **protest** again on Monday
- May 2, 1970 (Saturday)
  - Rumors begin spreading that **radicals** have moved into Kent in order to destroy the area
- May 3, 1970 (Sunday)
  - Ohio **Governor** holds press conference in Kent
  - Described campus protesters as "the **worst type** of people that we harbor in America"
    - Worse than **communists** or **Nazis**
  - Prepared to use **force** to protect Kent State campus

1:26-cv-00351 PL1107

# KENT STATE MASSACRE

- May 4, 1970 (Monday)
  - About **2,000** protesters attend rally
  - Mostly **Kent State students**
- Ohio **National Guard** moves in to break up protests
  - Used **tear gas** – many protesters kicked back
  - **Wind** carried tear gas away from protesters
- National Guard **advanced** on the crowd, causing them to **retreat**
- As retreating, National Guard **opens fire**



1:26-cv-00351 PL1108

# KENT STATE MASSACRE

- 4 students **killed**
- 9 students **injured**
- National Guard said **feared for safety**
  - Closest victim was **71 feet** from National Guard
  - Furthest was **750 feet** away
- Powerful **images** emerge
- Spark outrage and protests at **college campuses** across the country



1:26-cv-00351 PL1109



1:26-cv-00351 PL1110



# THE COLD WAR

## Détente

1:26-cv-00351 PL1111

# WHY?

- Content Statement #26: The collapse of communist governments in Eastern Europe and the USSR brought an end to the Cold War

- Expectations: Explain how US economic and military pressure contributed to the collapse of communist governments in Eastern Europe and the Soviet Union and brought a close to the Cold War

- Why should you care?
  - Shows major shift in Americans' attitudes
  - Shows consequences of getting what you asked for
  - Collapse of the Soviet Union leaves US as the only undisputed super power



1:26-cv-00351 PL1112

# VOCABULARY

- **Détente** – A policy which attempts to relax or ease tensions between nations

- **Perestroika** – Soviet policy of economic and government restructuring instituted in the 1980s ("Restructuring")

- **Glasnost** – A Soviet policy permitting open discussion of political and social issues and freer reporting of news and information ("Openness")

1:26-cv-00351 PL1113

# NIXON PRESIDENCY

- Oversees a period of **détente** with regard to communist countries
- 1972
  - February – Nixon visits **China**
    - First visit by sitting US President in more than **25 years**
    - Re-establishes **diplomatic** relations
  - May – Nixon visits **Moscow**
    - First visit by sitting US President since **WWII**
    - SALT I (Strategic **Arms Limitations** Treaty)
      - Limit number of **nuclear arms** in each country
    - Increase **trade**
    - Share **scientific** information



1:26-cv-00351 PL1114

# 1972 SUMMER OLYMPICS

- Munich, Germany
  - Munich Massacre
  - Olga Korbut
    - **17** year-old Soviet **gymnast**
    - Was referred to as the "Sparrow from Minsk"
    - Her **emotional** display after a **bad routine** captivated the world
      - Unexpected because of the belief that Soviet people were extremely **tough** and **unemotional**
    - The next time she performed, people around the world – including the **US** – were **watching** and **cheering for** her
      - https://www.youtube.com/watch?v=FrDtXx87C38



1:26-cv-00351 PL1115

# FORD PRESIDENCY

- Nixon's Vice President – becomes President after Nixon **resigns**

- **Continues** détente

- 1975 – NATO and Warsaw Pact sign **Helsinki Accords**

  - NATO recognized post-WWII **European** borders

  - Soviet Union agreed to **recognize and allow** its people certain **human rights**

    - Included was the right of people to **move across borders**



1:26-cv-00351 PL1116

# CARTER PRESIDENCY

- 1977 - In inauguration speech, vowed to champion **human rights**
- Later, calls Soviet Union a **violator** of human rights
  - **Violating** the Helsinki Accords
  - Imprisoning those who **protested the government**
- US boycotted the **1980 Olympic Games** in Moscow
- Stopped selling **grain** to the Soviet Union
- Détente **over** and relations between US and Soviet Union grow frosty again



1:26-cv-00351 PL1117

# REAGAN PRESIDENCY

- Elected in 1980 – becomes President in 1981
- Advocates "**Peace through Strength**"
  - Oversees the largest **peacetime military buildup** in US History (**$1.5 trillion**)
  - Calls the Soviet Union an "**Evil Empire**"



1:26-cv-00351 PL1118



THE COLD WAR

The End of the Cold War &
Collapse of the Soviet Union

1:26-cv-00351 PL1119

# WHY?

- Content Statement #26: The collapse of communist governments in Eastern Europe and the USSR brought an end to the Cold War

- Expectations: Explain how US economic and military pressure contributed to the collapse of communist governments in Eastern Europe and the Soviet Union and brought a close to the Cold War

- Why should you care?

  - Shows major shift in Americans' attitudes

  - Shows consequences of getting what you asked for

  - Collapse of the Soviet Union leaves US as the only undisputed super power



1:26-cv-00351 PL1120

# MIKHAIL GORBACHEV



- Becomes Soviet leader in 1985
- Believes the Soviet Union must **change** in order to **survive** into the 21ˢᵗ Century
- Institutes polices of **Perestroika** and **Glasnost**
- Perestroika
  - **Economic** restructuring
  - Allowed for **private ownership** of businesses and **profit making**, on a limited basis
- Glasnost
  - Openness
  - Allowed for **freedom of religion and speech**
  - Enabled political **debate** – and **criticism**

1:26-cv-00351 PL1121

# EASTERN EUROPE

- Glasnost spread to **Eastern Europe** – with Gorbachev's support

- Would no longer use the Soviet military to **suppress** anti-communist protests

- By the end of 1989, communism had been **replaced** in

  - Bulgaria

  - Czechoslovakia

  - Hungary

  - Poland

  - Romania



1:26-cv-00351 PL1122







# NICOLAE CEAUȘESCU



1:26-cv-00351 PL1124

# COLLAPSE OF THE SOVIET UNION

- Gorbachev facing **intense criticism** because of what was happening in Eastern Europe

- August 1991
  - Government and military officials stage a **coup** and arrest Gorbachev
  - Russian President Boris Yeltsin resisted coup
  - 50,000 people surrounded Russian Parliament to protect it

- Coup quickly put down – but all Republics declared their **independence**

- USSR officially dissolved December 25, 1991





1:26-cv-00351 PL1125

# COLLAPSE OF THE SOVIET UNION



- Impacts for the former Soviet Union

  - Each of the Republics become **fully independent** countries

    - Some are now **NATO** members

  - Yeltsin served as Russian president

    - Outlaws **communism** (but was quickly reversed by courts)

    - Continued market and economic **reforms**

  - When he steps down, handpicks his successor

    - Chose a **likeminded liberal** focused on **continuing** the changes he had implemented



1:26-cv-00351 PL1126

# COLLAPSE OF THE SOVIET UNION

- Impacts for the United States

  - US is left as the only undisputed **superpower**

  - Without the Soviet Union to monitor affairs in the **Middle East**, the US becomes more involved

    - Likely more comfortable since no longer have to be concerned with upsetting the Soviets

  - Direct competition between the **US** and **China** increases



"...and then there were three!"



1:26-cv-00351 PL1127

# TEST REVIEW

- Explain how atomic weapons have changed the nature of war, altered the balance of power, and started the nuclear age

- Explain how the Second Red Scare and McCarthyism reflected Cold War fears in American Society

- Explain how political and military pressures contributed to the collapse of communist governments in Eastern Europe and the Soviet Union and brought a close to the Cold War

1:26-cv-00351 PL1128

**FINAL MURAL DESIGN**

1:26-cv-00351 PL1129

5/22/26



# THE CIVIL RIGHTS MOVEMENT

Introduction

1

## WHY?

- Content Statement #27: Following World War II, the United States experienced a struggle for racial and gender equality and the extension of civil rights

- Expectations for Learning: Summarize the struggle for racial and gender equality and explain the extension of civil rights that occurred in the United States in the post-World War II period

- Why should you care?
  - Many of the groups who fought for civil rights then are still fighting for equal rights and treatment
  - Shows how different groups can inspire each other



2

1

1:26-cv-00351 PL1130

5/22/26

## CIVIL RIGHTS FACTS

- Civil Rights
  - Guarantees of equal social opportunities and equal protection under the law, regardless of race, religion, or other personal characteristics
- Civil Rights Movement
  - Nonviolent social movement to end legalized racial segregation, discrimination, and disenfranchisement
- Timeframe – 1954-1968
  - *Brown v. Board of Education* marks the beginning
  - Passage of Fair Housing Act and assassination of Martin Luther King, Jr. marks the end
  - However, fight for equality continues today



## IMPACTED GROUPS

- **African** Americans
- **Native** Americans
- **Asian** Americans
- **Immigrants** (particularly migrant workers)
- **Disabled** Americans
- **Women**
- **LGBTQ+** Community







1:26-cv-00351 PL1131

5/22/26

## ADVOCACY GROUPS

- National Association for the Advancement of Colored People (**NAACP**)
- Southern **Christian Leadership** Conference (SCLC)
- **Student Nonviolent** Coordination Committee (SNCC)
- Congress on **Racial Equality** (CORE)
- United **Farm Workers** of America (UFW)
- National Organization for **Women** (NOW)
- **American Indian** Movement (AIM)





# THE CIVIL RIGHTS MOVEMENT

Introduction

3

1:26-cv-00351 PL1132

5/22/26

## WHY?

- Content Statement #27: Following World War II, the United States experienced a struggle for racial and gender equality and the extension of civil rights

- Expectations for Learning: Summarize the struggle for racial and gender equality and explain the extension of civil rights that occurred in the United States in the post-World War II period

- Why should you care?

  - Many of the groups who fought for civil rights then are still fighting for equal rights and treatment

  - Shows how different groups can inspire each other



## KEY EVENTS

- *Brown v. Board of Education*

  - Overturns *Plessy v. Ferguson* with regard to <u>schools only</u>

  - Leads to fight over <u>school desegregation</u>

- Montgomery Bus Boycott

  - African Americans in Montgomery, AL refused to ride buses bc of <u>segregated seating</u>

- March on Washington

  - Massive 1963 <u>protest</u> in Washington, DC

  - Demanded <u>end</u> to all segregation, <u>fair</u> wages, <u>voting rights</u>, and education





4

1:26-cv-00351 PL1133

5/22/26

## KEY EVENTS



- Freedom Rides
  - **Students** riding buses from north to south
  - Done to challenge facilities that violated *Boynton v. Virginia*, which held segregation in **interstate transportation facilities** was unconstitutional
- Civil Rights Acts
  - 1964 – Outlawed discrimination on the basis of **race, color, religion, sex, or national origin**
  - 1968 – Prohibited discrimination in **housing** on base of race, religion, sex, national origin, **handicap, or family status**
- Voting Rights Act (1965)
  - Outlawed **discriminatory** voting practices aimed at keeping **minorities** from voting





1:26-cv-00351 PL1134

5/22/26



11



12

6

1:26-cv-00351 PL1135

5/22/26



## THE CIVIL RIGHTS MOVEMENT

Expansion of the Civil Rights Movement

# WHY?

- Content Statement #27: Following World War II, the United States experienced a struggle for racial and gender equality and the extension of civil rights

- Expectations for Learning: Summarize the struggle for racial and gender equality and explain the extension of civil rights that occurred in the United States in the post-World War II period

- Why should you care?

  - Many of the groups who fought for civil rights then are still fighting for equal rights and treatment

  - Shows how different groups can inspire each other



7

1:26-cv-00351 PL1136

5/22/26

## IMPACTED GROUPS

- African Americans
- Native Americans
- Asian Americans
- Immigrants (particularly migrant workers)
- Disabled Americans
- Women
- LGBTQ+ Community







## AMERICAN INDIAN MOVEMENT (AIM)

- Termination Act (1953)
  - Passed in order to
    - (1) **disband** all Native nations
    - (2) **Relocate** Native Americans **OFF** of reservations, and
    - (3) Allow the federal government to **sell** the land
- AIM formed in 1968
  - 1969 – **Occupy Alcatraz** Island for 19 months
  - 1971 – Trail of **Broken Treaties**
  - 1973 – **Wounded Knee** takeover
    - Lasts 70 days, ends **violently**



8

1:26-cv-00351 PL1137

5/22/26

## IMMIGRATION REFORMS

- Impact multiple groups, particularly **Asian** and **Hispanic** Americans
- Immigration Act of 1965
  - Ended the **National Origins Act** (1924)
    - **Restrictive** immigration law meant to promote immigration from **Western Europe** and limit it from elsewhere
  - Increases immigration from **everywhere**
  - Biggest increases are from **Latin America and Asia**



17



18

1:26-cv-00351 PL1138

5/22/26

## UNITED FARM WORKERS OF AMERICA (UFW)

- Organized by César Chávez to fight **exploitation** of migrant farm workers
  - No **job security**
  - No **bathrooms** in the fields
  - One **cup of water** for all to share
  - Charged for **water** and **living quarters**
- Organized **boycotts** and worker **strikes**
  - 1965 – organized strike of California **grape pickers** while **17** million Americans participated in a grape **boycott**
  - This led to a **wage increase** for the grape pickers



## LGBTQA+ LIBERATION

- Gay and transgender people have existed **throughout** history
  - Estimated that **5-10%** of the U.S. population is gay
- Treatment in cultures over time has **varied** a great deal
  - Some Native Tribes revere transgender people as **spiritual leaders**
  - Other Native Tribes **marginalized** them
  - Homosexuality continues to be **criminal** and punishable by **death** some countries
- In Western cultures, they have typically been **marginalized** to **varying** degrees over time
  - LGBTQA+ individuals were part of the **Holocaust** in Nazi Germany and were often **sterilized**



10

1:26-cv-00351 PL1139

5/22/26

## LGBTQA+ LIBERATION



- Stonewall Riots (or uprising) (New York City - 1969)
  - The Stonewall Inn was a known gay **club**; was also welcoming to **transgender** people
  - At this time, homosexuality **illegal** in NY and the state could **close** a business if it was serving alcohol to a **known** member of the LGBTQA+ community
  - Local police would **raid** gay clubs and **arrest** anybody who would not pay bribes
- On June 28, 1969, police raid the Stonewall Inn
  - That night, the crowd **resisted and fought back**
  - Over the next **5 days**, LGBTQA+ **individuals and supporters** protested their **treatment** and the unfair laws
  - This ultimately leads to the **Gay Liberation** movement

## WOMEN'S LIBERATION



- Women made an increased push for **equal rights** during this time
- 1965 – Supreme Court rules in *Griswold v. Connecticut* that state laws against **birth control** are unconstitutional
- 1966 – **NOW** formed
- 1972 – **Title IX** passed
  - Gives women equal rights in **education** and **athletics**
- 1978 – Pregnancy Discrimination Act makes it illegal for **employers** to make hiring decisions based on **family planning**
- 1982 – **Equal Rights Amendment** fails to be ratified by the required number of states



11

1:26-cv-00351 PL1140