Exhibit T



**CollegeBoard** **AP**

**INCLUDES**
- ✓ Course framework
- ✓ Instructional section
- ✓ Sample exam questions

# AP® European History

## COURSE AND EXAM DESCRIPTION

Effective **Fall 2023**

1:26-cv-00351 PL0223

**This course and exam description, designed with extensive feedback from teachers, features the following AP European History resources.**

- It details the required **AP European History course content** clearly and succinctly.
- It offers optional **pacing information and teaching resources** that AP European History teachers can adapt or modify rather than having to build from scratch.
- It includes an **exam information** section with details about the structure of the AP European History Exam along with a collection of sample AP questions.
- It provides a variety of **instructional approaches** with a range of useful teaching strategies that teachers may draw upon throughout the year.

 Teachers can visit **AP Classroom** to access additional resources including Personal Progress Checks for each unit and the progress dashboard, which lets them easily see how students are performing and which areas they need to focus on.

1:26-cv-00351 PL0224



# AP® European History

## COURSE AND EXAM DESCRIPTION

Effective
**Fall 2023**

**AP COURSE AND EXAM DESCRIPTIONS ARE UPDATED PERIODICALLY**

Please visit AP Central (apcentral.collegeboard.org) to determine whether a more recent course and exam description is available.

1:26-cv-00351 PL0225

# What AP® Stands For

Thousands of Advanced Placement teachers have contributed to the principles articulated here. These principles are not new; they are, rather, a reminder of how AP already works in classrooms nationwide. The following principles are designed to ensure that teachers' expertise is respected, required course content is understood, and that students are academically challenged and free to make up their own minds.

1. AP stands for clarity and transparency. Teachers and students deserve clear expectations. The Advanced Placement Program makes public its course frameworks and sample assessments. Confusion about what is permitted in the classroom disrupts teachers and students as they navigate demanding work.

2. AP is an unflinching encounter with evidence. AP courses enable students to develop as independent thinkers and to draw their own conclusions. Evidence and the scientific method are the starting place for conversations in AP courses.

3. AP opposes censorship. AP is animated by a deep respect for the intellectual freedom of teachers and students alike. If a school bans required topics from their AP courses, the AP Program removes the AP designation from that course and its inclusion in the AP Course Ledger provided to colleges and universities. For example, the concepts of evolution are at the heart of college biology, and a course that neglects such concepts does not pass muster as AP Biology.

4. AP opposes indoctrination. AP students are expected to analyze different perspectives from their own, and no points on an AP Exam are awarded for agreement with a specific viewpoint. AP students are not required to feel certain ways about themselves or the course content. AP courses instead develop students' abilities to assess the credibility of sources, draw conclusions, and make up their own minds.

   As the AP English Literature course description states: "AP students are not expected or asked to subscribe to any one specific set of cultural or political values, but are expected to have the maturity to analyze perspectives different from their own and to question the meaning, purpose, or effect of such content within the literary work as a whole."

5. AP courses foster an open-minded approach to the histories and cultures of different peoples. The study of different nationalities, cultures, religions, races, and ethnicities is essential within a variety of academic disciplines. AP courses ground such studies in primary sources so that students can evaluate experiences and evidence for themselves.

6. Every AP student who engages with evidence is listened to and respected. Students are encouraged to evaluate arguments but not one another. AP classrooms respect diversity in backgrounds, experiences, and viewpoints. The perspectives and contributions of the full range of AP students are sought and considered. Respectful debate of ideas is cultivated and protected; personal attacks have no place in AP.

7. AP is a choice for parents and students. Parents and students freely choose to enroll in AP courses. Course descriptions are available online for parents and students to inform their choice. Parents do not define which college-level topics are suitable within AP courses; AP course and exam materials are crafted by committees of professors and other expert educators in each field. AP courses and exams are then further validated by the American Council on Education and studies that confirm the use of AP scores for college credits by thousands of colleges and universities nationwide.

The AP Program encourages educators to review these principles with parents and students so they know what to expect in an AP course. Advanced Placement is always a choice, and it should be an informed one. AP teachers should be given the confidence and clarity that once parents have enrolled their child in an AP course, they have agreed to a classroom experience that embodies these principles.

© 2023 The Advanced Placement Program, AP, AP Central, and the acorn logo are registered trademarks of the College Board. All other products and services may be trademarks of their respective owners. Visit College Board on the web: **collegeboard.org**.

1:26-cv-00351 PL0226

# Contents

v   **Acknowledgments**

1   **About AP**

4   **AP Resources and Supports**

6   **Instructional Model**

7   **About the AP European History Course**

7   College Course Equivalent

7   Prerequisites

## COURSE FRAMEWORK

11   **Introduction**

13   **Course Framework Components**

15   Historical Thinking Skills and Reasoning Processes

19   Course Content

24   **Course at a Glance**

29   **Unit Guides**

31   Using the Unit Guides

33   UNIT 1: Renaissance and Exploration

57   UNIT 2: Age of Reformation

73   UNIT 3: Absolutism and Constitutionalism

91   UNIT 4: Scientific, Philosophical, and Political Developments

107   UNIT 5: Conflict, Crisis, and Reaction in the Late 18th Century

125   UNIT 6: Industrialization and Its Effects

145   UNIT 7: 19th-Century Perspectives and Political Developments

165   UNIT 8: 20th-Century Global Conflicts

187   UNIT 9: Cold War and Contemporary Europe

## INSTRUCTIONAL APPROACHES

215   **Selecting and Using Course Materials**

216   **Instructional Strategies**

220   **Developing Historical Thinking Skills**

231   **Developing the Reasoning Processes**

## EXAM INFORMATION

235   **Exam Overview**

241   **Sample Exam Questions**

256   **AP History Rubrics**

1:26-cv-00351 PL0227

## SCORING GUIDELINES

261 **Part B: Short-Answer Question with Primary Source**

262 **General Scoring Notes**

264 **Document-Based Question**

268 **General Scoring Notes**

269 **Scoring Guidelines for Document-Based Question**

276 **Document Summaries**

277 **Long Essay Question**

278 **General Scoring Notes**

279 **Scoring Guidelines for Long Essay Question**

## APPENDIX

287 **Appendix: AP European History Concept Outline**

1:26-cv-00351 PL0228

# **Acknowledgments**

---

College Board would like to acknowledge the following committee members, consultants, and reviewers for their assistance with and commitment to the development of this course. All individuals and their affiliations were current at the time of contribution.

**William Alexander,** *Norfolk State University, Norfolk, VA*

**Stanley Chodorow,** *University of California, San Diego, San Diego, CA*

**Paul Deslandes,** *University of Vermont, Burlington, VT*

**Jennifer L. Foray,** *Purdue University, West Lafayette, IN*

**Christopher Freiler,** *Hinsdale Central High School, Hinsdale, IL*

**Michael Galgano,** *James Madison University, Harrisonburg, VA*

**Diego Gonzalez,** *Benjamin Franklin High School, New Orleans, LA*

**Jeff Hamilton,** *Baylor University, Waco, TX*

**Oliver Holmes,** *Wesleyan University, Middletown, CT*

**Kim Jago,** *Tampa Preparatory School, Tampa, FL*

**Lloyd Kramer,** *University of North Carolina at Chapel Hill, Chapel Hill, NC*

**Carolyn Lougee,** *Stanford University, Stanford, CA*

**Patricia McGloine,** *Princess Anne High School, Virginia Beach, VA*

**Gordon Mork,** *Purdue University, West Lafayette, IN*

**Patricia Nardi,** *George W. Hewlett High School, Hewlett, NY*

**Wendy Owen-Bumsted,** *Formerly at St. John's-Ravenscourt School, Winnipeg, MB, Canada*

**Karen Phillips,** *Pope John Paul II High School, Hendersonville, TN*

**Carol Pixton,** *Polytechnic School, Pasadena, CA*

**Kelly Saenz,** *Westwood High School, Austin, TX*

**John Sauerman,** *The Lawrenceville School, Lawrenceville, NJ*

**Bonnie Smith,** *Rutgers University, New Brunswick, NJ*

**Emily Tai,** *Queensborough Community College, Bayside, NY*

**Victoria Thompson,** *Arizona State University, Tempe, AZ*

**Natasha Vasavada,** *Formerly at Livingston High School, Livingston, NJ*

## College Board Staff

**Daniel McDonough,** *Senior Director, AP Content Integration*

**Jeremy Neill,** *Director, AP European History Curriculum and Assessment*

**Kelly Stromberg,** *Senior Director, AP European History Content Development*

**Allison Thurber,** *Executive Director, Curriculum and Assessment*

**SPECIAL THANKS** *Christopher Budano and John R. Williamson*

1:26-cv-00351 PL0229

THIS PAGE IS INTENTIONALLY LEFT BLANK.

1:26-cv-00351 PL0230

# About AP

College Board's Advanced Placement® Program (AP®) enables willing and academically prepared students to pursue college-level studies—with the opportunity to earn college credit, advanced placement, or both—while still in high school. Through AP courses in 38 subjects, each culminating in a challenging exam, students learn to think critically, construct solid arguments, and see many sides of an issue—skills that prepare them for college and beyond. Taking AP courses demonstrates to college admission officers that students have sought the most challenging curriculum available to them, and research indicates that students who score a 3 or higher on an AP Exam typically experience greater academic success in college and are more likely to earn a college degree than non-AP students. Each AP teacher's syllabus is evaluated and approved by faculty from some of the nation's leading colleges and universities, and AP Exams are developed and scored by college faculty and experienced AP teachers. Most four-year colleges and universities in the United States grant credit, advanced placement, or both on the basis of successful AP Exam scores; more than 3,300 institutions worldwide annually receive AP scores.

## AP Course Development

In an ongoing effort to maintain alignment with best practices in college-level learning, AP courses and exams emphasize challenging, research-based curricula aligned with higher education expectations.

Individual teachers are responsible for designing their own curriculum for AP courses, selecting appropriate college-level readings, assignments, and resources. This course and exam description presents the content and skills that are the focus of the corresponding college course and that appear on the AP Exam. It also organizes the content and skills into a series of units that represent a sequence found in widely adopted college textbooks and that many AP teachers have told us they follow in order to focus their instruction. The intention of this publication is to respect teachers' time and expertise by providing a roadmap that they can modify and adapt to their local priorities and preferences. Moreover, by organizing the AP course content and skills into units, the AP Program is able to provide teachers and students with free formative assessments—Personal Progress Checks—that teachers can assign throughout the year to measure student progress as they acquire content knowledge and develop skills.

## Enrolling Students: Access, Opportunity, and Readiness

The AP Program welcomes all students willing to challenge themselves with college-level coursework and career preparation. We strongly encourage educators to invite students into AP classes, including students from ethnic, racial, socioeconomic, geographic, or other groups not broadly participating in a school's AP program. We believe that readiness for AP is attainable, and that educators can expand readiness by opening access to Pre-AP course work. We commit to support educators and communities in their efforts to make AP courses widely available, advancing students in their plans for college and careers.

## Offering AP Courses: The AP Course Audit

The AP Program unequivocally supports the principle that each school implements its own curriculum that will enable students to develop the content understandings and skills described in the course framework.

While the unit sequence represented in this publication is optional, the AP Program does have a short list of curricular and resource requirements that must be fulfilled before a school can label a course "Advanced Placement" or "AP." Schools wishing to offer AP courses must participate in the AP Course Audit, a process through which AP teachers' course materials are reviewed by college faculty. The AP Course Audit was created to provide teachers and administrators with clear guidelines on curricular and resource requirements for AP courses and to help colleges and universities validate courses marked "AP" on students' transcripts. This process ensures that AP teachers' courses meet or exceed the curricular and resource expectations that college and secondary school faculty have established for college-level courses.

© 2020 College Board

1:26-cv-00351 PL0231

The AP Course Audit form is submitted by the AP teacher and the school principal (or designated administrator) to confirm awareness and understanding of the curricular and resource requirements. A syllabus or course outline, detailing how course requirements are met, is submitted by the AP teacher for review by college faculty.

Please visit the **AP Course Audit** website for more information to support the preparation and submission of materials for the AP Course Audit.

## How the AP Program Is Developed

The scope of content for an AP course and exam is derived from an analysis of hundreds of syllabi and course offerings of colleges and universities. Using this research and data, a committee of college faculty and expert AP teachers work within the scope of the corresponding college course to articulate what students should know and be able to do upon the completion of the AP course. The resulting course framework is the heart of this course and exam description and serves as a blueprint of the content and skills that can appear on an AP Exam.

The AP Test Development Committees are responsible for developing each AP Exam, ensuring the exam questions are aligned to the course framework. The AP Exam development process is a multiyear endeavor; all AP Exams undergo extensive review, revision, piloting, and analysis to ensure that questions are accurate, fair, and valid, and that there is an appropriate spread of difficulty across the questions.

Committee members are selected to represent a variety of perspectives and institutions (public and private, small and large schools and colleges), and a range of gender, racial/ethnic, and regional groups. A list of each subject's current AP Test Development Committee members is available on **AP Central®**.

Throughout AP course and exam development, College Board gathers feedback from various stakeholders in both secondary schools and higher education institutions. This feedback is carefully considered to ensure that AP courses and exams are able to provide students with a college-level learning experience and the opportunity to demonstrate their qualifications for advanced placement or college credit.

## How AP Exams Are Scored

The exam scoring process, like the course and exam development process, relies on the expertise of both AP teachers and college faculty. While multiple-choice questions are scored by machine, the free-response questions and through-course performance assessments, as applicable, are scored by thousands of college faculty and expert AP teachers. Most are scored at the annual AP Reading, while a small portion is scored online. All AP Readers are thoroughly trained, and their work is monitored throughout the Reading for fairness and consistency. In each subject, a highly respected college faculty member serves as Chief Faculty Consultant and, with the help of AP Readers in leadership positions, maintains the accuracy of the scoring standards. Scores on the free-response questions and performance assessments are weighted and combined with the results of the computer-scored multiple-choice questions, and this raw score is converted into a composite AP score on a 1–5 scale.

AP Exams are **not** norm-referenced or graded on a curve. Instead, they are criterion-referenced, which means that every student who meets the criteria for an AP score of 2, 3, 4, or 5 will receive that score, no matter how many students that is. The criteria for the number of points students must earn on the AP Exam to receive scores of 3, 4, or 5—the scores that research consistently validates for credit and placement purposes—include:

- The number of points successful college students earn when their professors administer AP Exam questions to them.
- The number of points researchers have found to be predictive that an AP student will succeed when placed into a subsequent, higher-level college course.
- Achievement-level descriptions formulated by college faculty who review each AP Exam question.

## Using and Interpreting AP Scores

The extensive work done by college faculty and AP teachers in the development of the course and exam and throughout the scoring process ensures that AP Exam scores accurately represent students' achievement in the equivalent college course. Frequent and regular research studies establish the validity of AP scores as follows:

| AP Score | Credit Recommendation | College Grade Equivalent |
|:---:|---|:---:|
| 5 | Extremely well qualified | A |
| 4 | Well qualified | A-, B+, B |
| 3 | Qualified | B-, C+, C |
| 2 | Possibly qualified | n/a |
| 1 | No recommendation | n/a |

1:26-cv-00351 PL0232

While colleges and universities are responsible for setting their own credit and placement policies, most private colleges and universities award credit and/or advanced placement for AP scores of 3 or higher. Additionally, most states in the U.S. have adopted statewide credit policies that ensure college credit for scores of 3 or higher at public colleges and universities. To confirm a specific college's AP credit/placement policy, use the search engine available on the **AP Credit Policy Search** page.

## BECOMING AN AP READER

Each June, thousands of AP teachers and college faculty members from around the world gather for seven days in multiple locations to evaluate and score the free-response sections of the AP Exams. Ninety-eight percent of surveyed educators who took part in the AP Reading say it was a positive experience.

There are many reasons to consider becoming an AP Reader, including opportunities to:

- **Bring positive changes to the classroom:** Surveys show that the vast majority of returning AP Readers—both high school and college educators—make improvements to the way they teach or score because of their experience at the AP Reading.

- **Gain in-depth understanding of AP Exam and AP scoring standards:** AP Readers gain exposure to the quality and depth of the responses from the entire pool of AP Exam takers, and thus are better able to assess their students' work in the classroom.

- **Receive compensation:** AP Readers are compensated for their work during the Reading. Expenses, lodging, and meals are covered for Readers who travel.

- **Score from home:** AP Readers have online distributed scoring opportunities for certain subjects. Check the **AP Reader** site for details.

- **Earn Continuing Education Units (CEUs):** AP Readers earn professional development hours and CEUs that can be applied to PD requirements by states, districts, and schools.

### How to Apply

Visit the **Become an AP Reader** site for eligibility requirements and to start the application process.

© 2020 College Board

1:26-cv-00351 PL0233

# AP Resources and Supports

By completing a simple activation process at the start of the school year, teachers and students receive access to a robust set of classroom resources.

## AP Classroom

**AP Classroom** is a dedicated online platform designed to support teachers and students throughout their AP experience. The platform provides a variety of powerful resources and tools to provide yearlong support to teachers and enable students to receive meaningful feedback on their progress.



### UNIT GUIDES

Appearing in this publication and on AP Classroom, these planning guides outline all required course content and skills, organized into commonly taught units. Each unit guide suggests a sequence and pacing of content, scaffolds skill instruction across units, and organizes content into topics.



### PERSONAL PROGRESS CHECKS

Formative AP questions for every unit provide feedback to students on the areas where they need to focus. Available online, Personal Progress Checks measure knowledge and skills through multiple-choice questions with rationales to explain correct and incorrect answers, and free-response questions with scoring information. Because the Personal Progress Checks are formative, the results of these assessments cannot be used to evaluate teacher effectiveness or assign letter grades to students, and any such misuses are grounds for losing school authorization to offer AP courses.*



### PROGRESS DASHBOARD

This dashboard allows teachers to review class and individual student progress throughout the year. Teachers can view class trends and see where students struggle with content and skills that will be assessed on the AP Exam. Students can view their own progress over time to improve their performance before the AP Exam.



### AP QUESTION BANK

This online library of real AP Exam questions provides teachers with secure questions to use in their classrooms. Teachers can find questions indexed by course topics and skills, create customized tests, and assign them online or on paper. These tests enable students to practice and get feedback on each question.

*To report misuses, please call, 877-274-6474 (International: +1-212-632-1781).

1:26-cv-00351 PL0234

# Digital Activation

In order to teach an AP class and make sure students are registered to take the AP Exam, teachers must first complete the digital activation process. Digital activation gives students and teachers access to resources and gathers students' exam registration information online, eliminating most of the answer sheet bubbling that has added to testing time and fatigue.

AP teachers and students begin by signing in to **My AP** and completing a simple activation process at the start of the school year, which provides access to all AP resources, including AP Classroom.

To complete digital activation:

- Teachers and students sign in to or create their College Board accounts.
- Teachers confirm that they have added the course they teach to their AP Course Audit account and have had it approved by their school's administrator.
- Teachers or AP Coordinators, depending on who the school has decided is responsible, set up class sections so students can access AP resources and have exams ordered on their behalf.
- Students join class sections with a join code provided by their teacher or AP Coordinator.
- Students will be asked for additional registration information upon joining their first class section, which eliminates the need for extensive answer sheet bubbling on exam day.

While the digital activation process takes a short time for teachers, students, and AP Coordinators to complete, overall it helps save time and provides the following additional benefits:

- **Access to AP resources and supports:** Teachers have access to resources specifically designed to support instruction and provide feedback to students throughout the school year as soon as activation is complete.
- **Streamlined exam ordering:** AP Coordinators can create exam orders from the same online class rosters that enable students to access resources. The coordinator reviews, updates, and submits this information as the school's exam order in the fall.
- **Student registration labels:** For each student included in an exam order, schools will receive a set of personalized AP ID registration labels, which replaces the AP student pack. The AP ID connects a student's exam materials with the registration information they provided during digital activation, eliminating the need for pre-administration sessions and reducing time spent bubbling on exam day.
- **Targeted Instructional Planning Reports:** AP teachers will get Instructional Planning Reports (IPRs) that include data on each of their class sections automatically rather than relying on special codes optionally bubbled in on exam day.

© 2020 College Board

1:26-cv-00351 PL0235

# Instructional Model

Integrating AP resources throughout the course can help students develop the historical thinking skills and conceptual understandings. The instructional model outlined below shows possible ways to incorporate AP resources into the classroom.



## Plan

Teachers may consider the following approaches as they plan their instruction before teaching each unit.

- Use the **Unit at a Glance** table to identify related topics that build toward a common understanding, and then plan appropriate pacing for students.
- Identify useful strategies in the **Instructional Approaches** section to help teach the concepts and skills.



## Teach

When teaching, supporting resources could be used to build students' conceptual understanding and their mastery of skills.

- Use the topic pages in the **unit guides** to identify the required content.
- Integrate the content with a skill, considering any appropriate scaffolding.
- Employ any of the instructional strategies previously identified.
- Use the available resources on the topic pages to bring a variety of assets into the classroom.



## Assess

Teachers can measure student understanding of the content and skills covered in the unit and provide actionable feedback to students.

- At the end of each unit, use **AP Classroom** to assign students the online **Personal Progress Checks**, as homework or as an in-class task.
- Provide question-level feedback to students through answer rationales; provide unit- and skill-level feedback using the progress dashboard.
- Create additional practice opportunities using the **AP Question Bank** and assign them through **AP Classroom**.

1:26-cv-00351 PL0236

# About the AP European History Course

In AP European History, students investigate significant events, individuals, developments, and processes from approximately 1450 to the present. Students develop and use the same skills, practices, and methods employed by historians: analyzing primary and secondary sources; developing historical arguments; making historical connections; and utilizing reasoning about comparison, causation, and continuity and change over time. The course also provides seven themes that students explore throughout the course in order to make connections among historical developments in different times and places: interaction of Europe and the world, economic and commercial development, cultural and intellectual development, states and other institutions of power, social organization and development, national and European identity, and technological and scientific innovations.

## College Course Equivalent

AP European History is designed to be the equivalent of an introductory college or university survey of modern European history.

## Prerequisites

There are no prerequisites for AP European History. Students should be able to read a college-level textbook and write grammatically correct, complete sentences.

1:26-cv-00351 PL0237

THIS PAGE IS INTENTIONALLY LEFT BLANK.

1:26-cv-00351 PL0238

Case: 1:26-cv-00351-MWM Doc #: 29-26 Filed: 07/01/26 Page: 17 of 296  PAGEID #: 1878

AP EUROPEAN HISTORY

# Course
# Framework

1:26-cv-00351 PL0239



1:26-cv-00351 PL0240

# Introduction

*The AP European History course outlined in this framework reflects a commitment to what history teachers, professors, and researchers have identified as the main goal of a college-level modern European history survey course: learning to analyze and interpret historical evidence to achieve understanding of major developments in European history.*

The *AP European History Course and Exam Description* defines what representative colleges and universities have said students should know and be able to do in order to earn college credit or placement. Students practice the thinking skills used by historians by studying primary and secondary source evidence, analyzing a wide array of historical evidence and perspectives, and expressing historical arguments in writing.

Although the course framework is designed to provide a clear and detailed description of the course content and skills, it is not a complete curriculum. Teachers create their own local curriculum to meet the needs of their students and any state or local requirements.

1:26-cv-00351 PL0241

THIS PAGE IS INTENTIONALLY LEFT BLANK.

1:26-cv-00351 PL0242

# Course Framework Components

## Overview

This course framework provides a description of what students should know and be able to do to qualify for college credit or placement.

### The course framework includes two essential components:

**1 HISTORICAL THINKING SKILLS AND REASONING PROCESSES**

The historical thinking skills and reasoning processes are central to the study and practice of European history. Students should practice and develop these skills and processes on a regular basis over the span of the course.

**2 COURSE CONTENT**

The course content is organized into commonly taught units of study that provide a suggested sequence for the course. These units comprise the content and conceptual understandings that colleges and universities typically expect students to master to qualify for college credit and/or placement. This content is grounded in themes, which are cross-cutting concepts that build conceptual understanding and spiral throughout the course.

1:26-cv-00351 PL0243

THIS PAGE IS INTENTIONALLY LEFT BLANK.

1:26-cv-00351 PL0244



**AP EUROPEAN HISTORY**

# Historical Thinking Skills and Reasoning Processes

This section presents the historical thinking skills and reasoning processes that students should develop during the AP history courses and that form the basis of the tasks on the AP history exams.

## Historical Thinking Skills

The AP historical thinking skills describe what students should be able to do while exploring course concepts. The table that follows presents these skills, which students should develop during the AP European History course.

The unit guides later in this publication embed and spiral these skills throughout the course, providing teachers with one way to integrate the skills in the course content with sufficient repetition to prepare students to transfer those skills when taking the AP Exam.

More detailed information about teaching the historical thinking skills can be found in the Instructional Approaches section of this publication.

© 2020 College Board

1:26-cv-00351 PL0245

1:26-cv-00351 PL0246



# AP Historical Thinking Skills

| Skill 1 | Skill 2 | Skill 3 | Skill 4 | Skill 5 | Skill 6 |
|---|---|---|---|---|---|
| **Developments and Processes** 1 | **Sourcing and Situation** 2 | **Claims and Evidence in Sources** 3 | **Contextualization** 4 | **Making Connections** 5 | **Argumentation** 6 |
| Identify and explain historical developments and processes | Analyze sourcing and situation of primary and secondary sources. | Analyze arguments in primary and secondary sources. | Analyze the context of historical events, developments, or processes. | Using historical reasoning processes (comparison, causation, continuity and change) analyze patterns and connections between and among historical developments and processes. | Develop an argument. |

## SKILLS

| Skill 1 | Skill 2 | Skill 3 | Skill 4 | Skill 5 | Skill 6 |
|---|---|---|---|---|---|
| **1.A** Identify a historical concept, development, or process.<br><br>**1.B** Explain a historical concept, development, or process. | **2.A** Identify a source's point of view, purpose, historical situation, and/or audience.<br><br>**2.B** Explain the point of view, purpose, historical situation, and/or audience of a source.<br><br>**2.C** Explain the significance of a source's point of view, purpose, historical situation, and/or audience, including how these might limit the use(s) of a source. | **3.A** Identify and describe a claim and/or argument in a text-based or non-text-based source.<br><br>**3.B** Identify the evidence used in a source to support an argument.<br><br>**3.C** Compare the arguments or main ideas of two sources.<br><br>**3.D** Explain how claims or evidence support, modify, or refute a source's argument. | **4.A** Identify and describe a historical context for a specific historical development or process.<br><br>**4.B** Explain how a specific historical development or process is situated within a broader historical context. | **5.A** Identify patterns among or connections between historical developments and processes.<br><br>**5.B** Explain how a historical development or process relates to another historical development or process. | **6.A** Make a historically defensible claim.<br><br>**6.B** Support an argument using specific and relevant evidence.<br>• Describe specific examples of historically relevant evidence.<br>• Explain how specific examples of historically relevant evidence support an argument.<br><br>**6.C** Use historical reasoning to explain relationships among pieces of historical evidence.<br><br>**6.D** Corroborate, qualify, or modify an argument using diverse and alternative evidence in order to develop a complex argument. This argument might:<br>• Explain nuance of an issue by analyzing multiple variables.<br>• Explain relevant and insightful connections within and across periods.<br>• Explain the relative historical significance of a source's credibility and limitations.<br>• Explain how or why a historical claim or argument is or is not effective. |



**AP HISTORY**

# Reasoning Processes

Reasoning processes describe the cognitive operations that students will be required to apply when engaging with the historical thinking skills on the AP Exam. The reasoning processes ultimately represent the way practitioners think in the discipline. Specific aspects of the cognitive process are defined under each reasoning process.

| Reasoning Process 1 | Reasoning Process 2 | Reasoning Process 3 |
|---|---|---|
| *Comparison* | *Causation* | *Continuity and Change* |
| ▪ 1.i: Describe similarities and/or differences between different historical developments or processes. <br> ▪ 1.ii: Explain relevant similarities and/or differences between specific historical developments and processes. <br> ▪ 1.iii: Explain the relative historical significance of similarities and/or differences between different historical developments or processes. | ▪ 2.i: Describe causes and/or effects of a specific historical development or process. <br> ▪ 2.ii: Explain the relationship between causes and effects of a specific historical development or process. <br> ▪ 2.iii: Explain the difference between primary and secondary causes and between short- and long-term effects. <br> ▪ 2.iv: Explain how a relevant context influenced a specific historical development or process. <br> ▪ 2.v: Explain the relative historical significance of different causes and/or effects. | ▪ 3.i: Describe patterns of continuity and/or change over time. <br> ▪ 3.ii: Explain patterns of continuity and/or change over time. <br> ▪ 3.iii: Explain the relative historical significance of specific historical developments in relation to a larger pattern of continuity and/or change. |

© 2020 College Board

1:26-cv-00351 PL0247

1:26-cv-00351 PL0248

THIS PAGE IS INTENTIONALLY LEFT BLANK.

1:26-cv-00351 PL0248



## AP EUROPEAN HISTORY

# Course Content

Influenced by the Understanding by Design® (Wiggins and McTighe) model, this course framework provides a description of the course requirements necessary for student success.

The course content is organized into commonly taught units. The units have been arranged in a logical sequence frequently found in many college courses and textbooks.

The nine units in AP European History, and their approximate weighting on the AP Exam, are listed on the following page.

Pacing recommendations at the unit level and in the Course at a Glance provide suggestions for how to teach the required course content and administer the Personal Progress Checks. The suggested class periods are based on a schedule in which the class meets five days a week for 45 minutes each day. While these recommendations have been made to aid planning, teachers should of course adjust the pacing based on the needs of their students, alternate schedules (e.g., block scheduling), or their school's academic calendar.

### TEACHING EARLIER PERIODS

AP European History focuses on topics in modern European history from the mid-15th century through the 21st century, and the AP European History Exam assesses understanding of only those topics. However, to gain a deeper appreciation of the themes and patterns in European history, many teachers find it useful to introduce the course with elements of earlier periods, such as ancient, classical, or medieval history. Information on Greek and Roman attitudes, for example, would help students understand the significance of how Renaissance artists and scholars made use of ancient thought in their work. Similarly, a discussion of Catholic theology from Augustine through the late middle ages would help students appreciate the impact of such thought on later European intellectual, cultural, social, and political beliefs as well as religious conflicts during the Reformation and the wars of religion. Exposure to primary and secondary sources in these periods would also give students more practice with the skill of analyzing historical evidence. Using earlier periods to establish the thematic foundations of the course can help students deepen their understanding of modern Europe's history.

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0249

**TOPICS**

Each unit is broken down into teachable segments called topics. The topic pages (starting on p. 38) contain all required content for each topic. Although most topics can be taught in one or two class periods, teachers are again encouraged to pace the course to suit the needs of their students and school.

In order for students to develop an understanding of these topics, teachers select specific historical figures, groups, and events—and the primary and secondary source documents through which they can be examined—that enable students to investigate them. In this way, AP teachers create their own local curricula for AP European History.

| Units | Chronological Period* | Exam Weighting |
|---|---|---|
| **Unit 1:** Renaissance and Exploration | c. 1450 – c. 1648 | **10–15%** |
| **Unit 2:** Age of Reformation | | **10–15%** |
| **Unit 3:** Absolutism and Constitutionalism | c. 1648 – c.1815 | **10–15%** |
| **Unit 4:** Scientific, Philosophical, and Political Developments | | **10–15%** |
| **Unit 5:** Conflict, Crisis, and Reaction in the Late 18th Century | | **10–15%** |
| **Unit 6:** Industrialization and Its Effects | c. 1815 – c. 1914 | **10–15%** |
| **Unit 7:** 19th-Century Perspectives and Political Developments | | **10–15%** |
| **Unit 8:** 20th-Century Global Conflicts | c. 1914 – present | **10–15%** |
| **Unit 9:** Cold War and Contemporary Europe | | **10–15%** |

*Events, processes, and developments are not constrained by the given dates and may begin before, or continue after, the approximate dates assigned to each unit and/or topic.

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0250

## Themes

The themes serve as the connective tissue of the course and enable students to create meaningful connections across units. They are often broader ideas that become threads that run throughout the course. Revisiting the themes and applying them in a variety of contexts helps students to develop deeper conceptual understanding. Below are the themes of the course and a brief description of each.

### THEME 1: INTERACTION OF EUROPE AND THE WORLD (INT)

Motivated by a variety of factors, Europe's interaction with the world led to political, economic, social, and cultural exchanges that influenced both European and non-European societies.

### THEME 2: ECONOMIC AND COMMERCIAL DEVELOPMENTS (ECD)

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

### THEME 3: CULTURAL AND INTELLECTUAL DEVELOPMENTS (CID)

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

### THEME 4: STATES AND OTHER INSTITUTIONS OF POWER (SOP)

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### THEME 5: SOCIAL ORGANIZATION AND DEVELOPMENT (SCD)

Economic, political, and cultural factors have influenced the form and status of family, class, and social groups in European history, affecting both the individual and society.

### THEME 6: NATIONAL AND EUROPEAN IDENTITY (NEI)

Definitions and perceptions of regional, cultural, national, and European identity have developed and been challenged over time, with varied and often profound effects on the political, social, and cultural order in Europe.

### THEME 7: TECHNOLOGICAL AND SCIENTIFIC INNOVATION (TSI)

Scientific and technological innovations have increased efficiency, improved daily life, and shaped human development and interactions, having both intended and unintended consequences.

1:26-cv-00351 PL0251

THIS PAGE IS INTENTIONALLY LEFT BLANK.

1:26-cv-00351 PL0252

AP European History Course and Exam Description

Course Framework V.1 | 23
Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0253

# Spiraling the Themes

The following table shows how the themes spiral across units.

| Themes | Unit 1 Renaissance and Exploration | Unit 2 Age of Reformation | Unit 3 Absolutism and Constitutionalism | Unit 4 Scientific, Philosophical, and Political Developments | Unit 5 Conflict, Crisis, and Reaction in the Late 18th Century | Unit 6 Industrialization and Its Effects | Unit 7 19th-Century Perspectives and Political Developments | Unit 8 20th-Century Global Conflicts | Unit 9 Cold War and Contemporary Europe |
|---|---|---|---|---|---|---|---|---|---|
| Interaction of Europe and the World — INT | ✓ | | | | | | ✓ | ✓ | ✓ |
| Economic and Commercial Developments — ECD | ✓ | | ✓ | | ✓ | ✓ | | ✓ | ✓ |
| Cultural and Intellectual Developments — CID | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| States and Other Institutions of Power — SOP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Social Organization and Development — SCD | ✓ | ✓ | | ✓ | ✓ | ✓ | | | ✓ |
| National and European Identity — NEI | | | | ✓ | ✓ | | ✓ | ✓ | ✓ |
| Technological and Scientific Innovation — TSI | ✓ | | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |

# Course at a Glance

## Plan

The Course at a Glance provides a useful visual organization of the AP European History curricular components, including:

- Sequence of units, along with approximate weighting and suggested pacing. Please note, pacing is based on 45-minute class periods, meeting five days each week for a full academic year.
- Progression of topics within each unit.
- Spiraling of the themes and historical thinking skills across units.

## Teach

**HISTORICAL THINKING SKILLS**
*Historical thinking skills spiral across units.*

| | |
|---|---|
| **1** Developments and Processes | **4** Contextualization |
| **2** Sourcing and Situation | **5** Making Connections |
| **3** Claims and Evidence in Sources | **6** Argumentation |

**THEMES**
*Themes spiral across units.*

| | |
|---|---|
| **INT** Interaction of Europe and the World | **SOP** States and Other Institutions of Power |
| **ECD** Economic and Commercial Developments | **SCD** Social Organization and Development |
| **CID** Cultural and Intellectual Developments | **NEI** National and European Identity |
| | **TSI** Technological and Scientific Innovation |

## Assess

Assign the Personal Progress Checks—either as homework or in class—for each unit. Each Personal Progress Check contains formative multiple-choice and free-response questions. The feedback from the Personal Progress Checks shows students the areas where they need to focus.



**UNIT 1 — Renaissance and Exploration**
*c. 1450 – c. 1648*

~15 Class Periods | 10–15% AP Exam Weighting

- **4** — 1.1 Contextualizing Renaissance and Discovery
- **CID 1** — 1.2 Italian Renaissance
- **CID 5** — 1.3 Northern Renaissance
- **TSI 1** — 1.4 Printing
- **SOP 1** — 1.5 New Monarchies
- **TSI / INT 3** — 1.6 Technological Advances and the Age of Exploration
- **ECD 3** — 1.7 Rivals on the World Stage
- **ECD / INT 3** — 1.8 Colonial Expansion and Columbian Exchange
- **INT 4** — 1.9 The Slave Trade
- **ECD / SCD 3** — 1.10 The Commercial Revolution
- **6** — 1.11 Causation in the Renaissance and Age of Discovery

**Personal Progress Check 1**
Multiple-choice: ~20 questions
Short-answer: 2 questions
- Primary source (partial)
- Primary source (partial)
Free-response: 1 question
- Long essay (partial)

**UNIT 2 — Age of Reformation**
*c. 1450 – c. 1648*

~15 Class Periods | 10–15% AP Exam Weighting

- **4** — 2.1 Contextualizing 16th- and 17th-Century Challenges and Developments
- **CID 3** — 2.2 Luther and the Protestant Reformation
- **CID 1** — 2.3 Protestant Reform Continues
- **SOP 6** — 2.4 Wars of Religion
- **CID 2** — 2.5 The Catholic Reformation
- **SCD 3** — 2.6 16th-Century Society and Politics
- **CID 5** — 2.7 Art of the 16th Century: Mannerism and Baroque Art
- **6** — 2.8 Causation in the Age of Reformation and the Wars of Religion

**Personal Progress Check 2**
Multiple-choice: ~15 questions
Short-answer: 2 questions
- Primary source
- Primary source
Free-response: 1 question
- Long essay (partial)

**NOTE:** Partial versions of the free-response questions are provided to prepare students for more complex, full questions that they will encounter on the AP Exam.

V.1 | 24
© 2020 College Board

1:26-cv-00351 PL0254



## UNIT 3 — Absolutism and Constitutionalism
*c. 1648 – c. 1815*

~15 Class Periods | 10–15% AP Exam Weighting

| | |
|---|---|
| 4 | **3.1** Contextualizing State Building |
| SOP 1 | **3.2** The English Civil War and the Glorious Revolution |
| ECD 3 | **3.3** Continuities and Changes to Economic Practice and Development |
| ECD 1 | **3.4** Economic Development and Mercantilism |
| SOP 2 | **3.5** The Dutch Golden Age |
| SOP TSI 3 | **3.6** Balance of Power |
| SOP 5 | **3.7** Absolutist Approaches to Power |
| 6 | **3.8** Comparison in the Age of Absolutism and Constitutionalism |

## UNIT 4 — Scientific, Philosophical, and Political Developments
*c. 1648 – c. 1815*

~15 Class Periods | 10–15% AP Exam Weighting

| | |
|---|---|
| 4 | **4.1** Contextualizing the Scientific Revolution and the Enlightenment |
| TSI 3 | **4.2** The Scientific Revolution |
| SCD CID 5 | **4.3** The Enlightenment |
| SCD 2 | **4.4** 18th-Century Society and Demographics |
| CID 4 | **4.5** 18th-Century Culture and Arts |
| SOP NEI 2 | **4.6** Enlightened and Other Approaches to Power |
| 6 | **4.7** Causation in the Age of the Scientific Revolution and the Enlightenment |

## UNIT 5 — Conflict, Crisis, and Reaction in the Late 18th Century
*c. 1648 – c. 1815*

~15 Class Periods | 10–15% AP Exam Weighting

| | |
|---|---|
| 2 | **5.1** Contextualizing 18th-Century States |
| ECD 1 | **5.2** The Rise of Global Markets |
| SOP 3 | **5.3** Britain's Ascendency |
| SOP 3 | **5.4** The French Revolution |
| SCD 6 | **5.5** The French Revolution's Effects |
| SOP NEI 5 | **5.6** Napoleon's Rise, Dominance, and Defeat |
| SOP 3 | **5.7** The Congress of Vienna |
| CID 4 | **5.8** Romanticism |
| 5 | **5.9** Continuity and Change in 18th-Century States |

**Personal Progress Check 3**

**Multiple-choice: ~20 questions**
**Short-answer: 2 questions**
- Primary source
- Primary source

**Free-response: 1 question**

**Personal Progress Check 4**

**Multiple-choice: ~15 questions**
**Short-answer: 2 questions**
- Primary source
- Secondary source

**Free-response: 1 question**
- Long essay (partial)

**Personal Progress Check 5**

**Multiple-choice: ~20 questions**
**Short-answer: 2 questions**
- Secondary source
- No stimulus

**Free-response: 1 question**
- Document-based (partial)

© 2020 College Board

1:26-cv-00351 PL0255



**UNIT 6 Industrialization and Its Effects** *c. 1815 – c. 1914*

~15 Class Periods | 10–15% AP Exam Weighting

- 4 | 6.1 Contextualizing Industrialization and Its Origins and Effects
- ECD 1 | 6.2 The Spread of Industry Throughout Europe
- TSI ECD 5 | 6.3 Second Wave Industrialization and Its Effects
- SCD 3 | 6.4 Social Effects of Industrialization
- SOP 5 | 6.5 The Concert of Europe and European Conservatism
- SOP 6 | 6.6 Reactions and Revolutions
- CID 2 | 6.7 Ideologies of Change and Reform Movements
- SCD 2 | 6.8 19th-Century Social Reform
- SOP 4 | 6.9 Institutional Responses and Reform
- 5 | 6.10 Causation in the Age of Industrialization

**UNIT 7 19th-Century Perspectives and Political Developments** *c. 1815 – c. 1914*

~15 Class Periods | 10–15% AP Exam Weighting

- 4 | 7.1 Contextualizing 19th-Century Perspectives and Political Developments
- NEI 5 | 7.2 Nationalism
- NEI SOP 2 | 7.3 National Unification and Diplomatic Tensions
- TSI 3 | 7.4 Darwinism, Social Darwinism
- TSI 5 | 7.5 The Age of Progress and Modernity
- INT TSI 6 | 7.6 New Imperialism: Motivations and Methods
- INT 5 | 7.7 Imperialism's Global Effects
- CID 2 | 7.8 19th-Century Culture and Arts
- 1 | 7.9 Causation in 19th-Century Perspectives and Political Developments

**UNIT 8 20th-Century Global Conflicts** *c. 1914 – present*

~15 Class Periods | 10–15% AP Exam Weighting

- 5 | 8.1 Contextualizing 20th-Century Global Conflicts
- SOP TSI INT 4 | 8.2 World War I
- SOP 1 | 8.3 The Russian Revolution and Its Effects
- SOP 3 | 8.4 Versailles Conference and Peace Settlement
- ECD 3 | 8.5 Global Economic Crisis
- SOP ECD 2 | 8.6 Fascism and Totalitarianism
- SOP 5 | 8.7 Europe During the Interwar Period
- TSI 4 | 8.8 World War II
- NEI 3 | 8.9 The Holocaust
- CID 6 | 8.10 20th-Century Cultural, Intellectual, and Artistic Developments
- 6 | 8.11 Continuity and Changes in an Age of Global Conflict

**Personal Progress Check 6**

**Multiple-choice: ~25 questions**
**Short-answer: 2 questions**
- No stimulus
- Primary source
**Free-response: 1 question**
- Document-based (partial)

**Personal Progress Check 7**

**Multiple-choice: ~20 questions**
**Short-answer: 2 questions**
- Secondary source
- No stimulus
**Free-response: 1 question**
- Document-based

**Personal Progress Check 8**

**Multiple-choice: ~25 questions**
**Short-answer: 2 questions**
- No stimulus
- Primary source
**Free-response: 1 question**
- Long essay

© 2020 College Board

1:26-cv-00351 PL0256



# UNIT 9 — Cold War and Contemporary Europe

*c. 1914 – present*

**~17** Class Periods | **10–15%** AP Exam Weighting

| | | |
|---|---|---|
| 4 | **9.1** | Contextualizing Cold War and Contemporary Europe |
| ECD 4 | **9.2** | Rebuilding Europe |
| INT 1 | **9.3** | The Cold War |
| ECD 1 | **9.4** | Two Super Powers Emerge |
| NEI 5 | **9.5** | Postwar Nationalism, Ethnic Conflict, and Atrocities |
| ECD 2 | **9.6** | Contemporary Western Democracies |
| SOP 3 | **9.7** | The Fall of Communism |
| SCD 3 | **9.8** | 20th-Century Feminism |
| INT 6 | **9.9** | Decolonization |
| ECD NEI 3 | **9.10** | The European Union |
| SCD 5 | **9.11** | Migration and Immigration |
| TSI 5 | **9.12** | Technology |
| TSI 2 | **9.13** | Globalization |
| CID 3 | **9.14** | 20th- and 21st-Century Culture, Arts, and Demographic Trends |
| 6 | **9.15** | Continuity and Change in the 20th and 21st Centuries |

## Personal Progress Check 9

**Multiple-choice: ~35 questions**
**Short-answer: 2 questions**
- Secondary source
- No stimulus

**Free-response: 1 question**
- Document-based

© 2020 College Board

1:26-cv-00351 PL0257

1:26-cv-00351 PL0258

THIS PAGE IS INTENTIONALLY LEFT BLANK.

## AP EUROPEAN HISTORY

# Unit Guides

### Introduction

The structure of the unit guides respects new AP teachers' time by providing one possible sequence they can adopt or modify rather than having to build from scratch. An additional benefit is that these units enable the AP Program to provide interested teachers with formative assessments—the Personal Progress Checks—that they can assign their students at the end of each unit to gauge progress toward success on the AP Exam. However, experienced AP teachers who are satisfied with their current course organization and exam results should feel no pressure to adopt these units, which comprise an optional sequence for this course.

1:26-cv-00351 PL0259

Case: 1:26-cv-00351-MWM Doc #: 29-26 Filed: 07/01/26 Page: 38 of 296  PAGEID #: 1899

THIS PAGE IS INTENTIONALLY LEFT BLANK.

# Using the Unit Guides



The **Unit at a Glance table** shows the topics, related thematic focus, suggested skills, and reasoning processes for each topic. The class periods column has been left blank so that teachers can customize the time they spend on each topic.

The **suggested skill** for each topic shows one way teachers can link the content in that topic to a specific AP historical thinking skill. The individual skill has been thoughtfully chosen in a way that helps spiral the skills throughout the course. The questions on the Personal Progress Checks are based on this pairing. However, AP Exam questions may pair the content with any of the skills.



The **Sample Instructional Activities** page includes optional activities that can help tie together the content and skills of a particular topic. Additionally, this page offers space for teachers to make notes on their approach to the individual topics and the unit as a whole.

**AP European History** Course and Exam Description

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0261

# Using the Unit Guides



**FIRST AND FINAL TOPIC PAGES IN EACH UNIT**

Each unit's first and final topics include key concepts, which summarize the historical developments in the unit.

These topics encourage the use of the key concepts and learning objectives in the unit to develop the skills of contextualization and argumentation.



**TOPIC PAGES**

The **suggested skill** offers a possible skill to pair with the topic.

The **thematic focus** of the topic is the long-term takeaway that leaves a lasting impression on students.

**Learning objectives** define what a student needs to be able to do with content knowledge in order to progress toward an enduring understanding.

**Historical development** statements comprise the knowledge required to demonstrate mastery of the learning objective.

Where possible, **available resources** are listed that might help teachers address a particular topic in their classroom.

1:26-cv-00351 PL0262

**AP EUROPEAN HISTORY**

# UNIT 1

# Renaissance and Exploration

*c. 1450 to c. 1648*



**10–15%**
AP EXAM WEIGHTING



**~15**
CLASS PERIODS

1:26-cv-00351 PL0263



Remember to go to **AP Classroom** to assign students the online **Personal Progress Check** for this unit.

Whether assigned as homework or completed in class, the **Personal Progress Check** provides each student with immediate feedback related to this unit's topics and skills.

## Personal Progress Check 1

**Multiple-choice: ~20 questions**
**Short-answer: 2 questions**
- Primary source (partial)
- Primary source (partial)

**Free-response: 1 question**
- Long essay (partial)

© 2020 College Board

1:26-cv-00351 PL0264



**UNIT 1** | **10–15%** AP EXAM WEIGHTING | **~15** CLASS PERIODS

# Renaissance and Exploration

*c. 1450 to c. 1648*

## UNIT AT A GLANCE

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods ~15 CLASS PERIODS |
|---|---|---|---|---|
| CID | **1.1 Contextualizing Renaissance and Discovery** | Causation | **4.A** Identify and describe a historical context for a specific historical development or process. | |
| | **1.2 Italian Renaissance** | Causation | **1.A** Identify a historical concept, development, or process. | |
| | **1.3 Northern Renaissance** | Comparison | **5.A** Identify patterns among or connections between historical developments and processes. | |
| TSI | **1.4 Printing** | Causation | **1.B** Explain a historical concept, development, or process. | |
| SOP | **1.5 New Monarchies** | Causation | **1.A** Identify a historical concept, development, or process. | |
| TSI, INT | **1.6 Technological Advances and the Age of Exploration** | Causation | **3.A** Identify and describe a claim and/or argument in a text-based or non-text-based source. | |
| ECD | **1.7 Rivals on the World Stage** | Causation | **3.A** Identify and describe a claim and/or argument in a text-based or non-text-based source. | |
| ECD, INT | **1.8 Colonial Expansion and Columbian Exchange** | Causation | **3.B** Identify the evidence used in a source to support an argument. | |

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0265



**UNIT**
**1**

Renaissance and Exploration

# UNIT AT A GLANCE *(cont'd)*

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods<br>~15 CLASS PERIODS |
|---|---|---|---|---|
| INT | **1.9 The Slave Trade** | Causation | **4.A** Identify and describe a historical context for a specific historical development or process. | |
| ECD, SCD | **1.10 The Commercial Revolution** | Causation | **3.B** Identify the evidence used in a source to support an argument. | |
| | **1.11 Causation in the Renaissance and Age of Discovery** | Causation | **6.A** Make a historically defensible claim. | |

**AP** Go to **AP Classroom** to assign the **Personal Progress Check** for Unit 1.
Review the results in class to identify and address any student misunderstandings.

© 2020 College Board

1:26-cv-00351 PL0266

UNIT
1



# SAMPLE INSTRUCTIONAL ACTIVITIES

The sample activities on this page are optional and are offered to provide possible ways to incorporate instructional approaches into the classroom. They were developed in partnership with teachers from the AP community to share ways that they approach teaching some of the topics in this unit. Please refer to the Instructional Approaches section beginning on p. 213 for more examples of activities and strategies.

| Activity | Topic | Sample Activity |
|---|---|---|
| 1 | 1.2 | **Discussion Group**<br>Pose the following learning objective as a question: Explain how the revival of classical texts contributed to the development of the Renaissance in Italy (Unit 1: Learning Objective B). Have students form discussion groups to answer the question. |
| 2 | 1.3 | **Close Reading**<br>When students are reading documents with unfamiliar vocabulary (such as Erasmus), have them perform a close reading, highlighting relevant words and passages that support the author's claim. |
| 3 | 1.7 and 1.8 | **Think-Pair-Share**<br>Have students analyze the different motivations for European colonial expansion. |
| 4 | 1.11 | **Making Connections**<br>Have students practice making connections by writing causes and effects related to the Renaissance and the Age of Discovery on cards. Place the cards into a box and have students pick a card at random. Give them a few minutes to gather and recall information about the cause or effect, and then ask them to find the connection between their concepts in pairs. Finally, ask each student pair to write a brief explanation of how the concepts are related. |

## ✎ Unit Planning Notes

*Use the space below to plan your approach to the unit. Consider how to help students connect their identification and description of arguments and evidence in primary sources to developing their own claims and supporting evidence.*

1:26-cv-00351 PL0267



**UNIT 1**

**Renaissance and Exploration**

SUGGESTED SKILL

✗ *Contextualization*

**4.A**

Identify and describe a historical context for a specific historical development or process.

## TOPIC 1.1

# Contextualizing Renaissance and Discovery

Spend a class period helping students understand some contexts for this unit. Considering this unit's key concepts (previewed below), select one or two for which your students will most need context.

To understand context, your students could examine:

- Change from and/or continuity with preceding historical developments.
- Similarities and/or differences with contemporaneous historical developments in different regions or geographical areas.

Whenever possible, draw upon students' relevant prior knowledge, and anchor this contextualization lesson in historical source material of varying formats such as visuals, data, or written texts, or conduct an activity that engages students in exploring context.

## Required Content

### LEARNING OBJECTIVE

**Unit 1: Learning Objective A**

Explain the context in which the Renaissance and Age of Discovery developed.

### PREVIEW: UNIT 1 KEY CONCEPTS

**KC-1.1**

The rediscovery of works from ancient Greece and Rome and observation of the natural world changed many Europeans' view of their world.

**KC-1.1.I**

A revival of classical texts led to new methods of scholarship and new values in both society and religion.

**KC-1.1.III**

The visual arts incorporated the new ideas of the Renaissance and were used to promote personal, political, and religious goals.

**KC-1.3**

Europeans explored and settled overseas territories, encountering and interacting with indigenous populations.

**KC-1.3.I**

European nations were driven by commercial and religious motives to explore overseas territories and establish colonies.

*continued on next page*

1:26-cv-00351 PL0268

## Renaissance and Exploration

**UNIT 1**

### LEARNING OBJECTIVE

**Unit 1: Learning Objective A**

Explain the context in which the Renaissance and Age of Discovery developed.

### PREVIEW: UNIT 1 KEY CONCEPTS

**KC-1.4**

European society and the experiences of everyday life were increasingly shaped by commercial and agricultural capitalism, notwithstanding the continued existence of medieval social and economic structures.

**KC-1.4.I**

Economic change produced new social patterns, while traditions of hierarchy and status continued.

**KC-1.4.II**

Most Europeans derived their livelihood from agriculture and oriented their lives around the seasons, the village, or the manor, although economic changes began to alter rural production and power.

**KC-1.5**

The struggle for sovereignty within and among states resulted in varying degrees of political centralization.

**KC-1.5.I**

The new concept of the sovereign state and secular systems of law played a central role in the creation of new political institutions.

© 2020 College Board

1:26-cv-00351 PL0269



**UNIT 1**

**Renaissance and Exploration**

---

SUGGESTED SKILL



*Developments and Processes*

**1.A**

Identify a historical concept, development, or process.

**ILLUSTRATIVE EXAMPLES**

Italian Renaissance humanists:

- Petrarch (pre-1450)
- Lorenzo Valla
- Marsilio Ficino
- Pico della Mirandola

Individuals promoting secular models for individual and political behavior:

- Niccolò Machiavelli
- Baldassare Castiglione
- Francesco Guicciardini

Individuals promoting a revival of Greek and Roman texts:

- Leonardo Bruni
- Leon Battista Alberti
- Niccolò Machiavelli

Painters and architects:

- Michelangelo
- Donatello
- Raphael
- Andrea Palladio
- Leon Battista Alberti
- Filippo Brunelleschi

**AVAILABLE RESOURCES**

- Classroom Resource > **Teaching with Primary Sources: "The Renaissance: Using Primary Documents"**
- Classroom Resource > **Using Works of Art in the AP Classroom: "Art for History's Sake"**

---

## TOPIC 1.2
# Italian Renaissance

---

## Required Course Content

### THEMATIC FOCUS

**Cultural and Intellectual Developments** `CID`

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

### LEARNING OBJECTIVE

**Unit 1: Learning Objective B**

Explain how the revival of classical texts contributed to the development of the Renaissance in Italy.

**Unit 1: Learning Objective C**

Explain the political, intellectual, and cultural effects of the Italian Renaissance.

### HISTORICAL DEVELOPMENTS

**KC-1.1.I.A**

Italian Renaissance humanists, including Petrarch, promoted a revival in classical literature and created new philological approaches to ancient texts. Some Renaissance humanists furthered the values of secularism and individualism.

**KC-1.1.I.B**

Humanist revival of Greek and Roman texts, spread by the printing press, challenged the institutional power of universities and the Catholic Church. This shifted education away from a primary focus on theological writings toward classical texts and new methods of scientific inquiry.

**KC-1.1.I.C**

Admiration for Greek and Roman political institutions supported a revival of civic humanist culture in the Italian city-states and produced secular models for individual and political behavior.

*continued on next page*

---

1:26-cv-00351 PL0270

## Renaissance and Exploration

### LEARNING OBJECTIVE

**Unit 1: Learning Objective C**

Explain the political, intellectual, and cultural effects of the Italian Renaissance.

### HISTORICAL DEVELOPMENTS

**KC-1.1.III.A**

In the Italian Renaissance, rulers and popes concerned with enhancing their prestige commissioned paintings and architectural works based on classical styles, the developing "naturalism" in the artistic world, and often the newly invented technique of geometric perspective.

**AVAILABLE RESOURCES**
*(CONT'D)*

- Classroom Resource > **Using Works of Art in the AP Classroom: "Madonnas Through the Centuries"**
- Professional Development > **Teaching and Assessing: Exploring Contextualization in European History (Focus on Teaching: Da Vinci)**
- Professional Development > **Teaching and Assessing: Exploring Contextualization in European History (Focus on Assessment)**

© 2020 College Board

1:26-cv-00351 PL0271



**UNIT 1**

**SUGGESTED SKILL**

 *Making Connections*

**5.A**

Identify patterns among or connections between historical developments and processes.



**ILLUSTRATIVE EXAMPLES**

Artists who employed naturalism:

- Pieter Bruegel the Elder
- Rembrandt

**AVAILABLE RESOURCE**

- Classroom Resource > **Using Works of Art in the AP Classroom: "Madonnas Through the Centuries"**

## TOPIC 1.3
# Northern Renaissance

## Required Course Content

**THEMATIC FOCUS**

**Cultural and Intellectual Developments** `CID`

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

**LEARNING OBJECTIVE**

**Unit 1: Learning Objective D**

Explain how Renaissance ideas were developed, maintained, and changed as the Renaissance spread to northern Europe.

**HISTORICAL DEVELOPMENTS**

**KC-1.1.III.B**

The Northern Renaissance retained a more religious focus, which resulted in more human-centered naturalism that considered individuals and everyday life appropriate objects of artistic representation.

**KC-1.2.I.A**

Christian humanism, embodied in the writings of Erasmus, employed Renaissance learning in the service of religious reform.

1:26-cv-00351 PL0272

**Renaissance and Exploration**

## TOPIC 1.4
# Printing


## Required Course Content

**THEMATIC FOCUS**

**Technological and Scientific Innovation** TSI

Scientific and technological innovations have increased efficiency, improved daily life, and shaped human development and interactions, having both intended and unintended consequences.

**LEARNING OBJECTIVE**

**Unit 1: Learning Objective E**

Explain the influence of the printing press on cultural and intellectual developments in modern European history.

**HISTORICAL DEVELOPMENTS**

**KC-1.1.II**

The invention of printing promoted the dissemination of new ideas.

**KC-1.1.II.A**

The invention of the printing press in the 1450s helped spread the Renaissance beyond Italy and encouraged the growth of vernacular literature, which would eventually contribute to the development of national cultures.

© 2020 College Board

1:26-cv-00351 PL0273



**UNIT 1**

**SUGGESTED SKILL**



*Developments and Processes*

**1.A**

Identify a historical concept, development, or process.

---

**ILLUSTRATIVE EXAMPLES**

State actions to control religion and morality:

- Spanish Inquisition
- Concordat of Bologna
- Book of Common Prayer
- Peace of Augsburg

Monarchical control:

- Ferdinand and Isabella of Spain consolidating control of the military
- Star Chamber
- Concordat of Bologna
- Peace of Augsburg
- Edict of Nantes

Commercial and professional groups that gained in power:

- Merchants and financiers in Renaissance Italy and northern Europe
- Nobles of the robe in France

Secular political theorists:

- Jean Bodin
- Hugo Grotius
- Niccolò Machiavelli

**AVAILABLE RESOURCE**

- Classroom Resource > **Thematic Approaches: "Individual and Community: Identity in the Time of the Spanish Inquisition"**

---

## TOPIC 1.5
# New Monarchies

## Required Course Content

### THEMATIC FOCUS

#### States and Other Institutions of Power SOP

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 1: Learning Objective F**

Explain the causes and effects of the development of political institutions from 1450 to 1648.

### HISTORICAL DEVELOPMENTS

**KC-1.2.II.A**

Monarchs and princes, including the English rulers Henry VIII and Elizabeth I, initiated religious reform from the top down in an effort to exercise greater control over religious life and morality.

**KC-1.5.I.A**

New monarchies laid the foundation for the centralized modern state by establishing monopolies on tax collection, employing military force, dispensing justice, and gaining the right to determine the religion of their subjects.

**KC-1.5.I.C**

Across Europe, commercial and professional groups gained in power and played a greater role in political affairs.

**KC-1.5.I.D**

Continued political fragmentation in Renaissance Italy provided a background for the development of new concepts of the secular state.

© 2020 College Board

1:26-cv-00351 PL0274

**Renaissance and Exploration**

## TOPIC 1.6
# Technological Advances and the Age of Exploration

## Required Course Content

### THEMATIC FOCUS

**Technological and Scientific Innovation** `TSI`

Scientific and technological innovations have increased efficiency, improved daily life, and shaped human development and interactions, having both intended and unintended consequences.

#### LEARNING OBJECTIVE

`Unit 1: Learning Objective G`

Explain the technological factors that facilitated European exploration and expansion from 1450 to 1648.

#### HISTORICAL DEVELOPMENTS

`KC-1.3.II`

Advances in navigation, cartography, and military technology enabled Europeans to establish overseas colonies and empires.

### THEMATIC FOCUS

**Interaction of Europe and the World** `INT`

Motivated by a variety of factors, Europe's interaction with the world led to political, economic, social, and cultural exchanges that influenced both European and non-European societies.

#### LEARNING OBJECTIVE

`Unit 1: Learning Objective H`

Explain the motivations for and effects of European exploration and expansion from 1450 to 1648.

#### HISTORICAL DEVELOPMENTS

`KC-1.3.I.A`

European states sought direct access to gold, spices, and luxury goods to enhance personal wealth and state power.

`KC-1.3.I.B`

The rise of mercantilism gave the state a new role in promoting commercial development and the acquisition of colonies overseas.

---

**SUGGESTED SKILL**

*Claims and Evidence in Sources*

`3.A`

Identify and describe a claim and/or argument in a text-based or non-text-based source.



**ILLUSTRATIVE EXAMPLES**

Navigational technology:
- Compass
- Sternpost rudder
- Portolani
- Quadrant and astrolabe
- Lateen rig

Military technology:
- Guns and gunpowder

States seeking access to luxury goods:
- Spanish in the New World
- Portuguese in the Indian Ocean World
- Dutch in the East Indies/Asia

Mercantilist policies employed by the state:
- Jean-Baptiste Colbert

Religion and exploration:
- Jesuit activities

---

*continued on next page*

1:26-cv-00351 PL0275



## UNIT 1

## Renaissance and Exploration

© 2020 College Board

### LEARNING OBJECTIVE

**Unit 1: Learning Objective H**

Explain the motivations for and effects of European exploration and expansion from 1450 to 1648.

### HISTORICAL DEVELOPMENTS

**KC-1.3.I.C**

Christianity was a stimulus for exploration as governments and religious authorities sought to spread the faith, and for some it served as a justification for the subjugation of indigenous civilizations.

1:26-cv-00351 PL0276



**UNIT 1**

## TOPIC 1.7
# Rivals on the World Stage

## Required Course Content

### THEMATIC FOCUS

**Economic and Commercial Developments** `ECD`

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

### LEARNING OBJECTIVE

**Unit 1: Learning Objective I**

Explain how and why trading networks and colonial expansion affected relations between and among European states.

### HISTORICAL DEVELOPMENTS

**KC-1.3.III**

Europeans established overseas empires and trade networks through coercion and negotiation.

**KC-1.3.III.B**

The Spanish established colonies across the Americas, the Caribbean, and the Pacific, which made Spain a dominant state in Europe in the 16th century.

**KC-1.3.III.C**

The Atlantic nations of France, England, and the Netherlands followed by establishing their own colonies and trading networks to compete with Portuguese and Spanish dominance in the 17th century.

**KC-1.3.III.D**

The competition for trade led to conflicts and rivalries among European powers in the 17th and 18th centuries.

---

**SUGGESTED SKILL**

 *Claims and Evidence in Sources*

**3.A**

Identify and describe a claim and/or argument in a text-based or non-text-based source.

**ILLUSTRATIVE EXAMPLES**

Colonial conflicts and rivalries:

- Asiento
- War of the Spanish Succession
- Seven Years' War
- Treaty of Tordesillas

**AVAILABLE RESOURCE**

- Classroom Resource > **Lesson Plans from the History Teaching Institute: "Early Modern Empires"**

---

1:26-cv-00351 PL0277



**UNIT 1**

**SUGGESTED SKILL**



*Claims and Evidence in Sources*

**3.B**

Identify the evidence used in a source to support an argument.

**ILLUSTRATIVE EXAMPLES**

Important Atlantic port cities:

- London
- Bristol
- Amsterdam
- Antwerp

New plants, animals, and diseases (from Europe to the Americas):

- Wheat
- Cattle
- Horses
- Pigs
- Sheep
- Smallpox
- Measles

New plants, animals, and diseases (from the Americas to Europe):

- Tomatoes
- Potatoes
- Squash
- Corn
- Tobacco
- Turkeys

**AVAILABLE RESOURCES**

- Professional Development > **Teaching and Assessing: Analyzing Primary Text-Based Sources (Focus on Teaching)**
- Professional Development > **Teaching and Assessing: Analyzing Primary Text-Based Sources (Focus on Assessment)**

## TOPIC 1.8

# Colonial Expansion and Columbian Exchange

## Required Course Content

**THEMATIC FOCUS**

**Economic and Commercial Developments** `ECD`

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

**LEARNING OBJECTIVE**

**Unit 1: Learning Objective J**

Explain the economic impact of European colonial expansion and development of trade networks.

**HISTORICAL DEVELOPMENTS**

**KC-1.3.III.A**

The Portuguese established a commercial network along the African coast, in South and East Asia, and in South America in the late 15th and throughout the 16th centuries.

**KC-1.3.IV.i**

Europe's colonial expansion led to a global exchange of goods, flora, and fauna; a shift toward European dominance; and the expansion of the trade in enslaved persons.

**KC-1.3.IV.A**

The exchange of goods shifted the center of economic power in Europe from the Mediterranean to the Atlantic states and brought the latter into an expanding world economy.

**KC-1.3.IV.B.i**

The exchange of new plants, animals, and diseases—the Columbian Exchange—created economic opportunities for Europeans.

*continued on next page*

1:26-cv-00351 PL0278

## Renaissance and Exploration

**UNIT 1**

### THEMATIC FOCUS

**Interaction of Europe and the World** INT

Motivated by a variety of factors, Europe's interaction with the world led to political, economic, social, and cultural exchanges that influenced both European and non-European societies.

### LEARNING OBJECTIVE

**Unit 1: Learning Objective K**

Explain the social and cultural impact of European colonial expansion and development of trade networks.

### HISTORICAL DEVELOPMENTS

**KC-1.3.IV.ii**

Europe's colonial expansion led to a global exchange of goods, flora, fauna, cultural practices, and diseases, resulting in the destruction of some indigenous civilizations, a shift toward European dominance, and the expansion of the trade in enslaved persons.

**KC-1.3.IV.B.ii**

The exchange of new plants, animals, and diseases—the Columbian Exchange—in some cases facilitated European subjugation and destruction of indigenous peoples, particularly in the Americas.

1:26-cv-00351 PL0279



**UNIT 1**

**SUGGESTED SKILL**



*Contextualization*

**4.A**

Identify and describe a historical context for a specific historical development or process.

**ILLUSTRATIVE EXAMPLES**

Slave trade developments:

- Middle Passage
- Planter society

## TOPIC 1.9
# The Slave Trade

---

## Required Course Content

### THEMATIC FOCUS

**Interaction of Europe and the World** INT

Motivated by a variety of factors, Europe's interaction with the world led to political, economic, social, and cultural exchanges that influenced both European and non-European societies.

### LEARNING OBJECTIVE

**Unit 1: Learning Objective L**

Explain the causes for and the development of the slave trade.

### HISTORICAL DEVELOPMENTS

**KC-1.3.IV.C**

Europeans expanded the trade of enslaved Africans in response to the establishment of a plantation economy in the Americas and demographic catastrophes among indigenous peoples.

---

© 2020 College Board

1:26-cv-00351 PL0280

**Renaissance and Exploration**



## TOPIC 1.10
# The Commercial Revolution

## Required Course Content

### THEMATIC FOCUS

**Economic and Commercial Developments** ECD

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

| LEARNING OBJECTIVE | HISTORICAL DEVELOPMENTS |
|---|---|
| **Unit 1: Learning Objective M** | **KC-1.4.I.A** |
| Explain European commercial and agricultural developments and their economic effects from 1450 to 1648. | Innovations in banking and finance promoted the growth of urban financial centers and a money economy. |

*continued on next page*

---

### SUGGESTED SKILL

 *Claims and Evidence in Sources*

**3.B**

Identify the evidence used in a source to support an argument.

---

**ILLUSTRATIVE EXAMPLES**

Innovations in banking and finance:
- Double-entry bookkeeping
- Bank of Amsterdam
- The Dutch East India Company
- The British East India Company

The commercialization of agriculture:
- Enclosure movement
- Restricted use of the village common
- Freehold tenure

New economic elites:
- Italian merchant princes
- Nobles of the robe in France

The way new migrants challenged urban elites:
- Sanitation problems caused by overpopulation
- Employment
- Poverty
- Crime

**AVAILABLE RESOURCE**
- Classroom Resource > **Whose History Is It?: "Art as a Window to the European World: The Poor from the Fifteenth to the Nineteenth Centuries: Class and Point of View"**

---

1:26-cv-00351 PL0281



**UNIT 1**

## Renaissance and Exploration

### LEARNING OBJECTIVE

**Unit 1: Learning Objective M**

Explain European commercial and agricultural developments and their economic effects from 1450 to 1648.

### HISTORICAL DEVELOPMENTS

**KC-1.4.II**

Most Europeans derived their livelihood from agriculture and oriented their lives around the seasons, the village, or the manor, although economic changes began to alter rural production and power.

**KC-1.4.II.A**

Subsistence agriculture was the rule in most areas, with three-crop field rotation in the north and two-crop rotation in the Mediterranean; in many cases, farmers paid rent and labor services for their lands.

**KC-1.4.II.B**

The price revolution contributed to the accumulation of capital and the expansion of the market economy through the commercialization of agriculture, which benefited large landowners in western Europe.

**KC-1.4.III.A**

Population recovered to its pre-Great Plague level in the 16th century, and continuing population pressures contributed to uneven price increases; agricultural commodities increased more sharply than wages, reducing living standards for some.

*continued on next page*

1:26-cv-00351 PL0282

## Renaissance and Exploration

**UNIT 1**

### THEMATIC FOCUS

**Social Organization and Development** SCD

Economic, political, and cultural factors have influenced the form and status of family, class, and social groups in European history, which has, in turn, affected both the individual and society.

### LEARNING OBJECTIVE

Unit 1: Learning Objective N

Explain European commercial and agricultural developments and their social effects from 1450 to 1648.

### HISTORICAL DEVELOPMENTS

KC-1.4.I

Economic change produced new social patterns, while traditions of hierarchy and status continued.

KC-1.4.I.B

The growth of commerce produced a new economic elite, which related to traditional land-holding elites in different ways in Europe's various geographic regions.

KC-1.4.II.C

As western Europe moved toward a free peasantry and commercial agriculture, serfdom was codified in the east, where nobles continued to dominate economic life on large estates.

KC-1.4.II.D

The attempts of landlords to increase their revenues by restricting or abolishing the traditional rights of peasants led to revolt.

KC-1.4.III.B

Migrants to the cities challenged the ability of merchant elites and craft guilds to govern, and strained resources.

KC-1.4.IV.C

From the late 16th century on, Europeans responded to economic and environmental challenges, such as the Little Ice Age, by delaying marriage and childbearing. This European marriage pattern restrained population growth and ultimately improved the economic condition of families.

1:26-cv-00351 PL0283

**UNIT**
**1**

**Renaissance and Exploration**

SUGGESTED SKILL

 *Argumentation*

**6.A**

Make a historically defensible claim.

## TOPIC 1.11

# Causation in the Renaissance and Age of Discovery

The final topic in this unit focuses on the skill of argumentation and so provides an opportunity for your students to draw upon the key concepts and historical developments they have studied in this unit. Using evidence relevant to this unit's key concepts, students should practice the suggested skill for this topic.

## Required Course Content

**LEARNING OBJECTIVE**

**Unit 1: Learning Objective O**

Explain the causes and consequences of the Renaissance and Age of Discovery.

**REVIEW: UNIT 1 KEY CONCEPTS**

**KC-1.1**

The rediscovery of works from ancient Greece and Rome and observation of the natural world changed many Europeans' view of their world.

**KC-1.1.I**

A revival of classical texts led to new methods of scholarship and new values in both society and religion.

**KC-1.1.III**

The visual arts incorporated the new ideas of the Renaissance and were used to promote personal, political, and religious goals.

**KC-1.3**

Europeans explored and settled overseas territories, encountering and interacting with indigenous populations.

**KC-1.3.I**

European nations were driven by commercial and religious motives to explore overseas territories and establish colonies.

*continued on next page*

1:26-cv-00351 PL0284

## Renaissance and Exploration

**UNIT 1**

### LEARNING OBJECTIVE

**Unit 1: Learning Objective O**

Explain the causes and consequences of the Renaissance and Age of Discovery.

### REVIEW: UNIT 1 KEY CONCEPTS

**KC-1.4**

European society and the experiences of everyday life were increasingly shaped by commercial and agricultural capitalism, notwithstanding the continued existence of medieval social and economic structures.

**KC-1.4.I**

Economic change produced new social patterns, while traditions of hierarchy and status continued.

**KC-1.4.II**

Most Europeans derived their livelihood from agriculture and oriented their lives around the seasons, the village, or the manor, although economic changes began to alter rural production and power.

**KC-1.5**

The struggle for sovereignty within and among states resulted in varying degrees of political centralization.

**KC-1.5.I**

The new concept of the sovereign state and secular systems of law played a central role in the creation of new political institutions.

1:26-cv-00351 PL0285

THIS PAGE IS INTENTIONALLY LEFT BLANK.

1:26-cv-00351 PL0286

**AP EUROPEAN HISTORY**

# UNIT 2

# Age of Reformation

*c. 1450 to c. 1648*



**10–15%**
AP EXAM WEIGHTING



**~15**
CLASS PERIODS

1:26-cv-00351 PL0287



Remember to go to **AP Classroom** to assign students the online **Personal Progress Check** for this unit.

Whether assigned as homework or completed in class, the **Personal Progress Check** provides each student with immediate feedback related to this unit's topics and skills.

### Personal Progress Check 2

**Multiple-choice: ~15 questions**
**Short-answer: 2 questions**
- Primary source
- Primary source

**Free-response: 1 question**
- Long essay (partial)

1:26-cv-00351 PL0288

**UNIT**
**2**

**10–15%** AP EXAM WEIGHTING | **~15** CLASS PERIODS

# Age of Reformation

*c. 1450 to c. 1648*

## UNIT AT A GLANCE

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods ~15 CLASS PERIODS |
|---|---|---|---|---|
| | 2.1 Contextualizing 16th- and 17th-Century Challenges and Developments | Continuity and Change | **4.A** Identify and describe a historical context for a specific historical development or process. | |
| CID | 2.2 Luther and the Protestant Reformation | Causation | **3.B** Identify the evidence used in a source to support an argument. | |
| CID | 2.3 Protestant Reform Continues | Comparison | **1.B** Explain a historical concept, development, or process. | |
| SOP | 2.4 Wars of Religion | Causation | **6.A** Make a historically defensible claim. | |
| CID | 2.5 The Catholic Reformation | Continuity and Change | **2.A** Identify a source's point of view, purpose, historical situation, and/or audience. | |
| SCD | 2.6 16th-Century Society and Politics | Continuity and Change | **5.A** Identify patterns among or connections between historical developments and processes. | |

*continued on next page*

1:26-cv-00351 PL0289



**UNIT**
**2**

Age of Reformation

# UNIT AT A GLANCE (cont'd)

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods |
|---|---|---|---|---|
| | | | | ~15 CLASS PERIODS |
| CID | **2.7 Art of the 16th Century: Mannerism and Baroque Art** | Causation | **5.A** Identify patterns among or connections between historical developments and processes. | |
| | **2.8 Causation in the Age of Reformation and the Wars of Religion** | Causation | **6.B** Support an argument using specific and relevant evidence.<br>• Describe specific examples of historically relevant evidence.<br>• Explain how specific examples of historically relevant evidence support an argument. | |

**AP** Go to **AP Classroom** to assign the **Personal Progress Check** for Unit 2. Review the results in class to identify and address any student misunderstandings.

1:26-cv-00351 PL0290

**Age of Reformation**

UNIT
**2**

# SAMPLE INSTRUCTIONAL ACTIVITIES

The sample activities on this page are optional and are offered to provide possible ways to incorporate instructional approaches into the classroom. They were developed in partnership with teachers from the AP community to share ways that they approach teaching some of the topics in this unit. Please refer to the Instructional Approaches section beginning on p. 213 for more examples of activities and strategies.

| Activity | Topic | Sample Activity |
|---|---|---|
| 1 | 2.2 | **Quickwrite**<br>Have students identify and describe evidence used by Luther to support his argument in one of his early writings on the problems in the Catholic Church. |
| 2 | 2.3 and 2.5 | **Fishbowl**<br>Have students discuss the arguments presented in various religious documents during the Reformation and the Counter-Reformation/Catholic Reformation, focusing on how the documents relate to common topics or themes. |
| 3 | 2.4 | **Guided Discussion**<br>Use brainstorming and quickwrite as strategies during a guided discussion about the various motivations and patterns for participation in European wars of religion. |
| 4 | 2.8 | **Matching Claims and Evidence**<br>In early stages of practicing argumentation, ask small groups of students to write claims and provide supporting evidence statements based on a prompt about causation in the Age of Reformation or the wars of religion. Have groups trade claims and evidence and then revise or modify the claims (if necessary), match the claims and evidence, and write statements explaining why the evidence supports the claim. |

## ✎ Unit Planning Notes

*Use the space below to plan your approach to the unit. Consider how to help students connect their identification and description of arguments and evidence in primary sources to developing their own claims and supporting evidence.*

1:26-cv-00351 PL0291



**UNIT 2**

**Age of Reformation**

SUGGESTED SKILL

 *Contextualization*

**4.A**

Identify and describe a historical context for a specific historical development or process.

**AVAILABLE RESOURCES**

- Classroom Resource > **Thematic Approaches: "Poverty and Prosperity in the Early Modern Economy, 1450–1789: Was There a 'Crisis' in Early Modern Europe?"**
- Classroom Resource > **Whose History Is It?: "Peasants in the History of Europe: Political, Social, and Economic Relationships"**

## TOPIC 2.1

# Contextualizing 16th- and 17th-Century Challenges and Developments

Spend a class period helping students understand some contexts for this unit. Considering this unit's key concepts (previewed below), select one or two for which your students will most need context.

To understand context, your students could examine:

- Change from and/or continuity with preceding historical developments.
- Similarities and/or differences with contemporaneous historical developments in different regions or geographical areas.

Whenever possible, draw upon students' relevant prior knowledge, and anchor this contextualization lesson in historical source material of varying formats such as visuals, data, or written texts, or conduct an activity that engages students in exploring context.

## Required Course Content

**LEARNING OBJECTIVE**

**Unit 2: Learning Objective A**

Explain the context in which the religious, political, and cultural developments of the 16th and 17th centuries took place.

**PREVIEW: UNIT 2 KEY CONCEPTS**

**KC-1.2**

Religious pluralism challenged the concept of a unified Europe.

**KC-1.2.I**

The Protestant and Catholic reformations fundamentally changed theology, religious institutions, culture, and attitudes toward wealth and prosperity.

**KC-1.2.II**

Religious reform both increased state control of religious institutions and provided justifications for challenging state authority.

**KC-1.2.III**

Conflicts among religious groups overlapped with political and economic competition within and among states.

*continued on next page*

1:26-cv-00351 PL0292

## Age of Reformation

### LEARNING OBJECTIVE

**Unit 2: Learning Objective A**

Explain the context in which the religious, political, and cultural developments of the 16th and 17th centuries took place.

### PREVIEW: UNIT 2 KEY CONCEPTS

**KC-1.4**

European society and the experiences of everyday life were increasingly shaped by commercial and agricultural capitalism, notwithstanding the continued existence of medieval social and economic structures.

**KC-1.4.III**

Population shifts and growing commerce caused the expansion of cities, which often placed stress on their traditional political and social structures.

**KC-1.4.IV**

The family remained the primary social and economic institution of early modern Europe and took several forms, including the nuclear family.

**KC-1.4.V**

Popular culture, leisure activities, and rituals reflecting the continued popularity of folk ideas reinforced and sometimes challenged communal ties and norms.

**KC-1.5**

The struggle for sovereignty within and among states resulted in varying degrees of political centralization.

**KC-1.5.I**

The new concept of the sovereign state and secular systems of law played a central role in the creation of new political institutions.

1:26-cv-00351 PL0293



**UNIT 2**

**Age of Reformation**

**SUGGESTED SKILL**

 *Claims and Evidence in Sources*

**3.B**

Identify the evidence used in a source to support an argument.

**ILLUSTRATIVE EXAMPLES**
New Protestant interpretations of Christian doctrine and practice:

- Priesthood of all believers
- Primacy of scripture
- Predestination
- Salvation by faith alone

Protestants who viewed wealth as signs of God's favor:

- Calvinists

## TOPIC 2.2
# Luther and the Protestant Reformation

## Required Course Content

**THEMATIC FOCUS**

**Cultural and Intellectual Developments** `CID`

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

**LEARNING OBJECTIVE**

**Unit 2: Learning Objective B**

Explain how and why religious belief and practices changed from 1450 to 1648.

**HISTORICAL DEVELOPMENTS**

**KC-1.2.I.B**

Reformers Martin Luther and John Calvin criticized Catholic abuses and established new interpretations of Christian doctrine and practice. Responses to Luther and Calvin included religious radicals, including the Anabaptists, and other groups, such as German peasants.

**KC-1.2.I.C**

Some Protestant groups sanctioned the notion that wealth accumulation was a sign of God's favor and a reward for hard work.

1:26-cv-00351 PL0294

**Age of Reformation**



## TOPIC 2.3
# Protestant Reform Continues

---

### Required Course Content

**SUGGESTED SKILL**

 *Developments and Processes*

**1.B**

Explain a historical concept, development, or process.

**ILLUSTRATIVE EXAMPLES**
Reformers using press to disseminate ideas:

- Martin Luther
- Vernacular Bibles

Religious conflicts caused by groups challenging the monarch's control of religious institutions:

- Huguenots
- Puritans
- Nobles in Poland

#### THEMATIC FOCUS

**Cultural and Intellectual Developments** CID

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

#### LEARNING OBJECTIVE

**Unit 2: Learning Objective B**

Explain how and why religious belief and practices changed from 1450 to 1648.

#### HISTORICAL DEVELOPMENTS

**KC-1.1.II.B**

Protestant reformers used the printing press to disseminate their ideas, which spurred religious reform and helped it to become widely established.

**KC-1.2.II.B**

Some Protestants, including Calvin and the Anabaptists, refused to recognize the subordination of the church to the secular state.

**KC-1.2.II.C**

Religious conflicts became a basis for challenging the monarchs' control of religious institutions.

---

1:26-cv-00351 PL0295



**UNIT 2**

**Age of Reformation**

SUGGESTED SKILL

 *Argumentation*

**6.A**

Make a historically defensible claim.

**ILLUSTRATIVE EXAMPLES**

Key factors in the French wars of religion:

- Catherine de' Medici
- St. Bartholomew's Day massacre
- War of the Three Henrys
- Henry IV

Habsburg rulers:

- Charles V

State exploitation of religious conflicts:

- Catholic Spain and Protestant England
- France, Sweden, and Denmark in the Thirty Years' War

States allowing religious pluralism:

- Poland
- The Netherlands

**AVAILABLE RESOURCES**

- Professional Development > **Teaching and Assessing: Exploring Contextualization in European History (Focus on Teaching: Montaigne)**
- Professional Development > **Teaching and Assessing: Exploring Contextualization in European History (Focus on Teaching: Edict of Nantes)**

# TOPIC 2.4
# Wars of Religion

## Required Course Content

**THEMATIC FOCUS**

**States and Other Institutions of Power** SOP

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 2: Learning Objective C**

Explain how matters of religion influenced and were influenced by political factors from 1450 to 1648.

### HISTORICAL DEVELOPMENTS

**KC-1.2.III.A**

Issues of religious reform exacerbated conflicts between the monarchy and the nobility, as in the French wars of religion.

**KC-1.2.III.B**

Habsburg rulers confronted an expanded Ottoman Empire while attempting unsuccessfully to restore Catholic unity across Europe.

**KC-1.2.III.C**

States exploited religious conflicts to promote political and economic interests.

**KC-1.2.III.D**

A few states, such as France with the Edict of Nantes, allowed religious pluralism in order to maintain domestic peace.

**KC-1.5.I.B**

The Peace of Westphalia (1648), which marked the effective end of the medieval ideal of universal Christendom, accelerated the decline of the Holy Roman Empire by granting princes, bishops, and other local leaders control over religion.

1:26-cv-00351 PL0296

**Age of Reformation**



UNIT
**2**

## TOPIC 2.5
# The Catholic Reformation

## Required Course Content

### THEMATIC FOCUS
**Cultural and Intellectual Developments** CID

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

### LEARNING OBJECTIVE

Unit 2: Learning Objective D

Explain the continuities and changes in the role of the Catholic Church from 1450 to 1648.

### HISTORICAL DEVELOPMENTS

KC-1.2.I.D

The Catholic Reformation, exemplified by the Jesuit Order and the Council of Trent, revived the church but cemented division within Christianity.

**SUGGESTED SKILL**

 *Sourcing and Situation*

2.A

Identify a source's point of view, purpose, historical situation, and/or audience.

**ILLUSTRATIVE EXAMPLES**
The Catholic Reformation:

- St. Teresa of Avila
- Ursulines
- Roman Inquisition
- Index of Prohibited Books

1:26-cv-00351 PL0297



**UNIT 2**

**Age of Reformation**

SUGGESTED SKILL

 *Making Connections*

**5.A**

Identify patterns among or connections between historical developments and processes.

**ILLUSTRATIVE EXAMPLES**

Continued social hierarchies:

- Prestige of land ownership
- Aristocratic privileges regarding taxes, fees for services, and legal protections
- Political exclusion of women

Debates about female roles:

- Women's intellect and education
- Women as preachers
- La Querelle des Femmes

Regulating public morals:

- New secular laws regulating private life
- Stricter codes on prostitution and begging
- Abolishing or restricting Carnival

Communal leisure activities:

- Saint's day festivities
- Carnival
- Blood sports

Rituals of public humiliation:

- Charivari
- Stocks
- Public whipping and branding

Factors in witchcraft accusations:

- Prominence of women
- Regional variation
- Social upheaval

## TOPIC 2.6
# 16th-Century Society and Politics

## Required Course Content

**THEMATIC FOCUS**

**Social Organization and Development** `SCD`

Economic, political, and cultural factors have influenced the form and status of family, class, and social groups in European history, which has, in turn, affected both the individual and society.

| **LEARNING OBJECTIVE** | **HISTORICAL DEVELOPMENTS** |
|---|---|
| **Unit 2: Learning Objective E**<br><br>Explain how economic and intellectual developments from 1450 to 1648 affected social norms and hierarchies. | **KC-1.4.I.C**<br>Established hierarchies of class, religion, and gender continued to define social status and perceptions in rural and urban settings.<br><br>**KC-1.4.IV.A**<br>Rural and urban households worked as units, with men and women engaged in separate but complementary tasks.<br><br>**KC-1.4.IV.B**<br>The Renaissance and Reformation raised debates about female education and women's roles in the family, church, and society.<br><br>**KC-1.4.III.C**<br>Social dislocation, coupled with the shifting authority of religious institutions during the Reformation, left city governments with the task of regulating public morals.<br><br>**KC-1.4.V.A**<br>Leisure activities continued to be organized according to the religious calendar and the agricultural cycle, and remained communal in nature. |

*continued on next page*

1:26-cv-00351 PL0298

## Age of Reformation

### LEARNING OBJECTIVE

**Unit 2: Learning Objective E**

Explain how economic and intellectual developments from 1450 to 1648 affected social norms and hierarchies.

### HISTORICAL DEVELOPMENTS

**KC-1.4.V.B**

Local and church authorities continued to enforce communal norms through rituals of public humiliation.

**KC-1.4.V.C**

Reflecting folk ideas and social and economic upheaval, accusations of witchcraft peaked between 1580 and 1650.

**AVAILABLE RESOURCES**

- Classroom Resource > **Teaching with Primary Sources: "Using Historical Documents: Advice Literature and Early Modern England"**
- Classroom Resource > **Whose History Is It?: "*Querelle des Femmes:* 'The Debate over Women'"**
- Classroom Resource > **Whose History Is It?: "How to Adapt an Older DBQ for a Student-Run Lesson"**
- Classroom Resource > **Whose History Is It?: "A Thematic Unit for the Intersection of Gender and Class in AP European History" ("Lesson One: Women in the Reformation")**

1:26-cv-00351 PL0299



**UNIT 2**

**Age of Reformation**

**SUGGESTED SKILL**

 *Making Connections*

**5.A**

Identify patterns among or connections between historical developments and processes.



**ILLUSTRATIVE EXAMPLES**

Mannerist and Baroque artists whose art was used in new public buildings:

- El Greco
- Artemisia Gentileschi
- Gian Bernini
- Peter Paul Rubens

**AVAILABLE RESOURCE**

- Classroom Resource > **Using Works of Art in the AP Classroom: "Madonnas Through the Centuries"**

## TOPIC 2.7

# Art of the 16th Century: Mannerism and Baroque Art

## Required Course Content

### THEMATIC FOCUS

**Cultural and Intellectual Developments** CID

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

### LEARNING OBJECTIVE

**Unit 2: Learning Objective F**

Explain how and why artistic expression changed from 1450 to 1648.

### HISTORICAL DEVELOPMENTS

**KC-1.1.III.C**

Mannerist and Baroque artists employed distortion, drama, and illusion in their work. Monarchies, city-states, and the church commissioned these works as a means of promoting their own stature and power.

1:26-cv-00351 PL0300

Age of Reformation

## TOPIC 2.8
# Causation in the Age of Reformation and the Wars of Religion

The final topic in this unit focuses on the skill of argumentation and so provides an opportunity for your students to draw upon the key concepts and historical developments they have studied in this unit. Using evidence relevant to this unit's key concepts, students should practice the suggested skill for this topic.

**SUGGESTED SKILL**

 *Argumentation*

**6.B**
Support an argument using specific and relevant evidence.

- Describe specific examples of historically relevant evidence.
- Explain how specific examples of historically relevant evidence support an argument.

## Required Course Content

### LEARNING OBJECTIVE

**Unit 2: Learning Objective G**
Explain how the religious, political, and cultural developments of the 16th and 17th centuries affected European society from 1450 to 1648.

### REVIEW: UNIT 2 KEY CONCEPTS

**KC-1.2**
Religious pluralism challenged the concept of a unified Europe.

**KC-1.2.I**
The Protestant and Catholic reformations fundamentally changed theology, religious institutions, culture, and attitudes toward wealth and prosperity.

**KC-1.2.II**
Religious reform both increased state control of religious institutions and provided justifications for challenging state authority.

**KC-1.2.III**
Conflicts among religious groups overlapped with political and economic competition within and among states.

*continued on next page*

1:26-cv-00351 PL0301



**UNIT 2**

## Age of Reformation

### LEARNING OBJECTIVE

**Unit 2: Learning Objective G**

Explain how the religious, political, and cultural developments of the 16th and 17th centuries affected European society from 1450 to 1648.

### REVIEW: UNIT 2 KEY CONCEPTS

**KC-1.4**

European society and the experiences of everyday life were increasingly shaped by commercial and agricultural capitalism, notwithstanding the continued existence of medieval social and economic structures.

**KC-1.4.III**

Population shifts and growing commerce caused the expansion of cities, which often placed stress on their traditional political and social structures.

**KC-1.4.IV**

The family remained the primary social and economic institution of early modern Europe and took several forms, including the nuclear family.

**KC-1.4.V**

Popular culture, leisure activities, and rituals reflecting the continued popularity of folk ideas reinforced and sometimes challenged communal ties and norms.

**KC-1.5**

The struggle for sovereignty within and among states resulted in varying degrees of political centralization.

**KC-1.5.I**

The new concept of the sovereign state and secular systems of law played a central role in the creation of new political institutions.

© 2020 College Board

1:26-cv-00351 PL0302

## AP EUROPEAN HISTORY

# UNIT 3

# Absolutism and Constitutionalism

*c. 1648 to c. 1815*



**10–15%**
AP EXAM WEIGHTING



**~15**
CLASS PERIODS

1:26-cv-00351 PL0303



Remember to go to **AP Classroom** to assign students the online **Personal Progress Check** for this unit.

Whether assigned as homework or completed in class, the **Personal Progress Check** provides each student with immediate feedback related to this unit's topics and skills.

### Personal Progress Check 3

**Multiple-choice: ~20 questions**
**Short-answer: 2 questions**

- Primary source
- Primary source

**Free-response: 1 question**

- Long essay (partial)

1:26-cv-00351 PL0304



## UNIT 3

**10–15%** AP EXAM WEIGHTING | **~15** CLASS PERIODS

# Absolutism and Constitutionalism

*c. 1648 to c. 1815*

## UNIT AT A GLANCE

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods ~15 CLASS PERIODS |
|---|---|---|---|---|
| | **3.1 Contextualizing State Building** | Causation | **4.A** Identify and describe a historical context for a specific historical development or process. | |
| SOP | **3.2 The English Civil War and the Glorious Revolution** | Causation | **1.B** Explain a historical concept, development, or process. | |
| ECD | **3.3 Continuities and Changes to Economic Practice and Development** | Continuity and Change | **5.A** Identify patterns among or connections between historical developments and processes. | |
| ECD | **3.4 Economic Development and Mercantilism** | Continuity and Change | **1.B** Explain a historical concept, development, or process. | |
| SOP | **3.5 The Dutch Golden Age** | Causation | **2.B** Explain the point of view, purpose, historical situation, and/or audience of a source. | |
| SOP, TSI | **3.6 Balance of Power** | Causation | **3.A** Identify and describe a claim and/or argument in a text-based or non-text-based source. | |

*continued on next page*

1:26-cv-00351 PL0305



**UNIT 3** | Absolutism and Constitutionalism

# UNIT AT A GLANCE (cont'd)

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods ~15 CLASS PERIODS |
|---|---|---|---|---|
| SOP | **3.7 Absolutist Approaches to Power** | Causation | **5.A** Identify patterns among or connections between historical developments and processes. | |
| | **3.8 Comparison in the Age of Absolutism and Constitutionalism** | Comparison | **6.B** Support an argument using specific and relevant evidence.<br>• Describe specific examples of historically relevant evidence.<br>• Explain how specific examples of historically relevant evidence support an argument. | |

Go to **AP Classroom** to assign the **Personal Progress Check** for Unit 3.
Review the results in class to identify and address any student misunderstandings.

© 2020 College Board

1:26-cv-00351 PL0306

**UNIT 3**

# SAMPLE INSTRUCTIONAL ACTIVITIES

The sample activities on this page are optional and are offered to provide possible ways to incorporate instructional approaches into the classroom. They were developed in partnership with teachers from the AP community to share ways that they approach teaching some of the topics in this unit. Please refer to the Instructional Approaches section beginning on p. 213 for more examples of activities and strategies.

| Activity | Topic | Sample Activity |
|---|---|---|
| 1 | 3.2 | **Graphic Organizer**<br>Have students develop a concept map that shows the causes and effects that led to the English Civil War and the Glorious Revolution. |
| 2 | 3.3 | **Create Representation**<br>Give students a set of data, such as rates of production in putting-out or cottage industries in the 1600s, and have them create a graph that best shows the data and the trends. |
| 3 | 3.6 and 3.7 | **Jigsaw**<br>Have students share information about various types of government in this period. Have students read and analyze primary and secondary sources related to various rulers and ask them to explain how each ruler represents absolutism or constitutionalism. |
| 4 | 3.8 | **Graphic Organizer**<br>Have students use a graphic organizer, such as a Venn diagram, to analyze four documents related to types of government (such as writings by Louis XIV, Peter the Great, or King James I of England). Have students determine whether the documents support an absolutist or constitutional form of rule, or both. |

### ✎ Unit Planning Notes

*Use the space below to plan your approach to the unit. Consider how to help students connect their identification and description of arguments and evidence in primary sources to developing their own claims and supporting evidence.*

1:26-cv-00351 PL0307



**UNIT 3**

**Absolutism and Constitutionalism**

**SUGGESTED SKILL**



*Contextualization*

**4.A**

Identify and describe a historical context for a specific historical development or process.



**ILLUSTRATIVE EXAMPLES**

Competition between monarchs and nobles:

- Louis XIII and Cardinal Richelieu
- The Fronde in France
- The Catalan Revolts in Spain

Competition between minority and dominant national groups:

- Celtic regions of Scotland, Ireland, and France
- Dutch resistance in the Spanish Netherlands
- Czech identity in the Holy Roman Empire/ Jan Hus/Defenestration

## TOPIC 3.1
# Contextualizing State Building

Spend a class period helping students understand some contexts for this unit. Considering this unit's key concepts (previewed below), select one or two for which your students will most need context.

To understand context, your students could examine:

- Change from and/or continuity with preceding historical developments.
- Similarities and/or differences with contemporaneous historical developments in different regions or geographical areas.

Whenever possible, draw upon students' relevant prior knowledge, and anchor this contextualization lesson in historical source material of varying formats such as visuals, data, or written texts, or conduct an activity that engages students in exploring context.

## Required Course Content

**LEARNING OBJECTIVE**

**Unit 3: Learning Objective A**

Explain the context in which different forms of political power developed from 1648 to 1815.

**PREVIEW: UNIT 3 KEY CONCEPTS**

**KC-1.5**

The struggle for sovereignty within and among states resulted in varying degrees of political centralization.

**KC-1.5.I**

The new concept of the sovereign state and secular systems of law played a central role in the creation of new political institutions.

**KC-1.5.III**

The competition for power between monarchs and corporate and minority language groups produced different distributions of governmental authority in European states.

*continued on next page*

1:26-cv-00351 PL0308

## Absolutism and Constitutionalism

**UNIT 3**

### LEARNING OBJECTIVE

**Unit 3: Learning Objective A**

Explain the context in which different forms of political power developed from 1648 to 1815.

### PREVIEW: UNIT 3 KEY CONCEPTS

**KC-1.5.III.B**

Monarchies seeking enhanced power faced challenges from nobles who wished to retain traditional forms of shared governance and regional autonomy.

**KC-1.5.III.C**

Within states, minority local and regional identities based on language and culture led to resistance against the dominant national group.

**KC-2.1**

Different models of political sovereignty affected the relationship among states and between states and individuals.

**KC-2.1.I**

In much of Europe, absolute monarchy was established over the course of the 17th and 18th centuries.

**KC-2.1.II**

Challenges to absolutism resulted in alternative political systems.

© 2020 College Board

1:26-cv-00351 PL0309



**UNIT 3**

**Absolutism and Constitutionalism**

SUGGESTED SKILL

 *Developments and Processes*

**1.B**

Explain a historical concept, development, or process.



**ILLUSTRATIVE EXAMPLES**

Competitors for power in the English Civil War:

- James I
- Charles I
- Oliver Cromwell

Outcomes of the English Civil War and the Glorious Revolution:

- English Bill of Rights
- Parliamentary sovereignty

## TOPIC 3.2
# The English Civil War and the Glorious Revolution

## Required Course Content

### THEMATIC FOCUS
**States and Other Institutions of Power** `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 3: Learning Objective B**

Explain the causes and consequences of the English Civil War.

### HISTORICAL DEVELOPMENTS

**KC-1.5.III.A**

The English Civil War—a conflict among the monarchy, Parliament, and other elites over their respective roles in the political structure—exemplified the competition for power among monarchs and competing groups.

**KC-2.1.II.A**

The outcome of the English Civil War and the Glorious Revolution protected the rights of gentry and aristocracy from absolutism through assertions of the rights of Parliament.

1:26-cv-00351 PL0310

**Absolutism and Constitutionalism**

## TOPIC 3.3
# Continuities and Changes to Economic Practice and Development

## Required Course Content

### THEMATIC FOCUS

**Economic and Commercial Developments** `ECD`

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

### LEARNING OBJECTIVE

**Unit 3: Learning Objective C**

Explain the continuities and changes in commercial and economic developments from 1648 to 1815.

### HISTORICAL DEVELOPMENTS

**KC-2.2.I.B**

The Agricultural Revolution raised productivity and increased the supply of food and other agricultural products.

**KC-2.2.II.D**

The importation and transplantation of agricultural products from the Americas contributed to an increase in the food supply in Europe.

**KC-2.2.I.A**

Labor and trade in commodities were increasingly freed from traditional restrictions imposed by governments and corporate entities.

**KC-2.2.I.C**

The putting-out system, or cottage industry, expanded as increasing numbers of laborers in homes or workshops produced for markets through merchant intermediaries or workshop owners.

*continued on next page*

---

**SUGGESTED SKILL**

 *Making Connections*

`5.A`

Identify patterns among or connections between historical developments and processes.



**ILLUSTRATIVE EXAMPLES**

New financial practices and institutions:

- Insurance
- Banking institutions for turning private savings into venture capital
- New definitions of property rights and protections against confiscation
- Bank of England

**AVAILABLE RESOURCES**

- Professional Development > **Teaching and Assessing: Analyzing Quantitative Sources: Causes of the Commercial and Agricultural Revolutions (Focus on Teaching)**
- Professional Development > **Teaching and Assessing: Analyzing Quantitative Sources: Causes of the Commercial and Agricultural Revolutions (Focus on Assessment)**

---

1:26-cv-00351 PL0311



# UNIT 3

## Absolutism and Constitutionalism

### LEARNING OBJECTIVE

**Unit 3: Learning Objective C**

Explain the continuities and changes in commercial and economic developments from 1648 to 1815.

### HISTORICAL DEVELOPMENTS

**KC-2.2.I.D**

The development of the market economy led to new financial practices and institutions.

**KC-2.2.I**

Early modern Europe developed a market economy that provided the foundation for its global role.

1:26-cv-00351 PL0312

**Absolutism and Constitutionalism**

## TOPIC 3.4

# Economic Development and Mercantilism

## Required Course Content

### THEMATIC FOCUS

**Economic and Commercial Developments** `ECD`

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

### LEARNING OBJECTIVE

`Unit 3: Learning Objective C`

Explain the continuities and changes in commercial and economic developments from 1648 to 1815.

### HISTORICAL DEVELOPMENTS

`KC-2.2.II`

The European-dominated worldwide economic network contributed to the agricultural, industrial, and consumer revolutions in Europe.

`KC-2.2.II.A`

European states followed mercantilist policies by drawing resources from colonies in the New World and elsewhere.

`KC-2.2.II.B`

The transatlantic slave-labor system expanded in the 17th and 18th centuries as demand for New World products increased.

`KC-2.2.II.C`

Overseas products and influences contributed to the development of a consumer culture in Europe.

`KC-2.2.II.D`

The importation and transplantation of agricultural products from the Americas contributed to an increase in the food supply in Europe.

`KC-2.2.II.E`

Foreign lands provided raw materials, finished goods, laborers, and markets for the commercial and industrial enterprises in Europe.

---

**SUGGESTED SKILL**

 *Developments and Processes*

`1.B` Explain a historical concept, development, or process.



**ILLUSTRATIVE EXAMPLES**

Transatlantic slave-labor systems:

- Middle Passage
- Triangle trade

Overseas products:

- Sugar
- Tea
- Silks and other fabrics
- Tobacco
- Rum
- Coffee

**AVAILABLE RESOURCE**

- Professional Development > **Teaching and Assessing: Analyzing Quantitative Sources: Causes of the Commercial and Agricultural Revolutions (Focus on Teaching)**

1:26-cv-00351 PL0313



**UNIT 3**

**Absolutism and Constitutionalism**

**SUGGESTED SKILL**

*Sourcing and Situation*

**2.B**

Explain the point of view, purpose, historical situation, and/or audience of a source.

## TOPIC 3.5
# The Dutch Golden Age

## Required Course Content

### THEMATIC FOCUS

**States and Other Institutions of Power** SOP

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 3: Learning Objective D**

Explain the factors that contributed to the development of the Dutch Republic.

### HISTORICAL DEVELOPMENTS

**KC-2.1.II.B**

The Dutch Republic, established by a Protestant revolt against the Habsburg monarchy, developed an oligarchy of urban gentry and rural landholders to promote trade and protect traditional rights.

© 2020 College Board

1:26-cv-00351 PL0314

**Absolutism and Constitutionalism**

## TOPIC 3.6
# Balance of Power

### Required Course Content

**THEMATIC FOCUS**

**States and Other Institutions of Power** `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

**LEARNING OBJECTIVE**

**Unit 3: Learning Objective E**

Explain how European states attempted to establish and maintain a balance of power on the continent throughout the period from 1648 to 1815.

**HISTORICAL DEVELOPMENTS**

**KC-1.5.II**

The competitive state system led to new patterns of diplomacy and new forms of warfare.

**KC-1.5.II.A**

Following the Peace of Westphalia, religion declined in importance as a cause for warfare among European states; the concept of the balance of power played an important role in structuring diplomatic and military objectives.

**KC-2.1.I.D**

The inability of the Polish monarchy to consolidate its authority over the nobility led to Poland's partition by Prussia, Russia, and Austria, and its disappearance from the map of Europe.

*continued on next page*

**SUGGESTED SKILL**

 *Claims and Evidence in Sources*

`3.A`

Identify and describe a claim and/or argument in a text-based or non-text-based source.



**ILLUSTRATIVE EXAMPLES**

Louis XIV's nearly continuous wars:

- Dutch War
- Nine Years' War
- War of the Spanish Succession

States that benefited from the military revolution:

- Spain under the Habsburgs
- Sweden under Gustavus Adolphus
- France

1:26-cv-00351 PL0315



## UNIT 3

## Absolutism and Constitutionalism

### LEARNING OBJECTIVE

**Unit 3: Learning Objective E**

Explain how European states attempted to establish and maintain a balance of power on the continent throughout the period from 1648 to 1815.

### HISTORICAL DEVELOPMENTS

**KC-2.1.III**

After 1648, dynastic and state interests, along with Europe's expanding colonial empires, influenced the diplomacy of European states and frequently led to war.

**KC-2.1.III.B**

After the Austrian defeat of the Turks in 1683 at the Battle of Vienna, the Ottomans ceased their westward expansion.

**KC-2.1.III.C**

Louis XIV's nearly continuous wars, pursuing both dynastic and state interests, provoked a coalition of European powers opposing him.

### THEMATIC FOCUS

**Technological and Scientific Innovation** TSI

Scientific and technological innovations have increased efficiency, improved daily life, and shaped human development and interactions, having both intended and unintended consequences.

### LEARNING OBJECTIVE

**Unit 3: Learning Objective F**

Explain how advances in technology contributed to a developing balance of power on the continent throughout the period from 1648 to 1815.

### HISTORICAL DEVELOPMENTS

**KC-1.5.II.B**

Advances in military technology led to new forms of warfare, including greater reliance on infantry, firearms, mobile cannon, and more elaborate fortifications, all financed by heavier taxation and requiring a larger bureaucracy. New military techniques and institutions (i.e., the military revolution) tipped the balance of power toward states able to marshal sufficient resources for the new military environment.

© 2020 College Board

1:26-cv-00351 PL0316

**Absolutism and Constitutionalism**

## TOPIC 3.7
# Absolutist Approaches to Power

## Required Course Content

### THEMATIC FOCUS
### States and Other Institutions of Power `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

`Unit 3: Learning Objective G`

Explain how absolutist forms of rule affected social and political development from 1648 to 1815.

### HISTORICAL DEVELOPMENTS

`KC-2.1.I.A`

Absolute monarchies limited the nobility's participation in governance but preserved the aristocracy's social position and legal privileges.

`KC-2.1.I.B`

Louis XIV and his finance minister, Jean-Baptiste Colbert, extended the administrative, financial, military, and religious control of the central state over the French population.

`KC-2.1.I.E`

Peter the Great "westernized" the Russian state and society, transforming political, religious, and cultural institutions; Catherine the Great continued this process.

---

**SUGGESTED SKILL**

 *Making Connections*

`5.A`

Identify patterns among or connections between historical developments and processes.



**ILLUSTRATIVE EXAMPLES**

Absolute monarchs:
- James I of England
- Peter the Great of Russia
- Philip II, III, and IV of Spain

Extended power of the state:
- Intendants
- Modernized, state-controlled military

Russian westernization:
- Russian Academy of Sciences
- Education
- Western fashion
- Expanded military

**AVAILABLE RESOURCES**
- Classroom Resource > **Using Works of Art in the AP Classroom: "Of Palaces and Princes: Understanding Politics, Society, and Architecture"**
- Classroom Resource > **Thematic Approaches: "Louis XIV and the Limits of Absolutism: Administration and Taxation"**

---

1:26-cv-00351 PL0317



**UNIT 3**

**Absolutism and Constitutionalism**

**SUGGESTED SKILL**

*Argumentation*

**6.B**

Support an argument using specific and relevant evidence.

- Describe specific examples of historically relevant evidence.
- Explain how specific examples of historically relevant evidence support an argument.

**TOPIC 3.8**

# Comparison in the Age of Absolutism and Constitutionalism

The final topic in this unit focuses on the skill of argumentation and so provides an opportunity for your students to draw upon the key concepts and historical developments they have studied in this unit. Using evidence relevant to this unit's key concepts, students should practice the suggested skill for this topic.

## Required Course Content

**LEARNING OBJECTIVE**

**Unit 3: Learning Objective H**

Compare the different forms of political power that developed in Europe from 1648 to 1815.

**REVIEW: UNIT 3 KEY CONCEPTS**

**KC-1.5**

The struggle for sovereignty within and among states resulted in varying degrees of political centralization.

**KC-1.5.I**

The new concept of the sovereign state and secular systems of law played a central role in the creation of new political institutions.

**KC-1.5.III**

The competition for power between monarchs and corporate and minority language groups produced different distributions of governmental authority in European states.

**KC-1.5.III.B**

Monarchies seeking enhanced power faced challenges from nobles who wished to retain traditional forms of shared governance and regional autonomy.

**KC-1.5.III.C**

Within states, minority local and regional identities based on language and culture led to resistance against the dominant national group.

*continued on next page*

1:26-cv-00351 PL0318

## Absolutism and Constitutionalism

### LEARNING OBJECTIVE

**Unit 3: Learning Objective H**

Compare the different forms of political power that developed in Europe from 1648 to 1815.

### REVIEW: UNIT 3 KEY CONCEPTS

**KC-2.1**

Different models of political sovereignty affected the relationship among states and between states and individuals.

**KC-2.1.I**

In much of Europe, absolute monarchy was established over the course of the 17th and 18th centuries.

**KC-2.1.II**

Challenges to absolutism resulted in alternative political systems.

**KC-2.2**

The expansion of European commerce accelerated the growth of a worldwide economic network.

**KC-2.2.I**

Early modern Europe developed a market economy that provided the foundation for its global role.

**KC-2.2.II**

The European-dominated worldwide economic network contributed to the agricultural, industrial, and consumer revolutions in Europe.

© 2020 College Board

1:26-cv-00351 PL0319

THIS PAGE IS INTENTIONALLY LEFT BLANK.

1:26-cv-00351 PL0320

**AP EUROPEAN HISTORY**

# UNIT 4

# Scientific, Philosophical, and Political Developments

*c. 1648 to c. 1815*



**10–15%**
AP EXAM WEIGHTING



**~15**
CLASS PERIODS

1:26-cv-00351 PL0321

1:26-cv-00351 PL0322



Remember to go to **AP Classroom** to assign students the online **Personal Progress Check** for this unit.

Whether assigned as homework or completed in class, the **Personal Progress Check** provides each student with immediate feedback related to this unit's topics and skills.

## Personal Progress Check 4

**Multiple-choice: ~15 questions**
**Short-answer: 2 questions**
- Primary source
- Secondary source

**Free-response: 1 question**
- Long essay (partial)

## UNIT 4

**10–15%** AP EXAM WEIGHTING     **~15** CLASS PERIODS

# Scientific, Philosophical, and Political Developments

*c. 1648 to c. 1815*

## UNIT AT A GLANCE

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods ~15 CLASS PERIODS |
|---|---|---|---|---|
| | **4.1 Contextualizing the Scientific Revolution and the Enlightenment** | Causation | **4.A** Identify and describe a historical context for a specific historical development or process. | |
| TSI | **4.2 The Scientific Revolution** | Causation | **3.D** Explain how claims or evidence support, modify, or refute a source's argument. | |
| SCD, CID | **4.3 The Enlightenment** | Causation | **5.B** Explain how a historical development or process relates to another historical development or process. | |
| SCD | **4.4 18th-Century Society and Demographics** | Continuity and Change | **4.B** Explain how a specific historical development or process is situated within a broader historical context. | |
| CID | **4.5 18th-Century Culture and Arts** | Continuity and Change | **4.A** Identify and describe a historical context for a specific historical development or process. | |
| SOP, NEI | **4.6 Enlightened and Other Approaches to Power** | Causation | **2.B** Explain the point of view, purpose, historical situation, and/or audience of a source. | |
| | **4.7 Causation in the Age of the Scientific Revolution and the Enlightenment** | Causation | **6.C** Use historical reasoning to explain relationships among pieces of historical evidence. | |

**AP** Go to **AP Classroom** to assign the **Personal Progress Check** for Unit 4.
Review the results in class to identify and address any student misunderstandings.

1:26-cv-00351 PL0323



**UNIT 4**

Scientific, Philosophical, and Political Developments

# SAMPLE INSTRUCTIONAL ACTIVITIES

The sample activities on this page are optional and are offered to provide possible ways to incorporate instructional approaches into the classroom. They were developed in partnership with teachers from the AP community to share ways that they approach teaching some of the topics in this unit. Please refer to the Instructional Approaches section beginning on p. 213 for more examples of activities and strategies.

| Activity | Topic | Sample Activity |
|---|---|---|
| 1 | 4.2 | **Questioning a Source**<br>Assign students to read and analyze a visual source related to the Scientific Revolution and write down any clarification and discussion questions that come to mind. Have students form groups around similar questions and ask them to find answers in the textbook or another source. Have groups present their findings and lead a discussion about links to other historical events, developments, or processes (such as the Renaissance, the Age of Discovery, or the Reformation). |
| 2 | 4.3 | **Jigsaw**<br>Create an Enlightenment salon in your classroom. Have students focus not only on works of their assigned philosophe but also on the effects of the philosophe's works on culture, society, or government. |
| 3 | 4.4 | **Look for a Pattern**<br>Using a complex graph (with at least two data sets, such as the populations of cities and accumulation of wealth), have students compare the data to find a trend and draw a conclusion. |
| 4 | 4.7 | **Socratic Seminar**<br>Ask the question *How did the Enlightenment influence the popular idea of "the individual"?* to initiate discussion where students can illustrate their understanding of the learning objectives and essential knowledge statements. |

✎ **Unit Planning Notes**

*Use the space below to plan your approach to the unit. Consider how to help students connect their identification and description of arguments and evidence in primary sources to developing their own claims and supporting evidence.*

© 2020 College Board

1:26-cv-00351 PL0324

**Scientific, Philosophical, and Political Developments**

UNIT
**4**

## TOPIC 4.1

# Contextualizing the Scientific Revolution and the Enlightenment

SUGGESTED SKILL

 *Contextualization*

**4.A**

Identify and describe a historical context for a specific historical development or process.

Spend a class period helping students understand some contexts for this unit. Considering this unit's key concepts (previewed below), select one or two for which your students will most need context.

To understand context, your students could examine:

- Change from and/or continuity with preceding historical developments.
- Similarities and/or differences with contemporaneous historical developments in different regions or geographical areas.

Whenever possible, draw upon students' relevant prior knowledge, and anchor this contextualization lesson in historical source material of varying formats such as visuals, data, or written texts, or conduct an activity that engages students in exploring context.

## Required Course Content

### LEARNING OBJECTIVE

**Unit 4: Learning Objective A**

Explain the context in which the Scientific Revolution and Enlightenment developed in Europe.

### PREVIEW: UNIT 4 KEY CONCEPTS

**KC-1.1**

The rediscovery of works from ancient Greece and Rome and observation of the natural world changed many Europeans' view of their world.

**KC-1.1.IV**

New ideas in science based on observation, experimentation, and mathematics challenged classical views of the cosmos, nature, and the human body, although existing traditions of knowledge and the universe continued.

*continued on next page*

1:26-cv-00351 PL0325



**UNIT 4**

## Scientific, Philosophical, and Political Developments

**LEARNING OBJECTIVE**

Unit 4: Learning Objective A

Explain the context in which the Scientific Revolution and Enlightenment developed in Europe.

**PREVIEW: UNIT 4 KEY CONCEPTS**

KC-2.3

The spread of Scientific Revolution concepts and practices and the Enlightenment's application of these concepts and practices to political, social, and ethical issues led to an increased but not unchallenged emphasis on reason in European culture.

KC-2.3.I

Enlightenment thought, which focused on concepts such as empiricism, skepticism, human reason, rationalism, and classical sources of knowledge, challenged the prevailing patterns of thought with respect to social order, institutions of government, and the role of faith.

KC-2.3.II

New public venues and print media popularized Enlightenment ideas.

KC-2.3.III

New political and economic theories challenged absolutism and mercantilism.

KC-2.3.IV

During the Enlightenment, the rational analysis of religious practices led to natural religion and the demand for religious toleration.

KC-2.4

The experiences of everyday life were shaped by demographic, environmental, medical, and technological changes.

KC-2.4.III

By the 18th century, family and private life reflected new demographic patterns and the effects of the commercial revolution.

© 2020 College Board

1:26-cv-00351 PL0326

**Scientific, Philosophical, and Political Developments**

## TOPIC 4.2
# The Scientific Revolution

SUGGESTED SKILL

 *Claims and Evidence in Sources*

**3.D**

Explain how claims or evidence support, modify, or refute a source's argument.

## Required Course Content

### THEMATIC FOCUS

**Technological and Scientific Innovation** TSI

Scientific and technological innovations have increased efficiency, improved daily life, and shaped human development and interactions, having both intended and unintended consequences.

### LEARNING OBJECTIVE

**Unit 4: Learning Objective B**

Explain how understanding of the natural world developed and changed during the Scientific Revolution and Enlightenment.

### HISTORICAL DEVELOPMENTS

**KC-1.1.IV.A**

New ideas and methods in astronomy led individuals, including Copernicus, Galileo, and Newton, to question the authority of the ancients and traditional knowledge, and to develop a heliocentric view of the cosmos.

**KC-1.1.IV.B**

Anatomical and medical discoveries by physicians, including William Harvey, presented the body as an integrated system, challenging the traditional humoral theory of the body and of disease espoused by Galen.

**KC-1.1.IV.C**

Francis Bacon and René Descartes defined inductive and deductive reasoning and promoted experimentation and the use of mathematics, which would ultimately shape the scientific method.

**KC-1.1.IV.D**

Alchemy and astrology continued to appeal to elites and some natural philosophers, in part because they shared with the new science the notion of a predictable and knowable universe. At the same time, many people continued to believe that the cosmos was governed by spiritual forces.

**ILLUSTRATIVE EXAMPLES**

Additional physicians who challenged Galen:

- Paracelsus
- Andreas Vesalius

Natural philosophers who continued to hold traditional views of alchemy and astrology:

- Paracelsus
- Johannes Kepler
- Sir Isaac Newton

**AVAILABLE RESOURCE**

- Classroom Resource > **Thematic Approaches: "Full and Plain Evidence: Science, Tradition and Religion in Early Modern Europe"**

1:26-cv-00351 PL0327



**UNIT 4**

Scientific, Philosophical, and Political Developments

**SUGGESTED SKILL**

 *Making Connections*

**5.B**

Explain how a historical development or process relates to another historical development or process.



**ILLUSTRATIVE EXAMPLES**
Works applying scientific principles to society:
- Montesquieu's *The Spirit of the Laws*
- Cesare Beccaria's *On Crimes and Punishments*

Individuals who challenged Rousseau's position on women:
- Mary Wollstonecraft
- Marquis de Condorcet

Institutions that broadened the audience for new ideas:
- Coffeehouses
- Academies
- Lending libraries
- Masonic lodges

Proponents of new economic ideas:
- Physiocrats
- Francois Quesnay
- Anne Robert Jacques Turgot

Intellectuals:
- David Hume
- Baron d'Holbach

Religious developments:
- Revival of German Pietism

**AVAILABLE RESOURCE**
- Classroom Resource > **Three Lesson Plans: France in the Late-18th and Early-19th Centuries (Lesson Plan 1: Re-creating an Enlightenment Salon)**

# TOPIC 4.3
# The Enlightenment

## Required Course Content

**THEMATIC FOCUS**

**Social Organization and Development** SCD

Economic, political, and cultural factors have influenced the form and status of family, class, and social groups in European history, which has, in turn, affected both the individual and society.

**LEARNING OBJECTIVE**

**Unit 4: Learning Objective C**

Explain the causes and consequences of Enlightenment thought on European society from 1648 to 1815.

**HISTORICAL DEVELOPMENTS**

**KC-2.3.I.A**

Intellectuals, including Voltaire and Diderot, began to apply the principles of the Scientific Revolution to society and human institutions.

**KC-2.3.I.B**

Locke and Rousseau developed new political models based on the concept of natural rights and the social contract.

**KC-2.3.I.C**

Despite the principles of equality espoused by the Enlightenment and the French Revolution, intellectuals such as Rousseau offered controversial arguments for the exclusion of women from political life.

*continued on next page*

1:26-cv-00351 PL0328

## Scientific, Philosophical, and Political Developments



UNIT
4

### THEMATIC FOCUS

**Cultural and Intellectual Developments** `CID`

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

### LEARNING OBJECTIVE

`Unit 4: Learning Objective D`

Explain the influence of Enlightenment thought on European intellectual development from 1648 to 1815.

### HISTORICAL DEVELOPMENTS

`KC-2.3.II.A`

A variety of institutions, including salons, explored and disseminated Enlightenment culture.

`KC-2.3.III.A`

Political theories, including John Locke's, conceived of society as composed of individuals driven by self-interest and argued that the state originated in the consent of the governed (i.e., a social contract) rather than in divine right or tradition.

`KC-2.3.III.B`

Mercantilist theory and practice were challenged by new economic ideas, including Adam Smith's, which espoused free trade and a free market.

`KC-2.3.I`

Enlightenment thought, which focused on concepts such as empiricism, skepticism, human reason, rationalism, and classical sources of knowledge, challenged the prevailing patterns of thought with respect to social order, institutions of government, and the role of faith.

`KC-2.3.IV.A`

Intellectuals, including Voltaire and Diderot, developed new philosophies of deism, skepticism, and atheism.

`KC-2.3.IV.B`

Religion was viewed increasingly as a matter of private rather than public concern.

© 2020 College Board

1:26-cv-00351 PL0329



**UNIT 4**

## Scientific, Philosophical, and Political Developments

**SUGGESTED SKILL**

 *Contextualization*

**4.B**

Explain how a specific historical development or process is situated within a broader historical context.



**ILLUSTRATIVE EXAMPLES**

Inoculation and disease control:

- Lady Mary Wortley Montagu

Increased emphasis on childhood:

- Jean-Jacques Rousseau
- Education in Napoleonic France and Austria
- Painting and portraiture

**AVAILABLE RESOURCES**

- Classroom Resource > **Whose History Is It?: "Using Primary Documents to Teach Point of View Attitudes Toward Bourgeois *Arrivistes* in Eighteenth-Century France: Class, Gender, and Vocation"**
- Classroom Resource > **Whose History Is It?: "Using Primary Documents to Teach Point of View Women and Attitudes Toward Marriage in Eighteenth-Century France: Class, Gender, Age and Vocation"**
- Classroom Resource > **Whose History Is It?: "Art as a Window to the European World: The Poor from the Fifteenth to the Nineteenth Centuries: Class and Point of View"**

## TOPIC 4.4
# 18th-Century Society and Demographics

## Required Course Content

**THEMATIC FOCUS**

**Social Organization and Development** `SCD`

Economic, political, and cultural factors have influenced the form and status of family, class, and social groups in European history, which has, in turn, affected both the individual and society.

**LEARNING OBJECTIVE**

**Unit 4: Learning Objective E**

Explain the factors contributing to and the consequences of demographic changes from 1648 to 1815.

**HISTORICAL DEVELOPMENTS**

**KC-2.4.I**

In the 17th century, small landholdings, low-productivity agricultural practices, poor transportation, and adverse weather limited and disrupted the food supply, causing periodic famines. By the 18th century, the balance between population and the food supply stabilized, resulting in steady population growth.

**KC-2.4.I.A**

By the middle of the 18th century, higher agricultural productivity and improved transportation increased the food supply, allowing populations to grow and reducing the number of demographic crises (a process known as the Agricultural Revolution).

**KC-2.4.I.B**

In the 18th century, plague disappeared as a major epidemic disease, and inoculation reduced smallpox mortality.

**KC-2.4.III.A**

Although the rate of illegitimate births increased in the 18th century, population growth was limited by the European marriage pattern, and in some areas by various birth control methods.

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0330

## Scientific, Philosophical, and Political Developments

### LEARNING OBJECTIVE

**Unit 4: Learning Objective E**

Explain the factors contributing to and the consequences of demographic changes from 1648 to 1815.

### HISTORICAL DEVELOPMENTS

**KC-2.4.III.B**

As infant and child mortality decreased, and commercial wealth increased, families dedicated more space and resources to children and child-rearing, as well as private life and comfort.

**KC-2.4.IV**

Cities offered economic opportunities, which attracted increasing migration from rural areas, transforming urban life and creating challenges for the new urbanites and their families.

**KC-2.4.IV.A**

The Agricultural Revolution produced more food using fewer workers; as a result, people migrated from rural areas to the cities in search of work.

**KC-2.4.IV.B**

The growth of cities eroded traditional communal values, and city governments strained to provide protection and a healthy environment.

**KC-2.4.IV.C**

The concentration of the poor in cities led to a greater awareness of poverty, crime, and prostitution as social problems, and prompted increased efforts to police marginal groups.

**AVAILABLE RESOURCES**
*(CONT'D)*

- Classroom Resource > **Whose History Is It?: "A Thematic Unit for the Intersection of Gender and Class in AP European History"** (Lesson Two: The *Harlot's Progress*— 'Working Women' in Eighteenth-Century London)

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0331



**UNIT 4**

## Scientific, Philosophical, and Political Developments

**SUGGESTED SKILL**

 *Contextualization*

**4.A**

Identify and describe a historical context for a specific historical development or process.

---

**ILLUSTRATIVE EXAMPLES**

Printed materials:

- Newspapers
- Periodicals
- Books
- Pamphlets
- The *Encyclopédie*

Baroque artists and musicians who promoted religion or glorified monarchy:

- Diego Velásquez
- Gian Bernini
- George Frideric Handel
- J. S. Bach

Artistic movements that reflected commercial society or Enlightenment ideals:

- Dutch painting
- Rembrandt
- Jan Vermeer
- Jacques-Louis David
- Pantheon in Paris

Literature that reflected commercial society or Enlightenment ideals:

- Daniel Defoe
- Samuel Richardson
- Henry Fielding
- Johann Wolfgang von Goethe
- Jane Austen

---

## TOPIC 4.5
# 18th-Century Culture and Arts

---

## Required Course Content

### THEMATIC FOCUS

#### Cultural and Intellectual Developments `CID`

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

| LEARNING OBJECTIVE | HISTORICAL DEVELOPMENTS |
|---|---|
| **Unit 4: Learning Objective F**<br>Explain how European cultural and intellectual life was maintained and changed throughout the period from 1648 to 1815. | **KC-2.3.II.B**<br>Despite censorship, increasingly numerous and varied printed materials served a growing literate public and led to the development of public opinion.<br><br>**KC-2.3.II.C**<br>Natural sciences, literature, and popular culture increasingly exposed Europeans to representations of peoples outside Europe and, on occasion, challenges to accepted social norms. |

*continued on next page*

1:26-cv-00351 PL0332

## Scientific, Philosophical, and Political Developments



**UNIT 4**

### LEARNING OBJECTIVE

**Unit 4: Learning Objective F**

Explain how European cultural and intellectual life was maintained and changed throughout the period from 1648 to 1815.

### HISTORICAL DEVELOPMENTS

**KC-2.3.V**

The arts moved from the celebration of religious themes and royal power to an emphasis on private life and the public good.

**KC-2.3.V.A**

Until about 1750, Baroque art and music promoted religious feeling and was employed by monarchs to illustrate state power.

**KC-2.3.V.B**

18th-century art and literature increasingly reflected the outlook and values of commercial and bourgeois society. Neoclassicism expressed new Enlightenment ideals of citizenship and political participation.

**KC-2.4.II**

The consumer revolution of the 18th century was shaped by a new concern for privacy, encouraged the purchase of new goods for homes, and created new venues for leisure activities.

**ILLUSTRATIVE EXAMPLES (CONT'D)**

A new concern for privacy:

- Homes built to include private retreats, such as the boudoir
- Novels that encouraged a reflection on private emotion

New consumer goods for homes:

- Porcelain dishes
- Cotton and linens for home décor
- Mirrors
- Prints

New leisure venues:

- Coffeehouses
- Taverns
- Theaters and opera houses

**AVAILABLE RESOURCES**

- Classroom Resource > **Using Works of Art in the AP Classroom: "Of Palaces and Princes: Understanding Politics, Society, and Architecture"**
- Classroom Resource > **Whose History Is It?: "Art as a Window to the European World: The Poor from the Fifteenth to the Nineteenth Centuries: Class and Point of View"**

© 2020 College Board

1:26-cv-00351 PL0333



**UNIT 4**

## Scientific, Philosophical, and Political Developments

**SUGGESTED SKILL**

 *Sourcing and Situation*

 **2.B**

Explain the point of view, purpose, historical situation, and/or audience of a source.



**ILLUSTRATIVE EXAMPLES**
Enlightened monarchs:

- Frederick II of Prussia
- Joseph II of Austria

Prussian and Habsburg rulers:

- Maria Theresa of Austria
- Frederick William I of Prussia
- Frederick II of Prussia

**AVAILABLE RESOURCE**

- Classroom Resource > **Using Works of Art in the AP Classroom: "Of Palaces and Princes: Understanding Politics, Society, and Architecture"**

**TOPIC 4.6**

# Enlightened and Other Approaches to Power

## Required Course Content

**THEMATIC FOCUS**

### States and Other Institutions of Power  `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

**LEARNING OBJECTIVE**

**Unit 4: Learning Objective G**

Explain how different forms of political power were influenced by Enlightenment thought from 1648 to 1815.

**HISTORICAL DEVELOPMENTS**

**KC-2.1.I.C**

In the 18th century, a number of states in eastern and central Europe experimented with enlightened absolutism.

**KC-2.3.IV.C**

By 1800, most governments in western and central Europe had extended toleration to Christian minorities and, in some states, civil equality to Jews.

**THEMATIC FOCUS**

### National and European Identity  `NEI`

Definitions and perceptions of regional, cultural, national, and European identity have developed and been challenged over time, with varied and often profound effects on the political, social, and cultural order in Europe.

**LEARNING OBJECTIVE**

**Unit 4: Learning Objective H**

Explain how and why political and religious developments challenged or reinforced the idea of a unified Europe from 1648 to 1815.

**HISTORICAL DEVELOPMENTS**

**KC-2.1.III.A**

As a result of the Holy Roman Empire's limitation of sovereignty in the Peace of Westphalia, Prussia rose to power, and the Habsburgs, centered in Austria, shifted their empire eastward.

1:26-cv-00351 PL0334

**Scientific, Philosophical, and Political Developments**

## TOPIC 4.7

# Causation in the Age of the Scientific Revolution and the Enlightenment

SUGGESTED SKILL

⚔ *Argumentation*

**6.C**

Use historical reasoning to explain relationships among pieces of historical evidence.

The final topic in this unit focuses on the skill of argumentation and so provides an opportunity for your students to draw upon the key concepts and historical developments they have studied in this unit. Using evidence relevant to this unit's key concepts, students should practice the suggested skill for this topic.

## Required Course Content

### LEARNING OBJECTIVE

Unit 4: Learning Objective I

Explain how and why the Scientific Revolution and Enlightenment challenged the existing European order and understanding of the world.

### REVIEW: UNIT 4 KEY CONCEPTS

KC-1.1

The rediscovery of works from ancient Greece and Rome and observation of the natural world changed many Europeans' view of their world.

KC-1.1.IV

New ideas in science based on observation, experimentation, and mathematics challenged classical views of the cosmos, nature, and the human body, although existing traditions of knowledge and the universe continued.

*continued on next page*

1:26-cv-00351 PL0335



**UNIT 4**

# Scientific, Philosophical, and Political Developments

## LEARNING OBJECTIVE

**Unit 4: Learning Objective I**

Explain how and why the Scientific Revolution and Enlightenment challenged the existing European order and understanding of the world.

## REVIEW: UNIT 4 KEY CONCEPTS

**KC-2.3**

The spread of Scientific Revolution concepts and practices and the Enlightenment's application of these concepts and practices to political, social, and ethical issues led to an increased but not unchallenged emphasis on reason in European culture.

**KC-2.3.I**

Enlightenment thought, which focused on concepts such as empiricism, skepticism, human reason, rationalism, and classical sources of knowledge, challenged the prevailing patterns of thought with respect to social order, institutions of government, and the role of faith.

**KC-2.3.II**

New public venues and print media popularized Enlightenment ideas.

**KC-2.3.III**

New political and economic theories challenged absolutism and mercantilism.

**KC-2.3.IV**

During the Enlightenment, the rational analysis of religious practices led to natural religion and the demand for religious toleration.

**KC-2.4**

The experiences of everyday life were shaped by demographic, environmental, medical, and technological changes.

**KC-2.4.III**

By the 18th century, family and private life reflected new demographic patterns and the effects of the commercial revolution.

© 2020 College Board

1:26-cv-00351 PL0336

**AP EUROPEAN HISTORY**

# UNIT 5

# Conflict, Crisis, and Reaction in the Late 18th Century

*c. 1648 to c. 1815*

 **10–15%**
AP EXAM WEIGHTING

 **~15**
CLASS PERIODS

1:26-cv-00351 PL0337



Remember to go to **AP Classroom** to assign students the online **Personal Progress Check** for this unit.

Whether assigned as homework or completed in class, the **Personal Progress Check** provides each student with immediate feedback related to this unit's topics and skills.

### Personal Progress Check 5

**Multiple-choice: ~20 questions**
**Short-answer: 2 questions**
- Secondary source
- No stimulus

**Free-response: 1 question**
- Document-based (partial)

1:26-cv-00351 PL0338

## UNIT 5

**10–15%** AP EXAM WEIGHTING | **~15** CLASS PERIODS

# Conflict, Crisis, and Reaction in the Late 18th Century

*c. 1648 to c. 1815*

## UNIT AT A GLANCE

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods ~15 CLASS PERIODS |
|---|---|---|---|---|
| | 5.1 Contextualizing 18th-Century States | Continuity and Change | **4.B** Explain how a specific historical development or process is situated within a broader historical context. | |
| ECD | 5.2 The Rise of Global Markets | Causation | **1.B** Explain a historical concept, development, or process. | |
| SOP | 5.3 Britain's Ascendency | Causation | **5.A** Identify patterns among or connections between historical developments and processes. | |
| SOP | 5.4 The French Revolution | Causation | **3.C** Compare the arguments or main ideas of two sources. | |
| SCD | 5.5 The French Revolution's Effects | Causation | **6.C** Use historical reasoning to explain relationships among pieces of historical evidence. | |
| SOP, NEI | 5.6 Napoleon's Rise, Dominance, and Defeat | Causation | **5.B** Explain how a historical development or process relates to another historical development or process. | |

*continued on next page*

1:26-cv-00351 PL0339



UNIT

**5**

## Conflict, Crisis, and Reaction in the Late 18th Century

# UNIT AT A GLANCE (cont'd)

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods<br>~15 CLASS PERIODS |
|---|---|---|---|---|
| SOP | **5.7 The Congress of Vienna** | Causation | **3.D** Explain how claims or evidence support, modify, or refute a source's argument. | |
| CID | **5.8 Romanticism** | Causation | **4.B** Explain how a specific historical development or process is situated within a broader historical context. | |
| | **5.9 Continuity and Change in 18th-Century States** | Continuity and Change | **6.A** Identify patterns among or connections between historical developments and processes. | |

**AP** Go to **AP Classroom** to assign the **Personal Progress Check** for Unit 5. Review the results in class to identify and address any student misunderstandings.

© 2020 College Board

1:26-cv-00351 PL0340

Conflict, Crisis, and Reaction in the Late 18th Century

**UNIT 5**

# SAMPLE INSTRUCTIONAL ACTIVITIES

The sample activities on this page are optional and are offered to provide possible ways to incorporate instructional approaches into the classroom. They were developed in partnership with teachers from the AP community to share ways that they approach teaching some of the topics in this unit. Please refer to the Instructional Approaches section beginning on p. 213 for more examples of activities and strategies.

| Activity | Topic | Sample Activity |
|----------|-------|-----------------|
| 1 | 5.3 | **Socratic Seminar**<br>Use the learning objective for this topic (Explain the economic and political consequences of the rivalry between Britain and France from 1648 to 1815.) to initiate discussion where students can illustrate their understanding. Challenge students to consult a primary or secondary source used during your lesson to support their positions. |
| 2 | 5.5 | **Self/Peer Revision**<br>Have students write a partial document-based question (with four documents) based on the effects of the French Revolution. As students work through their arguments, have them perform self- or peer revisions of their practice essays. That way, they have the opportunity to review their practice claims, supporting evidence, and sourcing. |
| 3 | 5.6 | **Debate**<br>Have students debate whether Napoleon was a tyrant or a liberator using evidence and reasoning to support their claims. |
| 4 | 5.9 | **Making Connections**<br>On notecards, write concepts related to the political and social upheaval during the 18th century. Place the cards into a box and have students pick a concept at random. Give students a few minutes to gather and recall information about the concept and then ask them to find the connection between their concepts in pairs. Finally, ask the pairs to write a brief explanation of how the concepts are related. |

## ✎ Unit Planning Notes

*Use the space below to plan your approach to the unit. Consider how to help students connect their identification and description of arguments and evidence in primary sources to developing their own claims and supporting evidence.*

1:26-cv-00351 PL0341



**UNIT 5**

## Conflict, Crisis, and Reaction in the Late 18th Century

SUGGESTED SKILL



 *Contextualization*

**4.B**

Explain how a specific historical development or process is situated within a broader historical context.

## TOPIC 5.1
# Contextualizing 18th-Century States

Spend a class period helping students understand some contexts for this unit. Considering this unit's key concepts (previewed below), select one or two for which your students will most need context.

To understand context, your students could examine:

- Change from and/or continuity with preceding historical developments.
- Similarities and/or differences with contemporaneous historical developments in different regions or geographical areas.

Whenever possible, draw upon students' relevant prior knowledge, and anchor this contextualization lesson in historical source material of varying formats such as visuals, data, or written texts, or conduct an activity that engages students in exploring context.

## Required Course Content

### LEARNING OBJECTIVE

**Unit 5: Learning Objective A**

Explain the context in which the European states experienced crisis and conflict from 1648 to 1815.

### PREVIEW: UNIT 5 KEY CONCEPTS

**KC-2.1**

Different models of political sovereignty affected the relationship among states and between states and individuals.

**KC-2.1.IV**

The French Revolution posed a fundamental challenge to Europe's existing political and social order.

**KC-2.1.V**

Claiming to defend the ideals of the French Revolution, Napoleon Bonaparte imposed French control over much of the European continent, which eventually provoked a nationalistic reaction.

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0342

## Conflict, Crisis, and Reaction in the Late 18th Century

**UNIT**
**5**

### LEARNING OBJECTIVE

**Unit 5: Learning Objective A**

Explain the context in which the European states experienced crisis and conflict from 1648 to 1815.

### PREVIEW: UNIT 5 KEY CONCEPTS

**KC-2.2**

The expansion of European commerce accelerated the growth of a worldwide economic network.

**KC-2.2.III**

Commercial rivalries influenced diplomacy and warfare among European states in the early modern era.

**KC-2.3**

The spread of Scientific Revolution concepts and practices and the Enlightenment's application of these concepts and practices to political, social, and ethical issues led to an increased but not unchallenged emphasis on reason in European culture.

**KC-2.3.VI**

While Enlightenment values dominated the world of European ideas and culture, they were challenged by the revival of public expression of emotions and feeling.

**KC-2.3.VI.D**

Revolution, war and rebellion demonstrated the emotional power of mass politics and nationalism.

1:26-cv-00351 PL0343



## UNIT 5

**Conflict, Crisis, and Reaction in the Late 18th Century**

**SUGGESTED SKILL**

✕ *Developments and Processes*

**1.B**

Explain a historical concept, development, or process.

### TOPIC 5.2
# The Rise of Global Markets

---

## Required Course Content

**THEMATIC FOCUS**

**Economic and Commercial Developments** ECD

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

**LEARNING OBJECTIVE**

**Unit 5: Learning Objective B**

Explain the causes and consequences of European maritime competition from 1648 to 1815.

**HISTORICAL DEVELOPMENTS**

**KC-2.2**

The expansion of European commerce accelerated the growth of a worldwide economic network.

**KC-2.2.III**

Commercial rivalries influenced diplomacy and warfare among European states in the early modern era.

**KC-2.2.III.A**

European sea powers vied for Atlantic influence throughout the 18th century.

**KC-2.2.III.B**

Portuguese, Dutch, French, and British rivalries in Asia culminated in British domination in India and Dutch control of the East Indies.

1:26-cv-00351 PL0344

**Conflict, Crisis, and Reaction in the Late 18th Century**

## TOPIC 5.3
# Britain's Ascendency

**SUGGESTED SKILL**

 *Making Connections*

**5.A**

Identify patterns among or connections between historical developments and processes.



**ILLUSTRATIVE EXAMPLES**

Conflict between the French and the British:

- Seven Years' War
- American Revolution

## Required Course Content

**THEMATIC FOCUS**

**States and Other Institutions of Power** `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

| **LEARNING OBJECTIVE** | **HISTORICAL DEVELOPMENTS** |
|---|---|
| `Unit 5: Learning Objective C` | `KC-2.1.III.D` |
| Explain the economic and political consequences of the rivalry between Britain and France from 1648 to 1815. | Rivalry between Britain and France resulted in world wars fought both in Europe and in the colonies, with Britain supplanting France as the greatest European power. |

1:26-cv-00351 PL0345



**UNIT 5**

## Conflict, Crisis, and Reaction in the Late 18th Century

**SUGGESTED SKILL**



*Claims and Evidence in Sources*

**3.O**

Compare the arguments or main ideas of two sources.

**ILLUSTRATIVE EXAMPLES**

Causes of the French Revolution:

- Peasant and bourgeois grievances
- Bread shortages
- French involvement in American Revolution

Actions taken during the moderate phase of the French Revolution:

- Declaration of the Rights of Man and Citizen
- Civil Constitution of the Clergy
- Constitution of 1791
- Abolition of provinces and division of France into departments

Radical Jacobin leaders and institutions:

- Georges Danton
- Jean-Paul Marat
- Committee of Public Safety

Mass conscription:

- Levée en masse

Female involvement in the revolution:

- October March on Versailles
- Olympe de Gouges
- Society of Republican Revolutionary Women

## TOPIC 5.4
# The French Revolution

---

## Required Course Content

**THEMATIC FOCUS**

### States and Other Institutions of Power `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

**LEARNING OBJECTIVE**

**Unit 5: Learning Objective D**

Explain the causes, events, and consequences of the French Revolution.

**HISTORICAL DEVELOPMENTS**

**KC-2.1.IV.A**

The French Revolution resulted from a combination of long-term social and political causes, as well as Enlightenment ideas, exacerbated by short-term fiscal and economic crises.

**KC-2.1.IV.B**

The first, or liberal, phase of the French Revolution established a constitutional monarchy, increased popular participation, nationalized the Catholic Church, and abolished hereditary privileges.

**KC-2.1.IV.C**

After the execution of Louis XVI, the radical Jacobin republic led by Robespierre responded to opposition at home and war abroad by instituting the Reign of Terror, fixing prices and wages, and pursuing a policy of de-Christianization.

**KC-2.1.IV.D**

Revolutionary armies, raised by mass conscription, sought to bring the changes initiated in France to the rest of Europe.

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0346

## Conflict, Crisis, and Reaction in the Late 18th Century

**UNIT 5**

### LEARNING OBJECTIVE

**Unit 5: Learning Objective D**

Explain the causes, events, and consequences of the French Revolution.

### HISTORICAL DEVELOPMENTS

**KC-2.1.IV.E**

Women enthusiastically participated in the early phases of the revolution; however, while there were brief improvements in the legal status of women, citizenship in the republic was soon restricted to men.

**AVAILABLE RESOURCES**

- Classroom Resource > **Teaching with Primary Sources: "Teaching with Documents: French Men, French Women, and the Rights of Man"**

- Classroom Resource > **Using Works of Art in the AP Classroom: "Jacques-Louis David and the French Revolution"**

- Professional Development > **Teaching and Assessing: Interpreting the French Revolution (Focus on Teaching)**

- Professional Development > **Teaching and Assessing: Interpreting the French Revolution (Focus on Assessment)**

- Classroom Resource > **Lesson Plans from the History Teaching Institute: "The French Revolution"**

- Classroom Resource > **Three Lesson Plans: "France in the Late-18th and Early-19th Centuries" (Lesson Plan 2: Debating the French Revolution)**

1:26-cv-00351 PL0347



## UNIT 5

### Conflict, Crisis, and Reaction in the Late 18th Century

**SUGGESTED SKILL**



*Argumentation*

**6.C**

Use historical reasoning to explain relationships among pieces of historical evidence.

**ILLUSTRATIVE EXAMPLES**

Opponents of the revolution:

- Edmund Burke

## TOPIC 5.5

# The French Revolution's Effects

---

## Required Course Content

### THEMATIC FOCUS

**Social Organization and Development** `SCD`

Economic, political, and cultural factors have influenced the form and status of family, class, and social groups in European history, which has, in turn, affected both the individual and society.

### LEARNING OBJECTIVE

**Unit 5: Learning Objective E**

Explain how the events and developments of the French Revolution influenced political and social ideas from 1648 to 1815.

### HISTORICAL DEVELOPMENTS

**KC-2.1.IV.F**

Revolutionary ideals inspired a revolt of enslaved people led by Toussaint L'Ouverture in the French colony of Saint-Domingue, which became the independent nation of Haiti in 1804.

**KC-2.1.IV.G**

While many were inspired by the revolution's emphasis on equality and human rights, others condemned its violence and disregard for traditional authority.

1:26-cv-00351 PL0348

**UNIT 5**

### TOPIC 5.6

# Napoleon's Rise, Dominance, and Defeat

---

## Required Course Content

### THEMATIC FOCUS

#### States and Other Institutions of Power `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

| LEARNING OBJECTIVE | HISTORICAL DEVELOPMENTS |
|---|---|
| **Unit 5: Learning Objective F**<br><br>Explain the effects of Napoleon's rule on European social, economic, and political life. | **KC-2.1.V.A**<br><br>As first consul and emperor, Napoleon undertook a number of enduring domestic reforms while often curtailing some rights and manipulating popular impulses behind a façade of representative institutions.<br><br>**KC-2.1.V.B**<br><br>Napoleon's new military tactics allowed him to exert direct or indirect control over much of the European continent, spreading the ideals of the French Revolution across Europe. |

### THEMATIC FOCUS

#### National and European Identity `NEI`

Definitions and perceptions of regional, cultural, national, and European identity have developed and been challenged over time, with varied and often profound effects on the political, social, and cultural order in Europe.

| LEARNING OBJECTIVE | HISTORICAL DEVELOPMENTS |
|---|---|
| **Unit 5: Learning Objective G**<br><br>Explain the nationalist responses to Napoleon's rule in Europe. | **KC-2.1.V.C**<br><br>Napoleon's expanding empire created nationalist responses throughout Europe. |

---

**SUGGESTED SKILL**

*Making Connections*

`5.B`

Explain how a historical development or process relates to another historical development or process.



**ILLUSTRATIVE EXAMPLES**

Reforms under Napoleon:
- Careers open to talent
- Educational system
- Centralized bureaucracy
- Civil Code
- Concordat of 1801

Curtailment of rights under Napoleon:
- Secret police
- Censorship
- Limitation of women's rights

Nationalist responses to Napoleon:
- Student protest in German states
- Guerilla war in Spain
- Russian scorched earth policy

**AVAILABLE RESOURCE**
- Classroom Resource > **Using Works of Art in the AP Classroom: "Jacques-Louis David and the French Revolution"**

---

1:26-cv-00351 PL0349



**UNIT 5**

## Conflict, Crisis, and Reaction in the Late 18th Century

**SUGGESTED SKILL**

 *Claims and Evidence in Sources*

**3.D**

Explain how claims or evidence support, modify, or refute a source's argument.

**AVAILABLE RESOURCE**

- Classroom Resource > **Three Lesson Plans: "France in the Late-18th and Early-19th Centuries" (Lesson Plan 3: Mock Congress of Vienna)**

## TOPIC 5.7
# The Congress of Vienna

## Required Course Content

### THEMATIC FOCUS

**States and Other Institutions of Power** `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 5: Learning Objective H**

Explain how states responded to Napoleonic rule in Europe and the consequences of the response.

### HISTORICAL DEVELOPMENTS

**KC-2.1.V.D**

After the defeat of Napoleon by a coalition of European powers, the Congress of Vienna (1814–1815) attempted to restore the balance of power in Europe and contain the danger of revolutionary or nationalistic upheavals in the future.

1:26-cv-00351 PL0350

## Conflict, Crisis, and Reaction in the Late 18th Century

UNIT **5**

### TOPIC 5.8
# Romanticism

**SUGGESTED SKILL**

 *Contextualization*

**4.B**

Explain how a specific historical development or process is situated within a broader historical context.

## Required Course Content

**THEMATIC FOCUS**

**Cultural and Intellectual Developments** CID

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

**LEARNING OBJECTIVE**

**Unit 5: Learning Objective I**

Explain how and why the Romantic Movement and religious revival challenged Enlightenment thought from 1648 to 1815.

**HISTORICAL DEVELOPMENTS**

**KC-2.3.VI.A**

Rousseau questioned the exclusive reliance on reason and emphasized the role of emotions in the moral improvement of self and society.

**KC-2.3.VI.B**

Romanticism emerged as a challenge to Enlightenment rationality.

**KC-2.3.VI.C**

Consistent with the Romantic Movement, religious revival occurred in Europe and included notable movements such as Methodism, founded by John Wesley.

**KC-2.3.VI.D**

Revolution, war, and rebellion demonstrated the emotional power of mass politics and nationalism.

1:26-cv-00351 PL0351



**UNIT 5**

**Conflict, Crisis, and Reaction in the Late 18th Century**

SUGGESTED SKILL

✕ *Making Connections*

**5.A**

Identify patterns among or connections between historical developments and processes.

## TOPIC 5.9
# Continuity and Change in 18th-Century States

The final topic in this unit focuses on the skill of argumentation and so provides an opportunity for your students to draw upon the key concepts and historical developments they have studied in this unit. Using evidence relevant to this unit's key concepts, students should practice the suggested skill for this topic.

## Required Course Content

### LEARNING OBJECTIVE

**Unit 5: Learning Objective J**

Explain how the developments and challenges to the political order resulted in change in the period from 1648 to 1815.

### REVIEW: UNIT 5 KEY CONCEPTS

**KC-2.1**

Different models of political sovereignty affected the relationship among states and between states and individuals.

**KC-2.1.IV**

The French Revolution posed a fundamental challenge to Europe's existing political and social order.

**KC-2.1.V**

Claiming to defend the ideals of the French Revolution, Napoleon Bonaparte imposed French control over much of the European continent, which eventually provoked a nationalistic reaction.

**KC-2.2**

The expansion of European commerce accelerated the growth of a worldwide economic network.

**KC-2.2.III**

Commercial rivalries influenced diplomacy and warfare among European states in the early modern era.

*continued on next page*

1:26-cv-00351 PL0352

## Conflict, Crisis, and Reaction in the Late 18th Century

**UNIT 5**

### LEARNING OBJECTIVE

**Unit 5: Learning Objective J**

Explain how the developments and challenges to the political order resulted in change in the period from 1648 to 1815.

### REVIEW: UNIT 5 KEY CONCEPTS

**KC-2.3**

The spread of Scientific Revolution concepts and practices and the Enlightenment's application of these concepts and practices to political, social, and ethical issues led to an increased but not unchallenged emphasis on reason in European culture.

**KC-2.3.VI**

While Enlightenment values dominated the world of European ideas and culture, they were challenged by the revival of public expression of emotions and feeling.

**KC-2.3.VI.D**

Revolution, war and rebellion demonstrated the emotional power of mass politics and nationalism.

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0353

THIS PAGE IS INTENTIONALLY LEFT BLANK.

1:26-cv-00351 PL0354

**AP EUROPEAN HISTORY**

# UNIT 6

# Industrialization and Its Effects

*c. 1815 to c. 1914*



**10–15%**
AP EXAM WEIGHTING



**~15**
CLASS PERIODS

**AP European History** Course and Exam Description

Course Framework V.1 | 125
Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0355



Remember to go to **AP Classroom** to assign students the online **Personal Progress Check** for this unit.

Whether assigned as homework or completed in class, the **Personal Progress Check** provides each student with immediate feedback related to this unit's topics and skills.

## Personal Progress Check 6

**Multiple-choice: ~25 questions**
**Short-answer: 2 questions**

- No stimulus
- Primary source

**Free-response: 1 question**

- Document-based (partial)

1:26-cv-00351 PL0356



**UNIT**
**6**

**10–15%** AP EXAM WEIGHTING    **~15** CLASS PERIODS

# Industrialization and Its Effects

*c. 1815 to c. 1914*

## UNIT AT A GLANCE

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods ~15 CLASS PERIODS |
|---|---|---|---|---|
| | 6.1 Contextualizing Industrialization and Its Origins and Effects | Continuity and Change | **4.B** Explain how a specific historical development or process is situated within a broader historical context. | |
| ECD | 6.2 The Spread of Industry Throughout Europe | Causation | **1.B** Explain a historical concept, development, or process. | |
| TSI, ECD | 6.3 Second Wave Industrialization and Its Effects | Causation | **5.A** Identify patterns among or connections between historical developments and processes. | |
| SCD | 6.4 Social Effects of Industrialization | Causation | **3.C** Compare the arguments or main ideas of two sources. | |
| SOP | 6.5 The Concert of Europe and European Conservatism | Continuity and Change | **5.B** Explain how a historical development or process relates to another historical development or process. | |

*continued on next page*

**AP European History** Course and Exam Description

Course Framework  V.1  |  127
Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0357



**UNIT**
**6**

Industrialization and Its Effects

# UNIT AT A GLANCE *(cont'd)*

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods ~15 CLASS PERIODS |
|---|---|---|---|---|
| SOP | 6.6 Reactions and Revolutions | Causation | **6.D** Corroborate, qualify, or modify an argument using diverse and alternative evidence in order to develop a complex argument. This argument might:<br><br>▪ Explain nuance of an issue by analyzing multiple variables.<br><br>▪ Explain relevant and insightful connections within and across periods.<br><br>▪ Explain the relative historical significance of a source's credibility and limitations.<br><br>▪ Explain how or why a historical claim or argument is or is not effective. | |
| CID | 6.7 Ideologies of Change and Reform Movements | Causation | **4.B** Explain how a specific historical development or process is situated within a broader historical context. | |
| SCD | 6.8 19th-Century Social Reform | Causation | **2.B** Explain the point of view, purpose, historical situation, and/or audience of a source. | |
| SOP | 6.9 Institutional Responses and Reform | Causation | **4.B** Explain how a specific historical development or process is situated within a broader historical context. | |
| | 6.10 Causation in the Age of Industrialization | Causation | **5.B** Explain how a historical development or process relates to another historical development or process. | |

**AP** Go to **AP Classroom** to assign the **Personal Progress Check** for Unit 6.
Review the results in class to identify and address any student misunderstandings.

© 2020 College Board

1:26-cv-00351 PL0358

**Industrialization and Its Effects**

UNIT
**6**

# SAMPLE INSTRUCTIONAL ACTIVITIES

The sample activities on this page are optional and are offered to provide possible ways to incorporate instructional approaches into the classroom. They were developed in partnership with teachers from the AP community to share ways that they approach teaching some of the topics in this unit. Please refer to the Instructional Approaches section beginning on p. 213 for more examples of activities and strategies.

| Activity | Topic | Sample Activity |
|---|---|---|
| 1 | 6.4 | **Guided Discussion**<br>Use a Venn diagram and quickwrite as strategies during a guided discussion to help students compare the arguments of two historians (e.g., Katrina Honeyman and Mary Jo Maynes) over the social effects of industrialization. |
| 2 | 6.5 | **Graphic Organizer**<br>Use a concept web to help students make connections between industrialization and the concert of Europe and European conservatism. |
| 3 | 6.8 | **Debrief**<br>Lead students in a debrief on the various social reforms of the 19th-century to ensure their understanding. Encourage students to ask questions to clarify their understanding. End the debrief with a short writing activity or exit ticket. |
| 4 | 6.10 | **Socratic Seminar**<br>Ask the question *What were the most significant effects of capitalism's development?* to initiate discussion where students can illustrate their understanding. Have students refer to arguments from primary sources used in this unit. |

✎ **Unit Planning Notes**

*Use the space below to plan your approach to the unit. Consider how to help students connect their identification and description of arguments and evidence in primary sources to developing their own claims and supporting evidence.*

© 2020 College Board

1:26-cv-00351 PL0359



**UNIT 6**

## Industrialization and Its Effects

SUGGESTED SKILL

 *Contextualization*

 **4.B**

Explain how a specific historical development or process is situated within a broader historical context.

## TOPIC 6.1

# Contextualizing Industrialization and Its Origins and Effects

Spend a class period helping students understand some contexts for this unit. Considering this unit's key concepts (previewed below), select one or two for which your students will most need context.

To understand context, your students could examine:

- Change from and/or continuity with preceding historical developments.
- Similarities and/or differences with contemporaneous historical developments in different regions or geographical areas.

Whenever possible, draw upon students' relevant prior knowledge, and anchor this contextualization lesson in historical source material of varying formats such as visuals, data, or written texts, or conduct an activity that engages students in exploring context.

## Required Course Content

### LEARNING OBJECTIVE

**Unit 6: Learning Objective A**

Explain the context in which industrialization originated, developed, and spread in Europe.

### PREVIEW: UNIT 6 KEY CONCEPTS

**KC-3.1**

The Industrial Revolution spread from Great Britain to the continent, where the state played a greater role in promoting industry.

**KC-3.1.I**

Great Britain established its industrial dominance through the mechanization of textile production, iron and steel production, and new transportation systems in conjunction with uniquely favorable political and social climates.

**KC-3.1.II**

Following the British example, industrialization took root in continental Europe, sometimes with state sponsorship.

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0360

## Industrialization and Its Effects

**LEARNING OBJECTIVE**

**Unit 6: Learning Objective A**

Explain the context in which industrialization originated, developed, and spread in Europe.

**PREVIEW: UNIT 6 KEY CONCEPTS**

**KC-3.2**

The experiences of everyday life were shaped by industrialization, depending on the level of industrial development in a particular location.

**KC-3.2.I**

Industrialization promoted the development of new classes in the industrial regions of Europe.

**KC-3.2.II**

Europe experienced rapid population growth and urbanization, leading to social dislocations.

**KC-3.2.III**

Over time, the Industrial Revolution altered the family structure and relations for bourgeois and working-class families.

**KC-3.3**

Political revolutions and the complications resulting from industrialization triggered a range of ideological, governmental, and collective responses.

**KC-3.3.I**

Ideologies developed and took root throughout society as a response to industrial and political revolutions.

**KC-3.3.II**

Governments, at times based on the pressure of political or social organizations, responded to problems created or exacerbated by industrialization.

© 2020 College Board

1:26-cv-00351 PL0361



**UNIT 6**

**Industrialization and Its Effects**

SUGGESTED SKILL

 *Developments and Processes*

**1.B**

Explain a historical concept, development, or process.

---

ILLUSTRATIVE EXAMPLES
Britain's leadership:

- The Crystal Palace at the Great Exhibition of 1851
- Banks
- Government financial awards to inventors

Commercial interest in government:

- Repeal of the Corn Laws

Government support of industrialization:

- Canals
- Railroads
- Trade agreements

Geographic factors in eastern and southern Europe:

- Lack of resources
- Lack of adequate transportation

Primitive agricultural practices and famines:

- The "Hungry '40s"
- Irish potato famine
- Russian serfdom

---

## TOPIC 6.2
# The Spread of Industry Throughout Europe

## Required Course Content

**THEMATIC FOCUS**

**Economic and Commercial Developments** `ECD`

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

**LEARNING OBJECTIVE**

**Unit 6: Learning Objective B**

Explain the factors that influenced the development of industrialization in Europe from 1815 to 1914.

**HISTORICAL DEVELOPMENTS**

**KC-3.1.I.A**

Britain's ready supplies of coal, iron ore, and other essential raw materials promoted industrial growth.

**KC-3.1.I**

Great Britain established its industrial dominance through the mechanization of textile production, iron and steel production, and new transportation systems in conjunction with uniquely favorable political and social climates.

**KC-3.1.I.B**

Economic institutions and human capital such as engineers, inventors, and capitalists helped Britain lead the process of industrialization, largely through private initiative.

**KC-3.1.I.C**

Britain's parliamentary government promoted commercial and industrial interests because those interests were represented in Parliament.

**KC-3.1.II.A**

France moved toward industrialization at a more gradual pace than Great Britain, with government support and with less dislocation of traditional methods of production.

*continued on next page*

1:26-cv-00351 PL0362

## Industrialization and Its Effects

UNIT
**6**

### LEARNING OBJECTIVE

**Unit 6: Learning Objective B**

Explain the factors that influenced the development of industrialization in Europe from 1815 to 1914.

### HISTORICAL DEVELOPMENTS

**KC-3.1.II.C**

A combination of factors, including geography, lack of resources, the dominance of traditional landed elites, the persistence of serfdom in some areas, and inadequate government sponsorship, accounted for eastern and southern Europe's lag in industrial development.

**KC-3.2.V**

Because of the continued existence of more primitive agricultural practices and land-owning patterns, some areas of Europe lagged in industrialization while facing famine, debt, and land shortages.

© 2020 College Board

1:26-cv-00351 PL0363



## UNIT 6

**SUGGESTED SKILL**

 *Making Connections*

**5.A**

Identify patterns among or connections between historical developments and processes.

**ILLUSTRATIVE EXAMPLES**

Factory production:
- Manchester, England
- The Krupp family (Essen, Germany)

New technologies:
- Bessemer process
- Mass production
- Electricity
- Chemicals

Developments in communication and transportation:
- Telegraph
- Steamship
- Streetcars or trolley cars
- Telephones
- Internal combustion engine
- Airplane
- Radio

New, efficient methods of transportation and other innovations:
- Steamships
- Railroads
- Refrigerated rail cars
- Ice boxes
- Streetcars
- Bicycles

New industries:
- Chemical industry
- Electricity and utilities
- Automobile
- Leisure travel
- Professional and leisure sport

## TOPIC 6.3

# Second Wave Industrialization and Its Effects

## Required Course Content

**THEMATIC FOCUS**

### Technological and Scientific Innovation TSI

Scientific and technological innovations have increased efficiency, improved daily life, and shaped human development and interactions, having both intended and unintended consequences.

### LEARNING OBJECTIVE

**Unit 6: Learning Objective C**

Explain how innovations and advances in technology during the Industrial Revolutions led to economic and social change.

### HISTORICAL DEVELOPMENTS

**KC-3.1.III.A**

Mechanization and the factory system became the predominant modes of production by 1914.

**KC-3.1.III.B**

New technologies and means of communication and transportation—including railroads—resulted in more fully integrated national economies, a higher level of urbanization, and a truly global economic network.

**KC-3.2.IV.B**

New, efficient methods of transportation and other innovations created new industries, improved the distribution of goods, increased consumerism, and enhanced quality of life.

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0364

## Industrialization and Its Effects

### THEMATIC FOCUS

**Economic and Commercial Developments** ECD

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

### LEARNING OBJECTIVE

**Unit 6: Learning Objective D**

Explain how industrialization influenced economic and political development throughout the period from 1815 to 1914.

### HISTORICAL DEVELOPMENTS

**KC-3.1.III**

During the second industrial revolution (c. 1870–1914), more areas of Europe experienced industrial activity, and industrial processes increased in scale and complexity.

**KC-3.1.III.C**

Volatile business cycles in the last quarter of the 19th century led corporations and governments to try to manage the market through a variety of methods, including monopolies, banking practices, and tariffs.

**KC-3.2.II.A**

Along with better harvests caused in part by the commercialization of agriculture, industrialization promoted population growth, longer life expectancy, and lowered infant mortality.

**KC-3.2.IV**

A heightened consumerism developed as a result of the second industrial revolution.

**KC-3.2.IV.A**

Industrialization and mass marketing increased both the production and demand for a new range of consumer goods— including clothing, processed foods, and labor-saving devices—and created more leisure opportunities.

**KC-3.2.IV.A**

Industrialization in Prussia allowed that state to become the leader of a unified Germany, which subsequently underwent rapid industrialization under government sponsorship.

**ILLUSTRATIVE EXAMPLES (CONT'D)**

Mass marketing:
- Advertising
- Department stores
- Catalogs

Industrialization in Prussia:
- Zollverein
- Investment in transportation network
- Adoption of improved methods of manufacturing
- Friedrich List's National System

1:26-cv-00351 PL0365



**UNIT 6**

**Industrialization and Its Effects**

SUGGESTED SKILL

 *Claims and Evidence in Sources*

**3.O**

Compare the arguments or main ideas of two sources.

**ILLUSTRATIVE EXAMPLES**

Laws restricting the labor of children and women:

- Factory Act of 1833
- Mines Act of 1842
- Ten Hours Act of 1847

Leisure time activities and spaces:

- Parks
- Sports clubs and arenas
- Beaches
- Department stores
- Museums
- Theaters
- Opera houses

## TOPIC 6.4
# Social Effects of Industrialization

## Required Course Content

**THEMATIC FOCUS**

**Social Organization and Development** `SCD`

Economic, political, and cultural factors have influenced the form and status of family, class, and social groups in European history, which has, in turn, affected both the individual and society.

**LEARNING OBJECTIVE**

**Unit 6: Learning Objective E**

Explain the causes and consequences of social developments resulting from industrialization.

**HISTORICAL DEVELOPMENTS**

`KC-3.2.I.A`

In industrialized areas of Europe (i.e., western and northern Europe), socioeconomic changes created divisions of labor that led to the development of self-conscious classes, including the proletariat and the bourgeoisie.

`KC-3.2.I.B`

In some of the less industrialized areas of Europe, the dominance of agricultural elites continued into the 20th century.

`KC-3.2.I.C`

Class identity developed and was reinforced through participation in philanthropic, political, and social associations among the middle classes, and in mutual aid societies and trade unions among the working classes.

`KC-3.2.II.B`

With migration from rural to urban areas in industrialized regions, cities experienced overcrowding, while affected rural areas suffered declines in available labor as well as weakened communities.

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0366

## Industrialization and Its Effects

UNIT
**6**

### LEARNING OBJECTIVE

**Unit 6: Learning Objective E**

Explain the causes and consequences of social developments resulting from industrialization.

### HISTORICAL DEVELOPMENTS

**KC-3.2.III.A**

Bourgeois families became focused on the nuclear family and the cult of domesticity, with distinct gender roles for men and women.

**KC-3.2.III.B**

By the end of the century, higher wages, laws restricting the labor of children and women, social welfare programs, improved diet, and increased access to birth control affected the quality of life for the working class.

**KC-3.2.III.C**

Economic motivations for marriage, while still important for all classes, diminished as the middle-class notion of companionate marriage began to be adopted by the working classes.

**KC-3.2.III.D**

Leisure time centered increasingly on the family or small groups, concurrent with the development of activities and spaces to use that time.

© 2020 College Board

1:26-cv-00351 PL0367



## UNIT 6

**SUGGESTED SKILL**



*Making Connections*

**5.B**

Explain how a historical development or process relates to another historical development or process.



**ILLUSTRATIVE EXAMPLES**

Influential conservative influences:

- Edmund Burke
- Joseph de Maistre
- Klemens von Metternich

**TOPIC 6.5**

# The Concert of Europe and European Conservatism

## Required Course Content

### THEMATIC FOCUS

**States and Other Institutions of Power** `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 6: Learning Objective F**

Explain how the European political order was maintained and challenged from 1815 to 1914.

### HISTORICAL DEVELOPMENTS

**KC-3.3.I.C**

Conservatives developed a new ideology in support of traditional political and religious authorities, which was based on the idea that human nature was not perfectible.

**KC-3.4.I**

The Concert of Europe (or Congress System) sought to maintain the status quo through collective action and adherence to conservatism.

**KC-3.4.I.A**

Metternich, architect of the Concert of Europe, used it to suppress nationalist and liberal revolutions.

**KC-3.4.I.B**

Conservatives reestablished control in many European states and attempted to suppress movements for change and, in some areas, to strengthen adherence to religious authorities.

© 2020 College Board

1:26-cv-00351 PL0368

**Industrialization and Its Effects**

## TOPIC 6.6
# Reactions and Revolutions

## Required Course Content

### THEMATIC FOCUS
#### States and Other Institutions of Power `SOP`
European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 6: Learning Objective G**

Explain how and why various groups reacted against the existing order from 1815 to 1914.

### HISTORICAL DEVELOPMENTS

`KC-3.4.I.C`

In the first half of the 19th century, revolutionaries attempted to destroy the status quo.

`KC-3.4.I.D`

The revolutions of 1848, triggered by economic hardship and discontent with the political status quo, challenged conservative politicians and governments and led to the breakdown of the Concert of Europe.

`KC-3.4.II.D`

In Russia, autocratic leaders pushed through a program of reform and modernization, including the emancipation of the serfs, which gave rise to revolutionary movements and eventually the Russian Revolution of 1905.

---

**SUGGESTED SKILL**

 *Argumentation*

`6.D`

Corroborate, qualify, or modify an argument using diverse and alternative evidence in order to develop a complex argument. This argument might:

- Explain nuance of an issue by analyzing multiple variables.
- Explain relevant and insightful connections within and across periods.
- Explain the relative historical significance of a source's credibility and limitations.
- Explain how or why a historical claim or argument is or is not effective.



**ILLUSTRATIVE EXAMPLES**

Early 19th-century political revolts:

- War of Greek Independence
- Decembrist revolt in Russia
- Polish rebellion
- July Revolution in France

Reformers in Russia:

- Alexander II
- Sergei Witte
- Peter Stolypin

Return to Table of Contents
© 2020 College Board



**UNIT 6**

**Industrialization and Its Effects**

SUGGESTED SKILL

 *Contextualization*

**4.B**

Explain how a specific historical development or process is situated within a broader historical context.



**ILLUSTRATIVE EXAMPLES**

Liberals:
- Jeremy Bentham
- Anti-Corn Law League
- John Stuart Mill

Advocates of suffrage:
- Chartists
- Flora Tristan

Utopian socialists:
- Henri de Saint-Simon
- Charles Fourier
- Robert Owen

Marxists:
- Friedrich Engels
- Clara Zetkin
- Rosa Luxemburg

Anarchists:
- Mikhail Bakunin
- Georges Sorel

**AVAILABLE RESOURCES**

- Classroom Resource > **Thematic Approaches: "The Individual During Industrialization: Concepts of Individualism and Community in the Writings of Karl Marx and John Stuart Mill"**

- Classroom Resource > **Whose History Is It?: "A Thematic Unit for the Intersection of Gender and Class in AP European History" (Lesson 3: Bluestocking and Socialist Women in Nineteenth-Century France)**

## TOPIC 6.7
# Ideologies of Change and Reform Movements

## Required Course Content

**THEMATIC FOCUS**

**Cultural and Intellectual Developments** `CID`

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

### LEARNING OBJECTIVE

**Unit 6: Learning Objective H**

Explain how and why different intellectual developments challenged the political and social order from 1815 to 1914.

### HISTORICAL DEVELOPMENTS

**KC-3.3.I.A**

Liberals emphasized popular sovereignty, individual rights, and enlightened self-interest but debated the extent to which all groups in society should actively participate in its governance.

**KC-3.3.I.B**

Radicals in Britain and republicans on the continent demanded universal male suffrage and full citizenship without regard to wealth and property ownership; some argued that such rights should be extended to women.

**KC-3.3.I.D**

Socialists called for the redistribution of society's resources and wealth and evolved from a utopian to a Marxist scientific critique of capitalism.

**KC-3.6.II.C**

Marx's scientific socialism provided a systematic critique of capitalism and a deterministic analysis of society and historical evolution.

**KC-3.3.I.E**

Anarchists asserted that all forms of governmental authority were unnecessary and should be overthrown and replaced with a society based on voluntary cooperation.

© 2020 College Board

1:26-cv-00351 PL0370

**Industrialization and Its Effects**



**TOPIC 6.8**

# 19th-Century Social Reform

## Required Course Content

### THEMATIC FOCUS

**Social Organization and Development** `SCD`

Economic, political, and cultural factors have influenced the form and status of family, class, and social groups in European history, which has, in turn, affected both the individual and society.

### LEARNING OBJECTIVE

**Unit 6: Learning Objective I**

Explain the various movements and calls for social reform that resulted from intellectual developments from 1815 to 1914.

### HISTORICAL DEVELOPMENTS

**KC-3.3.III**

Political movements and social organizations responded to problems of industrialization.

**KC-3.3.III.A**

Mass-based political parties emerged as sophisticated vehicles for social, economic, and political reform.

**KC-3.3.III.B**

Workers established labor unions and movements promoting social and economic reforms that also developed into political parties.

**KC-3.3.III.C**

Feminists pressed for legal, economic, and political rights for women as well as improved working conditions.

**KC-3.3.III.D**

Various nongovernmental reform movements, many of them religious, assisted the poor and worked to end serfdom and slavery.

**SUGGESTED SKILL**

*Sourcing and Situation*

`2.B`

Explain the point of view, purpose, historical situation, and/or audience of a source.



**ILLUSTRATIVE EXAMPLES**

Mass-based political parties:

- Conservatives and Liberals in Great Britain
- Conservatives and Socialists in France
- Social Democratic Party in Germany

Political parties representing workers:

- German Social Democratic Party
- British Labour Party
- Russian Social Democratic Party

Feminists and feminist movements:

- Flora Tristan
- British Women's Social and Political Union
- Pankhurst family
- Barbara Smith Bodichon

Reform movements and social reformers:

- The Sunday School movement
- The temperance movement
- British abolitionist movement
- Josephine Butler

1:26-cv-00351 PL0371



**UNIT 6**

**Industrialization and Its Effects**

SUGGESTED SKILL

 *Contextualization*

**4.B**

Explain how a specific historical development or process is situated within a broader historical context.



**ILLUSTRATIVE EXAMPLES**
Modernizing infrastructure:

- Sewage and water systems
- Public lighting
- Public housing
- Urban redesign
- Parks
- Public transportation
- Edwin Chadwick
- Georges Haussmann

**AVAILABLE RESOURCES**

- Professional Development > **Teaching and Assessing: Analyzing Visual Sources (Focus on Teaching)**
- Professional Development > **Teaching and Assessing: Analyzing Visual Sources (Focus on Assessment)**

## TOPIC 6.9
# Institutional Responses and Reform

---

## Required Course Content

**THEMATIC FOCUS**

**States and Other Institutions of Power** `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

**LEARNING OBJECTIVE**

**Unit 6: Learning Objective J**

Explain how and why governments and other institutions responded to challenges resulting from industrialization.

**HISTORICAL DEVELOPMENTS**

**KC-3.3.II.A**

Liberalism shifted from laissez-faire to interventionist economic and social policies in response to the challenges of industrialization.

**KC-3.3.II.B**

Reforms transformed unhealthy and overcrowded cities by modernizing infrastructure, regulating public health, reforming prisons, and establishing modern police forces. The reforms were enacted by governments motivated by such forces as public opinion, prominent individuals, and charity organizations.

**KC-3.3.II.C**

Reformers promoted compulsory public education to advance the goals of public order, nationalism, and economic growth.

© 2020 College Board

1:26-cv-00351 PL0372

**Industrialization and Its Effects**

## TOPIC 6.10
# Causation in the Age of Industrialization

SUGGESTED SKILL

 *Making Connections*

 **5.B**

Explain how a historical development or process relates to another historical development or process.

The final topic in this unit focuses on the skill of argumentation and so provides an opportunity for your students to draw upon the key concepts and historical developments they have studied in this unit. Using evidence relevant to this unit's key concepts, students should practice the suggested skill for this topic.

## Required Course Content

### LEARNING OBJECTIVE

Unit 6: Learning Objective K

Explain the influence of innovations and technological developments in Europe from 1815 to 1914.

### REVIEW: UNIT 6 KEY CONCEPTS

KC-3.1

The Industrial Revolution spread from Great Britain to the continent, where the state played a greater role in promoting industry.

KC-3.1.I

Great Britain established its industrial dominance through the mechanization of textile production, iron and steel production, and new transportation systems in conjunction with uniquely favorable political and social climates.

KC-3.1.II

Following the British example, industrialization took root in continental Europe, sometimes with state sponsorship.

*continued on next page*

1:26-cv-00351 PL0373



**UNIT 6**

## Industrialization and Its Effects

### LEARNING OBJECTIVE

**Unit 6: Learning Objective K**

Explain the influence of innovations and technological developments in Europe from 1815 to 1914.

### REVIEW: UNIT 6 KEY CONCEPTS

**KC-3.2**

The experiences of everyday life were shaped by industrialization, depending on the level of industrial development in a particular location.

**KC-3.2.I**

Industrialization promoted the development of new classes in the industrial regions of Europe.

**KC-3.2.II**

Europe experienced rapid population growth and urbanization, leading to social dislocations.

**KC-3.2.III**

Over time, the Industrial Revolution altered the family structure and relations for bourgeois and working-class families.

**KC-3.3**

Political revolutions and the complications resulting from industrialization triggered a range of ideological, governmental, and collective responses.

**KC-3.3.I**

Ideologies developed and took root throughout society as a response to industrial and political revolutions.

**KC-3.3.II**

Governments, at times based on the pressure of political or social organizations, responded to problems created or exacerbated by industrialization.

© 2020 College Board

1:26-cv-00351 PL0374

AP EUROPEAN HISTORY

# UNIT 7

# 19th-Century Perspectives and Political Developments

*c. 1815 to c. 1914*



**10–15%**
AP EXAM WEIGHTING



**~15**
CLASS PERIODS

1:26-cv-00351 PL0375



Remember to go to **AP Classroom** to assign students the online **Personal Progress Check** for this unit.

Whether assigned as homework or completed in class, the **Personal Progress Check** provides each student with immediate feedback related to this unit's topics and skills.

## Personal Progress Check 7

**Multiple-choice: ~20 questions**
**Short-answer: 2 questions**
- Secondary source
- No stimulus

**Free-response: 1 question**
- Document-based

© 2020 College Board

1:26-cv-00351 PL0376



| UNIT 7 | **10–15%** AP EXAM WEIGHTING | **~15** CLASS PERIODS |
| --- | --- | --- |

# 19th-Century Perspectives and Political Developments

*c. 1815 to c. 1914*

## UNIT AT A GLANCE

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods ~15 CLASS PERIODS |
| --- | --- | --- | --- | --- |
| | **7.1 Contextualizing 19th-Century Perspectives and Political Developments** | Continuity and Change | **4.B** Explain how a specific historical development or process is situated within a broader historical context. | |
| NEI | **7.2 Nationalism** | Causation | **5.B** Explain how a historical development or process relates to another historical development or process. | |
| NEI, SOP | **7.3 National Unification and Diplomatic Tensions** | Causation | **2.C** Explain the significance of a source's point of view, purpose, historical situation, and/or audience, including how these might limit the use(s) of a source. | |
| TSI | **7.4 Darwinism, Social Darwinism** | Causation | **2.C** Explain the significance of a source's point of view, purpose, historical situation, and/or audience, including how these might limit the use(s) of a source. | |
| | **7.5 The Age of Progress and Modernity** | Continuity and Change | **6.A** Identify patterns among or connections between historical developments and processes. | |

*continued on next page*

1:26-cv-00351 PL0377



**UNIT**
**7**

19th-Century Perspectives and Political Developments

# UNIT AT A GLANCE *(cont'd)*

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods ~15 CLASS PERIODS |
|---|---|---|---|---|
| INT, TSI | **7.6 New Imperialism: Motivations and Methods** | Causation | **6.D** Corroborate, qualify, or modify an argument using diverse and alternative evidence in order to develop a complex argument. This argument might:<br><br>▪ Explain nuance of an issue by analyzing multiple variables.<br>▪ Explain relevant and insightful connections within and across periods.<br>▪ Explain the relative historical significance of a source's credibility and limitations.<br>▪ Explain how or why a historical claim or argument is or is not effective. | |
| INT | **7.7 Imperialism's Global Effects** | Causation | **6.B** Explain how a historical development or process relates to another historical development or process. | |
| CID | **7.8 19th-Century Culture and Arts** | Continuity and Change | **4.B** Explain how a specific historical development or process is situated within a broader historical context. | |
| | **7.9 Causation in 19th-Century Perspectives and Political Developments** | Causation | **1.B** Explain a historical concept, development, or process. | |

**AP** Go to **AP Classroom** to assign the **Personal Progress Check** for Unit 7.
Review the results in class to identify and address any student misunderstandings.

1:26-cv-00351 PL0378

**19th-Century Perspectives and Political Developments**



UNIT
**7**

# SAMPLE INSTRUCTIONAL ACTIVITIES

The sample activities on this page are optional and are offered to provide possible ways to incorporate instructional approaches into the classroom. They were developed in partnership with teachers from the AP community to share ways that they approach teaching some of the topics in this unit. Please refer to the Instructional Approaches section beginning on p. 213 for more examples of activities and strategies.

| Activity | Topic | Sample Activity |
|---|---|---|
| 1 | 7.4 | **Questioning a Source**<br>Assign students to analyze a 19th-century illustration arguing in support for social Darwinism. Ask them to write down any clarification and discussion questions that come to mind with a goal toward explaining the limitations of the source's argument. Have students form groups around similar questions and ask them to find evidence in other sources that refute the source's argument. Have groups present their findings and then lead a discussion about the motivations behind this movement and how it connects to ethnic nationalism. |
| 2 | 7.6 | **Self/Peer Revision**<br>Have students work through writing components of a full practice long essay question (claim, evidence, historical reasoning, and addressing alternative perspectives demonstrating a complex understanding) on the political and economic motivations for the new imperialism, and then have them perform self- or peer revisions of their practice-argument essays. That way, they have the opportunity to review and assess their own argument and the argument of their peers. |
| 3 | 7.7 | **Socratic Seminar**<br>Ask the question *How did imperialism change Europe's relationship with the world?* to initiate a Socratic seminar. In the discussion, students can illustrate their knowledge of the causes and effects of the new imperialism and make connections between and among related global events (such as the Fashoda crisis or the Sepoy Mutiny). |
| 4 | 7.8 | **Think-Pair-Share**<br>Have students analyze the patterns of continuity and change over time in 19th-century culture and the arts by posing a question, such as *Explain the continuities and changes in European artistic expression from 1815 to 1914.* After students have shared their responses with a partner, engage the class in a group discussion to discover which changes or continuities they used as examples and to enhance student understanding. |

## ✎ Unit Planning Notes

*Use the space below to plan your approach to the unit. Plan for how to provide practice opportunities that will help students develop a complex understanding of an event, development, or process in their arguments on the exam.*

1:26-cv-00351 PL0379



**UNIT 7**

**19th-Century Perspectives and Political Developments**

**SUGGESTED SKILL**

 *Contextualization*

**4.B**

Explain how a specific historical development or process is situated within a broader historical context.

## TOPIC 7.1

# Contextualizing 19th-Century Perspectives and Political Developments

Spend a class period helping students understand some contexts for this unit. Considering this unit's key concepts (previewed below), select one or two for which your students will most need context.

To understand context, your students could examine:

- Change from and/or continuity with preceding historical developments.
- Similarities and/or differences with contemporaneous historical developments in different regions or geographical areas.

Whenever possible, draw upon students' relevant prior knowledge, and anchor this contextualization lesson in historical source material of varying formats such as visuals, data, or written texts, or conduct an activity that engages students in exploring context.

## Required Course Content

### LEARNING OBJECTIVE

**Unit 7: Learning Objective A**

Explain the context in which nationalistic and imperialistic sentiments developed in Europe from 1815 to 1914.

### PREVIEW: UNIT 7 KEY CONCEPTS

**KC-3.4**

European states struggled to maintain international stability in an age of nationalism and revolutions.

**KC-3.4.II**

The breakdown of the Concert of Europe opened the door for movements of national unification in Italy and Germany as well as liberal reforms elsewhere.

**KC-3.4.III**

The unification of Italy and Germany transformed the European balance of power and led to efforts to construct a new diplomatic order.

*continued on next page*

1:26-cv-00351 PL0380

## 19th-Century Perspectives and Political Developments



### LEARNING OBJECTIVE

**Unit 7: Learning Objective A**

Explain the context in which nationalistic and imperialistic sentiments developed in Europe from 1815 to 1914.

### PREVIEW: UNIT 7 KEY CONCEPTS

**KC-3.5**

A variety of motives and methods led to the intensification of European global control and increased tensions among the Great Powers.

**KC-3.5.II**

Industrial and technological developments (e.g., the second industrial revolution) facilitated European control of global empires.

**KC-3.6**

European ideas and culture expressed a tension between objectivity and scientific realism on one hand, and subjectivity and individual expression on the other.

**KC-3.6.II**

Following the revolutions of 1848, Europe turned toward a realist and materialist worldview.

1:26-cv-00351 PL0381



## UNIT 7

**19th-Century Perspectives and Political Developments**

**SUGGESTED SKILL**

 *Making Connections*

**5.B**

Explain how a historical development or process relates to another historical development or process.



**ILLUSTRATIVE EXAMPLES**

Nationalists:

- J. G. Fichte
- Grimm Brothers
- Giuseppe Mazzini
- Pan-Slavists

Anti-Semitism:

- Dreyfus affair
- Christian Social Party in Germany
- Karl Lueger, mayor of Vienna

Zionists:

- Theodor Herzl

**AVAILABLE RESOURCES**

- Classroom Resource > **Whose History Is It?: "European Antisemitism from the Fifteenth Through the Eighteenth Centuries"**

## TOPIC 7.2
# Nationalism

## Required Course Content

### THEMATIC FOCUS

**National and European Identity** NEI

Definitions and perceptions of regional, cultural, national, and European identity have developed and been challenged over time, with varied and often profound effects on the political, social, and cultural order in Europe.

### LEARNING OBJECTIVE

**Unit 7: Learning Objective B**

Explain how the development and spread of nationalism affected Europe from 1815 to 1914.

### HISTORICAL DEVELOPMENTS

**KC-3.3.I.F**

Nationalists encouraged loyalty to the nation in a variety of ways, including romantic idealism, liberal reform, political unification, racialism with a concomitant anti-Semitism, and chauvinism justifying national aggrandizement.

**KC-3.3.I.G**

While during the 19th century western European Jews became more socially and politically acculturated, Zionism, a form of Jewish nationalism, developed late in the century as a response to growing anti-Semitism throughout Europe.

**KC-3.4.II.B**

A new generation of conservative leaders, including Napoleon III, Cavour, and Bismarck, used popular nationalism to create or strengthen the state.

**KC-3.4.II.C**

The creation of the dual monarchy of Austria-Hungary, which recognized the political power of the largest ethnic minority, was an attempt to stabilize the state by reconfiguring national unity.

© 2020 College Board

1:26-cv-00351 PL0382

**19th-Century Perspectives and Political Developments**

## TOPIC 7.3
# National Unification and Diplomatic Tensions

## Required Course Content

### THEMATIC FOCUS

**National and European Identity**

Definitions and perceptions of regional, cultural, national, and European identity have developed and been challenged over time, with varied and often profound effects on the political, social, and cultural order in Europe.

### LEARNING OBJECTIVE

**Unit 7: Learning Objective C**

Explain the factors that resulted in Italian unification and German unification.

### HISTORICAL DEVELOPMENTS

**KC-3.4.II.A**

The Crimean War demonstrated the weakness of the Ottoman Empire and contributed to the breakdown of the Concert of Europe, thereby creating the conditions in which Italy and Germany could be unified after centuries of fragmentation.

**KC-3.4.III.A**

Cavour's diplomatic strategies, combined with the popular Garibaldi's military campaigns, led to the unification of Italy.

**KC-3.4.III.B**

Bismarck used Realpolitik, employing diplomacy, industrialized warfare, weaponry, and the manipulation of democratic mechanisms to unify Germany.

*continued on next page*

---

**SUGGESTED SKILL**

*Sourcing and Situation*

 Explain the significance of a source's point of view, purpose, historical situation, and/or audience, including how these might limit the use(s) of a source.

**ILLUSTRATIVE EXAMPLES**

Bismarck's alliances:

- Three Emperors' League
- Triple Alliance
- Reinsurance Treaty

Nationalist tensions in the Balkans:

- Congress of Berlin in 1878
- Growing influence of Serbia
- Bosnia-Herzegovina annexation crisis (1908)
- First Balkan War
- Second Balkan War

**AVAILABLE RESOURCES**

- Classroom Resource > **Lesson Plans from the History Teaching Institute: "German Unification"**

---

1:26-cv-00351 PL0383



**UNIT 7**

## 19th-Century Perspectives and Political Developments

### THEMATIC FOCUS

#### States and Other Institutions of Power `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 7: Learning Objective D**

Explain how nationalist sentiment and political alliances led to tension between and among European powers from 1815 to 1914.

### HISTORICAL DEVELOPMENTS

**KC-3.4.III.C**

After 1871, Bismarck attempted to maintain the balance of power through a complex system of alliances directed at isolating France.

**KC-3.4.III.D**

Bismarck's dismissal in 1890 eventually led to a system of mutually antagonistic alliances and heightened international tensions.

**KC-3.4.III.E**

Nationalist tensions in the Balkans drew the Great Powers into a series of crises, leading up to World War I.

© 2020 College Board

1:26-cv-00351 PL0384

**19th-Century Perspectives and Political Developments**

## TOPIC 7.4
# Darwinism, Social Darwinism

**SUGGESTED SKILL**

 *Sourcing and Situation*

**2.C**

Explain the significance of a source's point of view, purpose, historical situation, and/or audience, including how these might limit the use(s) of a source.

## Required Course Content

**THEMATIC FOCUS**

**Technological and Scientific Innovation** TSI

Scientific and technological innovations have increased efficiency, improved daily life, and shaped human development and interactions, having both intended and unintended consequences.

**LEARNING OBJECTIVE**

Unit 7: Learning Objective E

Explain how Darwin's theories influenced scientific and social developments from 1815 to 1914.

**HISTORICAL DEVELOPMENTS**

KC-3.6.II.B

Charles Darwin provided a scientific and material account of biological change and the development of human beings as a species, and inadvertently, a justification for racialist theories that became known as Social Darwinism.

1:26-cv-00351 PL0385



**UNIT 7**

19th-Century Perspectives and Political Developments

SUGGESTED SKILL

 *Making Connections*

**5.A**

Identify patterns among or connections between historical developments and processes.

**ILLUSTRATIVE EXAMPLES**
Philosophers who emphasized the irrational:

- Friedrich Nietzsche
- Georges Sorel
- Henri Bergson

Scientists who undermined the notion that Newtonian physics provided an objective knowledge of nature:

- Max Planck

## TOPIC 7.5
# The Age of Progress and Modernity

## Required Course Content

**THEMATIC FOCUS**

**Technological and Scientific Innovation** `TSI`

Scientific and technological innovations have increased efficiency, improved daily life, and shaped human development and interactions, having both intended and unintended consequences.

**LEARNING OBJECTIVE**

**Unit 7: Learning Objective F**

Explain how science and other intellectual disciplines developed and changed throughout the period from 1815 to 1914.

**HISTORICAL DEVELOPMENTS**

**KC-3.6.II.A**

Positivism, or the philosophy that science alone provides knowledge, emphasized the rational and scientific analysis of nature and human affairs.

**KC-3.6.III**

In the later 19th century, a new relativism in values and the loss of confidence in the objectivity of knowledge led to modernism in intellectual and cultural life.

**KC-3.6.III.A**

Philosophy largely moved from rational interpretations of nature and human society to an emphasis on irrationality and impulse, a view that contributed to the belief that conflict and struggle led to progress.

**KC-3.6.III.B**

Freudian psychology offered a new account of human nature that emphasized the role of the irrational and the struggle between the conscious and subconscious.

**KC-3.6.III.C**

Developments in the natural sciences, such as quantum mechanics and Einstein's theory of relativity, undermined the primacy of Newtonian physics as an objective description of nature.

© 2020 College Board

1:26-cv-00351 PL0386

**19th-Century Perspectives and Political Developments**

## TOPIC 7.6
# New Imperialism: Motivations and Methods

## Required Course Content

### THEMATIC FOCUS
#### Interaction of Europe and the World `INT`
Motivated by a variety of factors, Europe's interaction with the world led to political, economic, social, and cultural exchanges that influenced both European and non-European societies.

### LEARNING OBJECTIVE

**Unit 7: Learning Objective G**

Explain the motivations that led to European imperialism in the period from 1815 to 1914.

### HISTORICAL DEVELOPMENTS

**KC-3.5.I**

European nations were driven by economic, political, and cultural motivations in their new imperial ventures in Asia and Africa.

> **KC-3.5.I.A**
> European national rivalries and strategic concerns fostered imperial expansion and competition for colonies.

> **KC-3.5.I.B**
> The search for raw materials and markets for manufactured goods, as well as strategic and nationalistic considerations, drove Europeans to colonize Africa and Asia, even as European colonies in the Americas broke free politically, if not economically.

> **IKC-3.5.I.C**
> European imperialists justified overseas expansion and rule by claiming cultural and racial superiority.

*continued on next page*

---

**SUGGESTED SKILL**

*Argumentation*

**6.D**

Corroborate, qualify, or modify an argument using diverse and alternative evidence in order to develop a complex argument. This argument might:

- Explain nuance of an issue by analyzing multiple variables.
- Explain relevant and insightful connections within and across periods.
- Explain the relative historical significance of a source's credibility and limitations.
- Explain how or why a historical claim or argument is or is not effective.



**ILLUSTRATIVE EXAMPLES**
Ideas of cultural and racial superiority:
- "The White Man's Burden"
- *Mission civilisatrice*
- Social Darwinism

Advanced weaponry:
- *Minié* ball (bullet)
- Breech-loading rifle
- Machine gun

Communication and transportation technologies:
- Steamships
- Telegraph
- Photography

Advances in medicine:
- Louis Pasteur's germ theory of disease
- Anesthesia and antiseptics
- Public health projects
- Quinine

---

1:26-cv-00351 PL0387



**UNIT 7**

# 19th-Century Perspectives and Political Developments

**AVAILABLE RESOURCES**

- Classroom Resource > **Teaching with Primary Sources: "Teaching AP European History Using Primary Sources"**
- Professional Development > **Teaching and Assessing: Comparing Interaction of Europe and the World Over Time (Focus on Teaching)**
- Professional Development > **Teaching and Assessing: Comparing Interaction of Europe and the World Over Time (Focus on Assessment)**

## THEMATIC FOCUS

### Technological and Scientific Innovation `TSI`

Scientific and technological innovations have increased efficiency, improved daily life, and shaped human development and interactions, having both intended and unintended consequences.

### LEARNING OBJECTIVE

`Unit 7: Learning Objective H`

Explain how technological advances enabled European imperialism from 1815 to 1914.

### HISTORICAL DEVELOPMENTS

`KC-3.5.II.A`

The development of advanced weaponry ensured the military advantage of Europeans over colonized areas.

`KC-3.5.II.B`

Communication and transportation technologies facilitated the creation and expansion of European empires.

`KC-3.5.II.C`

Advances in medicine enabled European survival in Africa and Asia.

1:26-cv-00351 PL0388

**19th-Century Perspectives and Political Developments**

## TOPIC 7.7
# Imperialism's Global Effects

## Required Course Content

### THEMATIC FOCUS

**Interaction of Europe and the World**  **INT**

Motivated by a variety of factors, Europe's interaction with the world led to political, economic, social, and cultural exchanges that influenced both European and non-European societies.

### LEARNING OBJECTIVE

**Unit 7: Learning Objective I**

Explain how European imperialism affected both European and non-European societies.

### HISTORICAL DEVELOPMENTS

**KC-3.5.III**

Imperial endeavors significantly affected society, diplomacy, and culture in Europe and created resistance to foreign control abroad.

**KC-3.5.III.A**

Imperialism created diplomatic tensions among European states that strained alliance systems.

**KC-3.5.III.B**

Imperial encounters with non-European peoples influenced the styles and subject matter of artists and writers and provoked debate over the acquisition of colonies.

**KC-3.5.III.C**

Especially as non-Europeans became educated in Western values, they challenged European imperialism through nationalist movements and by modernizing local economies and societies.

---

**SUGGESTED SKILL**

 *Making Connections*

**5.B**

Explain how a historical development or process relates to another historical development or process.



**ILLUSTRATIVE EXAMPLES**

Diplomatic tensions:
- Berlin Conference (1884–1885)
- Fashoda crisis (1898)
- Moroccan crises (1905, 1911)

Participants in the imperialism debate:
- Pan-German League
- J. A. Hobson's and Vladimir Lenin's anti-imperialism
- Congo Reform Association

Responses to European imperialism:
- Indian Congress Party
- Zulu Resistance
- India's Sepoy Mutiny
- China's Boxer Rebellion
- Japan's Meiji Restoration

**AVAILABLE RESOURCES**

- Professional Development > **Teaching and Assessing: Comparing Interaction of Europe and the World Over Time (Focus on Teaching)**
- Professional Development > **Teaching and Assessing: Comparing Interaction of Europe and the World Over Time (Focus on Assessment)**

---

1:26-cv-00351 PL0389



**UNIT 7**

**19th-Century Perspectives and Political Developments**

**SUGGESTED SKILL**

 *Contextualization*

**4.B**

Explain how a specific historical development or process is situated within a broader historical context.



**ILLUSTRATIVE EXAMPLES**

Romantic artists:

- Francisco Goya
- Caspar David Friedrich
- J. M. W. Turner
- John Constable
- Eugène Delacroix

Romantic composers:

- Ludwig van Beethoven
- Frédéric Chopin
- Richard Wagner
- Pyotr Ilyich Tchaikovsky

Romantic writers:

- Johann Wolfgang von Goethe
- William Wordsworth
- Lord Byron
- Percy Shelley
- John Keats
- Mary Shelley
- Victor Hugo

Realist artists and authors:

- Honoré de Balzac
- Honoré Daumier
- Charles Dickens
- George Eliot (Mary Ann Evans)
- Gustave Courbet
- Fyodor Dostoevsky
- Jean-François Millet
- Leo Tolstoy
- Émile Zola
- Thomas Hardy

## TOPIC 7.8
# 19th-Century Culture and Arts

## Required Course Content

**THEMATIC FOCUS**

**Cultural and Intellectual Developments** CID

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

**LEARNING OBJECTIVE**

**Unit 7: Learning Objective J**

Explain the continuities and changes in European artistic expression from 1815 to 1914.

**HISTORICAL DEVELOPMENTS**

**KC-3.6.I**

Romanticism broke with Neoclassical forms of artistic representation and with rationalism, placing more emphasis on intuition and emotion.

**KC-3.6.I.A**

Romantic artists and composers broke from classical artistic forms to emphasize emotion, nature, individuality, intuition, the supernatural, and national histories in their works.

**KC-3.6.I.B**

Romantic writers expressed similar themes while responding to the Industrial Revolution and to various political revolutions.

**KC-3.6.II.D**

Realist and materialist themes and attitudes influenced art and literature as painters and writers depicted the lives of ordinary people and drew attention to social problems.

*continued on next page*

1:26-cv-00351 PL0390

## 19th-Century Perspectives and Political Developments

**UNIT 7**

### LEARNING OBJECTIVE

**Unit 7: Learning Objective J**

Explain the continuities and changes in European artistic expression from 1815 to 1914.

### HISTORICAL DEVELOPMENTS

**KC-3.6.III.D**

Modern art, including Impressionism, Post-Impressionism, and Cubism, moved beyond the representational to the subjective, abstract, and expressive and often provoked audiences that believed that art should reflect shared and idealized values, including beauty and patriotism.

**ILLUSTRATIVE EXAMPLES (CONT'D)**

Modern artists:
- Claude Monet
- Paul Cézanne
- Henri Matisse
- Edgar Degas
- Pablo Picasso
- Vincent Van Gogh

1:26-cv-00351 PL0391

## UNIT 7

19th-Century Perspectives and Political Developments



**SUGGESTED SKILL**

*Developments and Processes*

**1.B**

Explain a historical concept, development, or process.

**TOPIC 7.9**

# Causation in 19th-Century Perspectives and Political Developments

The final topic in this unit focuses on the skill of argumentation and so provides an opportunity for your students to draw upon the key concepts and historical developments they have studied in this unit. Using evidence relevant to this unit's key concepts, students should practice the suggested skill for this topic.

## Required Course Content

### LEARNING OBJECTIVE

**Unit 7: Learning Objective K**

Explain the influence of nationalist and imperialist movements on European and global stability.

### REVIEW: UNIT 7 KEY CONCEPTS

**KC-3.4**

European states struggled to maintain international stability in an age of nationalism and revolutions.

**KC-3.4.II**

The breakdown of the Concert of Europe opened the door for movements of national unification in Italy and Germany as well as liberal reforms elsewhere.

**KC-3.4.III**

The unification of Italy and Germany transformed the European balance of power and led to efforts to construct a new diplomatic order.

*continued on next page*

1:26-cv-00351 PL0392

## 19th-Century Perspectives and Political Developments

 

### LEARNING OBJECTIVE

**Unit 7: Learning Objective K**

Explain the influence of nationalist and imperialist movements on European and global stability.

### REVIEW: UNIT 7 KEY CONCEPTS

**KC-3.5**

A variety of motives and methods led to the intensification of European global control and increased tensions among the Great Powers.

**KC-3.5.II**

Industrial and technological developments (e.g., the second industrial revolution) facilitated European control of global empires.

**KC-3.6**

European ideas and culture expressed a tension between objectivity and scientific realism on one hand, and subjectivity and individual expression on the other.

**KC-3.6.II**

Following the revolutions of 1848, Europe turned toward a realist and materialist worldview.

1:26-cv-00351 PL0393

THIS PAGE IS INTENTIONALLY LEFT BLANK.

1:26-cv-00351 PL0394

**AP EUROPEAN HISTORY**

# UNIT 8

# 20th-Century Global Conflicts

*c. 1914 to present*



## 10–15%
AP EXAM WEIGHTING



## ~15
CLASS PERIODS

1:26-cv-00351 PL0395



Remember to go to **AP Classroom** to assign students the online **Personal Progress Check** for this unit.

Whether assigned as homework or completed in class, the **Personal Progress Check** provides each student with immediate feedback related to this unit's topics and skills.

### Personal Progress Check 8

**Multiple-choice: ~25 questions**
**Short-answer: 2 questions**
- No stimulus
- Primary source

**Free-response: 1 question**
- Long essay

1:26-cv-00351 PL0396

| UNIT **8** | **10–15%** AP EXAM WEIGHTING | **~15** CLASS PERIODS |
| --- | --- | --- |

# 20th-Century Global Conflicts
*c. 1914 to present*

## UNIT AT A GLANCE

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods<br>**~15** CLASS PERIODS |
| --- | --- | --- | --- | --- |
| | **8.1 Contextualizing 20th-Century Global Conflicts** | Causation | **6.B** Explain how a historical development or process relates to another historical development or process. | |
| SOP, TSI, INT | **8.2 World War I** | Causation | **4.B** Explain how a specific historical development or process is situated within a broader historical context. | |
| SOP | **8.3 The Russian Revolution and Its Effects** | Causation | **1.B** Explain a historical concept, development, or process. | |
| SOP | **8.4 Versailles Conference and Peace Settlement** | Causation | **2.C** Explain the significance of a source's point of view, purpose, historical situation, and/or audience, including how these might limit the use(s) of a source. | |
| ECD | **8.5 Global Economic Crisis** | Causation | **6.A** Identify patterns among or connections between historical developments and processes. | |
| SOP, ECD | **8.6 Fascism and Totalitarianism** | Causation | **2.B** Explain the point of view, purpose, historical situation, and/or audience of a source. | |
| SOP | **8.7 Europe During the Interwar Period** | Causation | **6.B** Explain how a historical development or process relates to another historical development or process. | |

*continued on next page*

AP European History Course and Exam Description

Course Framework V.1 | 167
Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0397



**UNIT**
**8**

**20th-Century Global Conflicts**

# UNIT AT A GLANCE *(cont'd)*

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods ~15 CLASS PERIODS |
|---|---|---|---|---|
| TSI | **8.8 World War II** | Causation | **4.B** Explain how a specific historical development or process is situated within a broader historical context. | |
| NEI | **8.9 The Holocaust** | Causation | **3.D** Explain how claims or evidence support, modify, or refute a source's argument. | |
| CID | **8.10 20th-Century Cultural, Intellectual, and Artistic Developments** | Continuity and Change | **6.B** Support an argument using specific and relevant evidence.<br><br>▪ Describe specific examples of historically relevant evidence.<br>▪ Explain how specific examples of historically relevant evidence support an argument. | |
| | **8.11 Continuity and Changes in an Age of Global Conflict** | Continuity and Change | **6.D** Corroborate, qualify, or modify an argument using diverse and alternative evidence in order to develop a complex argument. This argument might:<br><br>▪ Explain nuance of an issue by analyzing multiple variables.<br>▪ Explain relevant and insightful connections within and across periods.<br>▪ Explain the relative historical significance of a source's credibility and limitations.<br>▪ Explain how or why a historical claim or argument is or is not effective. | |

**AP** Go to **AP Classroom** to assign the **Personal Progress Check** for Unit 8.
Review the results in class to identify and address any student misunderstandings.

1:26-cv-00351 PL0398

20th-Century Global Conflicts

UNIT
8

# SAMPLE INSTRUCTIONAL ACTIVITIES

The sample activities on this page are optional and are offered to provide possible ways to incorporate instructional approaches into the classroom. They were developed in partnership with teachers from the AP community to share ways that they approach teaching some of the topics in this unit. Please refer to the Instructional Approaches section beginning on p. 213 for more examples of activities and strategies.

| Activity | Topic | Sample Activity |
|---|---|---|
| 1 | 8.2 | **Questioning the Source** <br> Assign students to read and analyze propaganda posters from World War I and write down any clarification and discussion questions that come to mind. Form groups around similar questions and ask students to find answers in the textbook or another source. Have groups present their findings and lead a discussion about motivations, nationalism, and the home front during the war. |
| 2 | 8.3 | **Guided Discussion** <br> Use brainstorming and quickwrite as strategies during a guided discussion to help students understand the various causes and effects of the Russian Revolution. |
| 3 | 8.5 | **Look for a Pattern** <br> Using a complex graph (with at least two data sets, such as GDP and unemployment rates during the Depression), have students compare the data to find a trend and draw a conclusion. |
| 4 | 8.7 | **Making Connections** <br> Write concepts related to the political, social, and economic changes in Europe during the interwar period on notecards, place them in a box, and have students pick a concept at random. Give them a few minutes to gather and recall information about the concept and then ask them to find the connection between their concepts in pairs. Finally, ask each student pair to write a brief explanation of how the concepts are related. |

## ✎ Unit Planning Notes

*Use the space below to plan your approach to the unit. Consider how to ensure students are prepared for the level of sophistication in primary and secondary sources, as well as visuals such as political cartoons and illustrations, on the exam.*

1:26-cv-00351 PL0399



**UNIT 8**

**20th-Century Global Conflicts**

SUGGESTED SKILL



*Making Connections*

**5.B**

Explain how a historical development or process relates to another historical development or process.

## TOPIC 8.1

# Contextualizing 20th-Century Global Conflicts

Spend a class period helping students understand some contexts for this unit. Considering this unit's key concepts (previewed below), select one or two for which your students will most need context.

To understand context, your students could examine:

- Change from and/or continuity with preceding historical developments.
- Similarities and/or differences with contemporaneous historical developments in different regions or geographical areas.

Whenever possible, draw upon students' relevant prior knowledge, and anchor this contextualization lesson in historical source material of varying formats such as visuals, data, or written texts, or conduct an activity that engages students in exploring context.

## Required Course Content

### LEARNING OBJECTIVE

**Unit 8: Learning Objective A**

Explain the context in which global conflict developed in the 20th century.

### PREVIEW: UNIT 8 KEY CONCEPTS

**KC-4.1**

Total war and political instability in the first half of the 20th century gave way to a polarized state order during the Cold War and eventually to efforts at transnational union.

**KC-4.1.I**

World War I, caused by a complex interaction of long- and short-term factors, resulted in immense losses and disruptions for both victors and vanquished.

**KC-4.1.II**

The conflicting goals of the peace negotiators in Paris pitted diplomatic idealism against the desire to punish Germany, producing a settlement that satisfied few.

**KC-4.1.III**

In the interwar period, fascism, extreme nationalism, racist ideologies, and the failure of appeasement resulted in the catastrophe of World War II, presenting a grave challenge to European civilization.

*continued on next page*

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0400

## 20th-Century Global Conflicts

**UNIT 8**

### LEARNING OBJECTIVE

**Unit 8: Learning Objective A**

Explain the context in which global conflict developed in the 20th century.

### PREVIEW: UNIT 8 KEY CONCEPTS

**KC-4.2**

The stresses of economic collapse and total war engendered internal conflicts within European states and created conflicting conceptions of the relationship between the individual and the state, as demonstrated in the ideological battle between and among democracy, communism, and fascism.

**KC-4.3**

During the 20th century, diverse intellectual and cultural movements questioned the existence of objective knowledge, the ability of reason to arrive at truth, and the role of religion in determining moral standards.

**KC-4.3.II**

Science and technology yielded impressive material benefits but also caused immense destruction and posed challenges to objective knowledge.

**KC-4.4**

Demographic changes, economic growth, total war, disruptions of traditional social patterns, and competing definitions of freedom and justice altered the experiences of everyday life.

**KC-4.4.I**

The 20th century was characterized by large-scale suffering brought on by warfare and genocide, but also by tremendous improvements in the standard of living.

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0401



**UNIT 8**

## 20th-Century Global Conflicts

SUGGESTED SKILL

 *Contextualization*

**4.B**

Explain how a specific historical development or process is situated within a broader historical context.



**ILLUSTRATIVE EXAMPLES**

New technologies:
- Machine gun
- Barbed wire
- Submarine
- Airplane
- Poison gas
- Tank

Discontent and revolution:
- Mutinies in armies
- Easter Rebellion in Ireland
- Russian Revolution

Non-European theaters of conflict:
- Armenian Genocide
- Arab revolt against the Turks
- Japanese aggression in the Pacific and on the Chinese mainland

Collapse of European empires:
- Mandate system
- Creation of modern Turkey
- Dissolution of Austro-Hungarian Empire

# TOPIC 8.2
# World War I

## Required Course Content

**THEMATIC FOCUS**

### States and Other Institutions of Power `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 8: Learning Objective B**

Explain the causes and effects of World War I.

### HISTORICAL DEVELOPMENTS

**KC-4.1.I**

World War I, caused by a complex interaction of long- and short-term factors, resulted in immense losses and disruptions for both victors and vanquished.

**KC-4.1.I.A**

A variety of factors—including nationalism, military plans, the alliance system, and imperial competition—turned a regional dispute in the Balkans into World War I.

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0402

## 20th-Century Global Conflicts

**UNIT 8**

### THEMATIC FOCUS

**Technological and Scientific Innovation** `TSI`

Scientific and technological innovations have increased efficiency, improved daily life, and shaped human development and interactions, having both intended and unintended consequences.

| LEARNING OBJECTIVE | HISTORICAL DEVELOPMENTS |
|---|---|
| **Unit 8: Learning Objective C** <br><br> Explain how new technology altered the conduct of World War I. | **KC-4.1.I.B** <br><br> New technologies confounded traditional military strategies and led to trench warfare and massive troop losses. |

### THEMATIC FOCUS

**Interaction of Europe and the World** `INT`

Motivated by a variety of factors, Europe's interaction with the world led to political, economic, social, and cultural exchanges that influenced both European and non-European societies.

| LEARNING OBJECTIVE | HISTORICAL DEVELOPMENTS |
|---|---|
| **Unit 8: Learning Objective D** <br><br> Explain how the developments of World War I changed political and diplomatic interactions between and among nations. | **KC-4.1.I.C** <br><br> The effects of military stalemate, national mobilization, and total war led to protest and insurrection in the belligerent nations and eventually to revolutions that changed the international balance of power. <br><br> **KC-4.1.I.D** <br><br> The war in Europe quickly spread to non-European theaters, transforming the war into a global conflict. <br><br> **KC-4.1.I.E** <br><br> The relationship of Europe to the world shifted significantly with the globalization of the conflict, the emergence of the United States as a world power, and the overthrow of European empires. |

1:26-cv-00351 PL0403



## UNIT 8

### 20th-Century Global Conflicts

**SUGGESTED SKILL**

 *Developments and Processes*

**1.B**

Explain a historical concept, development, or process.

**ILLUSTRATIVE EXAMPLES**

Revolutionary change in Russia:
- February/March Revolution
- Petrograd Soviet

**AVAILABLE RESOURCE**
- Classroom Resource > **Lesson Plans from the History Teaching Institute: "The Russian Revolution"**

## TOPIC 8.3
# The Russian Revolution and Its Effects

## Required Course Content

### THEMATIC FOCUS
**States and Other Institutions of Power** `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 8: Learning Objective E**

Explain the causes and effects of the Russian Revolution.

### HISTORICAL DEVELOPMENTS

**KC-4.2.I**

The Russian Revolution created a regime based on Marxist–Leninist theory.

**KC-4.2.I.A**

In Russia, World War I exacerbated long-term problems of political stagnation, social inequality, incomplete industrialization, and food and land distribution, all while creating support for revolutionary change.

**KC-4.2.I.B**

Military and worker insurrections, aided by the revived Soviets, undermined the Provisional Government and set the stage for Lenin's long-planned Bolshevik Revolution and establishment of a communist state.

**KC-4.2.I.C**

The Bolshevik takeover prompted a protracted civil war between communist forces and their opponents, who were aided by foreign powers.

**KC-4.2.I.D.i**

In order to improve economic performance, Lenin compromised communist principles and employed some free-market principles under the New Economic Policy.

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0404

**20th-Century Global Conflicts**

## TOPIC 8.4
# Versailles Conference and Peace Settlement

## Required Course Content

### THEMATIC FOCUS
### States and Other Institutions of Power SOP

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 8: Learning Objective F**

Explain how and why the settlement of World War I failed to effectively resolve the political, economic, and diplomatic challenges of the early 20th century.

### HISTORICAL DEVELOPMENTS

**KC-4.1.II**

The conflicting goals of the peace negotiators in Paris pitted diplomatic idealism against the desire to punish Germany, producing a settlement that satisfied few.

**KC-4.1.II.A**

Wilsonian idealism clashed with postwar realities in both the victorious and the defeated states. Democratic successor states emerged from former empires and eventually succumbed to significant political, economic, and diplomatic crises.

**KC-4.1.II.B**

The League of Nations, created to prevent future wars, was weakened from the outset by the nonparticipation of major powers, including the U.S., Germany, and the Soviet Union.

**KC-4.1.II.C**

The Versailles settlement, particularly its provisions on the assignment of guilt and reparations for the war, hindered the German Weimar Republic's ability to establish a stable and legitimate political and economic system.

SUGGESTED SKILL

 *Sourcing and Situation*

**2.C**

Explain the significance of a source's point of view, purpose, historical situation, and/or audience, including how these might limit the use(s) of a source.



**ILLUSTRATIVE EXAMPLES**
Democratic successor states:
- Poland
- Czechoslovakia
- Hungary
- Yugoslavia

Mandate territories:
- Lebanon and Syria
- Iraq
- Palestine

*continued on next page*

1:26-cv-00351 PL0405



**UNIT 8**

## 20th-Century Global Conflicts

| LEARNING OBJECTIVE | HISTORICAL DEVELOPMENTS |
|---|---|
| **Unit 8: Learning Objective F**<br><br>Explain how and why the settlement of World War I failed to effectively resolve the political, economic, and diplomatic challenges of the early 20th century. | **KC-4.1.VI.B**<br><br>The League of Nations distributed former German and Ottoman possessions to France and Great Britain through the mandate system, thereby altering the imperial balance of power and creating a strategic interest in the Middle East and its oil. |

1:26-cv-00351 PL0406

**20th-Century Global Conflicts**

**UNIT 8**

## TOPIC 8.5
# Global Economic Crisis

## Required Course Content

### THEMATIC FOCUS

**Economic and Commercial Developments** ECD

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

### LEARNING OBJECTIVE

**Unit 8: Learning Objective G**

Explain the causes and effects of the global economic crisis in the 1920s and 1930s.

### HISTORICAL DEVELOPMENTS

**KC-4.2.III**

The Great Depression, caused by weaknesses in international trade and monetary theories and practices, undermined Western European democracies and fomented radical political responses throughout Europe.

**KC-4.2.III.A**

World War I debt, nationalistic tariff policies, overproduction, depreciated currencies, disrupted trade patterns, and speculation created weaknesses in economies worldwide.

**KC-4.2.III.B**

Dependence on post-World War I American investment capital led to financial collapse when, following the 1929 stock market crash, the United States cut off capital flows to Europe.

**KC-4.2.III.C**

Despite attempts to rethink economic theories and policies and forge political alliances, Western democracies failed to overcome the Great Depression and were weakened by extremist movements.

---

**SUGGESTED SKILL**

 *Making Connections*

5.A

Identify patterns among or connections between historical developments and processes.

**ILLUSTRATIVE EXAMPLES**

New economic theories and policies:

- Keynesianism in Britain
- Cooperative social action in Scandinavia
- Popular Front policies in France

Political alliance:

- National government in Britain
- Popular Fronts in France and Spain

---

1:26-cv-00351 PL0407



**UNIT 8**

## 20th-Century Global Conflicts

### SUGGESTED SKILL

 *Sourcing and Situation*

**2.B**

Explain the point of view, purpose, historical situation, and/or audience of a source.



### ILLUSTRATIVE EXAMPLES

Fascist propaganda:

- Radio
- Joseph Goebbels
- Leni Riefenstahl
- Architecture
- Cult of personality

Authoritarian dictatorship in central and eastern Europe:

- Poland
- Hungary
- Romania

The Soviet Union's rapid economic modernization:

- Collectivization
- Five Year Plan

The Soviet Union's oppressive political system:

- Great purges
- Gulags
- Secret police

## TOPIC 8.6
# Fascism and Totalitarianism

---

## Required Course Content

### THEMATIC FOCUS

#### States and Other Institutions of Power SOP

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 8: Learning Objective H**

Explain the factors that led to the development of fascist and totalitarian regimes in the aftermath of World War I.

### HISTORICAL DEVELOPMENTS

**KC-4.2.II**

The ideology of fascism, with roots in the pre-World War I era, gained popularity in an environment of postwar bitterness, the rise of communism, uncertain transitions to democracy, and economic instability.

**KC-4.2.II.A**

Fascist dictatorships used modern technology and propaganda that rejected democratic institutions, promoted charismatic leaders, and glorified war and nationalism to attract the disillusioned.

**KC-4.2.II.B**

Mussolini and Hitler rose to power by exploiting postwar bitterness and economic instability, using terror, and manipulating the fledgling and unpopular democracies in their countries.

*continued on next page*

## 20th-Century Global Conflicts

UNIT

8

### LEARNING OBJECTIVE

**Unit 8: Learning Objective H**

Explain the factors that led to the development of fascist and totalitarian regimes in the aftermath of World War I.

### HISTORICAL DEVELOPMENTS

**KC-4.2.II.C**

Franco's alliance with Italian and German fascists in the Spanish Civil War—in which the Western democracies did not intervene—represented a testing ground for World War II and resulted in authoritarian rule in Spain from 1936 to the mid-1970s.

**KC-4.2.II.D**

After failures to establish functioning democracies, authoritarian dictatorships took power in central and eastern Europe during the interwar period.

### THEMATIC FOCUS

**Economic and Commercial Developments** ECD

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

### LEARNING OBJECTIVE

**Unit 8: Learning Objective I**

Explain the consequences of Stalin's economic policies and totalitarian rule in the Soviet Union.

### HISTORICAL DEVELOPMENTS

**KC-4.2.I.D.ii**

After Lenin's death, Stalin undertook a centralized program of rapid economic modernization, often with severe repercussions for the population.

**KC-4.2.I.E**

Stalin's economic modernization of the Soviet Union came at a high price, including the liquidation of the kulaks (the land-owning peasantry) and other perceived enemies of the state, devastating famine in the Ukraine, purges of political rivals, and, ultimately, the creation of an oppressive political system.

1:26-cv-00351 PL0409



**UNIT 8**

**SUGGESTED SKILL**

 *Making Connections*

**5.B**

Explain how a historical development or process relates to another historical development or process.



**ILLUSTRATIVE EXAMPLES**

Fascist states' expansion allowed by European powers:

- Remilitarization of the Rhineland
- Italian invasion of Ethiopia
- Annexation of Austria
- Munich Agreement and its violation
- Nazi–Soviet Non-Aggression Pact

**AVAILABLE RESOURCE**

Classroom Resource >
**Thematic Approaches: "From Multinational Empires to Nation-States: Transformations in Eastern Europe"**

## TOPIC 8.7
# Europe During the Interwar Period

---

## Required Course Content

### THEMATIC FOCUS
### States and Other Institutions of Power `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 8: Learning Objective J**

Explain how and why various political and ideological factors resulted in the catastrophe of World War II.

### HISTORICAL DEVELOPMENTS

**KC-4.1.III.A**

French and British fears of another war, American isolationism, and deep distrust between Western democratic, capitalist nations and the authoritarian, communist Soviet Union allowed fascist states to rearm and expand their territory.

**KC-4.1.III**

In the interwar period, fascism, extreme nationalism, racist ideologies, and the failure of appeasement resulted in the catastrophe of World War II, presenting a grave challenge to European civilization.

1:26-cv-00351 PL0410

## 20th-Century Global Conflicts



# UNIT
# 8

## TOPIC 8.8
# World War II

### SUGGESTED SKILL

 *Contextualization*

**4.B**

Explain how a specific historical development or process is situated within a broader historical context.

---

## Required Course Content

### THEMATIC FOCUS

**Technological and Scientific Innovation** TSI

Scientific and technological innovations have increased efficiency, improved daily life, and shaped human development and interactions, having both intended and unintended consequences.

### ILLUSTRATIVE EXAMPLES
Blitzkrieg:
- Polish campaign of 1939
- Operation Barbarossa
- Surrender of France

### LEARNING OBJECTIVE

**Unit 8: Learning Objective K**

Explain how technology and innovation affected the course of World War II and the 20th century.

### HISTORICAL DEVELOPMENTS

**KC-4.1.III.B**

Germany's Blitzkrieg warfare in Europe, combined with Japan's attacks in Asia and the Pacific, brought the Axis powers early victories.

**KC-4.1.III.C**

American and British industrial, scientific, and technological power, cooperative military efforts under the strong leadership of individuals such as Winston Churchill, the resistance of civilians, and the all-out military commitment of the USSR contributed critically to the Allied victories.

**KC-4.3.II.C**

Military technologies made possible industrialized warfare, genocide, nuclear proliferation, and the risk of global nuclear war.

---

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0411



## UNIT 8

### 20th-Century Global Conflicts

SUGGESTED SKILL

 *Claims and Evidence in Sources*

**3.D**

Explain how claims or evidence support, modify, or refute a source's argument.

**ILLUSTRATIVE EXAMPLES**

Nazi establishment of a new racial order:

- Nuremberg Laws
- Wannsee Conference
- Auschwitz and other death camps

**AVAILABLE RESOURCES**

- Professional Development > **Teaching and Assessing: Evaluating Patterns of Continuity and Change in European Marginalization of the "Other" (Focus on Teaching)**
- Professional Development > **Teaching and Assessing: Evaluating Patterns of Continuity and Change in European Marginalization of the "Other" (Focus on Assessment)**

# TOPIC 8.9
# The Holocaust

## Required Course Content

### THEMATIC FOCUS

### National and European Identity `NEI`

Definitions and perceptions of regional, cultural, national, and European identity have developed and been challenged over time, with varied and often profound effects on the political, social, and cultural order in Europe.

### LEARNING OBJECTIVE

**Unit 8: Learning Objective L**

Explain how and why cultural and national identities were affected by war and the rise of fascist/totalitarian powers in the period from 1914 to the present.

### HISTORICAL DEVELOPMENTS

**KC-4.1.III.D**

Fueled by racism and anti-Semitism, Nazi Germany—with the cooperation of some of the other Axis powers and collaborationist governments—sought to establish a "new racial order" in Europe, which culminated with the Holocaust.

**KC-4.4.I.B**

World War II decimated a generation of Russian and German men; virtually destroyed European Jewry; resulted in the murder of millions in other groups targeted by the Nazis including Roma, homosexuals, people with disabilities, and others; forced large-scale migrations; and undermined prewar class hierarchies.

1:26-cv-00351 PL0412

**20th-Century Global Conflicts**



# TOPIC 8.10
# 20th-Century Cultural, Intellectual, and Artistic Developments

## Required Course Content

SUGGESTED SKILL

 *Argumentation*

**6.B**

Support an argument using specific and relevant evidence.

- Describe specific examples of historically relevant evidence.
- Explain how specific examples of historically relevant evidence support an argument.

### THEMATIC FOCUS

#### Cultural and Intellectual Developments `CID`

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

### LEARNING OBJECTIVE

**Unit 8: Learning Objective M**

Explain how the events of the first half of the 20th century challenged existing social, cultural, and intellectual understandings.

### HISTORICAL DEVELOPMENTS

**KC-4.3.I.i**

The widely held belief in progress characteristic of much of 19th-century thought began to break down before World War I.

**KC-4.3.I.A**

When World War I began, Europeans were generally confident in the ability of science and technology to address human needs and problems despite the uncertainty created by the new scientific theories and psychology.

**KC-4.3.II.A**

The challenge to the certainties of the Newtonian universe in physics opened the door to uncertainty in other fields by undermining faith in objective knowledge while also providing the knowledge necessary for the development of nuclear weapons and power.

**KC-4.4.I.A**

World War I created a "lost generation" and fostered disillusionment and cynicism, while it transformed the lives of women, and democratized societies.

**KC-4.4.II.A**

During the world wars, women became increasingly involved in military and political mobilization, as well as in economic production.

### ILLUSTRATIVE EXAMPLES

Physicists:
- Albert Einstein
- Werner Heisenberg
- Erwin Schrödinger
- Enrico Fermi
- Niels Bohr

1:26-cv-00351 PL0413



**UNIT 8**

20th-Century Global Conflicts

---

**SUGGESTED SKILL**

*Argumentation*

**6.D**

Corroborate, qualify, or modify an argument using diverse and alternative evidence in order to develop a complex argument. This argument might:

- Explain nuance of an issue by analyzing multiple variables.
- Explain relevant and insightful connections within and across periods.
- Explain the relative historical significance of a source's credibility and limitations.
- Explain how or why a historical claim or argument is or is not effective.

## TOPIC 8.11
# Continuity and Changes in an Age of Global Conflict

The final topic in this unit focuses on the skill of argumentation and so provides an opportunity for your students to draw upon the key concepts and historical developments they have studied in this unit. Using evidence relevant to this unit's key concepts, students should practice the suggested skill for this topic.

## Required Course Content

### LEARNING OBJECTIVE

**Unit 8: Learning Objective N**

Explain how economic challenges and ideological beliefs influenced prior conceptions about the relationship between the individual and the state.

### REVIEW: UNIT 8 KEY CONCEPTS

**KC-4.1**

Total war and political instability in the first half of the 20th century gave way to a polarized state order during the Cold War and eventually to efforts at transnational union.

**KC-4.1.I**

World War I, caused by a complex interaction of long- and short-term factors, resulted in immense losses and disruptions for both victors and vanquished.

**KC-4.1.II**

The conflicting goals of the peace negotiators in Paris pitted diplomatic idealism against the desire to punish Germany, producing a settlement that satisfied few.

**KC-4.1.III**

In the interwar period, fascism, extreme nationalism, racist ideologies, and the failure of appeasement resulted in the catastrophe of World War II, presenting a grave challenge to European civilization.

*continued on next page*

---

1:26-cv-00351 PL0414

## 20th-Century Global Conflicts

**UNIT 8**

### LEARNING OBJECTIVE

**Unit 8: Learning Objective N**

Explain how economic challenges and ideological beliefs influenced prior conceptions about the relationship between the individual and the state.

### REVIEW: UNIT 8 KEY CONCEPTS

**KC-4.2**

The stresses of economic collapse and total war engendered internal conflicts within European states and created conflicting conceptions of the relationship between the individual and the state, as demonstrated in the ideological battle between and among democracy, communism, and fascism.

**KC-4.3**

During the 20th century, diverse intellectual and cultural movements questioned the existence of objective knowledge, the ability of reason to arrive at truth, and the role of religion in determining moral standards.

**KC-4.3.II**

Science and technology yielded impressive material benefits but also caused immense destruction and posed challenges to objective knowledge.

**KC-4.4**

Demographic changes, economic growth, total war, disruptions of traditional social patterns, and competing definitions of freedom and justice altered the experiences of everyday life.

**KC-4.4.I**

The 20th century was characterized by large-scale suffering brought on by warfare and genocide, but also by tremendous improvements in the standard of living.

1:26-cv-00351 PL0415

THIS PAGE IS INTENTIONALLY LEFT BLANK.

1:26-cv-00351 PL0416

**AP EUROPEAN HISTORY**

# UNIT 9

# Cold War and Contemporary Europe

*c. 1914 to present*



**10–15%**
AP EXAM WEIGHTING



**~17**
CLASS PERIODS

1:26-cv-00351 PL0417



Remember to go to **AP Classroom** to assign students the online **Personal Progress Check** for this unit.

Whether assigned as homework or completed in class, the **Personal Progress Check** provides each student with immediate feedback related to this unit's topics and skills.

### Personal Progress Check 9

**Multiple-choice: ~35 questions**
**Short-answer: 2 questions**
- Secondary source
- No stimulus

**Free-response: 1 question**
- Document-based

1:26-cv-00351 PL0418

| UNIT 9 | **10–15%** AP EXAM WEIGHTING | **~17** CLASS PERIODS |

# Cold War and Contemporary Europe

*c. 1914 to present*

## UNIT AT A GLANCE

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods ~17 CLASS PERIODS |
|---|---|---|---|---|
| | 9.1 **Contextualizing Cold War and Contemporary Europe** | Causation | **4.B** Explain how a specific historical development or process is situated within a broader historical context. | |
| ECD | 9.2 **Rebuilding Europe** | Continuity and Change | **4.B** Explain how a specific historical development or process is situated within a broader historical context. | |
| INT | 9.3 **The Cold War** | Causation | **1.B** Explain a historical concept, development, or process. | |
| ECD | 9.4 **Two Super Powers Emerge** | Causation | **1.B** Explain a historical concept, development, or process. | |
| NEI | 9.5 **Postwar Nationalism, Ethnic Conflict, and Atrocities** | Causation | **5.B** Explain how a historical development or process relates to another historical development or process. | |
| ECD | 9.6 **Contemporary Western Democracies** | Causation | **2.C** Explain the significance of a source's point of view, purpose, historical situation, and/or audience, including how these might limit the use(s) of a source. | |
| SOP | 9.7 **The Fall of Communism** | Causation | **3.D** Explain how claims or evidence support, modify, or refute a source's argument. | |

*continued on next page*

1:26-cv-00351 PL0419



**UNIT**
**9**

**Cold War and Contemporary Europe**

# UNIT AT A GLANCE *(cont'd)*

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods<br>~17 CLASS PERIODS |
|---|---|---|---|---|
| SCD | **9.8** 20th-Century Feminism | Continuity and Change | **2.C** Explain the significance of a source's point of view, purpose, historical situation, and/or audience, including how these might limit the use(s) of a source. | |
| INT | **9.9** Decolonization | Causation | **6.D** Corroborate, qualify, or modify an argument using diverse and alternative evidence in order to develop a complex argument. This argument might:<br>▪ Explain nuance of an issue by analyzing multiple variables.<br>▪ Explain relevant and insightful connections within and across periods.<br>▪ Explain the relative historical significance of a source's credibility and limitations.<br>▪ Explain how or why a historical claim or argument is or is not effective. | |
| ECD, NEI | **9.10** The European Union | Continuity and Change | **3.B** Identify the evidence used in a source to support an argument. | |
| SCD | **9.11** Migration and Immigration | Causation | **5.B** Explain how a historical development or process relates to another historical development or process. | |
| TSI | **9.12** Technology | Causation | **5.B** Explain how a historical development or process relates to another historical development or process. | |
| TSI | **9.13** Globalization | Causation | **4.B** Explain how a specific historical development or process is situated within a broader historical context. | |

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0420



**Cold War and Contemporary Europe**

**UNIT 9**

## UNIT AT A GLANCE *(cont'd)*

| Thematic Focus | Topic | Reasoning Process | Suggested Skill | Class Periods<br>~17 CLASS PERIODS |
|---|---|---|---|---|
| CID | **9.14 20th- and 21st-Century Culture, Arts, and Demographic Trends** | Continuity and Change | **5.A** Identify patterns among or connections between historical developments and processes. | |
| | **9.15 Continuity and Change in the 20th and 21st Centuries** | Continuity and Change | **6.D** Corroborate, qualify, or modify an argument using diverse and alternative evidence in order to develop a complex argument. This argument might:<br><br>• Explain nuance of an issue by analyzing multiple variables.<br><br>• Explain relevant and insightful connections within and across periods.<br><br>• Explain the relative historical significance of a source's credibility and limitations.<br><br>• Explain how or why a historical claim or argument is or is not effective. | |

 Go to **AP Classroom** to assign the **Personal Progress Check** for Unit 9. Review the results in class to identify and address any student misunderstandings.

1:26-cv-00351 PL0421



**UNIT 9**

**Cold War and Contemporary Europe**

# SAMPLE INSTRUCTIONAL ACTIVITIES

The sample activities on this page are optional and are offered to provide possible ways to incorporate instructional approaches into the classroom. They were developed in partnership with teachers from the AP community to share ways that they approach teaching some of the topics in this unit. Please refer to the Instructional Approaches section beginning on p. 213 for more examples of activities and strategies.

| Activity | Topic | Sample Activity |
|---|---|---|
| 1 | 9.2, 9.3, 9.4, and 9.5 | **Jigsaw**<br>Use this strategy to facilitate understanding of post–World War II Europe around the following themes: economic and commercial development, interactions between Europe and the world, and national and European identity. Have students read and analyze primary and secondary sources related to rebuilding postwar Europe, the Cold War, and postwar nationalism and ethnic conflict. |
| 2 | 9.8 | **Fishbowl**<br>Use this strategy to discuss the arguments presented in various primary and secondary sources focusing on changes and continuities in the roles and status of women in Europe throughout the 20th and 21st centuries. |
| 3 | 9.10 | **Think-Pair-Share**<br>Have students analyze the causes and effects of the formation of the European Union by posing a question such as *Explain how the formation and existence of the European Union influenced economic developments throughout the period following World War II to the present*. After students have shared their responses with a partner, engage the class in a group discussion to discover which causes and effects they used as examples and to enhance student understanding. |
| 4 | 9.15 | **Self/Peer Revision**<br>Have students work through writing components of a full practice document-based question (claim, evidence both within and beyond the documents, sourcing, historical reasoning, and addressing alternative perspectives demonstrating a complex understanding) on the changes and continuities in 20th-century European society and then have them perform self- or peer revisions of their practice-argument essays. That way, they have the opportunity to review and assess their own argument and their peers'. |

### ✎ Unit Planning Notes

*Use the space below to plan your approach to the unit. Consider how to use the final few class periods to ensure students have opportunities to practice (and get feedback on) all of the argumentation skills.*

© 2020 College Board

1:26-cv-00351 PL0422

**UNIT 9**

## TOPIC 9.1

# Contextualizing Cold War and Contemporary Europe

**SUGGESTED SKILL**

 *Contextualization*

**4.B**

Explain how a specific historical development or process is situated within a broader historical context.

Spend a class period helping students understand some contexts for this unit. Considering this unit's key concepts (previewed below), select one or two for which your students will most need context.

To understand context, your students could examine:

- Change from and/or continuity with preceding historical developments.
- Similarities and/or differences with contemporaneous historical developments in different regions or geographical areas.

Whenever possible, draw upon students' relevant prior knowledge, and anchor this contextualization lesson in historical source material of varying formats such as visuals, data, or written texts, or conduct an activity that engages students in exploring context.

## Required Course Content

### LEARNING OBJECTIVE

**Unit 9: Learning Objective A**

Explain the context in which the Cold War developed, spread, and ended in Europe.

### PREVIEW: UNIT 9 KEY CONCEPTS

**KC-4.1**

Total war and political instability in the first half of the 20th century gave way to a polarized state order during the Cold War and eventually to efforts at transnational union.

**KC-4.1.IV**

As World War II ended, a Cold War between the liberal democratic West and the communist East began, lasting nearly half a century.

**KC-4.2**

The stresses of economic collapse and total war engendered internal conflicts within European states and created conflicting conceptions of the relationship between the individual and the state, as demonstrated in the ideological battle between and among democracy, communism, and fascism.

*continued on next page*

1:26-cv-00351 PL0423



**UNIT 9**

## Cold War and Contemporary Europe

### LEARNING OBJECTIVE

**Unit 9: Learning Objective A**

Explain the context in which the Cold War developed, spread, and ended in Europe.

### PREVIEW: UNIT 9 KEY CONCEPTS

**KC-4.3**

During the 20th century, diverse intellectual and cultural movements questioned the existence of objective knowledge, the ability of reason to arrive at truth, and the role of religion in determining moral standards.

**KC-4.3.I.II**

The experience of war intensified a sense of anxiety that permeated many facets of thought and culture, giving way by the century's end to a plurality of intellectual frameworks.

**KC-4.4**

Demographic changes, economic growth, total war, disruptions of traditional social patterns, and competing definitions of freedom and justice altered the experiences of everyday life.

**KC-4.4.III**

New voices gained prominence in political, intellectual, and social discourse.

1:26-cv-00351 PL0424

## Cold War and Contemporary Europe

**UNIT 9**

## TOPIC 9.2
# Rebuilding Europe

**SUGGESTED SKILL**

 *Contextualization*

**4.B**
Explain how a specific historical development or process is situated within a broader historical context.

## Required Course Content

**THEMATIC FOCUS**

**Economic and Commercial Developments** ECD

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

| LEARNING OBJECTIVE | HISTORICAL DEVELOPMENTS |
|---|---|
| **Unit 9: Learning Objective B**<br><br>Explain how economic developments resulted in economic, political, and cultural change in the period after World War II. | **KC-4.2.IV.A**<br><br>Marshall Plan funds from the United States financed an extensive reconstruction of industry and infrastructure and stimulated an extended period of growth in Western and Central Europe, often referred to as an "economic miracle," which increased the economic and cultural importance of consumerism. |

1:26-cv-00351 PL0425



**UNIT 9**

**Cold War and Contemporary Europe**

**SUGGESTED SKILL**

 *Developments and Processes*

**1.B**

Explain a historical concept, development, or process.

**ILLUSTRATIVE EXAMPLES**
Hot wars outside of Europe in which the United States and the USSR supported opposite sides:

- Korean War
- Vietnam War
- Yom Kippur War
- Soviet invasion of Afghanistan

**AVAILABLE RESOURCE**
- Classroom Resource > **Lesson Plans from the History Teaching Institute: "The Cold War"**

## TOPIC 9.3
# The Cold War

## Required Course Content

### THEMATIC FOCUS

**Interaction of Europe and the World** `INT`

Motivated by a variety of factors, Europe's interaction with the world led to political, economic, social, and cultural exchanges that influenced both European and non-European societies.

### LEARNING OBJECTIVE

**Unit 9: Learning Objective C**

Explain the causes, events, and effects of the Cold War in the period following World War II.

### HISTORICAL DEVELOPMENTS

**KC-4.1.IV.A**

Despite efforts to maintain international cooperation through the newly created United Nations, deep-seated tensions between the USSR and the West led to the division of Europe, which was referred to in the West as the Iron Curtain.

**KC-4.1.IV.B**

The Cold War played out on a global stage and involved propaganda campaigns; covert actions; limited "hot wars" in Asia, Africa, Latin America, and the Caribbean; and an arms race, with the threat of a nuclear war.

© 2020 College Board

1:26-cv-00351 PL0426

**Cold War and Contemporary Europe**



## TOPIC 9.4
# Two Super Powers Emerge

## Required Course Content

### THEMATIC FOCUS

**Economic and Commercial Developments** `ECD`

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

### LEARNING OBJECTIVE

**Unit 9: Learning Objective D**

Explain the economic and political consequences of the Cold War for Europe.

### HISTORICAL DEVELOPMENTS

**KC-4.1.IV.C**

The United States exerted a strong military, political, and economic influence in Western Europe, leading to the creation of world monetary and trade systems and geopolitical alliances, including NATO.

**KC-4.1.IV.D**

Countries east of the Iron Curtain came under the military, political, and economic domination of the Soviet Union within the Council for Mutual Economic Assistance (COMECON) and the Warsaw Pact.

**KC-4.2.V.A**

Central and Eastern European nations within the Soviet bloc followed an economic model based on central planning, extensive social welfare, and specialized production among bloc members. This brought with it the restriction of individual rights and freedoms, suppression of dissent, and constraint of emigration for the various populations within the Soviet bloc.

*continued on next page*

---

**SUGGESTED SKILL**

 *Developments and Processes*

`1.B`

Explain a historical concept, development, or process.

**ILLUSTRATIVE EXAMPLES**

The world monetary and trade system:

- International Monetary Fund (IMF)
- World Bank
- General Agreement on Tariffs and Trade (GATT)
- World Trade Organization (WTO)

Revolts against Soviet control:

- Prague Spring
- Hungarian Revolt

---

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0427



**UNIT 9**

## Cold War and Contemporary Europe

**LEARNING OBJECTIVE**

**Unit 9: Learning Objective D**

Explain the economic and political consequences of the Cold War for Europe.

**HISTORICAL DEVELOPMENTS**

**KC-4.2.V**

Eastern European nations were bound by their relationships with the Soviet Union, which oscillated between repression and limited reform, until the collapse of communist governments in Eastern Europe and the fall of the Soviet Union.

**KC-4.2.V.B**

After 1956, Soviet leader Nikita Khrushchev's de-Stalinization policies failed to meet their economic goals within the Soviet Union; combined with reactions to existing limitations on individual rights, this prompted revolts in Eastern Europe, which ended with a reimposition of Soviet rule and repressive totalitarian regimes.

**KC-4.2.V.D.i**

The rise of new nationalisms in Central and Eastern Europe brought peaceful revolution in most countries but resulted in instability in some former Soviet republics.

© 2020 College Board

1:26-cv-00351 PL0428

**Cold War and Contemporary Europe**



**UNIT
9**

## TOPIC 9.5
# Postwar Nationalism, Ethnic Conflict, and Atrocities

### Required Course Content

**SUGGESTED SKILL**

 *Making Connections*

**5.B**
Explain how a historical development or process relates to another historical development or process.

**ILLUSTRATIVE EXAMPLES**
Nationalist violence:
- Ireland
- Chechnya

Separatist movements:
- Basque (ETA)
- Flemish

Ethnic cleansing:
- Bosnian Muslims
- Albanian Muslims of Kosovo

---

**THEMATIC FOCUS**

**National and European Identity** **NEI**

Definitions and perceptions of regional, cultural, national, and European identity have developed and been challenged over time, with varied and often profound effects on the political, social, and cultural order in Europe.

| **LEARNING OBJECTIVE** | **HISTORICAL DEVELOPMENTS** |
|---|---|
| **Unit 9: Learning Objective E** | **KC-4.1.V** |
| Explain the causes and effects of mass atrocities in the period following World War II to the present. | Nationalist and separatist movements, along with ethnic conflict and ethnic cleansing, periodically disrupted the post-World War II peace. |
| | **KC-4.2.V.D.ii** |
| | New nationalisms in central and eastern Europe resulted in war and genocide in the Balkans. |

1:26-cv-00351 PL0429



**UNIT 9**

## Cold War and Contemporary Europe

SUGGESTED SKILL

*Sourcing and Situation*

**2.0**

Explain the significance of a source's point of view, purpose, historical situation, and/or audience, including how these might limit the use(s) of a source.

## TOPIC 9.6
# Contemporary Western Democracies

## Required Course Content

### THEMATIC FOCUS

**Economic and Commercial Developments** **ECD**

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

### LEARNING OBJECTIVE

**Unit 9: Learning Objective F**

Explain state-based economic developments following World War II and the responses to these developments.

### HISTORICAL DEVELOPMENTS

**KC-4.2.IV**

Postwar economic growth supported an increase in welfare benefits; however, subsequent economic stagnation led to criticism and limitation of the welfare state.

**KC-4.2.IV.B**

The expansion of cradle-to-grave social welfare programs in the aftermath of World War II, accompanied by high taxes, became a contentious domestic political issue as the budgets of European nations came under pressure in the late 20th century.

1:26-cv-00351 PL0430

## UNIT 9

### TOPIC 9.7
# The Fall of Communism

## Required Course Content

### THEMATIC FOCUS

**States and Other Institutions of Power** `SOP`

European states and nations developed governmental and civil institutions from 1450 to the present to organize society and consolidate political power, with a variety of social, cultural, and economic effects.

### LEARNING OBJECTIVE

**Unit 9: Learning Objective G**

Explain the causes and effects of the end of the Cold War.

### HISTORICAL DEVELOPMENTS

**KC-4.2.V.C**

Following a long period of economic stagnation, Mikhail Gorbachev's internal reforms of *perestroika* and *glasnost*, designed to make the Soviet system more flexible, failed to stave off the collapse of the Soviet Union and the end of its hegemonic control over Eastern and Central European satellites.

**KC-4.1.IV.E**

The collapse of the USSR in 1991 ended the Cold War and led to the establishment of capitalist economies throughout Eastern Europe. Germany was reunited, the Czechs and the Slovaks parted, Yugoslavia dissolved, and the European Union was enlarged through the admission of former Eastern bloc countries.



**SUGGESTED SKILL**

*Claims and Evidence in Sources*

`3.D`

Explain how claims or evidence support, modify, or refute a source's argument.



**ILLUSTRATIVE EXAMPLES**
Collapse of Soviet Union and satellites:

- Fall of the Berlin Wall
- Polish elections in 1989

**AVAILABLE RESOURCE**

- Classroom Resource > **Lesson Plans from the History Teaching Institute: "German Reunification, 1989-90"**

1:26-cv-00351 PL0431



**UNIT 9**

## Cold War and Contemporary Europe

**SUGGESTED SKILL**

 *Sourcing and Situation*

**2.O**

Explain the significance of a source's point of view, purpose, historical situation, and/or audience, including how these might limit the use(s) of a source.

**ILLUSTRATIVE EXAMPLES**

Feminists and feminism:

- Simone de Beauvoir
- Second-wave feminism

New modes of managing reproduction:

- Birth control pill
- Scientific means of fertilization

Women who attained high political office:

- Margaret Thatcher of Great Britain
- Mary Robinson of Ireland
- Édith Cresson of France

# TOPIC 9.8
# 20th-Century Feminism

## Required Course Content

### THEMATIC FOCUS

### Social Organization and Development SCD

Economic, political, and cultural factors have influenced the form and status of family, class, and social groups in European history, which has, in turn, affected both the individual and society.

### LEARNING OBJECTIVE

**Unit 9: Learning Objective H**

Explain how women's roles and status developed and changed throughout the 20th and 21st centuries.

### HISTORICAL DEVELOPMENTS

**KC-4.4.II**

The lives of women were defined by family and work responsibilities, economic changes, and feminism.

**KC-4.4.II.B**

In Western Europe through the efforts of feminists, and in Eastern Europe and the Soviet Union through government policy, women finally gained the vote, greater educational opportunities, and access to professional careers, even while continuing to face social inequalities.

**KC-4.4.II.D**

New modes of marriage, partnership, motherhood, divorce, and reproduction gave women more options in their personal lives.

**KC-4.4.II.E**

Women attained high political office and increased their representation in legislative bodies in many nations.

1:26-cv-00351 PL0432

## Cold War and Contemporary Europe

### TOPIC 9.9
# Decolonization

---

## Required Course Content

### THEMATIC FOCUS
### Interaction of Europe and the World
Motivated by a variety of factors, Europe's interaction with the world led to political, economic, social, and cultural exchanges that influenced both European and non-European societies.

### LEARNING OBJECTIVE

**Unit 9: Learning Objective I**

Explain the various ways in which colonial groups around the world sought independence from colonizers in the 20th and 21st centuries.

### HISTORICAL DEVELOPMENTS

**KC-4.1.VI**

The process of decolonization occurred over the course of the century with varying degrees of cooperation, interference, or resistance from European imperialist states.

**KC-4.1.VI.A**

At the end of World War I, U.S. President Woodrow Wilson's principle of national self-determination raised expectations in the non-European world for new policies and freedoms.

**KC-4.1.VI.C**

Despite indigenous nationalist movements, independence for many African and Asian territories was delayed until the mid- and even late 20th century by the imperial powers' reluctance to relinquish control, threats of interference from other nations, unstable economic and political systems, and Cold War strategic alignments.

---

**SUGGESTED SKILL**

✎ *Argumentation*

**6.D**

Corroborate, qualify, or modify an argument using diverse and alternative evidence in order to develop a complex argument. This argument might:

- Explain nuance of an issue by analyzing multiple variables.
- Explain relevant and insightful connections within and across periods.
- Explain the relative historical significance of a source's credibility and limitations.
- Explain how or why a historical claim or argument is or is not effective.



**ILLUSTRATIVE EXAMPLES**

Indigenous nationalist movements:

- Indian National Congress
- Algeria's National Liberation Front (FLN)
- Ho Chi Minh's Viet Minh
- Sukarno and Indonesian nationalism

**AVAILABLE RESOURCE**

- Classroom Resource > **Thematic Approaches: "The Impact of Decolonization: France and Algeria"**

---

1:26-cv-00351 PL0433



**UNIT 9**

**Cold War and Contemporary Europe**

SUGGESTED SKILL



*Claims and Evidence in Sources*

**3.B**

Identify the evidence used in a source to support an argument.

**ILLUSTRATIVE EXAMPLES**

Challenges to national sovereignty within the EU:

- The euro
- European Parliament
- Issue of remaining in the EU (e.g., Britain's "Brexit")
- Free movement across borders

# TOPIC 9.10
# The European Union

## Required Course Content

### THEMATIC FOCUS

**Economic and Commercial Developments** `ECD`

Economic development, especially the development of capitalism, played an important role in Europe's history, often having significant social, political, and cultural effects.

### LEARNING OBJECTIVE

**Unit 9: Learning Objective J**

Explain how the formation and existence of the European Union influenced economic developments throughout the period following World War II to the present.

### HISTORICAL DEVELOPMENTS

**KC-4.4.IV**

European states began to set aside nationalist rivalries in favor of economic and political integration, forming a series of transnational unions that grew in size and scope over the second half of the 20th century.

**KC-4.4.IV.A**

As the economic alliance known as the European Coal and Steel Community, envisioned as a means to spur postwar economic recovery, developed into the European Economic Community (EEC or Common Market) and the European Union (EU), Europe experienced increasing economic and political integration and efforts to establish a shared European identity.

*continued on next page*

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0434

## Cold War and Contemporary Europe

### THEMATIC FOCUS

**National and European Identity** NEI

Definitions and perceptions of regional, cultural, national, and European identity have developed and been challenged over time, with varied and often profound effects on the political, social, and cultural order in Europe.

### LEARNING OBJECTIVE

Unit 9: Learning Objective K

Explain how the European Union affected national and European identity throughout the period following World War II to the present.

### HISTORICAL DEVELOPMENTS

KC-4.4.IV.B

EU member nations continue to balance questions of national sovereignty with the responsibilities of membership in an economic and political union.

© 2020 College Board

1:26-cv-00351 PL0435



**UNIT 9**

## Cold War and Contemporary Europe

SUGGESTED SKILL

 *Making Connections*

**5.B**

Explain how a historical development or process relates to another historical development or process.



ILLUSTRATIVE EXAMPLES
Anti-immigration, conservative parties:

- French National Front
- Austrian Freedom Party

## TOPIC 9.11
# Migration and Immigration

## Required Course Content

### THEMATIC FOCUS

**Social Organization and Development** `SCD`

Economic, political, and cultural factors have influenced the form and status of family, class, and social groups in European history, which has, in turn, affected both the individual and society.

### LEARNING OBJECTIVE

**Unit 9: Learning Objective L**

Explain the causes and effects of changes to migration within and immigration to Europe throughout the period following World War II to the present.

### HISTORICAL DEVELOPMENTS

**KC-4.3.III.C**

Increased immigration into Europe altered Europe's religious makeup, causing debate and conflict over the role of religion in social and political life.

**KC-4.4.III.D**

Because of the economic growth of the 1950s and 1960s, migrant workers from southern Europe, Asia, and Africa immigrated to western and central Europe; however, after the economic downturn of the 1970s, these workers and their families often became targets of anti-immigrant agitation and extreme nationalist political parties.

1:26-cv-00351 PL0436

**Cold War and Contemporary Europe**

## TOPIC 9.12
# Technology

### Required Course Content

#### THEMATIC FOCUS

**Technological and Scientific Innovation** `TSI`

Scientific and technological innovations have increased efficiency, improved daily life, and shaped human development and interactions, having both intended and unintended consequences.

| LEARNING OBJECTIVE | HISTORICAL DEVELOPMENTS |
|---|---|
| **Unit 9: Learning Objective M** | **KC-4.3.II.B** |
| Explain how innovation and advances in technology influenced cultural and intellectual developments in the period 1914 to the present. | Medical theories and technologies extended life but posed social and moral questions that eluded consensus and crossed religious, political, and philosophical perspectives. |

**SUGGESTED SKILL**

 *Making Connections*

`5.B`

Explain how a historical development or process relates to another historical development or process.



**ILLUSTRATIVE EXAMPLES**

Medical theories and technologies:

- Birth control
- Abortion
- Fertility treatments
- Genetic engineering

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0437



**UNIT 9**

## Cold War and Contemporary Europe

SUGGESTED SKILL

 *Contextualization*

**4.B**

Explain how a specific historical development or process is situated within a broader historical context.



**ILLUSTRATIVE EXAMPLES**
New communication technologies:

- Telephone
- Radio
- Television
- Computer
- Cell phone
- Internet

## TOPIC 9.13
# Globalization

## Required Course Content

**THEMATIC FOCUS**

**Technological and Scientific Innovation** TSI

Scientific and technological innovations have increased efficiency, improved daily life, and shaped human development and interactions, having both intended and unintended consequences.

**LEARNING OBJECTIVE**

**Unit 9: Learning Objective N**

Explain the technological and cultural causes and consequences of increasing European globalization in the period from 1914 to the present.

**HISTORICAL DEVELOPMENTS**

**KC-4.3.IV.C**

Increased imports of U.S. technology and popular culture after World War II generated both enthusiasm and criticism.

**KC-4.4.I.D**

New communication and transportation technologies multiplied the connections across space and time, transforming daily life and contributing to the proliferation of ideas and to globalization.

**KC-4.4.III.A**

Green parties in Western and Central Europe challenged consumerism, urged sustainable development, and, by the late 20th century, cautioned against globalization.

1:26-cv-00351 PL0438

**Cold War and Contemporary Europe**

## TOPIC 9.14

# 20th- and 21st-Century Culture, Arts, and Demographic Trends

## Required Course Content

### THEMATIC FOCUS

#### Cultural and Intellectual Developments CID

The creation and transmission of knowledge, including the relationship between traditional sources of authority and the development of differing world views, had significant political, intellectual, economic, cultural, and social effects on European and world societies.

### LEARNING OBJECTIVE

**Unit 9: Learning Objective O**

Explain how and why European culture changed from the period following World War II to the present.

### HISTORICAL DEVELOPMENTS

**KC-4.3.I.B**

The effects of world war and economic depression undermined this confidence in science and human reason, giving impetus to existentialism and producing postmodernism in the post-1945 period.

**KC-4.3.III**

Organized religion continued to play a role in European social and cultural life despite the challenges of military and ideological conflict, modern secularism, and rapid social changes.

**KC-4.3.III.A**

The challenges of totalitarianism and communism in central and eastern Europe brought mixed responses from the Christian churches.

**KC-4.3.III.B**

Reform in the Catholic Church found expression in the Second Vatican Council, which redefined the church's doctrine and practices and started to redefine its relations with other religious communities.

*continued on next page*

---

### SUGGESTED SKILL

⚒ *Making Connections*

**5.A**

Identify patterns among or connections between historical developments and processes.



### ILLUSTRATIVE EXAMPLES

Christian responses to totalitarianism:

- Dietrich Bonhoeffer
- Martin Niemöller
- Pope John Paul II
- Solidarity

New movements in the visual arts:

- Cubism
- Futurism
- Dadaism
- Surrealism
- Abstract Expressionism
- Pop Art

New architectural movements:

- Bauhaus
- Modernism
- Postmodernism

New movements in music:

- Igor Stravinsky
- Arnold Schoenberg
- Richard Strauss

Writers:

- Franz Kafka
- James Joyce
- Erich Maria Remarque
- Virginia Woolf
- Jean-Paul Sartre

Government policies promoting population growth:

- Neonatalism
- Childcare facilities

---

1:26-cv-00351 PL0439



**UNIT 9**

## Cold War and Contemporary Europe

### LEARNING OBJECTIVE

**Unit 9: Learning Objective O**

Explain how and why European culture changed from the period following World War II to the present.

### HISTORICAL DEVELOPMENTS

**KC-4.3.IV**

During the 20th century, the arts were defined by experimentation, self-expression, subjectivity, and the increasing influence of the United States in both elite and popular culture.

**KC-4.3.IV.A**

New movements in the visual arts, architecture, and music radically shifted existing aesthetic standards, explored subconscious and subjective states, and satirized Western society and its values.

**KC-4.3.IV.B**

Throughout the century, a number of writers challenged traditional literary conventions, questioned Western values, and addressed controversial social and political issues.

**KC-4.4.I.C**

Mass production, new food technologies, and industrial efficiency increased disposable income and created a consumer culture in which greater domestic comforts such as electricity, indoor plumbing, plastics, and synthetic fibers became available.

**KC-4.4.II.C**

With economic recovery after World War II, the birth rate increased dramatically (the baby boom), often promoted by government policies.

**KC-4.4.III.B**

Various movements, including women's movements, political and social movements, gay and lesbian movements, and others, worked for expanded civil rights, in some cases obtaining the goals they sought, and in others facing strong opposition.

**KC-4.4.III.C**

Intellectuals and youth reacted against perceived bourgeois materialism and decadence, most significantly with the revolts of 1968.

© 2020 College Board

1:26-cv-00351 PL0440

**Cold War and Contemporary Europe**

## TOPIC 9.15

# Continuity and Change in the 20th and 21st Centuries

The final topic in this unit focuses on the skill of argumentation and so provides an opportunity for your students to draw upon the key concepts and historical developments they have studied in this unit. Using evidence relevant to this unit's key concepts, students should practice the suggested skill for this topic.

**SUGGESTED SKILL**

*Argumentation*

**6.D**

Corroborate, qualify, or modify an argument using diverse and alternative evidence in order to develop a complex argument. This argument might:

- Explain nuance of an issue by analyzing multiple variables.
- Explain relevant and insightful connections within and across periods.
- Explain the relative historical significance of a source's credibility and limitations.
- Explain how or why a historical claim or argument is or is not effective.

## Required Course Content

### LEARNING OBJECTIVE

**Unit 9: Learning Objective P**

Explain how the challenges of the 20th century influenced what it means to be European.

### REVIEW: UNIT 9 KEY CONCEPTS

**KC-4.1**

Total war and political instability in the first half of the 20th century gave way to a polarized state order during the Cold War and eventually to efforts at transnational union.

**KC-4.1.IV**

As World War II ended, a Cold War between the liberal democratic West and the communist East began, lasting nearly half a century.

**KC-4.1.V**

Nationalist and separatist movements, along with ethnic conflict and ethnic cleansing, periodically disrupted the post-World War II peace.

**KC-4.2**

The stresses of economic collapse and total war engendered internal conflicts within European states and created conflicting conceptions of the relationship between the individual and the state, as demonstrated in the ideological battle between and among democracy, communism, and fascism.

*continued on next page*

1:26-cv-00351 PL0441



**UNIT 9** | Cold War and Contemporary Europe

## LEARNING OBJECTIVE

**Unit 9: Learning Objective P**

Explain how the challenges of the 20th century influenced what it means to be European.

## REVIEW: UNIT 9 KEY CONCEPTS

**KC-4.3**

During the 20th century, diverse intellectual and cultural movements questioned the existence of objective knowledge, the ability of reason to arrive at truth, and the role of religion in determining moral standards.

**KC-4.3.I.ii**

The experience of war intensified a sense of anxiety that permeated many facets of thought and culture, giving way by the century's end to a plurality of intellectual frameworks.

**KC-4.4**

Demographic changes, economic growth, total war, disruptions of traditional social patterns, and competing definitions of freedom and justice altered the experiences of everyday life.

**KC-4.4.III**

New voices gained prominence in political, intellectual, and social discourse.

© 2020 College Board

1:26-cv-00351 PL0442

**AP EUROPEAN HISTORY**

# Instructional Approaches

1:26-cv-00351 PL0443



1:26-cv-00351 PL0444

# Selecting and Using Course Materials

Using a wide array of historical source material helps students become proficient with the historical thinking skills and develop a conceptual understanding of European history. In addition to using a college-level textbook that will provide required course content, students should regularly examine primary source material in different and varied forms as well as other types of historical scholarship. Rich, diverse source material provides more flexibility in designing learning activities that develop the habits of historical thinking that are essential for student success in the course.

## Textbooks

The AP European History course requires the use of a college-level textbook that includes a discussion of historical developments and processes from c. 1450 into the 21st century in a way that encourages conceptual understanding. While nearly all college-level European history textbooks address the various themes of European history, they may cover these thematic approaches differently. It will be important to identify other types of secondary sources and supplement the textbook accordingly.

AP Central has a **list of textbook examples** that meet the resource requirements.

## Primary Sources

Students will find it useful to analyze primary source material regularly to deepen their understanding of the key concepts addressed by the textbook and develop the required skills. While publishers are increasingly including primary source material in the textbook, students should be introduced to a wide variety of source material so they can analyze historical evidence from diverse sources. These sources should include written documents as well as images, such as photographs, cartoons, and works of art. The ancillary materials and online sources that accompany most of the recently published textbooks may have high-quality primary source documents, artwork, charts, and other sources of data that are linked to the topics and themes addressed in the textbook. If the textbook used does not provide ample primary sources, or the sources are too brief, teachers may decide to supplement their course with document readers that provide lengthier selections or online compilations of primary sources related to particular topic areas.

## Secondary Sources

Student success in the course also depends on exposure to and analysis of multiple secondary sources. Secondary sources include accounts of the past written by historians or scholars of other related disciplines, such as economists, sociologists, political commentators, or art historians, who were not present during the events or who are analyzing history today. Secondary sources include data sets, charts, and maps as well. Secondary sources of all types can provide a broader and more substantive perspective on topics addressed by a textbook. Additionally, secondary sources can be helpful in supplementing textbooks with older publication dates.

It is especially important that students receive instruction in the practice of analyzing and comparing historians' interpretations of events. Students should have opportunities to compare a primary source with a secondary source or compare the views represented by two different secondary sources. This need can often be met by source collections that provide both primary and secondary source material or through ancillary resource material offered by textbook publishers. When finding resources to use with students, teachers may consider a variety of sources that vary in complexity, building toward publications by practicing historians, university presses, or scholarly journals.

School librarians can also help identify databases that contain a variety of useful primary and secondary source material. Many schools already subscribe to databases, such as ABC-CLIO, JSTOR, EBSCO, or Gale, that may augment the materials found in texts or source collections.

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0445

# Instructional Strategies

The AP European History course framework outlines the concepts and skills students must master in order to be successful on the AP Exam. To address those concepts and skills effectively, it helps to incorporate a variety of instructional approaches into daily lessons and activities. The following table presents strategies that can help students apply their understanding of course concepts.

| Strategy | Definition | Purpose | Example |
|---|---|---|---|
| *Close Reading* | Students read, reread, and analyze small chunks of text word for word, sentence by sentence, and line by line. | Develops comprehensive understanding of a text. | When students are reading early documents with unfamiliar vocabulary, have them highlight relevant words and passages that support the author's claim. Teachers can also read a difficult primary or secondary source aloud to students to help them understand the content and author's tone. |
| *Create Representations* | Students create tables, graphs, or other infographics to interpret text or data. | Helps students organize information using multiple ways to present data. | Give students a set of data (e.g., numbers of factories or city populations) and have them create a graph that best shows the data and the trends. |
| *Critique Reasoning* | Through collaborative discussion, students critique the arguments of others, questioning the author's perspective, evidence presented, and reasoning behind the argument. | Helps students learn from others as they make connections between concepts and learn to support their arguments with evidence and reasoning that make sense to peers. | Have students critique Bishop Bossuet's arguments in his writings on the divine right of kings. Have students examine Bossuet's perspective and the evidence and reasoning he uses to support this position. |
| *Debate* | Students present an informal or formal argument that defends a claim with reasons, while others defend different claims about the same topic or issue. The goal is to debate ideas without attacking the people who defend those ideas. | Gives students an opportunity to collect and orally present evidence supporting the affirmative and negative arguments of a proposition or issue. | Have students debate whether Napoleon was a tyrant or a liberator using evidence and reasoning to support their claims. |

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0446

| Strategy | Definition | Purpose | Example |
|---|---|---|---|
| *Debriefing* | Students participate in a facilitated discussion that leads to consensus understanding or helps them identify the key conclusions or takeaways. | Helps students solidify and deepen their understanding. | For complex issues such as philosophies, lead students in a debrief to ensure their understanding. |
| *Discussion Groups* | Students engage in an interactive, small-group discussion, often with an assigned role (e.g., questioner, summarizer, facilitator, evidence keeper) to consider a topic, text, question, etc. | Helps students gain new understanding of or insight into a text or issue by listening to multiple perspectives. | Use the learning objectives, such as "Explain how the revival of classical texts contributed to the development of the Renaissance in Italy," (Unit 1: Learning Objective B) to help students gain information and show their understanding. |
| *Fishbowl* | Some students form an inner circle and model appropriate discussion techniques while an outer circle of students listens, responds, and evaluates. | Provides students with an opportunity to engage in a formal discussion and to experience the roles of both participant and active listener; students also have the responsibility of supporting their opinions and responses using specific evidence. | Use this strategy to discuss the arguments presented in various religious documents during the Reformation and the Counter-Reformation, focusing on how the documents relate to common topics or themes. |
| *Graphic Organizer* | Students use a visual representation for the organization of information (e.g., Venn diagrams, flowcharts, cluster maps). | Builds comprehension and facilitates discussion by representing information in visual form. | Ask students to use a graphic organizer to compare political, economic, religious, social, intellectual, and technological ideas. Make sure students use any organizer thoughtfully and are not simply "filling in the blanks." Concept webs or timelines are useful types of graphic organizers for having students discuss causation and continuity and/or change over time. |
| *Guided Discussion* | A guided discussion is an umbrella strategy that allows for the use of different techniques as you guide students through the lesson. | Helps students see the big picture and builds their confidence when dealing with difficult content and/or new skills. | Use brainstorming and quickwrite as strategies during a guided discussion to help students understand the various motivations and patterns for participation in European wars of religion. |

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0447

| Strategy | Definition | Purpose | Example |
|---|---|---|---|
| *Jigsaw* | Each student in a group reads a different text or different passage from a single text, taking on the role of "expert" on what was read. Students share the information from that reading with students from other groups and then return to their original groups to share their new knowledge. | Helps students summarize and present information to others in a way that facilitates an understanding of a text (or multiple texts) or issue without having each student read the text in its entirety; by teaching others, they become experts. | Use this strategy to facilitate understanding of the various objectives and accomplishments of one of the 19th-century reform movements. Have students read and analyze primary and secondary sources related to political corruption, social injustice, and economic inequality. |
| *Look for a Pattern* | Students evaluate data or create visual representations to find a trend. | Helps students identify patterns that may be used to draw conclusions. | Using a complex graph (with at least two data sets, such as mobilization numbers for each country during World War I versus their total number of casualties), have students compare the data to find a trend and draw a conclusion. |
| *Making Connections* | Students are given a concept, term, or document and asked to write what they know about it. Then students are paired and asked to determine, describe, and then explain the connection between the two concepts. | Reinforces the fact that concepts are often connected and provides the opportunity for students to make and explain connections between and among these concepts. | Write concepts related to one of the course themes (such as economics or politics) on cards, place them into a box, and have students pick a concept at random. Give students a few minutes to gather and recall information about the term and then pair students and ask them to find the connection between their concepts. Finally, ask the pairs to write a brief explanation of how the concepts are related. |
| *Match Claims and Evidence* | Students are given sample claims (most of which can be improved upon) to evaluate and revise. Then students match their revised claims with pieces of evidence that can be used to support the claims. Once matched, students write a statement explaining how and why the evidence supports the claim. | Provides opportunities for students to edit existing claims and match those claims with existing evidence in preparation for writing their own argumentative essays. | In early stages of practicing argumentation, ask small groups of students to write claims and supporting-evidence statements based on a prompt. Have groups trade claims and evidence and revise or modify the claims (if necessary), match the claims and evidence, and write statements explaining why the evidence supports the claim. |

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0448

| Strategy | Definition | Purpose | Example |
|---|---|---|---|
| *Questioning a Source* | Students develop literal, interpretive, and universal questions about the text while reading a text. | Allows students to engage more actively with texts, read with greater purpose and focus, and ultimately answer questions to gain greater insight into the text. | Assign students to read and analyze propaganda posters from either World War I or II and write down any clarification and discussion questions that come to mind while reading the text. Form groups around similar questions and ask students to research answers from a source, such as the textbook. Have groups present their findings and lead a discussion about motivations, nationalism, and "the home front" during the war. |
| *Quickwrite* | Students write for a short, specific amount of time about a designated topic. | Helps students generate ideas in a short time. | As preparation for the free-response questions, use the learning objectives to have students write claims and explain evidence that supports their claims for various topics. |
| *Self/Peer Revision* | Students work alone or with a partner to examine a piece of writing for accuracy and clarity. | Provides students an opportunity for editing a written text to ensure correctness of identified components. | As students work through writing components of their arguments (claims, evidence, historical reasoning, sourcing, etc.), have them perform self- or peer revisions of their practice-argument essays, so that they have the opportunity to review their practice claims, supporting evidence, sourcing, and analysis and reasoning. |
| *Socratic Seminar* | Students engage in a focused discussion tied to a topic or selected text in which they ask questions of one another. The questions initiate a conversation that continues with a series of responses and additional questions. | Helps students arrive at a new understanding by asking questions that clarify; challenging assumptions; probing perspective and point of view; questioning facts, reasons, and evidence; or examining implications and outcomes. | Use the essential questions at the start of each unit to initiate discussion where students can illustrate their understanding of the learning objectives and essential knowledge statements. |
| *Think-Pair-Share* | Students think through a question or issue alone, pair with a partner to share ideas, and then share results with the class. | Enables the development of initial ideas that are then tested with a partner in preparation for revising ideas and sharing them with a larger group. | Have students use think-pair-share to analyze the causes and effects of the formation of the European Union. |

1:26-cv-00351 PL0449

# Developing Historical Thinking Skills

Throughout the AP European History course, students will develop skills that are fundamental to the study of history. Since these historical thinking skills represent the complex skills that adept historians demonstrate, students will benefit from multiple opportunities to develop them in a scaffolded manner.

The historical thinking skills and reasoning processes used in the course framework help students begin to understand and create historical arguments in a process similar to that used by historians. This process begins with a close analysis of historical sources and reaches its conclusion when evidence, drawn from historical sources, is used effectively to support an argument about the past.

The tables on the pages that follow look at each of the skills and provide examples of tasks or questions for each skill, along with instructional notes and strategies for implementing that skill into the course.

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0450

## Historical Thinking Skill 1: Identify and explain historical developments and processes

Historical knowledge is gained from a variety of formats: knowledge transfer from the teacher, reading textbooks, analyzing primary and secondary sources, and from other media. In order to perform historical analysis and argumentation, students need to establish a depth of knowledge about historical events, processes, and people and their actions. This skill allows students to gain empirical knowledge that they can then apply using more sophisticated skills.

| Skill | Tasks/Questions | Sample Activity | Instructional Strategies |
|---|---|---|---|
| **1.A** *Identify a historical concept, development, or process.* | ▪ Identify the characteristics and traits of a concept, development, or process. <br> ▪ What does the historical evidence tell you about a concept, development, or process? | Ask students to read the Declaration of the Rights of Man and Citizen and identify the sentiments expressed by the authors. | ▪ Quickwrite <br> ▪ Think-Pair-Share |
| **1.B** *Explain a historical concept, development, or process.* | ▪ Begin to think about causation and patterns of continuity and change over time. <br> ▪ Using specific historical evidence, explain how and why a historical concept, development, or process emerged. | Ask students to explain the immediate causes of the French Revolution. | ▪ Quickwrite <br> ▪ Graphic Organizer |

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0451

## Historical Thinking Skill 2: Analyze sourcing and situation of primary and secondary sources

Historians use primary sources and the arguments of other historians (secondary sources) as the foundation for creating an understanding about historical events—in short, a historical argument. Sources need to be closely evaluated so that they can be used properly to support, refute, or even modify an argument. By using these skills, students will build an understanding of source analysis that they can later use in developing their own historical arguments. Good analysis requires a critical evaluation of the source's limitations.

| Skill | Tasks/Questions | Sample Activity | Instructional Strategies |
|---|---|---|---|
| **2.A** *Identify a source's point of view, purpose, historical situation, and/or audience.* | ▪ Identify the author.<br>▪ Identify his or her perspective.<br>▪ Identify the intended audience.<br>▪ Identify the purpose.<br>▪ Place the source within its historical situation. | Lead students on a guided reading of Martin Luther's 95 Theses. Ask them to identify the author and his perspective (point of view). Then ask students to identify the historical situation surrounding when the source was written. | ▪ Critique Reasoning<br>▪ Jigsaw |
| **2.B** *Explain the point of view, purpose, historical situation, and/or audience of a source.* | Explain the many different variables that impact a source's:<br>▪ Content<br>▪ Tone<br>▪ Interpretation<br>▪ Audience<br>▪ Purpose | Ask students to examine the factors that led Luther to respond to the Catholic Church the way he did during that period. | ▪ Questioning a Source<br>▪ Socratic Seminar |
| **2.C** *Explain the significance of a source's point of view, purpose, historical situation, and/or audience, including how these might limit the use(s) of a source.* | ▪ Why does the source's point of view, purpose, historical situation, and audience matter?<br>▪ How could a historian use this source to develop an argument?<br>▪ What does the source not tell you?<br>▪ How does the tone and/or audience of a source affect its value to historians? | Have students analyze a 19th-century advice book or pamphlet aimed at women (such as Mrs. Beeton's *Book of Household Management*) and explain how the audience and historical situation affects the significance of this source. | ▪ Discussion Groups<br>▪ Quickwrite<br>▪ Think-Pair-Share |

© 2020 College Board

1:26-cv-00351 PL0452

## Historical Thinking Skill 3: Analyze arguments in primary and secondary sources

Because historians rely on primary and secondary sources to serve as evidence to support their claims, they need to closely analyze these sources. This analysis includes investigating what the source does and does not communicate, determining the argument established by a source, and identifying the evidence the author uses to support that argument.

| Skill | Tasks/Questions | Sample Activity | Instructional Strategies |
|---|---|---|---|
| **3.A** *Identify and describe a claim and/or argument in a text-based or non-text-based source.* | • What is the author's argument?<br>• What is the author trying to prove in the source? | Ask students to identify James I of England's claims in *The True Law of Free Monarchies*. | • Debriefing |
| **3.B** *Identify the evidence used in a source to support an argument.* | • What is the source's argument?<br>• What specific evidence does the author use to support the argument? | Ask students to identify the evidence James I of England uses to support his claims about rulers and their subjects in *The True Law of Free Monarchies*. | • Critique Reasoning |
| **3.C** *Compare the arguments or main ideas of two sources.* | • Identify the argument or main idea in each source.<br>• What are the similarities between the arguments or main ideas in each source?<br>• What are the differences between the arguments or main ideas in each source? | Have students compare the views of several Enlightenment thinkers on government, liberty, and the state of nature. | • Fishbowl |
| **3.D** *Explain how claims or evidence support, modify, or refute a source's argument.* | • Explain the source's claim.<br>• Explain the evidence presented in the source.<br>• Explain how the outside evidence supports the claims in the source.<br>• Explain how the outside evidence contradicts the source's claim. | Ask students to explain the arguments made in the Declaration of the Rights of Man and Citizen. What outside evidence supports and refutes the claims made? | • Close Reading |

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0453

# Historical Thinking Skill 4: Analyze the context of historical events, developments, or processes

Historical events, developments, and processes do not happen in a vacuum. They cannot be understood without proper examination within the relevant context. While students are often taught to focus on comparison, causality, and patterns of continuity and change over time as ways to look at these events, historical context also plays a part. Analyzing historical events using context helps students see the big picture and make the connections they will need to make when developing thoughtful arguments. These skills guide students through the process of contextual analysis.

| Skill | Tasks/Questions | Sample Activity | Instructional Strategies |
|---|---|---|---|
| **4.A** *Identify and describe a historical context for a specific historical development or process.* | ▪ What events led up to the one being studied?<br>▪ What else is happening in Europe or the world at this time? | Have students examine one of William Hogarth's illustrations on poverty in British cities. While Hogarth's message is social, have students view the image through the lens of industrialization and describe how industrialization relates to the scene Hogarth is depicting. | ▪ Debriefing<br>▪ Discussion Group |
| **4.B** *Explain how a specific historical development or process is situated within a broader historical context.* | ▪ Ask students to use historical reasoning to explain how an event relates to a broader process.<br>▪ Consider the evidence through the lens of another historical event or development.<br>▪ How does the relationship affect the event being studied?<br>▪ What does the source tell us about the time in which it was created?<br>▪ Examine the evidence through the lens of another historical event or development.<br>▪ How can this evidence be used to explain other related historical events? | Have students examine Lenin's April Theses in the context of both the Russian Revolution and World War I. Extend this discussion to include relating Lenin's plans to the 19th-century "isms" and the emancipation of the Russian serfs.<br><br>Challenge students to look at events and processes both inside and outside of Russia. | ▪ Close Reading<br>▪ Socratic Seminar |

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0454

## Historical Thinking Skill 5: Using historical reasoning processes (comparison, causation, continuity and change), analyze patterns and connections between and among historical developments and processes

Analyzing patterns and making connections is the bridge between all of the previous historical thinking skills. This skill pulls everything together and allows students to connect all concepts. Whether they are using sources or their own historical knowledge, students will use the historical reasoning processes to identify and explain patterns and connections between historical events and developments.

| Skill | Tasks/Questions | Sample Activity | Instructional Strategies |
|---|---|---|---|
| **5.A** *Identify patterns among or connections between historical developments and processes.* | ▪ What historical developments or processes are described in this source? <br> ▪ What are the causes of this development or process? <br> ▪ What are the effects of this development or process? <br> ▪ Where does the development or process fit into a pattern of continuity or change over time? <br> ▪ What are the similarities and differences between this development or process and another? <br> ▪ What does the data in a non-text-based source show? <br> ▪ What trends and patterns can you identify from data? | Have students examine a series of visual sources (such as Da Vinci's The Vitruvian Man, Albrecht Durer's Rhinoceros, Copernicus's heliocentric model of the universe, and Louis XIV Visiting the Royal Academy of Sciences) in order to identify and describe a pattern or connection between the Renaissance and the Scientific Revolution. Have students organize their findings on a timeline or concept web. | ▪ Making Connections <br> ▪ Graphic Organizer (Timeline) <br> ▪ Look for a pattern |

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0455

| Skill | Tasks/Questions | Sample Activity | Instructional Strategies |
|---|---|---|---|
| **5.B** *Explain how a historical development or process relates to another historical development or process.* | ▪ Which historical evidence is illustrated in the historical evidence?<br><br>▪ How or why are the causes of this development or process related to another historical development or process?<br><br>▪ How or why are the effects of this development or process related to another historical development or process?<br><br>▪ How or why does the development or process fit into a pattern of continuity or change over time?<br><br>▪ How or why are developments and processes similar and/or different? | Using excerpts from Frederick the Great's "Forms of Government and the Duties of Rulers" (1777), have students quickwrite a series of explanations that connect Frederick's opinion on enlightened absolutism to other historical developments and processes using the historical reasoning. For example, they can connect the source to the Enlightenment using causation, or they can connect the source to Louis XIV's style of rule using comparison. They can also connect the source to the Partition of Poland, the Congress of Vienna, and German Unification using patterns of continuity and change over time. | ▪ Quickwrite<br>▪ Self/Peer Revision |

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0456

# Historical Thinking Skill 6: Develop an argument

Writing claims is often the first argumentation skill that students practice, but claims are difficult to develop without prompting. Giving students prompts to work with can help them as they learn this skill. The prompt should establish parameters that require students to take a position, either by choosing one of two presented alternatives or by assessing the extent to which a given proposition or scenario is valid.

In order to develop a historically defensible claim, students need to know what evidence is available to support that claim. You can have students practice writing claims using just their knowledge as evidence, as they will in the long essay question. They should also write claims using documents, to practice both evidence and sourcing (a few at first, then build quantity as students gain skills and confidence), as they will in the document-based question.

The reasoning processes, discussed in more depth starting on page 231, will help students develop historical reasoning needed to appropriately connect their evidence to their claims.

There is no simple path to teaching students to develop complex arguments. The tasks/questions and the sample activities in the table below can serve as a roadmap. However, students will also need a mastery of the course content, source analysis, a highly developed understanding of historical context, and the ability to make connections between and among events to demonstrate this skill. In short, it is the culminating skill for an AP European History student.

| Skill | Tasks/Questions | Sample Activity | Instructional Strategies |
|---|---|---|---|
| **6.A** *Make a historically defensible claim.* | <ul><li>What do you know about the development or processes established in the prompt?</li><li>What are your options regarding positions to take?</li><li>What historical reasoning process is indicated (or best fits the structure of the essay you plan to write)?</li><li>Based on the prompt and the evidence (either provided or from your own knowledge), which position will you take?</li><li>State in a few words how you will prove your claim ("because" statement).</li></ul> | Provide students with a practice writing prompt, such as, *Evaluate the extent to which the Age of Discovery was motivated by political or economic reasons*. Have students break down the question into potential positions (Age of Discovery was politically motivated or Age of Discovery was economically motivated, or was motivated by both).<br><br>Have them identify a historical reasoning process that best fits the essay that they would go on to develop (such as comparison or causation).<br><br>Ask them to think of evidence that would support all of the identified positions. Then ask them to write a defensible claim that establishes a line of reasoning by stating their chosen position and provides a roadmap for how they are going to prove their claim ("because" statement). | <ul><li>Self/Peer Revision</li></ul> |

*continued on next page*

1:26-cv-00351 PL0457

| Skill | Tasks/Questions | Sample Activity | Instructional Strategies |
|---|---|---|---|
| **6.B** *Support an argument using specific and relevant evidence.*<br><br>• Describe specific examples of historically relevant evidence.<br>• Explain how specific examples of historically relevant evidence support an argument. | • Brainstorm relevant evidence that relates to the development or process established in the prompt.<br>• Hone your initial list of evidence by describing specific examples that support the argument.<br>• If practicing a DBQ, evaluate the evidence provided.<br>• Determine whether the evidence supports, refutes, or modifies each of the possible positions. | Provide students with three to four documents* that could be used to support the positions outlined in a sample prompt, such as, *Evaluate the extent to which the French Revolution produced a radical change in the lives of nonaristocratic peoples.* Ask students to evaluate the evidence using a Venn diagram. They should categorize the evidence in one of three categories: 1) It supports the idea that the French Revolution brought about a radical change, 2) it supports the idea that it was not as radical, or 3) the evidence could be used to support both positions. For each piece of evidence, have students write a statement explaining how the evidence supports the position(s).<br><br>*You can use this same activity for LEQ practice by asking students to brainstorm relevant evidence instead of providing documents. | • Graphic Organizer<br>• Matching Claims and Evidence |
| **6.C** *Use historical reasoning to explain relationships among pieces of historical evidence.* | • Which reasoning process(es) is indicated in the prompt?<br>• If comparison is indicated, establish relevant categories in which to compare the evidence.<br>• If causation is indicated, how does the evidence show a pattern of causes and/or effects?<br>• If continuity or change over time is indicated, identify patterns or developments that indicate it and draw conclusions in support of your claim. | In a practice argumentation essay, have students identify the historical reasoning process indicated in the prompt. Then have them develop and use a graphic organizer (such as a Venn diagram or flow chart) to arrange the evidence in a way that reflects the organizational structure of the historical reasoning process. | • Graphic Organizer<br>• Self/Peer Revision<br>• Debate |

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0458

| Skill | Tasks/Questions | Sample Activity | Instructional Strategies |
|---|---|---|---|
| **6.D** *Corroborate, qualify, or modify an argument using diverse and alternative evidence in order to develop a complex argument. This argument might:* | | | ▪ Creating Representations<br>▪ Graphic Organizer<br>▪ Think-Pair-Share<br>▪ Quickwrite<br>▪ Self/Peer Revision |
| ▪ Explain nuance of an issue by analyzing multiple variables. | ▪ Identify which categorical variables (such as economics, social issues, politics, religion) have a significant effect on the development or process?<br>▪ How does the development or process relate to, or how was it affected by, the categorical variables you identified? | In an essay on 19th-century imperialism, have students examine various motivations across different categorical variables, including economic reasons, political reasons, and social reasons. | |
| ▪ Explain relevant and insightful connections within and across periods. | ▪ How is this development or process significantly similar to or different from a related development or process?<br>▪ Is this development or process a significant result of, or a major catalyst for, a development or process within or across time periods?<br>▪ Does this development or process represent a significant change or continuity over time? | In an essay, ask students to make connections between the political and social effects of the Napoleonic wars. Examine long-term effects into the mid-19th century. | |
| ▪ Explain the relative historical significance of a source's credibility and limitations. | ▪ How or why is the source's point of view, purpose, historical situation, or audience relevant to the argument?<br>▪ How would this affect the use of the source in developing an argument? | Give students a set of four documents with contradictory perspectives on the causes for World War I.<br><br>Ask them to examine each document and weigh the relative historical significance and credibility of each.<br><br>Then have students establish a position on which was the most significant cause through an evaluation of each source's POV, purpose, historical situation, or audience. | |

*continued on next page*

1:26-cv-00351 PL0459

| Skill | Tasks/Questions | Sample Activity | Instructional Strategies |
|---|---|---|---|
| ▪ Explain how or why a historical claim or argument is or is not effective. | ▪ Evaluate the historical claim.<br>▪ How does the evidence support this claim?<br>▪ What evidence goes against this claim?<br>▪ What evidence-based counterarguments exist?<br>▪ Refute the counterargument by explaining why it is not as effective using evidence. | Using a collection of sources from a released DBQ, ask students to identify the claim of a source and list the evidence presented in a chart. Then ask them to corroborate or refute the claim based on the evidence. Ask them to present disparate, diverse, or contradictory evidence that they glean from the sources. After refuting the claim, ask them why their argument is the most persuasive. | |

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0460

# Developing the Reasoning Processes

Reasoning processes describe the cognitive operations that students will be required to apply when engaging with historical thinking skills on the AP Exam. The reasoning processes ultimately represent the way in which historians think.

Student responses on the AP Exam should reflect their ability to apply a reasoning process that aligns to the intent of the question. In many cases, guiding students toward a better alignment between the reasoning process and the task unlocks their understanding and helps them improve their writing.

The table that follows provides suggestions for approaching the reasoning processes in the AP European History course.

| Reasoning Process | Key Tasks | Examples | Sample Instructional Strategies |
|---|---|---|---|
| Comparison | **1.i:** Describe similarities and/or differences between different historical developments or processes. | Describe how Renaissance ideas were developed and maintained, or changed, as the Renaissance spread to northern Europe. | ▪ Debriefing |
| | **1.ii:** Explain relevant similarities and/or differences between specific historical developments and processes. | Compare the different forms of political power that developed in Europe from 1648 to 1815. | ▪ Graphic Organizer |
| | **1.iii:** Explain the relative historical significance of similarities and/or differences between different historical developments or processes. | Explain the economic and political consequences of the rivalry between Britain and France from 1648 to 1815. | ▪ Self/Peer Review |

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0461

| Reasoning Process | Key Tasks | Examples | Sample Instructional Strategies |
|---|---|---|---|
| **Causation** | **2.i:** Describe causes and/or effects of a specific historical development or process. | Describe the causes for the development of the slave trade. | ▪ Close Reading |
| | **2.ii:** Explain the relationship between causes and effects of a specific historical development or process. | Explain how and why the Scientific Revolution and the Enlightenment challenged the existing European order and understanding of the world. | ▪ Graphic Organizer |
| | **2.iii:** Explain the difference between primary and secondary causes and between short- and long-term effects. | Explain the nationalist responses to Napoleon's rule in Europe. Explain the causes, events, and consequences of the French Revolution. | ▪ Discussion Group |
| | **2.iv:** Explain how a relevant context influenced a specific historical development or process. | Explain the factors that influenced the development of industrialization in Europe from 1815 to 1914. | ▪ Quickwrite |
| | **2.v:** Explain the relative historical significance of different causes and/or effects. | Explain how Darwin's theories influenced scientific and social developments from 1815 to 1914. | ▪ Socratic Seminar |
| **Continuity and Change** | **3.i:** Describe patterns of continuity and/or change over time. | Explain how science and other intellectual disciplines developed and changed from 1815 to 1914. | ▪ Think-Pair-Share |
| | **3.ii:** Explain patterns of continuity and/or change over time. | Explain the continuities and changes in the role of the Catholic Church from 1450 to 1648. | ▪ Jigsaw |
| | **3.iii:** Explain the relative historical significance of specific historical developments in relation to a larger pattern of continuity and/or change. | Explain how the events of the first half of the 20th century challenged existing social, cultural, and intellectual understandings. | ▪ Self/Peer Review |

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0462

Case: 1:26-cv-00351-MWM Doc #: 29-26 Filed: 07/01/26 Page: 241 of 296  PAGEID #: 2102

1:26-cv-00351  PL0463

**AP EUROPEAN HISTORY**

# Exam Information



1:26-cv-00351 PL0464

# Exam Overview

*The AP European History Exam assesses student understanding of the historical thinking skills and learning objectives outlined in the course framework. The exam is 3 hours and 15 minutes long and students are required to answer 55 multiple-choice questions, 3 short-answer questions, 1 document-based question, and 1 long essay question. The details of the exam, including exam weighting and timing can be found below:*

| Section | Question Type | Number of Questions | Exam Weighting | Timing |
|---|---|---|---|---|
| I | **Part A: Multiple-choice questions** | **55** | **40%** | **55 minutes** |
| | **Part B: Short-answer questions** | **3** | **20%** | **40 minutes** |
| | Question 1: Secondary source(s) | | | |
| | Question 2: Primary source | | | |
| | **Students select one:**<br>Question 3: No stimulus<br>Question 4: No stimulus | | | |
| II | **Free-response questions** | **2** | | |
| | Question 1: Document-based | | 25% | 60 minutes (includes a 15-minute reading period) |
| | **Students select one:**<br><br>Question 2: Long essay<br>Question 3: Long essay<br>Question 4: Long essay | | 15% | 40 minutes |

© 2020 College Board

1:26-cv-00351 PL0465

## The exam assesses content from the seven course themes:

**Theme 1:** Interaction of Europe and the World

**Theme 2:** Economic and Commercial Developments

**Theme 3:** Cultural and Intellectual Developments

**Theme 4:** States and Other Institutions of Power

**Theme 5:** Social Organization and Development

**Theme 6:** National and European Identity

**Theme 7:** Technological and Scientific Innovation

The exam weighting for each of the nine units of the course is provided below.

| Units | Chronological Period* | Exam Weighting |
|---|---|---|
| **Unit 1:** Renaissance and Exploration | c. 1450 – c. 1648 | 10–15% |
| **Unit 2:** Age of Reformation | | 10–15% |
| **Unit 3:** Absolutism and Constitutionalism | c. 1648 – c.1815 | 10–15% |
| **Unit 4:** Scientific, Philosophical, and Political Developments | | 10–15% |
| **Unit 5:** Conflict, Crisis, and Reaction in the Late 18th Century | | 10–15% |
| **Unit 6:** Industrialization and Its Effects | c. 1815 – c. 1914 | 10–15% |
| **Unit 7:** 19th-Century Perspectives and Political Developments | | 10–15% |
| **Unit 8:** 20th-Century Global Conflicts | c. 1914 – present | 10–15% |
| **Unit 9:** Cold War and Contemporary Europe | | 10–15% |

*Events, processes, and developments are not constrained by the given dates and may begin before, or continue after, the approximate dates assigned to each unit and/or topic.

© 2020 College Board

1:26-cv-00351 PL0466

## Section I

### PART A: MULTIPLE-CHOICE

The first part of Section I of the AP European History Exam includes 55 multiple-choice questions typically appearing in sets of three to four questions, each with one or more stimuli, including primary texts, secondary texts, images (artwork, photos, posters, cartoons, etc.), charts, or other quantitative data, and maps. Additionally, there will be at least one set of paired text-based stimuli. Multiple-choice questions require analysis of the provided stimulus sources and the historical developments and processes described in the sources.

### PART B: SHORT-ANSWER

The second part of Section I of the AP Exam also includes three required short-answer questions. Short-answer question 1 is required and includes a secondary source stimulus. The topic of the question includes historical developments or processes between the years 1600 and 2001.

Short-answer question 2 is required and includes a primary source stimulus. The topic of the question includes historical developments or processes between the years 1600 and 2001.

Students may select short-answer question 3 or 4, neither of which includes a stimulus. Short-answer question 3 focuses on historical developments or processes between the years 1450 and 1815. Question 4 focuses on historical developments or processes between the years 1815 and 2001.

## Section II

### DOCUMENT-BASED QUESTION

The document-based question presents students with seven documents offering various perspectives on a historical development or process. The question requires students to do the following:

- Respond to the prompt with a historically defensible thesis or claim that establishes a line of reasoning.
- Describe a broader historical context relevant to the prompt.
- Support an argument in response to the prompt using at least four documents.
- Use at least one additional piece of specific historical evidence (beyond that found in the documents) relevant to an argument about the prompt.
- For at least two documents, explain how or why the document's point of view, purpose, historical situation, and/or audience is relevant to an argument.
- Demonstrate a complex understanding of a historical development related to the prompt through sophisticated argumentation and/or effective use of evidence.

The topic of the document-based question includes historical developments or processes between the years 1600 and 2001.

Return to Table of Contents
© 2020 College Board

**LONG ESSAY QUESTION**

The long essay question requires students to do the following:

- Respond to the prompt with a historically defensible thesis or claim that establishes a line of reasoning.

- Describe a broader historical context relevant to the prompt.

- Support an argument in response to the prompt using at least two pieces of specific and relevant evidence.

- Use historical reasoning (e.g., comparison, causation, continuity or change over time) to frame or structure an argument that addresses the prompt.

- Demonstrate a complex understanding of a historical development related to the prompt through sophisticated argumentation and/or effective use of evidence.

Students must select one of the three long essay questions. Each question focuses on the same reasoning process, but historical developments and processes in different time periods. The first option focuses primarily on historical developments or processes between 1450 and 1700, the second primarily on historical developments or processes between 1648 and 1914, and the third primarily on historical developments or processes between 1815 and 2001.

© 2020 College Board

1:26-cv-00351 PL0468

# How Student Learning Is Assessed on the AP Exam

The six historical thinking skills are assessed on the AP Exam as detailed below.

| Historical Thinking Skill | Multiple-Choice Questions | Free-Response Questions |
|---|---|---|
| Skill 1: Developments and Processes | Multiple-choice questions assess students' ability to identify and explain historical developments and processes. | The short-answer questions, document-based question, and long essay question assess students' ability to identify and explain historical developments and processes. |
| Skill 2: Sourcing and Situation | Multiple-choice questions assess students' ability to analyze sourcing and situation of primary and secondary sources.<br><br>Students will need to identify and explain the point of view, purpose, historical situation, and/or audience of a source, including its significance. Additionally, students will need to explain how the sourcing and situation might limit the use(s) of a source. | Short-answer questions 1 and/or 2 assess students' ability to analyze the sourcing or situation in primary or secondary sources. The document-based question assesses students' ability to analyze how the point of view, purpose, historical situation, and/or audience is relevant to an argument. |
| Skill 3: Claims and Evidence in Sources | Multiple-choice questions assess students' ability to analyze arguments in primary and secondary sources, including identifying and describing claims and evidence used. Additionally, students will need to compare arguments and explain how claims or evidence support, modify, or refute a source's argument. | Short-answer questions 1 and/or 2 assess students' ability to analyze arguments in primary or secondary sources. The document-based question also provides opportunities for students to analyze arguments in primary sources. |
| Skill 4: Contextualization | Multiple-choice questions assess students' ability to identify and describe a historical context for a specific historical development or process as well as explain how a specific development or process is situated within a broader historical context. | The document-based question and long essay question assess students' ability to describe a broader historical context relevant to the topic of the question. One or two of the short-answer questions may also assess this skill. |
| Skill 5: Making Connections | Multiple-choice questions assess students' ability to analyze patterns and connections between and among historical developments and processes, using historical reasoning processes (e.g., comparison, causation, continuity and change). | The document-based question, long essay question, and one or more of the short-answer questions all assess this skill. |
| Skill 6: Argumentation | No multiple-choice questions explicitly assess the argumentation skill. | The document-based question and long essay question assess argumentation. |

© 2020 College Board

1:26-cv-00351 PL0469

# Task Verbs Used in the Free-Response Questions

The following task verbs are commonly used in the free-response questions:

**Compare:** Provide a description or explanation of similarities and/or differences.

**Describe:** Provide the relevant characteristics of a specified topic.

**Evaluate:** Judge or determine the significance or importance of information or the quality or accuracy of a claim.

**Explain:** Provide information about how or why a relationship, process, pattern, position, situation, or outcome occurs, using evidence and/or reasoning. "Explain how" typically requires analyzing the relationship, process, pattern, position, situation, or outcome, whereas "explain why" typically requires analysis of motivations or reasons for the relationship, process, pattern, position, situation, or outcome.

**Identify:** Indicate or provide information about a specified topic, without elaboration or explanation.

**Support an argument:** Provide specific examples and explain how they support a claim.

© 2020 College Board

1:26-cv-00351 PL0470

# Sample Exam Questions

The sample exam questions that follow illustrate the relationship between the course framework and the AP European History Exam and serve as examples of the types of questions that appear on the exam. After the sample questions is a table that shows to which skill and learning objective(s) each question relates. The table also provides the answers to the multiple-choice questions.

## Section I

**PART A: MULTIPLE-CHOICE**

**Questions 1–4 refer to the passage below.**

> "It is not right when some make the simple folk believe that diligent confession and a worldly gift grants a papal indulgence and that thereby they can attain the forgiveness of sins. For the clink of the coin that falls into the money box will not free the sinner of his sins. Forgiveness requires first and above all else a truly contrite heart. Also, it is beyond doubt that the person may attain forgiveness of his sins by a true, honest contrition even without all the indulgences that he can avail himself of. But it is incredible and without any basis to attain pardon of sins even with papal grace if there is not first a true, heartfelt contrition over sins. . . . It is also the greatest foolishness to think sins may be greater than God's mercy. The mercy of God is without measure and infinitely great. No one who seeks it will be denied it."
>
> Johannes von Staupitz, Catholic theologian and dean of the faculty at the University of Wittenberg, sermon, 1516

1.  Which of the following best describes the main claim made by von Staupitz in the passage?

    (A) Church authorities are the best judges of whether someone is truly repentant.

    (B) The collection of money for the forgiveness of sins has corrupted the church.

    (C) Forgiveness of sins depends on repentance, not on a monetary payment.

    (D) Bishops, rather than the pope, should have the power to forgive sins.

2.  The passage best reflects which of the following developments of the early sixteenth century?

    (A) The rejection of Protestant ideas by members of the Catholic hierarchy

    (B) The beginning of Europeans' self-identification with national and ethnic groups

    (C) The questioning of established Catholic Church doctrine

    (D) The attempt to restrict access to new ideas made available by the printing press

© 2020 College Board

1:26-cv-00351 PL0471

3. Based on the passage and the historical context in which it was published, which of the following would most likely have <u>challenged</u> the author's assertions?

   (A) Protestant reformers, such as Martin Luther

   (B) Catholic authorities, such as the pope

   (C) Secular authorities, such as the German princes

   (D) Radical religious groups, such as the Anabaptists

4. The controversy over the power to forgive sins referred to in the passage contributed to which of the following results in Europe over the next century?

   (A) Widespread rejection of organized religion by Europeans

   (B) Establishment of state-sponsored Catholic churches in most of Europe

   (C) Religious violence and the end of Catholic authority over much of the continent

   (D) Abandonment by the papacy of claims to spiritual authority over Christians

© 2020 College Board

1:26-cv-00351 PL0472

**Questions 5–7 refer to the table below.**

**INDEXED COMPARISON OF WAGE LEVELS FOR STONEMASONS AND PRICE LEVELS FOR WHEAT IN ANTWERP**

| Years | Wages | Wheat Prices |
| --- | --- | --- |
| 1491–1500 | 100 | 100 |
| 1500–1513 | 100 | 92 |
| 1514–1520 | 114 | 102 |
| 1521–1542 | 128 | 156 |
| 1544–1556 | 172 | 199 |
| 1561–1574 | 300 | 290 |
| 1580–1592 | 514 | 515 |
| 1594–1600 | 600 | 596 |

Source: Adapted from C. Verlinden, J. Craeybeckx, and E. Scholliers, "Price and Wage Movements in Belgium in the Sixteenth Century" from *Economy and Society in Early Modern Europe: Essays from Annales*, Routledge & Kegan Paul, London, 1972, p. 74.

5. Based on the relationship between wages and prices shown in the table, in which period were living conditions for Antwerp stonemasons likely the most difficult?

   (A) 1500–1513

   (B) 1521–1542

   (C) 1561–1574

   (D) 1594–1600

6. The trends in wages and prices shown in the table were most directly the result of which of the following?

   (A) The continuing negative effects of the plague and other diseases on urban populations

   (B) The development and growth of the money economy

   (C) The transfer of New World food crops to Europe

   (D) The institution of mercantilist economic polices

7. Which of the following would indicate a <u>limitation</u> of the data as a basis for conclusions about the effect of economic changes on sixteenth-century workers?

   (A) Wheat was the most important agricultural product in most Europeans' diets in the sixteenth century.

   (B) Antwerp remained under Habsburg imperial control during the Dutch war for independence.

   (C) The Antwerp stonemasons' guild was unusually powerful and was frequently able to bargain successfully for higher wages.

   (D) Wages and prices increased significantly more in the sixteenth century than they had in the previous century.

© 2020 College Board

1:26-cv-00351 PL0473

**Questions 8–11 refer to the passage below.**

"Foreign trade can bring great wealth, but it also exposes us to great risks. The domestic economy of a state is its real treasure. For Spain, foreign trade has become a great chain binding us to vast overseas territories. Rather than worry daily about their preservation, we must pay greater attention to those certain sources of wealth in our domestic economy. We lost Flanders, we lost Italy, so why could we not lose Mexico and Peru? Little Prussia has given the world a surprising example of what a medium-sized kingdom can do on its own. . . .

It is necessary to inform the people of the motives for a law, and of the evils the law seeks to avoid or the benefits it seeks to provide. This is especially true in monarchies in which the people have no part of legislative authority. The true measure of good laws is the extent to which they apply equally to all citizens. Happy is the kingdom whose ruler is governed by the maxims of justice and who can balance sovereign authority with civil liberty. Happy the king who realizes that political oppression is bad for the longevity of the state and that mutual confidence and unity between citizens cannot be established if the relationship between rulers and the ruled is akin to that between masters and slaves."

Letter by an anonymous Spanish government official to the
Count of Llerena, Spain's minister of finance, 1789

8. The author's mention of Prussia as an example for Spain most likely refers to which of the following?

   (A) Prussia's dynastic union with Brandenburg, which was similar to Castile's dynastic union with Aragon

   (B) Prussia's diplomatic maneuvering during the Thirty Years' War, which had enabled it to expand its territory

   (C) Prussia's success in eighteenth-century conflicts such as the Seven Years' War, which occurred despite its lack of significant overseas colonies

   (D) Prussia's emergence as an early leader in industrialization among German states, which resulted in the establishment of the Zollverein

9. The author's statement in the <u>first paragraph</u> concerning Spain's relationship with its colonies in the Americas is most likely influenced by which of the following late-eighteenth-century developments?

   (A) The emergence of new economic ideas challenging mercantilist theory and practice

   (B) The outbreak of armed rebellions in Spanish colonies calling for national independence

   (C) The formulation of new models of political representation based on the idea of the social contract

   (D) The growing productivity of Spain's domestic economy as a result of the Industrial Revolution

Return to Table of Contents

© 2020 College Board

1:26-cv-00351 PL0474

Return to Table of Contents

10. Based on the <u>second paragraph</u>, the author can best be described as advocating for Spain to adopt the principles of

(A) Enlightened absolutism

(B) representative government

(C) free trade

(D) divine-right monarchy

11. Which of the following best describes the most significant effect during the Napoleonic Wars of the ideas expressed in the passage?

(A) They made Spaniards more willing to embrace the Enlightenment principles embodied in Napoleon's policies.

(B) They made Spaniards more determined to fight for the preservation of their colonial empire in the Americas.

(C) They strengthened Spaniards' nationalist resistance against the perceived illegitimacy of Napoleon's rule.

(D) They convinced Spaniards that their country needed to overthrow its monarchy and establish a republican government.

© 2020 College Board

1:26-cv-00351 PL0475

**Questions 12–14 refer to the passage below.**

"The single and undisguised object of the League is to put down commercial monopoly; but that cannot be done by saddling upon our backs a fixed duty [tax] on imported corn [grain], which means a differential duty on sugar, on coffee, and monopoly in every other article. The Corn-law is the great tree of Monopoly, under whose baneful shadow every other restriction exists.

It is no fault of ours if with this agitation should be mixed up with the question of rents [paid by tenant farmers to large landowners], and should mingle in a degree that would render it difficult to separate the rights of property from the claims of those who labour under the grievance of these intolerable exactions. It is no fault of ours if the nobility of this country should become as much detested at their own baronial hall doors as were the noblesse of France previous to the Revolution. We are responsible for none of these things. The fault lies with those who support monopoly, who are deaf to reason and justice, and who place themselves upon a pedestal of injustice; a pedestal which is always liable to fall, and always certain to bring down those who stand upon it.

Free Trade! What is it? Why, breaking down the barriers that separate nations; those barriers, behind which nestle the feelings of pride, revenge, hatred, and jealousy, which every now and then burst their bounds, and deluge whole countries with blood; those feelings which nourish the poison of war and conquest, which assert that without conquest we can have no trade, which foster that lust for conquest and dominion which sends forth your warrior chiefs to scatter devastation through other lands, and then calls them back only to harass and oppress you at home."

> Richard Cobden, politician and manufacturer,
> speech to the anti-Corn Law League, 1843

12. Based on the passage, Cobden would most likely have been associated with which of the following nineteenth-century ideologies?

    (A) Liberalism

    (B) Anarchism

    (C) Utopian socialism

    (D) Conservatism

13. Which of the following conclusions about the economic and political structure of Great Britain is best supported by the passage?

    (A) Imperial expansion was extremely unpopular among British elites.

    (B) In spite of parliamentary reforms, radical political revolution was widely supported by the bourgeoisie.

    (C) Mercantilist economic policies were widely supported by the British working class.

    (D) Despite changes brought about by industrialization, landed elites still retained significant power.

© 2020 College Board

1:26-cv-00351 PL0476

14. The eventual adoption of Cobden's ideas by the British government contributed most directly to which of the following developments in the late nineteenth century?

(A) The increase in social tensions between the land-owning aristocracy and other classes in Great Britain

(B) The growth of a global economic network

(C) The increasing incidence of famine due to decreased food production in Great Britain

(D) The rising desire for national self-determination among ethnic minorities

© 2020 College Board

1:26-cv-00351 PL0477

**Questions 15–17 refer to the passage below.**

"I have a family of nine, and what did I have before the kolkhoz [collective farm]? I had all the produce I needed to feed my family, and fuel, and I clothed and shod them. Had a horse and three head of sheep. Delivered to the government twenty poods [1 pood = about 36 pounds] of rye, forty poods of millet, oats, potatoes, and hemp. I have worked on the kolkhoz, I have honestly earned 355 labor-days, but I no longer eat bread, but husks and potatoes, we don't have enough to resole our shoes. My children have turned black from malnutrition. Respected editors, is there no way to leave the kolkhoz rather than perish here?"

A.P. Kokurin, Russian farmer, letter to *Izvestia*,
the official newspaper of the Soviet government,
from the Soviet province of Mordoviya, 1932

15. Which of the following groups was the policy described in the passage designed to eliminate?
    (A) Disloyal military officers
    (B) Romanov monarchist sympathizers
    (C) Landowning kulaks
    (D) Ethnic Germans

16. Which of the following was the most significant factor behind the Russian government's creation of the collective farms described by the author?
    (A) The need to address a high unemployment rate
    (B) The need for rapid economic modernization
    (C) The need to boost military spending
    (D) The need to provide more foodstuffs for the Russian peasantry

17. Based on the context of the passage, what was the most likely fate of Kokurin and his family after he sent the letter?
    (A) They were either exiled to a gulag or executed.
    (B) They were rewarded as loyal communists.
    (C) They were allowed to emigrate from the Soviet Union.
    (D) They were given back ownership of their farm.

© 2020 College Board

1:26-cv-00351 PL0478

**PART B: SHORT-ANSWER QUESTION WITH PRIMARY SOURCE**

The following is an example of short-answer question 2 found on the AP Exam. Note that on the actual AP Exam, students will answer three short-answer questions.

2.   Use the image below to answer all parts of the question that follows.

**Xavier Badia-Vilatò, Spanish artist,
poster produced for Spanish anarchist group, 1936**



*The text of the poster reads: Ambition, Militarism, War. This is Fascism. Unite to Destroy It.*

(A)  Describe the historical situation in Spain reflected in the poster.

(B)  Describe one way in which the poster reflects broader historical developments in Europe.

(C)  Explain one way in which the artist's political affiliation influenced the view expressed in the poster.

1:26-cv-00351 PL0479

## Section II

The following are examples of the kinds of free-response questions found on the exam. Note that on the actual AP Exam, students will answer one document-based question and will select one of the three long essay questions to answer.

### DOCUMENT-BASED QUESTION

1.  Evaluate whether the Thirty Years' War was fought primarily for religious or primarily for political reasons.

In your response you should do the following:

▪ Respond to the prompt with a historically defensible thesis or claim that establishes a line of reasoning.

▪ Describe a broader historical context relevant to the prompt.

▪ Support an argument in response to the prompt using at least four documents.

▪ Use at least one additional piece of specific historical evidence (beyond that found in the documents) relevant to an argument about the prompt.

▪ For at least two documents, explain how or why the document's point of view, purpose, historical situation, and/or audience is relevant to an argument.

▪ Demonstrate a complex understanding of a historical development related to the prompt through sophisticated argumentation and/or effective use of evidence.

**Document 1**

> Source: Holy Roman Emperor Matthias, open letter to his Protestant subjects in Bohemia, 1618
>
> It has been alleged that the free exercise of religion will be abolished. We want to make it clear to you through this open letter that we have no intention of rescinding the agreement between the religions, still less want anyone else to do this, despite what others in Bohemia may have said. Moreover, we have always intended, and still intend, to preserve all the Bohemian privileges, liberties, and treaties. Anyone who claims otherwise slanders us before God and the world. Rest assured, dear obedient, loyal, and true Bohemian subjects, and do not give credence to such falsehoods. We would like nothing more than to return in person to our royal throne and residence amongst our loyal and obedient subjects and inhabitants and clear up these misunderstandings with God's help. However, we cannot come to our Bohemian territories at the moment, partly through poor health, but also pressure of other important affairs. Capable and prominent individuals will be appointed to clear up this misunderstanding. Since no enemy threatens us as ruler of Bohemia, there are no constitutional grounds to raise soldiers to defend the country, and thus no grounds for anyone, whoever, they might be, to use the territorial privileges, letters of majesty, ordinances, freedoms, or laws to justify arming.

© 2020 College Board

1:26-cv-00351 PL0480

**Document 2**

Source: Selections from the constitution of the Bohemian Federation, a coalition of nobles and city governments, 1619

Since the Almighty has also given his grace and blessing as this Confederation is solely in defense of religion, the territories have agreed that each and every one of their coreligionists should follow a Christian life according to the Calvinist teaching and faith, avoid and prevent sin, vice, public trouble, hypocrisy, in whatever form, and follow strictly the admonishments from the pulpit and the authorities. . . .

All churches in these united territories currently in Calvinist hands are to remain so in perpetuity. . . .

The free exercise of Calvinist religion is extended to every man and woman in all united territories and towns regardless as to whether they belong to the king or queen, permitting the construction of churches, schools, and cemeteries, and the appointment of Calvinist pastors and schoolteachers. Everyone shall be allowed to follow the old ceremonies of their Christian conscience in their own church. However, to ensure better unity and to prevent all kinds of difficulties and bitterness, there are to be no insults or personal attacks from the pulpit upon pain of removal from office. . . .

Should, contrary to hope, a king attempt anything contravening the religious concessions, unions, and this constitution, and thereby force the territories to take defensive measures, then all of these united kingdoms and provinces are released from their duty and cannot be subsequently held to account for any insults to the royal sovereignty and majesty.

**Document 3**

Source: Bernhard Baumann, Jesuit official in Heidelberg, report to Elector Maximilian of Bavaria on efforts to re-Catholicize previously Protestant areas after the Catholic victory in that region, 1628

Four hundred in the town and 1,200 outside it have been freed from heresy; on feast days we get around 700 communicants in the Church of the Holy Spirit. We alone look after parish duties, visit the sick and converts daily, conduct catechism inside the town and outside, and deliver two sermons on Sundays. These crowds are gathered with great difficulty; since only six months ago the richer townspeople were so obstinate, that two or three hundred declared they would emigrate if they were forced to convert. Then entire districts (they had arranged this in advance) declared they would keep the faith of their ancestors, because we could not steal this like other possessions. Since the orders arrived from Munich [to intensify Catholic conversions] they have used unbelievable deceptions to try to circumvent these. Furthermore, they complain to the Holy Roman Emperor, but the secular government, to its undying credit, knew how to stop this.

1:26-cv-00351 PL0481

**Document 4**

Source: Letter from Gustavus Adolphus, king of Sweden, to the Protestant elector of Brandenburg, 1630

I have come into this land for no other purpose than to free it from the thieves and robbers who have so plagued it, and, first and foremost, to help his Excellency [the elector] out of his difficulties. Does his Excellency then not know that the [Holy Roman] emperor and his followers do not mean to rest till the Protestant religion is wholly rooted out of the empire, and that his Excellency has nothing else to expect than being forced either to deny his religion or to leave his country? Does he think by prayers and pleas and such like means to obtain something different? . . . I seek not my own advantage in this war, nor any gain save the security of my kingdom; I can look for nothing but expense, hard work, trouble, and danger to life and limb.

I tell you plainly that I will know nor hear nothing of "neutrality"; his Excellency must be either friend or foe. When I reach his frontier he must declare himself either hot or cold. The fight is between God and the devil. If his Excellency is on God's side, let him stand by me; if he holds rather with the devil, then he must fight with me; there is no third course, that is certain.

**Document 5**

Source: Confidential account of a meeting between Axel Oxenstierna, Swedish high chancellor, and Sweden's ally Brandenburg after the death of Gustavus Adolphus, 1633

Concerning the late Gustavus Adolphus' intentions:

They were, in general, to disrupt the plans of the enemy, whose intentions with regards to the Baltic Sea are sufficiently well-known. His Majesty therefore intended to ensure the safety of his kingdom and the Baltic region, and liberate the oppressed lands [of Germany]; and thereafter to proceed according as events might develop: it was no part of his original intention to march as far into Germany as he did. He saw and clearly understood where that would lead, but the enemy and the circumstances compelled this. His majesty was there in person wherever the greatest danger was.

© 2020 College Board

1:26-cv-00351 PL0482

## Document 6

Source: Jean Gagniere, "The elimination of heresy, and of rebellion, through the care of Cardinal Richelieu," France, 1640. Richelieu, the chief minister of France, removes caterpillars representing Protestant Huguenots from the fleur-de-lis, the symbol of France, while the lion and eagle, representing Catholic Spain and Austria, are kept restrained by chains.



Bibliotheque Nationale, Paris, France/Bridgeman Images

## Document 7

Source: Pope Innocent X, papal declaration in response to the treaty of Westphalia, 1648

Consumed by zeal for the house of the Lord, we endeavor everywhere to maintain the integrity and the authority of the Catholic Church, so that the ecclesiastical rights of which we have been appointed guardian by our Savior shall not in any way be impaired by those who seek their own interest rather than God's, and that we may not be accused of negligence when we shall render account to God. Accordingly it is not without deep pain that we have learned that by several articles in the peace concluded at [Westphalia], between our very dear son in Christ, Ferdinand, king of the Romans and emperor elect, on the one hand, and the Swedes, as well as our very dear son in Jesus Christ, Louis, the very Christian king of the French, on the other, great prejudice has been done to the Catholic religion, the divine service, the Roman apostolic see, the ecclesiastical order, their jurisdictions, authority, immunities, liberties, exemptions, privileges, possessions, and rights. . .

Accordingly we assert and declare that all the articles in the treaty which in any way impair . . . the Catholic religion, divine worship, or the salvation of souls . . . . have been, and are of right, and shall perpetually be, null and void . . . even when they be ratified by oath.

1:26-cv-00351 PL0483

## LONG ESSAY QUESTION

The following is an example of a long essay question. Free-response questions 2, 3, and 4 in Section II of the AP Exam are long essay questions, and students will select one question of the three to answer.

2.   Evaluate the most significant long-term effect of the French Revolution during the period 1815 to 1900.

In your response you should do the following:

- Respond to the prompt with a historically defensible thesis or claim that establishes a line of reasoning.
- Describe a broader historical context relevant to the prompt.
- Support an argument in response to the prompt using at least two pieces of specific and relevant evidence.
- Use historical reasoning (e.g., comparison, causation, continuity or change) to frame or structure an argument that addresses the prompt.
- Demonstrate a complex understanding of a historical development related to the prompt through sophisticated argumentation and/or effective use of evidence.

© 2020 College Board

1:26-cv-00351 PL0484

# Answer Key and Question Alignment to Course Framework

| Multiple-Choice Question | Answer | Skill | Learning Objective |
|---|---|---|---|
| 1 | C | 3.A | Unit 2: Learning Objective B |
| 2 | C | 4.A | Unit 2: Learning Objective B |
| 3 | B | 4.B | Unit 2: Learning Objective B |
| 4 | C | 4.B | Unit 2: Learning Objective C |
| 5 | B | 5.A | Unit 1: Learning Objective M |
| 6 | B | 1.B | Unit 1: Learning Objective M |
| 7 | C | 2.C | Unit 1: Learning Objective M |
| 8 | C | 3.A | Unit 4: Learning Objective G |
| 9 | A | 2.B | Unit 4: Learning Objective A |
| 10 | A | 3.A | Unit 4: Learning Objective G |
| 11 | C | 5.A | Unit 5: Learning Objective G |
| 12 | A | 2.A | Unit 5: Learning Objective I |
| 13 | D | 4.A | Unit 6: Learning Objective F |
| 14 | B | 5.A | Unit 6: Learning Objective C |
| 15 | C | 1.A | Unit 8: Learning Objective G |
| 16 | B | 1.B | Unit 8: Learning Objective G |
| 17 | A | 4.A | Unit 8: Learning Objective G |

| Short-Answer Question | Skill | Learning Objective |
|---|---|---|
| 2 | 2.B, 4.B, 2.C | Unit 8: Learning Objective H |

| Free-Response Question | Question Type | Skill | Thematic Focus | Learning Objective |
|---|---|---|---|---|
| 1 | Document-based | 4.A, 6.A, 6.B, 6.C, 6.D | SOP, CID | Unit 2: Learning Objectives B, C, D |
| 2 | Long essay | 4.A, 6.A, 6.B, 6.C, 6.D | SOP, SCD, NEI | Unit 5: Learning Objectives E, F, G<br>Unit 6: Learning Objectives F, G, I<br>Unit 7: Learning Objectives A, C, D |

The scoring information for the questions within this course and exam description, along with further exam resources, can be found on the **AP European History Exam Page** on AP Central.

1:26-cv-00351 PL0485

# AP History Rubrics

**Introductory notes:**

- Except where otherwise noted, each point of the rubric is earned independently. For instance, a student could earn a point for evidence beyond the documents without earning a point for thesis/claim.
- Accuracy: The components of this rubric each require that students demonstrate historically defensible content knowledge. Given the timed nature of the exam, a response may contain errors that do not detract from its overall quality, as long as the historical content used to advance the argument is accurate.
- Clarity: Exam essays should be considered first drafts and thus may contain grammatical errors. Those errors will not be counted against a student unless they obscure the successful demonstration of the content knowledge, skills, and reasoning processes described in the rubrics.

## AP History DBQ Rubric (7 points)

| Reporting Category | Scoring Criteria | Decision Rules |
|---|---|---|
| **A. THESIS/CLAIM**<br>**(0–1 pt)** | **1 pt.**<br>Responds to the prompt with a historically defensible thesis/claim that establishes a line of reasoning. | *To earn this point, the thesis must make a claim that responds to the prompt rather than restating or rephrasing the prompt. The thesis must consist of one or more sentences located in one place, either in the introduction or the conclusion.* |
| **B. CONTEXTUALIZATION**<br>**(0–1 pt)** | **1 pt.**<br>Describes a broader historical context relevant to the prompt. | *To earn this point, the response must describe broader historical events, developments, or processes that occur before, during, or continue after the time frame of the prompt that are relevant to the topic. This point is not awarded for merely a phrase or reference.* |

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0486

| Reporting Category | Scoring Criteria | | Decision Rules |
|---|---|---|---|
| **C. EVIDENCE**<br>**(0–3 pts)** | **Evidence From the Documents** | | *To earn one point, the response must accurately describe — rather than simply quote — the content from at least three of the documents.*<br><br>*To earn two points, the response must accurately describe — rather than simply quote — the content from at least four documents. In addition, the response must use the content of the four documents to support an argument in response to the prompt.* |
| | **1 pt.**<br>Uses the content of at least **three** documents to address the **topic** of the prompt. | **OR** **2 pts.**<br>Supports an **argument** in response to the prompt using at least **four** documents. | |
| | **Evidence Beyond the Documents** | | *To earn this point, the response must describe the evidence and must use more than a phrase or reference. This additional piece of evidence must be different from the evidence used to earn the point for contextualization.* |
| | **1 pt.**<br>Uses at least one additional piece of specific historical evidence (beyond that found in the documents) relevant to an argument in response to the prompt. | | |

*continued on next page*

© 2020 College Board

1:26-cv-00351 PL0487

| Reporting Category | Scoring Criteria | Decision Rules |
|---|---|---|
| **D. ANALYSIS AND REASONING** (0–2 pts) | **1 pt.** For at least **two** documents, explains how or why the document's point of view, purpose, historical situation, and/or audience is relevant to an argument. | *To earn this point, the response must explain how or why (rather than simply identifying) the document's point of view, purpose, historical situation, or audience is relevant to an argument about the prompt for each of the two documents sourced.* |
| | **1 pt.** Demonstrates a complex understanding of the historical development that is the focus of the prompt through sophisticated argumentation and/or effective use of evidence. | *A response may demonstrate a complex understanding through sophisticated argumentation that is relevant to the prompt. This may be done in a variety of ways, such as:* <br><br> • *Explaining multiple themes or perspectives to explore complexity or nuance; OR* <br><br> • *Explaining multiple causes or effects, multiple similarities or differences, or multiple continuities or changes; OR* <br><br> • *Explaining both cause and effect, both similarity and difference, or both continuity and change; OR* <br><br> • *Explaining relevant and insightful connections within and across periods or geographical areas. These connections should clearly relate to an argument that responds to the prompt.* <br><br> *A response may demonstrate a complex understanding through effective use of evidence relevant to an argument that addresses the prompt. This may be done in a variety of ways, such as:* <br><br> • *Effectively using **seven** documents to support an argument that responds to the prompt; OR* <br><br> • *Explaining how the point of view, purpose, historical situation, and/or audience of at least **four** documents supports an argument that responds to the prompt; OR* <br><br> • *Using documents and evidence beyond the documents effectively to demonstrate a sophisticated understanding of different perspectives relevant to the prompt.* <br><br> *This complex understanding must be part of the argument and may be demonstrated in any part of the response.* <br><br> *While it is not necessary for this complex understanding to be woven throughout the response, it must be more than merely a phrase or reference.* |

© 2020 College Board

1:26-cv-00351 PL0488

# AP History Long Essay Question Rubric

## AP History LEQ Rubric (6 points)

| Reporting Category | Scoring Criteria | | Decision Rules |
|---|---|---|---|
| **A. THESIS/CLAIM** **(0–1 pt)** | **1 pt.** Responds to the prompt with a historically defensible thesis/claim that establishes a line of reasoning. | | *To earn this point, the thesis must make a claim that responds to the prompt, rather than restating or rephrasing the prompt. The thesis must consist of one or more sentences located in one place, either in the introduction or the conclusion.* |
| **B. CONTEXTUALIZATION** **(0–1 pt)** | **1 pt.** Describes a broader historical context relevant to the prompt. | | *To earn this point, the response must describe broader historical events, developments, or processes that occur before, during, or continue after the time frame of the prompt that are relevant to the topic. This point is not awarded for merely a phrase or a reference.* |
| **C. EVIDENCE** **(0–2 pts)** | **1 pt.** Provides specific examples of at least **two** pieces of evidence relevant to the topic of the prompt. | **OR** **2 pts.** **Supports an argument** in response to the prompt using at least **two** pieces of specific and relevant evidence. | *To earn one point, the response must identify specific historical examples relevant to the topic of the prompt.* *To earn two points the response must use specific historical evidence to support an argument in response to the prompt.* |

*continued on next page*

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0489

| Reporting Category | Scoring Criteria | | | Decision Rules |
|---|---|---|---|---|
| **D. ANALYSIS AND REASONING (0–2 pts)** | **1 pt.** Uses historical reasoning (e.g. comparison, causation, CCOT) to frame or structure an argument that addresses the prompt. | **OR** | **2 pts.** Demonstrates a complex understanding of the historical development that is the focus of the prompt through sophisticated argumentation and/or effective use of evidence. | *To earn the first point, the response must demonstrate the use of historical reasoning to frame or structure an argument, although the reasoning might be uneven or imbalanced, or the evidence may be overly general or lacking specificity.*<br><br>*To earn the second point, the response may demonstrate a complex understanding through sophisticated argumentation that is relevant to the prompt. This may be done in a variety of ways, such as:*<br><br>▪ *Explaining multiple themes or perspectives to explore complexity or nuance; OR*<br><br>▪ *Explaining multiple causes or effects, multiple similarities or differences, or multiple continuities or changes; OR*<br><br>▪ *Explaining both cause and effect, both similarity and difference, or both continuity and change; OR*<br><br>▪ *Explaining relevant and insightful connections within and across periods or geographical areas. These connections should clearly relate to an argument that responds to the prompt.*<br><br>*A response may demonstrate a complex or nuanced understanding through effective use of evidence relevant to an argument that addresses the prompt. This may be done in a variety of ways, such as:*<br><br>▪ *Explaining how multiple pieces of specific and relevant evidence (at least **four**) support a nuanced or complex argument that responds to the prompt; OR*<br><br>▪ *Using evidence effectively to demonstrate a sophisticated understanding of different perspectives relevant to the prompt.*<br><br>*This complex understanding must be part of the argument and may be demonstrated in any part of the response.*<br><br>*While it is not necessary for this complex understanding to be woven throughout the response, it must be more than merely a phrase or reference.* |

© 2020 College Board

1:26-cv-00351 PL0490



**AP EUROPEAN HISTORY**
# Scoring Guidelines

## Part B: Short-Answer Question with Primary Source

1.  Use the image below to answer all parts of the question that follows.

**Xavier Badia-Vilatò, Spanish artist,**
**poster produced for Spanish anarchist group, 1936**



*The text of the poster reads: Ambition, Militarism, War. This is Fascism. Unite to Destroy It.*

(A)  Describe the historical situation in Spain reflected in the poster.

(B)  Describe one way in which the poster reflects broader historical developments in Europe.

(C)  Explain one way in which the artist's political affiliation influenced the view expressed in the poster.

1:26-cv-00351 PL0491

## General Scoring Notes

- Each point is earned independently.
- **Accuracy:** These scoring guidelines require that students demonstrate historically defensible content knowledge. Given the timed nature of the exam, responses may contain errors that do not detract from their overall quality, as long as the historical content used to advance the argument is accurate.
- **Clarity:** Exam responses should be considered first drafts and thus may contain grammatical errors. Those errors will not be counted against a student unless they obscure the successful demonstration of the content knowledge, skills, and reasoning processes described below.
- **Describe:** Provide the relevant characteristics of a specified topic. Description requires more than simply mentioning an isolated term.
- **Explain:** Provide information about how or why a historical development or process occurs or how or why a relationship exists.

Return to Table of Contents

© 2020 College Board

1:26-cv-00351 PL0492

## Scoring Guidelines for Part B: Short-Answer Question with Primary Sources
**3 points**

**(a)** Describe the historical situation in Spain reflected in the poster. **1 point**

Credited responses must describe some aspect of the Spanish political situation during the period of the Spanish Civil War, and do more than simply mention the word "Anarchism" or "Fascism."

**Examples that earn this point include the following:**
- Rise of radical leftist groups in Spain inspired by the Bolshevik Revolution.
- Growth of the Fascist movement in Spain led by Franco.
- Conflict between conservatives led by Franco and a coalition of leftist groups supporting the republic.

**(b)** Describe one way in which the poster reflects broader historical developments in Europe. **1 point**

Credited responses must describe broader historical developments in Europe and do more than simply mentioning fascism, Nazism, or communism.

**Examples that earn this point include the following:**
- Growing influence of Nazi and Fascist political ideologies in Europe.
- The influence of communist and anarchist thought on Europe after the Bolshevik Revolution.
- Effects of the Great Depression leading to political radicalism.
- Political tensions growing in Europe leading up to the Second World War.
- Fascist use of militaristic nationalism to win support of the population.
- Growing postwar bitterness as the catalyst for extreme political developments

**(c)** Explain one way in which the artist's political affiliation influenced the view expressed in the poster. **1 point**

Credited responses must explain a connection between the artist opinion of fascism and the basic tenets of anarchism.

**Examples that earn this point include the following:**
- Anarchists believed that people should be free from government control, while fascists believed in government asserting control over many aspects of people's daily lives.
- Anarchists were heavily influenced by Marxist thought, which the fascist and Nazi movements strongly opposed.
- Franco's nationalists drew on Spain's Catholic and monarchical traditions, which the anarchist movement rejected.

**Total for Part B (Question 1)**    **3 points**

© 2020 College Board

1:26-cv-00351 PL0493

## Document-Based Question

1. Evaluate whether the Thirty Years' War was fought primarily for religious or primarily for political reasons.

In your response you should do the following:

- Respond to the prompt with a historically defensible thesis or claim that establishes a line of reasoning.
- Describe a broader historical context relevant to the prompt.
- Support an argument in response to the prompt using at least four documents.
- Use at least one additional piece of specific historical evidence (beyond that found in the documents) relevant to an argument about the prompt.
- For at least two documents, explain how or why the document's point of view, purpose, historical situation, and/or audience is relevant to an argument.
- Demonstrate a complex understanding of a historical development related to the prompt through sophisticated argumentation and/or effective use of evidence.

### Document 1

Source: Holy Roman Emperor Matthias, open letter to his Protestant subjects in Bohemia, 1618

It has been alleged that the free exercise of religion will be abolished. We want to make it clear to you through this open letter that we have no intention of rescinding the agreement between the religions, still less want anyone else to do this, despite what others in Bohemia may have said. Moreover, we have always intended, and still intend, to preserve all the Bohemian privileges, liberties, and treaties. Anyone who claims otherwise slanders us before God and the world. Rest assured, dear obedient, loyal, and true Bohemian subjects, and do not give credence to such falsehoods. We would like nothing more than to return in person to our royal throne and residence amongst our loyal and obedient subjects and inhabitants and clear up these misunderstandings with God's help. However, we cannot come to our Bohemian territories at the moment, partly through poor health, but also pressure of other important affairs. Capable and prominent individuals will be appointed to clear up this misunderstanding. Since no enemy threatens us as ruler of Bohemia, there are no constitutional grounds to raise soldiers to defend the country, and thus no grounds for anyone, whoever, they might be, to use the territorial privileges, letters of majesty, ordinances, freedoms, or laws to
justify arming.

© 2020 College Board

1:26-cv-00351 PL0494

**Document 2**

Source: Selections from the constitution of the Bohemian Federation, a coalition of nobles and city governments, 1619

Since the Almighty has also given his grace and blessing as this Confederation is solely in defense of religion, the territories have agreed that each and every one of their coreligionists should follow a Christian life according to the Calvinist teaching and faith, avoid and prevent sin, vice, public trouble, hypocrisy, in whatever form, and follow strictly the admonishments from the pulpit and the authorities. . . .

All churches in these united territories currently in Calvinist hands are to remain so in perpetuity. . . .

The free exercise of Calvinist religion is extended to every man and woman in all united territories and towns regardless as to whether they belong to the king or queen, permitting the construction of churches, schools, and cemeteries, and the appointment of Calvinist pastors and schoolteachers. Everyone shall be allowed to follow the old ceremonies of their Christian conscience in their own church. However, to ensure better unity and to prevent all kinds of difficulties and bitterness, there are to be no insults or personal attacks from the pulpit upon pain of removal from office. . . .

Should, contrary to hope, a king attempt anything contravening the religious concessions, unions, and this constitution, and thereby force the territories to take defensive measures, then all of these united kingdoms and provinces are released from their duty and cannot be subsequently held to account for any insults to the royal sovereignty and majesty.

**Document 3**

Source: Bernhard Baumann, Jesuit official in Heidelberg, report to Elector Maximilian of Bavaria on efforts to re-Catholicize previously Protestant areas after the Catholic victory in that region, 1628

Four hundred in the town and 1,200 outside it have been freed from heresy; on feast days we get around 700 communicants in the Church of the Holy Spirit. We alone look after parish duties, visit the sick and converts daily, conduct catechism inside the town and outside, and deliver two sermons on Sundays. These crowds are gathered with great difficulty; since only six months ago the richer townspeople were so obstinate, that two or three hundred declared they would emigrate if they were forced to convert. Then entire districts (they had arranged this in advance) declared they would keep the faith of their ancestors, because we could not steal this like other possessions. Since the orders arrived from Munich [to intensify Catholic conversions] they have used unbelievable deceptions to try to circumvent these. Furthermore, they complain to the Holy Roman Emperor, but the secular government, to its undying credit, knew how to stop this.

1:26-cv-00351 PL0495

**Document 4**

Source: Letter from Gustavus Adolphus, king of Sweden, to the Protestant elector of Brandenburg, 1630

I have come into this land for no other purpose than to free it from the thieves and robbers who have so plagued it, and, first and foremost, to help his Excellency [the elector] out of his difficulties. Does his Excellency then not know that the [Holy Roman] emperor and his followers do not mean to rest till the Protestant religion is wholly rooted out of the empire, and that his Excellency has nothing else to expect than being forced either to deny his religion or to leave his country? Does he think by prayers and pleas and such like means to obtain something different? . . . I seek not my own advantage in this war, nor any gain save the security of my kingdom; I can look for nothing but expense, hard work, trouble, and danger to life and limb.

I tell you plainly that I will know nor hear nothing of "neutrality"; his Excellency must be either friend or foe. When I reach his frontier he must declare himself either hot or cold. The fight is between God and the devil. If his Excellency is on God's side, let him stand by me; if he holds rather with the devil, then he must fight with me; there is no third course, that is certain.

**Document 5**

Source: Confidential account of a meeting between Axel Oxenstierna, Swedish high chancellor, and Sweden's ally Brandenburg after the death of Gustavus Adolphus, 1633

Concerning the late Gustavus Adolphus' intentions:

They were, in general, to disrupt the plans of the enemy, whose intentions with regards to the Baltic Sea are sufficiently well-known. His Majesty therefore intended to ensure the safety of his kingdom and the Baltic region, and liberate the oppressed lands [of Germany]; and thereafter to proceed according as events might develop: it was no part of his original intention to march as far into Germany as he did. He saw and clearly understood where that would lead, but the enemy and the circumstances compelled this. His majesty was there in person wherever the greatest danger was.

© 2020 College Board

1:26-cv-00351 PL0496

**Document 6**

Source: Jean Gagniere, "The elimination of heresy, and of rebellion, through the care of Cardinal Richelieu," France, 1640. Richelieu, the chief minister of France, removes caterpillars representing Protestant Huguenots from the fleur-de-lis, the symbol of France, while the lion and eagle, representing Catholic Spain and Austria, are kept restrained by chains.



Bibliotheque Nationale, Paris, France/Bridgeman Images

**Document 7**

Source: Pope Innocent X, papal declaration in response to the treaty of Westphalia, 1648

Consumed by zeal for the house of the Lord, we endeavor everywhere to maintain the integrity and the authority of the Catholic Church, so that the ecclesiastical rights of which we have been appointed guardian by our Savior shall not in any way be impaired by those who seek their own interest rather than God's, and that we may not be accused of negligence when we shall render account to God. Accordingly it is not without deep pain that we have learned that by several articles in the peace concluded at [Westphalia], between our very dear son in Christ, Ferdinand, king of the Romans and emperor elect, on the one hand, and the Swedes, as well as our very dear son in Jesus Christ, Louis, the very Christian king of the French, on the other, great prejudice has been done to the Catholic religion, the divine service, the Roman apostolic see, the ecclesiastical order, their jurisdictions, authority, immunities, liberties, exemptions, privileges, possessions, and rights. . .

Accordingly we assert and declare that all the articles in the treaty which in any way impair . . . the Catholic religion, divine worship, or the salvation of souls . . . . have been, and are of right, and shall perpetually be, null and void . . . even when they be ratified by oath.

1:26-cv-00351 PL0497

Case: 1:26-cv-00351-MWM Doc #: 29-26 Filed: 07/01/26 Page: 276 of 296 PAGEID #: 2137

1:26-cv-00351 PL0498

## Document-Based Question, Causes of the Thirty Years' War

**7 points**

### General Scoring Notes

- Except where otherwise noted, each point of these rubrics is earned independently; for example, a student could earn a point for evidence without earning a point for thesis/claim.

- **Accuracy:** The components of these rubrics require that students demonstrate historically defensible content knowledge. Given the timed nature of the exam, essays may contain errors that do not detract from their overall quality, as long as the historical content used to advance the argument is accurate.

- **Clarity:** Exam essays should be considered first drafts and thus may contain grammatical errors. Those errors will not be counted against a student unless they obscure the successful demonstration of the content knowledge, skills, and practices described below.

Evaluate whether the Thirty Years' War was fought primarily for religious or primarily for political reasons.

1:26-cv-00351 PL0499

## Document-Based Question, Causes of the Thirty Years' War | 7 points

| Reporting Category | Scoring Criteria | |
|---|---|---|
| **Row A**<br>**Thesis/Claim**<br>**(0-1 points)** | **0 points**<br>Does not meet the criteria for one point. | **1 point**<br>Responds to the prompt with a historically defensible thesis/claim that establishes a line of reasoning. |
| | **Decision Rules and Scoring Notes** | |
| | **Responses that do not earn this point:**<br>• Are not historically defensible.<br>• Only restate or rephrase the prompt.<br>• Do not respond to the prompt.<br>• Do not establish a line of reasoning.<br>• Are overgeneralized. | **Responses that earn this point:**<br>• Provide a historically defensible thesis or claim about whether the Thirty Years' War was primarily fought for religious or political reasons. The thesis or claim must either provide some indication of the reason for making that claim OR establish categories of the argument. |
| | **Examples that do not earn this point:**<br>**Provide a historically defensible claim, but do not establish a line of reasoning**<br>• *"The Thirty Years' War was fought for political but primarily religious reasons."*<br>• *"The Thirty Years' War was fought for religious and for political reasons. It is hard to determine the most significant because the two go together hand in hand.* | **Examples that earn this point:**<br>**Establish a line of reasoning that evaluates the topic of the prompt**<br>• *"The Thirty Years' War was fought mostly for religious reasons because both Catholic and Protestant leaders wanted the freedom for their people to practice their faith without persecution."*<br>**Establish a line of reasoning that evaluates the topic of the prompt with analytic categories**<br>• *"While the Thirty Years' War was religious in that it was fought to protect the freedom of religion throughout the Holy Roman Empire, it was also political in that it was used to strategically help certain powers protect themselves and stay prominent."*<br>• *The Thirty Years' War was fought overwhelming for religious purposes, with countries being drawn into war to defend the sanctity of one religion or another, and always divided Catholics and Protestants."*<br>**Establish a line of reasoning**<br>• *"The Thirty Years' War was primarily fought over religion and all stemmed from a little squabble in Bohemia." (Minimally acceptable thesis/claim)* |

**Additional Notes:**
• The thesis or claim must consist of one or more sentences located in one place, either in the introduction or the conclusion (which may not be limited to the first or last paragraphs).
• The thesis or claim must identify a relevant development(s) in the period, although it is not required to encompass the entire period.

Return to Table of Contents
© 2020 College Board

1:26-cv-00351 PL0500

| Reporting Category | Scoring Criteria | |
|---|---|---|
| **Row B**<br>**Contextualization**<br>**(0-1 points)** | **0 points**<br>Does not meet the criteria for one point. | **1 point**<br>Describes a broader historical context relevant to the prompt |
| | **Decision Rules and Scoring Notes** | |
| | **Responses that do not earn this point:**<br>• Provide an overgeneralized statement about the time period referenced in the prompt.<br>• Provide context that is not relevant to the prompt.<br>• Provide a passing phrase or reference. | **Responses that earn this point:**<br>• Accurately describe a context relevant to whether the Thirty Years' War was fought for primarily political or religious reasons |
| | **Examples that do not earn this point:**<br>**Do not provide context relevant to the topic of the prompt**<br>• *"The Thirty Years' War sparked large amounts of disruption in Europe and it involved primarily the French Huguenots and the Holy Roman Empire (Catholics) but other European countries were involved."* | **Examples of relevant context that earn this point include the following, if appropriate elaboration is provided:**<br>• Earlier Protestant-Catholic conflicts<br>• Protestant and Catholic Reformations<br>• Habsburg vs. French dynastic rivalries<br>• Religious conflict in England<br>• The Peace of Augsburg<br>• The Edict of Nantes<br>• Jesuits and the Catholic Reformation<br>• Fragmentation of the Holy Roman Empire<br>• Huguenots and French wars of religion<br>• Emergence of Lutheranism and Calvinism<br>• Increasing power of monarchies<br>• Defenestration of Prague<br><br>**Examples of acceptable contextualization:**<br>• *"Prior to the Thirty Years' War period, Luther had been spreading his ideas of Protestantism and individual interpretation of the Bible. As a result, European states were divided without the Catholic Church holding them together. The religious tension, primarily between the Holy Roman Empire and France, marked the period prior to the Thirty Years' War."*<br>• *"During the Thirty Years' War the Peace of Augsburg was taken away. In the Peace of Augsburg it states that the leader of the country can choose to have a Protestant or Catholic country. This was taking away people's freedom and religious toleration…. Cardinal Richelieu from France did not like the idea of Huguenots gaining power because they were Protestant."*<br>• *The Protestant and Catholic Reformations created enormous tension over religion prior to the Thirty Years' War that affected things on a national scale and on an individual scale.* *(Minimally acceptable contextualization)* |
| | **Additional Notes:**<br>• The response must describe broader historical events, developments, or processes that occur before, during, or continue after the time frame of the question that are relevant to the topic of the prompt.<br>• To earn this point, the context provided must be more than a phrase or reference. | |

1:26-cv-00351 PL0501

| Reporting Category | Scoring Criteria | | |
|---|---|---|---|
| **Row C** **Evidence** **(0-3 points)** | **Evidence from the Documents** | | |
| | **0 points** Does not meet the criteria for one point. | **1 point** Uses the content of at least **three** documents to address the **topic** of the prompt. | **2 points** Supports an **argument** in response to the prompt using at least **four** documents. |
| | **Decision Rules and Scoring Notes** | | |
| | **Responses that do not earn points:** <br> • Use evidence from less than three of the documents <br> • Misinterpret the content of the document <br> • Quote, without an accompanying description, of the content of the documents <br> • Address documents collectively rather than considering separately the content of each document | **Responses that earn 1 point:** <br> • Accurately describe — rather than simply quote — the content from at least three of the documents to address the topic of motivations for the Thirty Years' War. | **Responses that earn 2 points:** <br> • Support an argument in response to the prompt by accurately using the content of at least four documents. |
| | | **Examples of describing the content of a document:** <br> **Describe evidence from the documents relevant to the topic but do not use that evidence to support an argument** <br> • (Document 6): *"In 1640 the Thirty Years War had reached the 'French Phase.' This phase was known as one of the bloodiest phases to exist. Jean Gagniere paints Richelieu carefully removing the French Calvinists (Huguenots) from France. Gagniere paints Catholic Austria and Spain as chained back but vicious."* <br> • (Document 7): *"In Doc 7 is the signing of the Treaty of Westphalia which is known to be the signing that ended religious conflicts. Pope Innocent X responds on how the authority of the Catholic church should not prevent you from seeking other interests other than God."* | **Examples of supporting an argument using the content of a document:** <br> • (Document 1): *"The Holy Roman Emperor attempted to convince others that he wasn't motivated to start a war because of religion, since he doesn't plan on altering religious policies. However this is wholly untrue since the Holy Roman emperor continues to be a Catholic power."* *(Uses evidence from the document to support an argument about real vs. asserted motivations for the Thirty Years' War)* <br> • (Document 4): *"However the war was in fact religiously motivated. In a letter from Gustavus Adolphus to the elector of Brandenburg, Adolphus declares that the HR Emperor only wants to root out the Protestant religion."* *(Uses evidence from the document to support an argument about the strong religious motivations for the Thirty Years' War)* <br> • *In a paragraph arguing for political motivations, Holy Roman Emperor Matthias (Document 1) is referenced as seeking to regain his throne in Bohemia and to dilute tensions there, while Swedish King Adolphus (Document 4) is used in reference to his intent to keep a lasting peace in the Baltic region, and finally, Swedish Chancellor Oxenstierna (Document 5) is used as evidence in reference to Swedish political motivations for entering the war.* *(Describes and connects the content of the documents to an argument about the complicated political motivations for the Thirty Years' War)* |

**Additional Notes:**

• To earn two points, the four documents do not have to be used in support of a single argument—they can be used across sub-arguments or to address counterarguments.

*continued on next page*

1:26-cv-00351 PL0502

| Reporting Category | Scoring Criteria |
|---|---|
| **Row C** *(continued)* | ■ **Evidence beyond the Documents:** |

| **0 points** | **1 point** |
|---|---|
| Does not meet the criteria for one point. | Uses at least one additional piece of specific historical evidence (beyond that found in the documents) relevant to an argument in response to the prompt. |

**Decision Rules and Scoring Notes**

| **Responses that do not earn this point:** | **Responses that earn this point:** |
|---|---|
| • Provide evidence that is not relevant to an argument about the prompt.<br>• Provide evidence that is outside the time period or region specified in the prompt.<br>• Repeat information that is specified in the prompt or in any of the documents.<br>• Provide a passing phrase or reference. | • Must use at least one specific piece of historical evidence relevant to an argument about the primary motivation of fighting the Thirty Years' War. |
| | **Examples of specific and relevant evidence beyond the documents that earn this point include the following, if appropriate elaboration is provided:**<br>• The Hapsburg Rulers<br>• Defenestration of Prague<br>• Bohemian Revolt<br>• Louis XIII<br>• Christian IV<br>• Dutch Republic<br>• Sigismund<br><br>**Examples of evidence beyond the documents relevant to an argument about the prompt:**<br>• *"When messengers arrived bearing news that the emperor had lied in the document, the townspeople responded by throwing the messengers out the window in the infamous Defenestration of Prague." (Uses a piece of evidence beyond the documents to make a connection to an argument about the prompt)*<br>• *"Richelieu was responsible for convincing King Louis to enter the war, seeing it as a way to extend French power. Richelieu's ambitions were successful, as the war severely weakened the Holy Roman Empire, and cemented France as the dominant European power." (Uses a piece of evidence beyond the documents to make a connection about the prompt)* |

**Additional Notes:**
- Typically, statements credited as evidence will be more specific than statements credited as contextualization.
- To earn this point, the evidence provided must be different from the evidence used to earn the point for contextualization.
- To earn this point, the evidence provided must be more than a phrase or reference.
- The point for evidence beyond the documents may be awarded for evidence that appears in any part of the response.

1:26-cv-00351 PL0503

| Reporting Category | Scoring Criteria |
|---|---|
| **Row D** | **Sourcing** |

| **Row D**<br><br>**Analysis and Reasoning**<br><br>**(0–2 points)** | **0 points**<br>Does not meet the criteria for one point. | **1 point**<br>For at least **two** documents, explains how or why the document's point of view, purpose, historical situation, and/or audience is relevant to an argument. |
|---|---|---|

**Decision Rules and Scoring Notes**

| **Responses that do not earn this point:**<br>• Explain sourcing for fewer than two of the documents.<br>• Identify the point of view, purpose, historical situation, and/or audience but fail to explain how or why it is relevant to an argument.<br>• Summarize the content or argument of the document without explaining the relevance of this summary to the point of view, purpose, historical situation, and/or audience. | **Responses that earn this point:**<br>• Must explain how or why — rather than simply identifying — the document's point of view, purpose, historical situation, or audience is relevant to an argument that addresses the prompt for each of the two documents sourced. |
|---|---|
| **Examples that do not earn this point:**<br>**Identify the point of view, purpose, historical situation, and/or audience, but do not explain how or why it is relevant to an argument**<br>• *"In document 5, the audience is a private person because it is a letter."*<br>**Summarize the content of the document without explaining the relevance of this to the point of view, purpose, historical situation, and/or audience**<br>• *"The purpose of this document was to make a strong statement about the Pope's views."* | **Example of acceptable explanation of the relevance of the author's point of view:**<br>• (Document 3): *"When this letter was written in 1628, religious tensions were still high. As a Jesuit, Baumann was a militant Catholic and held great disdain for Protestants."* *(Connects the point of view of the document relevant to an argument about the religious motivations for the war)*<br>**Example of acceptable explanation of the relevance of the author's purpose:**<br>• (Document 4): *"The King of Sweden wrote that he came into the Protectant elector's land to help free it from 'thieves and robbers' and that he would not recognize the elector's neutrality; a side must be chosen. The king was trying to intimidate the elector into supporting the Swedes to increase the amount of support for his cause."* *(Connects the purpose of the document to an argument about the mix of religious and political motivations)*<br>**Example of acceptable explanation of the relevance of the historical situation of a source:**<br>• (Document 7): *"Document 7 is an excerpt from Pope Innocent 10th denouncing all articles of religious freedom as noted in the Treaty of Westphalia. The Pope was not allowed to partake in the Westphalia agreement which signified a continent-wide severing of the relationship between church and state. For this reason, Pope Innocent's identity and historical situation in the balance of power at that time adds significance to his outraged and saddened tone in the response."* *(Connects the historical situation of the document relevant to an argument about the complex motivations for involvement the Thirty Years' War)*<br>**Example of acceptable explanation of the relevance of the audience:**<br>• (Document 5): *"As a confidential account, document 5 likely offers an honest telling of Adolphus' motives and reveals that there were indeed political motives behind Adolphus' actions."* *(Connects the audience of the document relevant to an argument that discusses the political motivations for the war)* |

*continued on next page*

**AP European History** Course and Exam Description

© 2020 College Board

1:26-cv-00351 PL0504

| Reporting Category | Scoring Criteria |
|---|---|
| **Row D** *(continued)* | **Complexity** |

| | 0 points | 1 point |
|---|---|---|
| | Does not meet the criteria for one point. | Demonstrates a complex understanding of the historical development that is the focus of the prompt through sophisticated argumentation and/or effective use of evidence. |

| Decision Rules and Scoring Notes |
|---|

**Responses that earn this point:**

May demonstrate a complex understanding through sophisticated argumentation that is relevant to the prompt. This may be done in a variety of ways, such as:

- Explaining multiple themes or perspectives to explore complexity or nuance; OR
- Explaining multiple causes or effects, multiple similarities or differences, or multiple continuities or changes; OR
- Explaining both cause and effect, both similarity and difference, or both continuity and change; OR
- Explaining relevant and insightful connections within and across periods or geographical areas. These connections should clearly relate to an argument that responds to the prompt.

May demonstrate a complex understanding through effective use of evidence relevant to an argument that addresses the prompt. This may be done in a variety of ways, such as:

- Effectively using **seven** documents to support an argument that responds to the prompt; OR
- Explaining how the point of view, purpose, historical situation, and/or audience of at least **four** documents supports an argument that responds to the prompt; OR
- Using documents and evidence beyond the documents effectively to demonstrate a sophisticated understanding of different perspectives relevant to the prompt.

*continued on next page*

Case: 1:26-cv-00351-MWM Doc #: 29-26 Filed: 07/01/26 Page: 283 of 296 PAGEID #: 2144

1:26-cv-00351 PL0505

| Reporting Category | | Scoring Criteria |
|---|---|---|
| | | **Demonstrating complex understanding might include any of the following, if appropriate elaboration is provided:** |
| | | • Exploring multiple themes, such as European leaders' willingness to use religious and political rationales to increase the power of the state. *(Explains nuance)* |
| | | • Explaining that the Thirty Years' war had both religious and political reasons, but making a clear chronological demarcation between the two, arguing that the motivations for the war shifted from religious to political following the French entry into the war. *(Explains multiple causes or effects)* |
| | | • Connecting to other time periods, such as contrasting Richelieu's treatment of Protestants in France with the ways that Philip used the Spanish Inquisition's to force the exodus of Spanish Jews who did not convert to Christianity. *(Explains relevant and insightful connections)* |
| | | • Acknowledging that Cardinal Richelieu in Document 6 is achieving political gains and using religion as an excuse. As a politique he is willing to disregard his religious beliefs in favor of the state. He is killing two birds with one stone by removing Huguenots and increasing unity in France. Along with Adolphus, these leaders are extending the security of their states and increasing their power. This demonstrates how a ruler can use religious and political motivations to achieve their goal of increasing the power of the state, and therefore an understanding of broader historical developments behind the document. *(Explains nuance)* |
| | | • Discussing both religious and political reasons but making a clear chronological demarcation between the two. The transition is based on the intervention of France and Sweden into the conflict. The response uses Document 1 (Emperor is trying to comfort and pacify the agitation) and Document 2 (Bohemia's response …defending its right to practice Calvinism). A discussion of religious reasons is followed by an analysis of Documents 4, 5, and 6 discussing Adolphus and France's intervention into the war. This develops the argument that the aims of Sweden and France changed the complexity of the war from religiously to politically motivated actions. *(Explains nuance through multiple variables)* |
| | | • Establishing the argument that the true purpose of the Thirty Years' War was the gain of power. Document 1 is used to explain how Matthias tries to avoid alienating Protestants by allowing the free practice of religion, but in reality this is a façade to protect his own power by deterring the Bohemians from taking up arms. The response then corroborates this line of reasoning by suggesting that the coalition of Calvinist nobles and cities is deceptive in that its actual motivation is political rather than being based on religious freedom. This confirms the validity of the argument by showing the use of religion as a pretext for political motives from the differing perspective of a Catholic and a Protestant ruler. *(Corroborates an argument by considering diverse or alternative views or evidence)* |
| | | • Supporting an argument that the Thirty Years' War can be connected to the Spanish Inquisition, the response uses Document 6 to contrast the relatively placid way that Richelieu removed Protestants from France with the violent way in which Philip forced the exodus of Spanish Jews who would not convert. The response continues by noting that Richelieu's approach is less violent than the treatment Huguenots could expect in Spain or Austria. *(Explains relevant and insightful connections)* |

**Additional Notes:**

- This complex understanding must be part of the argument and may be demonstrated in any part of the response.
- While it is not necessary for this complex understanding to be woven throughout the response, it must be more than merely a phrase or reference.
- To earn a point for complexity by using seven documents in support of an argument, there must be an attempt to use all seven documents to effectively support an argument, but the use of the documents may be unevenly or inconsistently developed, or the document use may be weaker in one or two instances.

## Document Summaries

| Document | Summary of Content | Explains the relevance of point of view (POV), purpose, situation, and/or audience by elaborating on examples such as: |
|---|---|---|
| 1. Emperor Matthias's letter to Bohemian Protestants (1618) | • Claims he has no plans to rescind the free exercise of the Protestant religion in Bohemia, therefore there is no reason for Bohemia to take up arms | • Emperor wants to reassure Protestant subjects to prevent rebellion. (POV/situation)<br>• Protestants in Bohemia feared the re-imposition of Catholicism by the Empire. (audience) |
| 2. Constitution of the Bohemian Federation (1619) | • Cites the need to defend Calvinism as the motivation for creating the Confederation | • Bohemian leaders are justifying their actions to take defensive measures if necessary. (POV)<br>• Bohemians desire to protect the free exercise of Calvinism against Catholicism. (purpose) |
| 3. Baumann report to the Elector Maximillian (1628) | • Describes problems with re-imposing Catholicism in Protestant areas of Bavaria after the Habsburg victory there | • Habsburgs are winning the war against the Protestant German states and re-imposing Catholicism. (situation)<br>• Jesuit official seeks to reassure the Elector that Catholicism is winning despite Protestant resistance. (purpose) |
| 4. Letter from Adolphus to Elector of Brandenberg (1630) | • Adolphus claims Swedish intervention is to prevent Catholic Habsburgs from wiping out German Protestantism | • Seeks to intimidate the elector into supporting the Swedes. (purpose)<br>• Protestant king wants to support other Protestant princes in Germany. (POV) |
| 5. Oxenstierna meeting notes (1633) | • Notes that Sweden looked to secure the safety of Sweden and command of the Baltic Sea | • Oxenstierna justifies Adolphus' land acquisition. (POV)<br>• Confidential meeting with allied government reveals political power (purpose) |
| 6. Richelieu engraving (1640) | • Portrays the Cardinal protecting France from Huguenot Protestants and rival Catholic powers | • Tries to influence political opinion as to the wisdom of Richelieu's policies (audience)<br>• France is intervening on behalf of the Protestants in Germany to weaken the rival Habsburgs (situation) |
| 7. Pope Innocent X declaration (1648) | • Criticizes Peace of Westphalia and claims that it is not legitimate | • Sees the settlement as a defeat for the Catholic side (POV)<br>• Chastises the Catholic rulers for putting secular interests ahead of faith (audience) |

## Long Essay Question

2.   Evaluate the most significant long-term effect of the French Revolution during the period 1815 to 1900.

In your response you should do the following:

- Respond to the prompt with a historically defensible thesis or claim that establishes a line of reasoning.
- Describe a broader historical context relevant to the prompt.
- Support an argument in response to the prompt using at least two pieces of specific and relevant evidence.
- Use historical reasoning (e.g., comparison, causation, continuity or change) to frame or structure an argument that addresses the prompt.
- Demonstrate a complex understanding of a historical development related to the prompt through sophisticated argumentation and/or effective use of evidence.

1:26-cv-00351 PL0507

## General Scoring Notes

- Except where otherwise noted, each point of these rubrics is earned independently; for example, a student could earn a point for evidence without earning a point for thesis/claim.
- **Accuracy:** The components of these rubrics require that students demonstrate historically defensible content knowledge. Given the timed nature of the exam, essays may contain errors that do not detract from their overall quality, as long as the historical content used to advance the argument is accurate.
- **Clarity:** Exam essays should be considered first drafts and thus may contain grammatical errors. Those errors will not be counted against a student unless they obscure the successful demonstration of the content knowledge, skills, and practices described below.

Evaluate the most significant long-term effect of the French Revolution during the period 1815 to 1900.

1:26-cv-00351 PL0509

## Long Essay Question, Effects of the French Revolution — 6 points

| Reporting Category | Scoring Criteria | |
|---|---|---|
| **Row A**<br>**Thesis/Claim**<br>**(0-1 points)** | **0 points**<br>Does not meet the criteria for one point. | **1 point**<br>Responds to the prompt with a historically defensible thesis/claim that establishes a line of reasoning. |

### Decision Rules and Scoring Notes

**Responses that do not earn this point:**
- Are not historically defensible.
- Only restate or rephrase the prompt.
- Do not respond to the prompt.
- Do not establish a line of reasoning.
- Are overgeneralized.

**Responses that earn this point:**
- Provide a historically defensible thesis or claim about the most significant long-term effect of the French Revolution during the period from 1815 to 1900. The thesis or claim must either provide some indication of the reason for making that claim OR establish categories of the argument.

**Examples that do not earn this point:**

**Do not provide a historically defensible thesis/claim**
- *"The French Revolution was to improve the lives of all Europeans by giving them political rights."*

**Provide a restatement of the prompt**
- *"The French Revolution had many effects all over Europe."*

**Do not respond to the prompt**
- *"The most significant effect of the French Revolution was to give Napoleon the opportunity to come to power in France and attempt to conquer Europe."*

**Examples that earn this point:**

**Establish a line of reasoning that evaluates the topic of the prompt**
- *"Although the French Revolution failed to establish a lasting democratic government in the short-term, it had significant long-term effects on the politics of post-Revolutionary Europe because it set up a republican government as a legitimate and attainable goal for future revolutionaries."*

**Establish a line of reasoning that evaluates the topic of the prompt with analytic categories**
- *"The most important long-term effect of the French Revolution was to encourage Europe's political elite to attempt to prevent future revolutions. Sometimes this was done through repression, but increasingly, leaders sought to get ahead of revolutionary demands."*
- *The most significant long-term effect of the French Revolution was its failure to destroy the monarchial model of government. Although many of the goals of the Revolution would later be realized in different countries of Europe during the 1800s, this would generally happen under the direction of kings and emperors."*

**Establish a line of reasoning**
- *"After 1815, the most important effect of the French Revolution was to inspire other Revolutions with similar goals such as the Revolutions of 1848."* *(Minimally acceptable thesis/claim)*

**Additional Notes:**
- The thesis or claim must consist of one or more sentences located in one place, either in the introduction or the conclusion (which may not be limited to the first or last paragraphs).
- The thesis or claim must identify a relevant development(s) in the period, although it is not required to encompass the entire period.

1:26-cv-00351 PL0510

| Reporting Category | Scoring Criteria | |
|---|---|---|
| **Row B** **Contextualization** **(0-1 points)** | **0 points** Does not meet the criteria for one point. | **1 point** Describes a broader historical context relevant to the prompt. |
| | **Decision Rules and Scoring Notes** | |
| | **Responses that do not earn this point:** <br>• Provide an overgeneralized statement about the time period referenced in the prompt. <br>• Provide context that is not relevant to the prompt. <br>• Provide a passing phrase or reference. | **Responses that earn this point:** <br>• Accurately describe a context relevant to long-term effects of the French Revolution in the period 1815-1900. |
| | **Examples that do not earn this point:** <br>**Overly generalized attempt at contextualization** <br>• *"There have been many revolutions in Europe, but none was more significant than the French Revolution that started in 1789."* | **Examples of relevant context that earn this point include the following, if appropriate elaboration is provided:** <br>• Nationalist movements <br>• Napoleonic Empire/fall of Napoleon <br>• Concert of Europe <br>• Enlightenment ideals of universal rights, equality, and popular government <br>• The political goals of the revolutionaries in France in 1789 <br>• The various phases of the French Revolution (liberal, Jacobin, Directory, Consulate) <br>• Violence of the revolutionaries and its discrediting effects <br>• The exposure of the weaknesses of Old Regime monarchies <br>• Nationalist reactions to Napoleon's attempted conquests <br>• The defeat of Napoleon by a conservative coalition of European monarchies. <br><br>**Example of acceptable contextualization:** <br>• *"In 1815, the Revolution appeared to be over. Napoleon had been defeated, the French monarchy had been restored, and the conservative regimes that dominated Europe were determined to prevent any future uprisings."* <br>• *"Political thinkers of the Enlightenment had pioneered influential ideas like government by consent." (Minimally acceptable contextualization)* |
| | **Additional Notes:** <br>• The response must describe broader historical events, developments, or processes that occur before, during, or continue after the time frame of the question that are relevant to the topic of the prompt. <br>• To earn this point, the context provided must be more than a phrase or reference. | |

1:26-cv-00351 PL0511

| Reporting Category | Scoring Criteria | | |
|---|---|---|---|
| **Row C** **Evidence** **(0-2 points)** | **0 points** Does not meet the criteria for one point. | **1 point** Provides specific examples of at least **two** pieces of evidence relevant to the **topic** of the prompt. | **2 points** **Supports an argument** in response to the prompt using at least **two** pieces of specific and relevant evidence. |
| | **Decision Rules and Scoring Notes** | | |
| | **Responses that do not earn points:** <ul><li>Identify a single piece of evidence.</li><li>Provide evidence that is not relevant to the topic of the prompt.</li><li>Provide evidence that is outside the time period or region specified in the prompt.</li><li>Repeat information that is specified in the prompt.</li></ul> | **Responses that earn 1 point:** <ul><li>Identify at least two specific historical examples relevant to the long-term effects of the French Revolution in the period 1815 to 1900.</li></ul> | **Responses that earn 2 points:** <ul><li>Use at least two specific historical examples to support an argument regarding the most significant long-term effect of the French Revolution in the period 1815-1900.</li></ul> |
| | **Examples that do not earn points:** **Provide evidence that is overly general:** <ul><li>*"The French Revolution caused major changes, including social, political, and economic changes across France."*</li></ul> | **Examples of evidence that are specific and relevant include the following (two examples required):** <ul><li>Revolutions of 1848</li><li>Expansion of voting rights in France and Britain</li><li>Romantic portrayals of the Revolution in nineteenth-century art and literature</li><li>Metternich and the Concert of Europe</li><li>German student societies</li><li>Romantic imagery of the French Revolution</li><li>Expansion of voting rights in Britain (Chartist movement)</li><li>Garibaldi's "red-shirts" and attempts to unify Italy</li><li>Revolution of 1830 in France and the July Monarchy</li><li>Greek War of Independence</li><li>Frankfurt Parliament and Constitution (1848)</li><li>Revolution of 1848 in France and the Second Republic</li><li>Napoleon III and the Second Empire</li><li>Bismarck and universal male suffrage in Germany</li><li>Third Republic in France</li><li>Liberal-conservative conflicts in Spain (Carlist wars)</li></ul> **Example of a statement that earns one point for evidence:** <ul><li>*"The French people eventually overthrew the restored Bourbon monarchy in 1830 and created a constitutional monarchy, which was followed less than twenty years later in 1848 by another overthrow of the existing government that established the Second Republic."*</li></ul> | **Examples that successfully support an argument with evidence:** <ul><li>*"Revolutionary nationalists in 1848 seeking to unify Italy and Germany supported the ideals of liberty and universal citizenship that had first appeared in France during the Revolution."* (Uses evidence to support an argument about how increased nationalism was the most significant effect of the French Revolution)</li><li>*"Metternich and other European leaders after the Congress of Vienna tried to suppress future revolutions by employing censorship and secret police. This shows the fear that the ideas of the French Revolution continued to inspire."* (Uses evidence to support an argument about the continuing effect of the French Revolution)</li><li>*"Many nineteenth century revolutionaries were inspired by the French Revolution... In Italy, Garibaldi's movement used French Revolutionary slogans and symbols such as the tricolor flag."* (Uses evidence to support an argument about the French Revolution's effect on subsequent revolutions)</li><li>*"Conservative rulers in the later 1800s could not completely ignore the demands for political rights that had begun during the French Revolution. Both Napoleon III's Second Empire and the new German Empire under Bismarck's leadership gave many people the right to vote, although neither was truly democratic."* (Uses evidence to support an argument about the continuing influence of the French Revolution on European political systems in the later nineteenth century)</li></ul> |

*continued on next page*

Case: 1:26-cv-00351-MWM Doc #: 29-26 Filed: 07/01/26 Page: 290 of 296 PAGEID #: 2151

1:26-cv-00351 PL0512

| Row C (continued) | **Additional Notes:** |
|---|---|
| | • Typically, statements credited as evidence will be more specific than statements credited as contextualization. |
| | • If a response has a multipart argument, then it can meet the threshold of two pieces of evidence by giving one example for one part of the argument and another example for a different part of the argument, but the total number of examples must still be at least two. |
| | (For example, the Congress of Vienna represented a return to conservatism as a response to the French Revolution's radical threat; the ideals of the French Revolution could not be quelled, eventually serving as part of the inspiration for further 19th century revolutions in Europe and abroad.) |

1:26-cv-00351 PL0513

| Reporting Category | Scoring Criteria | | |
|---|---|---|---|
| **Row D**<br><br>**Analysis and Reasoning**<br><br>**(0-2 points)** | **0 points**<br><br>Does not meet the criteria for one point. | **1 point**<br><br>Uses historical reasoning (e.g. comparison, causation, continuity and change) to frame or structure an argument that addresses the prompt. | **2 points**<br><br>Demonstrates a complex understanding of the historical development that is the focus of the prompt through sophisticated argumentation and/or effective use of evidence. |
| | **Decision Rules and Scoring Notes** | | |
| | **Responses that do not earn points:**<br>• May include evidence but offer no reasoning to connect the evidence to an argument.<br>• May assert the use of historical reasoning but does not use it to frame or structure an argument. | **Responses that earn 1 point:**<br>• Must demonstrate the use of historical reasoning to frame or structure an argument, that addresses the most significant long-term effect of the French Revolution. The reasoning might be uneven or imbalanced, or the evidence may be overly general or lacking specificity. | **Responses that earn 2 points:**<br>May demonstrate a complex understanding through sophisticated argumentation that is relevant to the prompt. This may be done in a variety of ways, such as:<br>• Explaining multiple themes or perspectives to explore complexity or nuance; OR<br>• Explaining multiple causes or effects, multiple similarities or differences, or multiple continuities or changes; OR<br>• Explaining both cause and effect, both similarity and difference, or both continuity and change; OR<br>• Explaining relevant and insightful connections within and across periods or geographical areas. These connections should clearly relate to an argument that responds to the prompt.<br>May demonstrate a complex understanding through effective use of evidence relevant to an argument that addresses the prompt. This may be done in a variety of ways that might include:<br>• Explaining how multiple pieces of specific and relevant evidence (at least **four**) support a nuanced or complex argument that responds to the prompt; OR<br>• Using evidence effectively to demonstrate a sophisticated understanding of different perspectives relevant to the prompt. |

*continued on next page*

Case: 1:26-cv-00351-MWM Doc #: 29-26 Filed: 07/01/26 Page: 292 of 296 PAGEID #: 2153

1:26-cv-00351 PL0514

| Reporting Category | Scoring Criteria |
|---|---|
| | **Examples that do not earn points:**<br><br>**Provide evidence but offer no reasoning to connect the evidence to an argument**<br><br>• *"There were many different effects of the French Revolution."* | **Using a historical reasoning process to frame or structure an argument could include:**<br><br>• Explaining nineteenth-century reactions to aspect of the French Revolution using causal reasoning.<br>• Discussing effects of the French Revolution on different themes, such as economics, politics and culture.<br><br>**Example of acceptable use of historical reasoning:**<br><br>• *"The French Revolution led to a conservative reaction and then to subsequent attempts to restore political stability through military and social efforts." (Indicates a significant effect caused by the French Revolution)*<br>• *"Nationalist unification movements in a number of European regions in the middle of the 19th century were inspired by the ideals of the French Revolution and through their won successes sparked further nationalist and independence movements over time." (Indicates a significant effect caused by the French Revolution)* | **Demonstrating complex understanding might include any of the following, if appropriate elaboration is provided:**<br><br>• Explaining different effects of the French Revolution in different regions of Europe. *(Explains nuance)*<br>• Explaining changes in the effects of the French Revolution over the course of the nineteenth century. *(Provides insightful connections with and across periods)*<br>• Considering the economic causes and effects of the French Revolution on Europe. *(Explains both cause and effect)*<br>• Corroborating an argument about the effect of the French Revolution on Europe with cultural evidence (e.g. romantic portrayals of the French Revolution in art), political evidence (e.g. the Garibaldi Movement and the Chartist Movement). *(Uses evidence to demonstrate a sophisticated understanding of different perspectives relevant to the prompt)* |

**Additional Notes:**

• To earn the first point for analysis and reasoning, the response must use historical reasoning to structure a response to the prompt, although the reasoning might be uneven or imbalanced, or the evidence may be overly general or lacking in specificity.

• This complex understanding must be part of the argument and may be demonstrated in any part of the response.

• While it is not necessary for this complex understanding to be woven throughout the response, it must be more than merely a phrase or reference.



**AP EUROPEAN HISTORY**

# Appendix

1:26-cv-00351 PL0515



1:26-cv-00351 PL0516

**AP EUROPEAN HISTORY**

# Appendix:
# AP European History Concept Outline

A concept outline for AP European History, which presents the course content organized by key concept, can be found online.

The coding that appears throughout the unit guides in this course and exam description corresponds to the organization of course content found in this outline.

Teachers who would like to print and add a copy of the outline to their course and exam description binder can find the **AP European History Concept Outline** on AP Central.

1:26-cv-00351 PL0517

THIS PAGE IS INTENTIONALLY LEFT BLANK.

1:26-cv-00351 PL0518