Exhibit U



went into prime to cancel they offered me 3 months for 0.99 a month so if you were looking to try it might be the best

1:16

SOS 86

< 9

od to know, thanks

Wed, Mar 4 at 6:44 PM

Saw there was some in board fighting

Yeah, it was a shit show. Attorney has already drafted complaint. Trying to iron out stuff and will need to meet people, but it's sounding like I'm going to be suing

Or at least that's the path we're going down

Oh wow you got an attorney?

Wed, Mar 4 at 8:47 PM

Potentially. I agreed to have the parent I met tonight pass my info on to the attorney interested in suing over this. I told her I wanted to hear more about his theory of the case and basis for suing, but I was not at all opposed. And she seemed confident that the community could raise the funds to cover legal expenses

Sorry. I've not stopped since 5am. Still in work clothes

told me to tell you that you and me need to go out for a drink, lol. I think I was on with him for almost 90

iMessage

All good what is the basis to sue? Lol

1:26-cv-00351 PL0838

1:17

< 9

SOS 86

Sorry. I've not stopped since 5am. Still in work clothes

told me to tell you that you and me need to go out for a drink, lol. I think I was on with him for almost 90 minutes

All good what is the basis to sue? Lol we should. Seems like the board really fucked this up

My current working theory is based on targeting and violating my (admittedly limited) first amendment rights. However, I don't know if that's the strongest argument and the attorney already has a draft complaint ready to file, he just needs a plaintiff. So I'm curious to hear his thoughts an analysis

Gotcha what would you go with

That's the best I have come up with. Tying in willfully, maliciously, and purposefully misinterpreting board policy and state law in order to force me to remove a poster after subjecting me targeted harassment

Got it. Is there anything in state law

+ e iMessage

1:17

< 9

SOS 85

Gotcha what would you go with

That's the best I have come up with. Tying in willfully, maliciously, and purposefully misinterpreting board policy and state law in order to force me to remove a poster after subjecting me targeted harassment

Got it. Is there anything in state law to prevent it

Prevent me from suing?

No the flag

They're claiming the parents bill of rights and saying I didn't give the proper opt out notices to parents so they can decide. But that ONLY applies to direct instruction on matters of sexuality and gender identity. I never used the flag as an instructional aid or as part of a lesson. And, in the context that I do teach those things in class, it's in the historical context and more about treatment of different groups through time. Not what defines sexuality or gender identity, just that they exist. Those are all exempt

Got it so no real grounds

+ iMessage

purposely misinterpreted the law. Their reading isn't even logical in my



1:17

SOS 85

9

treatment of different groups through time. Not what defines sexuality or gender identity, just that they exist. Those are all exempt

Got it so no real grounds

Right. That's what I mean that the purposely misinterpreted the law. Their reading isn't even logical, in my opinion

Yea seems fair

We'll see. I think it could survive a motion to toss it, but don't know if it would win. This attorney is apparently chomping at the bit to file, so I'm curious what he's come up with

Yea any idea why he's so interested

He hates David Wallace and finds it fun to kick his ass in court. He represented the parent who he sued last summer and won that case do her

Ahhh got it

Sat, Mar 7 at 4:33 PM

+ gl iMessage

1:26-cv-00351 PL0841



Best comment was and the west Virginia flag lol

lol, I didn't see that

Will probably need to wait until after. ▇▇▇ and I had to pause our show to discuss flag and I don't think it'll be a short conversation. There's a lot more support from the community members than I expected. They're pretty sure they have the funds to cover a legal retainer for me and have already started reaching out to attorneys. It's a lot to process bc that was not realistically expected

Lol gotcha what time you thinking?

Should be good by 9:00, if not earlier. How soon are you putting the kids down?

Once they try the banana bread

Probably 30

We are just hanging right now

Cool, I'll text when our show is over. Should be done shortly

+   iMessage

Come on over

1:26-cv-00351 PL0842

Making bannana bread with the kids

1:23 🔕                                    SOS 📶 84

< 9                                              ◻️📹

Baked actual brea███████ier

New flag up

> Monday. I had a meeting at central office all day yesterday (unrelated to the flag)
>
> 1 Reply

> Some of the Facebook comments are unhinged. But I guess that's Facebook

> Monday. I had a meeting at central office all day yesterday (unrelated to the flag)

What do you mean

> New flag will be up Monday. People on Facebook suck

Oh i looked ypu have a mixed bag

> There is. ████████ was sent a screenshot from one that said something about it being awful that two mentally unstable people (me and ██████ adopt a child. So I wasn't real happy about that. Really was hoping to keep my family over it

 iMessage

death threats in school voicemail

1:26-cv-00351 PL0843

1:24

< 9

SOS 84

Carl ›

1 Reply

In all seriousness I'm half expecting death threats in school voicemail when I get to school Monday. It wouldn't be the first time. And people are figuring out who I am and have found me in the online school directory

1 Reply

There is. [redacted] was sent a screenshot from one that said something about it being awful that two mentally unstable people (me and [redacted] adopt a child. So I...

I am sure they are the least stable people

In all seriousness I'm half expecting death threats in school voicemail when I get to school Monday. It wouldn't be the first time. And people are figuring out...

Fucking nuts



In a controversial vote on Wednesday, the L...
- WCPO 9

+ iMessage

This one gets more normal people

1:26-cv-00351 PL0844



In a controversial vote DENER nesday, the L...
- WCPO 9
facebook.com

Carl

This one gets more normal people commenting



A school district in Sou...
- Public Education Partners
facebook.com

You also get lot of support here

I the WCPO post. The MAGA internet sleuths zoomed in on the picture on their he right and saw a thank you card from a student and were able to get my last name

Republicans are such snowflakes

has been tracking and told me it's starting to get something traction nationally. I honestly didn't expect that

iMessage

And yes, yes they are

1:26-cv-00351 PL0845

1:24 🔕  SOS 📶 84

‹ 9     ...e gets more    ...ple commenting



A school district in Sou...
- Public Education Partners
facebook.com

You also get lot of support here

I the WCPO post. The MAGA internet sleuths zoomed in on the picture on their he right and saw a thank you card from a student and were able to get my last name

Republicans are such snowflakes

██████ has been tracking and told me it's starting to get something traction nationally. I honestly didn't expect that

And yes, yes they are

Nuts you want a beer?

+    iMessage    🎤

...ould go for one in a bit. Do you have any? Bc I do not

1:26-cv-00351 PL0846



1:26-cv-00351 PL0847



What are you doing then

Dunno. Not sure of next steps officially. I found a replacement that is very similar I asked ████ to order for me. I wanted it here now, but I'm not even sure if she did order it. She's in ████ and didn't have time to respond to texts. Her work travel is always at the worst times

Getting more details now. Apparently parents in the crowd were screaming at them after the vote, said they were on the wrong side of history, and had to be escorted out by police.

Oh very interesting

Thu, Feb 26 at 9:38 PM



Little Miami board votes to remove poster with rainbow, transgender flag from classroom

iMessage

1:26-cv-00351 PL0848



1:26-cv-00351 PL0849



1:33

SOS 82

Oh really why?

She was beckoned to [redacted] last week, where they told her they want to fire her boss. Then her boss found out this week she has cancer. She is quickly being thrown all of her boss's responsibilities. Ton more work, no additional pay

How it always goes right

Yep

Hows your stuff?

Meh. They're voting this week on whether or not I can keep my flag

What you expecting

I'm going to lose

Then what?

I don't know. I want to try to talk to people next week before the meeting. I'm hoping I can deflect through the end of the year. Then I can just pack it up with the rest of my stuff

On what legal ground can they make

+ ta iMessage



**1:33** 🔕    SOS 📶 82

< 9   always g

Yep

Hows your stuff?

Meh. They're voting this week on whether or not I can keep my flag

What you expecting

I'm going to lose

Then what?

I don't know. I want to try to talk to people next week before the meeting. I'm hoping I can deflect through the end of the year. Then I can just pack it up with the rest of my stuff

On what legal ground can they make you take it down?

Bc they think I'm violating a school policy.

Tue, Feb 24 at 12:50 PM

 cincinnatibeer

**Alexandria opening West Chester Outpost this Friday 2/27**

Alexandria Brewing Co. announced that their new West Chester location (in the former DogBerry spot) has passed final inspection and will be opening this Friday 2/27 at 4:00 P.M. Bender's Pub Grub will "be roughly 30 days behind," and you can bring your own food or order delivery until then.

 iMessage

1:37

SOS 82

< 9



What happened with the meeting about the flag? Issue was it was only the news predicting a lot of snow. Most meteorologists on their own accounts were saying 1-2 inches. I get if it had been more and froze

Board member has escalated. Had to outline my position Monday at attached content standards for both history classes I teach. All agree I'm not violating state law or district policy. Now the attorney is proposing changing the policy. It sounds like they like the sentiment behind the flag, but they want a "neutral" image that doesn't include lgbtq+ references. So I guess that's who we allow to be hated, or want to allow to be hated

Should point out the irony of not wanting those colours and how you wont tolerate it from the board

I'm weighing quitting at the end of the year whether I have a job or not. I think I will hate myself and be miserable if I back down. These kids exist whether they like it or not, and they deserve to be validated and acknowledged. That's not unreasonable

 iMessage They wanted my thoughts and I told them I wanted to digest everything and think about. Don't

1:26-cv-00351 PL0853



1:37

< 9

unreasonable

I may. They wanted my thoughts, and I told them I wanted to digest everything and think about. Don't want to make an emotional decision, but I don't want to compromise my core beliefs either. And I told them that this is more than a basic wall decoration to me

Yea probably best not to say anything immediately. Should probably get clarification on what scares them about a flag

They're equating it to me teaching about an encouraging sexuality and gender identity. I'm basically being accused of making kids gay or trans



iMessage

1:26-cv-00351 PL0854

1:38

SOS 81



< 9

> They're equating it to me teaching about an encouraging sexuality and gender identity. I'm basically being accused of making kids gay or trans



> That's it by the way



+ iMessage

1:38

SOS  81

< 9

Carl ⟩

That's it by the



And for scale, bc I'm sure it's being presented as a massive, wall size flag

Lol a straight while male teacher who is in a hetrosexual relationship is turning kids gay and trans. These people are so fucking stupid

Right!?!  Like, thats not how that works. Thats not how ANY of that works

And I ultimately don't care what they do or do not believe, accept, hate, or date. But they will not be little shits to each other

+  iMessage

teachers sleeping with students see

1:26-cv-00351 PL0856



1:38

‹ 9

And [   ] m sure it's be
pre[  ] ssive, wall size
flag

Lol a straight while male teacher who is in a hetrosexual relationship is turning kids gay and trans. These people are so fucking stupid

Right!?! Like, thats not how that works. Thats not how ANY of that works

And I ultimately don't care what they do or do not believe, accept, hate, or date. But they will not be little shits to each other

Should be more concerned about teachers sleeping with students see way more reports of that



DON'T BE A DOUCHE CANOE

I can get this made into the same size flag for less than $10. Same sentiment really. Maybe this would be more acceptable

 iMessage



1:39

**DOUCHE CANOE** 81

< 9

I c ████████ de into the sam
siz ████████ than $10. Sam
se ████████ Maybe this would
be ████████ ble

Yeah, that's would make more sense than this

Maybe ask them? Same message and the canoe is white if he was mexican all sorts of issues

Lmao. Sadly, you're not wrong

What are your options if you choose to leave

I did tell my superintendent that, as the father of a ████████ ████████████████████ I'm not very comfortable sending her to school there. She told me that was both a sad and entirely reasonable statement

Teach somewhere else, sub until i can find a job, or work somewhere outside of education. I really hope i can find another teaching job

Yea hoping that this term trump can do some irreperable damage with voters so this maga wave disappears but we will see

It won't be for lack of effort on his part. I am hoping that the fever is starting to break

+     iMessage

So I think for some it is. Others never will

American history. I'm listening to the
"Killers of the Flower Moon"
now.

1:19

eople are the ████████ in my "are
we sure this i███████tion???"
era

**2 People** ⟩

BS

Thu, Feb 26 at 5:57 PM



**Little Miami board votes to remove poster with rainbow, transgender flag from classroom**
fox19.com

I did not succeed in staying out of the news...

I'm sorry

Jerks

Check out this article from Cincinnati.com:

School board removes 'Hate Has No Home Here' sign from classroom

https://www.cincinnati.com/story/news/education/2026/02/26/little-miami-board-votes-to-remove-poster-displaying-lgbtq-flag/88880632007/

iMessage

much more detailed

1:26-cv-00351 PL0859

1:19 🔕      SOS 🛜 85

< 9   sorry



2 People ›

Jerks

Check out this article from Cincinnati.com:

School board removes 'Hate Has No Home Here' sign from classroom

https://www.cincinnati.com/story/news/education/2026/02/26/little-miami-board-votes-to-remove-poster-displaying-lgbtq-flag/88880632007/

This one from the newspaper is much more detailed

It's alright. I thought it would be 3-2 against me, the 4th was a bit of a surprise but it altogether unexpected

💗

My principal Kevin is AMAZING. We talked Tuesday and a replacement is on its way

💗



+   iMessage   🎤

1:26-cv-00351 PL0860

1:19

SOS 85

< 9

2 People ›



Garden Flag Hate Has No Home
Here Yard Flag Vintage Outdoor
Flag Porch House Flags Double
Sided Yard Decor Hate Has No...

4.7 ★★★★☆ ✓ (72)

This is what's taking its place. I want
the fuckers to tell me how many
colors I'm allowed to have on a
poster

Edited

I thought you meant you were trying
not to read the news

For what it is worth, I'm proud of you

1 Reply

I'm not slick enough to get past the

+ iMessage

1:26-cv-00351 PL0861

1:20   SOS  85

I thought you meant you were trying
ut to read the

< 9

**2 People** ⟩

For what it is worth, I'm proud of you

1 Reply

I'm not slick enough to get past the paywall on the second article

> I can take screen shots and send them, but there will be many and I don't want to send those without you guys giving me the go ahead, lol

For what it is worth, I'm proud of you

> Thank you. This has been brewing all month and there's a LOT of background and context the media is missing. But support from others has meant a lot. My coworkers have also been amazing.

If you send them, I will read them.

People forget that the rainbow is God's promise and it represents equality for all, not just LGTBQ.

I will also read the article if you send it.

iMessage

1:20

SOS 85

People forget that the rainbow is God's promise and it represents quality for all, LGTBQ.

2 People

I will also read you send it.

People are just narrow minded jerks that refuse to see the whole picture.

I really like that flag.

6:25

Aa

### School board removes 'Hate Has No Home Here' sign from classroom

Grace Tucker, Cincinnati Enquirer
Published 3:52 p.m. ET February 26, 2026
Updated 5:16 p.m. ET February 26, 2026

National Enquirer                    Add +



Little Miami school board members voted to remove this "Hate Has No Home Here" under district policy 5780.01 - "Parents' Bill of Rights." (Photo: Provided by Vanessa Srikantham)

**Key Points**

- A Cincinnati-area school board voted 4-1 to remove a "Hate Has No Home Here" poster that depicted a heart-shaped pride flag, among other symbols, from a high school classroom.

- The board cited a policy requiring parental notification for materials related to sexual orientation or gender identity.

- One board member referenced Jesus and his opposition to "all those different rainbow things" when explaining his vote.

6:25

Aa

Key Points

- A Cincinnati-area school board voted 4-1 to remove a "Hate Has No Home Here" poster that depicted a heart-shaped pride flag, among other symbols, from a high school classroom.

- The board cited a policy requiring parental notification for materials related to sexual orientation or gender identity.

- One board member referenced Jesus and his opposition to "all those different rainbow things" when explaining his vote.

- The board's decision and subsequent discussion sparked verbal disputes and criticism from the audience.

A Cincinnati-area school board voted to order the removal of a "Hate Has No Home Here" sign, with

+         iMessage

1:26-cv-00351 PL0863

1:20

SOS 85

‹ 9

**2 People ›**


addressUSA

6:26 ‹ Aa

The Little Miami Board of Education in Warren County voted 4-1 to remove the poster, saying it violated rules against displays "relating to sexual orientation or gender identity."

The Feb. 25 vote came at a raucous meeting at which the board's president David Wallace ordered an audience member removed and barred from future meetings.

The poster, hung in a social studies classroom at Little Miami High School, depicted a group of hands holding heart-shaped flags, including the transgender pride flag, the American flag, a peace sign flag and the LGBTQ+ pride flag.

Advertisement

**USA TODAY NETWORK**

Pick your "weekend headline energy". What are you most likely to read first?

A deep investigation piece

A weird-but-true story (science, animals, history, etc.)

Practical life help (money, health, home)

Sports or local pride stories

6:26 ‹ Aa

Wallace said during board discussion that, per guidance under new law director Omar Tarazi, it may be best to remove displays "relating to sexual orientation or gender identity" if the board wanted to avoid having to notify parents under the district's "Parents' Bill of Rights" policy.

Little Miami adopted the policy in October 2025 to adhere to the state's House Bill 8, which requires schools to notify parents of "instructional materials with sexuality content." The poster's removal avoids "logistical challenges" associated with notifying parents, Wallace said during the meeting, quoting a message he said he received from Tarazi.

Advertisement

+ iMessage

1:20

< 9



**2 People** ›

6:26

<

"If similar wording were displayed over a neutral image, such as the American flag, or a generic student image, it would not ordinarily implicate the Parents' Bill of Rights procedures," Wallace said when reciting Tarazi's guidance.

Tarazi was hired by Little Miami in a contentious 3-2 board vote last month. He has previously been under fire for charging hefty service fees in a suburban Columbus district and his alignment with conservative groups like the pro-universal school voucher Make Liberty Win PAC.

Advertisement



6:26

<

Tarazi told The Enquirer he "did not recommend one way or the other" regarding the decision on the poster.

"The email (Wallace) referenced was me re-articulating the standard, and it's ultimately the board's call for (interpreting) which side of the line the standard (is)," Tarazi said.

"It's not that there's anything wrong with the poster, the question is, 'Does it trigger an obligation to notify parents and have them opt out?'" Tarazi said, adding that the poster could still be up today if parents had been given the chance pull their child from that class.

Wallace and newly elected board members Mandy Bullock and Dan Smith, all of whom were previously endorsed by conservative group Ohio Value Voters, and Diane Horvath provided the votes in favor of

+ iMessage

1:26-cv-00351 PL0865

1:20

  

9



2 People





The Little Miami school board's Feb. 25 regular meeting.
(Photo: Provided by Vanessa Srikantham)

"We understand this issue has generated strong opinions in our community. Little Miami Schools remains committed to providing a safe, respectful, and supportive learning environment for all students," the district's communications director Brad Underwood said in a statement Feb. 26.

Advertisement



The Cincinnati-area district last made headlines for its discussion of LGBTQ+ messaging in January 2025, when it voted down a policy that would have required teachers to take down displays not directly related to their class curriculum, like LGBTQ+ pride flags. Wallace was that policy's main supporter, The Enquirer previously reported.

**Little Miami board members reference Jesus, want to review lesson plans**

The board's discussion about removing the poster was peppered with remarks from the crowd condemning members. Particular uproar occurred when Wallace told Little Miami Superintendent

 iMessage

1:26-cv-00351 PL0866

1:20 🔕



SOS 📶 85

< ⑨



2 People ›

6:26 🔔     📶 🛜 76

‹     Aa 🔖 ⬆️

"That is not your job to review lesson plans!" one audience member, whom The Enquirer could not identify, yelled from the back of the room.

The issue was introduced when Morgan said she wanted to clarify to the board that the poster was not used for instructional purposes but rather as a "peacekeeper" in the classroom.

Morgan said, "as an example" of the poster's purpose, "If (the teacher is) talking about World War II and we're talking about concentration camps and there's somebody who is of Jewish faith in that room, this is ... representing (that)."

Advertisement

6:27 🔔     📶 🛜 76

‹     Aa 🔖 ⬆️

After questioning why there's no symbol of Jewish faith on the poster, Wallace said to the superintendent, "It's probably not the time for you and I to have this discussion, but I would like to see the lesson plan."

Wallace did not respond to The Enquirer's request for comment on his statements at the meeting.



The Little Miami Local Schools' Board of Education. (Photo: Madeline Mitchell/The Enquirer)

    iMessage   

1:26-cv-00351 PL0867

1:20 🔕   SOS 📶 85

‹ 9

📹



**2 People** ›

6:27 📶 📶 76

‹   Aa 🔖 ⬆️

"But he told them to go and sin no more. He didn't condemn them, he loved them. But he didn't leave them as they were because (of) their lifestyle," Smith continued. "So when you label all those different rainbow things there and the trans things, you're identifying with that and you expect us to love that and to even like it, but we don't."

Julie Perelman, a longtime resident of the district and mother to three Little Miami graduates, said Smith's statements were the "most distressing" to her.

Advertisement



6:27 📶 📶 76

‹   Aa 🔖 ⬆️

"To literally sit and preach to the audience about Jesus ... (he) came so close to just saying that if you're gay, lesbian, bisexual or trans, you're a sinner and we can't support sinners," Perelman, who spoke during the meeting's public comment portion, told The Enquirer. "I think my jaw was on the floor."

"Apparently we've completely forgotten about separation of church and state," she added.

Advertisement



＋   iMessage   🎤

1:26-cv-00351 PL0868

1:20 🔕　　　　　　　　SOS 📶 84

< 9



**2 People** ›

nt years, it's been the trendy, popular thing to rt sexual sins and the sexual confusion of our children, which should have no place in education," parent Jackie Mason said during public comment. "And it has not been the sexually confused and sexually influenced kids who have been bullied. It's quite the opposite. All of my children were bullied in this district for standing up and stating what is right and what is true."

Advertisement



6:28 🔕　　　　　　　📶 📶 76

‹　　　　　　　　　　Aa 🔖 ⬆️

### Who made the initial complaint against 'Hate Has No Home Here' poster?

Siebert told The Enquirer that a parent expressed they were offended by the "Hate Has No Home Here" poster.

That complaint then followed the district's "chain of command," Siebert said, from the teacher, to the high school's principal, Kevin Harleman, to the superintendent.

The board was then made aware of the complaint through Tarazi, Siebert said.

Advertisement



6:28 🔕　　　　　　　📶 📶 76

‹　　　　　　　　　　Aa 🔖 ⬆️

Both the principal and the superintendent determined the primary purpose of the poster was

+ 　iMessage　　　　　　　🎤

1:20

SOS 84

< 9

## 2 People ›

Both the principal and the superintendent determined the primary purpose of the poster was not to promote sexuality content, Tarazi said, adding that Wallace then placed the issue on the Feb. 25 agenda for board discussion.

Siebert, the board member opposed to the poster's removal, said implementing the district's "Parents' Bill of Rights" policy puts Little Miami at risk of being sued.

6:28

"A Title IX lawsuit is $100,000 or more," Siebert said at Wednesday night's meeting. "This is a setup, I'm telling you."

### Board president threatens to bar audience member from meetings

Immediately after the board voted 4-1 in removing the poster, a man and woman sitting in the front row of the audience stood up and began to exit the meeting. While exiting, the man pointed toward the board and said, "You guys are on the wrong side of history."

6:28

+ iMessage

 

1:26-cv-00351 PL0870

1:21

SOS 84

< 9

**2 People** ›

6:28

Wallace ordered the two Hamilton Township police officers present to have the man removed.

"Have him removed. Get his name too, officer," Wallace said, eliciting verbal discontent from several members of the audience.

"He's not coming back to the next meetings if he's going to behave like this," Wallace continued. "We need to have decorum."

"This is a public meeting. You are allowed to observe it, we let you participate, we're going to do board business. The interruption and the rudeness is going to stop. This isn't Facebook. This is a Little Miami school board meeting," Wallace exclaimed to the audience.

Ohio Sunshine Laws for public meetings indicate a school board may remove a person for disruptive behavior, but it does not grant authority to ban someone permanently from meetings.

Ultimately, no one was escorted out of the meeting and no names were taken, Hamilton Township police told The Enquirer.

Originally Published 3:52 p.m. ET February 26, 2026
Updated 1 hour ago

Send feedback about this story or your app experience to Cincinnati.com

Join Chime and earn up to $350

I think those are in the right order. Sorry I couldn't send as a cluster. There were too many photos, and I didn't have enough storage to create a link (need to get off the shared storage with █████ and all of her many photos and videos)

█████████

Such a shame. So a parent was offended by this poster and that started all this? Who was it? Some jerk wearing a don't tread on me shirt, driving a big ass truck, with a fuck Biden sticker in the window?!?!

+ iMessage

semester

1:21 🔕

SOS    84

< 9

📹



uch a shame. ...rent was ...fended by thi... and that started all this? ...as it? Some jerk wearing **2 People** > on me shirt, driving a big ass truck, with a fuck Biden sticker in the window?!?!

It was the board president. I had his ▮▮▮ in the Law class last semester

So the article didn't want to say that???

Jerks

▮▮▮ not in my class anymore, but he had to wait until the new board was sworn in last month to have the votes

To be fair, they wouldnt give that info to the media for any other parent

I'm going to check with the union president to see what happens if I start talking to the media to fill in gaps (though probably not that particular one)

You need Paul Harvey to tell "The Rest of the Story"

If you google "omar tarazi columbus" you'll get that fuckheads full background from (i think) the

+ iMessage 🎤

knows nothing about education law

1:26-cv-00351 PL0872

1:21    SOS 📶 84

< 9   

**2 People** ›

You need Paul Harvey to tell "The Rest of the Story"

If you google "omar tarazi columbus" you'll get that fuckheads full background from (i think) the Columbus ABC affiliate. Hes a bullshit ambulance chaser that knows nothing about education law and is wreaking havoc in school districts in Columbus. He was fired by a Columbus district days before the fucking morons on our board hired him

And theres so much about David Wallace i could tell you. But we need to be in person for all of that and i will probably require alcohol to get through it, so maybe beach?

Okay.  I'm sure there will be plenty more to report by then.

Lord, probably. I'm trying to weigh if I want to stay and keep fighting or if it's better to try to get into another district. I love my kids, coworkers, and principals. I really don't want to leave them. But this is a lot, and your obstinate brother is just going to make it worse. They expect me to take it down and that's that. They don't know me like you guys do, and

\+    iMessage 🎤

1:26-cv-00351 PL0873



1:21

SOS 84

< 9

**2 People** ›

Okay. I'm su **2 People** › e plenty more to report by them.

Lord, probably. I'm trying to weigh if I want to stay and keep fighting or if it's better to try to get into another district. I love my kids, coworkers, and principals. I really don't want to leave them. But this is a lot, and your obstinate brother is just going to make it worse. They expect me to take it down and that's that. They don't know me like you guys do, and they have no idea how right I feel I am on this particular issue

I assume you weren't the one who yelled out at the board meeting?

lol, I was not. I wisely decided NOT to attend that shit show

It looks like it genetated a lot of good discussion.

I didn't think it was you, but thought of this meme when I read it

😂 😂



+ iMessage 🎤

1:26-cv-00351 PL0874





I wish the people speaking actually looked at everything I have around my room. They missed that I have this poster (except with a green background) in my room also



It iMessage good opening for explaining the meaning of those symbols to your nephews.

1:26-cv-00351 PL0875

1:21 SOS 84

< 9

**2 People** ›

It gives me a good opening for explaining the meaning of those symbols to your nephews.



Focus on your victories. You got them talking. You've got a good replacement poster emphasizing the important part. You made a big difference in a lot of lives. I'd take it down, stay in your district, and focus on the long game.

How people think Jesus wants them to hate people is beyond me.

It's mind boggling

Tue, Mar 3 at 6:43 PM



+ iMessage

1:26-cv-00351 PL0876

to hate people is beyond me.

1:22 🔕      SOS 🛜 84

I'm mind boggling

< 9     📹

Tue,    PM

**2 People ›**

**If MAGA lived in Bible times:**

▶

He's answering that now. Oh,

**Reel by April Ajoy**
facebook.com

Thought you would both appreciate

Emergency school board meeting tonight to approve a statement from the district in response to the outcry over making a troublemaking teacher take down their flag about not hating people. Based on the number of phone calls my principal has gotten, and the proposed statement, I'm guessing the school board members had a long weekend

*Edited*

+    iMessage    🎤

Will be curious to see the statement
they put out. It's a crazy time we're

1:26-cv-00351 PL0877

take down their flag about not hating people. Based on the number of phone calls my principal has gotten, and the ███████ statement, I'm guessin ██████ ol board memb had a l█ ██ d

**2 People**

Edited

Will be curious to see the statement they put out. It's a crazy time we're living in.

You should look up the drama surrounding the Marion County superintendent. The school board voted to not renew her contract despite a good evaluation, without giving a reason. They are now adding to the next agenda the reconsideration of her contract. Not sure what the issues are in her case, but it makes me think about you and your school board drama.

This is the one they were set to vote on. I'm sure it passed.

Statement from the Little Miami Board of Education March 3, 2026 On February 25, 2026, the Board of Education made a determination regarding a specific classroom poster. The Board issues the following statement to clarify the scope and purpose of that decision and to address common questions. The decision was not based on the phrase "Hate Has No Home Here." That message is fully consistent with our values. Board Policy 5780.01 does not ban any flag, image, viewpoint, or symbol. Rather, it establishes clear procedures to transparency and protect ▒▒▒▒▒▒ ▒▒▒▒▒ ▒▒▒▒ ▒▒▒▒▒▒ ▒▒▒▒▒ arise in the classroom. Board Policy

iMessage

1:26-cv-00351 PL0878

1:22

‹ 9

This is the one they were set to vote on. I'm sure it passed.    SOS 📶 84

Stateme ▮▮▮▮ he Little Miami Board of ▮▮▮ n March 3, 2026 On Feb ▮▮▮ 026, the Board of Educa ▮▮▮ etermination regarding a specific classroom poster. The Board issues the following statement to clarify the scope and purpose of that decision and to address common questions. The decision was not based on the phrase "Hate Has No Home Here." That message is fully consistent with our values. Board Policy 5780.01 does not ban any flag, image, viewpoint, or symbol. Rather, it establishes clear procedures to ensure transparency and protect parents' rights when certain topics arise in the classroom. Board Policy 5780.01 and Ohio's Parents' Bill of Rights (House Bill 8) require parental notification and the opportunity to review and opt out when classroom materials, under the totality of the circumstances, go beyond incidental references and engage students on sexual concepts or gender ideology. Based on the specific circumstances presented and in accordance with Board Policy 5780.01 and Ohio law, the Board determined that the policy's procedural requirements must be followed before the poster could remain in place. The Board's action was procedural in nature and focused on ensuring compliance with applicable law and district policy. The Little Miami Board of Education remains firmly committed to providing a safe, respectful, and supportive educational environment for all students. The District does not tolerate bullying, harassment, or discrimination of any kind. The Board

2 People ›

+    iMessage 🎤

1:26-cv-00351 PL0879

sexual concepts or gender ideology. Based on the specific circumstances presented and in accordance with Board Policy 0.01 and Ohio law, the Board determined that the policy's procedural requirements must be met before the poster could remain in place. The Board's action was procedural in nature and focused on ensuring compliance with applicable law and district policy. The Little Miami Board of Education remains firmly committed to providing a safe, respectful, and supportive educational environment for all students. The District does not tolerate bullying, harassment, or discrimination of any kind. The Board is equally committed to respecting the rights of parents as established under Ohio law. We value community input and encourage respectful participation at our public Board meetings. We appreciate the continued engagement of our community as we work together to support all students and families. Little Miami Board of Education.

Meeting was at 4:00 today. I'm curious to hear tomorrow how it went.

And that is DEFINITELY suspicious – wonder if somebody has a vendetta against her

If I was one of the angry parents, that statement wouldn't appease me. It sounds like a bunch of bs and doesn't actually say anything.

iMessage

1:26-cv-00351 PL0880

1:22

SOS 84

< 9 was one of ☐ parents, that statement woul☐☐ease me. It sounds like a ☐☐☐ and doesn't actu☐ **2 People** ☐ ☐ing.

I love the outcry.

> Yeah, they were not at all appeased from what I was hearing

When I'm feeling down about the world, I remember that Hillary Clinton won 26% of the vote in WV in 2016. It really isn't everyone. Plus, not every conservative thinks its okay to hate people.

And that video was pretty much exactly how people were during biblical times.

> lol, thought you guys would like that

People in bible times and really throughout history were wild.  I will never understand how one can justify being mean or cruel to another human being. It breaks my heart to think of all the terrible things people have had to endure while others try to justify it.

Sun, Mar 8 at 11:51 AM

Things will not improve in this country until democrats realize Americans are stupid and

mu☐
ne☐  iMessage

you cover it's pills in peanut butter?

1:26-cv-00351 PL0881



**1:14** 🔕 SOS 📶 86

No need to be so [REDACTED]. I'm headed to bed.

Ok. Love you

Love you too



1:26-cv-00351 PL0883

im not mentally or physically up but if

1:26-cv-00351 PL0884

1:26-cv-00351 PL0885

1:26-cv-00351 PL0886





1:26-cv-00351 PL0888

I'm looking for shirts that are plaid

I'm looking for shirts that are plaid

1:26-cv-00351 PL0889



1:26-cv-00351 PL0890

1:15 🔕      SOS 📶 86

‹ **9**        📹

IMG_6649.
JPEG Image

Sat, Mar 7 at 11:02 AM



**'Hate has home' in Ohio school district thanks to fear stricken board | Opinion**
dispatch.com

A law that instills fear is the most potent law of all.

That's what we're seeing at the Little Miami School District.

Board members, by a 4-1 vote, cited Ohio's Parents' Bill of Rights when it ordered this "hate has no home here" poster removed from a classroom:

Little Miami school board members voted to remove this "Hate Has No Home Here" under district policy 5780.01 - "Parents' Bill of Rights."

Huh?

Again, it says, "Hate Has No Home Here." What's objectionable about that?

\+    iMessage    🎤

1:26-cv-00351 PL0891

That's what we're seeing at the Little Miami School District.



 nembers, by ... cited ... Parents' Bill ... hen it ordered this "hate ... e here" poster remo... classroom:

Little Miami school board members voted to remove this "Hate Has No Home Here" under district policy 5780.01 - "Parents' Bill of Rights."

Huh?

Again, it says, "Hate Has No Home Here." What's objectionable about that?

It has hands of different skin colors, and at first, I thought there may be some sort of histrionic DEI protest, but that wasn't it.

It turns out the school board objected to the hearts with bright colors that could be interpreted as pro-LGBTQ and pro-transgender symbols.

Huh?

It's true the rainbow flag is an LGBTQ+ emblem and there is a transgender pride flag.

In fairness, the transgender pride flag colors have a closer resemblance to the heart in the poster.

This is where common sense failed the board and fear took hold.

iMessage

...rd .
Parents' Bill of Rights, also known as

1:26-cv-00351 PL0892



1:15

SOS 86

‹ 9

It's true the rainbow flag is an LGBTQ emblem and there is a transgender pride flag.

...ess, the tra... flag colors have a resemblance to th... poster.

This is where common sense failed the board and fear took hold.

Board members noted under the Parents' Bill of Rights, also known as Ohio House Bill 8, parents must be notified of any "instructional materials with sexuality content" and be given a chance to remove their child from the classroom.

Huh?

How is that poster instructional, unless you take the leap that it "instructs" and indoctrinates children to embrace a certain sexuality?

People, get a grip
It's a poster.

The colors in those flags can be found in all sorts of schoolwork.

Does this mean the board is going to ban any poster that has the above colors? What if it's a drawing with red, orange and yellow, or light blue, pink and white?

I don't expect a small board to fight the state and leave a poster in a classroom whose anti-hate message speaks louder than the symbols. But

 iMessage

1:26-cv-00351 PL0893

1:15

SOS 86



red, orange and y          blue,
pink and white?

I don't expect a small board to fight the state and leave a poster in a classroom whose anti-hate message speaks louder than the symbols. But Little Miami shows us how powerful fear can be.

A poster isn't instructional material which educators use to teach their class. I know. I used to be a college lecturer.

A flawed line of reasoning
But the board, stricken with fear, used a flawed line of reasoning to skate a controversial issue. It's easy to place blame on a law instead of taking ownership. Boards have great latitude in deciding what it allows in classrooms, and if it finds the poster offensive, it should say to get rid of it.  But there's fear there, too, because some in the community don't like the board's action.

It's easier to hide behind a law than to take ownership.

Sadly, after a while, the uproar will go away, and people will forget there was a poster in the first place. That's the cycle of media coverage and life.

But with its decision, the board has taught its students that fear trumps a

iMessage

1:26-cv-00351 PL0894

A flawed line of re

But the board, str                          ,
used a flawed line of reasoning to
skate a controversial issue. It's easy
to place blame on a law instead of
taking ownership. Boards have great
latitude in deciding what it allows in
classrooms, and if it finds the poster
offensive, it should say to get rid of
it.  But there's fear there, too,
because some in the community
don't like the board's action.

It's easier to hide behind a law than
to take ownership.

Sadly, after a while, the uproar will go
away, and people will forget there
was a poster in the first place. That's
the cycle of media coverage and life.

But with its decision, the board has
taught its students that fear trumps a
backbone. Maybe they can add that
to their instructional materials.

Ray Marcano, a longtime journalist, is
the former national president of the
Society of Professional Journalists, a
two-time Pulitzer juror, and a
Fulbright fellow.

^This is really good

It was really good, thank you for
sending

1:26-cv-00351 PL0895

1:29 🔕       SOS 📶 83

< 9  n Shearho
Instagram: "Seem
regular math class
instagram.com



Wed, Feb 25 at 10:26 AM

Is the board meeting tonight? Are you going?

Wed, Feb 25 at 5:50 PM



Sorry I haven't responded. It is tonight and I'm not going. I've said everything I need to in email already. I'm expecting them to vote 3-2 that I have to take it down

Wed, Feb 25 at 7:28 PM

Any update?

Nope, and I'm not watching. I asked Wade Brown to text me so I know before I walk in tomorrow

I'm going to watch

It sounds like it may be a lively one. Do you know what time they start?

6

I kinda wish I was in the parent's groups on Facebook, but I also know that's a bad idea

 +    iMessage    worst possible moments 🎤

1:29  SOS 83

< 9

I kinda [the parent's groups on Facebook, but I also know that's a bad idea

Crystal's work travel always falls at the worst possible moments

It was voted to be removed 4-1

Wayne texted me. Fucking Horvath

Dave Wallace is nasty. People from the crowd were yelling and the police had to escort them out

Seriously? Over what???

Saying the board is on the wrong side of history

Multiple people got kicked out. A few women and a man

You can watch on YouTube

Over the flag?? Or was something else going on?

Yep over the flag

lol, oh shit. Wayne didn't tell me that

Then the one guy it wasn't Seebert

+ [al iMessage The other guy was quoting scripture and talking about all this Bible stuff

1:26-cv-00351 PL0897

You 1:29 Watch on YouTube · SOS 🛜 83

< 9 ·  · 🎥

Yep over the flag

lol, oh shit. Wayne didn't tell me that

Then the one guy it wasn't Seebert or Wallace. It was. The other guy was quoting scripture and talking about all this Bible stuff

That's not appropriate for a school board meeting. Those are your personal beliefs

They are pushing their agenda on LM

Dan Smith quoted the bible???

Yep

Talked about we don't need that sign cause Jesus said we should love everyone



lol – oh! So he's grounded in reality

He must be a MAGA Christian not a Jesus loves you Christian

+ iMessage · 🎙

Christian. Not republican maga Christianity

1:26-cv-00351 PL0898

cause Jesus said we should love
everyone

**1:30** 🔕                                           SOS 📶 83

< 9                                                           📹

> lol – oh! So he's grounded in reality

He must be a MAGA Christian not a
Jesus loves you Christian

I'm in the Jesus loves everyone
Christian. Not republican maga
Christianity

> I think that's the same group Jesus
> would be in. MAGA would deport him

Exactly

I'm sorry.

I'm glad I'm not at lm especially with
this circus

Dave Wallace will get his karma

> It's alright. I just struggle with how
> much of the community supports
> this. I don't know if I stay and fight or
> leave and let them have a teacher
> that is more representative of the
> community's values

> I don't know how far out of the Little
> Miami mainstream I am, and if I am

+    iMessage                                         🎤

Since Dave is big on his Bible. He

1:26-cv-00351 PL0899

1:30 🔕    SOS 📶 83

< 9          📹



‼️

I don't know how far out of the Little Miami mainstream I am, and if I am even wanted there

Since Dave is big on his Bible. He knows that when you die you stand before God to be judged on what you did and did not do on earth. He better worry about his judgement.

‼️

I don't think they're actually believe any of that. If they truly believed it, deep down, I don't think they'd be acting the way they do

LM is very conservative.

I would hope not but here we are....

💗

I understand that. But this isn't conservatism.

The Bible talks about worrying about yourself and not your neighbors sin. Jesus had 2 main principles: love God and love your neighbor as yourself

Neighbor: black, white, brown, gay, trans, Jew, Muslim, etc

+    iMessage          🎤

Honestly this makes me sick. My dad is a pastor. I've been in church my



LM is very conservative.

**1:30** 🔕      SOS 📶 83

I would hope not but here we are....

< 9      📹

at. But this isn't

The Bible talks about worrying about yourself and not your neighbors sin. Jesus had 2 main principles: love God and love your neighbor as yourself

Neighbor: black, white, brown, gay, trans, Jew, Muslim, etc

Honestly this makes me sick. My dad is a pastor. I've been in church my entire life. This isn't Christian love

I just don't know what to do. I don't want to be antagonistic. I don't care to stand up to Wallace and the board. But if this is what the parents and community want, then I think I should leave.

I don't know how many were in the audience. It didn't really show. It's so hard to tell how our community feels

Did any of the parents speak in favor of the flag being removed?

Yes

That's on YouTube also

Sorry, I'll quit asking questions, lol. I

 iMessage 🎤

1:26-cv-00351 PL0901



Yes

That's on YouTube also

Sorry, I'll quit asking questions, lol. I know I won't be able to bring myself to watch it

You're fine!

Ask wade if he heard the parents and community speak

I will. Just curious if they were Wallace plants or parents with genuine concerns about me

I only listened to a few. Both supported keeping the flag

One lady congratulated Regina Morgan on the lawsuit from Dave Wallace being dismissed

That queen

I laughed when she said it

lol, that is good

Thu, Feb 26 at 8:29 PM



1:26-cv-00351 PL0902

1:31

SOS 82

< 9   :d when she

lol, that is good

Thu, Feb 26 at 8:29 PM



**What do you think? Little Miami board voted ...**
**- FOX19**
facebook.com

Comments were a fun read!

People suck

Some were supportive.

They were. And Facebook is a cesspool

Yep 100%

Did you take it down today



Thank you, by the way

I have mine up in springboro

+  va  iMessage

1:26-cv-00351 PL0903



Thank you, by the way

I have mine up in springboro

I'm waiting to see if anyone says anything

I did not. My replacement came today and I'm at central office all day tomorrow for Whole Child. Told Kevin I could make the change Monday and he said that was fine

It's bullshit

Did I show you the replacement?

I don't understand how people can't see it's just offering students a space to fill safe

And not judged

No what's the replacement



1:26-cv-00351 PL0904

I don't understand how people can't see it's just offering students a space to fill safe

1:32

SOS 82

< 9 t judged

No what's the repl



I'm really glad that they emphasized, repeatedly, that the words were not the issue

🤫 I want it to be a surprise

I like that one

Kevin knows. We talked Tuesday afternoon and I ordered it that evening. He was VERY supportive

+ iMessage

1:26-cv-00351 PL0905

1:32

SOS 82

< 9



...ered it that ...ERY supportive

Regina tried to defend you as best she could

I know. She has also been supportive throughout

I thought about writing her an email

She would appreciate that

And I'm impressed she stays professional with Dave Wallace lol

Better than I could do

Fri, Feb 27 at 5:31 AM

As a graduate of little Miami who also loved being in this teachers class– there is a reason I loved it. This teacher addressed the fact that they support you as a person and as a student no matter who you were, the way you grow up, or the way you feel/ identify. This teacher created a safe environment in a very harsh, mainly conservative high school. This is not a matter of politics. This is a matter of creating a safe space for students who don't have one/ anyone who just needs another one

iMessage

are just little kids, and yes they are.
But also, they are on their way to

1:32

SOS  82

< 9

As a graduate of little Miami who also loved being in this teachers class- there is a reason I loved it. This teacher addressed the fact that they support you as a person and as a student no matter who you were, the way you grow up, or the way you feel/ identify. This teacher created a safe environment in a very harsh, mainly conservative high school. This is not a matter of politics. This is a matter of creating a safe space for students who don't have one/ anyone who just needs another one (because who doesn't?) A lot of people still think that high schoolers are just little kids, and yes they are. But also, they are on their way to adulthood. They are figuring things out and a LOT of people struggle with that. This piece of paper is just showing the students who struggle with something that not everyone accepts them for, that they have someone in their corner. "Hate has no home here" how dare we promote such a harsh message.... Oh wait...

That was a comment from one of your students about the sign.

Thank you for sending that. That is what I care about most, above all the

+ iMessage



**1:32**

< 9      📹

That was a comme _____
your students abo



Thank you for sending that. That is what I care about most, above all the other nonsense and noise. That's what matters to me

now ❤️ that's why I sent it. idents feel safe in your room and u're a loving safe person

And you honestly don't need that sign to prove it. Fuck LM board lol

And when you have board members who talk about Jesus in front of an audience at a board meeting, you're in fact, saying everyone is not welcome here

Unless you believe what they believe

Then you're welcome

So here's my question if a teacher has the 10 Commandments up or on the wall are they gonna make them take it down?

1 Reply

Channel 9's FB page had a story

\+    it    iMessage      🎤

1:34

< 9

SOS 82



😂 idk if I see som know!

💗

Ok, cool. I think the board is going to vote on my flag at the regular board meeting this month. I'm not feeling overly optimistic right now. I will say that Regina and Kevin have both been great, and are very supportive

I love Kevin and Regina

This is a fucking witch hunt

It is, but I'm small potatoes. From my understanding, this group's playbook is to make the superintendent and treasurer's lives hell. If I have to take down my flag, I'll just move ok after this hear. Regina and Gonda are probably going to have to put up with a lot more shit from these whack jobs

For me, it's not personal. They just don't like that I am pushing for lgbtq representation. If i took down the flag, I'm confident I'd fall off their radar

Wed, Feb 11 at 3:34 PM



+ iMessage

1:26-cv-00351 PL0909

1:34 🔕         SOS 🛜 82

< 9                             📹



**'WOKE IDEOLOGY'**
Ohio Republicans introduce legislation that would overturn conversion therapy bans, limit LGBTQ+ support in schools

Ohio Republicans have introduced legislatio...
– WCPO 9
facebook.com

Fucking hell. Not allowing people to harass and intimidate gay/trans kids is NOT the same as forcing ideology on them. I can't tell you who you have to like or support, nobody can or should. But, schools and governments ABSOLUTELY should stop somebody from harming an individual just bc they don't agree with them. That's my hot take that will probably land be unemployed

Exactly. I agree

I think my flag is on the next agenda. If they vote to make me take it down,

\+     iMessage                           🎤

Even if I have to leave education,

1:26-cv-00351 PL0910



1:35

on them. I can't tell you who you have to like or support, rSOS 82 or should. But, schools and gove ██████ TELY shoul stop ██████ arming an indiv ██████ don't agree with ██████ ot take that will p ██████ nemployed

Exactly. I agree

I think my flag is on the next agenda. If they vote to make me take it down, I don't see a scenario where I stay

Even if I have to leave education, which I do not want to do

I wouldn't either. I think this is forcing a lot of teachers to leave.

Teachers who are LGBTQ+ probably don't feel welcome either

How could they? And I'm sure they exist in the district. Just statistically speaking, it's an almost certainty. And I can't imagine they feel safe or protected right now

I don't think our students who are feel protected and safe either

I just don't see how having a sign that says everyone is welcome here with all different flags and different colors of people is indoctrinating anyone. It's just welcoming everyone in your class. Just showing some representation.

 iMessage

Thu, Feb 12 at 6:03 AM

1:26-cv-00351 PL0911

1:35 

< 9



SOS 82

Exactly. I agree

I think my flag is on the next agenda. If they vote to make me take it down, I don't see a scenario where I stay

Even if I have to leave education, which I do not want to do

I wouldn't either. I think this is forcing a lot of teachers to leave.

Teachers who are LGBTQ+ probably don't feel welcome either

How could they? And I'm sure they exist in the district. Just statistically speaking, it's an almost certainty. And I can't imagine they feel safe or protected right now

I don't think our students who are feel protected and safe either

I just don't see how having a sign that says everyone is welcome here with all different flags and different colors of people is indoctrinating anyone. It's just welcoming everyone in your class. Just showing some representation.

1 Reply

+     iMessage

1:26-cv-00351 PL0912

1:36

SOS 82

< 9

I'm so fucking tired. I've spent the last week defending my "Hate Has No Home Here" flag. Not sure where it's going to go, but I'm fighting. The LM school board is a fucking disaster

Did they finally vote?

I'm sorry this is happening. I'm glad I'm not at LM anymore

Haven't voted on the display ban the were considering last year, and it sounds like they've tabled it, but Wallace wants my flag down. So, that's what I'm currently dealing with. I will say I'm getting a ton of support from everybody – admin and teachers

Wallace can eat a dick

Tue, Feb 10 at 8:07 AM

😂



The people who need their own halftime show are the same people who needed their own water fountain.

iMessage

1:26-cv-00351 PL0913

1:46 🔕 SOS 📶 80

< 8



Kevin ⟩

Mon, Feb 2 at 8:27 AM



I have the draft email and attachments prepped. Before I hit send, I wanted you to read my concluding paragraph. Let me know if you want me to make any changes before pressing send

I think that is perfect.

Cool – just sent it. Let me know if you need anything else from me

That is perfect. I will let you know next steps.

+ iMessage 🎤

1:26-cv-00351 PL0914

I think that is perfect.

**1:46** 🔕 SOS 📶 80

< 8  📹

**KH**

**Kevin** ⟩

That is perfect. I will call now next steps.

Sounds good. And thank you for your support. I can't tell you how much I appreciate it

You bet. I am filling in Regina right now.

Thu, Feb 5 at 3:08 PM

Wrapping up mock trial now. I can run down if you're still here and available

👍

I will be available in 10 minutes

Mon, Feb 9 at 7:39 AM

Just sent my response to you Regina, and Wayne. Let me know if you'd like to discuss

I will read it when I get back to my office.

Wed, Feb 11 at 10:51 AM

Anything noteworthy from the meeting last night? Tried to catch you on my plan but didn't see you in your office and figure you're busy

Nothing about your stuff at all. It was all about transportation

+ iMessage 🎤

Cool, appreciate it

1:26-cv-00351 PL0915

1:47

SOS 80

< 8  good. I hope **KH** l better

**Kevin** anks, I appreciate it

Thu, Feb 26 at 5:26 PM


**VoiceMessage.m4a**
Audio Recording · 180 KB

Yeah, that sounds about right lol

I called the guy and had a great conversation

Is he just a guy upset by the news article? Just got home, but Marty called bc he saw the story popping up on media sites. Apparently it's already made it to Reddit. Reporters must be acting fast if they just met with you

Yes. He wanted to move his kids to LM but not now.

It is all out there with more to come. Run to the grocery and get some popcorn.

lol. Just read, and watched, the report from the Fox affiliate. Texted it to my family now

Where did you find it?

Google. I'll send it to you

+ iMessage

HATE HAS NO

1:26-cv-00351 PL0916

LM but not now.

**1:47** 🔕      **SOS** 📶 **80**

It is all out there with more to come.
the grocery an... some
n.

< 8    **KH**    📹

**Kevin ⟩**

lol. Just ... watched, the report from the Fox affiliate. Texted it to my family now

Where did you find it?

Google. I'll send it to you



Little Miami board votes to remove poster with rainbow, transgender flag from classroom

fox19.com

Enquirer was more detailed

Although I did like the anchor's tone when he started introducing the story, lol

Thu, Feb 26 at 8:45 PM



+   Hi   iMessage    🎤

1:26-cv-00351 PL0917

1:47

SOS

80

< 8

KH

Kevin ›

8:44
Messages

GISELLE
Upcoming Ballet

Top Stories

MORROW

**Little Miami school board votes to remove 'Hate Has No Home Here' poster from classroom**

HATE HAS NO
HOME HERE

CLOSE

wcpo.com

Pictures of your family are included in this post that the board shared.....not appropriate

Fuck, that's partially on me. That is the photo I attached to show perspective. I didn't think they'd make it public, but I guess I have that stuff on display anyhow

You sent it, but it was to Regina and the board only. Someone could records request it, but I don't like the fact that it is online with your family.

Are people picking up on it on social

iMessage

they have her name, it won't be
difficult to find her LinkedIn page

1:26-cv-00351 PL0918



1:47

SOS 80

< 8

**KH**

Kevin ›

wcpo.com

Pictures of your family are included in this post that the board shared.....not appropriate

Fuck, that's partially on me. That is the photo I attached to show perspective. I didn't think they'd make it public, but I guess I have that stuff on display anyhow

You sent it, but it was to Regina and the board only. Someone could records request it, but I don't like the fact that it is online with your family.

Are people picking up on it on social media? ▉▉▉▉ is removing our last name from her Facebook profile. If they have her name, it won't be difficult to find her LinkedIn page, and I don't really want this to be a nuisance for her at work

Tue, Mar 3 at 6:21 AM

Reversed the direction of the American flag on the wall, in case anybody asks



+    iMessage

You have a minute for a quick call?

1:26-cv-00351 PL0919

1:44 🔕                                        SOS 📶 80

< 9                                                    📹



iMessage
🔒 Encrypted

Tue, Mar 10 at 4:17 PM

Hello George!
My name is Lynn Ratliff and Vanessa
passed me your name.

Our attorney, Josh Engel, would like
to talk to you about pursuing an
ACLU/censorship type of lawsuit. He
has won before against Dave Wallace
(numerous times) and would like to
sure him again. Since it appears
Dave cannot learn his lesson.

Are you willing to set up a meeting
(even phone) to speak with Josh so
he can determine if there is a case
and how he would proceed?

Tue, Mar 10 at 7:46 PM

Hi Lynn, thank you for reaching out. I
would absolutely be willing to meet
with Josh to discuss legal options

That is great! What is a good email
address for you? I'll connect you to
via email and then you guys can go
from there.

We are waiting on the public records
request, but it is my understanding
that Dave Wallace was the parent
th⸱t co⸱⸱⸱⸱⸱⸱⸱⸱⸱ ⸱⸱⸱⸱⸱⸱⸱⸱⸱ ⸱⸱⸱⸱⸱⸱ ⸱⸱

+ a  iMessage                          🎤

Because ne cannot be the parent
complaining, and the board member

1:26-cv-00351 PL0920

(even phone) to speak with Josh so
he  termine if there is a case
and how he would proceed?

SOS

< 9

Hi Lyn                    or reaching out. I
would                        willing to meet
with Josh to discuss legal options

That is great! What is a good email
address for you? I'll connect you to
via email and then you guys can go
from there.

We are waiting on the public records
request, but it is my understanding
that Dave Wallace was the parent
that complained about your poster. Is
that a correct understanding?
Because he cannot be the parent
complaining, and the board member
voting. If he was the parent, he's
crossed into an ethics violation also.

Best email for me is

My understanding is that it was
Wallace, as a board member,
complaining.

A parent complaint has to start with
Harleman, but this request came to
him through Morgan. When she
presented it to Harleman, he asked
her to go back and clarify if Wallace
was requesting it be taken down as a
parent or as a board member,
reminding him that parent
complaints have to start with
Harleman, not Morgan. Wallace
confirmed he was making the

 iMessage

explained to me




**1:44**



SOS 📶 80

< 9

for me is
1005@gmail.com

My understanding is that it was Wallace, as a board member, complaining.

A parent complaint has to start with Harleman, but this request came to him through Morgan. When she presented it to Harleman, he asked her to go back and clarify if Wallace was requesting it be taken down as a parent or as a board member, reminding him that parent complaints have to start with Harleman, not Morgan. Wallace confirmed he was making the request as a board member. At least, that's my understanding as it's been explained to me

Like I said, we have the records request in process. So we'll be able to see the information that was flying back-and-forth. My guess is it was somebody said something to him, and he decided to use his power as a board member to make you take it down. Which again then gets into the board affecting day-to-day administration. Which should not happen

Or his daughter said some thing if she's in your class.

It's hard to tell, but will be curious to see what the records show



iMessage

**Delivered**



1:44

< 9

SOS 80

A parent complaint has to start with Harleman, but this request came to him through Morgan. When she presented it to Harleman, he asked her to go back and clarify if Wallace was requesting it be taken down as a parent or as a board member, reminding him that parent complaints have to start with Harleman, not Morgan. Wallace confirmed he was making the request as a board member. At least, that's my understanding as it's been explained to me

Like I said, we have the records request in process. So we'll be able to see the information that was flying back-and-forth. My guess is it was somebody said something to him, and he decided to use his power as a board member to make you take it down. Which again then gets into the board affecting day-to-day administration. Which should not happen

Or his daughter said some thing if she's in your class.

It's hard to tell, but will be curious to see what the records show

Delivered

 iMessage

1:26-cv-00351 PL0923



3:58 🔕

reat catching

up! **Sun, Feb 1** 9:09 AM ☑

Mon, Feb 2

Had an interesting conversation with Kevin this morning and today was the day I've been waiting for – Wallace has officially asked that I be made to take down my "Hate Has No Home Here" flag (I told Kevin I would not be doing that, which he's cool with and has my back). That was part of what Regina was dealing with Friday. I'm probably going to be heading home around 4:00 or so. If you think you'd be able to talk, would love to call you on my drive home to fill you in and get your thoughts. 11:40 AM ☑

God George I'm so sorry. When you told me about Regina on Friday, I had a feeling

Yes, I'll call you between 3:30-3:45 1:32 PM

May not be in service area by then. Need to return district credit card and my lunch receipt from Friday to CO before 4:00. I can text or call you once I'm done there. I'm actually ok, all things considered. 1:36 PM ☑



- 6.4 (Social Effects of Industrialization)
- 6.7 (Ideologies of Change & Reform Movements)
- 6.9 (Institutional Responses & Reform)
- 7.2 (Nationalism)
- 7.3 (National Unification & Diplomatic Tensions)
- 7.4 (Darwinism & Social Darwinism)
- 7.7 (Imperialism's Global Effects)
- 8.6 (Fascism & Totalitarianism)
- 8.9 (The Holocaust)
- 9.5 (Post War Nationalism, Ethnic Conflict, & Atrocities)
- 9.8 (20th Century Feminism)
- 9.9 (Decolonization)
- 9.11 (Migration & Immigration)

**What AP Stands For**

+ Message 🏷 📷 🎤

is a reminder that they must treat their classmates with mutual respect, regardless of personal opinions or beliefs. I am still at a loss as to what the issue with the flag is. Is the school board able to explain which of the represented groups I should allow to be hated within my classroom or the school? My understanding was that Little Miami opposed bullying of all kinds. If I am mistaken on Little Miami's policies in this regard, please let me know

1:26-cv-00351 PL0924



3:59

Mon, Feb 2

about Regina on Friday, I had a feeling

Yes, I'll call you between 3:30–3:45    1:32 PM

May not be in service area by then. Need to return district credit card and my lunch receipt from Friday to CO before 4:00. I can text or call you once I'm done there. I'm actually ok, all things considered.    1:36 PM

- 6.4 (Social Effects of Industrialization)
- 6.7 (Ideologies of Change & Reform Movements)
- 6.9 (Institutional Responses & Reform)
- 7.2 (Nationalism)
- 7.3 (National Unification & Diplomatic Tensions)
- 7.4 (Darwinism & Social Darwinism)
- 7.7 (Imperialism's Global Effects)
- 8.6 (Fascism & Totalitarianism)
- 8.9 (The Holocaust)
- 9.5 (Post War Nationalism, Ethnic Conflict, & Atrocities)
- 9.8 (20th Century Feminism)
- 9.9 (Decolonization)
- 9.11 (Migration & Immigration)

**What AP Stands For**
I believe points #3 and #6 are particularly applicable in this scenario.

As you and I have discussed, I do not ultimately care what students personally believe and I do not share my personal beliefs with my students. However, whatever they believe or however they feel, I do expect my students to engage with the material we have to cover in a respectful and intellectual manner grounded in facts. The flag is a reminder that they must treat their classmates with mutual respect, regardless of personal opinions or beliefs. I am still at a loss as to what the issue with the flag is. Is the school board able to explain which of the represented groups I should allow to be hated within my classroom or the school? My understanding was that Little Miami opposed bullying of all kinds. If I am mistaken on Little Miami's policies in this regard, please let me know

Select an item to read          Anti-Hate Flag & ...    X

This is the end of an email I sent to Kevin (at his request) with the standard for American History and AP Euro attached, as well as which standards I think the flag is relevant. Had Kevin approve before sending over school email – he said it was perfect    1:42 PM

+    Message

return district credit card and my lunch receip...

Ok. Just text me when it's convenient

1:26-cv-00351 PL0925



3:59 🔕   ...ll 🛜 71

Ok. Will do in about 5-10   **Mon, Feb 2**   3:39 PM



This is what he's so pissed off about. And I took one for scale bc I'm sure he's making it seem like this is a gigantic flag taking up an entire wall   4:21 PM ⓥ



He's ridiculous. And it's glaringly obvious that Wayne probably sympathizes with Wallace on this point   4:22 PM

100%. I do not trust Wayne. I do think he'll begrudgingly defend me, but more for his own preservation and to save face than anything else   4:23 PM ⓥ

Could be a lot of teachers I've known over the years
https://www.facebook.com/share/v/1PmdBt4BGB/?mibextid=wwXlfr   9:14 PM

I'll bet. Could have been a few within my dept   9:21 PM ⓥ

+  Message

channel. I'm losing it

1:26-cv-00351 PL0926

3:59

Was very grateful for snow day today.

Tue, Feb 3                                    4:51 PM

I bet. Any word from LM about Wallace?

4:52 PM

Nope. I'm hoping I can touch base with Kevin tomorrow

4:52 PM

Wed, Feb 4



Can get this made into a flag for less than $10. Wonder if this would be more acceptable to the board. Same sentiment

6:47 AM

😂

Regina and Kevin both reached out to me this am to update me. They have both made it clear, in writing (in Regina's case, an email to our new attorney) that upon review of Little Miami's policy and state law, the flag not inappropriate. According to Kevin, the

Message

aside, I chose that carefully and intentionally after spending way too much time looking at

1:26-cv-00351 PL0927

4:00

Wed, Feb 4



**DOUCHE CANOE**

Can get this made into a flag for less than $10. Wonder if this would be more acceptable to the board. Same sentiment

6:47 AM

😂

Regina and Kevin both reached out to me this am to update me. They have both made it clear, in writing (in Regina's case, an email to our new attorney) that upon review of Little Miami's policy and state law, the flag is not inappropriate. According to Kevin, the new attorney is encouraging Wallace to back off given the content of the flag. And as an aside, I chose that carefully and intentionally after spending way too much time looking at different options to make sure I had one that seemed to be logically defensible

Wayne then sent an email to the building reps essentially saying that the board can do anything they like and we have no power. I was irked, but ███████ called me and apparently he called ████████████ when he saw it and they are both pissed as well. Also, ███████ has taken down his offending poster. That flag is literally the only one in the entire district that he has a problem with

11:49 AM

Message

https://www.reddit.com/r/clevercomebacks/s/yVFDeAaOq6

2:53 PM

1:26-cv-00351 PL0928



4:00 🔕   .ıl 🛜 70

**Wed, Feb 4**

**You**
Regina and Kevin both reached out to me this am to update me. They have both made it cle...

How pathetic that your fucking UNION rep has a softer stance on this than your MAGA superintendent?

https://www.reddit.com/r/TheLib/s/x7rqSv8MN8          3:55 PM



https://www.facebook.com/share/r/1At7SJwngV/?mibextid=wwXlfr   4:50 PM



e
https://www.reddit.com/r/TheLib/s/x7rqSv8MN8

This is what I was saying Saturday! I don't know what is supposed to be distracting from what anymore. It's all terrible

https://www.facebook.com/share/r/1At7SJwngV/?mibextid=wwXlfr

It's funny bc it's true. Which also makes it sad          5:34 PM ✅

Met with Kevin and Regina again this afternoon. She forwarded me another em~~a~~ chain that I can't pull up, but apparently th~~e~~ attorney agrees that the flag is no problem ~~under current board policy. So they of~~

 + | Message

it to me, but I need to read and digest it, which I told both of them. My impression

1:26-cv-00351 PL0929



**4:00** 🔕        .ıll 🤶 70

sad                5:34 PM

**Wed, Feb 4**

Met with Kevin and Regina again this afternoon. She forwarded me another email chain that I can't pull up, but apparently the attorney agrees that the flag is no problem under current board policy. So, they of course want to CHANGE the policy. She read it to me, but I need to read and digest it, which I told both of them. My impression from what she was quickly reading is that they are ok with the overall message, but want a more "neutral" image (ie one that does not recognize the lgbtq community).

5:55 PM

Regina was falling over herself to say that I was valued and she didn't want me to feel I'm being run out, which I don't. And I get the easier thing to do would be to take it down like ▮▮▮▮ didn't. And I don't judge him for that, I just don't think I can live with myself if I do that. I didn't share that with them yet, but that's where I'm at. I didn't share point out that I think me taking it down mid year will be noticed and send a BIG message to students that I'm not comfortable with, which they understood. Regina leapt at that to say if I agreed to take it down, she would push for it to be at the end of the year. I didn't shit on it immediately, but I'm not cool with that either. I think ultimately, I need to leave. No matter how much I like working for Kevin or

Message               🗒 📷 🎤

mental health and I don't know how'd I'd reconcile or justify that to myself. I like the

1:26-cv-00351 PL0930



4:01

does not recognize the lgbtq community).

Wed, Feb 4                                    5:55 PM

Regina was falling over herself to say that I was valued and she didn't want me to feel I'm being run out, which I don't. And I get the easier thing to do would be to take it down like [redacted] didn't. And I don't judge him for that, I just don't think I can live with myself if I do that. I didn't share that with them yet, but that's where I'm at. I didn't share point out that I think me taking it down mid year will be noticed and send a BIG message to students that I'm not comfortable with, which they understood. Regina leapt at that to say if I agreed to take it down, she would push for it to be at the end of the year. I didn't shit on it immediately, but I'm not cool with that either. I think ultimately, I need to leave. No matter how much I like working for Kevin or how comfortable I am, it's not in my long term interests to stay. I think it'll wreck my mental health and I don't know how'd I'd reconcile or justify that to myself. I like the idea of fighting it, and I am, I just don't think I can win. And I don't think I can stay. Even if I have to sub for a year or go somewhere else outside of education

I did tell Regina that this was more than a simple decoration to me, and it's something I feel strongly about. I also told her as the parent of a Black queer student at LM, I don't feel at all comfortable with the

Message

not sure it's a good fit for my own child. She said that was both a sad statement and one

1:26-cv-00351 PL0931



4:02 🔕 📶 📶 🗖 70

I have to sub for a year or go somewhere else outside o **Wed, Feb 4**

I did tell Regina that this was more than a simple decoration to me, and it's something I feel strongly about. I also told her as the parent of a Black queer student at LM, I don't feel at all comfortable with the direction we're moving as a district and am not sure it's a good fit for my own child. She said that was both a sad statement and one that is completely reasonable.

Edited 6:02 PM

❤️

Thu, Feb 5

**You**
Met with Kevin and Regina again this afternoon. She forwarded me another email chain that I c...

I threatened full malicious compliance with her when she pulled that shit. What the fuck is "neutral?" If it's about the colors ("rainbow") ask her exactly what colors are permitted, what order they are allowed to be in, and what shape the designs are allowed to be in. In short, make her define a "rainbow."

**You**
Regina was falling over herself to say that I was valued and she didn't want me to feel I'm bein...

I never took my shit down. Custodians did.
▇▇▇▇ only has a couple years and will ride ▃▃ ou▃

╲

＋ Message 🗔 📷 🎤

You
Regina was falling over herself to say that I was



4:02

Thu, Feb 5

I threatened full mal' pliance with her when she pulled that shit. What the fuck is "neutral?" If it's about the colors ("rainbow") ask her exactly what colors are permitted, what order they are allowed to be in, and what shape the designs are allowed to be in. In short, make her define a "rainbow."

**You**
Regina was falling over herself to say that I was valued and she didn't want me to feel I'm bein...

I never took my shit down. Custodians did. █████ only has a couple years and will ride this out

**You**
Regina was falling over herself to say that I was valued and she didn't want me to feel I'm bein...

I can remember a meeting with her, me, and Kevin

I told her to her face that there was no way in a million years that I would send me kids to Little Miami.

I asked Kevin—right in front of her—if he would want his Black grandson to attend LM. He said "no."

It was so telling. She clutched her pearls (of course she did)　　　11:03 AM



+　Message

when she pulled that shit. What the fuck is "n...

1:26-cv-00351 PL0933



4:02 🔕

course she did)                                          11:03 AM

Thu, Feb 5

I threatened full malicious compliance with her when she pulled that shit. What the fuck is "n...

Regina is backing me. It's very odd. I think she may have finally realized that appeasement will not work. She is keeping Wayne in the loop and they are both signaling to him that they want the union to support me on this (odd conversation with Wayne this morning and he has way changed his tune). Not sure if she or Wayne have the mettle to actually fight this, but at least for now they are on board. Kids walking in now, but I'll update with more later

11:07 AM



Update Contact

I had the same fucking thought as you when she said "neutral". I talked to Kevin today after school and told him I would be pointing out that, to me, it sounds like "neutral" is code for the erasure of lgbqt representation, which he smiled and seemed to like. After talking and comparing notes, we both think this chode of an attorney is full of shit and may be misrepresenting both state law and board policy, expecting no pushback.

Message

statute and I'm going over board...

Read More                                                6:34 PM

1:26-cv-00351 PL0934



4:02

Update Contact

I had the same fucking thought as you when she said "neutral". I talked to Kevin today after school and told him I would be pointing out that, to me, it sounds like "neutral" is code for the erasure of lgbqt representation, which he smiled and seemed to like. After talking and comparing notes, we both think this chode of an attorney is full of shit and may be misrepresenting both state law and board policy, expecting no pushback. Kevin's looking at the parents bill of rights statute and I'm going over board policy and we're going to touch base tomorrow.

I'm not entirely sure, but I think ███ may have been working behind the scenes to raise holy hell with the building reps. Yesterday morning, ███ sent a long ass email to the building reps basically saying in this particular situation, there was nothing that could be done. ███ who had no idea this was going on with me, was (1) pissed off at the tone and (2) very confused as to what triggered it, and my flag was his first guess. Once I confirmed and filled him in, I know he talked to ███ and was raising hell on his end of the hallway. In any case, Wayne called me this morning to let me know I ha his full support in keeping it up and then

Message

also believes our attorney is full of shit and/ or an idiot, and is standing by ready to go.

1:26-cv-00351 PL0935



4:03

we're going to touch base tomorrow.

Thu, Feb 5

I'm not entirely sure, but I think Wade may have been working behind the scenes to raise holy hell with the building reps. Yesterday morning, ███████ sent a long ass email to the building reps basically saying in this particular situation, there was nothing that could be done. ███████ who had no idea this was going on with me, was (1) pissed off at the tone and (2) very confused as to what triggered it, and my flag was his first guess. Once I confirmed and filled him in, I know he talked to ███████ and was raising hell on his end of the hallway. In any case, ███████ called me this morning to let me know I have his full support in keeping it up and then again this afternoon to let me know who touched base with the union attorney who also believes our attorney is full of shit and/ or an idiot, and is standing by ready to go.

Don't know what the result will be, but I told Kevin that I talked to ███████ and ███ ███████ and both agree that if I take down and stay, I will beat myself up and have real trouble reconciling this with my principles and beliefs. I think I'd be a worse and less effective teacher, I'd be a bear to live with, and overall it would just be bad. I made clear that I wasn't making threats but just wanted to be upfront with where my head is and how much this particular flag means to m⌄

I did not realize how well connected Kevin

Message

that the people that endorsed Wallace's new lackeys are already distancing themselves.

4:03 🔕  70

again this afternoon to let me know who touched base with the union attorney who also believes our attorney is full of shit and/ or an idiot, and is standing by ready to go.

Thu, Feb 5

Don't know what the result will be, but I told Kevin that I talked to ▉▉▉ and ▉▉ ▉▉▉ and both agree that if I take down and stay, I will beat myself up and have real trouble reconciling this with my principles and beliefs. I think I'd be a worse and less effective teacher, I'd be a bear to live with, and overall it would just be bad. I made clear that I wasn't making threats but just wanted to be upfront with where my head is and how much this particular flag means to me

I did not realize how well connected Kevin was with the Warren Co GOP, but he said that the people that endorsed Wallace's new lackeys are already distancing themselves. And the irony is not lost on ANYBODY that the fiscally responsible candidates seem to be trying to cost the district an obscene amount of money.

6:34 PM ✅



Sorry for the novel, just wanted to fill you in. I'm tired and annoyed at how much time this is taking away from me actually doing my job. I'm so fucking backed up on grading

6:35 PM

"Sexuality content" means any oral or written instruction, presentation, image, or description of sexual concepts or gender ideology provided in a

\+ Message

1:26-cv-00351 PL0937



4:04

doing my
job. I'm so fuc[Thu, Feb 5]d up on grading

6:35 PM

"Sexuality content" means any oral or written instruction, presentation, image, or description of sexual concepts or gender ideology provided in a classroom setting. "Sexuality content" does not mean any of the following:

A. Instruction or presentations in sexually transmitted infection education, child sexual abuse prevention, and sexual violence prevention education provided under division (A)(5) of section 3313.60 or section 3314.0310 or 3326.091 of the Revised Code;

B. Instruction or presentations in sexually transmitted infection education emphasizing abstinence provided under section 3313.6011 of the Revised Code;

C. Incidental references to sexual concepts or gender ideology occurring outside of formal instruction or presentations on such topics, including references made during class participation and in schoolwork.

This is from the board adopted parents' bill of rights adopted in October that the new dipshit attorney referenced in his email to Regina (arguing it "may" fall be implicated depending on "interpretation"). My thought is my flag falls under exception C. Do you agree (no worries if you don't have time to respond tonight, just curious about your thoughts, whenever you might have time)

7:29 PM

Fri, Feb 6

I'm proud of the way you've handled everything.

Glad that ███ and ███ are pushing the envelope

You

Question is, is a flag "incidental?" It'll come down to CO/BOE/Attorney's interpretation of

Message

  

1:26-cv-00351 PL0938

4:04



Glad that ▇▇▇▇▇ and Casey are pushing the envelope

Fri, Feb 6

**You**

This is from the board adopted par...

Question is, is a flag "incidental?" It'll come down to CO/BOE/Attorney's interpretation of it. I know you know this already, but that provision shouldn't even exist and I hope you do what you can to protect yourself and try to get out

And sorry for the delay. I barely had time to breathe yesterday. A lot to catch you up on.

7:36 AM

Question is, is a flag "incidental?" It'll come down to CO/BOE/Attorney's interpretation of it...

I can articulate an argument that it is (I may quote the dictionary definition). I agree that this policy should not exist, and hope it will go away sooner than later – dare to dream, I know. I appreciate your concern, and trust me, I'm still stalking the job boards and readying my application materials. This is a very fluid, rapidly changing situation – I will not become comfortable while standing on quicksand

6:26 PM



And sorry for the delay. I barely had time to

Message

There is absolutely no need to apologize. I know you have many many obligations at

1:26-cv-00351 PL0939



4:04 🔕        ·ıl 🛜 70

6:26 PM

**Fri, Feb 6**

And sorry for the delay. I barely had time to breathe yesterday. A lot to catch you up on.

There is absolutely no need to apologize. I know you have many many obligations at home and work. I appreciate your time, and your friendship. I think I'm in for a rocky few months with where this is going and where I'm digging my heels in, and at this point I am just hoping to stay out of the news

6:29 PM

Newest development I was smacked with first thing this morning is that the board attorney douchebag requested a private meeting with me "to discuss" this matter. Regina, to her credit, called ███████ first before approaching me. ███████ said his gut was "hell no," but he double checked with the union attorney who reiterated it was a strong "hell no." The attorney also told ███████ and ███████ relayed to Regina, that this is getting VERY close to targeted harassment. Union attorney seems to be chomping at the bit t...

**Read More**         6:34 PM

Board meeting Tuesday and Kevin has to to executive committee and basically defend himself for not directing me to take down

Message

Officially being in insubordination territory. He's going to carry that brunt for as long as

1:26-cv-00351 PL0940



4:04 🔕     .ıll 🔌 70

chomping at the bit t...

**Read More**    Fri, Feb 6       6:34 PM ✓



Board meeting Tuesday and Kevin has to go to executive committee and basically defend himself for not directing me to take down the flag, which is what is keeping me from officially being in insubordination territory. He's going to carry that brunt for as long as he can, but it's entirely possible that they'll vote to order me to remove it Tuesday. When I don't, then that will be insubordination. Where I think I'm at is that, I am privileged. Things will be tighter if I lose my job, but it won't be catastro...

**Read More**          6:38 PM ✓

♥️

Not to sound like a martyr, but I do feel like I'm in a unique position most others in the district aren't. And, especially with Kevin willing to go to bat to the extent he is, I kind of want to see if I can get them to flinch. I don't want to just roll over. Wallace is on an absolute power trip and needs checked. It's just odd that I find myself in the position to be the one to check him. All I really want to do is teach my classes and be left alone

                             6:40 PM ✓

Getting Mexican. Will text soon   6:41 PM   

I have so much respect for you   8:08 PM

   Message               

I think you can win and make an ass of these people



4:05 🔕      ․ıl 🛜 70

Getting Mexican. Wi'  Fri, Feb 6   6:41 PM

I have so much respect for you   8:08 PM

❤️

I think you can win and make an ass of these people     8:08 PM

❤️

But also, I'm here for you   8:08 PM

❤️

**You**
Board meeting Tuesday and Kevin has to go to executive committee and basically defend him...

Tightening our belt has been much, much easier than i thought. I'm making 25K less. No Amazon. One streaming at a time. Cut back on dining out, etc     8:09 PM

I'm personally not worried about cutting back, but I we spent a bit the other night talking through what that looked like. At one point I really was asking myself if I was willing to divorce my wife over this flag, but luckily I don't think it'll come to that. I filled ███████ in when I got home and asked if she was sure she wanted to be married to Norma Rae, and she just laughed. I really am lucky that my wife is as supportive as she is. I think we both are     8:17 PM ⌄

❤️

 Message       

Vanessa. I'm not sure about timing. Part of

1:26-cv-00351 PL0942

4:05

I think we both are                                    8:17 PM

Fri, Feb 6

I have been giving it a lot of thought, and I think I want you to put me into contact with ████████ I'm not sure about timing. Part of my fear is not wanting to be too careless and overplay my hand, bc I do feel if we do this right we can back them into a corner. You've said she's smart and strategic, right?
8:21 PM

Incredibly. Very trustworthy

Trained journalist  9:05 PM

Awesome. I'm thinking she might be able to help with the textbook fight, which is the next battle brewing. Marla is again insisting that we have to choose a new textbook this year
9:35 PM

Sat, Feb 7

I'll put you in touch

At Liberty Junior High this morning!  9:53 AM

Hey, that's close to us! That place is a shit hole, and the principal is piss poor at her job (that is where ████████ went for junior high)

I'm at Honda getting my car serviced. Routine maintenance plus I had a recall.

Message

1:26-cv-00351 PL0943



caved

4:06 🔕



uck Gallup

11:40 AM

Wed, Feb 11

**Teacher at center of 'Everyone is Welcome' poster controversy s...**
The middle school teacher who resigned from the West Ada School District rather than remove an "Every...
www.idahopress.com

sent me an article on this story and I've been looking into it. My flag has been added to the agenda of the regular board meeting later this month, where the board will vote on whether I can keep my flag up or not. I'm not optimistic. I've found her attorneys and their contact info. Would I be crazy to reach out to them, briefly explain my situation, and see if they would pass my info on to her so I can try to figure out if I can do the same here. The biggest hurdle for me, and I imagine her, is paying for legal expenses. It doesn't look like the ACLU is involved in her case, so I'm curious how she's able to afford to sue them. Not sure if that is a sane, reasonable plan or if I'd come off as unhinged. I am also giving serious consideration to leaking this to the media (which I do know is how she started)

https://www.idahopress.com/boiseweekly/
news/teacher-at-center-of-everyone-is-
welcome-poster-controversy-sues-stat
west-ada-over-banned/
article_746cab17-970e-4cdf-

Message

I'm working on reading the relevant case law.

1:26-cv-00351 PL0944



4:06

I'm working on reading the relevant case law. I haven't read the actual opinion yet, but weirdly, the praying coach case from a few years ago may actually support me in this, depending on the Court's rationale in saying that was ok

12:15 PM

I can't stop watching clips of Bondi in front of Congress today. What a fucking train wreck.

5:26 PM

**You**
How many of our trusted institutions are going to fail us? They had better NEVER be able to c...

Pussies. They have the resources to fight but instead they comply in advance

**You**
sent me an article on this st...

I think this is creative, resourceful plan of action

🍎 **Teachers**

**'Not everyone agrees': School issued 'unconstitutional' ban on teacher's 'Everyone is Welcome Here' sign labeled as 'political resistance' to Trump, federal lawsuit alleges**

Message

is now proceeding to federal court. The complaint was filed a week ago.



4:07 🔕

action

Wed, Feb 11

🍎 Teachers

**'Not everyone agrees': School issued 'unconstitutional' ban on teacher's 'Everyone is Welcome Here' sign labeled as 'political resistance' to Trump, federal lawsuit alleges**

Since this was discussed ad nauseam a few months ago in this sub I figured I'd link an update that the case is now proceeding to federal court. The complaint was filed a week ago.

https://lawandcrime.com/lawsuit/not-everyone-agrees-school-issued-unconstitutional-ban-on-teachers-everyone-is-welcome-here-sign-labeled-as-political-

⬆ 705   💬 92

**From the Teachers community on Reddit: 'Not everyone agrees': School issued 'unc...**

Explore this post and more from the Teachers community

www.reddit.com

**https://www.reddit.com/r/Teachers/s/jcSaA4A5Ej**

6:42 PM

I had seen that early but overlooked that they attached the complaint, which I was going to try to pull anyway. While similar, the circumstances aren't identical. In her case the Idaho attorney general weighed in and found for her. She left the school district, went to one that was friendlier and won't make her take it down, but she still has standing to sue bc the state has taken a

➕   Message

1:26-cv-00351 PL0946



4:07 🔕        .ıl 📶 70

https
jcSaA4A5Ej      **Wed, Feb 11**      6:42 PM

> I had seen that early but overlooked that they attached the complaint, which I was going to try to pull anyway. While similar, the circumstances aren't identical. In her case the Idaho attorney general weighed in and found for her. She left the school district, went to one that was friendlier and won't make her take it down, but she still has standing to sue bc the state has taken a stand
>     6:53 PM ✅

👍

> Still think it's worth pursuing. Even if it's just leaking it to the media. But I also don't want to become a pariah and not be able to find another job
>     6:54 PM ✅

Me too   6:54 PM



         ⟩

**Send Message**

She said you could reach out   7:12 PM

> Thank you. I appreciate it. Can't wait for Friday
>     7:52 PM ⌄

You                                

+   s i   Message              🏷️ 📷 🎤

Vanessa wanted to know if she could see this image. You can trust her. She agreed



1:26-cv-00351 PL0947

4:07 🔕



She said you could reach out 7:12 PM


**Wed, Feb 11**

Thank you. I appreciate it. Can't wait for Friday
7:52 PM ✅

**You**

This is the end of an email I sent to...

wanted to know if she could see this image. You can trust her. She agreed that you can tie it into the curriculum
8:09 PM

Do you trust her not to send it to anybody else, publish it on social media, etc? I want to prepare, but I don't want to overreact too soon. There's two weeks before the board would be taking it up
8:13 PM ✅

I do trust her. She's a journalist and abides by those ethics.

Did you end up sending that to Kevin, who sent it to CO? It'd be FOIA, too, correct?
8:19 PM

Oh shit, yeah, I did. Send it. Would still like to keep it under wraps for strategic purposes
8:20 PM ✅





8:20 PM

 Message

And to hear from Kevin what, if anything, was said in the executive committee last



4:07

Do you trust **Wed, Feb 11** nd it to anybody else, publish it on social media, etc? I want to prepare, but I don't want to overreact too soon. There's two weeks before the board would be taking it up

8:13 PM

I do trust her. She's a journalist and abides by those ethics.

Did you end up sending that to Kevin, who sent it to CO? It'd be FOIA, too, correct?

8:19 PM

Oh shit, yeah, I did. Send it. Would still like to keep it under wraps for strategic purposes

8:20 PM



8:20 PM

And to hear from Kevin what, if anything, was said in the executive committee last night

8:21 PM



Do you have school Friday? 8:33 PM

I do not 8:33 PM

Me neither 8:33 PM

 Message

1:26-cv-00351 PL0949



4:10 🔕     📶 🛜 69

<

https█████████████

18KeNZgGo7/?mib   Wed, Feb 18   8:59 AM

Jesus Christ that's bleak, but also informative. I forgot to mention that I did talk to Kevin yesterday. █████ called me Saturday evening while █████ and I were at dinner to relay that he had talked to Regina, and she wanted me to respond to Tarazi's last email. I was annoyed, but did that Monday and basically just reiterated my point that they were full of shit. Kevin like it and asked if I thought Tarazi agreed with me (I guess I did well using his own words against him). Long story short, he senses they may be backing away from my flag and moving on. They didnt discuss it at all on the last executive session like they had planned to, and I don't know if it will still be on the agenda. Kevin mentioned that he loved that I was fighting it and didn't just cave. I mentioned to him that I knew you could put me in touch with █████ and others who may also be able to put pressure on the board. Kevin said in his opinion, it was best not to involve them yet. He said he loves █████ and the others (he mentioned them by name, I'm not as familiar) and loves their passion, but he's worried that if Wallace really is about to pull an about face and drop this, their involvement may cause him to dig in. Bc he's a small, petty man. At this point I'm just going on the assumption it will ha to come down. And going back over the Idaho teacher, she did not involve the media

Message   🗊 📷 🎤

to remove her poster. So I'm probably going to wait until after the board meeting next

1:26-cv-00351 PL0950



4:10 🔕       ᵘl 🛜 69

**Wed, Feb 18**

point that the ~~were full of~~ shit. Kevin like it and asked if I thought Tarazi agreed with me (I guess I did well using his own words against him). Long story short, he senses they may be backing away from my flag and moving on. They didnt discuss it at all on the last executive session like they had planned to, and I don't know if it will still be on the agenda. Kevin mentioned that he loved that I was fighting it and didn't just cave. I mentioned to him that I knew you could put me in touch with ▉▉▉▉ and others who may also be able to put pressure on the board. Kevin said in his opinion, it was best not to involve them yet. He said he loves ▉▉▉▉ and the others (he mentioned them by name, I'm not as familiar) and loves their passion, but he's worried that if Wallace really is about to pull an about face and drop this, their involvement may cause him to dig in. Bc he's a small, petty man. At this point, I'm just going on the assumption it will have to come down. And going back over the Idaho teacher, she did not involve the media or other groups until after she was ordered to remove her poster. So I'm probably going to wait until after the board meeting next week to reach out. But I think I'm going to contact her and maybe the Enquirer if I am actually directed to take down my flag

11:43 AM ⨀✓

❤️

Message



4:10 🔕 ▪ ▪ ▪

This press release is  **Wed, Feb 18**  /...

Read that. What a clown

**You**
Jesus Christ that's bleak, but also informative. I forgot to mention that I did talk to Kevin yeste...

████ was as much mutual person that I could commiserate with. She is an extremely strategic thinker and is willing to compromise when pragmatism calls

Didn't really mean to go to her to pass along company secrets, but just as a potential friend in the community              3:57 PM

This seems massive. Fuck all the people who complied in advance and bent the knee. History will remember

https://www.facebook.com/share/p/1B2o7HH1Ao/?mibextid=wwXlfr              4:04 PM

████ Didn't really mean to go to her to pass along company secrets, but just as a potential friend...

Seriously, no big deal. You asked me before sharing and honestly I'm glad she is looped in and aware it's even a discussion. I do hear Kevin's side, but to me it seems a little too much like trying to go high when they go low. My feelings on that have changed a L̶ since 2016. Still not personally optimistic,

+   Message

realized that there is no pleasing them and the only way is to fight back. And, from a

1:26-cv-00351 PL0952



4:10

1B2o7HH1Ao/?mibextid=wwXlfr

4:04 PM

**Wed, Feb 18**

Didn't really mean to go to her to pass along company secrets, but just as a potential friend...

Seriously, no big deal. You asked me before sharing and honestly I'm glad she is looped in and aware it's even a discussion. I do hear Kevin's side, but to me it seems a little too much like trying to go high when they go low. My feelings on that have changed a LOT since 2016. Still not personally optimistic, but we are also in uncharted territory with Regina's approach to this. I think she's finally realized that there is no pleasing them and the only way is to fight back. And, from a purely selfish standpoint, I am trying to tee myself up to be able to easily ask Kevin for a letter of recommendation once I am ordered to take it down

This seems massive. Fuck all the people who complied in advance and bent the knee. Histo...

Had to scroll to get context, but yeah! It does seem significant that the DOE isn't even appealing the court's ruling. And yeah, fuck ALL of these institutions that complied ahead of time. It's not going to be the corporations or wealthy/elite that save this country. It's going to be the working class who refuse to put up with their bullshit. And hope we never forget it, and never let them forget it

Message

Stupid Facebook won't let me send just a comment like Reddit will, but this comment



4:11

Fri, Feb 20

nothing, I suppose
6:13 PM

Sat, Feb 21

If you did not expect this message from an unknown sender, it may be spam.

**Report Spam**

Do you know who this is? My guess is
████████ but thought you might know
for sure. Also – I am not going to miss this
bullshit sending me spiraling on my free
time away from school
10:02 AM



Yes that's ████ 10:03 AM

I'm not shocked and it's what I was
expecting. And I'm expecting I'll be told to
take it down. What I need to figure out nex
week before the meeting is what they'll do
I still refuse. If I can stall until the end of the

 Message



4:11

Yes that's ▮▮▮

**Sat, Feb 21**
10:03 AM

I'm not shocked and it's what I was expecting. And I'm expecting I'll be told to take it down. What I need to figure out next week before the meeting is what they'll do if I still refuse. If I can stall until the end of the year, I think that's what I'm going to do.

10:06 AM ✓

❤️

I'm so sorry George. Crazy that the BOE doesn't have better things to be doing



THE RIGHT SIDE OF HISTORY IS NEVER THE ONE THAT VIOLATES HUMAN RIGHTS

10:58 AM

It's alright. Hopefully more jobs will be posting over the next month and I can find something else. Better than getting trapped there

11:04 AM ✓



Miles Deutscher ✓ @mile... · 6h
antiai I just went through every documented safety incident from the past 12 months

I feel physically sick.

Message

• Anthropic told Claude it was about to be shut down. It found an engineer's affair in

1:26-cv-00351 PL0955



4:12 🔕

My guess is ...ht you might know for sure. Also – I am not going to miss this bullshit sending me spiraling on my free time away from school

Sat, Feb 21

10:02 AM



Yes that's Wayne    10:03 AM

I'm not shocked and it's what I was expecting. And I'm expecting I'll be told to take it down. What I need to figure out next week before the meeting is what they'll do if I still refuse. If I can stall until the end of the year, I think that's what I'm going to do.

10:06 AM

❤️

I'm so sorry George. Crazy that the BOE doesn't have better things to be doing



THE RIGHT SIDE OF HISTORY IS NEVER THE ONE THAT VIOLATES HUMAN RIGHTS

10:58 AM

It's alright. Hopefully more jobs will be posting over the next month and I can find something else. Better than getting trapp there

11:04 AM

 Message

safety incident from the past 12 months.

1:26-cv-00351 PL0956



4:12

Mon, Feb 23

How are you hanging in there?

There's some chatter on the LM Resist page about your poster making it to the minutes. The comments are behind you 100%  6:21 PM

I'm alright. Woke up very sick this morning, so the surprise snow day was nice.
6:22 PM

I am grateful for the support. I guess the reality that this is happening is setting in. I imagine I'll be a nervous wreck Wednesday
6:23 PM

I knew you were on delay, but didn't know you had a full snow day. What a nice surprise! Are you feeling any better?  6:23 PM

Yeah, I think so  6:24 PM

Had a decent weekend, so that helped. After this goes as I expect it to go, I'm just going to focus on finding another job  6:27 PM



+ Message

1:26-cv-00351 PL0957

4:13



**Marty Skidmore** ⊘
⊘Verified

not nominate left candidates in the future.
The thought   Tue, Feb 24   ms is exhausting

Today was ACT testing, and I spoke to Kevin a bit afterwards

He's unsure how the board will vote tomorrow. It has been brought up with him in meetings, and he is getting the impression that the attorney is trying to talk them off a ledge

I told him I'm assuming I'll lose and have to take it down. I had the idea this morning of immediately replacing it with a different flag. I showed him some options I found this morning. He thinks it's hilarious, told me to order whichever one I wanted, and he'd back me. He also assured me the board will not be able to fire me, start disciplinary action, or stop me from being renewed   4:09 PM





Garden Flag Hate Has No Home

Message

Flag Porch House Flags Double

This is the one I'm leaning towards. I told

4:13



Tue, Feb 24

Garden Flag Hate Has No Home
Here Yard Flag Vintage Outdoor
Flag Porch House Flags Double

This is the one I'm leaning towards. I told
Kevin I really like the idea of forcing them
to tell me how many colors a poster can
have before it is soliciting student
engagement on sexual issues     4:10 PM



That is VERY much a nod to you and your
"how many colors until it becomes political"
question from a few years ago. Kevin
brought it up without me having to explain it
4:11 PM



And we still have Amazon gift cards from
Christmas, they can get it here by the end
the week, and this seems like a worthwhile
cause to use some Amazon gift cards

Message

You

1:26-cv-00351 PL0959

4:13 🔕      .ıll 🛜 69



cause to use some Amazon gift cards

Tue, Feb 24     4:12 PM

**You**

That is VERY much a nod to you and your "how many colors until it becomes political" questio...

"How many colors until it's political? How many until it's sexual? What shapes are grooming?"

Any update?   9:13 PM

Meeting's tomorrow. His fist order as president was to change them from Tuesday to Wednesday. I told Kevin it's very embarrassing just how drunk he's gotten on so little power     9:14 PM



Geesh   9:15 PM

Wed, Feb 25

They voted 4-1 to order me to remove the flag     8:20 PM

Thu, Feb 26

Such bullshit. What a shit board elected by a shit community of bigots. Fuck them. I'm so sorry     6:23 AM

I was expecting to lose 3-2. I don't know why 4-1 feels so much worse. I don't care to



+    Message

were shouting afterwards and had to be

1:26-cv-00351 PL0960



4:13 🔕      .ıll 📶 68

〈

Sh*t c     m so
sorry     **Thu, Feb 26**     6:23 AM

I was expecting to lose 3-2. I don't know why 4-1 feels so much worse. I don't care to stay and fight, I just don't want to fight alone. According to Copenhaver, people were shouting afterwards and had to be removed by police? So I guess there's that? I know I'm not in the mainstream of Little Miami. I just don't know how far outside I am, and if it's even worth it to keep fighting this fight. I don't want to fight to save something that doesn't want to be saved, if that makes sense

I have all day whole child at central office tomorrow, which is nice - just need to get through today.    Edited 6:30 AM ☑

**You**
I was expecting to lose 3-2. I don't know why 4-1 feels so much worse. I don't care to stay a...

Remember what you told me about West Virginia not wanting to be saved? That's Little Miami. It's structural. A community of reactionary fools

**You**
I have all day whole child at central office tomorrow, which is nice - just need to get thro...

Yeah. I liked all those days, even though they were full of racing thoughts about how the district has no intention to actually realize
wh

+    Message         🗨 📷 🎤

I'm afraid that may come flying out of my mouth tomorrow. I'm running dangerously

1:26-cv-00351 PL0961



4:14 🔕      .ıl 🛜 68

Little Miami. It's structural. A community of reactionary fools

Thu, Feb 26

**You**

I have all day whole child at central office tomorrow, which is nice - just need to get thro...

Yeah. I liked all those days, even though they were full of racing thoughts about how the district has no intention to actually realize the whole child

6:32 AM

I'm afraid that may come flying out of my mouth tomorrow. I'm running dangerously low on fucks to give

6:36 AM ☺

lol. Thats exactly what I did - right in front of Regina and ▮▮▮ and ▮▮▮

6:37 AM

lol, did they have much to say?

Honestly, what could they?   6:41 AM ☺

Nope. Just stone cold because they knew I was right. So are you

6:42 AM

▮▮▮ is in Dallas this week and is pretty much ignoring us. To be fair, she is legitimately dealing with a lot of work stress as well and has long days when she's out of town. She is coming home tomorrow morning and will either be bouncing, full of (stress or anger fueled) energy and working in her office until midnight, or will be beyond


+    Message         🏷 📷 🎤

I'm pretty sure no matter what, I'm getting

1:26-cv-00351 PL0962



4:15 🔕      ·ııl 🛜 68

3mfrr67kias22     **Thu, Feb 26**     1:15 PM

Saw the news story. Just tried calling you to check on you
4:34 PM

> Fuck that was fast. Trying to get my lesson plans done for tomorrow and then am heading out. I can call on my way home if you're available. Hoping to be out of here by 5. This day has sucked fucking balls
> 4:36 PM

Yes   4:36 PM



> VoiceMessage.m4a
>
> ▶ |||||||·|||||||||||·||||||||||||·|||||·|||·|||·||||||·||||||||·|||
>
> 1:25   •
>
> This is what Kevin texted me while I was on the phone with you.
> 5:42 PM

Spot on. This will happen more and more

https://www.reddit.com/r/cincinnati/s/oDUOZM5fu5
6:35 PM



> It will. ▆▆▆▆ reached out and we've been talking a bit. She's going to to put French phrases about love and acceptance around her room. ▆▆▆ wants to order the same replacement flag I did, and ▆▆▆▆ mention taking the banned flag and it his room (he does teach different subjects than me, after

➕   Message      🏷 📷 🎤

appreciate the sentiment all the same
6:53 PM

1:26-cv-00351 PL0963



4:15 🔕

http
oDUOZM5fu5      Thu, Feb 26    3:35 PM

It will. ███ reached out and we've been talking a bit. She's going to to put French phrases about love and acceptance around her room. ███ wants to order the same replacement flag I did, and ███ mentioned taking the banned flag and it his room (he does teach different subjects than me, after all). Don't know if anybody will have the cojones to actually follow through, but I appreciate the sentiment all the same

6:53 PM ⓥ

https://www.reddit.com/r/cincinnati/s/oDUOZM5fu5

Thank you for sending. I was trying to find but keep getting distracted with incoming texts. The comments were interesting, but Wyoming was getting some love!   6:58 PM ⓥ

❤️

Will you do me a favor and let ███ know I will be reaching out? ███ has been bombarding me with screenshots from the Resist Facebook group on her flight home, and I really appreciate the vocal, public support from her and others. I am not done fighting and I WILL be in touch with her

...just probably not tonight. I may or may n have taken multiple gummies when I got home. Really looking forward to drinks

 Message

😂

1:26-cv-00351 PL0964



4:15 🔕      .ıll 🛜 68

Be safe   11:07 PM ⊙

**Fri, Feb 27**

**Sat, Feb 28**

Checking in... how are you holding up?
12:09 PM

I'm alright, but I haven't been on Facebook lol     12:17 PM ⊙

❤️

It's starting to get national coverage.   12:18 PM

Where? I've only been on Reddit   12:18 PM ⊙

Local news affiliates. Saw one from Nashville reporting on it.

Scripps as well is running the story   12:19 PM

Ah, that makes sense   12:19 PM ⊙

Somebody sent ███ a screenshot from the Enquirer post on Facebook, something about how it was insane that "two mentally unstable" people would be able to adopt a child. So that's been fun. She's actually being very mature. And assured us only one of her friends knows about ███ she's at the ███ , and honestly I trust her not to say anything bc the friend also did residential treatment in middle school. An⌄ she gets the comment was aimed at me a ███ not her. But unnerving that more

Message    🏷️ 📷 🎤

Read More      3:44 PM ⊙

❤️

1:26-cv-00351 PL0965

4:16

**Marty Skidmore** @
Verified

Scripps as well is running the story    12:19 PM

**Sat, Feb 28**

Ah, that makes sense    12:19 PM

Somebody sent ▮▮▮ a screenshot from the Enquirer post on Facebook, something about how it was insane that "two mentally unstable" people would be able to adopt a child. So that's been fun. She's actually being very mature. And assured us only one of her friends knows about ▮▮▮ she's at the ▮▮▮, and honestly I trust her not to say anything bc the friend also did residential treatment in middle school. And she gets the comment was aimed at me a ▮▮▮ not her. But unnerving that more info about my family is getting out there. I really hoped they would focus all this on me and keep ▮▮▮ and ▮▮▮ out of it    3:44 PM



It's taking everything in ▮▮▮ not to engage. My mother-in-law has apparently been fighting with people all over Facebook over this (found that out when we went to lunch with her today). She is NOT mentioning the family connection, and her last name is ▮▮▮ so I doubt they'll make the connection    3:45 PM



God I'm so sorry

people

Anything we can do?    6:29 PM

+    Message

1:26-cv-00351 PL0966

4:16 🔕        .ııl 🛜 68



two mentally unstable" people would be able to adopt a child. So that's been fun. She's actually being very mature. And assured us only one of her friends knows about ████ she's at the ████ and honestly I trust her not to say anything bc the friend also did residential treatment in middle school. And she gets the comment was aimed at me a ████ not her. But unnerving that more info about my family is getting out there. I really hoped they would focus all this on me and keep ████ and ████ out of it

3:44 PM ⊚

❤️

It's taking everything in ████ not to engage. My mother-in-law has apparently been fighting with people all over Facebook over this (found that out when we went to lunch with her today). She is NOT mentioning the family connection, and her last name is ████ so I doubt they'll make the connection    3:45 PM ⊚

❤️

God I'm so sorry 😞

People really are the worst

Anything we can do?   6:29 PM

Nah, I think we're alright. I appreciate it though. How did ████ game go?   6:48 PM ⌄

❤️

＋ /ir   Message       

over and onto soccer, lol. Naomi still plays tomorrow

4:16

Nah, I think we're alright. I appreciate it though. Ho~~w~~ Sat, Feb 28 ~~game~~ go? 6:48 PM

❤️

Leaving [REDACTED] second game now. Season over and onto soccer, lol. Naomi still plays tomorrow

Told [REDACTED] that your family was getting harassed. She said that she is pretty sure that you get a retainer fee covered if you want legal action

She sent this:

Of course, they did. But they sure want to make us seem like the bullies.

I'll see what I find out from our ally talking to lawyers.

Have him document everything that makes him or his family feel watched or unsafe. Pictures if he suspects people. Screenshots. Notes. Anything.

8:03 PM

Seriously?? 8:03 PM

I'd reach out 8:03 PM

I am 8:04 PM

Sorry, hope that didn't come across as short. Was catching [REDACTED] up. It's a lot to

Message

mobilized they are around the issue. Saw postings that they're having yard signs and

1:26-cv-00351 PL0968



4:17

68

way, but it was absolutely fair, I needed to hear it, and I ~~a~~ Sat, Feb 28 ~~i~~ng it   8:24 PM

❤️

It's fluid, but at the moment the needle has moved to the "run" side   8:26 PM

❤️



veteran of this country, if anything he stands for what this country is about more than anyone because he fought for this country, if he wants to hang a poster that supports everyone, and you have a problem with it, that's a you problem, and it speaks to your ignorance and the betrayal of the ideals of love thy neighbor and liberty for all.

Reply   👍 80

˅ View 10 replies

Renee Shell · 1d
They decided it does.

Reply   👍 6

Kathy Marx Coletta · 1d
Homeschool

Reply   👍 4

˅ View 1 reply

Carl sent me this. Genuinely concerned they may be confusing us now   10:32 PM

😲

Sun, Mar 1



asked me Friday whether you were a veteran because of posts like this. I had in class several times and I'm not surprised by her post. There are a lot of people who must think I'm still there. Maybe

+ te   Message

8:54 AM

1:26-cv-00351 PL0969



4:17 🔕            .ııl 🛜 68

ıow   10:32 PM ⊚

**Sat, Feb 28**

**Sun, Mar 1**

████ asked me Friday whether you were a veteran because of posts like this. I had ████ in class several times and I'm not surprised by her post. There are a lot of people who must think I'm still there. Maybe I exited too quietly. The confusion works in your favor though and doesn't bother me

8:54 AM

It's not at all a problem for me, just don't want you to catch any stray shots meant for me

1:34 PM ⊚

Not worried about it. I'll let you know if I do

1:34 PM

Meeting with ████ on Wednesday at 3:00 at a coffee shop in Mason   8:27 PM ⊚

❤️

And a parent sent an email to every teacher in the social studies dept thanking whichever one of us had the flag up and how sorry they were for the board's decision. The fact that Dave Schultz got that email made me snort

8:28 PM ⊚

❤️

**Mon, Mar 2**

ⁱ⁾ har

+   Message        


Uzbek fraud? https://www.reddit.com/r/Ohio/s/LJMvFFDZW1



4:17 🔕      📶 🛜 68

Cring ███████████████ guy.
Typical

Mon, Mar 2     3:34 PM

They called a special board meeting for tomorrow. Want to adopt a statement in response to their decision on my flag and then direct ████ to post it everywhere. Then they're going to probably fire ████ ████ and ████

5:19 PM ✅

Jesus. A statement as in "doubling down?"

Also, what's up with ████ and ██? 5:24 PM

Statement from the Little Miami Board of Education March 3, 2026 On February 25, 2026, the Board of Education made a determination regarding a specific classroom poster. The Board issues the following statement to clarify the scope and purpose of that decision and to address common questions. The decision was not based on the phrase "Hate Has No Home Here." That message is fully consistent with our values. Board Policy 5780.01 does not ban any flag, image, viewpoint, or symbol. Rather, it establishes clear procedures to ensure transparency and protect parents' rights when certain topics arise in the classroom. Board Policy 5780.01 and Ohio's Parents' Bill of Rights (House Bill 8) require parental notification and the opportunity to review and opt out when classroom materials, under the totality of the circumstances, go beyond incidental and engage students in concepts of gender ideology. Based on the specific circumstances presented and in accordance with Board Policy 5780.01 and

Message

1:26-cv-00351 PL0971

4:17

Mon, Mar 2

Statement from the Little Miami Board of Education March 3, 2026 On February 25, 2026, the Board of Education made a determination regarding a specific classroom poster. The Board issues the following statement to clarify the scope and purpose of that decision and to address common questions. The decision was not based on the phrase "Hate Has No Home Here." That message is fully consistent with our values. Board Policy 5780.01 does not ban any flag, image, viewpoint, or symbol. Rather, it establishes clear procedures to ensure transparency and protect parents' rights when certain topics arise in the classroom. Board Policy 5780.01 and Ohio's Parents' Bill of Rights (House Bill 8) require parental notification and the opportunity to review and opt out when classroom materials, under the totality of the circumstances, go beyond incidental references and engage students on sexual concepts or gender ideology. Based on the specific circumstances presented and in accordance with Board Policy 5780.01 and Ohio law, the Board determined that the policy's procedural requirements must be followed before the poster could remain in place. The Board's action was procedural in nature and focused on ensuring compliance with applicable law and district policy. The Little Miami Board of Education remains firmly committed to providing a safe, respectful, and supportive educational environment for all students. The District discrimination of any kind. The Board is equally committed to respecting the rights

Message

1:26-cv-00351 PL0972

4:18

**Mon, Mar 2**

sed on the specific circu esented and in accordance with Board Policy 5780.01 and Ohio law, the Board determined that the policy's procedural requirements must be followed before the poster could remain in place. The Board's action was procedural in nature and focused on ensuring compliance with applicable law and district policy. The Little Miami Board of Education remains firmly committed to providing a safe, respectful, and supportive educational environment for all students. The District does not tolerate bullying, harassment, or discrimination of any kind. The Board is equally committed to respecting the rights of parents as established under Ohio law. We value community input and encourage respectful participation at our public Board meetings. We appreciate the continued engagement of our community as we work together to support all students and families. Little Miami Board of Education.          5:24 PM

Sounds like they've received a lot of bad PR
5:25 PM

I read it as doubling down. Also, I think they might be getting more blowback than anticipated. I truly did not see community members having signs and shirts made. Kids were wearing more pride shirts today

Yeah, that's how I read it too          5:25 PM

 Message

display sexual? Make them clarify this, lol
5:26 PM

1:26-cv-00351 PL0973



4:18

68

equally committed to respecting the rights of parents as **Mon, Mar 2** under Ohio law. We value community input and encourage respectful participation at our public Board meetings. We appreciate the continued engagement of our community as we work together to support all students and families. Little Miami Board of Education. 5:24 PM

Sounds like they've received a lot of bad PR
5:25 PM

I read it as doubling down. Also, I think they might be getting more blowback than anticipated. I truly did not see community members having signs and shirts made. Kids were wearing more pride shirts today

Yeah, that's how I read it too 5:25 PM

Again though, how many colors make a display sexual? Make them clarify this, lol
5:26 PM

I plan to!

No clue what ████ did, bc he's actually really good at his job. My guess he's refusing to push out a statement regarding this, but that's pure speculation. He called Kevin to ask if the flag was down. We were both confused as to how Brad got caught up in it
5:27 PM

😮

  Message

and I genuinely don't know why. I know at last week's meeting, the Morrow mayor (who by all accounts sounds like an insufferable

1:26-cv-00351 PL0974



4:18 🔕      ·ll 🛜 68

5:29 PM ✓

😮

**Mon, Mar 2**

I've tossing it back and forth this weekend, and I think I can absolutely make a targeting claim on the basis that the board purposely misinterpreted the parents' bill of rights and district policy in order to force me to take down something they didnt like    5:31 PM ✓

❤️

Just need funds and to find an attorney who will take it on

Don't know that I'll be successful, but I should be able to survive a motion for summary judgment (immediate dismissal) 5:32 PM ✓

Hope your meeting with ▇▇▇▇ gives you more options

And I hope these bullies learn that their actions will get pushback    5:50 PM

Me too. Honestly, after I talk to her and confirm the community is willing to raise legal funds on my behalf, I think I'm going to go straight to ▇▇▇▇ It shouldn't be on the community to fund this. I pay union dues – this is something that they should be fighting on my behalf, not the community. And, if I were him, I would WANT LMTA involved. We have contract negotiations n year which we anticipate will be brutal. I think it's in LMTA's best interests to be

Message    aggressive now, ar   contract ne...

**Read More**          6:07 PM ✓

1:26-cv-00351 PL0975



4:18 🔕

And I hope these bullies learn that their actions will get pus.  **Mon, Mar 2**  5:50 PM

Me too. Honestly, after I talk to her and confirm the community is willing to raise legal funds on my behalf, I think I'm going to go straight to ███ It shouldn't be on the community to fund this. I pay union dues – this is something that they should be fighting on my behalf, not the community. And, if I were him, I would WANT LMTA involved. We have contract negotiations next year which we anticipate will be brutal. I think it's in LMTA's best interests to be somewhat aggressive now, ahead of contract negotiations  6:07 PM



Based on that statement, I'm guessing these dipshits probably had a long weekend, lol. People are pointing out how things they said last week directly contradict the drafted statement  6:08 PM

Yep. Appeasing them gets LMTA nowhere. Show strength  6:08 PM

Exactly!  6:08 PM



**The Supreme Court appears likely to let stoners own guns —...**
Gun lovers may soon have the right to bear bongs. During oral argument on Monday, a majority of the justices an

∨

 Message

https://apple.news/
APFYPJVwfSpSGoxts99tB2A

4:19 🔕  📶 🛜 68



Yeah, that's fine 3:52 PM ⊘

**Tue, Mar 3**

**Wed, Mar 4**

I saw the news clip of  How are you holding up today? 8:44 AM

I'm alright. I haven't read any comments on social media, but I've heard of some. ███ is still ready to throw hands, but it's getting easier to let them roll off my back 11:40 AM ⊘

Talked to ███ this morning. She said her kids have been talking about it a lot. She said several are irate over it. And most of her right wing kids are confused and think it was dumb to make me take it down. She is also encouraging kids to go the board meeting and let them organize their thoughts and what they wanted to say in class on day. ███ also texted me today and said she thought about it and, instead of participating in the walk out, she'd like to speak at the board meeting – and I don't think...

**Read More** Edited 11:47 AM ⊘

A trans student I had last year I stopped by this morning during ETEH to proudly show me that they had a T-shirt made with my flag on it. And one of their friends, who never had me and I don't know, asked him to bring me a pride flag and thank me. I told him to please let his friend know that I really appreciated it and would find a place for the

➕ Message

Staff that I don't really talk to are asking me how I'm doing and telling me how wrong this

1:26-cv-00351 PL0977



4:19 🔕         ..ıl 🛜 68

Tue, Mar 3   hat's fine   3:52 PM ⊘

Wed, Mar 4

I saw the news clip of ▇▇▇ How are you holding up today?   8:44 AM

I'm alright. I haven't read any comments on social media, but I've heard of some. ▇▇▇ is still ready to throw hands, but it's getting easier to let them roll off my back   11:40 AM ⊘

Talked to ▇▇▇ this morning. She said her kids have been talking about it a lot. She said several are irate over it. And most of her right wing kids are confused and think it was dumb to make me take it down. She is also encouraging kids to go the board meeting and let them organize their thoughts and what they wanted to say in class on day. Morgan also texted me today and said she thought about it and, instead of participating in the walk out, she'd like to speak at the board meeting - and I don't think I'm going to stop her.   Edited 11:47 AM ⊘

A trans student I had last year I stopped by this morning during ETEH to proudly show me that they had a T-shirt made with my flag on it. And one of their friends, who never had me and I don't know, asked him to bring me a pride flag and thank me. I told him to please let his friend know that I really appreciated it and would find a place for the

Message  

Staff that I don't really talk to are asking me how I'm doing and telling me how wrong this

1:26-cv-00351 PL0978



4:19

board meetin **Wed, Mar 4** 't think I'm going to stop her.                                    Edited 11:47 AM ✓

A trans student I had last year I stopped by this morning during ETEH to proudly show me that they had a T-shirt made with my flag on it. And one of their friends, who never had me and I don't know, asked him to bring me a pride flag and thank me. I told him to please let his friend know that I really appreciated it and would find a place for the flag at home                          Edited 11:44 AM ✓

Staff that I don't really talk to are asking me how I'm doing and telling me how wrong this is. The only awkward interaction I had was with ███████████ aid. Got along fine with him this morning, but he was practically running away from me in the halls earlier today. I imagine those that are annoyed with me will begin emerging as this drags on as well

But overall, I'm good   11:46 AM ✓

Just leaving coffee shop with ██████ Can I call and give you the newest update on my drive home?

If you're busy with the family, no worries. Dawned on me just as I hit send what time it was                                          5:13 PM

Just dropped off ███████ at soccer. Is now a good time?

+        Message

I'm with Greg right now. Can I call you around 7:00?

1:26-cv-00351 PL0979



4:19

home

**Wed, Mar 4**

7:31PM

Thu, Mar 5



### JOSHUA ADAM ENGEL
– Partner

Engel is a graduate, cum laude, of Harvard University Law School. He is a highly respected and experienced former prosecutor, appellate advocate, and civil rights litigator.

engel@engelandmartin.com

@joshuaadamengel

Education:

Harvard University Law School, Cambridge, Massachusetts – J.D. cum laude~1995 University of Pennsylvania – B.A. magna cum laude~1992

This is the attorney that hates Wallace and wants to keep suing. The firm is a boutique firm specializes in civil rights and Title IX issues. This is the type of attorney I was hoping to find if this was going to be litigated



Engel is a frequent lecturer and author on cutting-edge constitutional law issues. In 2017, Engel was asked to consult with the Department of Education on revisions to the Title IX process for handling allegations of sexual harassment and sexual assault in colleges and universities. Engel has taught criminal law and other courses at Wilmington College and has been a featured speaker for various organizations on constitutional law issues, including:

Higher Learning Commission

Ohio State Bar Association

Message

   

Whittier Law Review

Sport Research Institute

Annual Symposium on Representing Students

1:26-cv-00351 PL0980



This is the attorney that hates Wallace and wants to keep suing. The firm is a boutique firm specializes in civil rights and Title IX issues. This is the type of attorney I was hoping to find if this was going to be litigated

And he has a lot more education experience than Tarazi. This guy is checking a lot of boxes 7:00 AM

1:26-cv-00351 PL0981



4:20 🔕      .ıl 🛜 67

...is also just as awful, but I'm going to allow myself **Thu, Mar 5** s one for a minute

2:34 PM ⊘

**You**

This is the attorney that hates Wall...



He's an intellectual giant compared to Tarazi, lol

▇▇▇▇ is a monster. Not a coincidence that the first person fired is Trump's token woman, who is replaced by an unqualified white man

3:08 PM

Yup. Who will be just as evil, if not worse, and will not face near the same level of scrutiny

4:10 PM ⊘



**646K views · 27K reactions | Reel by Robby Roadsteamer**
Most-liked video
www.facebook.com

https://www.facebook.com/share/r/ 1U8QE3mSr6/?mibextid=wwXlfr    5:21 PM ⊘



Fri, Mar 6

Are you still in Landsman's district?

6:59 AM ⌄

Love▇▇▇▇▇▇▇▇

+    Message     

Are you still in Landsman's district?

1:26-cv-00351 PL0982

4:21 🔕     .ıll 🛜 67



https://www.reddit.com/r/NoKingsCoalition/s/179DRCvuK7

 Mon, Mar 9    3:26 PM

**Little Miami Teachers Associat...** ··· ✕
3m · ⚙

As an association, we are tremendously disappointed with the Little Miami board of education's decision regarding the display of a "Hate Has No Home Here" poster. The poster is intended to convey a general message of inclusion and respect for all students, not to create division or inspire hate. The association's responsibility is to protect our members' contractual rights and to support a teaching and learning environment that promotes academic excellence while encouraging kindness, safety, and belonging.

👍 4    ↪          👍❤️

Somebody grew a pair      5:47 PM

Wow. Didn't even know we had a Facebook page    9:23 PM

Tue, Mar 10

**Elon Musk** ✔ ✖      **X.com**
@elonmusk

If a national draft ever becomes necessary, Teslas will not be usable to flee the country.

Vehicles can be remotely restricted from crossing certain borders if required by law.

Hopefully it never comes to that, but technology shouldn't be used to avoid civic duty.    3:11 PM

➕    Message       

So Kylie Boyle can't use her shiny Tesla to flee the country

4:22

No need to apologize - I know Tuesdays are hectic for you

Wed, Mar 11

My guess is that ▮ realized that the BOE is not what he thought it would be

Maybe. Also wondered if he was not expecting the backlash he received. NOBODY seemed to be ok with him spouting Christian rhetoric at the board meeting to justify a board decision. Texted with Lynn Ratliff last night and confirmed again that it was ok to pass my info to the attorney. Waiting now to hear from him and go from there

6:35 AM

I can't, unfortunately. ▮is in Middletown for soccer. Stupid Sunday games

lol, no worries. It is temporary, and you will miss it (at least a little) when they're more independent and not as reliant on you

6:36 AM

Talked to Kevin, ▮ apparently had a whole bunch of anti-Semitic crap on his social media, which is extra special since one of his criticisms of my flag was that there was no Jewish representation. Apparently as recent as last month he posted something about needing to "bur Jews," or something to that effect. Media has it, and I'm guessing they unearthed it,

Message

10:18 AM

1:41 🔕                SOS 📶 81

< 9                          📹



Sat, Mar 7 at 7:01 PM

Clearly, I also am awful with texts.

So sorry for the delay. Welcome to Resist!

And yes, thanks for meeting with me. We are so hopeful now that things might be looking up for this community with the increased involvement and attention!

Tue, Mar 10 at 7:48 PM

What's funny/sad is I have thought to respond numerous times the last few days, just never when I actually have my phone in my hand.

I have personally been overwhelmed by the response. Hopefully the tide is beginning to turn

Wed, Mar 11 at 12:00 PM

Hey ▓▓▓▓▓ ▓▓▓▓▓▓▓▓ has been asked by reporters if he has contact information for Little Miami parents that would be willing to speak on the record about what has been going on. He asked me to reach out to you to see if you, or anybody you know, would be ok with him passing along their contact info to reporters when asked. Just let me know if you, or anybody you know, would be interested in giving an on-the-record interview

+    iMessage                    🎤



1:42 🔕    SOS 📶 81

< 9    📹

Wed, Mar 11 at 1:04 PM

We have people who would talk. He/ you can always give my info if it's for the good of the district.

Wed, Mar 11 at 4:17 PM

Sounds good. I tried to catch Kevin before I left for the day but missed him. I'll text him tonight to let him know

Wed, Mar 18 at 2:49 PM

Hey, I have a question for you when you have some time this evening or by the end of the week.

Wed, Mar 18 at 6:55 PM

Hey ███████ I'm sorry for not responding sooner. I was at school late and then had a meeting right after I left that just ended, but I've got a little bit of time if now works for you

Yeah, now's fine if you want to talk. But feel free to also not if you're wiped.

Nope, I'm good. I'll give you a call in just a minute

Tue, Apr 7 at 4:09 PM

+   iMessage   🎤

news broke today?

1:26-cv-00351 PL0986


1:42

SOS 81

< 9



How was the atmosphere after the news broke today?

Relatively calm. Didn't come up in any of my classes. Got a lot of love and support from my coworkers. But I've also sort of shielded myself from the comments. How's it going on your end?

About what we expected. The comments on ▮▮▮▮ post on Greater Cincinnati Politics will help if you find other comment threads too harsh.

Is there a new post? Bc the comments from a few weeks ago were fantastic!

She shared the post from the Enquirer reporter, and she's getting shredded.

lol, I just saw. Thank you for recommending that! And thank you for your support. I don't know where this will go, but I do feel like it's a fight worth having. Having the support from you and the others has made this possible. Whatever the outcome, I'm beyond grateful

+ iMessage



1:42

SOS 81

< 9

We're here to help as much as we can.

Tue, Apr 7 at 7:11 PM

Do the Ten Commandments hang in the HS ... maybe near the octagon?

I don't know, but I don't think so? I can check tomorrow and report back

Thanks. I have heard rumors they are somewhere, but I have no idea whether that is true.

I'm not sure, but I can check around

Wed, Apr 8 at 8:16 AM

Can you send me a picture of your coexist sign? It's just for me to know what it looks like, not to share. They're all similar but don't want to assume anything.

Wed, Apr 8 at 11:45 AM



+ iMessage

1:26-cv-00351 PL0988



It's one that ███ left behind (I moved into his old classroom) and decided to keep up

Over the door where everyone can see it. LOL.

And Go Cardinals!

Also, I looked on my plan bell, but didn't see Ten Commandments posted in the octagon

Oh yeah - I've never tried to hid

Thanks. I had a feeling that was a

1:26-cv-00351 PL0989



It's one that ▇▇▇▇ left behind (I moved into his old classroom) and decided to keep up

Over the door where everyone can see it. LOL.

And Go Cardinals!

Also, I looked on my plan bell, but didn't see Ten Commandments posted in the octagon

Oh yeah – I've never tried to bid anything!

Thanks. I had a feeling that was a rumor, but it doesn't hurt to check.

Edited

Absolutely!

Delivered

+    iMessage

1:26-cv-00351 PL0990

1:44

SOS 80

< 9

See!! Truck stuff

Wed, Feb 25 at 9:14 PM

Hey man, the vote was 4-1 to take it down. Horvath joined the 3

Meant to text you, but ████ texted to let me know. Sounds like it was a bit of a circus

It was, it's sad

It really is. Terrible example for the kids, who are going to be the biggest loser in all of this nonsense

Wed, Mar 11 at 7:24 AM

Any idea why Dan Smith resigned?

He thought he was going to actually get to publicly ridicule gay kids

I mean, that's what I cynically thought too. Didn't like any pushback or criticism for being a bigoted hate monger,I

I've been sitting on that one, you were the first to ask lol. I'm not sure yet. It'll be interesting to see whose name gets thrown out to replace him. I'm thinking the ████ guy

I am curious if he quit because there

+    iMessage

Is the WCCC guy sane, or just as

1:26-cv-00351 PL0991

1:43

SOS 80

< 9



Text Message • SMS
Sat, Feb 21 at 9:55 AM

The board agenda was released and the poster discussion is on it.

Thanks for the heads up. Where was it released? Didn't see it on Board Docs

It should be there, could be that I usually get early notification.

I got the email at five o'clock yesterday.

Wed, Feb 25 at 8:05 PM

Did you watch?

No, I've spent enough time on this. How did it go?

They voted to have it removed.

I figured. 3-2?

4-1. Horvath had her spine removed.

Gotcha. It was not unexpected. Anybody from the crowd voice concerns about me being at the school?

+     Text Message • SMS

None

1:26-cv-00351 PL0992



1:43

SOS 80

< 9

They voted to have it removed.

I figured. 3-2?

4-1. Horvath had her spine removed.

Gotcha. It was not unexpected. Anybody from the crowd voice concerns about me being at the school?

None

That's good, I guess

They dealt with it under the blanket of the parental rights act

Did anybody point to any specific language? Bc the attorney couldn't seem to do that

They don't know the specific language.Well enough to actually interpret it from a legal perspective.They simply repeated the talking points that the lawyer handed them

Oh well. Nothing I wasn't expecting

+    Text Message · SMS

1:26-cv-00351 PL0993