# EXHIBIT V- E-Mail to Principals

**From:** Regina Morgan <rmorgan@lmsdoh.org>
**Sent:** Sunday, February 1, 2026 7:34 PM
**To:** Principals <Principals@lmsdoh.org>; Assistant Principals <asstprincipals@lmsdoh.org>; COAcademic <COAcademic@lmsdoh.org>
**Subject:** Re: Classroom Display / "Flags and Displays" Policy Question


Good evening.


I spoke with Wayne tonight and he is going to share this information with LMTA.  Just thought I would let you know.


See you tomorrow.


Regina.


Regina G. Morgan

Superintendent

Little Miami Local School District

513-899-5100

---

**From:** Regina Morgan <rmorgan@lmsdoh.org>
**Sent:** Friday, January 30, 2026 7:06 AM
**To:** Principals <Principals@lmsdoh.org>; Assistant Principals <asstprincipals@lmsdoh.org>; COAcademic <COAcademic@lmsdoh.org>
**Cc:** Wayne Lyke <wlyke@lmsdoh.org>
**Subject:** Fw: Classroom Display / "Flags and Displays" Policy Question

Good morning.

At last Wednesday's Board Meeting, Mr. Wallace read the below concerning flags and displays in our classrooms - this guidance will be used moving forward.

After the different scenarios presented - I think this is a nice compromise.

Thank you.  Enjoy your day.

Regina.

Regina G. Morgan

Superintendent

Little Miami Local School District

513-899-5100

---

**From:** otarazi tarazilaw.com <otarazi@tarazilaw.com>
**Sent:** Friday, January 23, 2026 6:29:41 PM
**To:** Regina Morgan <rmorgan@lmsdoh.org>; Dan Smith <dsmith@lmsdoh.org>; David Wallace <dwallace@lmsdoh.org>; Diane Horvath <dhorvath@lmsdoh.org>; Mandy Bullock <mbullock@lmsdoh.org>; Wayne Siebert <wsiebert@lmsdoh.org>; Terry Gonda <tgonda@lmsdoh.org>
**Subject:** Classroom Display / "Flags and Displays" Policy Question

To Little Miami Board of Education:

I was asked to provide guidance on whether the District should consider adopting a "Flags and Displays" policy similar to the policy adopted by the Big Walnut Local School District, particularly in response to concerns regarding a classroom poster that some believe promotes or constitutes "sexuality instruction."

In simple terms, Big Walnut's policy is a neutral policy that restricts most flags, banners, posters, and similar displays on school property to a short list of permitted items (such as the U.S. flag, Ohio flag, and school-related displays), with limited exceptions for curriculum-related materials and certain approved displays. The policy also requires flyers, notices, and club invitations to be placed only on approved bulletin boards (rather than scattered throughout the District buildings), which is already being implemented administratively at Little Miami.

The immediate concern raised here relates to a specific classroom poster that some believe may constitute "sexuality content." For that issue, adoption of the Big Walnut policy is not necessary because Little Miami already has a controlling framework under Ohio law and existing District policy. Following the passage of HB 8 (the Parents' Bill of Rights), codified at ORC 3313.473, Little Miami adopted Board Policy 5780.01 to establish District procedures related to "sexuality content" and parent rights. Board Policy 5780.01 defines "sexuality content" broadly to include any oral or written instruction, presentation, image, or description of sexual concepts or gender ideology provided in a classroom setting, while excluding "incidental" references.

Because questions may arise about whether a lesson, activity, reading, or classroom display is considered "sexuality content," the **District applies a common-sense and objective standard:**

- **A lesson, activity, display, or material is likely to be considered "sexuality content" if a reasonable observer would conclude its primary purpose is to prompt discussion, provide instruction, or solicit student engagement on sexual concepts or gender ideology.**

- **Incidental references that are not intended to teach the topic or solicit student engagement on sexual concepts or gender ideology are permitted under the policy and typically do not trigger the policy's procedures.**

Importantly, the test is not whether someone agrees or disagrees with the message of a poster, flag, or book. The question is whether the display or material meets the District's definition of "sexuality content" and, if so, whether the required procedures under Policy 5780.01 have been followed (including parent notice and opt-out rights, when applicable).

Because there is a defined process in Policy 5780.01, concerns regarding possible violations should be addressed in the following order:

**Step 1 — Written concern to the building administrator**
A parent may file a written concern with the Principal or other building administrator of the student's school of attendance regarding topics covered by the policy. The building administrator will take steps with the parent(s) to resolve the concern within thirty (30) days of receipt.

**Step 2 — Appeal to the Superintendent**
If the parent is not satisfied with the resolution at the building level, the parent may appeal to the Superintendent. The Superintendent will review the matter and issue a decision.

**Step 3 — Appeal to the Board of Education**
If the Superintendent's decision is appealed, the Board will review the Superintendent or designee's decision and, if the Board determines it necessary, may hold a hearing, and then either affirm the decision or determine a new resolution.

Nothing in this process prevents a parent from contacting a Board member regarding a concern; however, as a best practice, if a Board member becomes aware of a concern, it is recommended the Board member notify the Superintendent so administration has an opportunity to address the matter through the established process before it is brought forward for Board action.

The Board retains final authority and may act by motion to direct removal or modification of a display/flag/image/poster or other material if the Board determines it does not comply with Policy 5780.01.

The goal is consistent, good-faith compliance with Ohio law and Board policy while protecting staff and the District through the District's established procedures and documentation.

Please let me know if there are any further questions.

Respectfully,
Omar Tarazi, Esq.
614-226-2823

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.