**Little Miami High School**
3001 E. U.S. 22 & 3
Morrow, OH 45152
(513) 899-3781

Exhibit W



# American History I Syllabus

## Teacher Information

| Name | Room | Email | Extension |
|------|------|-------|-----------|
| George McIntyre | 2306 | gmcintyre@lmsdoh.org | 20415 |

## Course Description

American history from the late 1800s through the New Deal era. Students will also analyze key foundational documents in American history, such as the Declaration of Independent, Articles of Confederation, the U.S. Constitution, and the Bill of Rights. American History I is a required course for graduation.

## Required Materials

- A 3-ring binder (1" – 2") that is used **ONLY** for American History
- Pencil or Pen (please do not complete work in red ink)

## Course Goals

To better understand and appreciate:

- the major events which have shaped the United States;
- what it means to be an active, engaged, and informed citizen in a democratic society; and
- the various contributions of people of all races, ethnicities, genders, and backgrounds which have made our country what it is today.

## Classroom Expectations

Each day you will be expected to:

- arrive on time, prepared, and with all materials, including binder and writing utensil;
- be ready to both learn and participate;
- be respectful and kind towards one another at all times; and
- follow all class rules, procedures, and teacher instructions.

## Classroom Procedures

- Check the basket on the table near the door each day for any handouts you may need
- Turn your cell phone into the assigned slot in the holder and quickly take your assigned seat
- Promptly begin the Bell Ringer.
- Once we are ready to begin class, put away your Bell Ringer sheet, make sure you have the needed materials for the day (ie. handouts, note packets, writing utensil, etc.), and are ready to begin class promptly.
- If you do not understand something, ASK

## Discipline Plan

Unless otherwise noted, I will be following the below plan for violations of classroom expectations and procedures

- First Offense: Verbal Warning/Correction
- Second Offense: Parent Contact
- Third Offense: Office Referral

**Cell Phone/Earbuds/Headphones/Electronics Policy**

I will be following the Little Miami High School Personal Communication Devices (PCDs) Policy outlined below:

## Little Miami High School's Personal Communication Devices (PCDs) Policy

To support school environments in which students can fully engage with their classmates, their teachers, and instruction, the Board of Education of the Little Miami School District has determined PCDs usage by students during school hours should be limited. Personal Communication Devices (PCDs) include but are not limited to: smartphones, tablets, smartwatches, e-readers, portable gaming consoles, headphones, etc.

The objective of this policy is to strengthen Little Miami's focus on learning, in alignment with our mission to ignite students' passion for learning, cultivate a strong foundation of knowledge, and foster a sense of community within our schools.

### I. Research
Research shows that student's use of PCDs in schools has negative effects on student performance and mental health. PCDs distract students from classroom instruction, resulting in smaller learning gains and lower test scores. Increased PCD use has led to higher levels of depression, anxiety, and other mental health disorders in children.

### II. Applicability
This policy applies to the use of PCDs by students while on school property from 7:15 am - 2:15 pm.

### III. Use of PCDs
Students are prohibited from using PCDs with the following exceptions.

### IV. Exceptions
- A purpose is documented in the student's individualized education program, 504, or ELL plan.
- A medical need to monitor or address a health concern with parent, nurse, or doctor documentation.
- During lunch and in hallways between classes.
- When a teacher or administrator authorizes a student to use a PCD for academic purposes during classroom instructional time, which includes Extra Time Extra Help (ETEH).
- CCP students can access institutes of higher education (IHE) portals for academic reasons that cannot be accessed on school devices.
- During school-related events and functions (e.g., after-school activities, extracurricular activities, pep rallies).
- While riding school transportation.

### V. PCD storage
Students must keep their PCDs in their locker or within a classroom storage device provided by the district at all times when PCD use is prohibited. PCDs should be turned off while being stored in the room or in lockers. Students are not permitted to keep their PCD on them or take them to the restroom during academic times.

## <u>Disciplinary Procedures and Consequences</u>

A teacher or administrator may take the following disciplinary measures for your classroom if a student violates this policy:

- **1st and 2nd Offense**
  1. Verbal warning and direct the student to place the turned-off PCD into the classroom PCD storage unit.
  2. Enter a behavior <u>documentation report</u> (not a referral)
  3. Notify the parent or guardian of the violation by phone or email by the end of that school day.

- **3 or More Offenses**
  1. Notify the student of the offense, direct the student to place the turned-off PCD into the classroom PCD storage unit, and let them know the administration will be following up with them with consequences.
  2. Submit a documentation report and notify the parent or guardian by the end of that school day.
  3. Administration will administer consequences after the 3rd documentation report

Consequences may include confiscation of the PCD for the day, parent/guardian retrieval of PCD from the office, meeting with the parent/guardian, lunch detention, Saturday school, in-school assignment, or suspension.

### Restroom Procedure

This is a state tested course and we cover a large amount of material in a short amount of time. Therefore, you should never leave class unless absolutely necessary. Go to the restroom in between classes whenever possible. If you must leave class after the bell has rung, **you must ask my permission first**. If allowed, you must **completely** fill out the Sign Out Sheet at the front of the room. Once you return, sign back in on the Sign Out Sheet. Please be aware that only ONE student may be out of the room at a time.

**NOTE: Students will be given 3 bathroom passes per quarter that they must turn in if they want to use the restroom. Once students run out of passes, they will not be allowed to leave until the end of the period. Any unused bathroom passes can be turned in at the end of the quarter for extra credit.**

### School Issued Laptops

School issued laptops will be used *very rarely* in class. Almost all work will be done using pencil and paper. When we do use the laptops, they are only to be used when and as directed. When you are instructed to use your laptop for a classroom task, you are only to be working on that task. I do not expect you to work on American History assignments in other classes, and you are not allowed to work on assignments for other classes during American History class unless otherwise instructed.

### Photos

It is against classroom rules to take a picture of another student without their express permission. Students who violate this rule will be asked to delete the photo and subject to the Discipline Policy above. For additional information, please see Rule 8 of the Student Handbook.

**Grading Criteria**
Unit Tests/Quizzes
Classwork (including group assignments and projects)
Bell Ringers
Class Participation*

*Class participation will be entered into ProgressBook twice a quarter and will account for about 10% of your overall grade each quarter. There will be multiple opportunities for class participation each class. I do not want to make anybody feel uncomfortable in class and will only call on students randomly if there are no volunteers. Therefore, it is **your responsibility** to make sure that you are volunteering to answer the questions you feel comfortable answering.

**Grading Scale**
90-100% - A   80-89% - B     70-79% - C     60-69% - D     0-59% - F

**Absences**
When you are absent, it is **your** responsibility to obtain missing work. You should check for updates on Schoology, consult with a classmate, and/or talk to me (during ETEH, before or after class, or through Schoology/email). **If YOU do not reach out to ME, I will assume that you have no questions and have all assignments/materials**. Except in very rare and extreme circumstances, students will not be excused from assignments due to absences. Based on the circumstances, I may assign an alternate assignment for students to complete in lieu of what they missed, at my sole discretion. See the Student Handbook for our building's policy on completing missed assignments.

**Missed Tests/Quizzes**
When a test or quiz is missed, it must be made up **AS SOON AS POSSIBLE**. Tests and quizzes can be made up during ETEH, Project Pass (pending approval of the supervising teacher), or during a Study Hall period (pending approval from me and your Study Hall teacher). Students who do not make up a test or quiz within 1 week of their return to school will be given an alternative test or quiz consisting of all short answer/essay questions.

**Late Work**
Assignments are thought out and meant to introduce, reinforce, recall, and tie together material covered in class. In order to fully understand the material, it is important that *all* assignments be completed in a timely manner. *HOWEVER*, it is important – both for your grade in class and your understanding of the material – that you complete and submit **all** assignments, even if they are late. All work can be submitted up to one week past the due date for full credit. If it is more than one week late it will be accepted and assessed a late penalty, depending on how late it is. No work will be assessed a greater than 50% late penalty. Work submitted after the quarter it was assigned has ended will not be accepted.

**Test Corrections**
If for any reason you are not satisfied with your grade on a test, you may complete Test Corrections and earn back half the credit lost. In order to earn lost credit, you must completely fill out a Test Corrections worksheet, including the personal reflection, and submit it to me. Test Corrections can be done in the morning during ETEH, during study hall (provided you have made arrangements with me and your study hall monitor), or after school (if you've made prior arrangements with me). They must be done **individually**. If you correctly complete Test Corrections for all missed questions and your adjusted grade is still a D or F, or it will be rounded up to a 70%.

**Plagiarism/Academic Honesty Policy**

The work you submit must be your own. It cannot be copied from the internet or a classmate, and it cannot be produced using Artificial Intelligence software (ie. ChatGPT). Further, all tests are closed book – you may not use your textbooks, notes, the internet, or your neighbors for help. Violation of this policy may result in a loss of credit, up to and including a zero for the assignment, and further disciplinary action depending on the severity of the incident. **NOTE:** Unless you are working on a Group Assignment, providing your completed work to another student who then copies your work and submits it as their own is considered academic dishonesty and is subject to loss of credit under this policy, even if you did not intend for them to copy it. For your own protection, **DO NOT SHARE YOUR COMPLETED ASSIGNMENTS WITH YOUR CLASSMATES**.

**Exam**

At the end of the semester, you will take a cumulative exam that measures your academic growth since the beginning of the school year. This 90-minute exam will be about 10% of your 2nd quarter grade.

**Food/Drink Policy**

I do not care if you eat or drink in the classroom, as long as you are not disruptive and clean up after yourselves. It is not my or the janitors' job to clean up after you. This policy may be revised at my discretion if trash is continuously left behind.

**Communication Policy**

I encourage both students and parents/guardians to contact me with any questions or concerns. I will work to the best of my ability to accommodate any issues that may arise and ensure all students successfully complete the course. However, I cannot help if I am not aware there is an issue. Email is the best way to reach me. I am also happy to setup up a time to speak outside of class either in person or over the phone. **No question or issue is too small to bring to my attention**.

**Miscellaneous Information**

- Check Schoology and ProgressBook regularly – if something seems off, please contact me
- Because of the nature of social studies, at times we will be discussing sensitive material. All students are expected to participate in a mature manner and be respectful of others in the classroom at all times. Please understand that teachers might challenge you to further explain or defend your position on a historical matter. This is done solely to build your critical thinking an analysis skills.
- Submitting all assignments (even if it will be assessed a late penalty) and completing all tests are critical for successful completion of this class. Try to keep up with assignments. If you do begin to fall behind, utilize ETEH in order to catch up. Never hesitate to come to me with any concerns.

**Course Outline**

Introduction to Course/Expectations (Week 1)
Unit One – Historical Thinking & Skills (Weeks 2-3)
Unit Two – Founding Documents (Weeks 3-4)
Unit Three – Industrialization & Progressivism (Weeks 4-9)
Unit Four – Foreign Affairs from Imperialism to World War I (Weeks 10-12)
Unit Five – Prosperity, Depression, and the New Deal (Weeks 13-17)
Exam Week (Week 18)

## Mr. McIntyre's Syllabus Acknowledgement

We have both read the American History syllabus and discussed it with each other. Any questions or concerns we have about the syllabus have been communicated with Mr. McIntyre. **Please complete and return this form by <u>Friday, August 15, 2025.</u>**

Print Student Name: _____ Bell: _____

Student Signature: _____ Date: _____

Parent/Guardian Signature:_____ Date: _____

Please use the following space to share any information or specific concerns about the student you'd like me to know. This can be completed by the parents/guardians and/or student. Please feel free to use the back of this sheet as needed. You can also email this information to me.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____