**Little Miami High School**
3001 E. U.S. 22 & 3
Morrow, OH 45152
(513) 899-3781

Exhibit Y



# American History II Syllabus

## Teacher Information

| Name | Room | Email | Extension |
|---|---|---|---|
| George McIntyre | 2236 | gmcintyre@lmsdoh.org | 20415 |

## Course Description

American history from the Great Depression and World War II to the modern era post-9/11. American History II is a required course for graduation. American History is a state tested course .

## Required Materials

- A 3-ring binder (1" – 2") that is used **ONLY** for American History
- Pencil or Pen (please do not complete work in red ink)

## Course Goals

To better understand and appreciate:
- the major events which have shaped the United States;
- what it means to be an active, engaged, and informed citizen in a democratic society; and
- the various contributions of people of all races, ethnicities, genders, and backgrounds which have made our country what it is today.

## Classroom Expectations

Each day you will be expected to:
- arrive on time, prepared, and with all materials, including writing utensil and laptop;
- be ready to both learn and participate;
- be respectful and kind towards one another at all times; and
- follow the class rules and procedures.

## Classroom Procedures

- Check the basket on the table near the door each day for any handouts you may need
- Turn your cell phone into the assigned slot in the holder and quickly take your assigned seat
- Promptly begin the Bell Ringer. For full credit you must (1) make sure to answer **all parts** of **all questions** and (2) write a minimum of **4 complete sentences**. If you finish ahead of time:
    - You **MAY** work quietly on assignments from another class (and use your laptop if necessary), read, or sit quietly
    - You **MAY NOT** be on your cell phone, out of your seat, or talk to classmates
- Once we are ready to begin class, put away your Bell Ringer sheet, make sure you have the needed materials for the day (ie. handouts, note packets, writing utensil, etc.), and are ready to begin class promptly.
- If you do not understand something, ASK

## Restroom/Hall Pass Procedure

This is a state tested course and we cover a large amount of material in a short amount of time. Therefore, you should never leave class unless absolutely necessary. Go to the restroom in between classes whenever possible. If you must leave class after the bell has rung, **you must ask my permission first**. If allowed, you must **completely** fill out the Sign Out Sheet at the front of the room. Once you return, sign back in on the Sign Out Sheet. Please be aware that only ONE student may be out of the room at a time.

### Discipline Plan
- First Offense:  Verbal Warning/Consultation
- Second Offense:  Parent Contact
- Third Offense:  Office Referral

### Absences
When you are absent, it is **your** responsibility to obtain missing work. You should check for updates on Schoology, consult with a classmate, and/or talk to me (during ETEH, before or after class, or through Schoology/email). **If YOU do not reach out to ME, I will assume that you have no questions and have all assignments/materials**. Except in very rare and extreme circumstances, students will not be excused from assignments due to absences. Based on the circumstances, I may assign an alternate assignment for students to complete in lieu of what they missed, at my sole discretion. See the Student Handbook for our building's policy on completing missed assignments.

### Missed Tests
When a test is missed, it must be made up **AS SOON AS POSSIBLE**. Tests can be made up during ETEH, Project Pass (pending approval of the supervising teacher), or during a Study Hall period (pending approval from me and your Study Hall teacher). Students who do not make up a test within 1 week of their return to school may be given an alternative test consisting of all short answer/essay questions.

### Cell Phone/Earbuds/Headphones/Electronics Policy
Unless otherwise instructed by me, cell phones that are brought into the classroom MUST be placed in the assigned slot in the holder at the beginning of class. All other electronic devices (including any and all headphones, earbuds, iPods, etc.) are to be put away, off your desk, off your lap, and out of your hands *at all times*.

### Photos
It is against classroom rules to take a picture of another student without their express permission. Students who violate this rule will be asked to delete the photo and subject to the Discipline Policy above. For additional information, please see Rule 8 of the Student Handbook.

### School Issued Laptops
School issued laptops will be used *very rarely* in class. Almost all work will be done using pencil and paper. When we do use the laptops, they are only to be used when and as directed. When you are instructed to use your laptop for a classroom task, you are only to be working on that task. I do not expect you to work on American History assignments in other classes, and you are not allowed to work on assignments for other classes during American History class unless otherwise instructed.

### Grading Criteria
Unit Tests/Quizzes
Classwork
Group Assignments
Final Projects
Bell Ringers
Class Participation*

*Class participation will be entered into ProgressBook twice a quarter and will account for about 10% of your overall grade each quarter. There will be multiple opportunities for class participation each class. I do not want to make anybody feel uncomfortable in class and will only call on students randomly if there are no volunteers. Therefore, it is **your responsibility** to make sure that you are volunteering to answer the questions you feel comfortable answering.

**Grading Scale**
90-100% - A   80-89% - B      70-79% - C      60-69% - D      0-59% - F

**Late Work**
Assignments are thought out and meant to introduce, reinforce, recall, and tie together material covered in class. In order to fully understand the material, it is important that *all* assignments be completed in a timely manner. *HOWEVER*, it is important – both for your grade in class and your understanding of the material – that you complete and submit **all** assignments, even if they are late. All work can be submitted up to one week past the due date for full credit. If it is more than one week late it will be accepted and assessed a late penalty, depending on how late it is. No work will be assessed a greater than 50% late penalty. Work submitted after the quarter it was assigned has ended will not be accepted.

**Post-Test/Exam**
At the end of the semester, you will take a cumulative exam that measures your academic growth since the beginning of the school year. This 90-minute exam will be 10-20% of your 4th quarter grade.

**Test Corrections**
If for any reason you are not satisfied with your grade on a test, you may complete Test Corrections and earn back half the credit lost. In order to earn lost credit, you must completely fill out a Test Corrections worksheet, including the personal reflection, and submit it to me. Test Corrections can be done in the morning during ETEH, during study hall (provided you have made arrangements with me and your study hall monitor), or after school (if you've made prior arrangements with me). They must be completed **in my classroom** and must be done individually. If you correctly complete Test Corrections for all missed questions and your adjusted grade is still a D or F, it will be rounded up to a 70%.

**Plagiarism/Academic Honesty Policy**
The work you submit must be your own. It cannot be copied from the internet or a classmate, and it cannot be produced using Artificial Intelligence software (ie. ChatGPT). Further, all tests are closed book – you may not use your textbooks, notes, the internet, or your neighbors for help. Violation of this policy may result in a loss of credit, up to and including a zero for the assignment, and further disciplinary action depending on the severity of the incident. **NOTE:** Unless you are working on a Group Assignment, providing your completed work to another student who then copies your work and submits it as their own is considered academic dishonesty and is subject to loss of credit under this policy, even if you did not intend for them to copy it. For your own protection, **DO NOT SHARE YOUR COMPLETED ASSIGNMENTS WITH YOUR CLASSMATES**.

**Food/Drink Policy**
I do not care if you eat or drink in the classroom, as long as you are not disruptive and clean up after yourselves. It is not my or the janitors' job to clean up after you. This policy may be revised at my discretion if trash is continuously left behind.

**Communication Policy**
I encourage both students and parents/guardians to contact me with any questions or concerns. I will work to the best of my ability to accommodate any issues that may arise and ensure all students successfully complete the course. However, I cannot help if I am not aware there is an issue. Email is the best way to reach me. I am also happy to setup up a time to speak outside of class either in person or over the phone. **No question or issue is too small to bring to my attention**.

**Miscellaneous Information**
- Check Schoology and Progressbook regularly – if something seems off, please contact me
- Because of the nature of social studies, at times we will be discussing sensitive material. All students are expected to participate in a mature manner and be respectful of others in the classroom at all times. Please understand that teachers might challenge you to further explain your position on a matter. This is done solely to build your critical thinking and analytical skills, NOT to embarrass you.
- Submitting all assignments (even if it will be assessed a late penalty) and completing all tests are critical for successful completion of this class. Try to keep up with assignments. If you do begin to fall behind, utilize ETEH in order to catch up. Never hesitate to come to me with any concerns.

**Course Outline**

This course follows the Content Statements contained within the Ohio Model Curriculum for high school American History published by the Ohio Department of Education. This year, we will be covering the content thematically as opposed to chronologically. Additionally, we will be following a more project-based approach to the content, with each unit having a Final Project that each student will complete. While the Final Project will be done individually, some of the prep work and assignments building up to the Final Project will be complete in groups.

**Unit Three – American Heroism**
- Part I: Great Depression & New Deal
  - Weeks 1-2
  - Content Statements:
    - #19 – The Great Depression was caused, in party, by the federal government's monetary policies, stock market speculation, and increasing consumer debt. The role of the federal Government expanded as a result of the Great Depression
- Part II: From Isolation to World War
  - Weeks 3-5
  - Content Statements
    - #20 – During the 1930s, the U.S. government attempted to distance the country from earlier interventionist policies in the Western Hemisphere as well as retain an isolationist approach to events in Europe and Asia until the beginning of WWII
    - #21 – United States policy and mobilization of its economic and military resources during WWII affected American Society. Despite mistreatment, marginalized groups played important roles in the war effort while continuing to protest unfair treatment
    - #22 – Use of atomic weapons changed the nature of war, altered the balance of power, and began the nuclear age (start)
- Part III – The Cold War
  - Weeks 6-9
  - Content Statements
    - #22 – Use of atomic weapons changed the nature of war, altered the balance of power, and began the nuclear age (conclude)
    - #23 – The United States followed a policy of containment during the Cold War in response to the spread of communism
    - #24 – The Second Red Scare and McCarthyism reflected Cold War fears in American society
    - #25 – The Cold War and conflicts in Korea and Vietnam influenced domestic and international politics
    - #26 – The collapse of communist governments in Eastern Europe and USSR brought an end to the Cold War

**Unit Four – Patriotism & Protest**
- Weeks 10-12
- Content Statements:
    - #27 – Following World War II, the United States experienced a struggle for racial and gender equality and the extension of civil rights

**State Test Prep**
- Weeks 13-15
- Content Statements:
    - #29 – The continuing population flow from cities to suburbs, the internal migrations from the Rust Belt to the Sun Belt, and the increase in immigration resulting from passage of the 1965 Immigration Act have had social and political impacts
    - #30 – Political debates focused on the extent of the role of government in the economy, environmental protection, social welfare, and national security
    - **NOTE:** In addition to a quick review of the topics above, the State Test Prep will include both a review of material already covered as well as an explanation of topics not yet covered but which may be on the state test

**Unit Five – Technology**
- Week 16
- Content Statements:
    - #28 – The postwar economic boom and advances in science and technology, produced changes in American life
    - #31 – Improved global communications, international trade, transnational business organizations, overseas competition, and the shift from manufacturing to service industries have impacted the American economy

**Unit Six – United States and the post-Cold War World**
- Weeks 17-18
- Content Statements:
    - #32 – Focusing on domestic policy the United States faces ongoing social, political, national security, and economic challenges in the post-Cold War era and following the attacks on September 11, 2001
    - #33 – Focusing on foreign policy the United States faces ongoing social, political, national security, and economic challenges in the post-Cold War era and following the attacks on September 11, 2001

**Exam Prep, Review, and Administration**
- Week 18



### Mr. McIntyre's Syllabus Acknowledgement

We have both read the American History syllabus and discussed it with each other. Any questions or concerns we have about the syllabus have been communicated with Mr. McIntyre. **Please complete and return this form by <u>Friday, January 10, 2025.</u>**

Print Student Name: _____

Student Signature: _____ Date: _____

Parent/Guardian Signature:_____ Date: _____

Please use the following space to share any information or specific concerns about the student you'd like me to know. This can be completed by the parents/guardians and/or student. Please feel free to use the back of this sheet as needed. You can also email this information to me.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____