**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

GEORGE MCINTYRE

Plaintiff

v.

LITTLE MIAMI SCHOOL DISTRICT, ET AL

Defendants

Case No. 1:26-cv-00351-MWM

Judge: McFarland

NOTICE OF REDACTED EXHIBIT

Pursuant to the Court's Order, Plaintiff respectfully submits the attached redacted documents submitted in support of the Motion to Seal (Doc.31)

1.  Affidavit in Support of Motion

2.  Affidavit in Support of Motion

Respectfully submitted,

  /s/ Joshua Engel
Joshua Adam Engel (OH 0075769)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's electronic filing system this August 5, 2026 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel

1