**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

GEORGE MCINTYRE

Plaintiff

v.

LITTLE MIAMI SCHOOL DISTRICT,
ET AL

Defendants

Case No. 1:26-cv-00351-MWM

Judge:  Matthew W. McFarland

AFFIDAVIT OF ███████

, being duly sworn on oath, does depose and state as follows:

1. I am one of the individuals who sent text messages to George McIntyre concerning the Hate Has No Home Here Flag.

2. I am submitting this Affidavit to respectfully request that my identity remain anonymous and that any text messages involving me be produced in a manner that does not disclose my name or identifying information.

3. I do not believe that my identity is relevant to the underlying claims or defenses in this matter.  In my communications, I introduced George to legal counsel.  I did not speak with George about what he teaches in his classroom.  The disclosure of my name would not provide information material to the issues before the Court. My involvement is limited to introducing George to legal counsel and sharing my belief that concerns raised by certain students deserved to be heard. I possess no additional information relevant to the claims at issue.

1

4. I have  been a public critic of Defendant David Wallace's performance both as a member of the School Board and previously as a Township Trustee. Because of that history, I am concerned that disclosure of my identity could subject me to on-line retaliation, harassment, or other improper conduct unrelated to the merits of this case.  I have seen other people who criticized Wallace on line be publicly attacked and ridiculed, particularly through anonymous Facebook posts, by on-line activists.

5. I have a specific concern that if my name is disclosed I will be subjected to a SLAPP suit.  (A SLAPP suit is a civil lawsuit filed against individuals and groups for having communicated on an issue of some public interest or concern in order to retaliate against political opposition, attempt to prevent future opposition, and intimidate political opponents.)  I have previously been the subject of such a suit brought by Wallace's political allies.  That litigation was ultimately dismissed, but I still had to devote time and legal fees to the defense. During those proceedings, allegations were made that I knew to be false, such as claims that I had driven past two separate residences and attended a School Board meeting that I did not attend. Based on those experiences, I am concerned that if my identity is disclosed I will be subject to additional lawsuits where the goal is not necessarily to "win" the lawsuit, but rather to deter my public participation in the democratic process by instituting or threatening lawsuits to intimidate me into silence.

3

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 6th Day of July 2026.

