# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GEORGE MCINTYRE | Case No. 1:26-cv-00351-MWM |
| Plaintiff | Judge:  Matthew W. McFarland |
| v. | |
| LITTLE MIAMI SCHOOL DISTRICT, ET AL | MOTION FOR LEAVE TO CORRECT FILING |
| Defendants | |

Plaintiff respectfully requests leave to correct Document 25-27 (also Doc.29-27).  The Court previously granted Plaintiff leave to file an unredacted copy of this document under seal.

Defendants have pointed out that the text messages in Document 25-27 contain some personal identifying information of third parties.  (Def. Motion for Clarification, Doc.32, PageID#2351.)  The failure to redact this information was completely inadvertent; Counsel for Plaintiff regrets the mistake which was the result of attempting to get discovery produced on an expedited basis and no waiver should be inferred.[1]

 A document with correct redactions accompanies this Motion.

**Wherefore,** the Court should grant leave to Plaintiff to replace document 25-27 (also Doc.29-27) with the properly redacted copy that accompanies this Motion.

---

[1] Counsel observes that the text messages were filed with the Clerk only because Defendants had used them as an exhibit during a deposition; Plaintiff does not refer to the texts or this exhibit in the Motion for Summary Judgment (Doc.26.).  Plaintiff's view is that while Plaintiff's text messages were discoverable consistent with the broad discovery permitted in civil rights cases, ultimately they are not relevant to the test for government employee speech established by the Supreme Court in *Connick v. Myers*, 461 U.S. 138 (1983), *Garcetti v. Ceballos*, 547 U.S. 410 (2006), and *Pickering v. Board of Education*, 391 U.S. 563 (1968).

1

Respectfully submitted,

 /s/ Joshua Engel
Joshua Adam Engel (OH 0075769)
Jim Hardin (0056247)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's electronic filing system this August 6, 2026 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel