**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| GEORGE MCINTYRE, | Case No. 1:26-cv-00351-MWM |
| Plaintiff | Judge:  Matthew W. McFarland |
| v. | |
| LITTLE MIAMI SCHOOL DISTRICT, ET AL | JOINT MOTION TO EXTEND DISCOVERY, REMOVE STAY, AND SET BRIEFING SCHEDULE |
| Defendants | |

Plaintiff and Defendants respectfully request that the Court remove the stay in this case, extend the time for limited discovery, and set a briefing schedule on outstanding motions.  Defendants further request leave to submit a Supplemental Opposition to Motion to Accelerate Trial that will be limited to addressing discovery since the Opposition was filed (Doc.27); Plaintiff does not oppose this request.

As grounds for this Motion, the parties state:

This Court previously stayed this matter pending the resolution disputes about discovery.  (July 6, 2026.)  On August 3, 2026, chambers advised the parties by email that the Court would permit limited additional discovery related to an affidavit filed in support of the Motion for Preliminary Injunction (Doc.25-31) following the filing of the unredacted materials under seal.   Pending before the Court are several Motions:

- Defendants' Motion to Dismiss (Doc. 10) (which is fully briefed)

- Plaintiff's Motion for Preliminary Injunction (Doc.3)

- Plaintiff's Motion to Accelerate Trial and Combine Trial on the Merits With a Hearing on Plaintiff's Pending Motion for Preliminary Injunction (Doc.27)

1

- Plaintiff's Motion for Summary Judgment (Doc.26)

After conferral, the Parties jointly request that the Court set the following discovery and briefing schedule:

| | |
|---|---|
| August 14, 2026 | Completion of Discovery related to Affidavit (Doc.25-31) |
| August 17, 2026 | Defendants' Supplemental Opposition to Motion to Accelerate Trial (Doc.27) |
| August 24, 2026 | Plaintiff's Reply to Opposition to Motion to Accelerate Trial (Doc.27) |
| August 31, 2026 | Defendant's Combined Opposition to Motion for Summary Judgment (Doc.26) and Sur-Reply to Plaintiff's Motion for Preliminary Injunction (Doc.3) |
| September 11, 2026 | Plaintiff's Reply to Opposition to Motion for Summary Judgment (Doc.26) |

The parties further stipulate and agree that the two affidavits submitted in support of the Motion to Seal (Doc.31) will not be relied upon for purposes of the Motion for Preliminary Injunction (Doc.3) or the Motion for Summary Judgment (Doc.26).

In submitting this Joint Motion, Defendants state the following:

- Defendants' submission of this Motion does not constitute agreement concerning Plaintiff's request for consolidation under Fed. R. Civ. P. 65(a)(2), the adequacy of the existing record for a trial on the merits, or the scope of any additional merits discovery if claims remain following resolution of the pending motions.

- Defendants' agreement to this briefing schedule is without prejudice to their position that additional discovery may be appropriate under Fed. R. Civ. P. 56(d), and that, if claims remain following resolution of the pending motions,

ordinary merits discovery and trial preparation should occur before any trial on the merits, whether consolidated under Fed. R. Civ. P. 65(a)(2) or otherwise.

**Wherefore,** the Court should remove the stay in this case, extend the time for limited discovery, and set a briefing schedule on outstanding motions.

Respectfully submitted,

FOR PLAINTIFF

/s/ Joshua Engel
Joshua Adam Engel (OH 0075769)
Jim Hardin (0056247)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

FOR DEFENDANTS

/s/Omar Tarazi
Omar Tarazi (0084165)
5635 Sandbrook Lane
Hilliard, Ohio 43026
(614) 226-2823
otarazi@tarazilaw.com

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been electronically served via the Court's electronic filing system this August 13, 2026 upon all counsel of record.

<u>/s/ Joshua Engel</u>
Joshua Engel