**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| GEORGE MCINTYRE, | Case No. 1:26-cv-00351-MWM |
| Plaintiff | Judge:  Matthew W. McFarland |
| v. | |
| LITTLE MIAMI SCHOOL DISTRICT, ET AL | ENTRY RE: |
| Defendants | JOINT MOTION TO EXTEND LIMITED DISCOVERY, REMOVE STAY, AND SET BRIEFING SCHEDULE |

This matter is before the Court on the parties' Joint Motion to remove the stay, complete limited additional discovery, and establish a briefing schedule on the pending motions.

For good cause shown, the Joint Motion is GRANTED.

1. The stay in this matter is terminated.

2. Limited additional discovery concerning the affidavit submitted in support of the Motion for Summary Judgment (Doc.25-31) shall be completed by August 14, 2026.  Defendant's may address this additional discovery in the Sur-Reply to the Motion for Preliminary Injunction (Doc.3) and the Response to the Motion for Summary Judgment (Doc. 26).  Defendants are granted leave to file a supplemental Memorandum in Response to the Motion to Accelerate Trial (Doc. 27) addressing this discovery.  Any additional discovery materials shall be filed in accordance with the Court's applicable filing and sealing requirements.

3. Pursuant to the parties' stipulation,  the two affidavits submitted in support of Plaintiff's Motion to Seal (Doc. 31) shall not be considered or relied upon by either party or the Court for purposes of Plaintiff's Motion for Preliminary Injunction (Doc. 3) or Plaintiff's Motion for Summary Judgment (Doc. 26).

4. The Court establishes the following briefing schedule:

| August 17, 2026 | Defendants' Supplemental Opposition to Plaintiff's Motion to Accelerate Trial (Doc. 27) |
| --- | --- |
| August 24, 2026 | Plaintiff's Reply in Support of the Motion to Accelerate Trial (Doc. 27) |
| August 31, 2026 | Defendants' Combined Opposition to Plaintiff's Motion for Summary Judgment (Doc. 26) and Sur-Reply in Opposition to Plaintiff's Motion for Preliminary Injunction (Doc. 3) |
| September 11, 2026 | Plaintiff's Reply in Support of the Motion for Summary Judgment (Doc. 26) |

Nothing in this Entry determines the scope of any additional merits discovery or whether consolidation under Fed. R. Civ. P. 65(a)(2) is appropriate.  SO ORDERED.

_____
JUDGE
UNITED STATES DISTRICT COURT