**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

GEORGE McINTYRE,

Plaintiff,

v.

LITTLE MIAMI LOCAL SCHOOL DISTRICT, et al.,

Defendants.

Case No. 1:26-cv-00351-MWM

Judge Matthew W. McFarland

**DEFENDANTS' MOTION FOR LEAVE TO FILE LIMITED SUPPLEMENTAL MEMORANDUM CONTRA PLAINTIFF'S MOTION TO ACCELERATE TRIAL (DOC. 27)**

Defendants respectfully move for leave to file the Supplemental Memorandum Contra tendered with this Motion. The requested leave is the same unopposed relief already requested in the parties' pending Joint Motion to Extend Discovery, Remove Stay, and Set Briefing Schedule. (Joint Motion, Doc. 37). The purpose of the memorandum is to supplement with regard to discovery that has occurred since the filing of our prior memorandum (Doc. 30). Doc. 37 has not yet been ruled upon however; it proposes an August 17th filing deadline for Defendants to submit Defendants' Supplemental Opposition to Motion to Accelerate Trial. (Doc. 37 page 2). Consistent with complying with the proposed joint motion schedule, Defendant's seek leave to file the attached memorandum.

Respectfully submitted,

/s/ Omar Tarazi__________
Omar Tarazi (0084165)
5635 Sandbrook Lane
Hilliard, Ohio 43026
Ph: (614) 226-2823
otarazi@tarazilaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on 8/17/2026, a copy of the foregoing was filed and served upon all counsel of record via the Court's CM/ECF system.

/s/ Omar Tarazi________
Omar Tarazi (0084165)