**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

GEORGE McINTYRE,

Plaintiff,

v.

LITTLE MIAMI LOCAL SCHOOL DISTRICT, et al.,

Defendants.

Case No. 1:26-cv-00351-MWM

Judge Matthew W. McFarland

**ENTRY GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE LIMITED SUPPLEMENTAL MEMORANDUM CONTRA PLAINTIFF'S MOTION TO ACCELERATE TRIAL (DOC. 27)**

This matter is before the Court on Defendants' Motion for Leave to File a Supplemental Memorandum Contra Plaintiff's Motion to Accelerate Trial and Consolidate Trial on the Merits with the Preliminary-Injunction Hearing. For good cause shown, the Motion is GRANTED. Consistent with the parties' pending Joint Motion (Doc. 37), Defendants are granted leave to file the Supplemental Memorandum tendered with their Motion for Leave. The submitted Supplemental Memorandum is deemed filed as of August 17, 2026.

________________________________

JUDGE MATTHEW W. McFARLAND
UNITED STATES DISTRICT COURT