**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

GEORGE McINTYRE,

Plaintiff,

v.

LITTLE MIAMI LOCAL SCHOOL DISTRICT, et al.,

Defendants.

Case No. 1:26-cv-00351-MWM

Judge Matthew W. McFarland

**DEFENDANTS' SUPPLEMENTAL MEMORANDUM CONTRA PLAINTIFF'S MOTION TO ACCELERATE TRIAL (DOC. 27)**

Pursuant to the Court's August 17, 2026 Notation Order, Defendants submit this supplemental memorandum addressing the limited additional discovery concerning Doc. 25-31 and its effect on Plaintiff's request to accelerate trial. That Order moots Defendants' pending Motion for Leave, which Defendants withdraw. Defendants incorporate their July 2, 2026 Memorandum Contra (Doc. 30). Defendants completed the affiant's deposition on August 14, 2026. That deposition cured the discrete inability to test the affidavit identified in Defendants' original opposition. It did not establish that the present record is complete for trial.

The Court has now set a briefing schedule for Plaintiff's Motion for Summary Judgment. Defendants also intend to file a cross-motion for summary judgment on the threshold legal question. A ruling granting either party's dispositive motion may resolve the case and eliminate any need for a consolidated trial.

Defendants do not oppose resolving the preliminary-injunction motion on the same record submitted with the summary-judgment briefing, nor do they oppose deferring any trial until the dispositive motions are resolved. But the completion of one supplemental deposition does not make the expedited preliminary-injunction record a complete trial record. Defendants expressly preserved that they had not agreed that the existing record is adequate for trial or

waived ordinary merits discovery. (Doc. 37) The Court has not entered a Rule 16(b) merits schedule, and discovery has remained confined to the limited scope, 30-day period, and five-deposition cap imposed by the expedited-discovery order.

Defendants respectfully request that the Court first resolve the pending and forthcoming summary-judgment motions. Defendants oppose accelerating a merits trial on the existing limited expedited-discovery record. Plaintiff's request for acceleration is difficult to square with his current position: his preliminary-injunction motion will soon be fully briefed on the expedited record developed for that purpose, yet he proposes deferring its resolution until after the summary-judgment motions are decided and, if claims remain, resolving it at trial. Defendants do not oppose such deferral and consolidation, provided that, if claims remain, the parties receive a reasonable opportunity for ordinary merits discovery and trial preparation.

Respectfully submitted,

/s/ Omar Tarazi__________
Omar Tarazi (0084165)
5635 Sandbrook Lane
Hilliard, Ohio 43026
Ph: (614) 226-2823
otarazi@tarazilaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17th, 2026, a copy of the foregoing was filed and served upon all counsel of record via the Court's CM/ECF system.

/s/ Omar Tarazi____________
Omar Tarazi (0084165)