**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

GEORGE McINTYRE,

Plaintiff,

v.

LITTLE MIAMI LOCAL SCHOOL DISTRICT, et al.,

Defendants.

Case No. 1:26-cv-00351-MWM

Judge Matthew W. McFarland

**NOTICE OF FILING OF AFFIANT 29-31'S DEPOSITION TRANSCRIPT AND EXHIBITS IN SUPPORT OF DEFENDANTS' OPPOSITION AND SUR-REPLY**

Pursuant to the Court's August 17, 2026 Notation Order, Defendants file the following deposition of Affiant in Doc. 29-31 in support of their Combined Opposition to Plaintiff's Motion for Summary Judgment (Doc. 26), Sur-Reply in Opposition to Plaintiff's Motion for Preliminary Injunction (Doc. 3), and Response to Plaintiff's Proposed Undisputed Facts (Doc. 26-1):

1- Redacted certified deposition transcript of the affiant in 29-31;
2- Redacted Deposition Exhibit AA-1 Affidavit (previously filed at Doc. 29-31)
3- Redacted Deposition Exhibit AA-3: Resignation Letter;
4- Deposition Exhibit 101: Set of Articles.

The redactions are at the request of Plaintiff. Defendants separately seek leave to file the unredacted transcript and exhibits under seal.

Respectfully submitted,

/s/ Omar Tarazi__________
Omar Tarazi (0084165)
5635 Sandbrook Lane
Hilliard, Ohio 43026
Ph: (614) 226-2823
otarazi@tarazilaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21st, 2026, a copy of the foregoing and attached documents were filed and served upon all counsel of record via the Court's CM/ECF system.

/s/ Omar Tarazi (0084165)____________