EXHIBIT AA-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

GEORGE MCINTYRE

Plaintiff

v.

LITTLE MIAMI SCHOOL DISTRICT, ET AL

Defendants

Case No. 1:26-cv-00351-MWM

Judge: Matthew W. McFarland

AFFIDAVIT OF [redacted]

[redacted], being duly sworn on oath, does depose and state as follows:

1. I received a B.L.A. from Xavier and have a Master's in History from American Military University. I am licensed to teach in Ohio.
2. I taught at Little Miami Schools from [redacted] through [redacted]. I taught in both the Junior High and the High School. I taught social studies, which included world history, AP European History, and AP World History.
3. I am one of the people who texted with George McIntyre about this issue. I am concerned that disclosure of my identity could result in a substantial risk of harassment, retaliation, and doxing on-line. I am aware that other teachers who have spoken out about LGBTQ+ issues have received unwarranted on-line exposure.
4. I am aware that David Wallace has sued people who have spoken out against him politically. Even though he has been unsuccessful in these cases, fighting a defamation suit, however baseless, against a prominent, deep-pocketed

plaintiff like Wallace can burn up a significant amount of my time, attention, and money.

5. I served as the advisor for the Gay-Straight Alliance (also known as the Gender and Sexualities Alliance) at Little Miami High School from [redacted] through [redacted]. The GSA was a student-driven club that met on a regular basis to discuss current events and topical issues. The purpose of the GSA club was to provide safe, supportive, and inclusive spaces for LGBTQ+ students and their allies. The GSA functioned as a support network to reduce isolation, build community through social activities, and promote respect and equality throughout the school. At LM High School, the GSA also worked on skills to deflect harassment in the schools. The GSA provided a place where LGBTQ+ at LM High School students could express their authentic identities without fear of judgment.

6. LGBTQ+ students at LM High School were often subject to sexual harassment, bullying, taunts, and slurs. GSA posters were often torn down. Students were dead named in classes and misgendered by other students and occasionally teachers. The students I advised believed that they would receive some support from the school principals, but that, particularly over the past few years, the support from the District's central office and school board was limited.

7. I believe that members of the LMSD School Board have demonstrated animus towards LGBTQ+ students. For example, a few years ago GSA students did a series of recorded interviews (with the permission of the principal) about their experiences as LGBTQ+ students at Little Miami. The purpose of the project

was to share information from LGBTQ+ students in order to raise awareness about the challenges these students face. I had planned a professional development program for teachers based on these interviews; this program was cancelled. I was told that a school board member had called the principal or superintendent and instructed that this program not be allowed.

8. I attempted to get additional training for teachers on how to better respond to LGBTQ+ students' issues and raise awareness of best practices for dealing with harassment. I sought to add these types of programs to teacher trainings and advocate on behalf of LGBTQ+ students with district administrators (this was before Ms. Morgan was Superintendent). I believe that these efforts were blocked either because of direct instructions from school board members or a desire by the Superintendent's office to not upset school board members who held anti-LGBTQ+ views.

9. Since approximately the start of my teaching at LMSD, I had placed a "safe space" sticker displayed on my classroom door or elsewhere in my classroom. A number of other teachers had these stickers as well. We wanted students to know that they would be accepted for who they are in the classroom. My understanding, based on my research and experience, is that LGBTQ+ students believing that they have at least one teacher who will accept their identity has significant educational and health benefits. One is depicted here.



10. The safe space stickers never received any complaints until they became controversial around 2020 when some school board members who had expressed anti-LGBTQ+ views were elected. The prior Superintendent ordered that all of the stickers be removed over summer break. When I returned from summer break, custodial staff had removed and discarded the safe space stickers. I hosted a meeting for teachers who were affected; most were unwilling to challenge the issue further come forward because of fear of retaliation. I asked the new Superintendent if the safe space stickers could be out back up; she simply said "I can't allow that."

1. In September 2023, the District decided to scale back and alter their Scholastic Book Fairs following complaints about the inclusion of certain graphic novels, including the graphic novel series Heartstopper by Alice Oseman, which centers on a gay boy. Wallace, then a candidate for school board, objected to the presence of any stories that included LGBTQ+ characters. The LGBTQ+

students I advised were severely distressed by these actions; they felt as if their identities were being erased and that they were being targeted. My impression was that the School Board was using the LGBTQ+ students to score political points and create as hostile an environment for LGBTQ+ students as possible. After the public objections from David Wallace and others, I became aware of an increase in harassment toward LGBTQ+ students, including the use of slurs and the tearing down of administration-approved GSA club posters.

11. I resigned from LMSD in [redacted]. ‘Despite an exemplary teaching record, the ongoing treatment of our LGBTQ+ and other vulnerable student groups had caused me severe distress and was therefore a major reason why I resigned from Little Miami Schools.”

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 30th day of June 2026.

[redacted]

[redacted]