**2025-26**

EXHIBIT AA-3

**From** [redacted]

**To** Pam Coates <pcoates@lmsdoh.org>, Kevin Harleman <kharleman@lmsdoh.org>, Chad Huelsman <chuelsman@lmsdoh.org>, Marla Timmerman <mtimmerman@lmsdoh.org>, Regina Morgan <rmorgan@lmsdoh.org>

**Date** [redacted] 18:56:07 +0000

---

Good afternoon,

After a long period of reflection, I am writing this email to let you know that I will be resigning from my teaching position effective the end of this contract year. This decision is a result of chronic distress from concerns over the physical and emotional safety of both myself and my students. Additionally, the ability for educators to teach historical, evidence-based truths and make that content relevant to students' lives is threatened now more than ever.

I will continue to perform my professional responsibilities and only wish for my departure to occur as quietly as possible. I am also happy to help with any transition process, if needed.

I would like to thank Dr. Harleman and Dr. Huelsman who have both been fantastic administrators to work for. They are top-level administrators - our students and staff are lucky to have them.

Mrs. Coates: May I please have information on COBRA insurance, as I am leaving public education altogether.

Please don't hesitate to reach out if there is know if you need anything else from me. Best wishes,

[redacted]

“The ultimate tragedy is not the oppression and cruelty by the bad people but the silence over that by the good people.” Dr. Martin Luther King Jr

“Our children are watching us live, and what we are shouts louder than anything we can say.” Wilfred A. Peterson

"History has always judged silence and complicity harshly in these times of moral consequence." Pramila Jayapal

“Silence becomes cowardice when occasion demands speaking out the whole truth and acting accordingly.” Mahatma Gandhi

“If you are neutral in situations of injustice, you have chosen the side of the oppressor. If an elephant has its foot on the tail of a mouse and you say that you are neutral, the mouse will not appreciate your neutrality.” Archbishop Desmond Tutu

"Who controls the past, controls the future: who controls the present controls the past.” George Orwell, *1984*