**For LGBTQ+ students 13+ years old: We want to hear from you!**

# The 2025 National School Climate Survey

School experiences of LGBTQ+ Youth in the U.S.

**Explore Findings**

## Overview

Presented below are the findings from the 13th installment of Glisten's National School Climate Survey (NSCS), the longest running survey of its kind. We draw from survey and

**Topics**

impose a singular narrative of either 'targets' and 'victims', or 'leaders' and 'resilient'.





EXHIBIT 101

Though these findings are just a snapshot of their school experiences, our hope is that they present a realistic and holistic view of the K-12 school climate for LGBTQ+ students in our study. At a time when their identities are being weaponized against them, we aim to present these complexities, especially the strengths and aspirations of LGBTQ+ youth, so that they feel seen, heard, and valued.

Learn more about the next National School Climate Survey here.

DOWNLOAD SUMMARY

Descargar Resumen

## Key Findings

**As in previous NSCS reports, schools continue to be hostile environments for LGBTQ+ students. Trans and gender-expansive students are disproportionately affected by harassment and discrimination.**

### 2 in 3

students reported feeling unsafe because of their sexual orientation, gender identity, or gender expression.

### 1 in 3

LGBTQ+ participants "frequently" or "often" look forward to school.

2024-2025 Focus Group

**Youth reported that their school climate felt more hostile during the 2024-2025 school year due to an anti-LGBTQ+ political climate.**

Glisten

## 86%

of trans students avoid certain school areas, and 48% of BIPOC LGBTQ+ students faced harassment due to race or ethnicity in the 2023–2024 school year.

### Verbal, physical, and online harassment and assault remain serious issues for LGBTQ+ students.

## 53%

More than half of respondents (53%) said they faced LGBTQ+related discrimination, such as being prevented from using a locker room consistent with their gender.

2024-2025 Focus Group

### Within our focus groups, transfemme students experienced both unclear policies and weak implementation, intersex students reported harmful representation in sex-ed, and Black LGBTQ+ participants often felt disconnected from GSAs.

### Bathroom access remains a major concern for trans and gender-expansive students.

41% were stopped or punished for using bathrooms aligned with their gender, and 64% reported avoiding school bathrooms altogether.

### LGBTQ+ youth emphasized that safety in school means not only the absence of harm but also support and affirmation to be authentically themselves without self-censorship.

### LGBTQ+ students with more supportive educators, anti-bullying policies that explicitly mention sexual orientation and gender identity, LGBTQ+ inclusive learning, and GSA presence report a higher sense of belonging and higher GPAs.

## 70%

**Youth emphasized the importance of support from peer connections and friendships in schools, especially within the LGBTQ+ community.**

# Safety

LGBTQ+ students define safety as affirmation and support, not just the absence of harm. Even as many felt safe at school overall, students reported feeling unsafe at times due to their sexual orientation or gender identity, particularly trans and gender-expansive youth. Even so, students described strong peer and educator support, and self-advocacy.

### 58%

reported feeling somewhat or very safe overall in school. Trans and gender-expansive students were more likely to report feeling unsafe overall.

### 67%

of respondents and 71% of trans and gender-expansive students felt unsafe at some point due to their LGBTQ+ identity.

## Overall Safety in School




Made with Flourish • Create a chart

**Only 1 in 3**

youth said they often or frequently look forward to school, citing things like seeing friends and favorite teachers, or attending specific classes.

## Looking Forward to School




Made with Flourish • Create a chart

**Youth most commonly avoided bathrooms (54%), while 37% reported avoiding locker rooms, and 31% avoided PE class.**

28% of LGBTQ+ students rarely or never had access to a bathroom they felt safe using.

## 77%

A majority reported feeling safest in some classrooms (77%) and/or the school library or media center (51%).

## 7%

of students changed schools due to feeling uncomfortable or unsafe. Most of these students were trans or gender-expansive.

## 63%

of students often or frequently heard anti-LGBTQ+ comments from peers.

Glisten

### 40%

Hearing supportive comments from educators was uncommon: only 40% of students often or frequently heard such comments from teachers.

2024-2025 Focus Group

**"I constantly had to watch how I presented myself and how much of my identity I could share. Safety for me isn't just no bullying. It's being able to exist without shrinking myself."**

–18 years, 12th grade, GA, Transfemme focus group

2024-2025 Focus Group

**"I don't really feel entirely safe interacting with people because...It feels like I have to come out all over again to every single person I meet."**

–14 years, 9th grade, TX, Black focus group

2024-2025 Focus Group

**"I actually have taken my pronoun pin off my backpack...because I don't want people asking me basic questions [like] 'What bathroom do you use?'"**

–17 years, 11th grade, FL, Southern focus group

## Harassment and Assault

### 62%

of all respondents experienced harassment or assault based on sexual orientation.

### 68%

of all participants experienced harassment or assault based on gender identity and/or gender

### 48%

of LGBTQ+ youth of color experienced verbal or physical harassment or assault due to race or ethnicity.

### 27% of students who experienced harassment or assault never reported it to school staff.

Forty-three percent of those who did report it said staff took no action. Instead, students most often sought support from friends, parents/family, or chosen family.

## LGBTQ+ Related Discrimination

### Over half of students (53%) experienced LGBTQ+ related discrimination,

which was linked to missed school, lower grades, worse mental health/self-esteem, and reduced sense of school belongingness.

Survey Write-in

**"This one person in charge of the school's logo made it so we can't make GSA shirts anymore."**

Survey Write-in

**"Whenever I do try to use the gender neutral bathroom, staff are either not there like they are supposed to or they give me attitude."**

Survey Write-in

**"Since I'm [in] online [school], I typed the word 'gay' in the chat and it was automatically censored for 'explicit content.'"**

**"They took [Day of Silence signs] down the next day when there were Valentine's posters hung up from a month ago."**

**Trans and gender-expansive youth faced added barriers:**

41% were blocked from correct bathrooms, 36% from locker rooms, 22% from gender-aligned sports.

# School Policies

Few students said schools had anti-bullying policies that explicitly included sexual orientation and gender identity. When schools had comprehensive policies, LGBTQ+ students were more likely to look forward to school and feel like they belonged.

**83%**

reported anti-bullying/harassment/assault policies at their school, but only one-third said they include sexual orientation and gender identity.

**Only 18% of students reported their school had policies supporting trans and nonbinary students.**

**Comprehensive policies are related to more positive student outcome**

2024-2025 Focus Group

**"I might not go to the bathroom for the whole day because there were no clear policies, basically, like where trans students should go or could go."**

Glisten

# LGBTQ+ Inclusive Learning

Most students received no LGBTQ+inclusive learning. Sex education continues to exclude trans, non-binary, and intersex identities, limiting youth's ability to make healthy decisions. Positive LGBTQ+ inclusion was linked to better academic, attendance, and belonging outcomes, while negative depictions were linked to worse outcomes.

## 62%

of youth reported no LGBTQ+ content in their classes. Only 27% saw positive inclusion, while few reported mixed (4%) or negative depictions (7%).

## 58%

of students lacked LGBTQ+ inclusive readings, but 3 in 4 students said their school libraries provided such content, making them a key resource.

**While 3/4ths of students received sex education, few said it was LGBTQ+ inclusi**

2024-2025 Focus Group

**"We had to do a project on birth defects. [My genetics teacher] assigned me being intersex as [a] birth defect...I had to present [to my class] that [being intersex] was not a birth defect. She gave me a very low grade because I didn't...label it as a birth defect."**

–17 years, 12th grade, MS, Intersex focus group

2024-2025 Focus Group

**"Something they could do better when it comes to curriculum and with clubs is intersectionality...if we talked about a disability of [a historical figure]...or show more representation when it comes to all these different attributes."**

Glisten

# Role of Educators & Staff

Supportive teachers help create inclusive classrooms, advocate for students, and advise student groups. Conversely, students said disrespectful teachers that do not respond to complaints or teach LGBTQ+inclusive content can poison their school experience. Focus group participants also recognized the barriers teachers face to be openly supportive.

## 70%

of students had 6 or more supportive staff, who helped by displaying Safe Space stickers, advising GSAs, or giving LGBTQ+inclusive lessons.

**More supportive staff means better student outcom**

2024-2025 Focus Group

**"To at least have one adult in the school that really reached out to me...to just have someone that will listen. I really appreciated that."**

–15 years, 10th grade, NY, Latine focus group

2024-2025 Focus Group

**"One of my teachers, he doesn't add on to the racist remarks, but...tends to just laugh it off and say, 'Oh, I'm going to report you,' but then never actually do anything...Teachers are definitely a big, big part of fixing the system."**

–16 years, 11th grade, NY, Asian focus group

2024-2025 Focus Group

**"I was able to graduate, but not walk across the stage because they had a specific dress code...one for males, one for females, and I asked an administrator what I should do, and he told me just not to do."**

glisten

2024-2025 Focus Group

**"My school doesn't have any openly LGBT teachers... that's a little bit reflective of how it feels to be a teacher in our education system right now, where they can't fully reveal something like that because... they can be seen as like you're trying to push an agenda."**

–17 years, 11th grade, RI, Rural focus group

Survey Write-in

**"Teachers calling me slurs, telling me what bathroom to use, saying I can't use the disabled bathroom because I'm not visually disabled."**

# Peer Connection & Community

Many LGBTQ+ students, especially BIPOC youth, feel isolated at school. Friends, student clubs like GSAs and Black Student Unions (BSUs), sports and extracurricular activities are vital sources of belonging. Peers and community help them feel seen, particularly when schools fail to intervene.

## 72%

of students who experienced harassment or assault but did not always report it to staff said they sought support from friends at school.

## 22%

of trans and gender-expansive youth were prevented from playing on gender-aligned teams. Unclear policies also hindered intersex youth participation.

**68% of students reported that their school had a GSA or other club supporting LGBTQ+ students**

Glisten

2024-2025 Focus Group

**Focus groups noted that experiences with GSAs varied.**

2024-2025 Focus Group

**"It's nice to just be friends with someone that's also queer...we will come together as a little community, and we protect one another from the bullying."**

–15 years, 10th grade, NY, Latine focus group

2024-2025 Focus Group

**"I met them, and they said that they were also intersex, and we hit off from there, and all my years of being in high school...[it]was the very first time I found somebody who I could actually talk to."**

–17 years, 11th grade, OR, Intersex focus group

2024-2025 Focus Group

**"Later in the year, a younger student came out to me questioning their gender. They told me that seeing me just being myself, even on tough days, helped them feel less alone... Sometimes I feel like I'm fighting invisible battles...but knowing that just living authentically can open the door for someone else, that makes everything feel worth it. Visibility is not just brave, it's transformative."**

–18 years, 12th grade, GA, Transfemme focus group

# Post-election Political Climate Experiences

In focus groups held from June-July 2025, LGBTQ+ students described the impact of the political climate on the 2024-2025 school year.

glisten

**They reported increased hostility, bullying, and harassment following the 2024 election, and felt schools were frozen into inaction out of fear of being targeted or losing funding.**

2024-2025 Focus Group

**"I was sitting next to a kid who was saying transphobic and homophobic things, to a point where I felt unsafe in that class and had to leave."**

–18 years, 12th grade, AZ, Disabled focus group

2024-2025 Focus Group

**"There are people in high positions of authority...[who] have a lot of say over how young people think. When you hear...them saying some pretty horrible things, it normalizes it."**

–15 years, 10th grade, OR, Rural focus group

# Recommendations & Resources

## "What can my school do to be safe and affirming?"

This section presents focus group participants' responses to this question, highlighting changes they say are necessary to improve their school experience.

### Affirm and Protect Youth

LGBTQ+ students feel safest when schools take reports of bullying seriously and support their wellbeing alongside academics.

### Provide Staff Trainings and Hold Staff Accountable

### Hold Peers and Families Accountable

Schools should address bullying by peers through accountability, reflection, and family involvement.

### Enact Inclusive School Curricula

Schools must adopt curricula that affirm LGBTQ+ and trans identities across multiple subjects.

### Support GSAs and Student Organizations

School and staff involvement and support for GSAs are essential.

### Clarify and Implement School Policies and Practices

Beyond anti-bullying rules, schools need affirming policies on bathrooms, sports, dress codes, names and pronouns, and disability accommodations.

## Helpful Resources

**Find Your Local Chapter**

**Glisten Training and Professional Development**

**National Student Council**

**Rainbow Library**

Glisten

**Know Your Rights for Educators & Students**

*UPDATE: The 3.31.2026 version attributed age/grade/state to student write-in survey responses. We removed this information on 4.9.2026, as this was not consistent with information given to potential survey respondents.*

## The next National School Climate Survey is now LIVE

**Learn More**

# Methods & Glossary

### The study protocol, including the methodology and data collection instruments of Glisten's 2025 National School Climate Survey, was reviewed and approved by an independent Institutional Review Board.

We conducted a national survey of LGBTQ+ youth between April-October 2024 asking them to reflect on the 2023-2024 school year. Students had to be 13 or older, self-identified as LGBTQ+ (including intersex, asexual, and two-spirit), and had to have been in middle or high school in the US or its territories in order to be eligible to participate in the survey. Our final sample had 2800 students. We also organized focus groups in June-July 2025 with students who were either under-represented in national LGBTQ+ research or in our own sample. Thirty-six LGBTQ+ students (who met our survey eligibility criteria) reflected on the 2024-2025 school year across eight focus groups

Islander or Native American focus groups). We reached out to students to participate in our study via word of mouth, Glisten Educators Network, Chapter Network, National Student Council, social media ads and influencers, and national, state and local organizations who work with youth.

## Approach to Research Design

Glisten created a youth-informed and collaborative approach to designing this study. We updated our data collection instruments, such as the survey and focus group facilitation guide, based on feedback from Glisten's National Student Council and other Glisten-affiliated youth. We followed best practices for survey questionnaire design by consulting with allied organizations. We also ensured that the survey was available in Spanish and that the focus group facilitation guide was reviewed by Able South Carolina in order to maximize accessibility. We offered ASL interpretation to our focus group participants if they expressed an access need (none did).

## Glossary

For a glossary of terms used in this report, click here.

## Survey Sample Description (*N*=2800)

*Note:* percentages may not add up to 100% due to rounding.

The median age was 15 years old, with a range from 14-17 in grades 6-12. Of those who responded to each demographic question:

**Gender Identity** *(n = 2,761)*




Made with Flourish • Create a chart

**Disability Status** *(n = 2,691)*




Made with Flourish • Create a chart

**Intersex Identity** *(n = 2,765)*




Made with Flourish • Create a chart

**Race** *(n = 2,753)*




Made with Flourish • Create a chart

**Geography of School** *(n = 2,765)*

Small town Suburban area Urban area

Made with Flourish • Create a chart

**School Type** *(n = 2,753)*

Public school Private school Religious private school
Other (homeschool, school for youth in the juvenile system, etc.)

Made with Flourish • Create a chart

**Region of School** *(n = 1,482)*




Made with Flourish • Create a map

## Focus Group Description (N=36)

Median age: 17 years

**Geography of School**

glisten




Made with Flourish • Create a chart

**Race**




Made with Flourish • Create a chart

**Gender Identity: Trans Students**




Made with Flourish • Create a chart

**Intersex Students**




Made with Flourish • Create a chart

**Disability Status**

Disabled Questioning Not disabled

Made with Flourish • Create a chart

# Glossary

We define the following terms used in our data and findings, unless otherwise noted:

### Absenteeism

### Comprehensive policies

### Inclusive learning

### Intersectionality

### Intersex

### Trans and gender-expansive

### Victimization

Glisten

This research study was stewarded by Dr. Yu-Chi Wang, PhD (School Climate Research Manager) and Dr. Shweta Moorthy, PhD (Director of Research and Best Practices).

The National School Climate Survey cannot be possible without the LGBTQ+ (including intersex, asexual, and two-spirit) students who refuse to be silenced and who continue to light the path for justice in this country. Thank you to the students who responded to our survey and participated in our focus groups, and who shared it with their friends and peers.

This study was shaped and strengthened by the input of several individuals working in schools, communities, and organizations to advance educational justice. Special thanks to:

- Glisten's National Student Council (2023-2024), Glisten's 2024-2025 Freedom Fellows, and youth in Glisten chapters without whom we could not have updated the survey questionnaire and innovated survey recruitment tactics
- The NSCS 2025 project team that includes our survey recruitment assistant (Jaiden Blancafor), research assistants (C.V. Dolan, PhD, Shoshana Goldberg, PhD, MPH, and Alfred J. Rodriguez), and copywriter (David J. Godfrey)
- Glisten Chapters and Glisten-affiliated educators without whom the survey would not have the word-of-mouth reach it did
- Focus group partners (Able South Carolina, Advocates for Youth, Freedom Oklahoma, interACT: Advocates for Intersex Youth, Louisville Youth Group, the Montrose Center, National Queer Asian Pacific Islander Alliance, National Black Justice Collective, Trans Mentor Project, Youth Celebrate Diversity)
- Organizations that helped review and update our survey (GenderCool, Immigration Equality, interACT, SIECUS, UnidosUS)
- Numerous organizations and individuals, especially educators, who spread the word about this survey to the young people in their lives
- Glisten colleagues, present and former, including the Executive, Research and Best Practices, Organizing and Training, Youth Initiatives, Communications, Public Policy, Development and Finance and Operations teams

When referencing this study, we recommend the following citation:

Glisten (2026). *The 2025 National School Climate Survey: School experiences of LGBTQ+ Youth in the U.S.* New York: Glisten.

Shop
Resources
Donate
Research
Who We Are
News
Careers
Contact Us

Crisis Hotline & Legal Support Privacy Policy Legal Cookie Settings Site credit. © Glisten 2026.

American Academy of Pediatrics
DEDICATED TO THE HEALTH OF ALL CHILDREN™

FROM THE AMERICAN ACADEMY OF PEDIATRICS

**This Technical Report was reaffirmed April 2021.**

TECHNICAL REPORT

# Office-Based Care for Lesbian, Gay, Bisexual, Transgender, and Questioning Youth

David A. Levine, MD, and the COMMITTEE ON ADOLESCENCE

**KEY WORDS**
sexual orientation, sexual identity, sexual behaviors, adolescents, sexual minority, homosexuality, gay, lesbian, bisexual, transgender

**ABBREVIATIONS**
CDC—Centers for Disease Control and Prevention
FTM—females transitioning to males
GnRH—gonadotropin-releasing hormone
HPV—human papillomavirus
HSV—herpes simplex virus
IOM—Institute of Medicine
LGBTQ—lesbian, gay, bisexual, transgender, and questioning
MSM—men who have sex with men
MTF—males transitioning to females
STI—sexually transmitted infection
WSW—women who have sex with women
YRBS—Youth Risk Behavior Surveillance

This document is copyrighted and is property of the American Academy of Pediatrics and its Board of Directors. All authors have filed conflict of interest statements with the American Academy of Pediatrics. Any conflicts have been resolved through a process approved by the Board of Directors. The American Academy of Pediatrics has neither solicited nor accepted any commercial involvement in the development of the content of this publication.

The guidance in this report does not indicate an exclusive course of treatment or serve as a standard of medical care. Variations, taking into account individual circumstances, may be appropriate.

www.pediatrics.org/cgi/doi/10.1542/peds.2013-1283

doi:10.1542/peds.2013-1283

All clinical reports from the American Academy of Pediatrics automatically expire 5 years after publication unless reaffirmed, revised, or retired at or before that time.

(Continued on last page)

## abstract

FREE

The American Academy of Pediatrics issued its last statement on homosexuality and adolescents in 2004.This technical report reflects the rapidly expanding medical and psychosocial literature about sexual minority youth. Pediatricians should be aware that some youth in their care may have concerns or questions about their sexual orientation or that of siblings, friends, parents, relatives, or others and should provide factual, current, nonjudgmental information in a confidential manner. Although most lesbian, gay, bisexual, transgender, and questioning (LGBTQ) youth are quite resilient and emerge from adolescence as healthy adults, the effects of homophobia and heterosexism can contribute to increased mental health issues for sexual minority youth. LGBTQ and MSM/WSW (men having sex with men and women having sex with women) adolescents, in comparison with heterosexual adolescents, have higher rates of depression and suicidal ideation, higher rates of substance abuse, and more risky sexual behaviors. Obtaining a comprehensive, confidential, developmentally appropriate adolescent psychosocial history allows for the discovery of strengths and assets as well as risks. Pediatricians should have offices that are teen-friendly and welcoming to sexual minority youth. This includes having supportive, engaging office staff members who ensure that there are no barriers to care. For transgender youth, pediatricians should provide the opportunity to acknowledge and affirm their feelings of gender dysphoria and desires to transition to the opposite gender. Referral of transgender youth to a qualified mental health professional is critical to assist with the dysphoria, to educate them, and to assess their readiness for transition. With appropriate assistance and care, sexual minority youth should live healthy, productive lives while transitioning through adolescence and young adulthood. *Pediatrics* 2013;132:e297–e313

## INTRODUCTION

The American Academy of Pediatrics issued its first statement on sexual minority teens in 1983, with revisions in 1993 and 2004. Since the last report, research areas have rapidly expanded and hundreds of new publications have been produced about lesbian, gay, bisexual, transgender, and questioning (LGBTQ) youth. In 2011, the Institute of Medicine (IOM) published "The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a Foundation for Better Understanding."[1]



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

The comprehensive IOM publication includes a section on childhood and adolescence. This updated clinical report provides definitions and the best information available about the demographics of this group of adolescents. Being a member of this group of teens is not, in itself, a risk behavior; nor should sexual minority youth be considered abnormal. However, the presence of stigma reflected in the terms "homophobia" and "heterosexism" often leads to psychological distress, which may be accompanied by an increase in risk behaviors. "Homophobia" refers to an irrational fear and resulting hatred of homosexual individuals. "Heterosexism" is the societal expectation that heterosexuality is the expected norm and that, somehow, LGBTQ individuals are abnormal. Although limited, studies on the resilience of sexual minority youth will be discussed. Studies specifically focused on the disparities in the health of these teens in mental health, substance abuse, and sexuality will be presented, along with new research about emerging effective individual and community health strategies for reducing risks. Finally, issues in providing clinical care and modifying patient care approaches will be discussed.

Although most LGBTQ youth are quite resilient and emerge from adolescence relatively unscathed, the health disparities of this vulnerable population can be significant and often daunting for pediatricians or other health care providers who are assisting youth in their care. For this report, the term LGBTQ will be used whenever discussing studies and recommendations for all lesbian, gay, bisexual, transgender youth. Some of the studies discussed did not include questioning youth — for these, the term LGBT (lesbian, gay, bisexual, and transgender) will be used. Because many adolescents do not define themselves as a member of a sexual minority group, assisting teens who are men having sex with men (MSM) and women having sex with women (WSW) will also be discussed. Some of the studies in this clinical report reference self-identified LGBTQ individuals, and others reference only sexual behavior (MSM and WSW). For this report, the term "sexual minority" includes LGBTQ and MSM/WSW individuals.

## DEFINITIONS

Adolescence is characterized as a time of rapid physical, emotional, and sexual change, during which sexual discovery, exploration, and experimentation are part of the process of incorporating sexuality into one's own identity. Adolescents solidify their gender identification and expression by observing the gender roles of their parents and adults, siblings, peers, and others. Typically, a young person's sexual orientation emerges before or early in adolescence.[2,3] In the previous American Academy of Pediatrics clinical report on sexual minority youth published in June 2004, sexual orientation was referred to as "an individual's pattern of physical and emotional arousal toward other persons." In strict definition, individuals who self-identify as heterosexual are attracted to people of the opposite gender; homosexual individuals self-identify as attracted to people of the same gender; bisexual teens report attraction to people of both genders.[4] As noted in later sections, sexuality is much more complex than these classic definitions. Most self-identified gay and lesbian individuals have had sex with the opposite gender, and some continue to do so. Many heterosexuals have had sex with the same gender, yet self-identify as heterosexual.[1] In common usage, self-identified homosexual people are often referred to as "gay" if male, and "lesbian" if female.[4] Many adolescents struggle with their sexual attractions and identity formation, and some may be referred to as "questioning."[2] Many individuals also resist definition; when reporting same-gender sexual behavior, these individuals are referred to as MSM or WSW.[1]

Gender identity and gender expression usually conform to anatomic and chromosomal sex or "natal" sex for both homosexual and heterosexual teens. Gender identity is knowledge of one's self as being male or female, whereas gender expression is an outward expression of being male or female. For transgender individuals, their gender or identity does not match their natal sex. Gender nonconforming (or variant) refers to people who do not follow other people's ideas about how they should act according to gender roles. They may or may not be distressed from the nonconformity.[5] Gender dysphoria refers to dislike or distress about one's own gender and about the outward manifestations of gender (eg, hair style, clothing, sports, toys). Children often begin to express this dysphoria in the preschool period. Many young children with gender dysphoria will resolve their dysphoria by adolescence, but others will maintain it. It is difficult to predict, however, whether a young child with gender dysphoria will be transgender as a teenager or adult. Thus, it is best to help families to manage this uncertainty and make it clear in the family that all options remain acceptable and available as the child grows up.[2,6]

Transgender people may be heterosexual, homosexual, or bisexual.[7] Transgender people are often also identified by the natal gender and transition to the desired gender; MTF



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

refers to males transitioning to females and FTM are females transitioning to males. Transgender people may or may not desire to alter their body to match their perceived gender. When people have undergone hormonal and/or surgical alteration, they are often referred to as "transsexual." Gender dysphoria refers to the emotional distress of having a gender identity that is different from natal sex.[1,5,7] In the *Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision*, there was also a set of diagnostic criteria for "gender identity disorder," but critics have noted that this "pathologizes" the issue for the patient. In the forthcoming *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition*, there will be continued diagnostic criteria for gender dysphoria, but "gender identity disorder" will probably be eliminated.[8,9] "Transition" is defined as the process and time when a person goes from living as one gender to living as the other.[7,10,11]

As a society, our culture assumes that individuals who self-identify a sexual identity will have sexual behaviors that remain consistent with that identity. It is assumed that men or women who self-identify as gay or lesbian will only have attractions to or sexual activity with the same gender. However, the paradigm of sexuality is much more complex, according to qualitative studies in sexual minority youth. Sexual attraction is a term that is easy for all youth to understand. In contrast, for a measure describing sexual orientation using the choices heterosexual, bisexual, gay/lesbian, or unsure, most teens preferred the answers "mostly heterosexual" and "mostly homosexual."[12] This range of sexuality may be reflected in the surprising rate of teen pregnancies experienced by women who report having sex with women. WSW have reported lower rates of contraceptive use than do women having sex with men.[13,14]

Many adolescents who self-report as lesbian will still occasionally have sex with males, and many males who self-report as gay may have sex with females; thus, behaviors do not always equal identity.[1,15] Some men who have sex with men (MSM) or women who have sex with women (WSW) actively resist being identified as gay or lesbian. And some individuals who are not yet sexually experienced already self-identify as gay, lesbian, or bisexual.[2] Questioning adolescents struggle with sexuality issues more than others, and their sexual behaviors may be diverse. Studies examining how questioning adolescents resolve their inner struggles and reach a stable sexual identity are ongoing.[16] Definitions are summarized in Table 1.

## GENDER IDENTITY FORMATION

Awareness of gender identity happens very early in life. Between ages 1 and 2 years, children become conscious of physical differences between the 2 sexes. By age 3, children can identify themselves as a boy or a girl, and, by age 4, gender identity is stable. In middle childhood, gender identification continues to become more firmly established, reflected in children's interests in playing more exclusively with youngsters of their own gender and also in their interest in acting like, looking like, and having things like their same-sex peers. Occasionally, a child may seem to display gender-role confusion. More than just lacking an interest in what society defines as traditionally masculine activities, some boys actually tend to identify with females and/or feminine traits. Likewise, some girls identify more with males and/or masculine traits. Conflicted about their gender, they may come to dislike that part of themselves that is a boy or a girl.[5,11,17] Many children resolve their dysphoria by the time they complete adolescence. Others will continue to feel dysphoria and may seek treatment to transition to the opposite gender.[1] The etiology of transgender is unknown and likely quite complex.[10]

## HETEROSEXISM, HOMOPHOBIA, AND IDENTITY FORMATION

Although overt homophobia may damage the emerging self-image of an LGBTQ adolescent, often, heterosexism

**TABLE 1** Definitions

| Term | Definition |
|---|---|
| Homophobia | An irrational fear and resulting hatred of homosexual individuals |
| Heterosexism | The societal expectation that heterosexuality is the expected normal |
| MSM | Men having sex with men |
| WSW | Women having sex with women |
| Gender identity | Knowledge of one's self as male or female |
| Gender expression | Outward expression of being male or female |
| Gender nonconforming | Does not follow society's ideas about how they should act according to gender roles |
| Natal sex | Chromosomal and anatomic gender |
| Transition | Process and time when a person goes from living as one gender to living as the other |
| MTF | Male transitioning to female |
| FTM | Female transitioning to male |
| Conversion or reparative therapy | Attempts to "convert" the individual to heterosexual |
| Survival sex | Engaging in sexual intercourse in exchange for shelter, food, or money; often includes high-risk or unprotected sexuality |



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

is more insidious and damaging. Homophobia refers to an irrational fear and resulting hatred of homosexuality and homosexual individuals. Pervasive in our culture, homophobia is institutionalized in stereotypes promoted in the media and in casual conversation.[18] Heterosexism is the societal expectation that heterosexuality is the expected norm and that somehow LGBTQ teens are "abnormal." Although it is often easy for the majority of sexual minority youth to hide their sexuality from family and friends, nondisclosure may ultimately be damaging to adolescents' developing self-image.[19,20] Homophobia perceived by LGBTQ youth may lead to self-destructive behaviors.[21] Societal homophobia is reflected in the higher rates of bullying and violence suffered by sexual minority youth.[22] Many sexuality education curricula taught in schools limit discussion to "'abstinence-only' until heterosexual marriage." This expected standard may serve to further isolate and alienate many sexual minority youth and contributes to increased risks of personal violence, mental health issues, substance abuse, and risky sexual behaviors.[18,23–25]

With proper support and guidance, the majority of LGBTQ youth emerge as adults with sexual identities that are associated with little or no significant increase in risk behaviors compared with other youth. These resilient young adults lead happy, productive lives.[26] Pediatricians have a role in helping teenagers sort through their feelings and behaviors. Young people need information about healthy, positive expressions of sexuality, and pediatricians should assist adolescents as they develop their identities and to avoid the consequences of unwanted pregnancy and sexually transmitted infections (STIs), regardless of sexual orientation.[27] Research suggests that LGBTQ youth really value these opportunities for discussions with their pediatricians or primary health care providers.[28] The role of the pediatrician is further described in the section "Making the Office Teen-Friendly for Sexual Minority Youth."

There may be several barriers for pediatricians in working with LGBTQ youth. Until recently, there was not a focus on LGBTQ issues in medical education. The Association of American Medical Colleges has recently begun to develop additional resources for medical educators to use in implementing curricular reform on this topic.[29] The Joint Commission also recently published a comprehensive guidebook for hospital organizations.[30] Although confidentiality is recommended for all adolescents, there may be inadvertent breaches related to electronic health record access and insurers that send explanations of benefit information to parents.

Parental and other adult reactions to "coming out" vary, and often, adolescents and their families will also need support from their pediatrician during this process. Parents play a critical role in support of development for their sexual minority children. The IOM report noted that "parental support either partially or fully mediated associations related to suicidal thoughts, recent drug use, and depressive symptomatology."[1] Negative parental reactions were also associated with higher rates of risk behaviors.[1,31] Parent support organizations, such as Parents, Families and Friends of Lesbians and Gays (www.pflag.org), can provide essential resources for parents.

## NATIONAL STATISTICS

There are inherent difficulties in obtaining accurate data about sexual minority youth. Virtually all of the available information is self-report data on survey instruments; sample bias and general limitations of self-reported data limit accuracy.[32] Although some adolescents are comfortable enough to reveal their sexuality on these instruments, many may not trust that their information will truly be protected. It may take some time for an adolescent to come to an understanding of his/her sexual identity before it is possible to label or describe it or discuss it with others. Some of the best data about the number of gay or lesbian teenagers are state or city specific. Some states and communities have added questions to the Centers for Disease Control and Prevention's (CDC's) Youth Risk Behavior Surveillance (YRBS) System: at the time of this writing, Minnesota,[33] Vermont,[34] Massachusetts,[35] and New York City[36] have added these questions. More nationally representative data are found in the few recent national studies available.

In the 2006–2008 National Survey of Family Growth, 13.4% of females and 4.0% of males 15 to 24 years of age self-reported that they had sex with someone of the same gender.[37] This number is much larger than those who would describe themselves as gay, lesbian, or bisexual. Among participants in the Growing Up Today Study, a US community-based longitudinal cohort study in 9039 female and 7843 male children recruited at 9 to 14 years of age whose mothers were participating in the Nurses' Health Study II, 16.3% of females and 8.7% of males reported a sexual orientation other than heterosexual.[38] In wave 1 of the National Longitudinal Study of Adolescent Health administered to students in grades 7 through 12, same-gender relationships or attractions were reported in 7% of girls and 8.4% of boys.[39] Recently, the CDC combined data from several YRBS survey administrations studying behaviors among 9th through 12th grade sexual minority youth in the states that inquired about



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

sexual identity and the gender of sexual contacts. Seven states (Delaware, Maine, Massachusetts, Rhode Island, Vermont, Connecticut, and Wisconsin) and 6 large urban school districts (Boston, Chicago, Milwaukee, New York, San Diego, and San Francisco) elected to participate and used questions offered by the CDC. Across the 12 sites that assessed gender of sexual contacts, 53.5% reported having had sex with the opposite gender, 2.5% reported having had sex with the same gender, 3.3% reported having had sexual contact with both genders, and 40.5% reported having had no sexual contact.[22]

Estimation of the prevalence of gender identity disorder and transgender youth is more difficult because of the lack of population-based studies. The World Professional Association for Transgender Health published their seventh version of Standards of Care in 2011. Acknowledging the difficulty in obtaining true prevalence data, the World Professional Association for Transgender Health estimated prevalences of 1 in 11 900 to 1 in 45 000 for MTF youth and 1 in 30 400 to 1 in 200 000 for FTM youth.[5] Because most studies have been performed in services providing transition care, population-based studies are needed to capture the hidden populations not accessing such care.[10]

## HEALTH DISPARITIES FOR GAY, LESBIAN, AND BISEXUAL YOUTH

Stigmatization, ostracism, and parental rejection remain common. Resulting struggles with self-image and self-esteem often put sexual minority youth at risk. Depression and other mental health issues may be manifest as these teens struggle with developing a stable self-identity and family/community acceptance.[13,40,41] As many as 25% to 40% of homeless youth may be LGBTQ or MSM/WSW, leading to additional risk-taking behaviors. Many sexual minority youth become homeless as a consequence of coming out to their families. After coming out or being discovered, many LGBTQ youth have been thrown out of their homes or mistreated, leading to runaway status and homelessness. Unfortunately, sexual minority youth who are homeless may engage in survival sex, leading to riskier behaviors and contributing to health disparities.[42]

### Mental Health Disparities

Significant health disparities exist for sexual minority youth related to depression and suicidality, substance abuse, social anxiety, altered body image, and other mental health issues.[1,18,22,43] Data from the 2007 Washington, DC, administration of the YRBS survey revealed that 40% of sexual minority youth, compared with 26% of heterosexual youth, reported feeling sad or hopeless in the past 2 weeks. LGBTQ youth were more than twice as likely to have considered suicide in the past year (31% vs 14%).[18] This increased risk has been extensively replicated in other studies and communities.[1,22,44,45] Even for these teens, however, protective factors come into play. Data from the 2004 Minnesota Student Survey of 9th and 12th graders, in which 2255 respondents reported a same-gender romantic or sexual experience, revealed that more than half of LGBTQ students had thought about suicide, and 37.4% had reported a suicide attempt. In this study, the factors that were significantly protective against suicidal ideation and attempts included family connectedness, caring adults, and school safety.[46] Another study found that suicide attempts among sexual minority youth were positively correlated with parental psychological abuse of the child, being considered gender atypical in childhood by parents, and parental efforts to discourage gender atypical behavior.[47] Sexual minority teens who run away or are put out by their families after acknowledging their sexuality are often victimized, which leads to further mental health issues. Homeless LGBTQ teens are more likely than heterosexual teens to meet criteria for each of 4 mental disorders: major depressive disorder, post-traumatic stress disorder, substance abuse, and conduct disorder.[48]

Social anxiety symptoms are experienced more often by LGBTQ adolescents. In a study in 100 young gay men in a 3-state area of the US East Coast, it was discovered that social anxiety predicted an increased probability of having engaged in unprotected anal intercourse in the previous 6 months.[49] Another study comparing 87 heterosexual and gay male undergraduates at the State University of New York at Stonybrook found that gay men reported greater fear of negative evaluation, greater social interaction anxiety, and lower self-esteem than did heterosexual men.[50]

Unfortunately, an additional barrier to care for LGBTQ (and other) adolescents may be a lack of mental health services in certain communities or mental health services that are not adolescent or sexual minority friendly. Services for adolescents in poverty may be even more limited.[51] In no situation is a referral for conversion or reparative therapy indicated. An American Psychological Association task force to review peer-reviewed studies on efforts to change sexual orientation concluded that conversion therapy is not effective and may be harmful to LGBT individuals by increasing internalized stigma, distress, and depression.[1]

### Bullying and Victimization

When sexual minority teens "come out" and acknowledge their sexuality as adolescents, there are often significant



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

repercussions, especially victimization.[1,4,22,23,25] Even if not open about sexuality, 16% of MSM reported experiencing violence. Sometimes it is simply the perception that an individual might be LGBT that may lead to bullying, harassment, and violence.[52] LGBTQ and MSM individuals report that the violence directed toward them is because of perceived sexual orientation or femininity.[53] When sexual minority youth are victimized, the physical assault may lead to death (homicide). Victimized LGBTQ, MSM, and WSW youth may experience increased mental health disorders including depression, sometimes leading to death by suicide. There is a strong association between victimization and suicidality among sexual minority adolescents recruited from gay youth community or university-based organizations.[54]

Bullying at school with resultant adolescent suicide has received increased national attention.[55] Of adolescents who are open about their LGBTQ sexual orientation, 84% reported verbal harassment; 30% reported being punched, kicked, or injured; and 28% dropped out of school because of harassment. The Consortium of Higher Education LGBT Resource Professions published a press release in October 2010 documenting the violence, injuries, and in some cases, deaths of LGBTQ adolescents.[56] The study of pooled CDC data from the 2001–2009 administrations of the YRBS survey to examine risk behaviors faced by sexual minority youth included questions on being victims of threats or violence. In the 9 communities that included relevant questions, sexual minority youth were more likely than heterosexual youth to be in a physical fight, to be injured in a fight, to be threatened on school grounds, and to stay home from school because of perceived risk of violence.[22]

Positive, supportive school environments, those with zero or at least low tolerance for homophobic teasing, bullying, or abuse, were recently shown to be protective, with significantly lower rates of depression and suicidality for sexual minority youth.[25] Supporting the development of policies in school districts that limit teasing and bullying is an important role of the pediatrician. The US Department of Health and Human Services recently has increased antibullying efforts, and among other initiatives, has launched a new Web site, http://www.StopBullying.gov, which includes a specific section for sexual minority youth.[57]

Unfortunately, schools are not the only source of homophobic/heterosexist bullying. Although less research has focused on nonschool settings, LGBT youth experience victimization in their homes, communities, and other institutions.[1] Even after the repeal of the "Don't ask, don't tell" policy, there continues to be victimization in the military.[58]Although many churches are offering education to their members about the issue of bullying in general, some churches continue to bully sexual minority youth.[59] "Cyberbullying," or bullying with electronic means (eg, Internet, texting), is rampant; 32% of all teens say they have been targeted in some form.[60] In 1 study, 52% of LGBT adolescents noted they had been cyberbullied in the past 30 days.[61]

### Eating Disorders

Although 10% to 15% of all cases of eating disorders are in men, as many as 42% of young men affected may be gay or bisexual.[62] Male sexual minority youth demonstrated more binge eating and purging than did male heterosexual youth.[63,64] The IOM report acknowledged these findings but noted that they were from small studies and that additional research is necessary.[1] There also may be an association with eating disorders in transgender MTF individuals, but more research is necessary.[65]

### Substance Abuse

With the psychosocial and anxiety-provoking stressors of homophobia and heterosexism, the enticement and escape of getting high may be addictive and can lead to increasing use of substances. The pooled YRBS study combining 2001–2009 data revealed significantly higher rates of current alcohol use in the past 30 days in self-identified sexual minority youth (bisexual, 55.6%; gay/lesbian, 47.5%; questioning, 35.1%; and heterosexual, 37.6%).For current use of marijuana, the rates were 36.8% among bisexual youth, 34.5% among gay/lesbian youth, 25.4% among questioning youth, and 21.8% among heterosexual youth. More striking differences were observed among youth for the following: (1) current cocaine use (gay/lesbian, 16.6%; bisexual, 11%; questioning, 11.4%; and heterosexual, 1.8%), (2) ever having used ecstasy (gay/lesbian, 22.9%; bisexual, 20.4%; questioning, 11.4%; and heterosexual, 4.6%), (3) ever having used heroin (gay/lesbian, 17.7%; bisexual, 9.6%; questioning, 13%; and heterosexual, 1.8%), and (4) ever having used methamphetamine (gay/lesbian, 21.5%; bisexual, 14.9%; questioning, 13.2%; and heterosexual, 3.4%).[22] Because this study combined the data for MSM and WSW and included information only from the 7 states and 6 school districts that volunteered to ask more sexuality questions, the data may not be as nationally representative. Tobacco use is also overrepresented among gay and lesbian youth.[1,66–69] Research into best practices to prevent and reduce tobacco use in sexual minority youth is underway.[70–72]

The Young Men's Survey, from 1994 to 1998, was the first study that was considered to have a nationally representative sample of substance-using young MSM. The sample was from 7 major cities, with young men 15 to 22 years of age. The primary objective



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

was to improve access to HIV testing in a high-risk population. In the study, 93% had used alcohol, 71% had used marijuana, 31% had used cocaine, 28% had used methamphetamine, and 27% had used ectasy.[73] A more recent study from 2007 attempted to assess the substance abuse rates for MSM 18 to 22 years of age in Los Angeles. Ninety percent of the sample reported use of alcohol (including 21% who had engaged in binge drinking), 64% reported use of marijuana, 23% reported use of cocaine, 20% reported use of methamphetamine, and 21% reported use of ectasy. The comparison group used was the national sample from the 2006 Monitoring the Future Study (sexual minority and heterosexual youth combined), in which 75% reported alcohol use, 45% reported marijuana use, 8% reported cocaine use, 5% reported methamphetamine use, and 5% reported ecstasy use. Rates of crack cocaine and heroin use were low in both study groups.[74]

Many studies have examined substance use by gay men, but fewer studies have explored WSW or lesbian youth's and young adults' substance use. WSW at a Midwestern university were 4.9 times more likely to smoke, 10.7 times more likely to drink, and 4.9 times as likely to smoke marijuana compared with women having sex with men.[75]

Use of club drugs (eg, cocaine, methamphetamine, and ecstasy, along with GHB [γ-hydroxybutyric acid], ketamine, and LSD [lysergic acid diethylamide] or "acid") is especially a health concern because of the association with other risk behaviors, including unprotected sexual intercourse. Initiation of young MSM into methamphetamine use seems to occur in social, not specifically sexual, settings, with users admitting to limited knowledge of its adverse effects and consequences.[76] Sexual minority youth who "party and play" (PNP) advertise every day on Web sites that attract LGBTQ youth and young adults. When young men attend gay clubs and other gay-oriented activities, their risk of alcohol and marijuana use increases. Interventions designed to address safety and responsible behaviors in these venues for young MSM need to be developed, implemented, and evaluated.[77]

### Sexual and Reproductive Health Disparities

Significant health disparities exist in sexual health outcomes with respect to HIV/AIDS, other STIs, and teen pregnancy among LGBTQ youth. As mentioned previously, sexual minority youth do not necessarily engage in sexual behaviors that are predicted by their orientation. In the CDC's pooled YRBS study, although 1.3% identified themselves as gay or lesbian, 2.5% reported having intercourse with the same gender only and 3.3% reported having sex with both genders.[22]

Regarding sexual behavior, the YRBS pooled data study found that sexual minority youth were more likely than heterosexual youth to report having had intercourse, to have had intercourse before 13 years of age, and to have had intercourse with ≥4 people. Gay or lesbian youth were about half as likely as heterosexual youth (35.8% vs 65.5%) to have used a condom at the last intercourse.[22] In a study in young gay men in college, even after adjusting for age, race, academic classification, and residence, gay men reported higher odds of inconsistent condom use, increased numbers of multiple partners in the past 30 days, and increased risk of illicit drug use than did their heterosexual peers.[78] Between 27% and 48% of young MSM have engaged in unprotected anal intercourse in the previous 6 months.[42] Involvement in these behaviors may explain, in part, why during the past 15 years, reported rates of gonorrhea, chlamydia, and syphilis have trended downward for all adolescents, except for MSM.[79] Substance-abusing gay or lesbian teens may also have more risky sexual behaviors, leading to higher rates of HIV seropositivity.[80,81]

One particular disparity is in HIV infection. The IOM report notes that "the burden of HIV infection among young people falls disproportionally on young men under 25 who have sex with men, particularly those who belong to racial/ethnic minority groups."[1] Data from the CDC reveal that HIV rates continue to increase among young MSM 13 to 24 years of age. For all men, HIV rates between 2001 and 2006 increased by 9%, whereas rates for young MSM (13 to 24 years of age) increased by 12.4% and rates for young black MSM increased by 14.9%. In the age range of 13 to 24 years, MSM of all ethnicities accounted for 60% of the total HIV infections.[82] Despite these alarming data, the IOM report noted that there has been no commensurate response to develop interventions to decrease this risk. The vast majority of published reports on HIV-prevention programs focus on heterosexual adolescents and young adults.[1]

Information on sexual health disparities experienced by WSW is limited; until recently, little research was devoted to lesbian health and many, including physicians, incorrectly assumed that lesbians were at minimal risk of STIs.[83] As noted, many WSW have also had intercourse with men.[1] High rates of STIs have been documented in lesbians and bisexual women with recent sexual contact with men. Viral infections, such as human papillomavirus (HPV) and herpes simplex virus infection (HSV), may be transmitted via exclusive female-to-female sexual contact. In a study in bisexual and lesbian college women, 9% of those who had had sex with both men and women



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

reported that they had had an STI, but 2% of women who exclusively had sex with women also reported that they had had an STI.[84]

LGBTQ youth are less likely to report use of hormonal or barrier contraceptives at last sexual encounter when having sex with the opposite gender. Young women who identified themselves as "unsure" of their sexual orientation were half as likely to report using contraception at last intercourse.[47] Given the high rates of earlier sexual initiation, a greater number of partners, and less contraceptive use, WSW are at higher risk of teen pregnancy than are teens who only have sex with the opposite gender. In the 1999 Minnesota Adolescent Health Survey, lesbian and bisexual women, when compared with heterosexual youth, were found to be about as likely to have had vaginal intercourse (33% vs 29%) but had twice the rate of pregnancy (12% vs 6%) and were more likely to have had ≥2 pregnancies (23.5% vs. 9.8%). In a small study in 137 young women having sex with women (ages 16 to 24 years), 20% reported having had been pregnant.[1]

WSW and MSM report high rates of physical and sexual abuse.[85,86] In 1 study, the rate was 19% to 22%.[87] Consequences for sexual minority youth who have experienced physical or sexual abuse include higher rates of intimate partner violence as adults,[88] frequent drug use and higher-risk sex,[88] and higher rates of HIV.[89] Homeless sexual minority youth are more likely to report histories of physical and sexual abuse and report engaging in risky sexual behaviors as survival strategies.[48] Childhood sexual abuse does not cause children to become LGBTQ.[90]

### Health Disparities for Transgender Youth

National data detailing the scope of medical, mental health, and substance abuse issues for transgender youth are lacking. Like other sexual minority youth, self-identifying as transgender does not necessarily indicate the existence of other mental health issues.[91] However, challenges faced by such youth and the potential of family and societal disapproval may increase the risk that transgender adolescents will experience mental health issues, substance abuse, and sexual risk-taking behaviors.[1] Family rejection, peer rejection, harassment, trauma, abuse, legal problems, educational problems, and resulting poverty and homelessness are faced by transgender youth and adults. Transgender people face alarmingly high rates of verbal harassment and physical violence, including at home and at school.[1] Transgender youth face significant mental health issues as a consequence, including depression and suicidality, anxiety, body image distortion, substance abuse, and post-traumatic stress disorder. As with all teens, supportive families can buffer an adolescent from these negative outcomes and promote positive health and well-being.[10]

MTF transgender youth face even more sexual health disparities than other sexual minority youth, with very high rates of HIV and other STIs. One study by the Department of Public Health in San Francisco revealed that HIV prevalence among MTF transgender individuals was 38% (the rate for FTM transgender individuals was much lower, at 2%). Risk factors for HIV infection among MTF transgender individuals in this study included African American race, attaining low education status, having a history of injection drug use, and reporting multiple sexual partners.[92] Another study addressing racial disparity in MTF transgender individuals in New York revealed higher rates of STIs and HIV in African American and Hispanic, compared with white, individuals. The higher STI rates in the study were associated with more lifetime partners, having engaged in commercial sex, unemployment, and injection drug use.[93] An HIV risk study examined 51 transgender MTF ethnic minority adolescents and young adults 16 to 25 years of age in Chicago and found that 22% were HIV-positive. Contributing factors included history of incarceration (37%), homelessness (18%), exchanging sex for resources (59%), nonconsensual sex (52%), and difficulty accessing health care (41%). Among HIV-positive MTF transgender individuals, 98% reported having had sex with men, including unprotected receptive anal intercourse (49%). The study also noted that 53% had had sex while under the influence of drugs or alcohol and 8% had used injection drugs. Twenty-nine percent had injected liquid silicone (as part of their MTF transition) in their lifetime; 8% had shared needles for hormone or silicone injection, increasing HIV transmission risk. For transgender individuals who purchase or obtain transgenic hormones (estrogen or testosterone) on the street or from the Internet, there may be significant health problems if used improperly, even if they are pure.[94]

## THE RESILIENCE OF LGBTQ YOUTH

Even with the unique challenges faced by sexual minority youth, the majority grow up healthy and lead happy, productive lives. Research is now beginning to analyze the patterns of resilience in LGBTQ youth. A qualitative study in gay male youth 16 to 22 years of age noted that "general developmental dysfunction is not inevitable for gay adolescents, nor is identifiable personal or family pathology directly related to sexual identity."[95] Similar to other studies in adolescents, another study found that family connectedness, school connectedness, and religious involvement were protective factors, leading to fewer risk behaviors.[25]



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

Case: 1:26-cv-00351-MWM Doc #: 41-4 Filed: 08/21/26 Page: 40 of 163 PAGEID #: 3029



Several studies have confirmed that a supportive family network, supportive teachers, and access to gay-straight student alliances at school were all significantly protective.[96,97]

## HEALTH CARE FOR SEXUAL MINORITY YOUTH

Pediatricians have the responsibility to provide culturally effective care to help reduce health disparities. Such care should be individualized and meet the needs of the patient regardless of social, educational, or cultural background. This requires an understanding of a patient's ethnic group, neighborhood group, family identification, and religious affiliation.[98] Understanding sexual orientation, behavior, and gender identity is another part of this process.

Being gay, lesbian, bisexual, transgender, or questioning, is not a "problem" or "risk behavior" in itself. These teens, like all teens, should be individually assessed for challenges, vulnerabilities, strengths, and assets. Positive behaviors should be reinforced; teens can be engaged in targeted behavioral interventions to reduce existing risk behaviors. As noted in *Bright Futures*,[27] it is part of the responsibility of the pediatrician to help adolescents identify their strengths and build on their existing talents. Pediatricians and their office staff can encourage teenagers to feel comfortable to talk to them about their emerging sexual identity and concerns about their sexual activities. On the other hand, it is not the role of pediatricians to identify a young person as being gay, or lesbian, unless the teenager has chosen to discuss this. Care should be confidential, and it is not the role of the pediatrician to inform parents/guardians about the teenager's sexual identity or behavior; doing so could expose the youth to harm.[88]

### Making the Office Teen-Friendly for Sexual Minority Youth

One of the challenges to health care is removing barriers to care and creating an environment welcoming all teens. Even LGBTQ youth who are open about their sexuality may not feel comfortable disclosing sexuality to their pediatrician. In a study in 131 sexual minority youth attending an empowerment conference, only 35% reported that their physician knew that they were lesbian, gay, or bisexual.[99] LGBTQ adolescents who are hiding their sexuality become quite adept at using gender-neutral terms to describe their relationships and sexual behaviors. Pediatricians' use of gender-neutral terms can encourage teenagers to discuss any questions they have about their sexual behaviors or sexual orientation.[27] Table 2 offers suggestions for gender-neutral questions a pediatrician can use as components of the psychosocial interview.[100] Although pediatricians may use gender-neutral items in obtaining histories, some teens may still choose not to disclose or may delay doing so until a subsequent visit.[101]

It is just as important that the pediatrician's office staff is nonjudgmental and welcoming. Internalized homophobia and heterosexism in the office setting may not be recognized by staff members but will inadvertently interfere with appropriate care. A nurse asking a teenage girl who is in a relationship with another woman about her boyfriend may be interpreted as nonaccepting of her relationship. This negative interaction may then hinder the health care provider's ability to form a trusting relationship.[88,102] Likewise, intake forms and questionnaires should not assume heterosexuality. Another advantage of altering intake forms is to be welcoming to parents who are in same-sex relationships. As for all adolescents, confidentiality should be ensured. An environment that respects the confidentiality of each client is critical for a facility that provides care for MSM/WSW and LGBTQ youth. Confidentiality must be emphasized at all levels of the clinic staff; many offices and teen clinics have developed a clinic confidentiality policy statement that should be shared with the patient and his or her identified caregiver. Parents should not have access to protected information without the adolescent's consent.[27,28] Current electronic health records may need to be modified to protect adolescents' confidentiality.

The office environment can be made welcoming for all teens by placing in the waiting room items such as brochures on a variety of adolescent topics, including sexual orientation, posters showing both same- and opposite-gender couples, and notices about support groups, if available in the region.[103] Brochures and information left in the privacy of the examination room may be more likely to be picked up by adolescent patients who are not open about their sexuality. If there are no local support groups, Web sites can be suggested so that the sexual minority adolescent does not feel isolated.[42] Even a small "rainbow" button (often a symbol of acceptance of sexual minority individuals) or decal on an office bulletin board or door symbolizes openness and acceptance of diverse sexual orientation and will be appreciated by sexual minority teens and their parents.[85]

### Sexuality and Obtaining a Sexual History

For pediatricians to offer optimal clinical care, it is crucial to promote healthy sexuality, even if the teen is not sexually active. Creating an accepting environment will optimize opportunities to learn about a youth's sexual



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

OHSD No. 1:26-cv-00351 MS00066

behaviors. Teens who are abstinent should have their abstinence acknowledged and reinforced as a preferred method of prevention for both STIs and unwanted pregnancies.[27] If the adolescent notes that he or she has engaged in sexual activity, 1 classic question is "Are you having sex with males, females, or both?" For adolescents who are not yet sexually active, inquiring "Are you attracted to males, females, or both" will allow for discussions to prevent sexual risk behaviors. If the pediatrician gets an unusual response from the adolescent, a bridging statement such as "Many teenagers your age have sex with members of the opposite or the same sex" can facilitate communication.[101] It may be difficult for some teenagers to answer these questions if they have not yet established trust in the pediatrician. Previous negative experiences in health care or internalized shame as a result of societal homophobia/heterosexism may cause some teenagers to not disclose their sexual orientation or same-gender sexual activity. Sexual minority adolescents also may not trust that their confidential information will truly be kept confidential from their parents/guardians or others. It has been shown that it is easier for some teens to reveal sensitive information (eg, sexual behavior and sexual orientation) before face-to-face visits with the pediatrician.[104] The most comfortable method is on a computer, and the next best is on a paper questionnaire.[105] Once a teen has acknowledged on a previsit form that he or she has a question about sexual activity or sexual identity, it is the responsibility of the pediatrician to introduce a conversation during the subsequent interview. Often, sexuality is disclosed at a future visit after the pediatrician has built a trusting relationship with the patient.

**TABLE 2** Using Gender Neutral Terms in the Psychosocial History

| Heterosexist Question | Instead Ask |
|---|---|
| "Do you have a girlfriend?" | "Are you dating anybody?"<br>"Are you involved any romantic relationship?" |
| "What do you and your boyfriend do together?" | "What do the 2 of you do together?"<br>"Tell me about your partner." |
| "Are you and your girlfriend sexually active?" | "Are you having sex?"<br>"Are the 2 of you in a sexual relationship?" |

Sexual practices are not dissimilar for heterosexual and lesbian, gay, or bisexual or MSM/WSW teens. Many heterosexual youth engage in oral intercourse, and some engage in anal intercourse.[106] Table 3 offers some suggestions for asking about specific sexual behaviors.

Once sexual history is obtained, in the context of the remainder of the psychosocial history, then specific health-promotion activities can be encouraged. Use of substances, depression, and other mental health disorders place youth at higher sexual risk because of lack of ability to make good decisions regarding use of condoms or contraception, and these issues should be addressed.[107] Using a strength- and asset-based approach and encouraging positive youth development is an effective way to reduce risks in all teenagers, including sexual minority youth.[27,108] Frankowski et al's[108] "Strength-Based Interviewing" is a method that can be applied to all adolescents and young adults.

Pediatricians also may assist sexual minority youth in coming out to their parents/families on the patient's own terms and timetable. This includes offering supportive suggestions and counseling and providing resources to assist the patient and family.[42]

## STI/HIV Testing and Prevention Recommendations for Sexual Minority Youth

Recent guidelines from the CDC recommend assessing for STI risk, which includes asking about the gender of all partners. Pediatricians should then

**TABLE 3** Sexual History Questions About Sexual Behaviors

- Have you ever had sex? What have you done sexually with a partner?
- Have you ever had oral sex? Has a partner ever "gone down" on you or have you ever "gone down" on a partner?
- Have you ever had vaginal sex? Have you ever engaged in penile-vaginal sex?
- Have you ever had anal sex? Did you put your penis in your partner's anus or did your partner put his penis in your anus?
- *If there was any insertive or receptive sex*: Do you use condoms? What percentage of the time? What about last time?
- *If there was any oral-genital contact*: Do you use dental dam or another barrier? What percentage of the time? What about last time?

make decisions about STI testing on the basis of the sexual behaviors identified by the sexual history.[110] Similar to other populations of adolescents, if adolescents are having protected intercourse (monogamous relationship, using condoms 100% of the time and correctly, and no substance abuse involved), it is reasonable to test them once per year. However, adolescents with multiple or anonymous partners, having unprotected intercourse, or having substance abuse issues or any other risk factors should be tested at shorter intervals.[110] Condoms should be promoted for all sexual activities that involve insertive or receptive intercourse. STI screening recommendations for MSM are described in Table 4.

A growing number of experts recommend testing for HSV (by serology) if infection status is unknown. Because of the increased incidence of anal cancer in HIV-infected MSM, screening



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

for anal cytologic abnormalities has been proposed.[110,111] An Atlanta study investigated cytologic screening results from HIV-positive patients, and the authors found highly significant rates of anal dysplasia (47%).[112] However, evidence is limited concerning the natural history of anal intraepithelial neoplasia, the reliability of screening methods, and the safety and response to treatments.[110] WSW are at risk of acquiring bacterial, viral, and protozoan infections from current and previous partners, both male and female. STD treatment guidelines from the CDC recommend a frank discussion of sexual identity and behavioral risk so that the physician can make decisions about which STI tests to perform. Digital-vaginal and digital-anal contact, especially with shared insertive devices, can transmit cervicovaginal secretions. Skin-to-skin or skin-to-mucosa transmission of HPV can occur. Additionally, because many WSW have also had sex with men, HPV vaccine and routine cervical cancer screening should be offered to women according to recommended guidelines. Limited data show inefficient transmission of HSV-2; however, the relatively frequent practice of orogenital sex may increase the risk of HSV-1. Bacterial vaginosis is common among women in general and even more so among WSW. Chlamydia and syphilis transmission may have been more common than previously thought; STD treatment guidelines from the CDC endorse targeted testing on the basis of sexual history. Reports by young women of sex with someone of the same gender should not deter pediatricians from screening them for STIs because of the possibility of a past history of sexual contact with male partners. Condoms should be promoted if using sex toys and dental dam should be promoted for any oral-vaginal or oral-anal contact.[110]

TABLE 4 Summary of Sexually Transmitted Diseases Screening Guidelines for MSM

- HIV serology, if HIV negative or not tested within the previous year
- Syphilis serology
- Test for urethral infection with *Neisseria gonorrhoeae* and *Chlamydia trachomatis* using NAATs in men who have had insertive anal intercourse during the preceding year
- Test for rectal infection with *N gonorrhoeae* and *Ctrachomatis* in men who have had receptive anal intercourse during the preceding year, using either preferred NAATs (for laboratories that have met regulatory requirements for an off-label procedure) or culture for *N gonorrhoeae* and enzyme immunoassay or direct fluorescent antibody assay for *C trachomatis*
- Test for pharyngeal infection with *N gonorrhoeae* in men who have acknowledged practicing receptive oral intercourse during the preceding year using NAATs (for those laboratories that have met regulatory requirements for an off-label procedure) or culture; testing for *Ctrachomatis* pharyngeal infection is not recommended[99]

NAAT, nucleic acid amplification test.

In 2011, the CDC expanded its recommendations for the quadrivalent HPV vaccine (HPV-4 [Gardasil, Merck Sharp & Dohme Corp, Whitehouse Station, NJ]). The CDC recommends routine immunization of males and females 11 or 12 years of age with HPV-4, administered as a 3-dose series. The immunization series may be started as early as 9 years of age, and if not started at 11 or 12 years of age catch-up immunization is recommended for females 12 through 26 years of age and males at 13 through 21 years of age. HPV-4 is recommended in males for the prevention of genital warts and precancerous/dysplastic lesions of the anus caused by the 4 strains in the vaccine (6, 11, 16, and 18). HPV-4 was noted to be 78% effective at preventing anal intraepithelial neoplasia from strains 16 and 18 in males. Ninety percent of all anal cancer is caused by HPV. For females, HPV-4 is recommended for prevention of genital warts and precancerous/dysplastic lesions of the cervix, vagina, vulva, and anus caused by the 4 strains contained in the vaccine. For MSM, the CDC recommends routine immunization through 26 years of age.[110,113–115] Bivalent HPV vaccine (HPV-2 [Cervarix, GlaxoSmithKline, Middlesex, United Kingdom]) has been approved for the prevention of cervical cancer and precancerous/dysplastic lesions of the cervix caused by HPV types 16 and 18 in females 8 through 25 years of age and may be offered. There are no special recommendations for sexual minority adolescents and young adults.[116]

The 2010 STD treatment guidelines from the CDC also recommend that all MSM should be tested for hepatitis B by testing blood for hepatitis B surface antigen.[110] This test may not need to be performed, however, if the pediatrician has clear evidence that the adolescent has received all doses of the hepatitis B vaccine. If not already immunized against hepatitis B or hepatitis A, all MSM should receive these vaccines. Hepatitis C testing should be conducted if the patient is a current or past drug user or if HIV infected.[117]

Because many teens who self-identify as gay, lesbian, or bisexual may have sexual encounters that may not be predicted by their orientation, conversation about birth control is important.[13,14] Emergency contraception should also be discussed. Emergency contraception is available over-the-counter if the patient is older than 17 years. A prescription may be required for a patient younger than 17 years; additional requirements vary by state.[117]

## Treatment of Transgender Youth

In 2009, the Endocrine Society published "Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline."[11] This was a refinement of the 2001 publication of The World Professional Association for Transgender Health's Standards of



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

Care, which was updated in 2011.[5] These documents integrate the best available evidence with clinical experience from experts in the field of assisting transgender patients with transition. The guidelines were further refined by Olson et al[10] in a subsequent publication on the basis of clinical experiences with a large number of transgender patients in Los Angeles. These publications discuss the importance of psychological treatment approaches. The mental health professional is called on to accurately diagnose gender dysphoria and any comorbid conditions, to counsel about the range of treatment options, to ascertain readiness for hormone and surgical therapy, to make formal recommendations to medical and surgical colleagues as part of the team of care, to educate the patient and family, and to provide follow-up. The skilled therapist will use affirming strategies: affirming the adolescent's sense of self, allowing for exploration of gender and self-definition, and conveying the message that it is "entirely acceptable to be whoever you turn out to be." It is recommended that all transgender adolescents be involved in psychological therapy, even those who are functioning well, to ensure that they have the necessary support they need and a safe place to explore identities and consider the transitioning experience.[5,10,11]

Classifications for the process of gender transition include reversible, partially reversible, and irreversible phases. Reversible transition includes the adoption of outward gender expression: wearing preferred clothing, adopting preferred hairstyles, and perhaps acquiring a new name. The use of gonadatropin-releasing hormone (GnRH) analogs is also part of the reversible stage. The Endocrine Society guidelines state, "suppression of pubertal hormones starts when girls and boys first exhibit physical changes of puberty (confirmed by pubertal levels of estradiol and testosterone, respectively) but no earlier than Tanner stages 2-3." Suppression is similar to the treatment of precocious puberty. In general, it is recommended that transgender adolescents be maintained on suppressive GnRH analogs until they are emotionally and cognitively ready for cross-gender sex hormones.[10,11] The rationale for using GnRH analogs early (at sexual maturity rating 2) and then waiting to begin hormonal therapy is so that MTF adolescents experience desired outcomes. However, as noted from 1 large center treating transgender youth, they commonly present at older ages with pubertal development too far advanced for suppressive therapy. The average age of presentation at this center was 14.8 years, with an average sexual maturity rating of 4.1.[118] Waiting too long may result in male voice pitch, laryngeal prominences, and facial hair pattern, which precludes the option of pubertal suppressive therapy.[10,11,118]

The partially reversible treatment phase involves the use of cross-gender hormone therapies. The Endocrine Society guidelines state that "pubertal development of the desired opposite gender be initiated at about the age of 16 years, using a gradually increasing dose schedule of cross-sex steroids."[11] Olson's group follows these guidelines but may choose to provide therapy earlier after careful review of the risks and benefits with the youth and parents.[10] It is recommended that cross-gender hormone therapy begin after assessment of readiness by a medical professional, including a careful review of any hormone contraindications, and by the mental health professional who documents psychological readiness. For FTM patients, testosterone is used. For MTF patients, estrogen is used, sometimes in combination with an androgen inhibitor, such as spironolactone.[10,11,118]

Adolescents undergoing partially reversible cross-gender hormone therapy should be monitored for progress in transition and for any potential medical complications. MTF patients started on estrogen might develop deep venous thrombosis, prolactinomas, hypertension, liver disease, and decreased libido and are at increased risk of breast cancer. Spironolactone can lead to hyperkalemia and decreased blood pressure. FTM patients receiving testosterone may develop hyperlipidemia, polycythemia, male pattern baldness, acne, and other significant side effects.[10,11]

Irreversible therapy occurs during the surgical phase, with many different procedures now available to create a more masculine or feminine appearance. The Endocrine Society guidelines and the World Professional Association for Transgender Health's Standards of Care recommend deferring surgery until an individual is at least 18 years of age.[5,11]

There are many barriers to transgender adolescents receiving desired medical therapies. It is difficult for transgender youth and their families to find comprehensive medical and mental health services. Pediatricians may not feel comfortable or knowledgeable enough to assist transition plans in transgender youth, in which case they should refer to another physician with experience or expertise around gender nonconformity. Most insurance companies do not pay for this care, and the use of GnRH analogs is quite expensive. Medical treatments are neither standardized nor approved by the Food and Drug Administration, although they are increasingly supported by medical literature.[11] Consent is another obstacle, and only Illinois' and West Virginia's state statutes can be interpreted favorably for transgender



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

adolescents to be able to consent for care.[120]

Injectable medical-grade silicone gel and oil have been used by physicians for soft-tissue augmentation.[121] Many transgender adolescents who do not have parental support or who are homeless have injected themselves or others with impure, nonmedical silicone, with significant health consequences. In the Chicago study in ethnic minority transgender youth, the authors found that 29% had injected silicone and 8% had shared needles, half of which were obtained on the street or via the Internet.[94] Injected industrial (nonmedical) silicones or medical silicones used incorrectly have been shown to cause multiorgan dysfunction,[122] silicone pulmonary embolization,[123] and death.[124]

## ASSISTING PARENTS OF SEXUAL MINORITY YOUTH

Another critically important role of the pediatrician is to assist parents of sexual minority youth. Some parents have emotional reactions related to societal homophobia and may have extreme difficulty accepting their LGBT teens. Others mourn the loss of the image of the adolescent that they had before the disclosure. Pediatricians should acknowledge the parents' feelings but should provide information and support for the adolescent who has disclosed. Parents' reactions and attitudes may adjust over time and the pediatrician should check in regularly and offer support to the entire family. Organizations like Parents, Families and Friends of Lesbians and Gays (http://www.pflag.org) or Gay Family Support (http://www.gayfamilysupport.com) provide valuable resources for discussion. Lead with Love is another excellent resource that includes a film for viewing and discussion (http://leadwithlovefilm.com). For sexual minority youth who have been bullied or victimized, the It Gets Better Project may assist parents and families (http://www.itgetsbetter.org/).

## RESOURCES FOR SEXUAL MINORITY YOUTH

Pediatricians' knowledge about national and local resources to assist sexual minority youth is critical to provide LGBTQ patients and their families guidance and support as they progress through adolescence into young adulthood. Nonprofit organizations, such as the United Way in some communities, are a great place to start, as are adult LGBTQ and sexual health advocacy organizations. Table 5 provides selected Web sites of LGBTQ-serving organizations and resources for sexual minority youth, their families, and communities.

## SUMMARY

Pediatricians and other health care providers already have many of the skills needed to provide culturally effective, developmentally appropriate care for sexual minority youth. LGBTQ teens/young adults and MSM/WSW are an underserved population, many of whom struggle with acceptance of their sexuality at the same time that they are managing the other rigors of adolescence. The adolescent psychosocial history will allow for discovery of any high-risk behaviors, and targeted behavioral interventions may be developed with the adolescent.

**TABLE 5** LGBTQ Support and Advocacy Organizations

- The Gay, Lesbian, and Straight Education Network mission is "Every student deserves a safe space" (http://www.glsen.org).
- Parents, Families, and Friends of Lesbians and Gays (PFLAG) is a long-standing support and advocacy organization (http://community.pflag.org).
- The National Youth Advocacy Coalition (NYAC) is a social justice organization that advocates for and with young people who are lesbian, gay, bisexual, transgender, or questioning in an effort to end discrimination against these youth and to ensure their physical and emotional well-being (http://www.nyacyouth.org).
- The Trevor Project (http://www.thetrevorproject.org) operates the only nationwide, around-the-clock crisis and suicide prevention hotline for sexual minority youth (866-4-U-TREVOR).
- Youth Resource is a Web site created by and for LGBTQ young people. Sponsored by Advocates for Youth, Youth Resource takes a holistic approach to sexual health and exploring issues of concern to LGBTQ youth, by providing information and offering support on sexual and reproductive health issues through education and advocacy (http://www.amplifyyourvoice.org/youthresource).
- For patients, communities, and health care professionals, the Gay and Lesbian Medical Association (http://glma.org) has referral and information resources.
- TransKids Purple Rainbow is a foundation that advocates and organizes events on behalf of transgender children (http://www.transkidspurplerainbow.org).
- The World Professional Association for Transgender Health, Inc (WPATH). Formerly known as the Harry Benjamin International Gender Dysphoria Association, Inc, WPATH is a professional organization devoted to the understanding and treatment of gender identity disorders (http://www.wpath.org).
- Transfamily provides support and education for transgender people, their families, friends, and significant others. The group is associated with PFLAG to bring awareness to school systems, through their principals and counselors, by offering literature, speakers, consultation, and support (http://www.transfamily.org).
- Family Acceptance Project (Marian Wright Education Institute–Resource for LGBTQ youth and families) (http://familyproject.sfsu.edu)
- Other resources are available on the Adolescent Reproductive and Sexual Health Education Project Web site at the end of the presentations, "Gay, Lesbian, Bisexual, Transgender, and Questioning Youth" and "Caring for Transgender Adolescent Patients" found at http://www.prh.org/ARSHEP. These presentations are also outstanding for both self-education and for use in training current and future medical professionals.



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

Referrals for mental health and substance abuse treatment may be warranted. Pediatricians have an obligation to ensure that sexual minority youth have access to a full range of appropriate health care services. As with all adolescents and young adults, sexual minority youth need honest answers and compassion in dealing with issues and questions around sexual orientation, identity, and sexual behaviors.


**LEAD AUTHOR**

David A. Levine, MD

**COMMITTEE ON ADOLESCENCE, 2012–2013**

Paula K. Braverman, MD, Chairperson
William P. Adelman, MD
Cora C. Breuner, MD, MPH
David A. Levine, MD
Arik V. Marcell, MD, MPH
Pamela J. Murray, MD, MPH
Rebecca F. O'Brien, MD, MD

**LIAISONS**

Loretta E. Gavin, PhD, MPH – *Centers for Disease Control and Prevention*
Rachel J. Miller, MD – *American College of Obstetricians and Gynecologists*
Jorge L. Pinzon, MD – *Canadian Pediatric Society*
Benjamin Shain, MD, PhD – *American Academy of Child and Adolescent Psychiatry*

**STAFF**

Karen S. Smith
James Baumberger


## REFERENCES


1. Institute of Medicine, Committee on Lesbian, Gay, Bisexual, and Transgender Health Issues and Research Gaps and Opportunities. *The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a Foundation for Better Understanding*. Washington, DC: National Academies Press; 2011
2. Spigarelli MG. Adolescent sexual orientation. *Adolesc Med State Art Rev*. 2007;18(3):508–518, vii
3. Glover JA, Galliher RV, Lamere TG. Identity development and exploration among sexual minority adolescents: examination of a multidimensional model. *J Homosex*. 2009;56(1):77–101
4. Frankowski BL; American Academy of Pediatrics Committee on Adolescence. Sexual orientation and adolescents. *Pediatrics*. 2004;113(6):1827–1832
5. World Professional Association for Transgender Health. Standards of care for the health of transsexual, transgender, and gender nonconforming people. Minneapolis, MN: World Professional Association for Transgender Health; 2011. Available at: www.wpath.org. Accessed June 11, 2012
6. Wallien MS, Cohen-Kettenis PT. Psychosexual outcome of gender-dysphoric children. *J Am Acad Child Adolesc Psychiatry*. 2008;47(12):1413–1423
7. Zucker K, Bradley S. Gender identity and psychosexual disorders. *J Lifelong Learn Psychiatry*. 2005;3(4):598–617
8. American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders*. 4th ed, text revision. Washington, DC: American Psychiatric Association; 2000
9. Sexual and Gender Disorders Work Group for American Psychiatric Association DSM-5 Development. 2011. Available at: www.dsm5.org/ProposedRevision/Pages/GenderDysphoria.aspx. Accessed June 11, 2012
10. Olson J, Forbes C, Belzer M. Management of the transgender adolescent. *Arch Pediatr Adolesc Med*. 2011;165(2):171–176
11. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, et al; Endocrine Society. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab*. 2009;94(9):3132–3154
12. Austin SB, Conron K, Patel A, Freedner N. Making sense of sexual orientation measures: findings from a cognitive processing study with adolescents on health survey questions. *J LGBT Health Res*. 2007;3(1):55–65
13. Herrick AL, Matthews AK, Garofalo R. Health risk behaviors in an urban sample of young women who have sex with women. *J Lesbian Stud*. 2010;14(1):80–92
14. Goodenow C, Szalacha LA, Robin LE, Westheimer K. Dimensions of sexual orientation and HIV-related risk among adolescent females: evidence from a statewide survey. *Am J Public Health*. 2008;98(6):1051–1058
15. Igartua K, Thombs BD, Burgos G, Montoro R. Concordance and discrepancy in sexual identity, attraction, and behavior among adolescents. *J Adolesc Health*. 2009;45(6):602–608
16. Wilson BD, Harper GW, Hidalgo MA, Jamil OB, Torres RS, Fernandez MI; Adolescent Medicine Trials Network for HIV/AIDS Interventions. Negotiating dominant masculinity ideology: strategies used by gay, bisexual and questioning male adolescents. *Am J Community Psychol*. 2010;45(1–2):169–185
17. American Academy of Pediatrics. Gender identity and gender confusion in children. Elk Grove Village, IL: American Academy of Pediatrics; 2010. Available at: www.healthychildren.org/English/ages-stages/gradeschool/Pages/Gender-Identity-and-Gender-Confusion-In-Children.aspx. Accessed June 11, 2012
18. Almeida J, Johnson RM, Corliss HL, Molnar BE, Azrael D. Emotional distress among LGBT youth: the influence of perceived discrimination based on sexual orientation. *J Youth Adolesc*. 2009;38(7):1001–1014
19. Walls NE. Toward a multidimensional understanding of heterosexism: the changing nature of prejudice. *J Homosex*. 2008;55(1):20–70
20. Chesir-Teran D, Hughes D. Heterosexism in high school and victimization among lesbian, gay, bisexual, and questioning students. *J Youth Adolesc*. 2009;38(7):963–975
21. McDermott E, Roen K, Scourfield J. Avoiding shame: young LGBT people, homophobia and self-destructive behaviours. *Cult Health Sex*. 2008;10(8):815–829
22. Kann L, Olsen EO, McManus T, et al; Centers for Disease Control and Prevention. Sexual identity, sex of sexual contacts, and health-risk behaviors among students in grades 9-12—youth risk behavior surveillance, selected sites, United States, 2001-2009. *MMWR Surveill Summ*. 2011;60(7):1–133
23. Kelley TM, Robertson RA. Relational aggression and victimization in gay male relationships: the role of internalized homophobia. *Aggress Behav*. 2008;34(5):475–485
24. Friedman MS, Marshal MP, Stall R, Cheong J, Wright ER. Gay-related development, early abuse and adult health outcomes among gay males. *AIDS Behav*. 2008;12(6):891–902
25. Birkett M, Espelage DL, Koenig B. LGB and questioning students in schools: the




Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

moderating effects of homophobic bullying and school climate on negative outcomes. *J Youth Adolesc*. 2009;38(7):989–1000

26. Saewyc EM, Homma Y, Skay CL, Bearinger LH, Resnick MD, Reis E. Protective factors in the lives of bisexual adolescents in North America. *Am J Public Health*. 2009;99(1):110–117
27. Hagan JF, Shaw JS, Duncan P, eds. *Bright Futures: Guidelines for Health Supervision of Infants, Children, and Adolescents*. 3rd ed. Elk Grove Village, IL: American Academy of Pediatrics; 2008
28. Hoffman ND, Freeman K, Swann S. Healthcare preferences of lesbian, gay, bisexual, transgender and questioning youth. *J Adolesc Health*. 2009;45(3):222–229
29. American Association of Medical Colleges. Diversity policy and programs: who we are, what we do, where we're going. Washington, DC: American Association of Medical Colleges; 2011. Available at: https://www.aamc.org/download/266998/data/dpp-briefing-book-2011.pdf. Accessed June 11, 2012
30. The Joint Commission. Advancing effective communication, cultural competence, and patient- and family- centered care for the lesbian, gay, bisexual, and transgender (LGBT) community: a field guide. Oakbrook Terrace, IL: 2011. Available at: www.jointcommission.org/assets/1/18/LGBTFieldGuide.pdf. Accessed June 11, 2012
31. Bouris A, Guilamo-Ramos V, Pickard A, et al. A systematic review of parental influences on the health and well-being of lesbian, gay, and bisexual youth: time for a new public health research and practice agenda. *J Prim Prev*. 2010;31(5–6):273–309
32. Bauhoff S. Systematic self-report bias in health data: impact on estimating cross-sectional and treatment effects. *Health Serv Outcomes Res Methodol*. 2011;11(1–2):44–53
33. Anfinson A, ed. 2007 Minnesota Student Survey statewide tables. Minnesota Student Survey Interagency Team. Roseville, MN: Minnesota Department of Education; 2007. Available at: http://education.state.mn.us/mdeprod/idcplg?IdcService=GET_FILE&RevisionSelectionMethod=latestReleased&Rendition=primary&dDocName=042114. Accessed June 11, 2012
34. Moffat S, Cate R. *The 2007 Vermont Youth Risk Behavior Survey*. Burlington, VT: Vermont Department of Health, Division of Health Surveillance; 2007
35. Massachusetts Department of Elementary and Secondary Education, Massachusetts Department of Public Health. Massachusetts high school students and sexual orientation: results of the 2007 Youth Risk Behavior Survey. Malden, MA: Massachusetts Department of Elementary and Secondary Education; 2008. Available at: www.mass.gov/cgly/yrbs07.pdf. Accessed June 13, 2012
36. Pathela P, Schillinger JA. Sexual behaviors and sexual violence: adolescents with opposite-, same-, or both-sex partners. *Pediatrics*. 2010;126(5):879–886
37. Chandra A, Mosher WD, Copen C, Sionean C. Sexual behavior, sexual attraction, and sexual identity in the United States: data from the 2006-2008 National Survey of Family Growth. *Natl Health Stat Rep*. 2011 Mar 3(36):1–36
38. Corliss HL, Rosario M, Wypij D, Fisher LB, Austin SB. Sexual orientation disparities in longitudinal alcohol use patterns among adolescents: findings from the Growing Up Today Study. *Arch Pediatr Adolesc Med*. 2008;162(11):1071–1078
39. Russell ST, Joyner K. Adolescent sexual orientation and suicide risk: evidence from a national study. *Am J Public Health*. 2001;91(8):1276–1281
40. Kipke MD, Kubicek K, Weiss G, et al. The health and health behaviors of young men who have sex with men. *J Adolesc Health*. 2007;40(4):342–350
41. Coker TR, Austin SB, Schuster MA. Health and healthcare for lesbian, gay, bisexual, and transgender youth: reducing disparities through research, education, and practice. *J Adolesc Health*. 2009;45(3):213–215
42. Physicians for Reproductive Choice and Health. Gay, lesbian, bisexual, transgender, and questioning youth. 4th ed. New York, NY: The Adolescent Reproductive and Sexual Health Education Program; 2011. Available at: www.prch.org/arshep. Accessed June 13, 2012
43. Berg MB, Mimiaga MJ, Safren SA. Mental health concerns of gay and bisexual men seeking mental health services. *J Homosex*. 2008;54(3):293–306
44. Silenzio VM, Pena JB, Duberstein PR, Cerel J, Knox KL. Sexual orientation and risk factors for suicidal ideation and suicide attempts among adolescents and young adults. *Am J Public Health*. 2007;97(11):2017–2019
45. Walls NE, Freedenthal S, Wisneski H. Suicidal ideation and attempts among sexual minority youths receiving social services. *Soc Work*. 2008;53(1):21–29
46. Eisenberg ME, Resnick MD. Suicidality among gay, lesbian and bisexual youth: the role of protective factors. *J Adolesc Health*. 2006;39(5):662–668
47. D'Augelli AR, Grossman AH, Salter NP, Vasey JJ, Starks MT, Sinclair KO. Predicting the suicide attempts of lesbian, gay, and bisexual youth. *Suicide Life Threat Behav*. 2005;35(6):646–660
48. Whitbeck LB, Chen X, Hoyt DR, Tyler KA, Johnson KD. Mental disorder, subsistence strategies, and victimization among gay, lesbian, and bisexual homeless and runaway adolescents. *J Sex Res*. 2004;41(4):329–342
49. Hart TA, Heimberg RG. Social anxiety as a risk factor for unprotected intercourse among gay and bisexual male youth. *AIDS Behav*. 2005;9(4):505–512
50. Pachankis JE, Goldfried MR. Social anxiety in young gay men. *J Anxiety Disord*. 2006;20(8):996–1015
51. Schwartz SW. Adolescent mental health in the United States. New York, NY: National Center for Children in Poverty, Mailman School of Public Health, Columbia University; 2009. Available at: http://nccp.org/publications/pdf/text_878.pdf. Accessed June 13, 2012
52. Lampinen TM, Chan K, Anema A, et al. Incidence of and risk factors for sexual orientation-related physical assault among young men who have sex with men. *Am J Public Health*. 2008;98(6):1028–1035
53. Herek GM, Sims C. Sexual orientation and violence victimization: hate crimes and intimate partner violence among gay and bisexual men in the US. In: Wolitski RJ, Stall R, Valdiserri RO, eds. *Unequal Opportunity: Health Disparities Affecting Gay and Bisexual Men in the US*. New York, NY: Oxford University Press; 2008:35–71
54. Friedman MS, Koeske GF, Silvestre AJ, Korr WS, Sites EW. The impact of gender-role nonconforming behavior, bullying, and social support on suicidality among gay male youth. *J Adolesc Health*. 2006;38(5):621–623
55. Cloud J. Bullied to death. Time. 2010;176(16):60–63
56. Consortium of Higher Education LGBT Resource Professionals. Press release. Syracuse, NY: Consortium of Higher Education LGBT Resource Professionals; October 4, 2004. Available at: www.lgbtcampus.org/about/news-2010-10-04-deaths. Accessed June 13, 2012
57. US Department of Health and Human Services. stopbullying.org Web site. Available at: www.stopbullying.gov. Accessed June 13, 2012
58. Burks DJ. Lesbian, gay, and bisexual victimization in the military: an unintended



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

consequence of "Don't Ask, Don't Tell"? *Am Psychol*. 2011;66(7):604–613
59. Hand K. United States: Mormon apostle bullies gay youth. *Green Left Weekly*. Octo 10, 2010. Available at: www.greenleft.org.au/node/45676. Accessed June 13, 2012
60. Parents, Families and Friends of Lesbians and Gays. Seven: cyber bullying. Available at: http://community.pflag.org/page.aspx?pid=1025. Accessed June 13, 2012
61. Blumenfeld WJ, Cooper RM. LGBT and allied youth responses to cyberbullying: policy implications. *Int J Crit Pedagogy*. 2010;3(1):114–133
62. Russell CJ, Keel PK. Homosexuality as a specific risk factor for eating disorders in men. *Int J Eat Disord*. 2002;31(3):300–306
63. Austin SB, Ziyadeh NJ, Corliss HL, et al. Sexual orientation disparities in purging and binge eating from early to late adolescence. *J Adolesc Health*. 2009;45(3):238–245
64. Feldman MB, Meyer IH. Childhood abuse and eating disorders in gay and bisexual men. *Int J Eat Disord*. 2007;40(5):418–423
65. Hepp U, Milos G. Gender identity disorder and eating disorders. *Int J Eat Disord*. 2002;32(4):473–478
66. D'Augelli AR. High tobacco use among lesbian, gay, and bisexual youth: mounting evidence about a hidden population's health risk behavior. *Arch Pediatr Adolesc Med*. 2004;158(4):309–310
67. Remafedi G, Jurek AM, Oakes JM. Sexual identity and tobacco use in a venue-based sample of adolescents and young adults. *Am J Prev Med*. 2008;35(6 suppl):S463–S470
68. Lee JG, Griffin GK, Melvin CL. Tobacco use among sexual minorities in the USA, 1987 to May 2007: a systematic review. *Tob Control*. 2009;18(4):275–282
69. Ortiz-Hernández L, Tello BL, Valdés J. The association of sexual orientation with self-rated health, and cigarette and alcohol use in Mexican adolescents and youths. *Soc Sci Med*. 2009;69(1):85–93
70. Remafedi G, Carol H. Preventing tobacco use among lesbian, gay, bisexual, and transgender youths. *Nicotine Tob Res*. 2005;7(2):249–256
71. Remafedi G. Lesbian, gay, bisexual, and transgender youths: who smokes, and why? *Nicotine Tob Res*. 2007;9(suppl 1):S65–S71
72. Schwappach DL. Queer quit: gay smokers' perspectives on a culturally specific smoking cessation service. *Health Expect*. 2009;12(4):383–395
73. Valleroy LA, MacKellar DA, Karon JM, et al; Young Men's Survey Study Group. HIV prevalence and associated risks in young men who have sex with men. *JAMA*. 2000;284(2):198–204
74. Kipke MD, Weiss G, Ramirez M, et al. Club drug use in Los Angeles among young men who have sex with men. *Subst Use Misuse*. 2007;42(11):1723–1743
75. Ridner SL, Frost K, Lajoie AS. Health information and risk behaviors among lesbian, gay, and bisexual college students. *J Am Acad Nurse Pract*. 2006;18(8):374–378
76. Parsons JT, Kelly BC, Weiser JD. Initiation into methamphetamine use for young gay and bisexual men. *Drug Alcohol Depend*. 2007;90(2–3):135–144
77. Rosario M, Schrimshaw EW, Hunter J. Predictors of substance abuse over time among gay, lesbian, and bisexual youths: an examination of three hypotheses. *Addict Behav*. 2004;29(8):1623–1631
78. Rhodes SD, McCoy T, Hergenrather KC, Omli MR, Durant RH. Exploring the health behavior disparities of gay men in the United States: comparing gay male university students to their heterosexual peers. *J LGBT Health Res*. 2007;3(1):15–23
79. Benson PA, Hergenroeder AC. Bacterial sexually transmitted infections in gay, lesbian, and bisexual adolescents: medical and public health perspectives. *Semin Pediatr Infect Dis*. 2005;16(3):181–191
80. Kipke MD, Weiss G, Wong CF. Residential status as a risk factor for drug use and HIV risk among young men who have sex with men. *AIDS Behav*. 2007;11(6 suppl):56–69
81. Rudy ET, Shoptaw S, Lazzar M, Bolan RK, Tilekar SD, Kerndt PR. Methamphetamine use and other club drug use differ in relation to HIV status and risk behavior among gay and bisexual men. *Sex Transm Dis*. 2009;36(11):693–695
82. Centers for Disease Control and Prevention. Trends in HIV/AIDS diagnoses among men who have sex with men—33 states, 2001-2006. *MMWR Morb Mortal Wkly Rep*. 2008;57(25):681–686
83. Robertson P, Schachter J. Failure to identify venereal disease in a lesbian population. *Sex Transm Dis*. 1981;8(2):75–76
84. Lindley LL, Barnett CL, Brandt HM, Hardin JW, Burcin M. STDs among sexually active female college students: does sexual orientation make a difference? *Perspect Sex Reprod Health*. 2008;40(4):212–217
85. Stoddard JP, Dibble SL, Fineman N. Sexual and physical abuse: a comparison between lesbians and their heterosexual sisters. *J Homosex*. 2009;56(4):407–420
86. Welles SL, Corbin TJ, Rich JA, Reed E, Raj A. Intimate partner violence among men having sex with men, women, or both: early-life sexual and physical abuse as antecedents. *J Community Health*. 2011;36(3):477–485
87. Saewyc EM, Bearinger LH, Blum RW, Resnick MD. Sexual intercourse, abuse and pregnancy among adolescent women: does sexual orientation make a difference? *Fam Plann Perspect*. 1999;31(3):127–131
88. Arreola S, Neilands T, Pollack L, Paul J, Catania J. Childhood sexual experiences and adult health sequelae among gay and bisexual men: defining childhood sexual abuse. *J Sex Res*. 2008;45(3):246–252
89. Mimiaga MJ, Noonan E, Donnell D, et al. Childhood sexual abuse is highly associated with HIV risk-taking behavior and infection among MSM in the EXPLORE Study. *J Acquir Immune Defic Syndr*. 2009;51(3):340–348
90. Perrin E. *Sexual Orientation in Child and Adolescent Health Care*. New York, NY: Kluwer Academic; 2002
91. American Psychological Association. *Task Force on Gender Identity and Gender-Variance. Report of the Task Force on Gender Identity and Gender Variance*. Washington, DC: American Psychological Association; 2009
92. Clements-Nolle K, Marx R, Guzman R, Katz M. HIV prevalence, risk behaviors, health care use, and mental health status of transgender persons: implications for public health intervention. *Am J Public Health*. 2001;91(6):915–921
93. Nuttbrock L, Hwahng S, Bockting W, et al. Lifetime risk factors for HIV/sexually transmitted infections among male-to-female transgender persons. *J Acquir Immune Defic Syndr*. 2009;52(3):417–421
94. Garofalo R, Deleon J, Osmer E, Doll M, Harper GW. Overlooked, misunderstood and at-risk: exploring the lives and HIV risk of ethnic minority male-to-female transgender youth. *J Adolesc Health*. 2006;38(3):230–236
95. Eccles TA, Sayegh MA, Fortenberry JD, Zimet GD. More normal than not: a qualitative assessment of the developmental experiences of gay male youth. *J Adolesc Health*. 2004;35(5):425.e11–425.e18
96. Cohn TJ, Hastings SL. Resilience among rural lesbian youth. *J Lesbian Stud*. 2010;14(1):71–79
97. Russell ST, Muraco A, Subramaniam A, Laub C. Youth empowerment and high school gay-straight alliances. *J Youth Adolesc*. 2009;38(7):891–903
98. Satcher D. The Surgeon General's call to action to promote sexual health and



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf by guest

Case: 1:26-cv-00351-MWM Doc #: 41-4 Filed: 08/21/26 Page: 48 of 163 PAGEID #: 3037



responsible sexual behavior. Washington, DC: US Department of Health and Human Services; 2001. Available at: www.surgeongeneral.gov/library/sexualhealth/index.html. Accessed June 13, 2012

99. Meckler GD, Elliott MN, Kanouse DE, Beals KP, Schuster MA. Nondisclosure of sexual orientation to a physician among a sample of gay, lesbian, and bisexual youth. *Arch Pediatr Adolesc Med*. 2006;160(12):1248–1254
100. Levine DA. Office-based care for gay, lesbian, bisexual, and questioning youth. *Adolesc Med State Art Rev*. 2009;20(1):223–242, xi–xii
101. Goldenring JM, Rosen DS. Getting into adolescent heads: an essential update. *Contemp Pediatr*. 2004;21(1):64–90
102. Mayer KH, Bradford JB, Makadon HJ, Stall R, Goldhammer H, Landers S. Sexual minority health: what do we know and where do we need to go? *Am J Public Health*. 2008;98(6):989–995
103. Canadian Paediatric Society, Adolescent Health Committee. Adolescent sexual orientation. *Paediatr Child Health (Oxford)*. 2008;13(7):619–623
104. Moyer C. LGBT patients: reluctant and underserved. *Am Med News*. Sept 5 2011. Available at: www.ama-assn.org/amednews/2011/09/05/prsa0905.htm. Accessed June 13, 2012
105. Gutiérrez JP, Torres-Pereda P. Acceptability and reliability of an adolescent risk behavior questionnaire administered with audio and computer support. *Rev Panam Salud Publica*. 2009;25(5):418–422
106. Kaiser Permanente National Diversity Council. *A Provider's Handbook on Culturally Competent Care*. 2nd ed. Oakland, CA: Kaiser Foundation Health Plan Inc; 2004
107. Rosario M, Schrimshaw EW, Hunter J. A model of sexual risk behaviors among young gay and bisexual men: longitudinal associations of mental health, substance abuse, sexual abuse, and the coming-out process. *AIDS Educ Prev*. 2006;18(5):444–460
108. Duncan PM, Garcia AC, Frankowski BL, et al. Inspiring healthy adolescent choices: a rationale for and guide to strength promotion in primary care. *J Adolesc Health*. 2007;41(6):525–535
109. Frankowski BL, Leader IC, Duncan PM. Strength-based interviewing. *Adolesc Med State Art Rev*. 2009;20(1):22–40, vii–viii
110. Workowski KA, Berman SM; Centers for Disease Control and Prevention. Sexually transmitted diseases treatment guidelines, 2010. *MMWR Recomm Rep*. 2010;59(RR-12):1–110
111. Ho KS, Cranston RD. Anal cytology screening in HIV-positive men who have sex with men: what's new and what's now? *Curr Opin Infect Dis*. 2010;23(1):21–25
112. Bakotic WL, Willis D, Birdsong G, Tadros TS. Anal cytology in an HIV-positive population: a retrospective analysis. *Acta Cytol*. 2005;49(2):163–168
113. US Food and Drug Administration. FDA: Gardasil approved to prevent anal cancer [news release]. Silver Spring, MD: US Food and Drug Administration; December 22, 2010
114. Centers for Disease Control and Prevention. FDA licensure of quadrivalent human papillomavirus vaccine (HPV4, Gardasil) for use in males and guidance from the Advisory Committee on Immunization Practices (ACIP). *MMWR Morb Mortal Wkly Rep*. 2010;59(20):630–632
115. Centers for Disease Control and Prevention. Recommendations on the use of quadrivalent human papillomavirus vaccine in males—Advisory Committee on Immunization Practices (ACIP), 2011. *MMWR Morb Mortal Wkly Rep*. 2011;60(50):1705–1708
116. Centers for Disease Control and Prevention. FDA licensure of bivalent human papillomavirus vaccine (HPV2, Cervarix) for use in females and updated HPV vaccination recommendations from the Advisory Committee on Immunization Practices (ACIP). *MMWR Morb Mortal Wkly Rep*. 2010;59(20):626–629
117. Blythe MJ, Diaz A; American Academy of Pediatrics Committee on Adolescence. Contraception and adolescents. *Pediatrics*. 2007;120(5):1135–1148
118. Spack NP, Edwards-Leeper L, Feldman HA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics*. 2012;129(3):418–425
119. Ashbee O, Goldberg J. Trans care gender transition: hormones: a guide for MTFs. Vancouver, British Columbia, Canada: Vancouver Coastal Health, Transcend Transgender Support & Education Society and Canadian Rainbow Health Coalition; 2006. Available at: http://transhealth.vch.ca/resources/library/tcpdocs/consumer/hormones-MTF.pdf. Accessed June 13, 2012
120. Carroll M. Transgender youth, adolescent decision making, and Roper v. Simmons. *UCLA Law Rev*. 2009;56(3–4):725–753
121. Chasan PE. The history of injectable silicone fluids for soft-tissue augmentation. *Plast Reconstr Surg*. 2007;120(7):2034–2040, discussion 2041–2043
122. Clark RF, Cantrell FL, Pacal A, Chen W, Betten DP. Subcutaneous silicone injection leading to multi-system organ failure. *Clin Toxicol (Phila)*. 2008;46(9):834–837
123. Schmid A, Tzur A, Leshko L, Krieger BP. Silicone embolism syndrome: a case report, review of the literature, and comparison with fat embolism syndrome. *Chest*. 2005;127(6):2276–2281
124. Rosioreanu A, Brusca-Augello GT, Ahmed QA, Katz DS. CT visualization of silicone-related pneumonitis in a transsexual man. *AJR Am J Roentgenol*. 2004;183(1):248–249

*(Continued from first page)*

PEDIATRICS (ISSN Numbers: Print, 0031-4005; Online, 1098-4275).

Copyright © 2013 by the American Academy of Pediatrics

**COMPANION PAPER:** A companion to this article can be found on page 198, and online at www.pediatrics.org/cgi/doi/10.1542/peds.2013-1282.



Downloaded from publications.aap.org/pediatrics/article-pdf/132/1/e297/1581948/peds_2013-1283.pdf
by guest

OHSD No. 1:26-cv-00351 MS00074

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**HHS Public Access**
Author manuscript
*Am J Orthopsychiatry*. Author manuscript; available in PMC 2018 January 01.

Published in final edited form as:
*Am J Orthopsychiatry*. 2017 ; 87(6): 671–679. doi:10.1037/ort0000209.

# Associations of Outside- and Within-School Adult Support on Suicidality: Moderating Effects of Sexual Orientation

**Robert W.S. Coulter**,
Health and Human Development Division, Education Development Center, Inc., the Department of Behavioral and Community Health Sciences, Graduate School of Public Health, University of Pittsburgh, and the Center for LGBT Health Research, Graduate School of Public Health, University of Pittsburgh

**Shari Kessel Schneider**,
Health and Human Development Division, Education Development Center, Inc

**Blair Beadnell**, and
Health and Human Development Division, Education Development Center, Inc

**Lydia O'Donnell**
Health and Human Development Division, Education Development Center, Inc

## Abstract

This study examined sexual-orientation differences in reports of outside- and within-school adult support, and whether sexual orientation moderates the associations between adult support and suicidality (i.e., thoughts, plans, and attempts). At 26 high schools across MetroWest Boston, 22,834 students completed surveys assessing: sexual orientation (heterosexual, gay/lesbian, bisexual, or questioning); presence of outside- and within-school adult support; and past-year suicidality. Multivariable regression analyses with General Estimating Equations (adjusting for gender, grade, and race/ethnicity) examined sexual-orientation subgroup differences in adult support, and how sexual orientation and adult support were associated with suicidality. Interaction terms tested whether relationships between adult support and suicidality were moderated by sexual orientation. Gay/lesbian, bisexual, and questioning youth were each less likely than heterosexuals to report having outside-school adult support (risk ratios range: 0.85–0.89). Each group also had greater odds than heterosexuals for suicidal thoughts (odds ratios [ORs] range: 1.86–5.33), plans (ORs range: 2.15–5.22), and attempts (ORs range: 1.98–7.90). Averaged across sexual-orientation subgroups, outside-school support was more protective against suicidality (ORs range: 0.34–0.35) than within-school support (ORs range: 0.78–0.82). However, sexual orientation moderated the protective effects of outside-school adult support, with support being less protective for bisexual and questioning youth than for heterosexuals. Adult support, and particularly outside-school adult support, is associated with lower suicidality. However, fewer gay/lesbian, bisexual, and

Correspondence concerning this article should be addressed to Robert W.S. Coulter, Department of Behavioral and Community Health Sciences, Graduate School of Public Health, University of Pittsburgh, 130 DeSoto Street, Pittsburgh, PA 15261; Phone: 716-523-8564; robert.ws.coulter@pitt.edu.

Preliminary findings were presented at the 2012 conference of the American Public Health Association.

The authors have no conflicts of interest to disclose.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

questioning youth can rely on outside-school support and, even if present, it may be less protective against suicidality. Interventions are needed to help adults support gay/lesbian, bisexual, and questioning youth and reduce suicidality disparities.

**Keywords**

Sexual Orientation; Suicidality; Adult Support; Mental Health

Suicide is the second leading cause of death among 14- to 18-year-old youth (Centers for Disease Control and Prevention & National Center for Injury Prevention and Control, 2015), and is especially a concern for males and females who are gay/lesbian, bisexual, and questioning (i.e., unsure of their sexual identity; Garofalo, Wolf, Kessel, Palfrey, & DuRant, 1998; Hatzenbuehler, Birkett, Van Wagenen, & Meyer, 2014; Kessel Schneider, O'Donnell, Stueve, & Coulter, 2012; Stone et al., 2014b). Decades of research have shown that these youth are at substantially higher risk for suicidality (i.e., suicidal thoughts, plans, and attempts) than heterosexuals (Garofalo et al., 1998; Hatzenbuehler et al., 2014; Kessel Schneider et al., 2012; Stone et al., 2014b). Additionally, findings show that the prevalence of suicidality differs by specific sexual-orientation subgroups, such that bisexual youth are at greater risk for suicidality than gay/lesbian youth (Marshal et al., 2011). It is necessary to understand the social factors associated with suicidality among these subgroups to develop interventions that effectively mitigate sexual-orientation disparities in suicidality.

One key social factor robustly associated with lower suicidality is having adult support, defined broadly as positive relationships between adults and youth—either formally (e.g., club advisors) or informally (e.g., socially; O'Donnell, Stueve, Wardlaw, & O'Donnell, 2003). Theoretically, having adult support increases adolescents' sense of psychological and emotional well-being, thereby reducing suicidality (Bowlby, 1969). Empirical studies have shown that having support from parents, adults at school, or through other networks (e.g., youth groups and community centers) is associated with reduced suicidality among youth (Eisenberg & Resnick, 2006; Mustanski, Newcomb, & Garofalo, 2011; O'Donnell et al., 2003; Stone, Luo, Lippy, & McIntosh, 2014a).

An understudied topic is whether the prevalence of adult support differs for specific sexual-orientation subgroups. Previous studies generally show that sexual-minority youth of both genders are less likely than their heterosexual peers to have adult support—both within and outside school (Pearson & Wilkinson, 2013; Reisner, Biello, Perry, Gamarel, & Mimiaga, 2014; Seil, Desai, & Smith, 2014; Stone et al., 2014a). However, largely due to sample size restrictions, this research has investigated sexual-orientation differences in an aggregated manner, in which heterosexual youth are compared to a combined group of gay/lesbian, bisexual, and questioning youth. Examining gay/lesbian, bisexual, and questioning youth *separately* may reveal subgroup differences in the prevalence of adult support and in the protective effects against suicidal ideation and behavior.

Similarly, little is known about whether the protective effects of adult support on suicidality differ due to sexual orientation. One study by Stone and colleagues (2014a) examined this question by deriving participants' sexual orientations based on the gender of their sexual

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

partners. Because of sample size, the researchers aggregated youth with same-gender and both-gender sexual contacts into a single category that included both gay/lesbian and bisexual behavior (Stone et al., 2014a). This study found that connectedness with non-parental adults offered more protection from suicidal thoughts for heterosexual-behaving youth than for the bisexual- and gay-behaving group (Stone et al., 2014a). By focusing on behavioral operationalizations of sexual orientation, however, the study is less informative about the role of sexual identity. First, the behavior-based sexual orientation excluded youth without any sexual contact. Second, while sexual identity and gender of sexual partners often overlap, there can be substantial incongruences (e.g., some heterosexual-behaving youth may self-identify as gay/lesbian or bisexual; Mustanski et al., 2014). Given these discrepancies, more information is needed about protective factors within sexual-orientation subgroups based on sexual identity, rather than sexual behaviors. Specifically, it is important to understand whether associations between adult support and suicidality are moderated by sexual identity. Moderation occurs when the relationships between two variables (e.g., the effects of adult support on suicidality) vary by levels of a third variable (e.g., by sexual-orientation subgroups). Such findings could directly inform which protective factors need to be strengthened among identifiable subpopulations, thereby helping public health professionals develop more targeted prevention programs.

In the present study, we examine how two types of adult support—outside-school and within-school adult support—are associated with suicidality among sexual-identity subgroups. We hypothesize that gay/lesbian, bisexual, and questioning youth will each report lower adult support and higher suicidality than heterosexuals. Additionally, we hypothesize that adult support will be associated with lower suicidality, and these protective effects will be weaker for gay/lesbian, bisexual, and questioning youth.

## Method

### Participants

The MetroWest Adolescent Health Survey is a biennial census survey of high school students—students in grades 9 through 12—from 25 suburbs and small cities west of the Boston metropolitan area. The survey is used to inform local school- and community-level policies and practices as well as regional health initiatives in the catchment area served by the MetroWest Health Foundation. In Fall 2012, all 26 public high schools in the MetroWest region that were eligible for participation administered the survey. The school populations in the region consist of predominantly White, working to upper-middle income families. In total, 24,459 youth participated, for a total student participation rate of 90%.

### Procedure

While similar in content to the Centers for Disease Control and Prevention Youth Risk Behavior Survey (YRBS; Centers for Disease Control and Prevention, 2011), the MetroWest Adolescent Health Survey is conducted as a census so participating schools can monitor student behaviors and identify health issues that may vary by grade, gender, sexual orientation, and other demographic characteristics. Students in grades 9 through 12 completed anonymous paper-and-pencil surveys. Following procedures approved by the

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Institutional Review Board at Education Development Center and reviewed by each district, parents/guardians were notified in advance and given the opportunity to view the survey and opt out their child(ren); students also provided assent. Fewer than 2% of students did not participate for either of these reasons.

## Measures

**Demographic characteristics—**We measured sexual orientation identity with the following question from the Massachusetts YRBS (Massachusetss Department of Elementary and Secondary Education, 2009): "Which of the following best describes you?" Response options included: heterosexual (straight); gay or lesbian; bisexual; not sure. Throughout the remainder of this manuscript, we refer to those who responded as "not sure" as "questioning". We also measured gender (female/male), grade (9 through 12), and race/ethnicity (coded as White vs. non-White).

**Suicidality—**Drawn from the Centers for Disease Control and Prevention YRBS (2011), three items with excellent test-retest reliability (Brener, Collins, Kann, Warren, & Williams, 1995) measured suicidal thoughts, plans, and attempts in the past 12 months. Participants were asked: (1) "Did you ever seriously consider attempting suicide"; (2) "Did you make a plan about how you would attempt suicide"; and (3) "How many times did you actually attempt suicide." As was done in the original reliability study (Brener et al., 1995), we dichotomized participants' responses into yes/no categories.

**Adult support—**We measured two sources of adult support—outside-school and within-school— using questions adapted from the Massachusetts YRBS (Massachusetss Department of Elementary and Secondary Education, 2009). Outside-school adult support was measured with the question: "Outside of school, is there an adult (or adults) you can talk to about things that are important to you?" Response categories included: yes, parent or other adult family member; yes, non-family adult (such as religious leader, club advisor, neighbor, etc.); yes, both family and non-family adults; no; and not sure. Within-school adult support was measured with the following question: "Is there at least one teacher or other adult in this school that you can talk to if you have a problem?" Responses included: yes; no; and not sure. We dichotomized responses from both types of adult support as "yes" or "no/not sure."

## Statistical Analyses

We conducted bivariate analyses describing the demographics, adult support, and suicidality by sexual orientation using Rao-Scott chi-squared tests adjusting for the correlations of students within schools. We fit multivariable regression models using Generalized Estimating Equations (GEE) to adjust for the clustering of students within schools (Lipsitz, Laird, & Harrington, 1991). Sexual orientation was entered using dummy variables with heterosexual as the reference group. All analyses controlled for gender, grade, and race/ethnicity. First, we tested for sexual-orientation differences in outside- and within-school adult support. Second, we examined differences in suicidality by including sexual orientation and adult support as independent variables. To test for moderation, we then added a second step that included interaction terms of adult support by sexual orientation.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

When interactions were significant, we stratified models by sexual orientation to better understand effects of adult support on suicidality within each sexual-orientation subgroup. We selected the type of analysis based on the prevalence of the outcome: we used the modified Poisson regression approach (i.e., log-binomial models; Zou, 2004) for adult support because its prevalence was greater than 10%, and logistic regression for suicidality because its prevalence was generally lower than 10%. We list-wise deleted observations with missing data, creating an analytic sample of 22,834 participants (93.4% of 24,459 participants who took the survey). We conducted analyses in SAS 9.3 (Cary, NC), and set statistical significance at $p < 0.05$.

## Results

Table 1 shows the demographic characteristics of each sexual orientation subgroup. In total, 92.0% of youth self-identified as heterosexual, 1.3% as gay/lesbian, and 3.3% as bisexual. The remaining 3.4% reported being unsure of their sexual orientation. Compared to heterosexuals, gay/lesbian youth were significantly more likely to be male and in higher grades; bisexuals were more likely to be female, non-White, and in lower grades; and questioning youth were more likely to be non-White.

### Associations between Sexual Orientation and Adult Support

In general, larger proportions of youth reported having outside-school adult support than within-school adult support (Table 1). For outside-school adult support, gay/lesbian (76.2%), bisexual (78.1%), and questioning youth (79.6%) were significantly less likely to report this type of support than heterosexuals (90.4%). Questioning youth (but not gay/lesbian or bisexual) were significantly less likely than heterosexuals to report having within-school adult support (63.5% versus 70.1%, respectively).

Table 2 shows the associations between sexual orientation and adult support adjusting for gender, race/ethnicity, and grade in school. Risk ratios show that gay/lesbian, bisexual, and questioning youth were 11–15% less likely to have outside-school adult support than heterosexual youth. Gay/lesbian, bisexual, and questioning youth were 5–7% less likely to have within-school adult support, with findings significant for questioning youth.

### Suicidal Thoughts

The prevalence of suicidal thoughts was significantly higher among gay/lesbian (37.6%), bisexual (46.0%), and questioning youth (21.4%) compared with heterosexuals (10.9%; Table 1). As shown in Model 1a (Table 3), these sexual-orientation differences in suicidal thoughts remained significant after controlling for gender, race/ethnicity, grade in school, and outside- and within-school adult support. The odds of suicidal thoughts were not significantly different between gay/lesbian and bisexual youth (shown by overlapping confidence intervals), but both of these odds were significantly higher than the odds for questioning youth (shown by non-overlapping confidence intervals). Additionally, having outside-school adult support was associated with lower reports of suicidal thoughts than within-school adult support, but both were independently associated with lower odds of suicidal thoughts.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

As shown in Model 1b (Table 3), the effects of adult support on suicidal thoughts were often, but not in all cases, moderated by sexual orientation. To better understand these interactions, we used sexual orientation-stratified models to examine the associations between adult support and suicidal thoughts within each sexual-orientation subgroup (Table 4). Outside-school adult support was associated with lower odds of suicidal thoughts for heterosexuals than for gay/lesbian, bisexual, and questioning youth. Additionally, within-school adult support was associated with lower odds of suicidal thoughts for bisexuals than for heterosexuals.

### Suicide Plans

The prevalence of suicide plans was significantly higher among gay/lesbian (31.0%), bisexual (37.6%), and questioning youth (18.6%) compared with heterosexuals (8.0%; Table 1). As shown in Model 2a (Table 3), these sexual-orientation differences in suicide plans remained significant in multivariable models. The odds of suicide plans were not significantly different between gay/lesbian and bisexual youth (shown by overlapping confidence intervals), but both of these odds were significantly higher than the odds for questioning youth (shown by non-overlapping confidence intervals). Additionally, both types of support were independently associated with lower odds of suicide plans, although having outside-school adult support was associated with lower odds of suicide plans than within-school adult support.

As shown in Model 2b (Table 3), the effect of outside-school, but not within-school, adult support on suicide plans was moderated by sexual orientation. As shown in Table 4, outside-school adult support was associated with lower odds of suicide plans for heterosexuals than for bisexual and questioning youth.

### Suicide Attempts

The prevalence of suicide attempts was significantly higher among gay/lesbian (22.8%), bisexual (24.6%), and questioning youth (8.2%) compared with heterosexuals (3.4%; Table 1). As shown in Model 3a (Table 3), these sexual-orientation differences in suicide attempts remained significant in multivariable models. The odds of suicide attempts were not significantly different between gay/lesbian and bisexual youth (shown by overlapping confidence intervals), but both of these odds were significantly higher than the odds for questioning youth (shown by non-overlapping confidence intervals). As found with suicidal thoughts and plans, having outside-school adult support was associated with lower odds of suicide attempts than within-school adult support, but both were independently associated with lower odds of suicide attempts.

As shown in Model 3b (Table 3), the effect of outside-school, but not within-school, adult support on suicide attempts was moderated by sexual orientation. As shown in Table 4, outside-school adult support was associated with lower odds of suicide plans for heterosexuals than for bisexual and questioning youth.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

## Discussion

Our study confirms extant literature on sexual orientation, suicidality, and adult support while also providing new information about sexual-orientation subgroups that has not previously been investigated. First, like previous investigations (Garofalo et al., 1998; Hatzenbuehler et al., 2014; Kessel Schneider et al., 2012; Stone et al., 2014b), gay/lesbian, bisexual, questioning youth are at significantly higher risk than heterosexuals for suicidal thoughts, plans, and attempts. Our study also shows that outside-school adult support is protective for youth, independent of sexual orientation, and is substantially more protective against suicidality than having within-school adult support, which is consistent with other studies (Eisenberg & Resnick, 2006; Stone et al., 2014a; Teasdale & Bradley-Engen, 2010).

The analyses also provide novel contributions. The first is the finding that the prevalence of outside- and within-school adult support differs by sexual orientation subgroup. Gay/lesbian, bisexual, and questioning youth are each less likely to have outside-school adult support than heterosexual youth. This finding is consistent with other studies that aggregated gay/lesbian, bisexual, and questioning youth into a single group (Pearson & Wilkinson, 2013; Reisner et al., 2014), but provides additional information that this lower support occurs among each sexual-identity subgroup. Sexual-orientation differences for within-school adult support are not as striking: compared with heterosexual youth, only questioning youth are significantly less likely to report within-school adult support. Previous studies have found conflicting results about whether within-school support differs by sexual-orientation (Reisner et al., 2014; Seil et al., 2014).

Importantly, we extend previous research by showing that the relationships between adult support and suicidality vary by sexual identity. We found that having outside-school adult support is associated with lower suicidality for all youth, but is significantly less protective for bisexual and questioning youth when compared to heterosexuals. Stone et al. showed that sexual *behavior* (in terms of the gender of sexual partners) moderated the relationship between adult support and suicidality, such that those with same- and both-gender sexual partners were less protected by outside-school adult support when compared with youth who had opposite-gender sexual contact only (Stone et al., 2014a). Using sexual identity as a measure of sexual orientation, our analysis reveals that the differences exist for only for self-identified bisexual and questioning youth. For gay/lesbian youth, the findings are less clear-cut. Specifically, we only find a significant interaction with outside-school adult support on suicide thoughts; the magnitude of the odds ratios for suicide plans and attempts were similar to those for bisexual and questioning youth. However, this may be a statistical artifact resulting from the number of gay/lesbian youth being one-third the size of bisexual and questioning youth, and future research might examine this in larger samples.

Overall, our findings are best illuminated when considered in relation to stigma and minority stress theories (Goffman, 1963; Hatzenbuehler, Phelan, & Link, 2013; Link & Phelan, 2001; Meyer, 2003). These theories postulate that sexual-minority youth experience stigma, discrimination, and victimization related their minority sexual orientation, creating stressors that make them more vulnerable to considering, planning, and attempting suicide. Because stigma is also a "fundamental cause of health" (Hatzenbuehler et al., 2013; Link & Phelan,

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

1995), it can limit access to health-promoting resources for gay/lesbian, bisexual, and questioning youth. This may explain why outside- and within-school adult support is less prevalent among some sexual-minority subgroups.

There are also several theoretical reasons why adult support may be less protective against suicidality for sexual-minority and questioning youth compared to heterosexuals. First, adult support may not be able buffer the influx of violence and victimization disproportionately faced by sexual-minority and questioning youth (Friedman et al., 2011; Toomey & Russell, 2016). These stressors are robustly associated with suicidality (Bontempo & D'Augelli, 2002; Liu & Mustanski, 2012), and the presence of adult support may not be enough to overcome the suicidality risks associated with such threatening social forces.

Second, having adult support does not necessarily mean that youth are holistically supported by adults. Despite having someone to talk to about something problematic or important, sexual-minority and questioning youth may not receive adult support related to their sexual identity development, or, even worse, have their sexual-minority identity rejected (Ryan, Russell, Huebner, Diaz, & Sanchez, 2010). In particular, bisexuals may benefit less from adult support than heterosexuals because adults may lack appropriate knowledge and have negative attitudes about bisexuality. For example, both heterosexual and gay/lesbian individuals often have biases against bisexuals (Friedman et al., 2014). Despite increasing support for gay/lesbian rights over the past decade (Gallup, 2015), this attitudinal shift has not necessarily included changes in public opinions about bisexuality. For example, same-sex marriage equality buttresses support for a binary view of sexual orientation (gay/lesbian or heterosexual), but does little to improve societal attitudes toward bisexual individuals. If outside-school or within-school adults support a binary view of sexual orientation, bisexual youth may feel stigmatized, confused, marginalized, and alone—potentially contributing to suicidal thoughts, plans, and attempts.

Questioning youth may benefit less from adult support than heterosexuals because these youth have unique unaddressed needs. Questioning youth are likely in the process of developing their sexual identity, and adults may be unprepared to effectively support youth throughout this time of exploration, uncertainty, and vulnerability. Despite knowing that questioning youth have greater likelihood of suicidality, as well as other health problems and risk factors (e.g., alcohol use and bullying; Coulter et al., 2016; Espelage, Aragon, Birkett, & Koenig, 2008), little research has identified adolescents' specific needs as they develop their sexual identity.

Lastly, sexual-minority and questioning youth may have less secure attachments with adults than heterosexuals (Rosario, 2015). Having less secure attachments may cultivate more internalizing symptoms (e.g., depression and anxiety; Brumariu & Kerns, 2010) and more maladaptive coping mechanisms (e.g., avoidant coping; Seiffge-Krenke, 2006), both of which increase the risk of suicidality among youth (Birmaher et al., 1996; Votta & Manion, 2004). Future research can test multiple hypotheses about why adult support is less protective for sexual-minority than heterosexual youth. Nevertheless, the combination of lower prevalence and less potency of outside-school adult support among bisexual and

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



questioning youth places these vulnerable populations at increased risk for suicidal thoughts, plans, and attempts.

## Implications

Our findings point out unmet needs for suicide prevention and how it may be possible to reduce sexual-orientation disparities in suicidality by increasing both the prevalence and quality of adult support for gay/lesbian, bisexual, and questioning youth. Specifically, suicidality may be reduced if adult family members and other non-school adult role models (e.g., adults who are natural mentors to youth, church leaders) are informed about the importance of, and effective techniques for, supporting gay/lesbian, bisexual, and questioning youth. Further, educating school teachers and administrators about how to be supportive and protective of gay/lesbian, bisexual, and questioning youth may have a significant role in helping lower suicidality among these populations. Because gay/lesbian, bisexual, and questioning youth may have unique needs, the characteristics of adult support (e.g., sexuality affirmation and acceptance) necessary to prevent suicidality among them are likely different than those necessary for heterosexual youth. Thus, outside- and within-school adult support interventions should explicitly address the adult support needs of gay/lesbian, bisexual, and questioning youth. With one notable exception (Ryan, 2010), there is a dearth of public health interventions aimed at tackling this significant health problem (Institute of Medicine, 2011). To effectively reduce suicidality among these vulnerable populations, public health practitioners and researchers need to design, implement, and evaluate research- and youth-informed interventions to improve the quality and quantity of adult support and examine how it affects the mental health and well-being of different groups of sexual-minority youth.

## Strengths and Limitations

Our study had several strengths. These include a large sample size of over 20,000 participants surveyed via school censuses with excellent participation rates. Additionally, we analyzed data using models that adjusted for clustering of students within schools, as well as controlled for numerous confounding variables.

Despite these strengths, there are limitations that should be kept in mind. We used data from a cross-sectional survey, so replication in future longitudinal research would be useful in strengthening a causal interpretation. Additionally, these data were collected as part of a general health survey concerning many health behaviors, and the survey had to be completed by students in a single classroom period. This requirement limited the assessment of any one behavior or construct, and, therefore, the suicidality and adult support variables were self-reported by youth in response to single-item questions. Further, we dichotomized these variables in our analyses, which may have lost information (e.g., for single versus multiple suicide attempts). For the adult support variables, we do not know the psychometric properties of these variables and cannot infer the type, frequency, intensity, or extent of support provided to the youth in our study. We assessed sexual identity, and our findings may not generalize to other operationalizations of sexual orientation (e.g., behavior or attractions; Matthews, Blosnich, Farmer, & Adams, 2013). Additionally, our study used a binary item to assess gender, preventing us from identifying transgender youth. Finally, the

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

study took place in one region in Massachusetts and so may not be generalizable to other geographic areas. Because Massachusetts has low structural stigma (Hatzenbuehler & McLaughlin, 2014) and all schools in the sample have Gay-Straight Alliances (J. Perrotti, personal communication, May 2015), our findings highlight a troubling and challenging problem: even in geographical regions with low stigma and schools that support Gay-Straight Alliances, there remain sexual-orientation differences in suicidality and adult support.

### Conclusions

Our research confirms that gay/lesbian, bisexual, and questioning youth are at elevated risk for suicidality, and that they report lower levels of adult support than heterosexual youth. While outside- and within-school adult support is protective for all youth, outside-school adult support is generally less prevalent and less protective against suicidality for bisexual and questioning youth when compared with heterosexual youth. Increasing the quality and quantity of support provided by adults may be an effective way to reduce the elevated risk for suicidality among gay/lesbian, bisexual, and questioning youth. Schools, families, and communities are in need of evidence-based interventions that harness adult support to reduce sexual-orientation disparities in suicidality.

## Acknowledgments

The MetroWest Adolescent Health Survey administration was supported by Grant P192 from the MetroWest Health Foundation, Framingham, Massachusetts. We wish to thank Martin Cohen, president and CEO of the MetroWest Health Foundation, and Rebecca Donham, senior program officer. In addition, the lead author was also supported by the Summer Institute in LGBT Population Health (R25HD064426, National Institute of Child Health & Human Development) and the National Institute on Drug Abuse (F31DA037647). We extend our gratitude to school staff, parents, and young people who participated in the survey. We also thank Olivia Alford and other members of the survey administration team.

## References

Birmaher B, Ryan ND, Williamson DE, Brent DA, Kaufman J, Dahl RE, Nelson B. Childhood and adolescent depression: A review of the past 10 years. Part i. Journal of the American Academy of Child and Adolescent Psychiatry. 1996; 35(11):1427–1439. [PubMed: 8936909]

Bontempo DE, D'Augelli AR. Effects of at-school victimization and sexual orientation on lesbian, gay, or bisexual youths' health risk behavior. Journal of Adolescent Health. 2002; 30(5):364–374. [PubMed: 11996785]

Bowlby J. Attachment and loss, volume i: Attachment. 1969

Brener ND, Collins JL, Kann L, Warren CW, Williams BI. Reliability of the youth risk behavior survey questionnaire. American Journal of Epidemiology. 1995; 141(6):575–580. [PubMed: 7900725]

Brumariu LE, Kerns KA. Parent–child attachment and internalizing symptoms in childhood and adolescence: A review of empirical findings and future directions. Development and Psychopathology. 2010; 22(1):177–203. [PubMed: 20102655]

Centers for Disease Control and Prevention. [Retrieved March 13, 2013] Youth risk behavior surveillance system: High school survey. 2011. from http://www.cdc.gov/healthyyouth/yrbs/questionnaire_rationale.htm

Centers for Disease Control and Prevention, & National Center for Injury Prevention and Control. [Retrieved Jan 27, 2014] Web-based injury statistics query and reporting system (wisquars). 2015. from http://www.cdc.gov/injury/wisqars/

Author Manuscript Author Manuscript Author Manuscript Author Manuscript


Coulter RWS, Birkett M, Corliss HL, Hatzenbuehler ML, Mustanski B, Stall RD. Associations between lgbtq-affirmative school climate and adolescent drinking behaviors. Drug and Alcohol Dependence. 2016; 161:340–347. [PubMed: 26946989]

Eisenberg ME, Resnick MD. Suicidality among gay, lesbian and bisexual youth: The role of protective factors. Journal of Adolescent Health. 2006; 39(5):662–668. [PubMed: 17046502]

Espelage DL, Aragon SR, Birkett M, Koenig BW. Homophobic teasing, psychological outcomes, and sexual orientation among high school students: What influence do parents and schools have? School Psychology Review. 2008; 37(2):202.

Friedman MR, Dodge B, Schick V, Herbenick D, Hubach RD, Bowling J, Reece M. From bias to bisexual health disparities: Attitudes toward bisexual men and women in the united states. LGBT health. 2014; 1(4):309–318. [PubMed: 25568885]

Friedman MS, Marshal MP, Guadamuz TE, Wei C, Wong CF, Saewyc EM, Stall R. A meta-analysis of disparities in childhood sexual abuse, parental physical abuse, and peer victimization among sexual minority and sexual nonminority individuals. American Journal of Public Health. 2011; 101(8):1481. [PubMed: 21680921]

Gallup. Gay and lesbian rights. 2015 [Retrieved Aug 13, 2015] from http://www.gallup.com/poll/1651/gay-lesbian-rights.aspx.

Garofalo R, Wolf RC, Kessel S, Palfrey J, DuRant RH. The association between health risk behaviors and sexual orientation among a school-based sample of adolescents. Pediatrics. 1998; 101(5):895–902. [PubMed: 9565422]

Goffman, E. Stigma: Notes on the management of spoiled identity. New York: Touchstone; 1963.

Hatzenbuehler ML, Birkett M, Van Wagenen A, Meyer IH. Protective school climates and reduced risk for suicide ideation in sexual minority youths. American Journal of Public Health. 2014; 104(2): 279–286. [PubMed: 24328634]

Hatzenbuehler ML, McLaughlin KA. Structural stigma and hypothalamic– pituitary–adrenocortical axis reactivity in lesbian, gay, and bisexual young adults. Annals of Behavioral Medicine. 2014; 47(1):39–47. [PubMed: 24154988]

Hatzenbuehler ML, Phelan JC, Link BG. Stigma as a fundamental cause of population health inequalities. American Journal of Public Health. 2013; 103(5):813–821. [PubMed: 23488505]

Institute of Medicine. The health of lesbian, gay, bisexual, and transgender people: Building a foundation for better understanding. Washington, DC: National Academies Press; 2011.

Kessel Schneider S, O'Donnell L, Stueve A, Coulter RWS. Cyberbullying, school bullying, and psychological distress: A regional census of high school students. American Journal of Public Health. 2012; 102(1):171–177. [PubMed: 22095343]

Link BG, Phelan J. Social conditions as fundamental causes of disease. Journal of Health and Social Behavior. 1995:80–94. [PubMed: 7560851]

Link BG, Phelan JC. Conceptualizing stigma. Annual review of Sociology. 2001:363–385.

Lipsitz SR, Laird NM, Harrington DP. Generalized estimating equations for correlated binary data: Using the odds ratio as a measure of association. Biometrika. 1991; 78(1):153–160.

Liu RT, Mustanski B. Suicidal ideation and self-harm in lesbian, gay, bisexual, and transgender youth. American Journal of Preventive Medicine. 2012; 42(3):221–228. [PubMed: 22341158]

Marshal MP, Dietz LJ, Friedman MS, Stall R, Smith HA, McGinley J, Brent DA. Suicidality and depression disparities between sexual minority and heterosexual youth: A meta-analytic review. Journal of Adolescent Health. 2011; 49(2):115–123. [PubMed: 21783042]

Massachusetss Department of Elementary and Secondary Education. Massachusetts youth risk behavior survey. 2009 [Retrieved Oct 10, 2013] from http://www.doe.mass.edu/cnp/hprograms/yrbs/2009questions.pdf.

Matthews DD, Blosnich JR, Farmer GW, Adams BJ. Operational definitions of sexual orientation and estimates of adolescent health risk behaviors. LGBT health. 2013; 1(1):42–49.

Meyer IH. Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. Psychological Bulletin. 2003; 129(5):674. [PubMed: 12956539]

Mustanski B, Birkett M, Greene GJ, Rosario M, Bostwick W, Everett BG. The association between sexual orientation identity and behavior across race/ethnicity, sex, and age in a probability sample

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



of high school students. American Journal of Public Health. 2014; 104(2):237–244. [PubMed: 24328662]

Mustanski B, Newcomb M, Garofalo R. Mental health of lesbian, gay, and bisexual youth: A developmental resiliency perspective. Journal of Gay & Lesbian Social Services. 2011; 23(2):204–225. [PubMed: 21731405]

O'Donnell L, Stueve A, Wardlaw D, O'Donnell C. Adolescent suicidality and adult support: The reach for health study of urban youth. American Journal of Health Behavior. 2003; 27(6):633–644. [PubMed: 14672394]

Pearson J, Wilkinson L. Family relationships and adolescent well-being: Are families equally protective for same-sex attracted youth? Journal of Youth and Adolescence. 2013; 42(3):376–393. [PubMed: 23196375]

Reisner SL, Biello K, Perry NS, Gamarel KE, Mimiaga MJ. A compensatory model of risk and resilience applied to adolescent sexual orientation disparities in nonsuicidal self-injury and suicide attempts. American Journal of Orthopsychiatry. 2014; 84(5):545–546. [PubMed: 25089757]

Rosario M. Implications of childhood experiences for the health and adaptation of lesbian, gay, and bisexual individuals: Sensitivity to developmental process in future research. Psychology of Sexual Orientation and Gender Diversity. 2015; 2(3):214–224. [PubMed: 26900586]

Ryan C. Engaging families to support lesbian, gay, bisexual, and transgender youth: The family acceptance project. Prevention Researcher. 2010; 17(4):11–13.

Ryan C, Russell ST, Huebner D, Diaz R, Sanchez J. Family acceptance in adolescence and the health of lgbt young adults. Journal of Child and Adolescent Psychiatric Nursing. 2010; 23(4):205–213. [PubMed: 21073595]

Seiffge-Krenke I. Coping with relationship stressors: The impact of different working models of attachment and links to adaptation. Journal of Youth and Adolescence. 2006; 35(1):24–38.

Seil KS, Desai MM, Smith MV. Sexual orientation, adult connectedness, substance use, and mental health outcomes among adolescents: Findings from the 2009 new york city youth risk behavior survey. American Journal of Public Health. 2014; 104(10):1950–1956. [PubMed: 25121812]

Stone DM, Luo F, Lippy C, McIntosh WL. The role of social connectedness and sexual orientation in the prevention of youth suicide ideation and attempts among sexually active adolescents. Suicide and Life-Threatening Behavior. 2014a

Stone DM, Luo F, Ouyang L, Lippy C, Hertz MF, Crosby AE. Sexual orientation and suicide ideation, plans, attempts, and medically serious attempts: Evidence from local youth risk behavior surveys, 2001–2009. American Journal of Public Health. 2014b; (0):e1–e10.

Teasdale B, Bradley-Engen MS. Adolescent same-sex attraction and mental health: The role of stress and support. Journal of Homosexuality. 2010; 57(2):287–309. [PubMed: 20390994]

Toomey RB, Russell ST. The role of sexual orientation in school-based victimization: A meta-analysis. Youth & Society. 2016; 48(2):176–201. [PubMed: 26997680]

Votta E, Manion I. Suicide, high-risk behaviors, and coping style in homeless adolescent males' adjustment. Journal of Adolescent Health. 2004; 34(3):237–243. [PubMed: 14967348]

Zou G. A modified poisson regression approach to prospective studies with binary data. American Journal of Epidemiology. 2004; 159(7):702–706. [PubMed: 15033648]

Author Manuscript Author Manuscript Author Manuscript Author Manuscript





## Table 1

Demographic Characteristics, Adult Support, and Suicidality by Sexual Orientation (N=22,834): MetroWest Adolescent Health Survey, Massachusetts 2012

| | Sexual orientation | | | | | | |
|---|---|---|---|---|---|---|---|
| | Heterosexual (n=21,002) | Gay/lesbian (n=290) | | Bisexual (n=763) | | Questioning (n=779) | |
| | % | % | $p^a$ | % | $p^a$ | % | $p^a$ |
| **All individuals** | 92.0 | 1.3 | | 3.3 | | 3.4 | |
| **DEMOGRAPHICS** | | | | | | | |
| **Gender** | | | | | | | |
| Male | 49.2 | 67.9 | <0.001 | 28.6 | <0.001 | 46.9 | 0.172 |
| Female | 50.8 | 32.1 | | 71.4 | | 53.1 | |
| **Race/Ethnicity** | | | | | | | |
| White | 75.7 | 72.8 | 0.262 | 67.8 | 0.001 | 61.2 | <0.001 |
| Non-White | 24.3 | 27.2 | | 32.2 | | 38.8 | |
| **Grade** | | | | | | | |
| 9th | 27.1 | 19.3 | <0.001 | 23.3 | 0.044 | 29.8 | 0.425 |
| 10th | 25.5 | 20.0 | | 23.7 | | 24.9 | |
| 11th | 25.0 | 30.0 | | 27.8 | | 23.9 | |
| 12th | 22.4 | 30.7 | | 25.2 | | 21.4 | |
| **ADULT SUPPORT** | | | | | | | |
| **Outside-school adult support** | 90.4 | 76.2 | <0.001 | 78.1 | <0.001 | 79.6 | <0.001 |
| **Within-school adult support** | 70.1 | 65.9 | 0.143 | 66.4 | 0.087 | 63.5 | 0.002 |
| **SUICIDALITY** | | | | | | | |
| **Suicide thoughts** | 10.9 | 37.6 | <0.001 | 46.0 | <0.001 | 21.4 | <0.001 |
| **Suicide plan** | 8.0 | 31.0 | <0.001 | 37.6 | <0.001 | 18.6 | <0.001 |
| **Suicide attempt** | 3.4 | 22.8 | <0.001 | 24.6 | <0.001 | 8.2 | <0.001 |

*Note.* P-values derived from Rao-Scott chi-squared tests adjusting for correlations of students within schools.

[a]Compared with heterosexuals.



OHSD No. 1:26-cv-00351 MS00087

Author Manuscript Author Manuscript Author Manuscript Author Manuscript





**Table 2**

Multivariable Regression Models of Sexual Orientation on Adult Support (N=22,834): MetroWest Adolescent Health Survey, Massachusetts, 2012

| | Adult support | | | | | |
|---|---|---|---|---|---|---|
| | Outside school | | | Within school | | |
| | RR | (95% CI) | | RR | (95% CI) | |
| **Sexual Orientation** | | | | | | |
| Heterosexual | 1.00 | | | 1.00 | | |
| Gay/lesbian | 0.85 | (0.80, 0.90) | *** | 0.93 | (0.86, 1.01) | |
| Bisexual | 0.87 | (0.83, 0.91) | *** | 0.95 | (0.89, 1.01) | |
| Questioning | 0.89 | (0.87, 0.92) | *** | 0.93 | (0.88, 0.98) | ** |

*Note.* All models adjusted for gender, race/ethnicity, and grade in school and used Generalized Estimating Equations (GEE) to adjust for clustering of students within schools; we coded outside- and within-school adult support variables as 0 for 'no/not sure' and 1 for 'yes';

RR = risk ratio; CI = confidence interval;

* $p < 0.05$;

** $p < 0.01$;

*** $p < 0.001$

Author Manuscript Author Manuscript Author Manuscript Author Manuscript





## Table 3

Multivariable Logistic Regression Models for Sexual Orientation and Adult Support on Suicidality (N=22,834): MetroWest Adolescent Health Survey, Massachusetts, 2012

| | Suicide thoughts | | Suicide plan | | Suicide attempt | |
|---|---|---|---|---|---|---|
| | Model 1a | Model 1b | Model 2a | Model 2b | Model 3a | Model 3b |
| | OR (95% CI) | OR (95% CI) | OR (95% CI) | OR (95% CI) | OR (95% CI) | OR (95% CI) |
| **Sexual Orientation** | | | | | | |
| Heterosexual | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Gay or lesbian | 5.01 (3.95, 6.37) *** | 2.35 (1.41, 3.91) ** | 5.02 (3.56, 7.08) *** | 2.60 (1.38, 4.92) ** | 7.90 (5.62, 11.08) *** | 4.69(2.76, 7.99) *** |
| Bisexual | 5.33 (4.53, 6.29) *** | 3.42 (2.47, 4.73) *** | 5.22 (4.37, 6.22) *** | 3.43 (2.51, 4.68) *** | 6.90 (5.52, 8.63) *** | 4.09(3.00, 5.58) *** |
| Questioning | 1.86 (1.54, 2.25) *** | 1.16 (0.77, 1.76) | 2.15 (1.80, 2.57) *** | 1.26 (0.92, 1.74) | 1.98 (1.52, 2.57) *** | 1.10(0.67, 1.80) |
| **Outside-school adult support** | 0.34 (0.31, 0.38) *** | 0.30 (0.27, 0.33) *** | 0.34 (0.29, 0.38) *** | 0.29 (0.25, 0.34) *** | 0.35 (0.29, 0.43) *** | 0.28(0.22, 0.35) *** |
| **Within-school adult support** | 0.82 (0.76, 0.88) *** | 0.82 (0.75, 0.90) *** | 0.78 (0.73, 0.82) *** | 0.76 (0.70, 0.82) *** | 0.82 (0.74, 0.90) *** | 0.81(0.70, 0.94) ** |
| **Sexual orientation × Outside-school adult support Interaction** | | | | | | |
| Gay/lesbian × Outside-school adult support | | 2.35 (1.13, 4.88) * | | 1.85 (0.88, 3.88) | | 1.73(0.89, 3.38) |
| Bisexual × Outside-school adult support | | 2.22 (1.57, 3.15) *** | | 1.91 (1.31, 2.77) *** | | 2.42(1.44, 4.07) *** |
| Questioning × Outside-school adult support | | 1.63 (1.01, 2.65) * | | 1.69 (1.07, 2.67) * | | 2.05(1.04, 4.04) * |
| **Sexual orientation × Adult support at school Interaction** | | | | | | |
| Gay/lesbian × Within-school adult support | | 1.21 (0.70, 2.08) | | 1.40 (0.73, 2.67) | | 1.28(0.56, 2.92) |
| Bisexual × Within-school adult support | | 0.76 (0.59, 0.99) * | | 0.90 (0.66, 1.23) | | 0.85(0.55, 1.32) |
| Questioning × Within-school adult support | | 1.20 (0.72, 2.01) | | 1.31 (0.85, 2.01) | | 1.21(0.62, 2.34) |

*Note.* All models adjusted for gender, race/ethnicity, and grade in school and used Generalized Estimating Equations (GEE) to adjust for clustering of students within schools; we coded outside- and within-school adult support variables as 0 for 'no/not sure' and 1 for 'yes';

OR = odds ratio; CI = confidence interval;

* $p < 0.05$;



OHSD No. 1:26-cv-00351 MS00089

**$p < 0.01$;

***$p < 0.001$

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



OHSD No. 1:26-cv-00351 MS00090

Author Manuscript Author Manuscript Author Manuscript Author Manuscript





## Table 4

Multivariable Logistic Regression Models for Adult Support on Suicidality, Stratified by Sexual Orientation (N=22,834): MetroWest Adolescent Health Survey, Massachusetts, 2012

| | Suicide thoughts | | | Suicide plan | | | Suicide attempt | | |
|---|---|---|---|---|---|---|---|---|---|
| | OR | (95% CI) | | OR | (95% CI) | | OR | (95% CI) | |
| **Heterosexual (n=21,002)** | | | | | | | | | |
| Outside-school adult support | 0.30 | (0.27, 0.33) | *** | 0.29 | (0.25, 0.34) | *** | 0.27 | (0.22, 0.35) | *** |
| Within-school adult support | 0.82 | (0.75, 0.90) | *** | 0.75 | (0.69, 0.82) | *** | 0.81 | (0.69, 0.95) | ** |
| **Gay/lesbian (n=290)** | | | | | | | | | |
| Outside-school adult support | 0.66 | (0.33, 1.32) | | 0.48 | (0.23, 1.03) | | 0.48 | (0.24, 0.94) | * |
| Within-school adult support | 1.04 | (0.57, 1.90) | | 1.20 | (0.66, 2.20) | | 1.12 | (0.50, 2.52) | |
| **Bisexual (n=763)** | | | | | | | | | |
| Outside-school adult support | 0.66 | (0.48, 0.89) | ** | 0.56 | (0.41, 0.78) | *** | 0.66 | (0.42, 1.03) | |
| Within-school adult support | 0.69 | (0.53, 0.91) | ** | 0.76 | (0.57, 1.03) | | 0.74 | (0.52, 1.06) | |
| **Questioning (n=779)** | | | | | | | | | |
| Outside-school adult support | 0.49 | (0.29, 0.80) | ** | 0.48 | (0.30, 0.77) | ** | 0.62 | (0.31, 1.23) | |
| Within-school adult support | 0.95 | (0.59, 1.52) | | 0.97 | (0.62, 1.53) | | 0.87 | (0.46, 1.63) | |

*Note.* All models adjusted for gender, race /ethnicity, and grade in school and used Generalized Estimating Equations (GEE) to adjust for clustering of students within schools; we coded outside- and within-school adult support variables as 0 for 'no/not sure' and 1 for 'yes';

OR = odds ratio; CI = confidence interval;

* $p < 0.05$;

** $p < 0.01$;

*** $p < 0.001$



OHSD No. 1:26-cv-00351 MS00091



JUST THE FACTS ABOUT

# Sexual Orientation and Youth

*A Primer for Principals, Educators, and School Personnel*

*A Publication Endorsed by:*

American Academy of Pediatrics
American Association of School Administrators
American Counseling Association
American Federation of Teachers
American Psychological Association
American School Counselor Association
American School Health Association
Interfaith Alliance Foundation
National Association of School Psychologists
National Association of Secondary School Principals
National Association of Social Workers
National Education Association
School Social Work Association of America

*A Publication Endorsed by:*

American Academy of Pediatrics
American Association of School Administrators
American Counseling Association
American Federation of Teachers
American Psychological Association
American School Counselor Association
American School Health Association
Interfaith Alliance Foundation
National Association of School Psychologists
National Association of Secondary School Principals
National Association of Social Workers
National Education Association
School Social Work Association of America

The printing and distribution of this publication are supported by Michael Dively, the American Psychological Association, the American Counseling Association, the Interfaith Alliance, and the National Education Association.

*Suggested bibliographic reference:*

Just the Facts Coalition. (2008). *Just the facts about sexual orientation and youth: A primer for principals, educators, and school personnel.* Washington, DC: American Psychological Association. Retrieved from www.apa.org/pi/lgbc/publications/justthefacts.html.

This material may be reproduced and distributed in whole or in part without permission provided that (1) the reproduced content includes the original bibliographic citation; (2) the following statement is included: Copyright © 2008 Just the Facts Coalition; and (3) acknowledgment is given to the Just the Facts Coalition.

# JUST THE FACTS ABOUT Sexual Orientation and Youth

*A Primer for Principals, Educators, and School Personnel*

Contents


2 Introduction
3 Sexual Orientation Development
5 Efforts to Change Sexual Orientation Through Therapy
10 Efforts to Change Sexual Orientation Through Religious Ministries
11 Relevant Legal Principles
15 Endnotes
17 Resources
20 What Is the Just the Facts Coalition?

The information in this booklet has been developed by a coalition of education, health, mental health, and religious organizations that share a concern for the health and education of all students in schools, including lesbian, gay, and bisexual students.* We know you also share this concern—that all students have an opportunity to learn and develop in a safe and supportive environment.

The reason for publishing this booklet now is to provide you, as principals, educators, and school personnel, with accurate information that will help you respond to a recent upsurge in promotion of efforts to change sexual orientation through therapy and religious ministries. This upsurge has been coupled with a demand that these perspectives on homosexuality be given equal time in schools.

*Sexual orientation conversion therapy* refers to counseling and psychotherapy to attempt to eliminate individuals' sexual desires for members of their own sex. *Ex-gay ministry* refers to the religious groups that use religion to attempt to eliminate those desires. Typically, sexual orientation conversion therapy is promoted by providers who have close ties to religious institutions and organizations. Some religion-based organizations such as Focus on the Family have invested significant resources in the promotion of sexual orientation conversion therapy and ex-gay ministries to educators and young people in conferences, in advertising, and in the media.

This booklet provides information from physicians, counselors, social workers, psychologists, legal experts, and educators who are knowledgeable about the development of sexual orientation in youth and the issues raised by sexual orientation conversion therapy and ex-gay ministry. We hope that you and others who care about and work with youth will review the factual and scientific information provided here and weigh it carefully in responding to controversies about sexual orientation when they arise in your school.

* The Coalition is aware that it is becoming common to include "transgender" when one refers to "lesbian, gay, and bisexual." However, the Coalition decided that it was not accurate in this instance to make that addition, because the subject is the promotion of therapies and ministries to change sexual orientation (attraction to the other sex, to one's own sex, or to both), not gender identity (psychological experience of being male or female). The Coalition notes that the two populations of youths are not mutually exclusive. Some lesbian, gay, and bisexual youth are transgender. Furthermore, those whose appearance and behavior are perceived as inconsistent with gender norms and roles are often targeted for sexual orientation discrimination and violence. By not including *transgender* in this booklet, the Coalition in no way intends to minimize the real concerns for the safety and well-being of transgender adolescents in schools. We have tried to include resources relevant to transgender youth in the Resources section (pp. 17–19).



OHSD No. 1:26-cv-00351 MS00095

:26-cv-00351-MWM Doc #: 41-4 Filed: 08/21/26 Page: 70 of 163 PAGEID

# Sexual Orientation Development

Sexual orientation is an enduring emotional, romantic, or sexual attraction that one feels toward men, toward women, or toward both. Although sexual orientation ranges along a continuum, it is generally discussed in terms of *heterosexual*—attraction to the other sex—*homosexual*—attraction to the same sex—and *bisexual*—attraction to both sexes. Sexual orientation has not been conclusively found to be determined by any particular factor or factors, and the timing of the emergence, recognition, and expression of one's sexual orientation varies among individuals.

Sexual orientation is not synonymous with sexual activity. Many adolescents as well as adults may identify themselves as lesbian, gay, or bisexual without having had any sexual experience with persons of the same sex. Other young people have had sexual experiences with a person of the same sex but do not consider themselves lesbian, gay, or bisexual. This is particularly relevant during adolescence because experimentation and discovery are normal and common during this developmental period.

*Lesbian, gay, and bisexual youth must also cope with the prejudice, discrimination, and violence in society and, in some cases, in their own families, schools, and communities.*

Lesbian, gay, and bisexual adolescents follow developmental pathways that are both similar to and different from those of heterosexual adolescents. All teenagers face certain developmental challenges, such as developing social skills, thinking about career choices, and fitting into a peer group. Like most heterosexual youths, most lesbian, gay, and bisexual youths are healthy individuals who have significant attachments to and make contributions to their families, peers, schools, and religious institutions.

However, lesbian, gay, and bisexual youth must also cope with the prejudice, discrimination, and violence in society and, in some cases, in their own families, schools, and communities. Such marginalization negatively affects the health,



OHSD No. 1:26-cv-00351 MS00096

mental health, and education of those lesbian, gay, and bisexual young people who experience it. For example, in one study, these students were more likely than heterosexual students to report missing school due to fear, being threatened by other students, and having their property damaged at school.[1] The promotion in schools of efforts to change sexual orientation by therapy or through religious ministries seems likely to exacerbate the risk of harassment, harm, and fear for these youth.

One result of the isolation and lack of support experienced by some lesbian, gay, and bisexual youth is higher rates of emotional distress,[2] suicide attempts,[3] and risky sexual behavior and substance use.[4] Because their legitimate fear of being harassed or hurt may reduce the willingness of lesbian, gay, and bisexual youths to ask for help, it is important that their school environments be open and accepting so these young people will feel comfortable sharing their thoughts and concerns, including the option of disclosing their sexual orientation to others. Such disclosure is an expression of a normal tendency to want to share personal information about oneself with important others and should be respected as such. It is healthy for teenagers to share with friends and families their "latest crush" or how they spent their weekend. To be able to provide an accepting environment, school personnel need to understand the nature of sexual orientation development and be supportive of healthy development for all youth. If school environments become more positive for lesbian, gay, and bisexual students, it is likely that their differences in health, mental health, and substance abuse risks will decrease.[5]

*It is important that… school environments be open and accepting so these young people will feel comfortable sharing their thoughts and concerns, including the option of disclosing their sexual orientation to others.*

# Efforts to Change Sexual Orientation Through Therapy

The terms *reparative therapy* and *sexual orientation conversion therapy* refer to counseling and psychotherapy aimed at eliminating or suppressing homosexuality. The most important fact about these "therapies" is that they are based on a view of homosexuality that has been rejected by all the major mental health professions. The *Diagnostic and Statistical Manual of Mental Disorders*,[6] published by the American Psychiatric Association, which defines the standards of the field, does not include homosexuality. All other major health professional organizations have supported the American Psychiatric Association in its declassification of homosexuality as a mental disorder in 1973. Thus, the idea that homosexuality is a mental disorder or that the emergence of same-sex attraction and orientation among some adolescents is in any way abnormal or mentally unhealthy has no support among any mainstream health and mental health professional organizations.

*The idea that homosexuality is a mental disorder or that the emergence of same-sex attraction and orientation among some adolescents is in any way abnormal or mentally unhealthy has no support among any mainstream health and mental health professional organizations.*

Despite the general consensus of major medical, health, and mental health professions that both heterosexuality and homosexuality are normal expressions of human sexuality, efforts to change sexual orientation through therapy have been adopted by some political and religious organizations and aggressively promoted to the public. However, such efforts have serious potential to harm young people because they present the view that the sexual orientation of lesbian, gay, and bisexual youth is a mental illness or disorder, and they often frame the inability to change one's sexual orientation as a personal and moral failure.[7]

Because of the aggressive promotion of efforts to change sexual orientation through therapy, a number of medical, health, and mental health professional organizations have issued public statements about the dangers of this approach. The American Academy of Pediatrics, the American Counseling Association, the American Psychiatric Association, the American Psychological Association, the American School Counselor Association, the National Association of School Psychologists, and the National Association of Social Workers, together representing more than 480,000 mental health professionals, have all taken the position that homosexuality is not a mental disorder and thus is not something that needs to or can be "cured."

The ***American Academy of Pediatrics*** advises youth that

> *counseling may be helpful for you if you feel confused about your sexual identity. Avoid any treatments that claim to be able to change a person's sexual orientation, or treatment ideas that see homosexuality as a sickness.*[8]

The ***American Counseling Association*** adopted a resolution in 1998 stating that it

> *opposes portrayals of lesbian, gay, and bisexual youth and adults as mentally ill due to their sexual orientation; and supports the dissemination of accurate information about sexual orientation, mental health, and appropriate interventions in order to counteract bias that is based on ignorance or unfounded beliefs about same-gender sexual orientation.*[9] *Further, in April 1999, the ACA Governing Council adopted a position opposing the promotion of "reparative therapy" as a "cure" for individuals who are homosexual.*[10]

In addition, ACA's Code of Ethics states:

> *Counselors use techniques/procedures/modalities that are grounded in theory and/or have an empirical or scientific foundation. Counselors who do not must define the techniques/procedures as "unproven" or "developing" and explain the potential risks and ethical considerations of using such techniques/procedures and take steps to protect clients from possible harm.*[11]

The ***American Psychiatric Association,*** in its 2000 position statement on "reparative" therapy, states:

> *Psychotherapeutic modalities to convert or "repair" homosexuality are based on developmental theories whose scientific validity is questionable. Furthermore, anecdotal reports of "cures" are counterbalanced by anecdotal claims of*

*psychological harm. In the last four decades, "reparative" therapists have not produced any rigorous scientific research to substantiate their claims of cure. Until there is such research available, [the American Psychiatric Association] recommends that ethical practitioners refrain from attempts to change individuals' sexual orientation, keeping in mind the medical dictum to first, do no harm.*

*The potential risks of reparative therapy are great, including depression, anxiety and self-destructive behavior, since therapist alignment with societal prejudices against homosexuality may reinforce self-hatred already experienced by the patient. Many patients who have undergone reparative therapy relate that they were inaccurately told that homosexuals are lonely, unhappy individuals who never achieve acceptance or satisfaction. The possibility that the person might achieve happiness and satisfying interpersonal relationships as a gay man or lesbian is not presented, nor are alternative approaches to dealing with the effects of societal stigmatization discussed.*

*Therefore, the American Psychiatric Association opposes any psychiatric treatment, such as reparative or conversion therapy which is based upon the assumption that homosexuality per se is a mental disorder or based upon the a priori assumption that the patient should change his/her sexual homosexual orientation.*[12]

The ***American Psychological Association,*** in its 1997 Resolution on Appropriate Therapeutic Responses to Sexual Orientation, which is also endorsed by the National Association of School Psychologists, states:

*That the American Psychological Association opposes portrayals of lesbian, gay, and bisexual youth and adults as mentally ill due to their sexual orientation and supports the dissemination of accurate information about sexual orientation and mental health and appropriate interventions in order to counteract bias that is based in ignorance or unfounded beliefs about sexual orientation.*[13]

The ***American School Counselor Association,*** in its position statement on professional school counselors and lesbian, gay, bisexual, transgendered, and questioning youth, states:

*Lesbian, gay, bisexual, transgendered and questioning (LGBTQ) youth often begin to experience self-identification during their pre-adolescent or adolescent*

*years, as do heterosexual youth. These developmental processes are essential cognitive, emotional and social activities, and although they may have an impact on student development and achievement, they are not a sign of illness, mental disorder or emotional problems nor do they necessarily signify sexual activity. . . .*

*It is not the role of the professional school counselor to attempt to change a student's sexual orientation/gender identity but instead to provide support to LGBTQ students to promote student achievement and personal well-being. . . .*

*Recognizing that sexual orientation is not an illness and does not require treatment, professional school counselors may provide individual student planning or responsive services to LGBTQ students to promote self-acceptance, deal with social acceptance, understand issues related to "coming out," including issues that families may face when a student goes through this process, and identify appropriate community resources.*[14]

*As these statements make clear, the nation's leading professional medical, health, and mental health organizations do not support efforts to change young people's sexual orientation through therapy and have raised serious concerns about the potential harm from such efforts.*

The ***National Association of Social Workers***, in its policy statement on lesbian, gay, and bisexual issues, states that it

> *endorses policies in both the public and private sectors that ensure non-discrimination; that are sensitive to the health and mental health needs of lesbian, gay, and bisexual people; and that promote an understanding of lesbian, gay, and bisexual cultures. Social stigmatization of lesbian, gay, and bisexual people is widespread and is a primary motivating factor in leading some people to seek sexual orientation changes.*[15] *Sexual orientation conversion therapies assume that homosexual orientation is both pathological and freely chosen. No data demonstrate that reparative or conversion therapies are effective, and in fact they may be harmful.*[16] *NASW believes social workers have the responsibility to clients to explain the prevailing knowledge concerning sexual orientation and the lack of data reporting positive outcomes with reparative therapy. NASW discourages social workers from providing treatments designed to change sexual orientation or from referring practitioners or programs that claim to do so.*[17] *NASW reaffirms its stance against reparative therapies and treatments designed to change sexual orientation or to refer practitioners or programs that claim to do so.*[18]

As these statements make clear, the nation's leading professional medical, health, and mental health organizations do not support efforts to change young people's sexual orientation through therapy and have raised serious concerns about the potential harm from such efforts. Many of the professional associations listed in the Resources section (pp. 17–19) can provide helpful information and local contacts to assist school administrators, health and mental health professionals, educators, teachers, and parents in dealing with school controversies in their communities.

# Efforts to Change Sexual Orientation Through Religious Ministries

*Ex-gay ministry* and *transformational ministry* are terms used to describe efforts by some religious individuals and organizations to change sexual orientation through religious ministries. These individuals and organizations tend to have negative attitudes toward homosexuality that are based in their particular religious perspectives. In general, efforts to change sexual orientation through religious ministries take the approach that sexual orientation can be changed through repentance and faith. In addition, some individuals and groups who promote efforts to change sexual orientation through therapy are also associated with religious perspectives that take a negative attitude toward homosexuality.

Because ex-gay and transformational ministries usually characterize homosexuality as sinful or evil, promotion in schools of such ministries or of therapies associated with such ministries would likely exacerbate the risk of marginalization, harassment, harm, and fear experienced by lesbian, gay, and bisexual students. In addition, the religious content of ministries and related therapies also raise legal issues, which are addressed in the next section.

*Because ex-gay and transformational ministries usually characterize homosexuality as sinful or evil, promotion in schools of such ministries or of therapies associated with such ministries would likely exacerbate the risk of marginalization, harassment, harm, and fear experienced by lesbian, gay, and bisexual students.*

# Relevant Legal Principles

Public school officials are the targets of those who want to include information about efforts to change sexual orientation through therapy and religious ministry in the schools. In order to respond, public school officials should be aware of general legal principles concerning the rights of their lesbian, gay, and bisexual students. This awareness is important because of the risk that these "treatments" may cause harm to young people and of the potential legal liability for school districts and officials. A number of federal, state, and local laws and school district policies protect lesbian, gay, and bisexual students from discrimination, harassment, and similar harms.

Two important principles from the U.S. Constitution apply to every public school in the country. They are (a) the First Amendment, which includes the separation of church and state and the protection of freedom of speech, and (b) the Fourteenth Amendment, which includes the guarantee of equal treatment under the law for all people.

The Establishment Clause of the First Amendment prohibits public schools from promoting, endorsing, or inhibiting religion or attempting to impose particular religious beliefs on students.[19] For this reason, a public school counselor or teacher cannot proselytize to students or attempt to impose his or her religious beliefs about whether or not homosexuality is sinful.[20] Because of the religious nature of ex-gay or transformational ministry, endorsement or promotion of such ministry by officials or employees of a public school district in a school-related context would likely raise constitutional questions. Thus, schools should be careful to avoid discussions of transformational ministry in their curriculum.

*Because of the religious nature of ex-gay or transformational ministry, endorsement or promotion of such ministry by officials or employees of a public school district in a school-related context would likely raise constitutional questions.*

Apart from their obligation to avoid religious advocacy, public schools have considerable leeway in developing their curriculum. As long as the school's instructional activity does not inculcate a religious view about homosexuality, the choice of instructional materials about homosexuality does not infringe on freedom of religion.[21] Public schools may determine, as part of their instructional activity, not to disseminate information to students when that information is not well-founded or is inadequately researched, scientifically unsound, or biased in some way.[22] As the foregoing discussion of the concerns and policies of health and mental health professionals clearly illustrates, school officials should be deeply concerned about the validity and bias of materials or presentations that promote a change to a person's sexual orientation as a "cure" or suggest that being lesbian, gay, or bisexual is a sickness or a mental illness. School officials routinely consider the views of professional experts in determining which educational and instructional materials to use in their schools, and in this case those views strongly advise against any curriculum that suggests that therapy to change sexual orientation has scientific validity or that homosexuality is a disorder that should be "cured."

*In 2003, a California school district paid $1.1 million to six students who alleged their classmates repeatedly harassed them because of their sexual orientation and the school administration did not adequately address the harassment.*

It is also important to note that a school's legal obligations under the Establishment Clause may be different when it creates a forum for outside speakers to present to students, or when it invites students to speak about topics on their own. In those cases, depending on the individual context, school districts may not be able to forbid certain speakers who wish to express their viewpoints at such events.[23]

Lesbian, gay, and bisexual students, like all other students, are protected by the Fourteenth Amendment and statutory requirements of equal treatment under the law. The Supreme Court has made clear that under the Fourteenth

Amendment's guarantee of equal protection under the law, public officials may not impose discriminatory burdens or unequal treatment on lesbians and gays because of public animosity toward them.[24] In the public school setting, this means, among other things, that a school district must protect students from anti-gay harassment just as it protects students from other kinds of harassment.[25] In 2003, a California school district paid $1.1 million to six students who alleged their classmates repeatedly harassed them because of their sexual orientation and the school administration did not adequately address the harassment.[26]

Consistent with this mandate of equal treatment, schools should be careful to avoid curriculum choices that may single out and stigmatize lesbian, gay, and bisexual students and foster a disapproving attitude toward them. The legal mandate of equality for gay and non-gay students alike is not limited to circumstances of harassment—it applies to all decisions a public school official might make that would treat lesbian, gay, and bisexual students differently based on their sexual orientation. School officials should follow the law by ensuring that the factor of real or perceived sexual orientation does not result in a decision that treats these students differently from other students. As an example, even outside the curricular setting, students have formed over 3,000 *gay–straight alliances* in schools.[27] The federal Equal Access Act[28] requires secondary schools to treat the gay–straight alliance the same as any other "non-curriculum-related" student club allowed to meet on campus.[29]

These general legal principles, supplemented by consultation with the school's legal counsel, should be helpful in the important and sometimes difficult decisions that educators must make in order to serve all students—including those who are lesbian, gay, or bisexual.

*The legal mandate of equality for gay and non-gay students alike is not limited to circumstances of harassment—it applies to all decisions a public school official might make that would treat lesbian, gay, and bisexual students differently based on their sexual orientation.*



# Endnotes


[1] Garofalo, R., Wolf, R. C., Kessel, S., Palfrey, J., & Du Rant, R. H. (1998). The association between health risk behaviors and sexual orientation among a school-based sample of adolescents. *Pediatrics, 101*, 895-902.

[2] Resnick, M. D., Bearman, P. S., Blum, R. W., Bauman, K. E., Harris, K. S., Jones, J., et al. (1997). Protecting adolescents from harm: Findings from the National Longitudinal Study on Adolescent Health. *Journal of the American Medical Association, 278*, 823-832.

[3] Garofalo et al. (1998); Remafedi, G., Frendh, S., Story, M., Resnick, M. D., & Blum, R. (1998). The relationship between suicide risk and sexual orientation: Results of a population-based study. *American Journal of Public Health, 88*, 57-60.

[4] Garofalo et al. (1998); Resnick et al. (1997).

[5] Blake, S. M., Ledsky, R., Lehman, T., Goodenow, C., Sawyer, R., & Hack, T. (2001). Preventing sexual risk behaviors among gay, lesbian, and bisexual adolescents: The benefits of gay-sensitive HIV instruction in schools. *American Journal of Public Health, 91*, 940-946; Goodenow, C., Szalacha, L., & Westheimer, K. (2006). School support groups, other school factors, and the safety of sexual minority adolescents. *Psychology in the Schools, 43*, 573-589; Safren, S. A., & Heimberg, R. G. (1999). Depression, hopelessness, suicidality, and related factors in sexual minority and heterosexual adolescents. *Journal of Consulting and Clinical Psychology, 67*, 859-866.

[6] American Psychiatric Association. (2000). *Diagnostic and statistical manual of mental disorders, text revision* (4th ed.). Washington, DC: Author.

[7] Schroeder, M., & Shidlo, A. (2001). Ethical issues in sexual orientation conversion therapies: An empirical study of consumers. *Journal of Gay & Lesbian Psychotherapy, 5*, 131-166; Shidlo, A., & Schroeder, M. (2002). Changing sexual orientation: A consumer's report. *Professional Psychology: Research and Practice, 33*, 249-259.

[8] American Academy of Pediatrics. (2001). *Gay, lesbian and bisexual teens: Facts for teens and their parents* [Pamphlet]. Elk Grove, IL: Author.

[9] Resolution adopted by American Counseling Association Governing Council, March 1998.

[10] Action by American Counseling Association Governing Council, April 1999.

[11] American Counseling Association. (2005). *Code of ethics* (pp. 11-12). Alexandria, VA: Author. See www.counseling.org/Resources/CodeOfEthics/TP/Home/CT2.aspx

[12] American Psychiatric Association. (1998). *"Reparative" therapy* [Position statement]. Washington, DC: Author.

[13] DeLeon, P. H. (1998). Proceedings of the American Psychological Association, Inc., for the legislative year 1997, minutes of the annual meeting of the Council of Representatives August 14 and 17, 1997, Chicago, IL, and minutes of the June, August, and December 1997 meetings of the Board of Directors. *American Psychologist, 53*, 882-939.

[14] American School Counselor Association. (2007). *Position statement: Gay, lesbian, transgendered, and questioning youth* [Adopted 1995, revised 2000, 2005, 2007]. See www.schoolcounselor.org/content.asp?contentid=217

[15] Haldeman, D.C. (1994). The practice and ethics of sexual orientation conversion therapy. *Journal of Counseling and Clinical Psychology, 62*, 221-227.

[16] Davison, G. C. (1991). Constructionism and morality in therapy for homosexuality. In J. C. Gonsiorek & J. D. Weinrich (Eds.), *Homosexuality: Research implications for public policy.* Newbury Park, CA: Sage; Gonsiorek, J. C., & Weinrich, J. D. (Eds.). (1991). *Homosexuality: Research implications for public policy.* Newbury Park, CA: Sage; Haldeman (1994).

[17] National Association of Social Workers. (1997). Policy statement: Lesbian, gay, and bisexual issues [approved by NASW Delegate Assembly, August 1996]. In *Social work speaks: NASW policy* (4th ed.). Washington, DC: Author.

[18] National Association of Social Workers. (2006). *Social work speaks: NASW policy statements 2006–2009* (7th ed., p. 248). Washington, DC: Author.

[19] *Lemon v. Kurtzman*, 403 U.S. 602 (1971).

[20] See *Peloza v. Capistrano Unified School Dist.*, 37 F.3d 517, 522 (9th Cir. 1994) (noting that "[t]o permit [a public high school teacher] to discuss his religious beliefs with students during school time on school grounds would violate the Establishment Clause of the First Amendment").

[21] See *Morrison v. Board of Education of Boyd County, Ky.*, 419 F. Supp. 2d 937, 942-46 (E.D. Ky. 2006); Parker v. Hurley, No. 06-10751-MLW - F. Supp. 2d -, 2007 WL 543017 (D. Mass. Feb. 23, 2007).

[22] See *Edwards v. California Univ. of Pa.*, 156 F.3d 488, 491 (3d Cir. 1998) (public schools generally have right to determine own curriculum); see also *Downs v. Los Angeles Unified School Dist.*, 228 F.3d 1003, 1014-16 (9th Cir. 2000) (same).

[23] See *Hazelwood School District v. Kuhlmeier*, 484 U.S. 260 (1988).

[24] *Romer v. Evans*, 517 U.S. 620 (1996); *Flores v. Morgan Hill Unified School District*, 324 F.3d 1130, 1037-38 (9th Cir. 2003); *Nabozny v. Podlesny*, 92 F.3d 446 (7th Cir. 1996).

[25] See *Flores v. Morgan Hill*, 324 F.3d at 1037-38 (holding that school may be liable).

[26] Pogash, C. (2004, Jan. 7). California school district settles harassment suit by gay students. *The New York Times*, p. A19.

[27] See GLSEN's Web site at www.glsen.org/cgi-bin/iowa/student/student/index.html

[28] 20 U.S.C. §§ 4071-4074 (2007). The act mandates that whenever a public secondary school "grants an offering to or opportunity for one or more noncurriculum related student groups to meet on school premises during noninstructional time," then the school may not "deny equal access or a fair opportunity to, or discriminate against any students who wish to conduct a meeting within that limited open forum on the basis of the religious, political, philosophical, or other content of the speech at such meetings" (§ 4071[a], [b]).

[29] For example, *Straights and Gays for Equality v. Osseo Area Schools* - District No. 279, 471 F.3d 908 (8th Cir. 2006); *Boyd County High School Gay Straight Alliance v. Board of Education of Boyd County, Ky.*, 258 F. Supp. 2d 667 (E.D. Ky. 2003).

# Resources

This booklet provides some basic information that will help you prepare for controversies that your school may experience in the future. You may, however, want to go beyond the information provided here. Many schools have begun to work to improve counseling, health, mental health and psychological services, curricula, and climate so that the educational and health needs of lesbian, gay, bisexual, transgender, and questioning youths are better served. The following resources will be helpful if you or your staff undertake such efforts.

## FEDERAL AGENCIES

### U.S. Department of Education

*Office for Civil Rights*
Customer Service Team
400 Maryland Avenue, SW
Washington, DC 20202-1100
Office: 1-800-421-3481
Fax: 202-245-6840
TDD: 877-521-2172
E-mail: ocr@ed.gov
www.ed.gov/about/offices/list/ocr/index.html?src=mr

This office's mission is to ensure equal access to education and to promote educational excellence throughout the nation through vigorous enforcement of civil rights. They have an extensive list of publications at their Web site and offer other technical assistance through the contact information listed above.

*Safe and Drug Free Schools Program*
Office of Safe and Drug-Free Schools
400 Maryland Avenue, SW,
Rm 3E300
Washington, DC 20202-6450
Office: 202-260-3954
Fax: 202-260-7767
E-mail: osdfs.safeschl@ed.gov
www.ed.gov/about/offices/list/oese/index.html?src=mr

This office is charged with assisting the Department of Education in reaching the seventh national education goal—that schools will be free of drugs and violence and the unauthorized presence of firearms and alcohol and will offer a disciplined environment that is conducive to learning. It has several publications available through the contact information cited above, including through the Web site.

### U.S. Department of Health and Human Services

*Health Resources and Services Administration (HRSA)*
Bureau of Primary Health Care
Division of Programs for Special Populations
4350 East-West Highway
Bethesda, MD 20814
Office: 301-594-4100
www.bphc.hrsa.gov

In 1994, the HRSA Division of Programs for Special Populations convened a conference on the primary health care and prevention needs of lesbian, gay, and bisexual youth. Out of that conference evolved a health and mental health provider guide that educators and parents can also use:

- Ryan, C., & Futterman, D. (1998). *Lesbian and gay youth: Care and counseling.* New York: Columbia University Press.

*Centers for Disease Control and Prevention*
National Center for Chronic Disease Prevention and Health Promotion
Division of Adolescent and School Health
4770 Buford Highway, NE
Atlanta, GA 30341-3717
Office: 770-488-6100
www.cdc.gov/HealthyYouth

The CDC Division of Adolescent and School Health (DASH) has identified young men who have sex with men as a priority population for HIV prevention. One of DASH's Youth in High Risk Situations work groups is focused on gay, lesbian, bisexual, transgender, and questioning youth.

## NON-GOVERNMENTAL ORGANIZATIONS

### Mental Health Organizations

*American Counseling Association (ACA)*
5999 Stevenson Avenue
Alexandria, VA 22304-3300
Office: 703-823-9800
Fax: 703-823-0252
www.counseling.org

*American Psychiatric Association*
1000 Wilson Blvd., Suite 1825
Arlington, VA 22209-3901
Phone: 703-907-7300
Fax: 703-907-1085
www.psych.org

*American Psychological Association (APA)*
Lesbian, Gay, Bisexual, and Transgender Concerns Office
750 First Street, NE
Washington, DC 20002-4242
Office: 202-336-6041
Fax: 202-336-6040
www.apa.org/pi/lgbc

APA Resources:

- Answers to your questions about sexual orientation and homosexuality: *www.apa.org/topics/orientation.html*
- Answers to your questions about transgender: *www.apa.org/topics/transgender.html*
- Answers to your questions about intersex: *www.apa.org/topics/intersx.html*

*Association for Gay, Lesbian, and Bisexual Issues in Counseling (AGLBIC)*
5999 Stevenson Avenue
Alexandria, VA 22304-3300
Office: 703-823-9800
Fax: 703-823-0252
www.aglbic.org

*Association of Gay and Lesbian Psychiatrists (AGLP)*
4514 Chester Avenue
Philadelphia, PA 19143-3707
Office: 215-222-2800
Fax: 215-222-3881
www.aglp.org

*Mental Health America (MHA)*
(formerly the National Mental Health Association)
2000 N. Beauregard Street, 6th Fl.
Alexandria, VA 22311
Office: 703-684-7722
Toll free: 800-969-6642
TTY: 800-433-5959
Fax: 703-684-5968
www.nmha.org/go/home

MHA Resources:

- "What Does Gay Mean?" is an anti-bullying program designed to improve understanding and respect for youth who are gay/lesbian/bisexual/transgender. Centered on an educational booklet called *What Does Gay Mean? How to Talk With Kids About Sexual Orientation and Prejudice*, the program encourages parents and others to communicate and share values of respect with their children.

*National Association of School Psychologists (NASP)*
4340 East-West Highway
Suite 402
Bethesda, MD 20814
Office: 301-657-0270
Toll free: 866-331-6277
Fax: 301-657-0275
www.nasponline.org

*National Association of Social Workers (NASW)*
National Committee on Lesbian, Gay, & Bisexual Issues
750 First Street, NE, Suite 700
Washington, DC 20002-4241
Office: 202-408-8600
Fax: 202-336-8310
www.socialworkers.org

*School Social Work Association of America (SSWAA)*
3921 N. Meridian Street, Suite 225
Indianapolis, IN 46208
Office: 317-464-5116
Fax: 317-464-5146
Toll free: 888-446-5291
www.sswaa.org

## Medical/Health Organizations

*American Academy of Pediatrics (AAP)*
141 Northwest Point Blvd.
Elk Grove Village, IL 60007
Office: 847-434-4000
Fax: 847-434-8000
www.aap.org

AAP Resources:

- *Gay, Lesbian, and Bisexual Teens: Facts for Teens and Their Parents* (www.nfaap.org/netforum/eweb/DynamicPage.aspx?webcode=aapbks_productdetail&key=68ef8884-8d58-492c-9762-5230083bceeb)
- *Gay, Lesbian or Bisexual Parents: Information for Children and Parents* (www.nfaap.org/netforum/eweb/dynamicpage.aspx?webcode=aapbks_productdetail&key=21c65b71-cc29-41ca-b450-284966331b84)
- *Sexual Orientation and Adolescents* (http://pediatrics.aappublications.org/cgi/content/abstract/113/6/1827)
- *Teen Q&A: Gay, Lesbian, and Bisexual Teens* (www.aap.org/publiced/BR_GayTeen.htm)

*American Medical Association (AMA)*
Child and Adolescent Health Program
515 North State Street, 8th Fl.
Chicago, IL 60610
Office: 312-464-5315
Toll Free: 800-621-8335
Fax: 312-464-5842
www.ama-assn.org

*National Association of School Nurses, Inc. (NASN)*
8484 Georgia Avenue, Suite 420
Silver Spring, MD 20910
Office: 240-821-1130
Toll free: 866-627-6767
Fax: 301-585-1791
nasn@nasn.org

## Education Organizations

*American Association of School Administrators (AASA)*
801 N. Quincy Street, Suite 700

Arlington, VA 22203
Phone: 703-528-0700
Fax: 703-841-1543
www.aasa.org

*American Federation of Teachers (AFT)*
Human Rights & Community Relations Department
555 New Jersey Avenue, NW
Washington, DC 20001
Office: 202-879-4434
Fax: 202-393-8648
www.aft.org

*American School Counselor Association (ASCA)*
1101 King Street, Suite 625
Alexandria, VA 22314
Office: 703-683-2722
Toll free: 800-306-4722
Fax: 703-683-1619
www.schoolcounselor.org

*American School Health Association (ASHA)*
7263 State Route 43
P.O. Box 708
Kent, OH 44240
Office: 330-678-1601
Fax: 330-678-4526
www.ashaweb.org

*Gay, Lesbian, and Straight Education Network (GLSEN)*
90 Broad St., 2nd Fl.
New York, NY 10004
Office: 212-727-0135
Fax: 212-727-0254
www.glsen.org

*National Association of Independent Schools (NAIS)*
1620 L Street, NW, Suite 1100
Washington DC 20036-5695
Office: 202-973-9700
Fax: 202-973-9790
www.nais.org

*National Association of Secondary School Principals (NASSP)*
1904 Association Drive
Reston, VA 20191-1537
Office: 703-860-0200
www.principals.org

*National Education Association (NEA)*
Human & Civil Rights
1201 16th Street, NW
Washington, DC 20036-3290
Office: 202-822-7700
Fax: 202-822-7578
www.nea.org

*National School Boards Association (NSBA)*
1680 Duke Street
Alexandria, VA 22314
Office: 703-838-6756
Fax: 703-548-5616
www.nsba.org/schoolhealth

NSBA Resource:

- *Dealing With Legal Matters Surrounding Students' Sexual Orientation and Gender Identity* (www.nsba.org/site/doc_schoolhealth_abstract.asp?TrackID=&SID=1&DID=34919&CID=1116&VID=53)

*Safe Schools Coalition*
Public Health - Seattle & King County
MS: NTH-PH-0100
10501 Meridian Ave. N.
Seattle, WA 98133
Office: 206-632-0662 ext. 49
1-877-SAFE-SAFE (1-877-723-3723) 24 hours a day
www.safeschoolscoalition.org

The phone line is answered at the Sexual Assault Hotline, and they will have a Safe Schools Coalition intervention specialist volunteer get back to you within 24 hours.

**Faith Organizations**

*The Interfaith Alliance Foundation*
1212 New York Avenue, NW, 7th Fl.
Washington, DC 20005
Office: 202-238-3300
Fax: 202-238-3301
www.interfaithalliance.org

**Other National Organizations Serving Lesbian, Gay, and Bisexual Youth**

*Human Rights Campaign (HRC)*
1640 Rhode Island Avenue, NW
Washington, DC 20036-3278
Office: 202-628-4160
Toll free: 1-800-727-4723
Fax: 202-347-5323
E-mail: hrc@hrc.org
www.hrc.org

*Lambda Legal Defense and Education Fund (LLDEF)*
120 Wall Street, Suite 1500
New York, NY 10005
Office: 212-809-8585
Fax: 212-809-0055
www.lambdalegal.org

*National Center for Lesbian Rights*
870 Market Street, Suite 370
San Francisco, CA 94102
Office: 415-392-6257
Fax: 415-392-8442
www.nclrights.org

*National Gay and Lesbian Task Force Policy Institute*
80 Maiden Lane, Suite 1504
New York, NY 10038
Office: 646-358-1459
Fax: 212-604-9831
www.TheTaskForce.org

Task Force Resource:

- *Youth in the Crosshairs: The Third Wave of Ex-Gay Activism* (www.thetaskforce.org/downloads/reports/reports/YouthInTheCrosshairs.pdf)

*National Youth Advocacy Coalition (NYAC)*
1638 R Street, NW, Suite 300
Washington, DC 20009
Office: 202-319-7596
Fax: 202-319-7365
www.nyacyouth.org

*Parents, Families, and Friends of Lesbians and Gays (PFLAG)*
1726 M Street, NW, Suite 400
Washington DC 20036
Office: 202-467-8180
Fax: 202-467-8194
www.pflag.org

# What Is the Just the Facts Coalition *and how did this document come about?*

In November 1998, Focus on the Family sponsored a conference near Columbus, OH, with the goal of encouraging the promotion of "reparative therapy" programs in public schools. Staff from the Gay, Lesbian, and Straight Education Network (GLSEN) attended this event and were concerned about the false and misleading information that had been presented. In December 1998, Kate Frankfurt, GLSEN's director of advocacy, shared the content of this initiative and discussed the November conference with a number of national education, health, and mental health organizations at a meeting in Washington, DC. These organizations, recognizing the negative implications of this initiative and the potential threat it posed to the health and well-being of lesbian, gay, and bisexual students, began meeting regularly to develop a resource to aid school officials in sorting through the information and misinformation on sexual orientation development and on "reparative therapy."

The first edition of this publication was the result of the work of the groups who participated in those meetings during the spring and summer of 1999 and was published in November 1999.

In June 2006, in the wake of a renewed effort that targeted schools for "equal time" for "reparative therapy" and "ex-gay ministries," the Just the Facts Coalition, with several new members, decided to revise, update, and republish *Just the Facts*. The current edition is the result of their efforts. Among the groups that have participated in this work and have officially endorsed this publication are:

American Academy of Pediatrics
American Association of School Administrators
American Counseling Association
American Federation of Teachers
American Psychological Association
American School Counselor Association
American School Health Association
Interfaith Alliance
National Association of School Psychologists
National Association of Secondary School Principals
National Association of Social Workers
National Education Association
School Social Work Association of America



OHSD No. 1:26-cv-00351 MS00113

Print Close

# Adult support of bullied LGB youths tied to fewer suicide attempts

Published October 24, 2015

Reuters



Bullied lesbian, gay and bisexual high school students are less likely to fight and attempt suicide when they feel connected to an adult at school, suggests a new study.

Bullied lesbian, gay and bisexual high school students are less likely to fight and attempt suicide when they feel connected to an adult at school, suggests a new study.

Helping these lesbian, gay and bisexual (LGB) kids develop meaningful connections with adults at school could minimize the negative impacts of cyber and school bullying, researchers say.

"The findings of our study highlight the difference teachers can make in the lives of LGB (and transgender) youth who are victims of bullying," said Jeffrey Duong, the study's lead author from the John Hopkins Bloomberg School of Public health in Baltimore.

Duong co-authored the paper with Catherine Bradshaw, who is an associate dean at the Curry School of Education at the University of Virginia in Charlottesville.

"Simple gestures such as reaching out to sexual minority youth who might have been victimized, and developing meaningful and supportive connections with them, might buffer them from the consequences of bullying," Duong told Reuters Health in an email.

Duong and Bradshaw examined information from 951 self-identified LGB high school students who completed the New York City Youth Risk Behavioral Survey during the fall of 2009.

Overall, 72 percent said they were not bullied. About 8 percent said they were bullied in school, about 10 percent were bullied online and about 10 percent were being bullied both in school and online.

The researchers report that the kids' risks for being involved in a fight and attempting suicide tended to increased with the amount they were bullied.

For example, about 72 percent of those who reported being bullied online and in school engaged in a physical fight, compared to about 36 percent of kids who said they were not bullied.

Additionally, about 44 percent of students who reported being bullied both online and in school reported suicide attempts, compared to about 20 percent of kids who weren't bullied.

The researchers found, however, that students who didn't feel a connection to an adult were more likely to fight and attempt suicide if they were also bullied, compared to those who weren't bullied.

In contrast, those who were bullied and felt a connection with an adult at school were no more likely to fight or attempt suicide than students who weren't bullied.

"The combination of victimization and not having an adult to confide in at school related to the worst outcomes," Frank J. Elgar told Reuters Health in an email. "But having that support nullified the effect."

Elgar, who wasn't involved with the new study, is a researcher with the Institute for Health and Social Policy at McGill University in

Montreal.

He said the message for adults is to support youths who are in the sexual minority. Adult support is only a piece of the defense against fighting and suicide attempts, however.

"This study does not suggest that teachers alone can inoculate students from such experiences - instead, these findings add to a growing body of evidence that support calls for integrated approaches to bullying prevention focusing on empathy and healthy relationships," Elgar said.

Duong said that clubs such as gay-straight alliances have played an integral role in creating safer environments in schools. He added that parents can make their children feel safe by being present and listening to their concerns

"For those parents who might have kids who are victims of bullying, showing support and fostering connectedness such that their child can feel safe to come to them for help is critical for these youth," Duong said.

"It's also very important for parents to remind children that bullying is not their fault," he said, adding that many parents think bullying is just part of growing up.

Duong said it's also important for parents to know that youth who are bullied might not always seek help. In those cases, it's important to know the signs of bullying, such as lack of interest in going to school, decreases in academic performance or changes in mood.

He said www.stopbullying.gov is an excellent resource for help.

The study was published online in the Journal of School Health in late August but wasn't released to the public until early this month.

Print Close

**URL**

https://www.foxnews.com/health/adult-support-of-bullied-lgb-youths-tied-to-fewer-suicide-attempts

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather

Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by LSEG. Do Not Sell my Personal Information - New Terms of Use - FAQ

Home | JAMA Pediatrics | Vol. 178, No. 9

Original Investigation | Adolescent Mental Health

FREE

# The Role of Family Support in Moderating Mental Health Outcomes for LGBTQ+ Youth in Primary Care

Joseph DelFerro, MD, MPH[1]; Joseph Whelihan, MD[2,3,4]; Jungwon Min, PhD[3,5]; et al

Author Affiliations | Article Information

Cite Permissions Metrics Comments

JAMA Pediatr

**Published Online: July 1, 2024**

2024;178;(9):914-922.

doi:10.1001/jamapediatrics.2024.1956

RELATED ARTICLES FIGURES SUPPLEMENTAL CONTENT

## Key Points

**Question** What is the association between lesbian, gay, bisexual, transgender, queer, and/or questioning (LGBTQ+) status, family support, and mental health outcomes (as measured via electronic screeners) for adolescents attending primary care visits?

**Findings** In this cross-sectional, primary care-based study of 60 626 adolescents, being LGBTQ+ was significantly associated with more depressive symptoms, recent suicidal ideation, and past suicide attempt.

Sections PDF Share

**Meaning** Interventions targeting family support may help protect against negative mental health outcomes for LGBTQ+ adolescents presenting to primary care.

## Abstract

**Importance** Lesbian, gay, bisexual, transgender, queer, and/or questioning (LGBTQ+) youth face worse mental health outcomes than non-LGBTQ+ peers. Family support may mitigate this, but sparse evidence demonstrates this in clinical settings.

**Objectives** To compare depression and suicide risk between LGBTQ+ and non-LGBTQ+ youth in primary care settings and to investigate whether family support mitigates these negative mental health outcomes.

**Design, Setting, and Participants** This cross-sectional study uses data from well care visits completed by adolescents aged 13 to 19 years from February 2022 through May 2023, including the Patient Health Questionnaire-9 Modified for Teens (PHQ-9-M) and the Adolescent Health Questionnaire (AHQ; an electronic screener assessing identity, behaviors, and guardian support), at 32 urban or suburban care clinics in Pennsylvania and New Jersey.

**Exposures** The primary exposure was self-reported LGBTQ+ status. Family support moderators included parental discussion of adolescent strengths and listening to feelings. Race and ethnicity (determined via parent or guardian report at visit check-in), sex, payer, language, age, and geography were covariates.

**Main Outcomes and Measures** PHQ-9-M–derived mental health outcomes, including total score, recent suicidal ideation, and past suicide attempt.

**Results** The sample included 60 626 adolescents; among them, 9936 (16.4%) were LGBTQ+, 15 387 (25.5%) were Black, and 30 296 (50.0%) were assigned female sex at birth. LGBTQ+ youth, compared with non-LGBTQ+ youth, had significantly higher median (IQR) PHQ-9-M scores (5 [2-9] vs 1 [0-3]; $P<.001$) and prevalence of suicidal ideation (1568 [15.8%] vs 1723 [3.4%]; $P<.001$). Fewer LGBTQ+ youth endorsed parental support than non-LGBTQ+ youth (discussion of strengths, 8535 [85.9%] vs 47 003 [92.7%]; $P<.001$; and listening to feelings, 7930 [79.8%] vs 47 177 [93.1%]; $P<.001$). In linear regression adjusted for demographic characteristics and parental discussion of strengths, LGBTQ+ status was associated with a higher PHQ-9-M score (mean difference, 3.3 points; 95% CI, 3.2-3.3 points). In logistic regression, LGBTQ+ youth had increased adjusted odds of suicidal ideation (adjusted odds ratio, 4.3; 95% CI, 4.0-4.7) and prior suicide attempt (adjusted odds ratio, 4.4; 95% CI, 4.0-4.7). Parental support significantly moderated the association of LGBTQ+ status with PHQ-9-M score and suicidal ideation, with greater protection against these outcomes for LGBTQ+ vs non-LGBTQ+ youth.

Sections PDF Share

parental support was protective against these outcomes, suggesting potential benefits of family support-focused interventions to mitigate mental health inequities for LGBTQ+ youth.

## Introduction

Lesbian, gay, bisexual, transgender, queer, and/or questioning (LGBTQ+) adolescents face a disparate burden of negative health outcomes compared with their cisgender, heterosexual peers.[1,2] In particular, mental health conditions disproportionately impact LGBTQ+ adolescents, with recent prevalence of depression and anxiety reaching 58% and 73%, respectively.[3] Nearly half of these youth seriously considered suicide in 2022, with 14% reporting a suicide attempt in the past year in a population-based survey.[3] Certain LGBTQ+ groups experience amplified burdens, including increased thoughts of suicide among transgender individuals (59%) and depressive symptoms among bisexual youth.[3,4] Youth holding multiple marginalized identities, including LGBTQ+ youth of color, experience intersectional minority stress, which can further contribute to risks of depression.[5] Importantly, LGBTQ+ identity in and of itself does not lead to negative health outcomes; structural, societal, and psychosocial factors drive these inequities, as detailed in previous research and framed by the minority stress model.[6-10]

Family support is an important factor that mitigates negative health outcomes among LGBTQ+ adolescents.[5,11-15] Family support is a broad concept, including emotional and instrumental support, affirmation, and positive social interaction. The family strengths model[16] has been used to demonstrate associations between family beliefs or behaviors and positive mental health outcomes, including in a systematic review demonstrating the benefits of appreciation, affection, and positive communication within families of transgender and gender-diverse youth.[11,17-19] Studies demonstrate that LGBTQ+ adolescents with low family support report higher distress and worse mental health than those with supportive families.[12,14] One study found that LGBTQ+ youth who experience frequent family rejection were 8.4 times more likely to report attempted suicide and 5.9 times more likely to report high depressive symptoms compared with those with low family rejection.[20] Low family support is also a barrier to care, with 45% of treatment-seeking LGBTQ+ youth citing concerns with parental permission as an obstacle to mental health services.[3]

While ample evidence highlights the protective role family support plays in mitigating poor health outcomes among LGBTQ+ youth, our existing knowledge is largely based on nonclinical samples. As family support can be potentially modified through pediatrician-family interactions to improve mental health outcomes, there is a critical need to understand associations between these constructs in clinical settings.[5,13] Pediatricians operate longitudinally within a clinician-family-patient triad, annually assessing health vulnerabilities and intervening to support healthy family dynamics.[21] Within primary care, brief electronic

Sections PDF Share

and effectively.[22,23] Importantly, brief screeners also generate opportunities to delineate associations between these constructs, creating an opening for interventions to enhance family support and potentially improve short- and long-term mental health outcomes.

Our study uses Adolescent Health Questionnaire (AHQ)[24] screener data to (1) examine differences in mental health outcomes between LGBTQ+ and cisgender, heterosexual adolescents at primary care–based annual well care visits and (2) determine whether family support moderates associations between LGBTQ+ status and mental health outcomes. We hypothesized that positive family support mitigates the risk of negative mental health outcomes, specifically depressive symptoms and suicidality, in LGBTQ+ youth. This research aims to lay the foundation for developing primary care interventions enhancing family support in this population.

## Methods

### Study Design

This cross-sectional study used retrospective electronic health record (EHR) data from the Children's Hospital of Philadelphia care network.[25] This network comprises 32 pediatric practices in urban and suburban southeastern Pennsylvania and New Jersey. Sites deliver primary care to more than 240 000 patients annually; 25% are Black and one-third are Medicaid insured. Three clinics are pediatric resident teaching sites. This study followed the Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) reporting guideline. An exemption waiver was approved by the Children's Hospital of Philadelphia Committees for the Protection of Human Subjects.

### Participants and Setting

The initial study sample included 67 632 adolescents aged 13 to 26 years who collectively attended 72 619 annual well care visits and, at least partially, completed the AHQ and Patient Health Questionnaire-9 Modified for Teens (PHQ-9-M) between February 2022 and May 2023. For patients with multiple annual visits during the study period, visits were included as separate observations, with observations linked via randomly assigned study identification numbers.

### Measures

Our primary independent variable was self-reported LGBTQ+ status (cisgender, heterosexual vs LGBTQ+) on the AHQ. The AHQ is an electronic health screener completed by all patients aged 13 years and older at well care visits, with results populated in the EHR to guide clinician practice. The AHQ includes 8 domains: strengths, nutrition and activity, school, family and friends, weapons and safety, tobacco use, substance use, and adolescent sexuality and development.[24] Respondents were categorized as LGBTQ+ if they re-

Sections PDF Share

yes, not sure, or other (n=9885). LGBTQ+ identity was also assigned if these criteria were not met but sex assigned at birth differed from self-reported gender identity (n=51). We categorized remaining participants as cisgender, heterosexual (n=50 690). We collapsed the LGBQ and transgender or nonbinary youth into a single category given substantial overlap, wherein 94% of transgender and nonbinary youth also identified as LGBQ.

Our primary outcome measures were derived from the PHQ-9-M. Based on the Patient Health Questionnaire-9 (PHQ-9),[26,27] the PHQ-9 Modified for Adolescents,[28] and the Columbia Depression Scale,[29] the PHQ-9-M measures depressive symptoms during the past 2 weeks. It maintains the PHQ-9's 9 core items with minor changes to improve youth centeredness. The 9 core items are scored from 0 (not at all) to 3 (nearly every day). Two additional items assess suicide risk: (1) suicidal ideation in the past month, and (2) lifetime attempted suicide.

Our primary outcome was continuous PHQ-9-M score (range, 0-27), with higher scores indicating higher levels of depression symptoms. Secondary outcomes included recent suicidality and past suicide attempt. Recent suicidality was operationalized as affirmative responses to either item 9 ("In the last two weeks, how often have you been bothered by thoughts that you would be better off dead, or of hurting yourself in some way?") or item 12 ("Has there been a time in the past month when you have had serious thoughts about ending your life?"). Past suicide attempt was operationalized as a response of yes to item 13 ("Have you ever, in your whole life, tried to kill yourself or made a suicide attempt?"). Covariates derived from visit registration included age, race, ethnicity, preferred language, clinic site, and insurance status. Race and ethnicity were reported by parent or guardian at visit check-in and included as proxy markers of structural racism and discrimination rather than as biological variables.[30,31] Provided options for race were African American or Black, Asian or South Asian, Native Hawaiian or Other Pacific Islander, indigenous, multiracial, White, or other (including all racial groups not previously listed); options provided for ethnicity were Hispanic and non-Hispanic. Clinics were categorized as urban if located within Philadelphia, Pennsylvania; all others were classified as suburban per county-level rural-urban continuum codes.[32]

Two AHQ items served as proxy measurements of family support based on alignment with the family strengths model.[16] Grounded in this model, "Do your parents discuss your strengths?" (no or yes) served as a proxy for appreciation and affection, and "Do you think that your parent(s) or guardian(s) usually listen to you and take your feelings seriously?" (no or yes) served as a proxy for positive communication.

## Statistical Analysis

We excluded participants older than 19 years (as importance of family support may change as adolescent-to-young adult autonomy increases) and observations with incomplete PHQ-9-Ms, missing data for either

Sections PDF Share

ban practices (eTable 1 in **Supplement 1**). We assessed demographic characteristics using means with SDs for normally distributed variables and medians with IQRs for nonnormally distributed variables. We assessed associations between LGBTQ+ status and mental health outcomes using $\chi^2$ and Wilcoxon rank sum tests.

View Large Download

**Figure 1. Flow Diagram of Participant Selection and Analysis**




LGBTQ+ indicates lesbian, gay, bisexual, transgender, queer, and/or questioning; PHQ-9-M, Patient Health Questionnaire-9 Modified for Teens.

Multilevel mixed-effects linear regression analysis determined the association of LGBTQ+ status and family support with PHQ-9-M scores. Beta coefficients represented estimated mean differences in PHQ-9-M score by LGBTQ+ and family support statuses, accounting for patient-level random effects and adjusting for the covariates described earlier. We conducted separate logistic regression analyses to determine associations of LGBTQ+ status and family support with (1) recent suicidality and (2) prior suicide attempt. As recent suicidal ideation and lifetime suicide attempts were repeatedly collected within a brief period (mean [SD] of

of parental discussion of strengths (strengths models) and parental listening to feelings (feelings models) in separate models.

To test our hypothesis that family support would moderate the association between LGBTQ+ status and mental health outcomes, we repeated the models, including an interaction term in each model to assess moderation of the associations of LGBTQ+ status with family support measures (eg, LGBTQ+ × strengths). All hypothesis tests were 2-sided and considered significant at the .05 level. Analyses were completed in Stata version 18.0 statistical software (StataCorp LLC).

## Results

After the exclusion of 5870 participants (8.7%) for missing data, the final study sample included 60 626 patients. Of these, 55 793 (92.0%) had 1 visit during the study period and 4833 (8.0%) had at least 2 visits. A total of 9936 adolescents (16.4%) identified as LGBTQ+, with 9782 (16.1%) reporting a sexual orientation other than heterosexual and 1826 (3.0%) identifying as transgender or nonbinary. Among the study sample, 15 387 (25.5%) identified as Black, 30 296 (50.0%) were assigned female sex at birth, 18 007 (29.7%) held public insurance, and 15 252 (25.2%) attended an urban clinic. Additional sample characteristics are shown in Table 1.

View Large Download

**Table 1. Characteristics of the Study Sample of 60 626 Adolescents[a]**

Characteristics of the Study Sample of 60 626 Adolescentsa

Bivariate analyses revealed that LGBTQ+ youth, compared with their cisgender, heterosexual counterparts, had significantly higher PHQ-9-M scores (median [IQR], 5 [2-9] vs 1 [0-3]; mean [SD], 6.2 [5.4] vs 2.4 [3.4]; $P < .001$) and proportions reporting both suicidal ideation (1568 [15.8%] vs 1723 [3.4%]; $P < .001$) and prior suicide attempt (1388 [14.0%] vs 1477 [2.9%]; $P < .001$). Furthermore, significantly fewer LGBTQ+ youth endorsed parental support than non-LGBTQ+ youth for both discussion of strengths (8535 [85.9%] vs 47 003 [92.7%]; $P < .001$) and listening to feelings (7930 [79.8%] vs 47 177 [93.1%]; $P < .001$). Bivariate analyses also revealed significant differences between the 2 groups with respect to race, ethnicity, sex assigned at birth, age, preferred language, clinic setting, and insurance (Table 1).

In the mixed-effects linear regression models (Table 2), LGBTQ+ identity was associated with higher PHQ-9-M scores (strengths model: 3.3 points; 95% CI, 3.2-3.3 points; feelings model: 3.0 points; 95% CI, 2.9-

Sections PDF Share

with a 3.4-point reduction (95% CI, −3.5 to −3.3) in PHQ-9-M score. In logistic regression models (**Table 2**), LGBTQ+ youth had markedly increased adjusted odds of suicidal ideation (strengths model: adjusted odds ratio [aOR], 4.3; 95% CI, 4.0-4.7; feelings model: aOR, 3.9; 95% CI, 3.6-4.2) and prior suicide attempt (strengths model: aOR, 4.4; 95% CI, 4.0-4.7; feelings model: aOR, 4.0; 95% CI, 3.7-4.4). Across all 6 models, Black and publicly insured youth had higher mean PHQ-9-M scores and greater adjusted odds of suicidal ideation and attempt. Hispanic youth had higher mean PHQ-9-M scores and greater adjusted odds of suicide attempt (see eTable 2 in **Supplement 1** for adjusted model outputs).

View Large Download

**Table 2. Adjusted Associations Between Mental Health Outcomes, LGBTQ+ Status, and Parent or Guardian Support[a]**

Adjusted Associations Between Mental Health Outcomes, LGBTQ+ Status, and Parent or Guardian Supporta

In our moderation analysis, both parental support items significantly modified the association of LGBTQ+ status with PHQ-9-M score and suicidal ideation (**Figure 2** and **Figure 3**). Both parental support items were more protective for PHQ-9-M score and suicidal ideation for LGBTQ+ youth than for cisgender, heterosexual youth. For suicide attempt, parents listening to feelings, but not parents discussing strengths, was more protective for LGBTQ+ youth than for cisgender, heterosexual youth.

View Large Download

**Figure 2. Mental Health Outcomes Moderated by Interaction Between Lesbian, Gay, Bisexual, Transgender, Queer, and/or Questioning (LGBTQ+) Status and Parents Discussing Youths' Strengths**

Mental Health Outcomes Moderated by Interaction Between Lesbian, Gay, Bisexual, Transgender, Queer, and/or Questioning (LGBTQ+) Status and Parents Discussing Youths' Strengths

For interaction, *P*<.001 for Patient Health Questionnaire-9 Modified for Teens (PHQ-9-M) score (A), *P*=.007 for suicidal ideation (B), and *P*=.27 for suicide attempt (C). Error bars indicate 95% CI.

View Large Download

Sections PDF Share

Mental Health Outcomes Moderated by Interaction Between Lesbian, Gay, Bisexual, Transgender, Queer, and/or Questioning (LGBTQ+) Status and Parents Listening to Youths' Feelings

For interaction, $P<.001$ for Patient Health Questionnaire-9 Modified for Teens (PHQ-9-M) score (A), suicidal ideation (B), and suicide attempt (C). Error bars indicate 95% CI.

## Discussion

In this cross-sectional study of more than 60 000 adolescents attending annual well care visits, family support had a protective role against negative mental health outcomes for all youth. This finding emphasizes the critical importance of the strengths portion of the adolescent social history (ie, SSHADESS [strengths, school, home, activities, drugs, emotions/eating, sexuality, safety] or HEADSS [home, education, activities/employment, drugs, suicidality, and sex] assessment),[33] as pediatricians can use discussion of strengths to educate families on strengths-based communication, modeling this skill within the pediatrician-patient-parent triad.[34] Importantly, listening to an adolescent's feelings had the largest protective role, suggesting that this skill should be incorporated into pediatricians' modeling of family support. Notably, parents discussing their teen's strengths and listening to their feelings was more protective for LGBTQ+ vs non-LGBTQ+ youth on PHQ-9-M score and suicidal ideation. This finding suggests that while interventions to enhance family support and strengths-based communication may be effective methods of mitigating stress and enhancing resilience for all youth, they may be particularly effective among LGBTQ+ youth. Notably, while family support was endorsed less frequently for LGBTQ+ youth vs non-LGBTQ+ youth, all youth reported fairly high levels of family support, as operationalized in our models. Previous studies assessing associations between family support and mental health have measured family support using extensive questionnaires that are impractical to integrate into clinical care, leaving a knowledge gap on how to succinctly assess, appraise, and intervene on familial support in clinical care settings. This study demonstrates that screeners using just 2 family support questions can provide actionable information.

Our second major finding was that compared with cisgender, heterosexual youth, LGBTQ+ youth had significantly higher median PHQ-9-M scores and higher odds of recent suicidal ideation and prior suicide attempt. Prior population-based survey studies demonstrate similar findings, but, to our knowledge, few have replicated these findings in a clinical setting.[1-3] Although median PHQ-9-M scores for both groups fell within the subthreshold range for depression symptoms, research suggests that the long-term mental health risks of subthreshold depression and major depression in adolescents are similar, highlighting the importance of preventive interventions for these adolescents.[35] We also identified higher depressive symptoms and probability of suicidal ideation or attempt in youth of racial and/or ethnic minoritized

Sections PDF Share

In the primary care setting, pediatricians and their allied health colleagues can immediately act to improve mental health outcomes through safety assessments, therapy referrals, and medication management per American Academy of Pediatrics guidelines.[36] Furthermore, adolescent depression prevention models have shown promise in the primary care setting.[37-40] These marked inequities for LGBTQ+ youth underscore a need for enhanced attention to mental health when evaluating these youth as well as the importance of integrating the collection and display of SOGI and mental health screening data in the primary care EHR to support patient-centered, timely, and safe care. While there is limited existing literature on primary care-based interventions to address mental health in these youth, strategies have involved addressing sexual, gender, and intersectional minority stress to promote resiliency and agency.[41] Specifically, effective interventions have targeted internalized homophobia and/or transphobia, hopelessness, isolation, and maladaptive responses to minority stressors while affirming identities and promoting positive future orientation.[41]

While simple at face value, these recommendations are complex in implementation given limited visit time and challenges to follow-up. Delivering care will also require more than the pediatrician. Primary care systems can integrate allied health professionals, such as social workers or navigators, to streamline referrals to embedded or external mental health professionals with expertise working with LGBTQ+ youth. In addition, single-session online interventions that can be embedded within a primary care visit or provided as links to patients and families have been shown to improve depressive symptoms and perceived agency in adolescents.[42] Implementing and sustaining evidence-based adolescent depression and suicide prevention programs in primary care, particularly for LGBTQ+ youth, will be critical for mitigating the likelihood that symptoms worsen.

## Limitations

Our study has limitations. Our cross-sectional design does not allow inference of causal relationships between exposures and outcomes. These results come from a single regional health system serving primarily urban and suburban youth. We only included youth who were administered the AHQ and excluded 5870 patients (8.7%) from the observation period due to missing data for key measures. Generalizability should be considered given that significantly higher proportions of excluded patients were Black, did not speak English, attended urban clinics, or were publicly insured. The source of this disparity is unknown but may be due to the busy nature of urban practices (which, in our case, saw substantially higher daily patient volumes than suburban practices) and other sociostructural barriers to survey completion. Future research should focus on the complex intersectional nature of race, ethnicity, socioeconomic status, and LGBTQ+ identity on mental health outcomes. Given the sensitive nature of mental health and SOGI questions, nondisclosure and social desirability biases may have affected our results, with stigma leading to underreporting of LGBTQ+ status. We found an unexpectedly higher proportion of individuals assigned female sex

based on alignment with the family strengths model rather than using a validated instrument given the need for brief pragmatic measures in primary care. Last, depression may have affected participants' perceptions of family support, meaning that observed associations between family support and mental health outcomes could be bidirectional or behave differently among adolescents with different clinical profiles. Future studies should further investigate the mechanisms for the protective role of family support and whether they differ for LGBTQ+ vs non-LGBTQ+ youth.

## Conclusions

Our research demonstrates that LGBTQ+ status, mental health outcomes, and protective support factors can be identified in real time during routine clinical care. Further, in integrating these data elements, we identified marked mental health inequities for LGBTQ+ youth and highlighted family support as a modifiable factor to prevent negative mental health outcomes. These findings lay a path toward research to improve mental health outcomes and decrease mental health inequities for LGBTQ+ youth. Future work should focus on developing brief, culturally tailored interventions for LGBTQ+ adolescents with depression and suicide risk in primary care, training pediatricians to provide culturally humble and LGBTQ+-affirming care, and advocating for funding and resources to support allied health care team members, including nurse navigators and social workers, to facilitate close and frequent follow-up. Relatedly, given the documented benefits of integrated behavioral health models for youth, collaboration between pediatricians and behavioral health clinicians in promoting mental health among LGBTQ+ adolescents will be critical.[44] In summary, adolescent-reported information captured through previsit screenings may provide a foundation for targeted interventions to improve mental health outcomes, highlighting the importance of efforts to further this research in achieving health equity for LGBTQ+ youth.

## Article Information

**Accepted for Publication:** May 3, 2024.

**Published Online:** July 1, 2024. doi:10.1001/jamapediatrics.2024.1956

**Corresponding Author:** Joseph Whelihan, MD, Children's Hospital of Philadelphia, 3401 Civic Center Blvd, c/o Division of Adolescent Medicine, Philadelphia, PA 19104 (whelihanj@chop.edu).

**Author Contributions:** Drs DelFerro and Wood had full access to all of the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis.

*Concept and design:* DelFerro, Whelihan, Gzesh, Jelinek, Davis, Jones, Fiks, Wood.

Sections PDF Share

*Drafting of the manuscript:* DelFerro, Whelihan, Min, Gzesh, Jelinek, Wood.

*Critical review of the manuscript for important intellectual content:* All authors.

*Statistical analysis:* DelFerro, Min, Jelinek, Jones, Fiks, Jenssen, Wood.

*Obtained funding:* Wood.

*Administrative, technical, or material support:* Whelihan, DiFiore, Jelinek, Fiks, Jenssen.

*Supervision:* Whelihan, Min, Fiks, Wood.

**Conflict of Interest Disclosures:** Dr Jelinek reported grants from the Maternal and Child Health Bureau, Health Resources and Services Administration and the Leonard Davis Institute for Health Economics, University of Pennsylvania during the conduct of the study. Dr Fiks reported salary support and honorarium from the American Academy of Pediatrics; honoraria from the American Medical Association, Atlantic Health Systems, Boston Medical Center, Emory University, New Jersey Manufacturers Insurance Company, PCORI, and University of North Carolina; and personal fees from Rutgers and the University of California, Los Angeles outside the submitted work. Dr Wood reported grants from Gilead Sciences during the conduct of the study. No other disclosures were reported.

**Funding/Support:** This work was supported by grant P30 AI045008 from the Penn Center for AIDS Research (Dr Wood); Career Development Award K23MH119976 from the National Institute of Mental Health (Dr Wood); and the Possibilities Project of the Children's Hospital of Philadelphia (Dr Fiks).

**Role of the Funder/Sponsor:** The funders had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; or decision to submit the manuscript for publication.

**Data Sharing Statement:** See Supplement 2.

**Additional Contributions:** We thank Ashlee Murray, MD, MPH (Children's Hospital of Philadelphia and University of Pennsylvania), and Allison E. Curry, PhD, MPH (Children's Hospital of Philadelphia and University of Pennsylvania), for their assistance with project conceptualization and review of the manuscript. We also thank Jami Young, PhD (Children's Hospital of Philadelphia), for their assistance with project conceptualization and design. Beyond usual salary, no one was financially compensated for their contribution.

## References

Sections PDF Share

1. Marshal MP, Dietz LJ, Friedman MS, et al. Suicidality and depression disparities between sexual minority and heterosexual youth: a meta-analytic review. *J Adolesc Health*. 2011;49(2):115-123. doi:10.1016/j.jadohealth.2011.02.005
PubMed | Google Scholar

2. Hafeez H, Zeshan M, Tahir MA, Jahan N, Naveed S. Health care disparities among lesbian, gay, bi-sexual, and transgender youth: a literature review. *Cureus*. 2017;9(4):e1184. doi:10.7759/cureus.1184
PubMed | Google Scholar

3. The Trevor Project. 2022 National Survey on LGBTQ Youth Mental Health. Accessed February 21, 2023. https://www.thetrevorproject.org/survey-2022/

4. Chan RCH, Operario D, Mak WWS. Bisexual individuals are at greater risk of poor mental health than lesbians and gay men: the mediating role of sexual identity stress at multiple levels. *J Affect Disord*. 2020;260:292-301. doi:10.1016/j.jad.2019.09.020
PubMed | Google Scholar

5. Mereish EH, Fish JN, Watson RJ. Intersectional minority stress and alcohol, tobacco, and cannabis use among sexual and gender minority adolescents of color: moderating role of family support. *LGBT Health*. 2023;10(1):18-25. doi:10.1089/lgbt.2021.0430
PubMed | Google Scholar

6. Connors J, Casares MC, Honigberg MC, Davis JA. LGBTQ health disparities. In: Lehman JR, Diaz K, Ng H, Petty EM, Thatikunta M, Eckstrand K, eds. *The Equal Curriculum*. Springer Nature; 2020:13-31. doi:10.1007/978-3-030-24025-7_2

7. Moagi MM, van Der Wath AE, Jiyane PM, Rikhotso RS. Mental health challenges of lesbian, gay, bisexual and transgender people: an integrated literature review. *Health SA*. 2021;26:1487. doi:10.4102/hsag.v26i0.1487
PubMed | Google Scholar

8. Meyer IH. Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: conceptual issues and research evidence. *Psychol Bull*. 2003;129(5):674-697. doi:10.1037/0033-2909.129.5.674
PubMed | Google Scholar

9. Frost DM, Meyer IH. Minority stress theory: application, critique, and continued relevance. *Curr Opin Psychol*. 2023;51:101579. doi:10.1016/j.copsyc.2023.101579
PubMed | Google Scholar

Sections PDF Share

2013;38(8):1220-1235. doi:10.1016/j.psyneuen.2012.11.015
PubMed | Google Scholar

11. Brown C, Porta CM, Eisenberg ME, McMorris BJ, Sieving RE. Family relationships and the health and well-being of transgender and gender-diverse youth: a critical review. *LGBT Health*. 2020;7(8):407-419. doi:10.1089/lgbt.2019.0200
PubMed | Google Scholar

12. McConnell EA, Birkett M, Mustanski B. Families matter: social support and mental health trajectories among lesbian, gay, bisexual, and transgender youth. *J Adolesc Health*. 2016;59(6):674-680. doi:10.1016/j.jadohealth.2016.07.026
PubMed | Google Scholar

13. McConnell EA, Birkett MA, Mustanski B. Typologies of social support and associations with mental health outcomes among LGBT youth. *LGBT Health*. 2015;2(1):55-61. doi:10.1089/lgbt.2014.0051
PubMed | Google Scholar

14. Ryan C, Russell ST, Huebner D, Diaz R, Sanchez J. Family acceptance in adolescence and the health of LGBT young adults. *J Child Adolesc Psychiatr Nurs*. 2010;23(4):205-213. doi:10.1111/j.1744-6171.2010.00246.x
PubMed | Google Scholar

15. Ford CA, Pool AC, Kahn NF, Jaccard J, Halpern CT. Associations between mother-adolescent and father-adolescent relationships and young adult health. *JAMA Netw Open*. 2023;6(3):e233944-e233944. doi:10.1001/jamanetworkopen.2023.3944
Article | PubMed | Google Scholar

16. DeFrain J, Asay S. *Strong Families Around the World: Strengths-Based Research and Perspectives*. Vol 41. Haworth Press Inc; 2007.

17. Sittner BJ, Hudson DB, DeFrain J. Using the concept of family strengths to enhance nursing care. *MCN Am J Matern Child Nurs*. 2007;32(6):353-357. doi:10.1097/01.NMC.0000298130.16914.47
PubMed | Google Scholar

18. Silberberg S. Searching for family resilience. *Fam Matters*. 2001;58:52-57.
Google Scholar

19. DeFrain J, Asay SM. Family strengths and challenges in the USA. *Marriage Fam Rev*. 2008;41(3-4):281-307. doi:10.1300/J002v41n03_04
Google Scholar

20. Ryan C, Huebner D, Diaz RM, Sanchez J. Family rejection as a predictor of negative health out-

Sections PDF Share

352. doi:10.1542/peds.2007-3524
PubMed | Google Scholar

21. Fussell JJ, High PC, Donoghue E, et al; Committee on Early Childhood, Adoption, and Dependent Care. The pediatrician's role in family support and family support programs. *Pediatrics*. 2011;128(6):e1680-e1684. doi:10.1542/peds.2011-2664
PubMed | Google Scholar

22. Farley AM, Gallop RJ, Brooks ES, Gerdes M, Bush ML, Young JF. Identification and management of adolescent depression in a large pediatric care network. *J Dev Behav Pediatr*. 2020;41(2):85-94. doi:10.1097/DBP.0000000000000750
PubMed | Google Scholar

23. Richardson LP, Zhou C, Gersh E, Spielvogle H, Taylor JA, McCarty CA. Effect of electronic screening with personalized feedback on adolescent health risk behaviors in a primary care setting: a randomized clinical trial. *JAMA Netw Open*. 2019;2(5):e193581-e193581. doi:10.1001/jamanetworkopen.2019.3581
Article | PubMed | Google Scholar

24. DiFiore G, Wood S, Jenssen BP, Fiks AG, Mayne SL. Cumulative health vulnerabilities among adolescents by age and neighborhood opportunity. *Pediatrics*. 2023;152(6):e2023062657. doi:10.1542/peds.2023-062657
PubMed | Google Scholar

25. Fiks AG, Grundmeier RW, Margolis B, et al. Comparative effectiveness research using the electronic medical record: an emerging area of investigation in pediatric primary care. *J Pediatr*. 2012;160(5):719-724. doi:10.1016/j.jpeds.2012.01.039
PubMed | Google Scholar

26. Kroenke K, Spitzer RL, Williams JBW. The PHQ-9: validity of a brief depression severity measure. *J Gen Intern Med*. 2001;16(9):606-613. doi:10.1046/j.1525-1497.2001.016009606.x
PubMed | Google Scholar

27. Spitzer RL, Kroenke K, Williams JBW; Patient Health Questionnaire Primary Care Study Group. Validation and utility of a self-report version of PRIME-MD: the PHQ primary care study. *JAMA*. 1999;282(18):1737-1744. doi:10.1001/jama.282.18.1737
Article | PubMed | Google Scholar

28. Johnson JG, Harris ES, Spitzer RL, Williams JBW. The Patient Health Questionnaire for Adolescents: validation of an instrument for the assessment of mental disorders among adolescent primary care patients. *J Adolesc Health*. 2002;30(3):196-204. doi:10.1016/S1054-139X(01)00333-0

Sections PDF Share

**29.** Shaffer D, Fisher P, Lucas CP, Dulcan MK, Schwab-Stone ME. NIMH Diagnostic Interview Schedule for Children Version IV (NIMH DISC-IV): description, differences from previous versions, and reliability of some common diagnoses. *J Am Acad Child Adolesc Psychiatry*. 2000;39(1):28-38. doi:10.1097/00004583-200001000-00014
PubMed | Google Scholar

**30.** Flanagin A, Frey T, Christiansen SL; AMA Manual of Style Committee. Updated guidance on the reporting of race and ethnicity in medical and science journals. *JAMA*. 2021;326(7):621-627. doi:10.1001/jama.2021.13304
Article | PubMed | Google Scholar

**31.** VanderWeele TJ, Robinson WR. On the causal interpretation of race in regressions adjusting for confounding and mediating variables. *Epidemiology*. 2014;25(4):473-484. doi:10.1097/EDE.0000000000000105
PubMed | Google Scholar

**32.** US Department of Agriculture Economic Research Service. 2023 Rural-urban continuum codes. Updated January 22, 2024. Accessed May 30, 2024. https://www.ers.usda.gov/data-products/rural-urban-continuum-codes

**33.** Ginsburg K. The SSHADESS screening: a strength-based pyschosocial assessment. In: Ginsburg K, McClain Z, eds. *Reaching Teens: Strength-Based, Trauma-Sensitive, Resilience-Building Communication Strategies Rooted in Positive Youth Development*. 2nd ed. American Academy of Pediatrics; 2020:225-228.

**34.** Dittus PJ. Promoting adolescent health through triadic interventions. *J Adolesc Health*. 2016;59(2):133-134. doi:10.1016/j.jadohealth.2016.06.001
PubMed | Google Scholar

**35.** Fergusson DM, Horwood LJ, Ridder EM, Beautrais AL. Subthreshold depression in adolescence and mental health outcomes in adulthood. *Arch Gen Psychiatry*. 2005;62(1):66-72. doi:10.1001/archpsyc.62.1.66
Article | PubMed | Google Scholar

**36.** Zuckerbrot RA, Cheung A, Jensen PS, Stein REK, Laraque D; GLAD-PC Steering Group. Guidelines for adolescent depression in primary care (GLAD-PC), part I: practice preparation, identification, assessment, and initial management. *Pediatrics*. 2018;141(3):e20174081. doi:10.1542/peds.2017-4081
PubMed | Google Scholar

**37.** Kanine RM, Bush ML, Davis M, Jones JD, Sbrilli MD, Young JF. Depression prevention in pediatric primary care: implementation and outcomes of interpersonal psychotherapy-adolescent skills

**38.** Gillham JE, Hamilton J, Freres DR, Patton K, Gallop R. Preventing depression among early adolescents in the primary care setting: a randomized controlled study of the Penn Resiliency Program. *J Abnorm Child Psychol*. 2006;34(2):203-219. doi:10.1007/s10802-005-9014-7
PubMed | Google Scholar

**39.** Bansa M, Brown D, DeFrino D, et al. A little effort can withstand the hardship: fielding an internet-based intervention to prevent depression among urban racial/ethnic minority adolescents in a primary care setting. *J Natl Med Assoc*. 2018;110(2):130-142. doi:10.1016/j.jnma.2017.02.006
PubMed | Google Scholar

**40.** Richards K, Marko-Holguin M, Fogel J, Anker L, Ronayne J, Van Voorhees BW. Randomized clinical trial of an internet-based intervention to prevent adolescent depression in a primary care setting (CATCH-IT): 2.5-year outcomes. *J Evid Based Psychother*. 2016;16(2):113-134.
Google Scholar

**41.** Bochicchio L, Reeder K, Ivanoff A, Pope H, Stefancic A. Psychotherapeutic interventions for LGBTQ + youth: a systematic review. *J LGBT Youth*. 2022;19(2):152-179. doi:10.1080/19361653.2020.1766393
Google Scholar

**42.** Schleider JL, Mullarkey MC, Fox KR, et al. A randomized trial of online single-session interventions for adolescent depression during COVID-19. *Nat Hum Behav*. 2022;6(2):258-268. doi:10.1038/s41562-021-01235-0
PubMed | Google Scholar

**43.** Hall WJ, Dawes HC, Plocek N. Sexual orientation identity development milestones among lesbian, gay, bisexual, and queer people: a systematic review and meta-analysis. *Front Psychol*. 2021;12:753954. doi:10.3389/fpsyg.2021.753954
PubMed | Google Scholar

**44.** Asarnow JR, Rozenman M, Wiblin J, Zeltzer L. Integrated medical-behavioral care compared with usual primary care for child and adolescent behavioral health: a meta-analysis. *JAMA Pediatr*. 2015;169(10):929-937. doi:10.1001/jamapediatrics.2015.1141
Article | PubMed | Google Scholar

Comment

Sections PDF Share

View Full Text | Download PDF

Sections PDF Share

Journal of Adolescence 56 (2017) 136–144

Contents lists available at ScienceDirect

Journal of Adolescence

journal homepage: www.elsevier.com/locate/jado

# The importance of teacher support: Differential impacts by gender and sexuality

Adrienne B. Dessel [a], Alex Kulick [b], Laura J. Wernick [c,*], Daniel Sullivan [c]

[a] Program on Intergroup Relations, University of Michigan, United States
[b] Sociology, University of California Santa Barbara, United States
[c] Graduate School of Social Service, Fordham University, United States

ARTICLE INFO

*Article history:*
Received 16 August 2016
Received in revised form 30 January 2017
Accepted 5 February 2017
Available online 21 February 2017

*Keywords:*
Teachers
LGBTQ students
School climate
Self-esteem
Academic achievement
Gender

ABSTRACT

Teachers play an important role in shaping the experiences of high school students with regard to patterns of heteronormativity and binary gender norms, particularly for lesbian, gay, bisexual, transgender, and questioning (LGBTQ) students. A climate survey of high school students ($n = 953$) in the United States examined the association between students' well-being and their relationships with teachers. The sample was majority white (65.8%) and multiracial (14.1%). Cisgender (cis)-girls (49.6%), cis-boys (41.2%), and trans students (9.2%), as well as heterosexual (78.4%) and LGBQ students (21.6%) were represented. Regression models indicate teachers' use of oppressive language and their intervention in situations of bias and students' trust and comfort with teachers were significantly associated with students' self-esteem. Teachers' use of biased language was directly associated with student self-reported grades. Moderation tests indicate teacher relationships are strongly associated with heterosexual and cisgender students' wellbeing. Recommendations for teacher education and future research are discussed.

© 2017 The Foundation for Professionals in Services for Adolescents. Published by Elsevier Ltd. All rights reserved.

Negative school climate for lesbian, gay, bisexual, transgender, queer, and similarly identified (LGBTQ) youth continues to be a serious concern for communities and educators. Schools often mirror and reproduce inequalities through heteronormativity and binary gender systems that make up larger societal norms. Heteronormativity is the set of assumptions that privilege traditional gender roles and heterosexual orientations (Jackson, 2006; Oswald, Blume, & Marks, 2005; Toomey, McGuire, & Russell, 2012). School culture and climate, including policies and practices, reinforce this norm in many ways, including normative assumptions of heterosexuality embedded in language and evident in curricular materials that reinforce this conclusion (Watson & Miller, 2012). These beliefs unequally distribute advantages for students who are gender conforming and heterosexual, including a sense of being normal and valued (Reynolds & Bamford, 2016). Students who express diverse gender and sexual identities often experience bullying, harassment, and microaggressions that communicate stigma and lower status (Aspenlieder, Buchanan, McDougall, & Sippola, 2009; Pascoe, 2007; Reynolds & Bamford, 2016; Wyss, 2004). Teachers are faced with the difficult but important task of challenging these oppressive structures and rethinking educational practices (Dessel, 2010a, 2010b; Grace & Wells, 2007), including enabling gender fluidity and mobility, as well as sexual self-determination. The focus of this paper is to examine the association between students' well-being and their relationships with teachers in order to understand what teachers can contribute to improving student well-being.

* Corresponding author.
*E-mail address:* lwernick@fordham.edu (L.J. Wernick).

http://dx.doi.org/10.1016/j.adolescence.2017.02.002
0140-1971/© 2017 The Foundation for Professionals in Services for Adolescents. Published by Elsevier Ltd. All rights reserved.

Anti-LGBTQ discrimination can engender significant negative impacts on the physical, psychosocial, and educational outcomes for LGBTQ youth compared to their heterosexual and cisgender peers. They may experience dissolution of friendships due to their sexuality (Poteat, Espelage, & Koenig, 2009) and peer victimization, such as increased bullying, sexual harassment, and violence (Goodenow, Szalacha, & Westheimer, 2006; Kosciw, Greytak, Palmer, & Boesen, 2014; Williams, Connolly, Pepler, & Craig, 2005). These forms of victimization are associated with lower self-esteem and grade point average (GPA), and higher incidence of truancy (Kosciw, Palmer, Kull, & Greytak, 2013; Kosciw et al., 2014). As well, due to the victimization and lack of support, LGBTQ youth experience specific forms and greater rates of depression (Almeida, Johnson, Corliss, Molnar, & Azrael, 2009; Galliher, Rostosky, & Hughes, 2004; Williams et al., 2005), externalizing symptoms (Williams et al., 2005), alcohol and marijuana use, suicide attempts, and suicidal ideation (Almeida et al., 2009; Birkett, Espelage, & Koenig, 2009; Goodenow et al., 2006; Mueller, James, Abrutyn, & Levin, 2015; Silenzio, Pena, Duberstein, Cerel, & Knox, 2007). These indicators of marginalization are highest among transgender youth and queer/trans youth of color, who face compounding oppressions arising from the racialized and sexual policing of gender norms (Grady, Marquez, & McLaren, 2012; Wernick, Kulick, Dessel, & Graham, 2016; Wernick, Kulick, & Inglehart, 2014).

A positive school climate and a sense of belonging is important for students (Birkett et al., 2009; Dessel, 2010a; Heck, Flentje, & Cochran, 2013), and it can buffer the adverse effects of homophobia and heterosexism on LGBTQ youth (Szalacha, 2004). A positive and welcoming school climate is associated with decreased teasing, truancy, and alcohol and marijuana use (Birkett et al., 2009). A sense of school belonging is associated with feeling safe at school (Joyce, 2015), and the existence of a school policy prohibiting bullying is associated with increased self-esteem (Kosciw et al., 2013) and a lesser likelihood of attempting suicide (Goodenow et al., 2006). In schools that have curricula that depict sexual minorities positively, LGBT youth experience less victimization (Kosciw et al., 2013). However, LGB youth report a poorer school climate and a lower sense of school belonging than heterosexual students (Birkett et al., 2009; Galliher et al., 2004; Joyce, 2015), with lesbian or bisexual female students reported the lowest sense of school belonging. This may be due to these students perceiving other students as prejudiced (Galliher et al., 2004; Joyce, 2015). This existing research highlights the dynamic processes in schools and the challenges in changing school culture. Teachers play an important role in this process by using their authority to sanction discriminatory behaviors and communicate symbolic norms of exclusion or acceptance (Wilson, Griffin, & Wren, 2005).

## 1. Teacher support for LGBT youth

Teachers play an important role in creating, maintaining, and influencing a school's climate (Dessel, 2010a, Garnett et al., 2014; Poteat & Vecho, 2015; Wernick et al., 2014). Teachers hold authoritative positions in classroom settings, a space where they help develop and guide the language and behavior of students. Teachers also engage with students and school staff outside of the classroom to create and enforce norms in shared spaces (Vega, Crawford, & Van Pelt, 2012). Positive relationships with teachers can be protective for LGBT youth (Eisenberg & Resnick, 2006; Saewyc et al., 2009). For instance, teachers can interrupt bias, model ways to counter bullying, and work directly as a supportive ally for LGBT youth (Vega, Crawford, Pelt, & J.-L, 2012; Wernick, Kulick & Inglehart, 2013; Wernick et al., 2014). This involves challenging the fixed binary categories of gender and sexual orientation in course content and in everyday speech (Toomey et al., 2012). As members of the dominant groups, teachers who identify as heterosexual and cisgender can be particularly influential by using their position to act as allies for LGBTQ students and modeling supportive behaviors for heterosexual/cisgender students who may be more likely to identify with and listen to these teachers (Vega et al., 2012).

While teachers can and do work to support students, some may perpetuate harassment and other heteronormative behaviors intentionally or unintentionally, arising from socio-cultural norms, personally held biases, and a lack of information about the harmfulness of such actions (Blackburn & Smith, 2010; Dessel, 2010b; Gerouki, 2010). Although several states have policies explicitly protecting LGBTQ students from bullying and discrimination (Biegel, 2010), both students and teachers report LGBTQ bias and harassment goes unchallenged or is even encouraged by teachers and other administrators (O'Connell, Atlas, Saunders, & Philbrick, 2010; Peters, 2003; Wernick et al., 2014). A majority of LGBT students (67.%) who reported harassment or assault to school staff rated the school staff's response as ineffective, with 61.6% reporting that school staff "did nothing" (Kosciw et al., 2014, p. 35). These actions directly influence students and further contribute to a negative school culture and climate (Dragowski, McCabe, & Rubinson, 2015; Kosciw et al., 2014).

By contrast, support groups in schools, such as gay–straight alliances (GSAs), which may have teacher sponsors, are associated with improved outcomes of less victimization and better educational performance and mental health status for all students (Goodenow et al., 2006; Heck et al., 2013; Kosciw et al., 2013; Walls, Kane, & Wisneski, 2010). Goodenow et al. (2006) found that LGBTQ youth are less likely than heterosexual youth to identify supportive school staff with whom they can talk. Students who can identify supportive educators tend to report decreased victimization, increased self-esteem, higher grades, and better attendance (Kosciw et al., 2013). Further, students who reported support from school staff were less likely to be threatened or to make multiple suicide attempts (Goodenow et al., 2006). Alternatively, Gastic and Johnson (2009) found that LGBTQ youth are more likely to have teachers as mentors than cisgender/heterosexual youth, although LGBTQ youth of color were less likely to have a mentor than white LGBTQ youth. Having a teacher as a mentor was associated with future educational attainment (Gastic & Johnson, 2009).

This study builds from extant literature by investigating the association between multiple aspects of teacher relationships with student self-esteem and academic achievement. In this study, we tested multiple aspects of teachers' roles in

communicating symbolic norms through language and behaviors addressed toward groups of students, as well as the quality of comfort and trust between individual students and teachers. We extend this literature by specifically addressing academic achievement as an outcome and including teachers' use of biased language as an indicator of school climate. Specifically, we pursue the following questions: (1) which aspects of teacher relationships are associated with the quality of students' school experience as measured by self-esteem and academic achievement? and (2) are these associations differentiated by LGBQ and transgender identities? We hypothesize that associations between teacher relationships and student well-being will be stronger for LGBQ students than for heterosexual students, and stronger for transgender students than for cis-gender students, given the levels of oppression that these minority students face.

## 2. Methods

### 2.1. Participants and procedure

Our analysis is based on a climate survey conducted in 2014 in southeast Michigan in the Midwestern United States. The Neutral Zone, a youth-led non-profit in Ann Arbor, and leaders from Riot Youth, the organization's LGBTQ program, designed and distributed surveys in five public high schools. Adult program staff, including two of the authors (Wernick and Kulick) worked as advisors to the program and supported the youth-led survey development and data collection process. The survey investigated students' experiences at school, relationships with teachers and peers, and wellbeing. Each section included general questions as well as specific inquiries into sexuality, gender identity and expression, race, misogyny, and related topics. Survey items were developed using earlier academic and community-based studies, and youth leaders adapted survey questions to enhance their relevance and validity for students in the local context.

Data collection procedures varied by school. Riot Youth and Neutral Zone leaders collaborated with the GSA (or similar organization serving LGBTQ youth) in each school to negotiate with administration. Having a GSA or similar group was a criterion for schools to be in included in the study, but these organizations ranged widely in their age and size. Some schools had small organizations made up of a handful of committed leaders, while others had over 30 regular members. As well, some schools had established their GSA within the past year and others had existed for over a decade. Sampling prioritized representativeness while also yielding to concerns about the appropriateness of survey topics in certain classes and for younger students, as well as timing constraints based on standardized testing schedules and teacher availability. All students were informed that participation was confidential and voluntary. Data were made available to researchers as de-identified secondary data. This study was approved as exempt from oversight by Fordham University and the University of California Santa Barbara.

In Table 1, we summarize the frequency and central tendency of study variables among this sample, as well as among each of the five participating schools. The sample was distributed across a range of ages, as measured by current grade-level. Among the full sample, about two-thirds of participating students identified as white (65.8%), and most students of color identified as multiracial and Black (14.1% and 12.4%, respectively). The racial identities represented among the sample were highly reflective of the regional sampling strategy. The two suburban schools were majority white (School A: 73% white) and majority-minority (School B), which included large groups of multiracial (23%), Black (12%), and Asian (12%) students, and a slightly smaller proportion of Latino (6%) students. The two schools located in more rural settings were predominantly white (Schools A and B: 85%). At the fifth site, urban school A, students identified almost exclusively as monoracial Black (74.3%) and multiracial (23.8%). Middle Eastern and Native students were present across many of the schools, but in relatively small proportions (1% and <1% respectively). A full report of the demographics for each school is included in Table 1. One in five students overall reported a non-heteronormative sexual orientation (21.6%), including lesbian, gay, bisexual, and queer. This was highest at the majority white suburban school A (27.3%) and lowest in the two rural schools (rural school A = 15.3%, rural school B = 18.4%). About half as many students (9.2%) reported a non-binary gender identity; this was lowest at suburban school A (7.7%) and strikingly higher at the urban school (14.0%).

### 2.2. Measures

#### 2.2.1. Well-being

We measured two aspects of students' self-evaluation of their well-being: self-esteem and self-reported grades. We used the 10-item scale developed by Rosenberg (1965), which measures various aspects of general self-evaluation on a 4-point Likert-type scale (1 = *strongly disagree*, 4 = *strongly agree*; $\alpha = 0.91$). Negatively worded items are reverse-coded such that higher mean scores indicating greater positive self-regard. Healthy self-esteem has been linked to various opportunities for development and future growth (Kosciw et al., 2013). Similarly, self-reported grades reflect academic achievement and success. We measured grades by asking respondents to self-report their overall grades on a 7-point scale from "mostly Ds" to "mostly As". This was used as an indicator of one's self-evaluation relative to their academic performance.

#### 2.2.2. Teacher relationships

We investigated four types of perceived student-teacher relationships. Teacher's use of biased language related to gender and sexuality was measured through a 5-item Likert-type scale (0 = *never*, 4 = *frequently*; $\alpha = 0.84$) assessing how often students heard teachers using derogatory or offensive language related to gender and sexuality. Teacher's intervention

**Table 1**
Descriptive statistics for total sample and by school.

| Variable (n) | Total (n = 1046) | Suburban School A (n = 327) | Suburban School B (n = 158) | Rural School A (n = 228) | Rural School B (n = 194) | Urban School A (n = 139) |
|---|---|---|---|---|---|---|
| | M (SD) | M (SD) | M (SD) | M (SD) | M (SD) | M (SD) |
| Self-esteem [a] | 3.01 (0.66) | 2.95 (0.69) | 2.98 (0.63) | 3.05 (0.64) | 3.04 (0.63) | 3.04 (0.66) |
| Comfort [b] | 3.50 (1.49) | 3.75 (1.40) | 3.27 (1.50) | 3.50 (1.50) | 3.58 (1.50) | 2.94 (1.53) |
| Teacher biased language [c] | 1.30 (0.58) | 1.16 (0.35) | 1.42 (0.67) | 1.28 (0.53) | 1.22 (0.49) | 1.64 (0.86) |
| Teacher intervention [c] | 2.99 (1.10) | 3.41 (1.07) | 2.80 (1.06) | 2.77 (1.10) | 2.95 (1.06) | 2.74 (1.02) |
| Self-reported grades [d] | 5.62 (1.51) | 5.70 (1.51) | 5.32 (1.70) | 5.90 (1.19) | 5.93 (1.43) | 4.75 (1.56) |
| | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
| Trusted adult in school | | | | | | |
| No | 647 (66.6) | 193 (60.9) | 107 (70.9) | 149 (68.3) | 112 (64.0) | 86 (78.2) |
| Yes | 324 (33.4) | 124 (39.1) | 44 (29.1) | 69 (31.7) | 63 (36.0) | 24 (21.8) |
| Grade-level | | | | | | |
| 9th | 168 (17.6) | 88 (27.8) | 24 (15.6) | 20 (9.3) | – | 36 (35.6) |
| 10th | 248 (26.0) | 81 (25.6) | 78 (50.6) | 76 (35.5) | 1 (0.6) | 12 (11.9) |
| 11th | 236 (24.8) | 79 (24.9) | 26 (16.9) | 53 (24.8) | 69 (41.3) | 9 (8.9) |
| 12th | 301 (31.6) | 69 (21.8) | 26 (16.9) | 65 (30.4) | 97 (58.1) | 44 (43.6) |
| Race | | | | | | |
| White | 617 (65.8) | 230 (73.0) | 67 (45.6) | 181 (85.4) | 139 (85.3) | – |
| Black | 116 (12.4) | 18 (5.7) | 17 (11.6) | 5 (2.4) | 1 (0.6) | 75 (74.3) |
| Latino | 22 (2.3) | 12 (3.8) | 9 (6.1) | 1 (0.5) | – | – |
| Middle Eastern | 10 (1.1) | 3 (1.0) | 4 (2.7) | 1 (0.5) | 2 (1.2) | – |
| Multiracial | 132 (14.1) | 39 (12.4) | 33 (22.4) | 19 (9.0) | 17 (10.4) | 24 (23.8) |
| Native | 4 (0.4) | 1 (0.3) | – | 1 (0.5) | – | 2 (2.0) |
| Asian | 37 (3.9) | 12 (3.8) | 17 (11.6) | 4 (1.9) | 4 (2.5) | – |
| Sexual Orientation | | | | | | |
| Heterosexual | 735 (78.4) | 226 (72.7) | 119 (79.9) | 177 (84.7) | 133 (81.6) | 80 (76.2) |
| LGBQ | 202 (21.6) | 85 (27.3) | 30 (20.1) | 32 (15.3) | 30 (18.4) | 25 (23.8) |
| Gender | | | | | | |
| Cis-boys | 385 (41.2) | 148 (47.4) | 62 (41.9) | 71 (33.5) | 70 (43.2) | 34 (34.0) |
| Cis-girls | 463 (49.6) | 140 (44.9) | 73 (49.3) | 120 (56.6) | 78 (48.1) | 52 (52.0) |
| Trans | 86 (9.2) | 24 (7.7) | 13 (8.8) | 21 (9.9) | 14 (8.6) | 14 (14.0) |

Notes.
[a] Theoretical range [1,4].
[b] Theoretical range [1,5].
[c] Theoretical range [0,4].
[d] Theoretical range [1,7].

behaviors were inquired about using a 4-item scale ($\alpha = 0.79$), measured on a similar Likert-type scale. These items inquired about how often teachers productively responded to instances of harassment based on gender and sexuality. Respondents were also given the option of selecting "never present" for these items. These were recoded to be included with those respondents who indicated teachers never intervene, as students who never witness teachers intervene will not benefit from the social-environmental learning of authoritative role models. We also created an indicator if teachers were never present and included these in regression models. These were non-significant in all models and did not change the significant of other predictors, so they are excluded from the reported results below. Further, the relative presence of responses provides important indicators of the contextual nature of biased language in schools. Anti-trans language and jokes about sexual assault (36.6% and 30.5%, respectively) were reportedly more common in settings with no teachers present, whereas anti-LGBTQ harassment (22.4%) and misogynistic language (19.4%) were more pervasive in settings where teachers were present.

We also inquired about whether students felt they had a trusted adult at school with whom they could talk about personal issues (0 = *no*, 1 = *yes*), without reference to specific identities. Finally, students' comfort with teachers was measured using a 3-item scale that asking how comfortable respondents felt discussing issues related to their sexual orientation, gender identity, and gender expression with teachers at their school (1 = *not comfortable*, 5 = *comfortable*; $\alpha = 0.98$).

*2.2.3. Demographics and controls*

Three demographic variables and two contextual indicators were used to test and control for anticipated differences in self-esteem and self-reported grades. Sexual orientation (0 = heterosexual, 1 = LGBQ), gender (cis-boys, cis-girls, and trans people), and race (0 = monoracial white, 1 = multiracial, person of color, and/or indigenous) were included as categorical indicators. Each of these reflect an opportunity of experiencing marginalization by identity and may thus be associated with lower self-esteem and grades. Gender was using measured using multiple questions including assigned sex at birth as well as current gender identity in order to assess diverse gender categories among a population of students with varying levels of knowledge related to gender. Grade-level is included to control for potential developmental differences as students' progress

through school years (1 = 9th to 4 = 12th). Finally, school is included as an independent variable to control for potential differences in community norms and socio-geographic differences across the studied sites.

## 3. Analysis

All analyses were conducted in SPSS, version 24. Multiple linear regression models with OLS estimators were used to test the main effects of teacher relationships on students' self-esteem and self-reported grades, while controlling for demographic and contextual differences. First, bivariate relationships were tested using correlations (see Table 2), independent samples t-tests, and one-way analysis of variance (ANOVA) tests. Next, partial models were used to test the associations of control variables and teacher relationships separately with self-esteem and grades. In Table 3, we report the results of the full main effects model as no notable patterns of difference were detected among the partial models. For categorical variables (gender, school), each reference category was tested separately and ANOVA results were used to determine the optimal reference category based on empirical differences. Cis-boys are used as the reference category for the regression model predicting self-esteem and cis-girls for grades, as these showed evidence of the greatest number of significant differences. Urban school A was selected as the reference category for both regression models based on a similar logic. In the reported models, no issues of multicollinearity were detected among the study variables (variance inflation factor score less than 4.0 for all variables in both models). Missing data was using imputed using Markov Chain Monte Carlo (MCMC) fully conditional specification, which estimates values for missing cases based on valid scores on model variables.

Further, moderation effects were tested by estimating separate models with eight interaction terms calculated from the four teacher relationship measures with LGBQ and trans identities. To interpret significant moderations, we replicated regression models tested among the full sample among divided samples (cis/trans; heterosexual/LGBQ).

## 4. Results

The full model predicting self-esteem ($n = 934$) estimated 16.9% of the variance in respondents' scores, $F(13, 920) = 14.40$, $p < 0.001$. Both gender and sexual orientation were significantly associated with self-esteem. Both cis-girls and trans students reported significantly lower average self-esteem than cis-boys ($\beta = -0.24$, $-0.17$, respectively; $p < 0.001$, both). Holding a sexually marginalized identity as LGBQ was also significantly associated with lower average self-esteem ($\beta = -0.13$, $p < 0.001$). As well, students at each of the suburban and one of the rural schools reported significantly lower self-esteem than students at urban school A (Suburban School A: $\beta = -0.23$, $p < 0.001$; Suburban School B: $\beta = -0.10$, $p = 0.025$; Rural School B: $\beta = -0.11$, $p = 0.037$).

All four teacher relationship variables were significantly associated with self-esteem. Teacher's use of biased language was negatively associated with self-esteem ($\beta = -0.11$, $p = 0.001$), suggesting that hearing derogatory language from authority figures may degrade students' sense of self-worth. By contrast, higher rates of witnessing teachers intervene in instances of these types of oppressive language related to gender and sexuality were associated with greater self-esteem ($\beta = 0.08$, $p = 0.011$). Both the presence of a trusted adult in school ($\beta = 0.19$, $p < 0.001$) and comfort talking with teachers about gender/sexuality were both positively associated with self-esteem ($\beta = 0.09$, $p = 0.008$).

We found evidence that sexual orientation and transgender identity moderated the impact of teacher relationships on students' self-esteem. Specifically, sexual orientation X teachers' biased language was significantly associated with self-esteem ($b = -0.21$, $SE = 0.05$, $p = 0.080$). Among heterosexual students, teachers' biased language negatively predicted self-esteem ($\beta = -0.13$, $p < 0.001$), while among LGBQ* students, this variable was not significant ($\beta = -0.06$, $p = 0.486$). As well transgender identity X teachers' intervention was significantly associated with self-esteem ($b = -0.14$, $SE = 0.04$, $p < 0.001$). Among cisgender students, teachers' intervention was significantly associated with self-esteem ($\beta = -0.11$, $p = 0.001$) and this relationship was not present among transgender students ($\beta = -0.12$, $p = 0.405$).

The full model predicting self-reported grades ($n = 934$) estimated 12.3% of the variance in the outcome, $F(13, 920) = 9.90$, $p < 0.001$. Similar to self-esteem, holding a sexually marginalized identity was associated with lower grades ($\beta = -0.12$, $p < 0.001$), and transgender students reported significantly lower grades than cisgender students ($\beta = -0.09$, $p = 0.005$). However, unlike self-esteem, an opposite trend emerged from self-esteem among cisgender students: cis-boys reported

**Table 2**
*Means, Standard Deviations, and Intercorrelations (n = 934).*

| | M (SD) | Correlation | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1. | 2. | 3. | 4. | 5. | 6. |
| 1. Self-esteem | 3.00 (0.66) | – | | | | | |
| 2. Self-reported grades | 5.63 (1.50) | 0.19*** | – | | | | |
| 3. Teacher's biased language | 0.28 (0.53) | −0.10*** | −0.18*** | – | | | |
| 4. Teacher intervention | 1.46 (1.11) | 0.12*** | 0.01 | 0.10** | – | | |
| 5. Trusted adult | 0.34 (0.47) | 0.19*** | 0.07* | −0.05 | 0.12*** | – | |
| 6. Comfort with teachers | 3.49 (1.50) | 0.16*** | 0.10** | −0.11*** | 0.09** | 0.25*** | – |

*$p < 0.05$, **$p < 0.01$, ***$p \leq 0.001$.

**Table 3**
Linear regression predicting self-esteem and self-reported grades (n = 934; Robust SEs).

| Variable | Self-Esteem | | Self-Reported Grades | |
|---|---|---|---|---|
| | β | *B* (*SE*) | β | *B* (*SE*) |
| Demographics and Controls | | | | |
| Grade-level | −0.01 | 0.00 (0.02) | 0.00 | 0.00 (0.05) |
| Gender (ref. cis-girls) | | | | |
| Cis-boys | – | – | −0.12*** | −0.37 (0.10) |
| Trans | – | – | −0.09** | −0.49 (0.17) |
| Gender (ref. cis-men) | | | | |
| Cis-women | −0.24*** | −0.31 (0.04) | – | – |
| Trans | −0.17*** | −0.38 (0.08) | – | – |
| Sexual orientation (ref. heterosexual) | −0.13*** | −0.21 (0.05) | −0.12*** | −0.45 (0.12) |
| Race (ref. white) | −0.04 | −0.06 (0.05) | −0.11** | −0.34 (0.12) |
| School (ref. Urban A) | | | | |
| Suburban A | −0.23*** | −0.32 (0.08) | 0.20*** | 0.63 (0.19) |
| Suburban B | −0.10* | −0.19 (0.08) | 0.11* | 0.46 (0.19) |
| Rural A | −0.10 | −0.15 (0.09) | 0.21*** | 0.75 (0.20) |
| Rural B | −0.11** | −0.19 (0.09) | 0.21*** | 0.82 (0.21) |
| Independent Variables | | | | |
| Teacher's biased language | −0.11*** | −0.14 (0.04) | −0.09** | −0.25 (0.09) |
| Teacher intervention | 0.08* | 0.05 (0.02) | 0.02 | 0.02 (0.04) |
| Trusted adult in school | 0.19*** | 0.26 (0.04) | 0.04 | 0.13 (0.10) |
| Comfort talking with teachers | 0.09*** | 0.04 (0.01) | 0.04 | 0.04 (0.03) |
| Model Statistics | | | | |
| Constant | 3.22*** (0.11) | | 5.33*** (0.26) | |
| $R^2$ | 0.169 | | 0.123 | |

*Notes.* Cis = cisgender; Models include cases with imputed data.
*$p < 0.05$, **$p < 0.01$, ***$p \leq 0.001$.

lower grades than cis-girls ($\beta = -0.12$, $p < 0.001$). As well, racial identity was significantly with grades; students of color were more likely to report lower grades ($\beta = -0.11$, $p = 0.004$). This relationship persisted while controlling for school differences that are also largely patterned racially. Students at each of the majority white and majority-white suburban and rural schools reported significantly higher grades than the students at urban school A. These relationships were strongest among the majority and predominantly white schools (Suburban School A: $\beta = 0.20$, $p = 0.001$; Rural School A: $\beta = 0.21$, $p < 0.001$; Rural School B: $\beta = 0.21$, $p < 0.001$) compared to the multiracial suburban school B ($\beta = 0.11$, $p = 0.017$).

Among the teacher relationship variables, only the use of biased language was significantly associated with self-reported grades in the full sample regression model ($\beta = -0.09$, $p = 0.007$). There was no significant association between teachers' intervention, or either comfort or trust with adults in predicting students' self-reported grades. Further, we found evidence of significant moderation effects by sexual orientation and transgender identity. With respect to sexual orientation, the interactions with teachers' biased language, intervention behaviors, and students' comfort with teachers were all significantly associated with grades (biased language: $b = -0.31$, $SE = 0.11$, $p = 0.010$; intervention: $b = -0.14$, $SE = 0.07$, $p = 0.040$; comfort: $b = -0.11$, $SE = 0.05$, $p = 0.020$).

Among heterosexual students, teachers' use of biased language and intervention behaviors were not significantly associated with students' grades ($\beta = -0.04$, $p = 0.302$, $\beta = 0.01$, $p = 0.711$, respectively). However, among LGBQ students, teachers' use of biased language was marginally associated with self-reported grades ($\beta = -0.15$, $p = 0.076$) and intervention behaviors were also non-significant ($\beta = -0.06$, $p = 0.400$). As well, comfort talking with teachers was significantly associated with grades among heterosexual students ($\beta = 0.08$, $p = 0.036$) but not LGBQ students ($\beta = 0.00$, $p = 1.00$).

Transgender identity significantly moderated the relationships between teachers' biased language use as well as comfort talking with teachers on self-reported grades (biased language: $b = 0.48$, $SE = 0.14$, $p < 0.001$; comfort: $b = -0.20$, $SE = 0.07$, $p < 0.001$). Biased language was significantly associated with grades among cisgender students ($\beta = -0.09$, $p = 0.016$) but not trans students ($\beta = 0.04$, $p = 0.774$). Similarly, comfort talking with teachers was marginally associated with grades among cisgender students ($\beta = 0.06$, $p = 0.102$) but not trans students ($\beta = -0.08$, $p = 0.604$).

## 5. Discussion

This study found that multiple vectors of teacher–student relationships—including teachers' use of biased language, public interventions in anti-LGBTQ bullying, students' access to a trusted adult at school, and comfort talking with teachers—were significant in predicting self-esteem. These associations held for both heterosexual/cisgender as well as LGBTQ students. Thus, supportive interventions designed to support and empower LGBTQ young people may have wider ranging impacts on student success and school climate. As well, we found that teachers' use of biased language was significantly associated with lower academic achievement. Teachers' support of students is critical in shaping the culture of schools (Espelage, Aragon, Birkett, & Koenig, 2008) and promoting teachers' intervention in bullying is critical for the success of all

students (Goodenow et al., 2006; Greytak & Kosciw, 2010). As well, ensuring that teachers are equipped to use inclusive, non-derogatory language, as well as committed to this ongoing practice and held accountable for their language use, is an important aspect of ensuring the success of all students. Further, the estimated negative relationship between derogatory language on students' self-reported grades was present among LGBQ students but not heterosexual students. This suggests that there may be a more direct pathway for students who internalize negative messages about gender and sexual diversity. Feeling victimized by teachers may directly impede LGBQ students' ability to engage in classroom learning. Future research may benefit from looking at more direct relationships between individual teachers and course grades. That is, there may be an underlying relationship between teacher behaviors and students' ability to engage that is lost in aggregating mean scores of students' grade averages and experiences with all teachers. Alternatively, there may be a curvilinear relationship at play as well – students who perceive teachers to be hostile may have increased motivation to succeed academically (Cammarota & Fine, 2008). Contrary to our hypothesis, we found stronger evidence for the impact of teacher relationships on students' wellbeing at school among heterosexual and cisgender students. We hesitate to overemphasize the non-significant associations, as they may be an artifact of the relatively smaller sample size of marginalized students (LGBQ and trans). However, the significance of these sexualized and gendered interactions with teachers among socially privileged students highlights the potential benefits of addressing programmatic and policy interventions toward the school environment writ large.

Our findings underscore the important roles that sexuality, gender, and race play in shaping academic and psychosocial outcomes for LGBTQ students in educational settings. A full two-thirds of students reported that they did not have a trusted adult in their school, and this was the strongest predictor of self-esteem among the teacher variables. As well, students reported only moderate comfort talking with teachers about issues related to sexual orientation, gender identity, and gender expression These findings indicate that there is still a considerable amount of vital work to be done to improve the quality of school systems for all students. Our findings corroborate this amidst the variability in teacher relationships, and concur with previous research indicating effective support from teachers is correlated with students' mental health outcomes (Goodenow et al., 2006) and academic success (Kosciw et al., 2013). This is particularly true for LGBTQ youth. Our regression analysis provide evidence that holding a gender or sexually marginalized identity was associated with lower grades and lower self-esteem than holding a heterosexual identity, highlighting the unequal opportunities for LGBTQ students and the pressing need to increase teacher support for these communities of students (Gastic & Johnson, 2009; Goodenow et al., 2006).

While our primary focus in this study is on the processes of sexual and gender marginalization impacting LGBTQ youth, we also found important differences by race and within binary cisgender categories. In regression models, students of color and cis-boys reported significantly lower grades than white students and cis-girls, respectively. Further, students at the predominantly Black/multiracial school reported significantly lower grades than the suburban and rural white/multiracial settings. There was no evidence for racial differences in overall self-esteem, however, cis-girls reported lower average self-esteem than cis-boys. These differences highlight the need for teacher interventions and supports designed around LGBTQ identity to attune to the multiple and often mutual processes of sexual, gendered, and racial inequalities in changing school climate. For instance, assumptions related to whiteness and masculinity may impede the efficacy of pro-LGBTQ interventions in reaching women and persons of color (Dessel & Bolen, 2014). Training and resources thus should focus on ensuring fidelity to local context and cultural norms in assessing and addressing issues of heteronormativity and cissexism.

### *5.1. Limitations and future research*

This study addresses existing gaps in the literature by using previously unexamined measures and a large sample of high school students collected across multiple sites. However, aspects of the study limit the interpretation and generalizability of these findings. Self-reported grades are likely an imprecise measure of actual GPA. Given the cross-sectional survey design, we cannot parse the degree to which significant findings indicate causal or associational dynamics. Future research might consider longitudinal designs as well as a wider data collection strategy that allows for population-based sampling. Engaging in this type of research will also necessitate adapting to the changing context of public education and norms about the ability of adolescents to engage with difficult topics related to gender and sexuality. Future studies may also benefit from larger purposive samples of transgender students and students of color. This type of data collection would enable a more fine-grained analysis of diversity within these groups, including differences in experiences among communities of color and between binary and non-binary identified trans students. Related, our sampling included only schools with a pro-LGBT student club or organization, although within each school surveys were randomly distributed. While the schools ranged widely in the size, age, and impact of these organizations, future studies may benefit from comparing schools with or without a GSA to assess potential differential role of teachers amidst the larger context of institutional support.

## 6. Conclusion

It is imperative that schools offer training for teachers on LGBT issues and creating welcoming schools that include specific bias intervention and ally skill development (Birkett, Russell, & Corliss, 2014; Dessel, 2010b; Vega et al., 2012). LGBT youth want teachers to intervene in bullying, to examine their choice of words and language, to recognize that heterosexual youth suffer as well in climates that tolerate bullying, and to identify LGBT rights as a civil rights issue (Dessel & Bolen, 2014; Young, 2012). Countering reluctance to address heteronormative school structures is a critical aspect of teacher education (Vega et al., 2012). Trainings designed to promote teacher awareness and interventions in bias and bullying have found mixed

results with some studies indicating an increase in knowledge but not necessarily increased intervention behavior (Goodenow et al., 2006; Greytak & Kosciw, 2010). Schools often lack the ongoing training and support teachers need to support LGBT youth (Birkett et al., 2014; Dessel, 2010b) making it challenging for even teachers with supportive beliefs to act as allies.

Schools need to provide more inclusive environments for gender and sexually marginalized students, such as implementing education policies designed to support teacher learning around LGBTQ harassment and bullying (Dessel, 2010b; Theoharis, 2010; Wang, 2015). School social workers and other youth workers can support teachers through education and interventions designed to increase teacher awareness and provide skill building to address LGBTQ bullying and bias and bystander intervention work. These efforts will support LGBTQ student self-esteem and school success.

## Acknowledgments

We'd like to thank the youth leaders and adult staff involved in the Neutral Zone and school-based organizing for sexual and gender liberations who helped make this study possible.

## References

Almeida, J., Johnson, R. M., Corliss, H. L., Molnar, B. E., & Azrael, D. (2009). Emotional distress among LGBT youth: The influence of perceived discrimination based on sexual orientation. *Journal of Youth and Adolescence, 38*, 1001–1014.

Aspenlieder, L., Buchanan, C. M., McDougall, P., & Sippola, L. K. (2009). Gender nonconformity and peer victimization in pre- and early adolescence. *European Journal of Developmental Science, 3*, 3–16.

Biegel, S. (2010). *The right to be out: Sexual orientation and gender identity in America's public schools*. Minneapolis, MN: University of Minnesota Press.

Birkett, M., Espelage, D. L., & Koenig, B. (2009). LGB and questioning students in schools: The moderating effects of homophobic bullying and school climate on negative outcomes. *Journal of Youth and Adolescence, 38*, 989–1000.

Birkett, M., Russell, S. T., & Corliss, H. L. (2014). Sexual-orientation disparities in school: The mediational role of indicators of victimization in achievement and truancy because of feeling unsafe. *American Journal of Public Health, 104*, 1124–1128.

Blackburn, M. V., & Smith, J. M. (2010). Moving beyond the inclusion of LGBT themed literature in English language arts classrooms: Interrogating heteronormativity and exploring intersectionality. *Journal of Adolescent and Adult Literacy, 53*, 625–634.

Cammarota, J., & Fine, M. (2008). *Revolutionizing education: Youth participatory action research in motion*. New York, NY: Routledge.

Dessel, A. (2010a). Prejudice in schools: Prevention and promotion of an inclusive culture and climate. *Education and Urban Society, 42*(4), 407–429.

Dessel, A. B. (2010b). Effects of intergroup dialogue: Public school teachers and sexual orientation prejudice. *Small Group Research, 41*, 556–592.

Dessel, A. B., & Bolen, R. M. (Eds.). (2014). *Conservative Christian beliefs and sexual orientation in social work: Privilege, oppression, and the pursuit of human rights*. Alexandria, VA: CSWE Press.

Dragowski, E. A., McCabe, P. C., & Rubinson, F. (2015). Educators' reports on incidence of harassment and advocacy toward LGBTQ students. *Psychology in the Schools, 53*, 127–142.

Eisenberg, M. E., & Resnick, M. D. (2006). Suicidality among gay, lesbian and bisexual youth: The role of protective factors. *Journal of Adolescent Health, 39*, 662–668.

Espelage, D. L., Aragon, S. R., Birkett, M., & Koenig, B. W. (2008). Homophobic teasing, psychological outcomes, and sexual orientation among high school students: What influence do parents and schools have? *School Psychology Review, 37*, 202–216.

Galliher, R. V., Rostosky, S. S., & Hughes, H. K. (2004). School belonging, self-esteem, and depressive symptoms in adolescents: An examination of sex, sexual attraction status, and urbanicity. *Journal of Youth and Adolescence, 33*, 235–245.

Garnett, B. R., Masyn, K. E., Austin, S. B., Miller, M., Williams, D. R., & Viswanath, K. (2014). The intersectionality of discrimination attributes and bullying among youth: An applied latent class analysis. *Journal of Youth and Adolescence, 43*, 1225–1239.

Gastic, B., & Johnson, D. (2009). Teacher-mentors and the educational resilience of sexual minority youth. *Journal of Gay and Lesbian Social Services: Issues in Practice, Policy & Research, 21*, 219–231.

Gerouki, M. (2010). The boy who was drawing princesses: Primary teachers' accounts of children's non-conforming behaviours. *Sex Education, 10*, 335–348.

Goodenow, C., Szalacha, L., & Westheimer, K. (2006). School support groups, other school factors, and the safety of sexual minority adolescents. *Psychology in the Schools, 43*, 573–589.

Grace, A. P., & Wells, K. (2007). Using Freirean pedagogy of just ire to inform critical social learning in arts-informed community education for sexual minorities. *Adult Education Quarterly, 57*, 95–114.

Grady, J., Marquez, R., & McLaren, P. (2012). A critique of neoliberalism with fierceness: Queer youth of color creating dialogues of resistance. *Journal of Homosexuality, 59*, 982–1004.

Greytak, E. A., & Kosciw, J. G. (2010). *Year one evaluation of the New York City Department of Education "respect for all" training program*. New York, NY: GLSEN.

Heck, N. C., Flentje, A., & Cochran, B. N. (2013). Offsetting risks: High school gay-straight alliances and lesbian, gay, bisexual, and transgender (LGBT) youth. *Psychology of Sexual Orientation and Gender Diversity, 1*, 81–90.

Jackson, S. (2006). Gender, sexuality, and heterosexuality: The complexity (and limits) of heteronormativity. *Feminist Theory, 7*, 105–121.

Joyce, H. D. (2015). School connectedness and student–teacher relationships: A comparison of sexual minority youths and their peers. *Children & Schools, 37*, 185–192.

Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools*. New York, NY: GLSEN.

Kosciw, J. G., Palmer, N. A., Kull, R. M., & Greytak, E. A. (2013). The effect of negative school climate on academic outcomes for LGBT youth and the role of in-school supports. *Journal of School Violence, 12*, 45–63.

Mueller, A. S., James, W., Abrutyn, S., & Levin, M. L. (2015). Suicide ideation and bullying among US adolescents: Examining the intersections of sexual orientation, gender, and race/ethnicity. *American Journal of Public Health, 105*, 980–985.

Oswald, R. F., Blume, L. B., & Marks, S. R. (2005). Decentering heteronormativity: A model for family studies. In V. L. Bengston, A. C. Acock, K. R. Allen, P. Dilworth-Anderson, & D. M. Klein (Eds.), *Sourcebook of family theory and research* (pp. 143–165). Thousand Oaks, CA: Sage Publications.

O'Connell, L. M., Atlas, J. G., Saunders, A. L., & Philbrick, R. (2010). Perceptions of rural school staff regarding sexual minority students. *Journal of LGBT Youth, 7*, 293–309.

Pascoe, C. J. (2007). *Dude, you're a fag: Masculinity and sexuality in high school*. Berkeley, CA: University of California Press.

Peters, A. J. (2003). Isolation or inclusion: Creating safe spaces for lesbian and gay youth. *Families in Society, 84*(3), 331–337.

Poteat, V. P., Espelage, D. L., & Koenig, B. W. (2009). Willingness to remain friends and attend school with lesbian and gay peers: Relational expressions of prejudice among heterosexual youth. *Journal of Youth and Adolescence, 38*, 952–962.

Poteat, V. P., & Vecho, O. (2015). Who intervenes against homophobic behavior? Attributes that distinguish active bystanders. *Journal of School Psychology, 54*, 17–28.

Reynolds, J. R., & Bamford, M. J. (2016). School gender culture and student subjective well-being. *Sex Roles, 74*, 62–77.

Rosenberg, M. (1965). *Society and the adolescent self-image*. Princeton, NJ: Princeton University Press.

Saewyc, E. M., Homma, Y., Skay, C. L., Bearinger, L. H., Resnick, M. D., & Reis, E. (2009). Protective factors in the lives of bisexual adolescents in North America. *American Journal of Public Health, 99*, 110–117.

Silenzio, V. M. B., Pena, J. B., Duberstein, P. R., Cerel, J., & Knox, K. L. (2007). Sexual orientation and risk factors for suicidal ideation and suicide attempts among adolescents and young adults. *American Journal of Public Health, 97*, 2017–2019.

Szalacha, L. (2004). Educating teachers on LGBTQ issues: A review of research and program evaluations. *Journal of Gay & Lesbian Issues in Education, 1*, 67–79.

Theoharis, G. (2010). Disrupting injustice: Principals narrate the strategies they use to improve their schools and advance social justice. *Teachers College Record, 112*, 331–373.

Toomey, R. B., McGuire, J. K., & Russell, S. T. (2012). Heteronormativity, school climates, and perceived safety for gender nonconforming peers. *Journal of Adolescence, 35*, 187–196.

Vega, S., Crawford, H. G., & Van Pelt, J.-L. (2012). Safe schools for LGBTQI students: How do teachers view their role in promoting safe schools? *Equity & Excellence in Education, 45*, 250–260.

Walls, N. E., Kane, S. B., & Wisneski, H. (2010). Gay–straight alliances and school experiences of sexual minority youth. *Youth & Society, 41*, 307–332.

Wang, F. (2015). Conceptualizing social justice: Interviews with principals. *Journal of Educational Administration, 53*, 667–681.

Watson, S., & Miller, T. (2012). LGBT oppression. *Multicultural Education, 19*, 2–7.

Wernick, L. J., Kulick, A., & Inglehart, M. H. (2013). Factors predicting student intervention when witnessing anti-LGBTQ harassment: Influence of peers, teachers and climate. *Children and Youth Services Review, 35*(2), 296–301.

Wernick, L. J., Kulick, A., Dessel, A. B., & Graham, L. F. (2016). Theater and dialogue to increase youth's intentions to advocate for LGBTQQ people. *Research on Social Work Practice, 26*, 189–202.

Wernick, L. J., Kulick, A., & Inglehart, M. H. (2014). Influences of peers, teachers, and climate on students' willingness to intervene when witnessing anti-transgender harassment. *Journal of Adolescence, 37*, 927–935.

Williams, T., Connolly, J., Pepler, D., & Craig, W. (2005). Peer victimization, social support, and psychosocial adjustment of sexual minority adolescents. *Journal of Youth and Adolescence, 34*, 471–482.

Wilson, I., Griffin, C., & Wren, B. (2005). The interaction between young people with atypical gender identity organization and their peers. *Journal of Health Psychology, 10*, 307–315.

Wyss, S. E. (2004). 'This was my hell': The violence experienced by gender non-conforming youth in US high schools. *International Journal of Qualitative Studies in Education, 17*, 709–730.

Young, A. L. (2012). LGBT students want educators to speak up for them. *Educational Horizons, 91*, 8–10.

HHS Public Access
Author manuscript
*J Educ Psychol.* Author manuscript; available in PMC 2026 April 01.

Published in final edited form as:
*J Educ Psychol.* 2025 April ; 117(3): 445–465. doi:10.1037/edu0000945.

# Support from School Personnel and In-School Resources Jointly Moderate the Association Between Identity-Based Harassment and Depressive Symptoms Among Sexual and Gender Diverse Youth

**Peter S. McCauley**[1], **Lisa A. Eaton**[1], **Rebecca M. Puhl**[1,2], **Ryan J. Watson**[1]

[1]Department of Human Development and Family Sciences, University of Connecticut, 348 Mansfield Rd., Storrs, CT, USA

[2]Rudd Center for Food Policy & Health, University of Connecticut, One Constitution Plaza, Suite 600, Hartford, CT 06103, USA

## Abstract

A growing body of research has found that perceptions of social–emotional support from school personnel and lesbian, gay, bisexual, transgender, and queer (LGBTQ) in-school resources (e.g., gender and sexuality alliances, inclusive curricula, inclusive sexual education, presence of affirming adults) contribute to sexual and gender diverse youth's (SGDY) positive development. However, no research has investigated how support from school personnel and LGBTQ in-school resources might jointly modify the associations between SGDY's experiences with sexual orientation and gender identity (identity)-based harassment and mental health outcomes. Thus, the current study examined how school personnel support and LGBTQ in-school resources, together, moderated the association between identity-based harassment, depressive symptoms, and anxiety symptoms among a national sample of SGDY ($N$ = 13,500, $M_{age}$ = 15.50, $SD$ = 1.34). Multigroup path analysis revealed that for SGDY in middle school (i.e., 6–8) and high school grade levels (i.e., 9–12), school personnel support and LGBTQ in-school resources jointly moderated the association between identity-based harassment and depressive symptoms. Among SGDY who reported high levels of harassment, support from school personnel buffered the association between identity-based harassment and depressive symptoms. However, at low levels of harassment, it was a combination of high support from school personnel and LGBTQ in-school resources that was linked to the lowest levels of depressive symptoms. SGDY reported more depressive symptoms when they perceived low levels of support from school personnel, regardless of the concentration of LGBTQ in-school resources.

### Keywords

Sexual minority; Gender diverse; Victimization; Teacher support; School climate

Correspondence concerning this article should be addressed to Peter S. McCauley, Department of Human Development and Family Sciences, 348 Mansfield Rd., Storrs, CT 06269-1058, United States. peter.mccauley@uconn.edu.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



## Introduction

Sexual and gender diverse youth (SGDY; e.g., lesbian, gay, bisexual, transgender, queer [LGBTQ])[1] experience disproportionate levels of harassment relative to their cisgender-heterosexual peers (Myers et al., 2020). SGDY's experiences with harassment based on their sexual orientation and/or gender identity are often first experienced at a developmental period where they also meet the challenges of normative adolescent development (e.g., growing peer sensitivity) and other identity specific stressors (e.g., coming out; Russell & Fish, 2019); thus, SGDY may be particularly vulnerable to poorer mental health. Given the potentially limited availability of social support available to some SGDY from peers and families (Katz-Wise et al., 2016; Marshall et al., 2015), non-parental adult support (e.g., from teachers or school staff) has been identified as a crucial developmental asset to disrupt SGDY's experiences with stigma-based harassment and negative health outcomes (Bishop et al., 2023). A robust body of research has also identified the protective role of LGBTQ-focused in-school resources (e.g., inclusive LGBTQ curricula) in promoting positive mental health outcomes among SGDY (Russell et al., 2021). Despite these two separate bodies of research, few scholars have considered the interactive relations of support from school personnel and LGBTQ in-school resources; further, no research has considered how these two constructs may interact *together* to mitigate harassment-related experiences among SGDY.

Although perceptions of LGBTQ in-school resources and support from school personnel can contribute to SGDY's wellbeing, some students may continue to experience ongoing peer harassment in contexts where these resources are present and may even report amplified distress (e.g., the healthy context paradox; Kaufman et al., 2023). Such possibilities underscore recent calls from scholars to examine how various environmental and interpersonal contexts shape the health outcomes of adolescents who experience persistent victimization (Salmivalli et al., 2021). To better understand the importance of interpersonal contexts on mental health outcomes, the current study examined the potential protective role of both LGBTQ in-school resources and school personnel support in SGDY's experiences with identity-based harassment—a form of discriminatory harassment. Specifically, the current study leveraged a contemporary U.S. national sample of SGDY in middle school and high school and used multivariate path analysis to cross-sectionally investigate the extent that the association between identity-based harassment, depressive symptoms, and anxiety symptoms would depend on the joint interaction between school personnel support and the amount of LGBTQ in-school resources SGDY perceive in their school. These investigations can help inform future school-based interventions on

[1]Sexual orientation is a multifaceted construct that reflects identity, attraction, and behavior (Sherwood et al., 2024). In the current study, we focus on sexual identity (i.e., how someone identifies). Lesbian is a term that refers to women who experience physical or emotional attraction to other women; gay is a term that refers to someone who experiences psychical or emotional attraction to someone of the same gender; bisexual refers to someone who experiences emotional or physical attraction to more than one gender; queer is a reclaimed identity that some use as an umbrella term to reflect an identity other than heterosexual (e.g., demisexual; Watson et al., 2020) or as an identity label (Dellar, 2022; GLSEN, 2014). Gender identity is distinct from sexual identity and refers to an individual's internal feeling and experience of gender. Cisgender is a term that refers to a person whose current gender identity aligns with their gender assigned at birth, whereas transgender is a term that refers to people whose gender identity does not align with their gender identity assigned at birth (GLSEN, 2014).

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

the circumstances wherein targeted interpersonal and structural support systems can be implemented to buffer the emotional impacts of SGDY experiencing ongoing victimization.

## Theoretically Situating Health Disparities and Identity-Based Harassment

The current study was informed by minority stress and demand-resource theories. Scholars have used minority stress theory to contextualize the development of mental health vulnerabilities of individuals with minoritized sexual and gender identities (Brooks, 1981; Meyers, 2003). The theory posits that in addition to general life stressors young people of all sexual and gender identities may encounter (e.g., stressful school transitions), SGDY experience additional unique stressors specific to their minoritized sexual and gender identities (e.g., disclosing their identities to others). Unique minority stressors can be characterized along a continuum of distal (e.g., discrimination) and proximal (e.g., *internalized* stigma) forms and, with chronic exposure, can deplete SGDY's preemptive coping resources and self-regulative capabilities to manage future stressors (Hatzenbuehler, 2009). The resulting and repeated exposure to these compounding stressors directly contributes to SGDY's disproportionate mental health vulnerabilities relative to their cisgender-heterosexual peers (Brooks, 1981; Meyer, 2003).

Similar to minority stress theory, demand-resource models may be useful to understand the experiences of SGDY. Derivatives of demand-resource models are rooted in job demand-resource theory, which explains how employees' job performance and wellbeing are influenced by various psychosocial and physical aspects of a job, including job demands, job resources, and personal resources (Bakker et al., 2023). Given that many of the processes job demand-resource theory outlines apply across educational settings, scholars have extended the framework to understand how academic and personal resources and demands shape students' psychosocial and academic adjustment (e.g., academic demand-resource theory; Martin et al., 2024). Most relevant to the current study, the academic cultural demand-resource model (ACD-R) shows how *cultural demands* (i.e., discrimination in educational settings), *cultural resources* (e.g., environmental strengths and cultural pride), *academic resources* (e.g., felt teacher support), *academic demands* (e.g., heavy course loads), *personal resources* (e.g., academic buoyancy), and *personal demands* (e.g., self-regulation difficulties) contribute to the school experiences of students with culturally and ethnically minoritized identities (Martin et al., 2024). Like other demand-resource models, ACD-R proposes that resources (e.g., cultural resources) contribute positively to health and academic experiences, whereas demands (e.g., discrimination) contribute negatively to students' health and academic experiences. We focus specifically on cultural demands and cultural resources as previous research informed by ACD-R and minority stress theories have shown these two domains to hold key influential roles in the psychosocial adjustment outcomes of students with marginalized identities (e.g., Kurpiel, 2024; Martin et al., 2024). Thus, to meet the needs of SGDY that are tied to experiences with unique minority stressors (Meyer, 2003), considering the role of various cultural resources could be especially important.

Similar processes outlined by ACD-R are evident in SGDY's health experiences across school settings and mirror the mechanisms in minority stress theory. For example, across both perspectives, SGDY's cultural demands (e.g., minority stressors) and cultural resources

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

(e.g., affirming school-based support systems or social-emotional support) directly and interactively contribute to SGDY's health outcomes. More specifically, cultural demands are culturally specific stressors students may encounter in school that are linked to psychosocial costs; in comparison, cultural resources are culturally specific environmental or personal assets that contribute to positive psychosocial outcomes through their facilitation of growth and goal attainment across educations settings (Martin et al., 2024). As suggested by both theories, peer harassment that targets marginalized sexual and gender identities could be one salient cultural demand and minority stressor some SGDY are tasked to navigate in school. In comparison, the presence of school resources or assets that affirm LGBTQ identities and SGDY's perception of social-emotional support from school personnel (partially dependent on school culture) may be two salient cultural resources that are linked to positive experiences of growth in educational settings.

Two of the most commonly studied mental health outcomes in relation to minority stress among SGDY are depression and anxiety. Indeed, the average age of onset of depressive symptoms and anxiety symptoms occurs much earlier in adolescence for SGDY than their cisgender-heterosexual peers (e.g., age 11 for depressive symptoms and age 15 for anxiety symptoms; Fish et al., 2023; Pachankis et al., 2022), and disparities in felt symptoms can extend across adolescence and into adulthood (Roberts et al., 2013). Depression and anxiety are often comorbid in adolescents (Garber & Weersing, 2010), yet core features of both mood disorders have been identified. For instance, two features of major depressive disorder may be depressed mood (e.g., feeling down or hopeless) and anhedonia (e.g., loss of interest in activities; Kroenke et al., 2009); in contrast, core features of generalized anxiety disorder may be amplified distress and trouble regulating distress (Kroenke et al., 2009). It is essential to note, however, that the diagnosis and presentation of these mood disorders are complex: some adolescents may experience symptoms of depression and anxiety over two weeks but do not meet the threshold of diagnosis of either (Kroenke et al., 2009). As not to conflate with diagnosis, the current study defined and measured the extent to which SGDY reported *experiencing* two core symptoms of depression and two core symptoms of generalized anxiety disorder over the past two weeks.

Identity-based harassment—unwanted physical, verbal, and relational aggression in-person based on real or perceived LGBTQ identity—is one minority stressor and cultural demand that directly contributes to SGDY's symptoms of depression and anxiety (Collier et al., 2013). Identity-based harassment can take multiple forms (e.g., relational, verbal, and physical threats; Kosciw et al., 2022). Compared to other forms of victimization, identity-based harassment is driven by stigma and, as such, is a manifestation of discrimination among SGDY (Earnshaw et al., 2018; Gower, Rider, et al., 2018). With our focus on in-school resources and school personnel support, we examined in-person harassment for a more proximal focus on these relationships (e.g., some adolescents are less likely to seek help from adults when experiencing cyber victimization; Kaiser et al., 2020). Given that adolescence is a developmental period where sexual prejudice, pressure to adhere to and police gender norms (Kornienko et al., 2016), and the perpetration of harassment peak among youth (Poteat et al., 2012; Poteat & Anderson, 2012), SGDY are particularly vulnerable to experiencing harassment based on their sexual orientation and/or gender identities. For example, a national study of 22,298 SGDY found that 76% of adolescents

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

reported experiencing verbal harassment based on their sexual and gender diverse identity (e.g., homophobic epithets; Kosciw et al., 2022). Unsurprisingly, identity-based harassment has been associated with various adverse health outcomes over and above general forms of harassment (Kurpiel, 2024), such as elevated depressive and anxiety symptoms (Moyano & Sánchez-Fuentes, 2020). Given the prevalence of such harassment among SGDY and the strongly established connection to negative mental health outcomes, scholars must continue investigating how various developmental assets can be leveraged to disrupt these experiences.

An important proposition in both minority stress and demand-resource theories are the presence of buffering effects over and above the main effects of cultural demands and resources (Martin et al., 2024; Meyer, 2003). Under minority stress theory, the presence of community, institutional, and individual support systems may buffer against harmful health outcomes associated with LGBTQ individuals' experiences with minority stressors (Meyer, 2003). Thus, the current study theorized that the presence of structural *and* interpersonal support systems that reflect meaningful cultural resources would buffer against SGDY's health outcomes tied to their experiences with identity-based harassment. However, research on SGDY's experiences with peer harassment has typically only investigated how support systems *independently* buffer against minority stressors (i.e., two-way interactions) without considering their *joint* interaction (i.e., three-way interactions). As such, questions remain, for example, whether the buffering associations for SGDY high in one supportive resource might be amplified or dampened when they are also higher or lower in another supportive resource. Demand-resource models provide flexible frameworks to examine these associations with greater complexity (Bakker et al., 2023), which could potentially shed light on this question.

In the spirit of better understanding these nuanced relationships, the current study considered two culturally relevant forms of support previously documented to contribute to SGDY's positive development and show promising capabilities of buffering mental health outcomes among SGDY who experience peer harassment: LGBTQ in-school resources (i.e., structural and identity-specific) and perceptions of social-emotional support from teachers and staff (i.e., interpersonal and general). See Figure 1 for a visual of the conceptual model.

## LGBTQ In-School Resources

Several LGBTQ-specific school-based resources are geared toward promoting school safety and can impact school climate for SGDY (Russell et al., 2021). In the current study, we define LGBTQ in-school resources as the presence or implementation of supportive structural practices that are tailored to engage and meet the needs of SGDY in schools. These practices may include, for example, the implementation of LGBTQ-tailored extracurriculars (gender-sexuality alliances), inclusive education (e.g., LGBTQ course content delivery; (Russell et al., 2021), and the presence of affirming school staff (e.g., the presence of openly LGBTQ educators). In the current study, we draw on four supportive resources that are meaningfully tailored toward SGDY's identities—gender and sexuality alliances, inclusive curricula, inclusive comprehensive sexual education, and open

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

LGBTQ instructors—and use the sum of these resources to determine the degree to which SGDY perceive them in their school.

**Gender Sexuality Alliances—**Research has documented that, when considered independently, affirming in-school resources contribute positively to SGDY's mental health outcomes. For example, previous research has shown that SGDY who attend schools with a gender and sexuality alliance—student-led LGBTQ-focused clubs with a mission to promote a positive LGBTQ school climate on school campuses (Russell et al., 2021)—tend to report reduced depressive and anxiety symptoms (Baams & Russell, 2021; through greater participation Poteat et al., 2020), lower average stress levels (Lessard et al., 2020), and improved school engagement compared to their SGDY peers without (Hazel et al., 2019). Critically, the literature is still mixed on the extent to which the presence of a gender sexuality alliance, by itself, can improve SGDY's mental health experiences. Some studies have found no differences in the mental health outcomes between SGDY who report attending schools with and without a gender and sexuality alliance (e.g., Colvin et al., 2019; Ioverno et al., 2016) and have found heterogenous effects across gender (Parodi et al., 2022) and racial-ethnic identity (Baams & Russell, 2021).

**Inclusive Curricula—**Inclusive course curricula—when curriculum integrates positive examples of LGBTQ historical figures, events, and information into course content (Russell et al., 2021)—have demonstrated similar protective qualities as gender and sexuality alliances. SGDY who report receiving instructional lessons that include positive examples of LGBTQ historical events and figures have reported lower levels of depressive symptoms (Kosciw et al., 2022), lower levels of victimization (Snapp et al., 2015), reduced school absences, and higher grade point averages (Kosciw et al., 2013).

**Inclusive Comprehensive Sexual Education—**Less research has focused on the protective roles of inclusive comprehensive sexual education and open LGBTQ instructors but recent findings suggest they may be crucial resources for SGDY. Comprehensive sexual education in schools broadly consists of a set of evidence-based practices that provide sexual health information to students and reduce sexual risk-related experiences (Pampati et al., 2021). Characteristics of comprehensive programs affirming to LGBTQ student identities may also provide information specific to LGBTQ identities (e.g., information on coming out and navigating minority stressors; Pampati et al., 2021). In one study, bisexual adolescents who reported receiving sexual education that was comprehensive *and* inclusive of LGBTQ identities were less likely to report depressive symptoms (Proulx et al., 2019).

**Open LGBTQ Instructors—**Similarly, U.S. states vary in their acceptance of open LGBTQ instructors (e.g., self-disclosure of LGBTQ identity), which can manifest at the school level as structural practices (e.g., refusing to renew teaching contracts) and unsupportive school cultures fostering hostile climates that motivate LGBTQ staff to conceal their identities (Antonelli & Sembiante, 2022). Much like the resources above, the presence of open LGBTQ instructors may signal to SGDY that their broader school environment is affirming to their identities (Antonelli & Sembiante, 2022). Importantly, SGDY's *perceptions* of open LGBTQ school personnel (e.g., their personal belief that a

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



staff member shares their identity), could be important to consider. Both qualitative (i.e., among LGBTQ high school students; Harris et al., 2022) and quantitative (i.e., among undergraduate university students; Busch et al., 2022) research has shown that perceptions of the presence of an LGBTQ staff member or instructor can bolster feelings of belonging, especially among LGBTQ students. Additionally, shared identities and cultural knowledge may facilitate more effective help-seeking among SGDY that equips them to navigate minority stressors that have downstream impacts on mental health (Harris et al., 2022; Leung et al., 2022). Given the structural barriers that may impact the ability of LGBTQ school staff in the United States to disclose their identities at school (e.g., Florida's Don't Say Gay Bill), and the potential benefits of perceiving openly LGBTQ staff and teachers on feelings of belonging and safety, we situate student *perceptions* of openly LGBTQ instructors as an LGBTQ in-school resource that may contribute to SGDY's positive mental health experiences.

**Considering the Collective Presence of Resources—**Most research examines the protective and stress buffering role of LGBTQ in-school resources independent of one another (e.g., Kaufman et al., 2023) or examines the unique contributions of multiple supportive resources simultaneously (e.g., Kosciw et al., 2013). There is reason to believe, however, that examining LGBTQ in-school resources together can elucidate further nuance regarding how their presence in school shapes SGDY's peer-related experiences and health outcomes. For example, scholars have drawn on minority stress theory and bioecological models to establish how the *collective* presence of observable LGBTQ community resources (e.g., the presence of LGBTQ individuals in one setting and affirming religious institutions; Oswald et al., 2010) shapes community climate that contributes to the healthy development of LGBTQ individuals (Gower et al., 2019; Oswald et al., 2010). This could apply to the school context, where an affirming LGBTQ climate depends on the presence of *multiple* resources rather than the isolated effects of a few (Leung et al., 2022).

Several studies underscore the importance of understanding how the collective presence of LGBTQ in-school resources contributes to SGDY's school experiences. In a study of 31,183 ninth and eleventh-grade students from the Minnesota Student Survey, adolescents who attended schools with greater amounts of LGBTQ in-school resources (i.e., the sum of resources present) were less likely to experience general forms of relational victimization and sexuality-based victimization (Gower, Forster et al., 2018); moreover, this protection was exceptionally robust when comparing students with a greater concentration of LGBTQ resources (i.e., 4-6) to students with only one or two in their school. Another study found that among gay, bisexual, and questioning adolescent boys, a greater degree of diversity-related resources in school was associated with a lower likelihood of experiencing sexuality-based bullying (Eisenberg et al., 2022). Using a person-centered approach, a recent study found that students felt safer in schools that incorporated LGBTQ inclusive strategies comprehensively or through curriculum and pedagogy compared to schools with a more limited inclusive strategy presence (Mann et al., 2024). Taken together, considering the collective presence of LGBTQ in-school resources may have far-reaching impacts on SGDY's harassment-related experiences and felt safety. Yet, how the collective presence of in-school resources shapes SGDY's depressive symptoms and anxiety symptoms in the face

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



of harassment is still unclear. Such gaps are critical to examine, given inclusive findings regarding in-school resources as a modifying factor for SGDY experiencing persistent levels of harassment.

Although previous research has demonstrated the importance of LGBTQ in-school resources in mitigating SGDY's experienced harassment and potential to promote positive mental health outcomes, surprisingly less has examined how the amount of LGBTQ resources present in schools can buffer SGDY's mental health outcomes tied to identity-based harassment. Some studies have shown that gender and sexuality alliances are important sources of hope for SGDY and can mitigate harmful mental health outcomes associated with identity-based harassment (Davis et al., 2014; Wright et al., 2022). One study with a national sample of LGBTQ youth, however, found no evidence of presence of gender and sexuality alliances moderating the association between sexuality-based harassment and depressive symptoms (Truong & Zongrone, 2022). Although Truong and Zongrone (2022) found null evidence of participation in gender and sexuality alliances buffering depressive symptoms tied to harassment, it may be that the *amount* of affirming resources SGDY perceive in their school provides more robust advantages (Gower, Forster et al., 2018). Another study examined the unique contributions of multiple LGBTQ in-school support systems on SGDY's academic outcomes and self-esteem and found that the presence of openly LGBTQ-supportive school staff weakened the association between victimization based on gender identity and elevated school absences (Kosciw et al., 2013). Taken together, the presence of more LGBTQ in-school support systems may provide SGDY with essential coping resources that can weaken the associations between identity-based harassment and various adverse health outcomes. However, more research is needed to confirm these associations when considering their collective presence.

**The Healthy Context Paradox—**Despite evidence suggesting that positive LGBTQ in-school resources may buffer the health outcomes associated with identity-based harassment, other research in the general and stigma-based bullying literature has found conflicting evidence regarding the buffering role of environmental context (i.e., the healthy context paradox; see Salmavalli et al., 2021 for a review). The healthy context paradox suggests that preventative measures introduced to reduce bullying may inadvertently contribute to poorer health outcomes among adolescents who *continue* to experience chronic peer victimization in these same contexts (Garandeau & Salmivalli, 2019). The general bullying literature details several cognitive and interpersonal theoretical mechanisms to explain the healthy context paradox. First, rooted in attribution theory (Graham & Juvonen, 2001), adolescents are motivated to understand the causes of their harassment, and the social environments where they experience victimization may influence how they attribute this cause. For example, research in the general population has shown that adolescents who *continue* to experience victimization in social contexts with lower overall levels of victimization (e.g., at the school level) tend to attribute their harassment to internal stable (e.g., I am bullied because of my identity) rather than external unstable causes (e.g., wrong place at the wrong time; Schacter & Juvonen, 2015), which may amplify the resulting distress. Second, rooted in social comparison theory (Festinger, 1954), adolescents experiencing victimization may be motivated to compare their experiences to other peers to enhance their wellbeing

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

(e.g., downward social comparisons; cf. Taylor et al., 1983). Adolescents who experience persistent levels of victimization, however, in contexts with fewer similar others may tend to engage in upward comparisons toward peers who report little victimization, which may exacerbate mental distress (Garandeau & Salmivalli, 2019). Third, research in the general population has shown that adolescents who continue to experience harassment in these contexts may have diminished abilities or opportunities to form friendships with their peers (Pan et al., 2021), which may exacerbate future social isolation (Kaufman et al., 2022).

Although substantial research in the general bullying literature has replicated the healthy context paradox (Salmivalli et al., 2021), little work in the stigma-based bullying literature has explored these associations. Given the continued stigmatization of LGBTQ identities in schools, scholars suggest this phenomenon is especially relevant to SGDY experiencing forms of *identity*-based harassment (Kaufman et al., 2023). For instance, a cross-sectional study with a national sample of 10,588 SGDY from the *2017 National LGBTQ Teen Survey* found that the presence of gender and sexuality alliances exacerbated the association between identity-based harassment depressive symptoms, self-esteem, and academic engagement (Kaufman et al., 2023). Another retrospective study among LGBTQ adults found that although participation in gender and sexuality alliances was efficient at buffering against depressive symptoms in young adulthood at less frequent levels of sexuality-based victimization in high school, the buffering effect was dampened at high levels of victimization (i.e., steeper differences in depressive symptoms; Toomey et al., 2011). Only Kaufman et al. (2023) attributed their findings to the healthy context paradox; however, they only used presence of gender and sexuality alliances to operationalize a healthy context and did not examine anxiety symptoms. Thus, it is unclear whether similar patterns will be replicated using the *collective* presence of in-school resources. Further, although both literatures have demonstrated counterintuitive evidence, extant research has not sufficiently explored other social factors that may contribute to or counteract these associations (Salmivalli et al., 2021)—such as support from teachers and staff, a factor that may be crucial among SGDY experiencing ongoing victimization with amplified risk of strained peer relations (Marshall et al., 2015).

**Supportive School Personnel as a Protective Factor—**Support from teachers and staff at school has consistently been shown, for all, to be associated with improved peer relations (e.g., reduced harassment; ten Bokkel et al., 2023), and mental health outcomes (Pössel et al., 2018; Zhang et al., 2022). School personnel support can represent several conceptually related yet distinct dimensions (e.g., instrumental versus emotional; Wentzel, 2016). The current study assessed school personnel support with a measure related to the extent to which SGDY perceived social-emotional support from teachers and staff (i.e., Do you feel that your teachers or staff at school care about you?). As some SGDY might lack social support in other social contexts because of their non-cisgender and non-heterosexual identities (Marshall et al., 2015), SGDY who experience harassment may particularly benefit from supportive relationships with adults at school (Bishop et al., 2023; Gastic & Johnson, 2009). Previous research has found that sexual minority youth who felt disconnected from their teachers at school reported higher levels of depressive symptoms than cisgender-heterosexual youth who reported similar levels of disconnection from their

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

teachers (Seil et al., 2014). Another study found that, over and above the effects of family connectedness and peer acceptance, sexual minority youth were less likely to report mental health concerns in young adulthood the more they felt cared for by their teachers (Parmar et al., 2022).

Feeling cared for and supported by teachers and staff could also serve as a protective factor for SGDY experiencing identity-based harassment. The stress-buffering hypothesis suggests that social support can buffer the relationship between stress and health outcomes (Cohen & Wills, 1985). In support of this hypothesis, the general bullying literature (i.e., non-biased-based forms) has demonstrated the potential of support from school personnel to buffer the relation between peer victimization, anxiety symptoms and depressive symptoms (Sulkowski & Simmons, 2018; Yeung & Leadbeater, 2010). Despite these findings, less work has focused on the modifying relations of school personnel support for SGDY experiencing identity-based harassment. One study found that feeling cared for by teachers and the school community buffered against lesbian, gay, bisexual, and questioning students' depressive symptoms tied to identity-based harassment (Espelage et al., 2008). However, other studies found SGDY's positive student-teacher relationships (e.g., partly assessed through perceptions of teacher care and empathy) were only associated with lower depressive symptoms in the absence of stigma-based bullying (Price et al., 2019). Similar to in-school resources, considering school personnel support in context (i.e., with the surrounding presence of in-school resources) may provide insight into when support from teachers and staff is most effective in buffering against mental distress associated with identity-based harassment.

## Considering LGBTQ In-School Resources and Support from School Personnel Together

Collectively, evidence is mixed regarding the buffering capabilities of LGBTQ in-school resources and school personnel support on SGDY's harassment-related outcomes; however, the current study extends the literature by examining their respective moderations in context. It is important to note that we situate school personnel support in the current study as distinct from the presence of LGBTQ in-school resources. This choice was partially guided by minority stress theory in distinguishing identity-specific support from more general forms (Meyer, 2003). Additionally, school personnel support was assessed by how SGDY felt about their support from teachers; in contrast, LGBTQ in-school resources were assessed as the presence of in-school resources and not how SGDY necessarily felt about them. The conceptual and measurement distinction between these two resources allowed us to examine SGDY's nuanced experiences more closely.

Critical to demand-resource models is the flexibility to examine complex pathways that contribute to an individual's health experiences (Bakker et al., 2023). Drawing on these models, we propose that SGDY's cultural resources should jointly interact to boost or compensate their respective modification of SGDY's mental health outcomes tied to identity-based harassment. To illustrate, SGDY who attend schools with a greater degree of LGBTQ in-school resources may not only receive a message that their school community values their identity, but this collective presence may also spill over into greater perceptions of care from the student (Day et al., 2020), wherein teachers or staff may be more likely

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

to intervene in the behalf of SGDY experiencing harassment (Ioverno et al., 2022; Swanson & Gettinger, 2016) and SGDY could more easily identify affirming school personnel to navigate such stressors (McCauley et al., 2024). Put succinctly, a heightened presence of both resources may contribute more robustly to buffering the health outcomes tied to harassment. It is important to note that these associations remain untested, and given mixed evidence in the general and stigma-based bullying literature (e.g., the healthy context paradox), the presence of paradoxical relationships that diminish the joint buffering role remains possible. Alternatively, SGDY who are low in one supportive resource (e.g., in-school resources) may already be vulnerable to heightened adversity and thus may especially benefit from the inclusion of support elsewhere (e.g., from school personnel). In this case, it may be that a lack of one resource may boost the buffering capabilities of the other resource in the face of harassment relative to youth high or low in both.

## Developmental Differences: Considering Grade Level

It is important to note that the current study is focused on the experiences of SGDY in middle school (i.e., grade levels 6-8) and high school grade levels (i.e., grade levels 9-12). Adolescence is a period where sexual and gender identity exploration and peer harassment are two salient experiences among SGDY (Russell & Fish, 2019) and, thus, is an optimal time to study the influences of school resources and school personnel support on SGDY's mental health outcomes.

Given unique developmental changes across adolescence, it is likely that the relations between identity-based harassment, LGBTQ in-school resources, school personnel support and mental health outcomes will vary across grade levels. Sexual and gender prejudice and the perpetration of identity-based harassment tend to peak among adolescents in middle school (e.g., grade levels 6-8) and decline across middle to late adolescence (e.g., ages 12 to 18; Poteat & Anderson, 2012). At the same time, SGDY in middle school may encounter this harassment and prejudice at a grade level when the presence of affirming in-school resources is limited (Lessard et al., 2020) and when they start to negotiate identity disclosure across different social contexts (Bishop et al., 2020). Such factors could hinder coping flexibility (Russell & Fish, 2019).

Additionally, due to advances in cognitive development, SGDY in high school may be able to think more abstractly and critically about the ways that LGBTQ in-school resources, school personnel support, and their experiences with identity-based harassment, together, influence their wellbeing and future outlook (Yu & Deutsch, 2021). Lastly, adolescents entering high school (e.g., the transition from grade 8 to grade 9) may encounter shifting social landscapes, with the size of schools and the number of teachers and staff interacted with often increasing, which could create difficulties in forming close relationships with school personnel (Wigfield et al., 2006). Alternatively, a potential increase in school size could afford SGDY in high school more opportunities to form social connections with their teachers and staff. As such, SGDY in high school may be particularly sensitive to positive social-emotional relationships with school personnel (cf. Roorda et al., 2017). Taken together, the joint modifying associations of LGBTQ in-school resources and school personnel support may be amplified or weakened depending on SGDY's grade level.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

### Current Study

The current study sought to understand the protective nature of LGBTQ in-school resources and school personnel support on SGDY's symptoms of depression and anxiety. Although an important tenant in minority stress theory underscores the potential of supportive resources to buffer SGDY's adverse health outcomes tied to identity-based harassment (Meyer, 2003), research has not sufficiently contextualized such modifying relationships. As seen in our conceptual model (i.e., Figure 1), rather than examine school personnel support and LGBTQ in-school resources as two unique contributing factors, the current study examined their synergistic interaction. Specifically, the current study posed the following overarching questions: 1) To what extent do LGBTQ resources and support from school personnel, together, moderate the link between SGDY's experiences with identity-based harassment and symptoms of depression and anxiety? and 2) Will similar or distinct patterns be found across SGDY in middle school and high school?

Of interest from these questions was to clarify mixed findings (e.g., buffering versus counterintuitive associations; Kaufman et al., 2023; Price et al., 2019; Poteat et al., 2021) in the stigma-based harassment literature by contextualizing the modifying associations of LGBTQ in-school resources and school personnel support (i.e., moving beyond two-way interactions to three-way interactions). Drawing on demand-resource theories and findings in the general bullying literature (e.g., cf. Schacter & Juvonen, 2018), we investigated evidence for compensatory and/or additive modifying associations. That is, when considered together, to what extent do LGBTQ in-school resources and school personnel support show compensatory modifying associations? Or, when considered together, to what extent do LGBTQ in-school resources and school personnel support show additive modifying associations? In support of compensatory modifying associations, we expected to find that the appearance of one supportive domain would strongly buffer the negative associations between identity-based harassment and mental health outcomes when adolescents also lacked in another, even more so than SGDY high in both supportive domains. Comparatively, in support of additive associations, we expected to find that the presence of high levels of LGBTQ in-school resources *and* school personnel support would show the strongest buffering capabilities in the associations between identity-based harassment and mental health outcomes relative to SGDY who are high in only one supportive domain or low in both.

## Method

### Procedure and Sample

Data from the *LGBTQ National Teen Survey* were collected between February and October 2022 in partnership with the Human Rights Campaign. Adolescents between the ages 13-18 who identified as LGBTQ+ and resided in the United States were eligible to complete the survey. Participants who screened eligible first responded to questions on demographics and then completed measures on gender, sexuality, family, school, and health experiences. A waiver of parental consent and all study protocols were approved by the University of Connecticut Institutional Review Board.

Author Manuscript



Participant recruitment consisted of several strategies. Participants were recruited online and in person via word of mouth, using targeted ads for LGBTQ+ youth, and posts by social media influencers on various social media platforms. The Human Rights Campaign also advertised the study in-person and online to high school gender and sexuality alliances, LGBTQ centers, and youth pride events throughout June of 2022.

The research team took multiple steps to ensure participant eligibility (e.g., screener surveys and not distributing survey links via public channels) and to limit fraudulent responders. A more detailed description of the multistep verification processes the research team enacted is provided elsewhere (Watson et al., 2024). Automatic verification was provided for adolescents with valid kindergarten-12 or college school e-mail addresses (Watson et al., 2024). Adolescents without a school e-mail address were asked to send a verified photo of an identification (with the option to redact their photo) or video chat with one of two research assistants to verify their identity in a way that kept them anonymous (e.g., their name could be redacted from their meeting room screen name). All validated participants (i.e., with a school e-mail or identification) received a $5 Amazon or Starbucks gift card for their participation.

A total of 17,578 respondents who met the inclusion criteria accessed the survey. For the current study, the sample was restricted to SGDY in grade levels 6-12 who attended a private, public, or charter school ($N = 13{,}500$). From this sample, participants were between the ages 13-18 years ($M = 15.50$, $SD = 1.34$) and were primarily in high school grade levels (87.4% in grades 9-12). See Table 1 for more detailed characteristics (e.g., gender identity, sexual identity, and region) of the full sample and stratified by grade level.

## Transparency and Openness

We report how we determined our sample size, all data exclusions, all manipulations, and all measures in the study. The study's design and analysis were not pre-registered. Any request for data access can be issued to the senior author on the paper (i.e., the fourth author), who will follow the university protocols for data agreement and sharing. Data were managed and prepared in SPSS version 28.0 and the primary analysis was conducted in *Mplus* 8.1. The current study's measures, analytic code, and output are available upon reasonable request.

## Measures

**Demographics—**To assess grade level, participants were asked to report what grade they were in, with a range of grades 5-12 provided. Participants who indicated they were in grade 5, college/trade school, or not in school were excluded from the analysis. Grade level was split into two groups (i.e., 6-8 and 9-12) given calls from scholars to elucidate the moderating relationships of school contexts among older adolescents (Salmivalli et al., 2021). Specifically, grade level was coded such that adolescents in grades 6-8 were categorized as middle schoolers and adolescents in grades 9-12 as high schoolers. Two separate questions were used for participants to report their racial/ethnic identity. To assess ethnicity, participants were asked, "Are you Hispanic or Latina/e/o/x?" The response options were "No" and "Yes." To assess racial identity, participants were asked, "What is your race (select all that apply)?" Response options were "American Indian or Alaskan Native,"

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



"Asian," "Black or African American," "Hawaiian Native/Pacific Islander," "White", "None of these,"

Participants were also asked to report their sexual orientation with the following question: "Which of the following best describes you? Check one." Response options were "gay or lesbian," "bisexual," "straight/heterosexual," "queer," "pansexual," "asexual," "questioning," and "something not listed." Participants who wrote in an identity that matched a category listed were back-coded into that category. For the current analysis, questioning and adolescents identifying as something not listed were combined into one group. To assess gender identity, participants were asked to check all that apply to them with the following options: "cisgender boy," "cisgender girl," "transgender girl," "transgender boy," "gender non-conforming," "genderqueer," "gender fluid," "nonbinary," "questioning," and "different identity not listed." Participants who selected "different identity not listed" were given the option to write in their gender identity, and adolescents who selected multiple options were asked to indicate which identity best described them. For the current study, adolescents who identified as "gender fluid," "gender non-conforming," "genderqueer," or who wrote-in "demiboy," "demigirl," and "bigender" were recoded as "nonbinary." These gender identities are often described under the umbrella term nonbinary to capture an experience that deviates from binary conceptions of gender (Hammack et al., 2022); importantly, experiences may differ across these groups (Diamond, 2020) but we were unable to make meaningful comparisons based on small cell sizes.

**Identity-Based Harassment—**To assess identity-based harassment, participants were asked: "In the past 12 months, how often have you been teased, harassed, or physically threatened IN-PERSON for being LGBTQ?" Response options ranged from 1 (*never*) to 5 (*very often*). This single-item scale—modified to be more inclusive of identities beyond gay, lesbian, and bisexual—has been developed and validated in previous state-wide surveys of adolescents (Espelage et al., 2008) and has been associated with a variety of school and mental health indicators (e.g., depression and self-reported academic grades; Espelage et al., 2008; Poteat et al., 2011).

**LGBTQ In-School Resources—**Participants reported on the presence of several in-school resources and programs. Participants were asked about the presence of gender and sexuality alliances (i.e., *Does your school have a Gay/Straight Alliance, Gender/Sexuality Alliance Group or similar club?*), inclusive curricula (i.e., *Have any of your history classes ever had a lesson, unit, or chapter on LGBTQ history?*), and inclusive comprehensive sex-education (i.e., *Did your school offer curriculum related to sexual education?*) in their schools with yes/no response options. For inclusive comprehensive sex-education an additional response option, "*Yes, but it was not LGBTQ inclusive,*" was provided and was recoded as not having inclusive comprehensive sex-education. Participants also reported on the amount of LGBTQ instructors in their school (i.e., *How many openly LGBTQ educators [teachers and/or school staff] are at your school?*) with responses ranging from 0 to 3 (*3 or more*). All four indicators of LGBTQ in-school resources were dichotomized, with in-school resources scored as 0 (*no*)/1 (*yes*) and openly LGBTQ instructors scored as 0 (*none*)/1 (*at*

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



*least one*). Participants who selected "Don't know" were scored as missing and retained in the analysis.

A principal components analysis was conducted in SPSS to examine whether the four LGBTQ in-school resources could explain a meaningful underlying component. Examination of the scree-plot indicated a one-factor solution with an eigenvalue of 1.54 that explained 38.47% of the variance in items. The second factor had an eigenvalue of 0.94 and explained an additional 23.60% of the variance. The one-factor solution was retained, which included the presence of gender and sexuality alliances, inclusive curricula, inclusive sex-education, and openly LGBTQ educators. The factor loadings were 0.69 (presence of gender and sexuality alliance), 0.67 (openly LGBTQ instructors), 0.62 (inclusive comprehensive sex education), and 0.49 (inclusive curricula). A sum score was computed with higher scores indicating the presence of more LGBTQ in-school resources.

**Support From School Personnel—**To assess perceptions of support from school personnel, participants responded to the following item modeled after the National Longitudinal Study of Adolescent Health (Add Health; Harris, 2018): "Do you agree or disagree that your teachers and/or staff at school really care about you?" Response options ranged from 1 (*strongly disagree*) to 4 (*strongly agree*). Participants who selected "Not sure" on this item were scored as missing and retained in the analysis. Previous research has used similar versions of this single-item measure modeled from the Add Health survey (e.g., Davis & McQuillin, 2023). Single-item measures assessing psychosocial constructs have shown to be valid and reliable among adolescent samples (Lukoševičiūtė et al., 2022) and are useful in large time extensive national surveys as one way to manage fatigue among participants (Allen et al., 2022).

### Mental Health

**Depressive Symptoms.:** To assess depressive symptoms, participants responded to the two-item Patient Health Questionnaire subscale (i.e., PHQ-2) from the Patient Health Questionnaire-4 (Kroenke et al., 2009). The PHQ-2 is a commonly used and reliable screener for elevated depressive symptoms in both clinical and non-clinical settings (e.g., national surveys; Caro-Fuentes & Sanabria-Mazo, 2023. In clinical settings, the screener is often used to determine potential positive screens for elevated depressive symptoms that indicate the need for further assessment. The measure has been validated across adolescent and adult samples and has demonstrated good construct and discriminant validity with comparable utility to more extensive measures of depressive symptoms (Bentley et al., 2021). In adolescent samples, the screener has been found to have a sensitivity of 74% and specificity of 75% for detecting major depression according to guidelines in the DSM-IV and a sensitivity of 96% and specificity of 82% in accordance with the PHQ-9 (Richardson et al., 2010). Participants were asked to report how often they had been bothered by various core symptoms of depression in the past two weeks. The first item assessed depressed mood: Feeling down, depressed or hopeless. The second item assessed anhedonia: Little interest or pleasure in doing things. Response options ranged from 0 (*not at all*) to 3 (*nearly every day*), and a sum score was used with scores ranging from 0-6. Internal consistency for the depression subscale was good ($\alpha = 0.80$).

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**Anxiety Symptoms.:** To assess anxiety symptoms, participants responded to the two-item generalized anxiety disorder subscale (i.e., GAD-2) from the Patient Health Questionnaire-4 (i.e., Kroenke et al., 2009). Similar to the PHQ-2, the GAD-2 is a commonly used screener to identify elevated anxiety symptoms in both clinical and non-clinical settings. In clinical settings, the screener is used to determine potential positive screens of potential generalized anxiety disorder that require further assessment. The measure has been widely validated across different samples (e.g., clinical and general population samples), has shown adequate convergent, construct, and discriminant validity across younger samples, and performs comparably to more extensive measures (e.g., GAD-7; Bentley et al., 2021; Byrd-Bredbenner et al., 2021). Participants were asked to report how often they had been bothered by various core symptoms of generalized anxiety in the past two weeks. The first item assessed excessive nervousness: Feeling nervous, anxious or on edge. The second item assessed trouble regulating distress: Not being able to stop or control worrying. Response options ranged from 0 (*not at all*) to 3 (*nearly every day*), and a sum score was used with scores ranging from 0-6. Internal consistency for the anxiety subscale was good ($\alpha = 0.87$).

## Analysis Plan

Descriptives were computed in SPSS Version 28 and the primary analysis was conducted in Mplus 8.1. Means and standard deviations were computed for the aggregate sample and across SGDY in Grades 6–8 and 9–12 (see Table 1). Independent samples *t* tests were used to examine mean differences across SGDY in Grade levels 6–8 and 9–12, and bivariate correlations were computed for the aggregate sample.

For the primary analyses, path analysis was used to examine the associations between identity-based harassment, LGBTQ in-school resources, school personnel support, and their product terms with the outcomes of interest. Using the GROUPING command, multivariate path models were estimated for SGDY in middle school and high school in which depressive symptoms and anxiety symptoms were simultaneously regressed on the variables of interest in a single model. Thus, a total of two models were estimated: one for SGDY in middle school and one for SGDY in high school. All predictors were allowed to covary to account for shared variance. Multigroup analyses were used to evaluate differences across grade levels in the overall model fit. Specifically, we computed a Satorra–Bentler $\chi^2$ difference test (to account for maximum likelihood estimation with robust standard errors) to examine the decrease in overall model fit between an unconstrained model (all paths freely estimated for SGDY in middle school and high school) and a fully constrained model (all paths constrained to be equal for SGDY in middle school and high school). It should be noted that our freely estimated model was saturated (i.e., just identified), and thus, typical model fit indices (e.g., root-mean-square error of approximation) are not interpretable by themselves. Upon the presence of a significant difference between an unconstrained and constrained model, we used the MODEL TEST command to conduct follow-up Wald $\chi^2$ difference tests to determine whether the magnitude of three-way interactions and main effects significantly varied across SGDY in middle school and high school. The models included age, highest caregiver education, gender identity, sexual identity, racial identity, and country region as covariates. Additionally, all covariates and key study constructs were entered into the model as observed variables. All continuous variables were mean-centered before computing

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

product terms (between variables of interest) and entered into the model as such to facilitate interpretation.

To deconstruct significant interactions, the MODEL CONSTRAINT function in Mplus was used to examine the associations of two-way and three-way moderations at +1 *SD* and −1 *SD* away from the means of the moderators (i.e., LGBTQ in-school resources and school personnel support). Similar to Schacter and Juvonen (2018), significant three-way interactions were deconstructed in two steps by switching the focal moderator (i.e., LGBTQ in-school resources and school personnel support) on the association between identity-based harassment and the outcomes of interest. Missing data on all modeled variables ranged from 0.4% (racial identity) to 34.7% (anxiety and depressive symptoms) and was addressed using full information maximum likelihood estimation with robust standard errors to correct for nonnormality. Full information maximum likelihood is preferred over listwise deletion for handling missing data (Little et al., 2014).

To examine the robustness of the patterns in three-way interactions, we tested supplemental models with the same specifications as above. In these analyses, each LGBTQ in-school resource was entered into the model as a separate unique construct. Thus, we tested whether which, if any, LGBTQ in-school resource would jointly interact with school personnel support independently from the others. The results for SGDY in middle school are in Table 1 in the online supplemental materials and the results for SGDY in high school are in Table 2 in the online supplemental materials.

## Results

### Descriptives

In the full sample, SGDY on average reported sometimes experiencing identity-based harassment ($M = 1.92$, $SD = 1.04$), perceiving some positive LGBTQ in-school resources ($M = 1.63$, $SD = 1.05$), and moderate levels of support from school personnel ($M = 2.81$, $SD = 0.79$). SGDY in the full sample also reported moderate levels of depressive ($M = 3.07$, $SD = 1.92$) and anxiety ($M = 3.51$, $SD = 1.91$) symptoms. Pearson correlations revealed that all variables were correlated in the expected directions (see Table 2). Further investigation across grade level revealed that the directionality of correlations was generally consistent across both groups of SGDY; however, there were some differences in significance. Independent samples *t* tests showed that SGDY in Grade levels 6–8 reported significantly higher depressive symptoms, $t(8815) = 5.24$, $p < 0.001$, $d = 0.18$, anxiety symptoms, $t(8820) = 2.60$, $p < 0.01$, $d = 0.09$, and identity-based harassment, $t(1269.27) = 9.39$, $p < 0.001$, $d = 0.34$, than SGDY in high school. Additionally, SGDY in grades 6–8 reported significantly lower levels of LGBTQ in-school resources, $t(1309.55) = -10.50$, $p < 0.001$, $d = -0.36$, and school personnel support, $t(1196.89) = -3.80$, $p < 0.001$, $d = -0.14$, compared to SGDY in Grade levels 9–12

Figure 2a shows the presence of individual LGBTQ in-school resources and the collective presence of resources for the full sample and across grade level. The most common resources SGDY in middle school and high school reported perceiving in their school were gender and sexuality alliances (50.5%, 75.0%) and the presence of open LGBTQ instructors

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



(54.0%, 59.3%). In comparison, the presence of inclusive sexual education (19.1%, 19.2%) and LGBTQ-inclusive curricula (8.7%, 14.5%) were less common among both SGDY in middle school and high school. More detailed information on the distribution of the collective presence of these resources is presented in Figure 2b.

## Path Analysis

We used multivariate path analyses to explore three-way interactions between identity-based harassment, LGBTQ in-school resources, and school personnel support across SGDY in middle school and high school to answer our primary research question (i.e., To what extent do LGBTQ resources and school personnel support, together, moderate the link between SGDY's experiences with identity-based harassment and symptoms of depression and anxiety?). Multigroup analyses suggested that a constrained model where the paths for SGDY in middle school and high school were set to be equal fit significantly better than an unconstrained model in which all paths were free to vary, $\Delta\chi^2$ (54) = 71.03, $p = 0.06$. As such, the more parsimonious constrained model is presented for the full sample

**Depressive Symptoms—**Table 3 displays the constrained multivariate linear regression. Adjusted for demographic variables, more frequent identity-based harassment was associated with elevated depressive symptoms ($\beta = 0.17$, $p < 0.001$), whereas greater LGBTQ in-school resources ($\beta = -0.04$, $p < 0.01$) and school personnel support ($\beta = -0.16$, $p < 0.001$) were associated with lower levels of depressive symptoms among SGDY.

The independent associations were qualified by a three-way interaction between identity-based harassment, LGBTQ in-school resources, and school personnel support (see Figure 3; $\beta = 0.03$, $p < 0.01$). The conditional two-way moderation of school personnel support on the association between identity-based harassment and depressive symptoms was significant among SGDY who reported high (+1 *SD* away from mean; $b = 0.11$, $\beta = 0.05$, $p < 0.01$) amounts of LGBTQ in-school resources but not low (−1 *SD* away from mean; $b = -0.05$, $\beta = -0.02$, $p = 0.14$). A test of simple slopes indicated that among SGDY reporting high amounts of LGBTQ in-school resources, the association between identity-based harassment and depressive symptoms was weaker at low levels of school personnel support (−1 *SD* away from mean; $b = 0.26$, $\beta = 0.14$, $p < 0.001$) yet stronger at high levels of school personnel support (+1 *SD* away from mean; $b = 0.43$, $\beta = 0.23$, $p < 0.001$). When LGBTQ in-school resources were the focal moderator, the conditional two-way moderation of LGBTQ in-school resources on the association between identity-based harassment and depressive symptoms was significant among SGDY reporting high (+1 *SD* away from mean; $b = 0.09$, $\beta = 0.05$, $p < 0.01$) but not low (−1 *SD* away from mean; $b = -0.03$, $\beta = -0.01$, $p = 0.25$) levels of school personnel support. A test of simple slopes indicated that among SGDY reporting high levels of support from school personnel, the association between identity-based harassment and depressive symptoms was weaker among adolescents who reported lower levels of LGBTQ in-school resources ($b = 0.24$, $\beta = 0.13$, $p < 0.001$) yet was stronger among adolescents reporting high amounts of LGBTQ in-school resources ($b = 0.43$, $\beta = .23$, $p < 0.001$).

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

More nuance emerged for this interaction when the interaction was visualized. At high levels of harassment, SGDY who reported feeling cared for by school personnel reported the lowest levels of depressive symptoms, regardless of the presence of LGBTQ in-school resources. At low levels of harassment, it was a combination of both feeling supported by school personnel and perceiving high levels of LGBTQ in-school resources that was linked to the lowest levels of depressive symptoms.

**Anxiety Symptoms—**Adjusted for demographic variables, more frequent identity-based harassment ($\beta = 0.19$, $p < 0.001$) was associated with elevated anxiety symptoms among SGDY; however, higher amounts of LGBTQ in-school resources ($\beta = -0.03$, $p < 0.05$) and school personnel support ($\beta = -0.13$, $p < 0.001$) were associated with lower levels of anxiety symptoms. The three-way interaction between identity-based harassment, LGBTQ in-school resources, and school personnel support was not significant for anxiety symptoms ($\beta = 0.01$, $p = 0.21$).

Although not the focus of the current study, one significant interaction emerged: identity-based harassment and support from school personnel ($\beta = 0.03$, $p < 0.01$). A test of simple slopes indicated that the relation between identity-based harassment and anxiety symptoms was weaker among adolescents who reported low levels of school personnel support (i.e., −1 *SD* from mean; $b = 0.29$, $\beta = 0.16$, $p < 0.001$) and was strongest among adolescents who reported high levels of school personnel support (+1 *SD* from mean; $b = 0.40$, $\beta = 0.22$, $p < 0.001$).

**Grade Level Differences—**Given that nested model comparisons revealed no significant differences between an unconstrained and constrained model for SGDY in middle school and high school, we do not report on follow up comparisons for specific paths.

## Discussion

Harassment that targets sexual orientation and/or gender identity is pervasive in schools and is met by SGDY at a time marked with rapid social and cognitive changes (Russell & Fish, 2019). Although LGBTQ in-school resources and support from school personnel have separately been shown to promote SGDY's positive mental health and school experiences (Kosciw et al., 2013; Poteat et al., 2021), much less is known about how these resources jointly modify health outcomes of SGDY experiencing identity-based harassment. To further this line of inquiry, the current study, informed by minority stress (Meyer, 2003) and demand-resource theories (Bakker et al., 2023; Martin et al., 2024), examined the complex interactive relations of identity-based harassment, LGBTQ in-school resources, and school personnel support with SGDY's symptoms of depression and anxiety. The current research extends scholarship in two critical ways. First, rather than examine the unique and direct contributions of independent and two-way interactive associations, the current study examined how a form of distal and proximal support jointly interacted to modify adverse health outcomes linked to SGDY's experienced identity-based harassment. Second, the current study examined these relations across two salient developmental contexts (i.e., middle and high school). Overall, we found that at high levels of harassment, feeling supported by teachers and staff was linked to the lowest levels of harassment, regardless

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

of LGBTQ in-school resources. At low levels of harassment, the combination of feeling supported by teachers and staff *and* perceiving more LGBTQ in-school resources was linked to the lowest levels of depressive symptoms. These joint interactions were not present for anxiety symptoms across SGDY in middle school and high school.

For SGDY, the association between identity-based harassment and depressive symptoms was dependent on LGBTQ in-school resources *and* support from school personnel, which lends partial support to the hypotheses. Interestingly, multigroup analyses revealed that these patterns did not significantly vary across SGDY in middle school and high school, suggesting that similar processes may be at play across grade levels. A nuanced picture emerged when the differences in depressive symptoms across SGDY with different combinations of LGBTQ in-school resources and school personnel support were visualized. When harassment was high, SGDY tended to have the best outcomes in depressive symptoms when they reported feeling cared for by teachers and staff at their school, regardless of LGBTQ in-school resources. Additionally, at high levels of harassment, the relative difference in depressive symptoms among SGDY who perceived low or high levels of LGBTQ in-school resources was minimal when they reported feeling cared for by staff at their school. These findings conflict with previous studies that have found support from teachers to be insufficient in buffering against SGDY's depressive symptoms at more frequent levels of identity-based harassment (Price et al., 2019). Instead, when considered alongside the social environment of youth, the current findings suggest that support from teachers and staff could be a key protective factor across various levels of harassment; however, longitudinal work is needed to test and confirm these associations.

The finding that SGDY reported similar levels of depressive symptoms at high levels of harassment when they reported feeling cared for by school personnel, regardless of LGBTQ in-school resources corroborates research in the general bullying literature, highlighting the compensatory protective quality of interpersonal support among adolescents exposed to heightened adversity (Huang et al., 2018; Schacter & Juvonen, 2018). This finding also provides evidence that multiple forms of in-school support systems may interact together to shape the depressive symptoms among SGDY, which extends minority stress and ACD-R theories (Martin et al., 2024; Meyer, 2003).

Critically, future research is still needed to examine the processes by which feeling cared for by teachers and staff may buffer the more chronic emotional impacts of SGDY in high harassment environments. The desired qualities and motives for non-parental adult support, for example, may become more refined across periods of adolescence, with adolescents engaging in a more selective process of *which* adults they leverage support from and *what* form of social support they seek when experiencing stress (e.g., instrumental; Yu & Deutsch, 2021). Additionally, some teachers or staff members may witness students experiencing peer harassment and initiate support, whether that be intervening to stop the harassment, offering emotional support to the student, or a combination of both (Marshall et al., 2015). Engaging in these behaviors may also widen SGDY's cognitive flexibility, foster adaptive coping, and grow social resources they can draw on in the future to navigate their experiences with harassment (Fredrickson, 2001). Understanding *how* and *what* staff responses contribute to positive emotional experiences among SGDY experiencing more frequent harassment

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

may help inform strategies to promote SGDY's felt support and, in turn, buffer depressive symptoms across schools with varying amounts of LGBTQ in-school resources.

It should be noted that the steepest differences in depressive symptoms across levels of harassment were observed when SGDY reported feeling cared for by school personnel and perceived high versus low amounts of LGBTQ in-school resources. That is, we did not find evidence that a combination of feeling cared for by school personnel *and* high amounts of LGBTQ in-school resources would additively contribute to buffer the association between frequent identity-based harassment and depressive symptoms. Instead, it appears that LGBTQ in-school resources were not able to confer additional protection beyond what was accounted for by school personnel support at high levels of harassment, highlighting the pernicious nature of this form of harassment. Although the mechanisms were beyond the scope of this study, cognitive processes outlined in the general bullying literature that underpin the healthy context paradox may partially explain the steep differences in depressive symptoms across low and high levels of harassment. For example, an attribution perspective (Graham & Juvonen, 2001) would suggest that SGDY experiencing discriminatory harassment despite the presence of LGBTQ in-school resources and support from school personnel may be more prone to engage in negative social-cognitive evaluations that reflect more internally focused stable and uncontrollable attributes (Kaufman et al., 2023). Additionally, social comparison theory (Festinger, 1954) would suggest that these youth may have less similar others to share or compare their experiences to, thereby amplifying their distress. Put simply, SGDY who *remain* frequently harassed may evaluate their circumstances more negatively when comparing themselves to other LGBTQ and cisgender-heterosexual peers who are benefiting more strongly from in-school resources *and* supportive relationships with school personnel. In turn, these cognitions may dampen the ability of these two constructs to afford additive protection among those reporting high levels of harassment (Kaufman et al., 2023).

Another explanation for this finding could be how we assessed support from school personnel and LGBTQ in-school resources. For example, SGDY may have rated their teachers and staff at school as caring about them, yet at the same time, these school personnel may not have intervened to stop their harassment. SGDY also experience harassment outside of classrooms in locations where teachers and staff members are not readily present (Wright et al., 2022) and may not feel comfortable seeking help from them out of fear of retaliation or unintentional identity disclosure (Kosciw et al., 2022). Further, SGDY may attend schools with high amounts of LGBTQ in-school resources, but they may be of low quality (e.g., LGBTQ course curricula are present but depict stigmatizing information) or not implemented to their full extent (Poteat et al., 2024). LGBTQ in-school resources often serve as important sources of hope and positive affirmation for SGDY that, in turn, can promote positive wellbeing (Davis et al., 2014; Poteat et al., 2020); however, it may be that some SGDY's perceptions of these resources change when experiencing frequent harassment, such that certain resources are perceived as tokenistic, risky, or lacking genuine changes in school culture (Harris et al., 2021; Payne & Smith, 2013). In these cases, some SGDY may attend schools with abundant resources that may not help, and where they perceive teachers and staff are caring for students but not about them since they do not

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

intervene, which may have contributed to the steep differences in depressive symptoms we observed across low and high levels of harassment.

Across low levels of harassment, however, the combination of both feeling highly cared for by school personnel *and* perceiving high amounts of LGBTQ in-school resources was linked to the lowest levels of depressive symptoms. Previous research exploring the modifying roles of in-school resources independently (e.g., Toomey et al., 2011) has found similar patterns of depressive symptoms at lower levels of harassment; however, our findings suggest that the protection from these resources may be contingent on perceiving high levels of support from teachers and staff. Our finding extends previous research that has examined support from school personnel and LGBTQ in-school resources independent of one another and, as outlined by demand-resource perspectives, highlights the importance of examining how multiple forms of support interact together. As schools continue to work on preventing harassment, it may be insufficient to focus only on the implementation of LGBTQ in-school resources without *also* considering ways to improve SGDY's perceptions of support from teachers and staff concurrently.

This distinct pattern in low harassment contexts warrants further investigation. Such patterns could reflect the key roles of school personnel in implementing LGBTQ in-school resources (Swanson & Gettinger, 2016) and fostering a sense of belonging among students (Allen et al., 2018). Recent evidence suggests gender sexuality alliances are more strongly associated with greater school belonging in schools with a stronger alignment between inclusive LGBTQ policies, practices, and implementation (Poteat et al., 2024). It could be that SGDY may reflect on this congruence between the presence of *multiple* LGBTQ in-school resources and clear top-down support in their implementation, which may inform how supportive they view staff in general (Day et al., 2020; McGuire et al., 2010) and, in turn, strengthen the additive protection for SGDY who experience less frequent harassment. In comparison, without clear support from school personnel, it may be that students perceive the inclusion of resources as ingenuine or tokenistic in spaces where the broader hetero- and cis-normative school culture is still not addressed (Harris et al., 2021; Payne et al., 2012). Such perceptions may limit the extent to which the inclusion of affirming resources can bolster SGDY's sense of belonging and, in turn, dampen their ability to protect against depressive symptoms without also feeling like school personnel care about them. It may be that the alignment SGDY perceive between a greater concentration of LGBTQ in-school resources and feeling supported by school personnel in low harassment contexts signal more meaningful changes in school culture, greater school belonging, and more rewarding social experiences (Murdock & Bolch, 2005) that, when together, are linked to the lowest levels of depressive symptoms.

In supplemental analyses, we found a similar pattern for depressive symptoms when exploring LGBTQ in-school resources independently alongside support from school personnel. That is, the association between identity-based harassment and depressive symptoms was dependent on the joint interaction between support from school personnel and the presence of openly LGBTQ instructors. Supplemental Figure 1 depicts this interaction: at high levels of harassment, feeling supported by school personnel was linked to the lowest levels of depressive symptoms regardless of the presence of LGBTQ

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

instructors, yet at low levels of harassment, it was a combination of both feeling supported by staff *and* perceiving the presence of openly LGBTQ instructors that was linked to the lowest depressive symptoms. This was the only school resource that jointly interacted with school personnel support. Alongside feeling supported by teachers and staff, the *cumulative* presence of resources, rather than the isolated associations of a few, may matter more (Gower, Forster, et al., 2018; Kaufman et al., 2024; Poteat et al., 2024). It could be that felt support from school personnel and the presence of openly LGBTQ instructors are more closely tied than the other resources. In low harassment contexts, it may be especially impactful for SGDY to see teachers and staff who they feel supported by *and* share an identity with living authentically and holding key roles of change in their school (Harris et al., 2022). This pattern still reflects the critical compensatory and qualifying role of SGDY feeling supported by teachers and staff across various levels of harassment as documented above.

Contrary to the hypotheses, although LGBTQ in-school resources and school personnel support jointly interacted for depressive symptoms, these same modifying relations were not present for anxiety symptoms. This conflicts with minority stress (Meyer, 2003) and ACD-R (Martin et al., 2024) theories that hold social support and cultural resources as critical buffering factors on the adverse psychosocial health outcomes of SGDY. To explain this, we point to the specific pathways that may be uniquely implicated in the development of depressive symptoms and anxiety symptoms: lower reward sensitivity for depressive symptoms and heightened sensitivity to threat for anxiety symptoms (cf. Martinez et al., 2024). Specifically, the inclusion of interpersonal support from school personnel or structural resources that affirm LGBTQ identities and connect youth to resources may contribute to more rewarding interactions that can buffer against depressive symptoms in the face of harassment—particularly among SGDY low in one resource who may already be exposed to a heightened risk of adversity. Yet, given that school environments often uphold persistent cis-heteronormative values (Antonelli & Sembiante, 2022), some SGDY experiencing identity-based harassment may chronically anticipate adverse treatment from their peers regardless of how close they feel to school personnel and the amount of LGBTQ school resources present. This heightened sensitivity, in turn, may diminish the buffering capabilities of LGBTQ in-school resources and school personnel support.

Despite these null findings, the independent associations of support from school personnel and LGBTQ in-school resources, which held after accounting for identity-based harassment and demographic covariates, are promising. SGDY who perceived greater support from staff and teachers tended to report fewer symptoms of depression and anxiety, which aligns with previous research (Bishop et al., 2023; Parmar et al., 2022). Moreover, SGDY who perceived more LGBTQ in-school resources also tended to report lower depressive symptoms and anxiety symptoms, which extends previous research showing that the protection from the cumulative presence of resources may also extend to the mental health experiences of SGDY (Day et al., 2020; Eisenberg et al., 2022; Gower, Forster, et al., 2018; Kaufman et al., 2024; McGuire et al., 2010; Poteat et al., 2024). Furthermore, the strength of this association did not vary across grade levels, suggesting that SGDY in high school and middle school may similarly benefit from perceiving greater support from teachers and staff and abundant LGBTQ in-school resources.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

### Practical Implications

Collectively, the study findings have implications for researchers, school systems, and school personnel. First, prior research has found evidence regarding the important role of school contexts in modifying the relations between victimization and mental health outcomes (e.g., Garandeau & Salmivalli, 2019; Kaufman et al., 2023), yet limited work has examined other additional school factors, such as perceptions of support from teachers and staff, that may further shape these modifying associations. Although LGBTQ in-school resources were unable to confer additional protection beyond what was accounted for by support from teachers and staff at high levels of harassment, the findings nonetheless suggest that interpersonal relationships and the surrounding context may jointly influence the harassment-related outcomes of SGDY. Scholars should continue examining how various forms interpersonal support and broader social contexts synergistically interact to buffer the harmful outcomes linked to harassment.

Understanding the potential benefits of forms of support that show clear intolerance to SGDY's harassment alongside the implementation of structural resources offers an important line of future research for the stigma-based harassment literature. For example, research in the general bullying literature has started examining how defending norms and the reception of defending behaviors counteract these relations among general samples of adolescents, and show that peer-initiated bully-oriented defending behavior attenuates mental health outcomes of adolescents experiencing persistent victimization, even after accounting for factors that contribute to the healthy context paradox (e.g., classroom-level victimization; Yun & Juvonen, 2020). Emerging research has also found that sexual minority youth may tend to ingratiate, or attempt to win back acceptance from their peers to a greater extent than their heterosexual counterparts following rejection (Clark et al., 2024). Thus, it could be that SGDY who experience frequent harassment in otherwise "healthier" contexts may further benefit from peer and/or support from school personnel in the form of defending behaviors that show clear intolerance to identity-based harassment; indeed, theoretically, these SGDY who experience persistent peer harassment in contexts with multiple in-school support systems may be more socially isolated relative to their other SGD and cisgender-heterosexual peers (Garandeau & Salmivalli, 2019; Pan et al., 2021), at a time when peer affiliation is critical (Brown & Larson, 2009). Other scholars have used person centered approaches to identify unique school profiles based on the integration of multiple LGBTQ in-school resources (Mann et al., 2024). Similar approaches using mixture modeling may be useful for future research to understand mental health experiences tied to harassment across unique school profiles that differ in their implementation of LGBTQ in-school resources, student perceptions of social-emotional school-based support, and teacher and student defending norms.

Moreover, our findings underscore the importance of SGDY feeling supported and cared for by their teachers and staff for their mental health experiences. Perhaps our most novel finding, we showed that feeling supported by teachers and staff could be a potential driving factor linked to lower depressive symptoms across different levels of harassment. School administration, staff, and teachers should strive to incorporate professional development training focused on LGBTQ student issues that work toward fostering positive and

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

supportive staff-student relationships with SGDY. At the same time, however, LGBTQ in-school resources did not appear to confer additional protection alongside support from teachers and staff at high levels of harassment, which may suggest that the inclusion of LGBTQ in-school resources, even alongside the presence support from school personnel, may not be enough to address the needs of SGDY who experience more severe levels of harassment. It could be that, along with fostering supportive relationships with teachers and staff and implementing resources, increased monitoring of identity-based harassment experiences is needed to identify students who are not being reached by resources. Such surveying could inform how schools redirect more targeted and individualized systems of support to ensure that all students can benefit from the inclusion of broader LGBTQ school-based resources.

Our findings also showed that adolescents reported that their school had, on average, one to two LGBTQ in-school resources. Previous work suggests several in-school support systems are needed to observe robust protective benefits for adolescents when schools work to reduce harassment related experiences (Gower, Forster et al., 2018). This signals a need for school systems and administrators to implement a greater number of resources to maximize the potential protective benefits for students, particularly among SGDY in middle school grade levels. For depressive symptoms, the potential protection of these resources at low levels of harassment may be qualified by SGDY feeling supported by teachers and staff. This finding underscores the need for more multi-component approaches to prevention programs when working to reduce harassment in schools. It may not be enough to only consider the integration of LGBTQ in-school resources without schools also understanding and cultivating supportive staff relationships with SGDY. As such, schools that consider integrating more LGBTQ resources alongside efforts to reduce harassment should concurrently strive to improve students' perceptions of support from school personnel.

### Limitations and Future Research

Despite the findings, this study had several limitations. First, this study was cross-sectional and cannot establish causal claims regarding the associations. For example, the current study only assessed the presence of LGBTQ-in-school resources and could not follow how they were accessed (e.g., gender and sexuality alliances) or perceived (e.g., curriculum) by SGDY over time, which could have important implications (e.g., Poteat et al., 2020). Future work should incorporate longitudinal designs to examine these patterns of results to enrich our understanding of how the associations between identity-based harassment and mental health outcomes change over time. Such longitudinal analyses could clarify the cognitive and interpersonal meditators these associations act through, a further limitation that was not accounted for. For example, it is still unclear why positive aspects of SGDY's social environment, even despite high levels of school personnel support in this case, did not confer additional protection for SGDY experiencing more frequent harassment. Future research may then determine whether cognitive (e.g., attributions) or interpersonal (e.g., decreasing social connection) mediators can explain these relationships to inform more targeted interventions to offset unanticipated outcomes. Second, this study used a

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

non-probability sample of SGDY. Findings may not be generalizable for SGDY without the time, access, or ability to complete a comprehensive survey online.

Third, this study used a single-item measure to assess SGDY's perceptions of support from school personnel. Although previous national surveys have used similar single-item measures to capture school personnel support (e.g., Davis & McQuillin, 2023), future work may benefit by using multi-item measures that capture distinct dimensions of student-staff relationships and support (e.g., instrumental and emotional support). For example, students may seek out instrumental support from school personnel as a way for them to intervene and mitigate their experiences with stigma-based harassment (McCauley et al., 2024). Further, by only assessing how SGDY perceived their teachers and staff at school cared for them, we could not determine whether this perception resulted from school personnel creating safe spaces at school that affirm and are inclusive of LGBTQ identities. Not assessing the form and quality of support, whether instrumental, emotional, or identity-specific, may have influenced some of the findings. Additionally, the current study used single-item measures of identity-based harassment that assessed in-person experiences and ethnicity. Future research would benefit from taking a more nuanced approach and assessing multiple forms and modalities (e.g., cyber victimization) of harassment among SGDY and continuing to get clearer reports of all social positions. For example, it is possible that other patterns in these buffering associations could be found when the intensity of different forms of harassment is considered (e.g., between violent and non-violent forms). Likewise, it is unclear whether these patterns will hold when assessing cyber forms of identity-based harassment. Future work would also benefit from examining other forms of harassment SGDY disproportionately experience such sexual harassment (Smith et al., 2022).

Moreover, we only assessed whether LGBTQ in-schools were present and not whether SGDY perceived them as effective or of a high quality. Variability in the perceptions of how well these resources are implemented may have influenced some of these findings. Future work should comprehensively evaluate the presence of resources and how SGDY perceive their quality. Lastly, the current sample was predominantly white SGDY. SGDY of color may experience unique and heightened forms of stressors that were not accounted for by this study (Crenshaw, 1990). In fact, previous research suggests heterogeneity in the protective benefits of LGBTQ in-school resources, such that SGDY of color may not be sufficiently reached by them compared to their white peers (Baams & Russell, 2021). Future research should examine these associations with greater nuance across a diverse sample of SGDY.

## Conclusions

With a contemporary national sample of SGDY, this study examined how multiple forms of support jointly interacted to shape SGDY's experiences with identity-based harassment. Although previous research has examined LGBTQ in-school resources and support from school personnel as unique contributing factors to disrupt poor health outcomes among SGDY experiencing identity-based harassment, this study is among the first to consider their joint interactive association. Overall, these findings suggest that LGBTQ in-school resources and support from school personnel may synergistically interact in nuanced ways that shape depressive symptoms among SGDY experiencing identity-based harassment.

Case: 1:26-cv-00351-MWM Doc #: 41-4 Filed: 08/21/26 Page: 145 of 163 PAGEID #: 3134

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



## Supplementary Material

Refer to Web version on PubMed Central for supplementary material.

## Acknowledgments

This research uses data from the 2022 National LGBTQ Teen Study, designed by Ryan J. Watson in collaboration with the Human Rights Campaign. This work was supported by National Institutes of Health grant R01MD015722-01S1 and K01DA047918. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health. The authors have no conflicts of interest to declare. This work has not been preregistered and the data and code that support the findings are available upon reasonable request from the corresponding author.

## References

Allen K, Kern ML, Vella-Brodrick D, Hattie J, & Waters L (2018). What schools need to know about fostering school belonging: A meta-analysis. Educational Psychology Review, 30, 1–34. 10.1007/s10648-016-9389-8

Allen MS, Iliescu D, & Greiff S (2022). Single item measures in psychological science. European Journal of Psychological Assessment. 10.1027/1015-5759/a000699

Antonelli MA, & Sembiante SF (2022). A systematic review of research on LGBTQ educators' experiences and LGBTQ curriculum in K-12 US public schools. Multicultural Education Review, 14(2), 134–152. 10.1080/2005615X.2022.2087031

Baams L, & Russell ST (2021). Gay-straight alliances, school functioning, and mental health: Associations for students of color and lgbtq students. Youth & Society, 53(2), 211–229. 10.1177/0044118X20951045 [PubMed: 39006512]

Bakker AB, Demerouti E, & Sanz-Vergel A (2023). Job demands–resources theory: Ten years later. Annual Review of Organizational Psychology and Organizational Behavior, 10(1), 25–53. 10.1146/annurev-orgpsych-120920-053933

Bentley KH, Sakurai H, Lowman KL, Rines-Toth L, McKowen J, Pedrelli P, … & Yule AM (2021). Validation of brief screening measures for depression and anxiety in young people with substance use disorders. Journal of Affective Disorders, 282, 1021–1029. 10.1016/j.jad.2021.01.005 [PubMed: 33601674]

Bishop MD, Fish JN, Hammack PL, & Russell ST (2020). Sexual identity development milestones in three generations of sexual minority people: A national probability sample. Developmental Psychology, 56(11), 2177–2193. 10.1037/dev0001105 [PubMed: 32833471]

Bishop MD, Ioverno S, & Russell ST (2023). Sexual minority youth's mental health and substance use: The roles of victimization, cybervictimization, and non-parental adult support. Current Psychology, 42(6), 5075–5087. 10.1007/s12144-021-01812-6 [PubMed: 38344657]

Brooks VR (1981). Minority stress and lesbian women. Free Press.

Brown BB, & Larson J (2009). Peer relationships in adolescence. In Lerner RM & Steinberg L (Eds.), Handbook of Adolescent Psychology (p. adlpsy002004). John Wiley & Sons, Inc. 10.1002/9780470479193.adlpsy002004

Busch CA, Supriya K, Cooper KM, & Brownell SE (2022). Unveiling concealable stigmatized identities in class: The impact of an instructor revealing her LGBTQ+ identity to students in a large-enrollment biology course. CBE—Life Sciences Education, 21(2), ar37. 10.1187/cbe.21-06-0162 [PubMed: 35580002]

Byrd-Bredbenner C, Eck K, & Quick V (2021). GAD-7, GAD-2, and GAD-mini: psychometric properties and norms of university students in the United States. General Hospital Psychiatry, 69, 61–66. 10.1016/j.genhosppsych.2021.01.002 [PubMed: 33571925]

Caro-Fuentes S, & Sanabria-Mazo JP (2024). A systematic review of the psychometric properties of the Patient Health Questionnaire-4 (PHQ-4) in clinical and non-clinical populations. Journal of the Academy of Consultation-Liaison Psychiatry. 10.1016/j.jaclp.2023.11.685

Clark KA, Pachankis JE, Dougherty LR, Katz BA, Hill KE, Klein DN, & Kujawa A (2024). Adolescents' sexual orientation and behavioral and neural reactivity to peer acceptance and



OHSD No. 1:26-cv-00351 MS00171

Case: 1:26-cv-00351-MWM Doc #: 41-4 Filed: 08/21/26 Page: 146 of 163 PAGEID #: 3135



Author Manuscript Author Manuscript Author Manuscript Author Manuscript

rejection: The moderating role of family support. Clinical Psychological Science : A Journal of the Association for Psychological Science, 12(1), 115–132._10.1177/21677026231158574 [PubMed: 38288008]

Cohen S, & Wills TA (1985). Stress, social support, and the buffering hypothesis. Psychological Bulletin, 98(2), 310–357. 10.1037/0033-2909.98.2.310 [PubMed: 3901065]

Collier KL, van Beusekom G, Bos HM, & Sandfort TG (2013). Sexual orientation and gender identity/expression related peer victimization in adolescence: a systematic review of associated psychosocial and health outcomes. Journal of Sex Research, 50(3–4), 299–317. 10.1080/00224499.2012.750639 [PubMed: 23480074]

Colvin S, Egan JE, & Coulter RW (2019). School climate & sexual and gender minority adolescent mental health. Journal of Youth and Adolescence, 48(10), 1938–1951. 10.1007/s10964-019-01108-w [PubMed: 31446586]

Crenshaw K. (1991). Mapping the margins: Intersectionality, identity politics, and violence against women of color. Stanford Law Review, 43, 1241. 10.2307/1229039

Davis AL, & McQuillin SD (2023). Exploring changes in the teacher-child relationship and children's educational expectations. Journal of Applied Developmental Psychology, 87, 101564. 10.1016/j.appdev.2023.101564

Davis B, Stafford MBR, & Pullig C (2014). How gay–straight alliance groups mitigate the relationship between gay-bias victimization and adolescent suicide attempts. Journal of the American Academy of Child & Adolescent Psychiatry, 53(12), 1271–1278. 10.1016/j.jaac.2014.09.010 [PubMed: 25457925]

Day JK, Fish JN, Grossman AH, & Russell ST (2020). Gay-straight alliances, inclusive policy, and school climate: LGBTQ youths' experiences of social support and bullying. Journal of Research on Adolescence, 30, 418–430. 10.1111/jora.12487 [PubMed: 30861243]

Dellar N. (2022, May 20). A guide to sexual orientation and gender diversity terms. American Psychological Association. https://www.apa.org/ed/precollege/psychology-teacher-network/introductory-psychology/diversity-terms

Diamond LM (2020). Gender fluidity and nonbinary gender identities among children and adolescents. Child Development Perspectives, 14(2), 110–115. 10.1111/cdep.12366

Earnshaw VA, Reisner SL, Menino D, Poteat VP, Bogart LM, Barnes TN, & Schuster MA (2018). Stigma-based bullying interventions: A systematic review. Developmental Review : DR, 48, 178–200. 10.1016/j.dr.2018.02.001 [PubMed: 30220766]

Eisenberg ME, Gower AL, Brown C, Nam YS, & Ramirez MR (2022). School-based diversity education activities and bias-based bullying among secondary school students. Journal of Interpersonal Violence, 37(17-18). 10.1177/08862605211025016

Espelage DL, Aragon SR, Birkett M, & Koenig BW (2008). Homophobic teasing, psychological outcomes, and sexual orientation among high school students: What influence do parents and schools have? School Psychology Review, 37(2), 202–216. 10.1080/02796015.2008.12087894

Festinger L. (1954). A theory of social comparison processes. Human Relations, 7(2), 117–140. 10.1177/001872675400700202

Fish JN, Bishop MD, & Russell ST (2023). Age trends in bias-based bullying and mental health by sexual orientation and gender identity. Prevention Science, 24(6), 1142–1151. 10.1007/s11121-023-01530-4 [PubMed: 37148493]

Fredrickson BL (2001). The role of positive emotions in positive psychology: The broaden-and-build theory of positive emotions. American Psychologist, 56(3), 218. 10.1037/0003-066X.56.3.218 [PubMed: 11315248]

Garandeau CF, & Salmivalli C (2019). Can healthier contexts be harmful? A new perspective on the plight of victims of bullying. Child Development Perspectives, 13(3), 147–152. 10.1111/cdep.12331

Garber J, & Weersing VR (2010). Comorbidity of anxiety and depression in youth: implications for treatment and prevention. Clinical Psychology: Science and Practice, 17(4), 293. [PubMed: 21499544]



OHSD No. 1:26-cv-00351 MS00172

Case: 1:26-cv-00351-MWM Doc #: 41-4 Filed: 08/21/26 Page: 147 of 163 PAGEID #: 3136



Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Gastic B, & Johnson D (2009). Teacher-mentors and the educational resilience of sexual minority youth. Journal of Gay & Lesbian Social Services, 21(2–3), 219–231. 10.1080/10538720902772139

Gower AL, Forster M, Gloppen K, Johnson AZ, Eisenberg ME, Connett JE, & Borowsky IW (2018). School practices to foster lgbt-supportive climate: Associations with adolescent bullying involvement. Prevention Science, 19(6), 813–821. 10.1007/s11121-017-0847-4 [PubMed: 29032496]

Gower AL, Rider GN, McMorris BJ, & Eisenberg ME (2018). Bullying victimization among LGBTQ youth: Critical issues and future directions. Current Sexual Health Reports, 10(4), 246–254. 10.1007/s11930-018-0169-y [PubMed: 31057341]

Gower AL, Saewyc EM, Corliss HL, Kne L, Erickson DJ, & Eisenberg ME (2019). The LGBTQ Supportive Environments Inventory: Methods for quantifying supportive environments for LGBTQ youths. Journal of Gay & Lesbian Social Services, 31(3), 314–331. 10.1080/10538720.2019.1616023 [PubMed: 31327914]

Graham S, & Juvonen J (2001). An attributional approach to peer victimization. Peer harassment in school: The plight of the vulnerable and victimized (pp. 49–72). Guilford Press.

Hammack PL, Hughes SD, Atwood JM, Cohen EM, & Clark RC (2022). Gender and sexual identity in adolescence: A mixed-methods study of labeling in diverse community settings. Journal of Adolescent Research, 37(2), 167–220. 10.1177/07435584211000315

Harris KM (2018). The National Longitudinal Study of Adolescent to Adult Health (Add Health), Waves I & II, 1994–1996; Wave III, 2001–2002; Wave IV, 2007-2009; Wave V, 2016-2018 [machine-readable data file and documentation]. Chapel Hill, NC: Carolina Population Center, University of North Carolina at Chapel Hill.

Harris R, Wilson-Daily AE, & Fuller G (2021). Exploring the secondary school experience of LGBT+ youth: An examination of school culture and school climate as understood by teachers and experienced by LGBT+ students. Intercultural Education, 32(4), 368–385. 10.1080/14675986.2021.1889987

Harris R, Wilson-Daily AE, & Fuller G (2022). 'I just want to feel like I'm part of everyone else': How schools unintentionally contribute to the isolation of students who identify as LGBT+. Cambridge Journal of Education, 52(2), 155–173. 10.1080/0305764X.2021.1965091

Hatzenbuehler ML (2009). How does sexual minority stigma "get under the skin"? A psychological mediation framework. Psychological Bulletin, 135(5), 707. 10.1037/a0016441 [PubMed: 19702379]

Hazel CE, Walls NE, & Pomerantz L (2019). Gender and sexual minority students' engagement with school: The impacts of grades, feeling unsafe, and gay/straight alliances. Contemporary School Psychology, 23(4), 432–443. 10.1007/s40688-018-0199-5

Huang FL, Lewis C, Cohen DR, Prewett S, & Herman K (2018). Bullying involvement, teacher–student relationships, and psychosocial outcomes. School Psychology Quarterly, 33(2), 223–234. 10.1037/spq0000249.supp [PubMed: 29878821]

Ioverno S, Belser AB, Baiocco R, Grossman AH, & Russell ST (2016). The protective role of gay–straight alliances for lesbian, gay, bisexual, and questioning students: A prospective analysis. Psychology of Sexual Orientation and Gender Diversity, 3(4), 397. 10.1037/sgd0000193 [PubMed: 28042585]

Ioverno S, Nappa MR, Russell ST, & Baiocco R (2022). Student intervention against homophobic name-calling: The role of peers, teachers, and inclusive curricula. Journal of Interpersonal Violence, 37(21–22), NP19549–NP19575. 10.1177/08862605211042817 [PubMed: 34496684]

Kaiser S, Kyrrestad H, & Fossum S (2020). Help-seeking behavior in Norwegian adolescents: The role of bullying and cyberbullying victimization in a cross-sectional study. Scandinavian Journal of Child and Adolescent Psychiatry and Psychology, 8(1), 81–90. 10.21307/sjcapp-2020-008 [PubMed: 33520780]

Katz-Wise SL, Rosario M, & Tsappis M (2016). LGBT youth and family acceptance. Pediatric Clinics of North America, 63(6), 1011–1025. 10.1016/j.pcl.2016.07.005 [PubMed: 27865331]



OHSD No. 1:26-cv-00351 MS00173

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Kaufman TML, Kiekens WJ, Baams L, Bos HMW, & De Looze ME (2024). Gender sexuality alliances and school safety: who benefits most, and do additive school-led practices strengthen the link?. Journal of Youth and Adolescence, 1–14. 10.1007/s10964-024-01957-0

Kaufman TM, Laninga-Wijnen L, & Lodder GM (2022). Are victims of bullying primarily social outcasts? Person-group dissimilarities in relational, socio-behavioral, and physical characteristics as predictors of victimization. Child Development, 93(5), 1458–1474. 10.1111/cdev.13772 [PubMed: 35441702]

Kaufman TML, Lessard LM, & Watson RJ (2023). Heterogenous associations between gender-sexuality alliances and LGBTQ adolescents' maladjustment across individual victimization level. Journal of Research on Adolescence, 33(3), 890–898. 10.1111/jora.12844 [PubMed: 36905327]

Key concepts and terms. (2014). https://www.glsen.org/sites/default/files/2020-04/GLSEN Terms and Concepts Thematic.pdf

Kornienko O, Santos CE, Martin CL, & Granger KL (2016). Peer influence on gender identity development in adolescence: Developmental Psychology. Developmental Psychology, 52(10), 1578–1592. 10.1037/dev0000200 [PubMed: 27584667]

Kosciw JG, Clark CM, & Menard L (2022). The 2021 national school climate survey: The experiences of LGBTQ+ youth in our nation's schools. New York: GLSEN.

Kosciw JG, Palmer NA, Kull RM, & Greytak EA (2013). The effect of negative school climate on academic outcomes for LGBT Youth and the role of in-school supports. Journal of School Violence, 12(1), 45–63. 10.1080/15388220.2012.732546

Kroenke K, Spitzer RL, Williams JB, & Löwe B (2009). An ultra-brief screening scale for anxiety and depression: the PHQ–4. Psychosomatics, 50(6), 613–621. 10.1016/S0033-3182(09)70864-3 [PubMed: 19996233]

Kurpiel A. (2024). Biased and nonbiased victimization at school: Perceived Impacts among victimized youth in a national sample. Journal of School Violence. 10.1080/15388220.2023.2272133

Lessard LM, Watson RJ, & Puhl RM (2020). Bias-based bullying and school adjustment among sexual and gender minority adolescents: The role of gay-straight alliances. Journal of Youth and Adolescence, 49(5), 1094–1109. 10.1007/s10964-020-01205-1 [PubMed: 32246306]

Leung E, Kassel-Gomez G, Sullivan S, Murahara F, & Flanagan T (2022). Social support in schools and related outcomes for LGBTQ youth: A scoping review. Discover Education, 1(1), 18. 10.1007/s44217-022-00016-9 [PubMed: 36407890]

Little TD, Jorgensen TD, Lang KM, & Moore EWG (2014). On the joys of missing data. Journal of Pediatric Psychology, 39(2), 151–162. 10.1093/jpepsy/jst048 [PubMed: 23836191]

Lukoševičiūtė J, Gariepy G, Mabelis J, Gaspar T, Joffė-Luinienė R, & Šmigelskas K (2022). Single-item happiness measure features adequate validity among adolescents. Frontiers in psychology, 13. 10.3389/fpsyg.2022.884520

Mann T, Burns E, Van Bergen P, & Jones T (2024). Which LGBTQ+ inclusive school strategies support LGBTQ+ student, staff and parent perceptions of school climate? A latent class analysis. Journal of Homosexuality, 1–27. 10.1080/00918369.2024.2384933

Marshall A, Yarber WL, Sherwood-Laughlin CM, Gray ML, & Estell DB (2015). Coping and survival skills: The role school personnel play regarding support for bullied sexual minority-oriented youth. Journal of School Health, 85(5), 334–340. 10.1111/josh.12254 [PubMed: 25846313]

Martin AJ, Collie RJ, & Malmberg LE (2024). Exploring the roles of academic, personal, and cultural demands and resources in immigrant students' motivation, engagement, and achievement. Learning and Instruction, 92. 10.1016/j.learninstruc.2024.101903

Martínez M, Damme KS, Vargas T, Yang B, Rompilla DJ, Stephens J, … & Haase CM (2024). Longitudinal study of peer victimization, social support, and mental health during early adolescence. Psychological Medicine, 1–16. 10.1017/S0033291724000035[Opens in a new window]

McCauley PS, Lessard LM, Babcock N, Sun N, Eaton LA, & Watson RJ (2024). Sexual minority youth reporting identityE-based harassment to adults at school: The roles of experienced harassment, outness, safety, and adult support at school. Journal of Youth and Adolescence, 53(3), 669–684. 10.1007/s10964-023-01914-3 [PubMed: 38055135]

Author Manuscript



McGuire JK, Anderson CR, Toomey RB, & Russell ST (2010). School climate for transgender youth: A mixed method investigation of student experiences and school responses. Journal of Youth and Adolescence, 39, 1175–1188. 10.1007/s10964-010-9540-7 [PubMed: 20428933]

Meyer IH (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: conceptual issues and research evidence. Psychological Bulletin, 129(5), 674. 10.1037/0033-2909.129.5.674 [PubMed: 12956539]

Moyano N, & Sánchez-Fuentes M del M (2020). Homophobic bullying at schools: A systematic review of research, prevalence, school-related predictors and consequences. Aggression and Violent Behavior, 53, 101441. 10.1016/j.avb.2020.101441

Murdock TB, & Bolch MB (2005). Risk and protective factors for poor school adjustment in lesbian, gay, and bisexual (LGB) high school youth: Variable and person-centered analyses. Psychology in the Schools, 42(2), 159–172. 10.1002/pits.20054

Myers W, Turanovic JJ, Lloyd KM, & Pratt TC (2020). The victimization of LGBTQ students at school: A meta-analysis. Journal of School Violence, 19(4), 421–432. 10.1080/15388220.2020.1725530

Oswald RF, Cuthbertson C, Lazarevic V, & Goldberg AE (2010). New developments in the field: Measuring community climate. Journal of GLBT Family Studies, 6(2), 214–228. 10.1080/15504281003709230

Pachankis JE, Clark KA, Klein DN, & Dougherty LR (2022). Early timing and determinants of the sexual orientation disparity in internalizing psychopathology: A prospective cohort study from ages 3 to 15. Journal of Youth and Adolescence, 1–13. 10.1007/s10964-021-01532-x

Pampati S, Johns MM, Szucs LE, Bishop MD, Mallory AB, Barrios LC, & Russell ST (2021). Sexual and gender minority youth and sexual health education: a systematic mapping review of the literature. Journal of Adolescent Health, 68(6), 1040–1052. 10.1016/j.jadohealth.2020.09.032

Pan B, Li T, Ji L, Malamut S, Zhang W, & Salmivalli C (2021). Why does classroom-level victimization moderate the association between victimization and depressive symptoms? The "healthy context paradox" and two explanations. Child Development, 92(5), 1836–1854. 10.1111/cdev.13624 [PubMed: 34196997]

Parmar DD, Tabler J, Okumura MJ, & Nagata JM (2022). Investigating protective factors associated with mental health outcomes in sexual minority youth. Journal of Adolescent Health, 70(3), 470–477. 10.1016/j.jadohealth.2021.10.004

Parodi KB, Holt MK, Green JG, Katz-Wise SL, Shah TN, Kraus AD, & Xuan Z (2022). Associations between school-related factors and mental health among transgender and gender diverse youth. Journal of School Psychology, 90, 135–149. 10.1016/j.jsp.2021.11.004 [PubMed: 34969484]

Payne E, & Smith M (2013). LGBTQ kids, school safety, and missing the big picture: How the dominant bullying discourse prevents school professionals from thinking about systemic marginalization or… why we need to rethink LGBTQ bullying. QED: A journal in GLBTQ Worldmaking, (1), 1–36. 10.14321/qed.0001

Pössel P, Burton SM, Cauley B, Sawyer MG, Spence SH, & Sheffield J (2018). Associations between social support from family, friends, and teachers and depressive symptoms in adolescents. Journal of Youth and Adolescence, 47(2), 398–412. 10.1007/s10964-017-0712-6 [PubMed: 28695369]

Poteat VP, & Anderson CJ (2012). Developmental changes in sexual prejudice from early to late adolescence: The effects of gender, race, and ideology on different patterns of change. Developmental Psychology, 48(5), 1403–1415. 10.1037/a0026906 [PubMed: 22250998]

Poteat VP, Calzo JP, Yoshikawa H, Lipkin A, Ceccolini CJ, Rosenbach SB, O'Brien MD, Marx RA, Murchison GR, & Burson E (2020). Greater engagement in gender-sexuality alliances (GSAs) and GSA characteristics predict youth empowerment and reduced mental health concerns. Child Development, 91(5), 1509–1528. 10.1111/cdev.13345 [PubMed: 31762010]

Poteat VP, Marx RA, Richburg A, Calzo JP, Bliss CC, Yoshikawa H, & Lipkin A (2024). Gender-Sexuality Alliance Experiences and LGBTQ+ Inclusive School Policies and Practices Predict Youth's School Belonging. Journal of Youth and Adolescence, 1–16. 10.1007/s10964-024-02060-0

Poteat VP, Mereish EH, DiGiovanni CD, & Koenig BW (2011). The effects of general and homophobic victimization on adolescents' psychosocial and educational concerns: the importance

of intersecting identities and parent support. Journal of Counseling Psychology, 58(4), 597. 10.1037/a0025095 [PubMed: 21859187]

Poteat VP, O'Dwyer LM, & Mereish EH (2012). Changes in how students use and are called homophobic epithets over time: Patterns predicted by gender, bullying, and victimization status. Journal of Educational Psychology, 104(2), 393–406. 10.1037/a0026437

Poteat VP, Watson RJ, & Fish JN (2021). Teacher support moderates associations among sexual orientation identity outness, victimization, and academic performance among LGBQ+ youth. Journal of Youth and Adolescence, 50(8), 1634–1648. 10.1007/s10964-021-01455-7 [PubMed: 34046840]

Price M, Hill NE, Liang B, & Perella J (2019). Teacher relationships and adolescents experiencing identity-based victimization: What matters for whom among stigmatized adolescents. School Mental Health, 11(4), 790–806. 10.1007/s12310-019-09327-z

Proulx CN, Coulter RWS, Egan JE, Matthews DD, & Mair C (2019). Associations of LGBTQ-inclusive sex education with mental health outcomes and school-based victimization in U.S. high school students. The Journal of Adolescent Health : Official Publication of the Society for Adolescent Medicine, 64(5), 608–614. 10.1016/j.jadohealth.2018.11.012 [PubMed: 30691941]

Richardson LP, Rockhill C, Russo JE, Grossman DC, Richards J, McCarty C, … & Katon W (2010). Evaluation of the PHQ-2 as a brief screen for detecting major depression among adolescents. Pediatrics, 125(5), e1097–e1103. 10.1542/peds.2009-2712 [PubMed: 20368315]

Roberts AL, Rosario M, Slopen N, Calzo JP, & Austin SB (2013). Childhood gender nonconformity, bullying victimization, and depressive symptoms across adolescence and early adulthood: an 11-year longitudinal study. Journal of the American Academy of Child and Adolescent Psychiatry, 52(2), 143–152. 10.1016/j.jaac.2012.11.006 [PubMed: 23357441]

Roorda DL, Jak S, Zee M, Oort FJ, & Koomen HMY (2017). Affective teacher–student relationships and students' engagement and achievement: A meta-analytic update and test of the mediating role of engagement. School Psychology Review, 46(3), 239–261. 10.17105/SPR-2017-0035.V46-3

Russell ST, Bishop MD, Saba VC, James I, & Ioverno S (2021). Promoting school safety for LGBTQ and all students. Policy Insights from the Behavioral and Brain Sciences, 8(2), 160–166. 10.1177/23727322211031938 [PubMed: 34557581]

Russell ST, & Fish JN (2019). Sexual minority youth, social change, and health: A developmental collision. Research in Human Development, 16(1), 5–20. 10.1080/15427609.2018.1537772 [PubMed: 31602178]

Salmivalli C, Laninga-Wijnen L, Malamut ST, & Garandeau CF (2021). Bullying prevention in adolescence: Solutions and new challenges from the past decade. Journal of Research on Adolescence, 31(4), 1023–1046. 10.1111/jora.12688 [PubMed: 34820956]

Schacter HL, & Juvonen J (2015). The effects of school-level victimization on self-blame: Evidence for contextualized social cognitions. Developmental Psychology, 51(6), 841–847. 10.1037/dev0000016 [PubMed: 25893267]

Schacter HL, & Juvonen J (2018). You've got a friend(ly school): Can school prosocial norms and friends similarly protect victims from distress? Social Development, 27(3), 636–651. 10.1111/sode.12281

Seil KS, Desai MM, & Smith MV (2014). Sexual orientation, adult connectedness, substance use, and mental health outcomes among adolescents: Findings from the 2009 New York City youth risk behavior survey. American Journal of Public Health, 104(10), 1950–1956. 10.2105/AJPH.2014.302050 [PubMed: 25121812]

Sherwood S, McCauley P, Caba A, Dorri A, Russell S, & Watson RJ (2024). Sexual orientation. In Nesblett E & Troop-Gordon W (Eds.), Encyclopedia of adolescence (2nd ed., pp. 470–478). Elsevier.

Smith DM, Johns NE, & Raj A (2022). Do sexual minorities face greater risk for sexual harassment, ever and at school, in adolescence? Findings from a 2019 cross-sectional study of US adults. Journal of Interpersonal Violence, 37(3-4). 10.1177/0886260520926315

Snapp SD, McGuire JK, Sinclair KO, Gabrion K, & Russell ST (2015). LGBTQ-inclusive curricula: Why supportive curricula matter. Sex Education. https://www.tandfonline.com/doi/full/10.1080/14681811.2015.1042573



Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Sulkowski ML, & Simmons J (2018). The protective role of teacher–student relationships against peer victimization and psychosocial distress. Psychology in the Schools, 55(2), 137–150. 10.1002/pits.22086

Swanson K, & Gettinger M (2016). Teachers' knowledge, attitudes, and supportive behaviors toward LGBT students: Relationship to Gay-Straight Alliances, antibullying policy, and teacher training. Journal of LGBT Youth, 13(4). 10.1080/19361653.2016.1185765

Taylor SE, Wood JV, & Lichtman RR (1983). It could be worse: Selective evaluation as a response to victimization. Journal of Social Issues, 39(2), 19–40. 10.1111/j.1540-4560.1983.tb00139.x

ten Bokkel IM, Roorda DL, Maes M, Verschueren K, & Colpin H (2023). The role of affective teacher–student relationships in bullying and peer victimization: A multilevel meta-analysis. School Psychology Review, 52(2), 110–129. 10.1080/2372966X.2022.2029218

Toomey RB, Ryan C, Diaz RM, & Russell ST (2011). High school gay–straight alliances (GSAs) and young adult well-being: An examination of GSA presence, participation, and perceived effectiveness. Applied Developmental Science, 15(4), 175–185. 10.1080/10888691.2011.607378 [PubMed: 22102782]

Truong NL, & Zongrone AD (2022). The role of GSA participation, victimization based on sexual orientation, and race on psychosocial well-being among LGBTQ secondary school students. Psychology in the Schools, 59(1), 181–207. 10.1002/pits.22544

Watson RJ, Caba AE, Lawrence SE, Renley BM, McCauley PS, Wheldon CW, Eaton LA, Russell ST, & Eisenberg ME (2024). Examining mental health and bullying concerns at the intersection of sexuality, gender, race, and ethnicity among a national sample of sexual and gender diverse youth. LGBT Health, lgbt.2023.0072. 10.1089/lgbt.2023.0072

Watson RJ, Wheldon CW, & Puhl RM (2020). Evidence of diverse identities in a large national sample of sexual and gender minority adolescents. Journal of Research on Adolescence, 30(S2), 431–442. 10.1111/jora.12488 [PubMed: 30758906]

Wentzel KR (2016). Teacher-student relationships. In Wentzel KR & Miele DB (Eds.), Handbook of motivation at school (2nd ed., pp. 211–230). Routledge.

Wigfield A, Byrnes JP, & Eccles JS (2006). Development during early and middle adolescence. In Alexander PA & Winne PH (Eds.), Handbook of educational psychology (2nd ed., pp. 87–113). Erlbaum.

Wright MF, Wachs S, & Gámez-Guadix M (2022). The role of perceived gay-straight alliance social support in the longitudinal association between homophobic cyberbullying and LGBTQIA adolescents' depressive and anxiety symptoms. Journal of Youth and Adolescence, 51(7), 1388–1396. 10.1007/s10964-022-01585-6 [PubMed: 35258746]

Yeung R, & Leadbeater B (2010). Adults make a difference: The protective effects of parent and teacher emotional support on emotional and behavioral problems of peer-victimized adolescents. Journal of Community Psychology, 38(1), 80–98. 10.1002/jcop.20353

Yu MVB, & Deutsch NL (2021). Aligning social support to youth's developmental needs: The role of nonparental youth–adult relationships in early and late adolescence. Applied Developmental Science, 25(2), 133–149. 10.1080/10888691.2018.1548940

Yun H-Y, & Juvonen J (2020). Navigating the healthy context paradox: Identifying classroom characteristics that improve the psychological adjustment of bullying victims. Journal of Youth and Adolescence, 49(11), 2203–2213. 10.1007/s10964-020-01300-3 [PubMed: 32772331]

Zhang D, Jin B, & Cui Y (2022). Do teacher autonomy support and teacher–student relationships influence students' depression? A 3-year longitudinal study. School Mental Health, 14(1), 110–124. 10.1007/s12310-021-09456-4

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**Educational Impact and Implications Statement:**

This study investigated how a combination of both lesbian, gay, bisexual, transgender, and queer (LGBTQ) in-school resources and support from school personnel would mitigate LGBTQ youth's symptoms of depression and anxiety tied to discriminatory harassment. Among youth who experienced high levels of harassment, feeling cared for by school personnel was the primary factor linked to the lowest levels of depressive symptoms, regardless of the presence of LGBTQ in-school resources. At lower levels of harassment, both high amounts of LGBTQ in-school resources and feeling cared for by school personnel were associated with the lowest levels of depressive symptoms. As schools continue to work toward reducing harassment and incorporating more LGBTQ in-school resources, they should also strive to simultaneously address LGBTQ students' perceptions of support from teachers and staff.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript






**Figure 1. Visual depiction of the conceptual model**

*Note.* Solid lines indicate primary paths of interest (i.e., three-way interactions): how the two-way moderation of LGBTQ in-school resources varies across support from school personnel (i.e., a) and how the two-way moderation of support from school personnel varies across LGBTQ-in school resources (i.e., b) based on switching the focal moderator during analyses of simple slopes. Some paths are omitted for clarity (i.e., covariates; main effects for and lower order interaction term of LGBTQ in-school resources and school personnel support).

Case: 1:26-cv-00351-MWM Doc #: 41-4 Filed: 08/21/26 Page: 154 of 163 PAGEID #: 3143



Author Manuscript
Author Manuscript
Author Manuscript
Author Manuscript




**Figure 2. Graphs of the frequencies for the presence of individual resources and the collective presence of resources across the full sample and stratified by grade level**

*Note.* Panel (a) represents the perceived presence of individual LGBTQ in-school resources and panel (b) represents the cumulative presence of LGBTQ in-school resources. LGBTQ = lesbian, gay, bisexual, transgender, and queer. See the online article for the color version of this figure.



OHSD No. 1:26-cv-00351 MS00180

Author Manuscript Author Manuscript Author Manuscript Author Manuscript






**Figure 3. Graph of the three-way interaction between identity-based harassment, support from school personnel, and LGBTQ in-school resources among SGDY.**

*Note.* Low and high = −/+1 SD away from the mean. LGBTQ = lesbian, gay, bisexual, transgender, and queer; SGDY = sexual and gender diverse youth.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**Table 1.**

Demographic information for the full sample and stratified by grade level

| Variable | Total ($N$ = 13500) | | Grade level 6-8 ($n$ = 1699) | | Grade level 9-12 ($n$ = 11801) | |
|---|---|---|---|---|---|---|
| | *N* | % | *N* | % | *N* | % |
| *Sexual Orientation* | | | | | | |
| Gay or lesbian | 3922 | 29.1 | 460 | 27.1 | 3462 | 29.3 |
| Bisexual | 3814 | 28.3 | 475 | 28.0 | 3339 | 28.3 |
| Queer | 1223 | 9.1 | 124 | 7.3 | 1099 | 9.3 |
| Pansexual | 2018 | 14.9 | 258 | 15.2 | 1760 | 14.9 |
| Asexual | 1114 | 8.3 | 113 | 6.7 | 1001 | 8.5 |
| Something else | 1409 | 10.4 | 269 | 15.8 | 1140 | 9.7 |
| *Gender Identity* | | | | | | |
| Cis boy | 2283 | 17.7 | 172 | 10.1 | 2211 | 18.7 |
| Cis girl | 2281 | 16.9 | 294 | 17.3 | 1987 | 16.8 |
| Trans girl | 862 | 6.4 | 64 | 3.8 | 798 | 6.8 |
| Trans boy | 2325 | 17.2 | 351 | 20.7 | 1974 | 16.7 |
| Nonbinary | 4317 | 32.0 | 574 | 33.8 | 3743 | 31.9 |
| Questioning | 929 | 6.9 | 161 | 9.5 | 768 | 6.5 |
| Something else | 309 | 2.3 | 60 | 3.5 | 249 | 2.1 |
| Missing | 94 | 0.7 | 23 | 1.4 | 71 | 0.6 |
| *Racial Identity* | | | | | | |
| Asian | 612 | 4.5 | 71 | 4.2 | 541 | 4.6 |
| Black | 907 | 6.7 | 106 | 6.2 | 801 | 6.8 |
| White | 9379 | 69.5 | 1128 | 66.4 | 8251 | 69.9 |
| Native Amer./Other | 1161 | 8.6 | 182 | 10.7 | 979 | 8.3 |
| Multiracial | 1382 | 10.2 | 194 | 11.4 | 1188 | 10.1 |
| Missing | 59 | 0.4 | 18 | 1.1 | 41 | 0.3 |
| *Caregiver Education* | | | | | | |
| Less than high school | 411 | 3.0 | 55 | 3.2 | 356 | 3.0 |
| High school or GED | 1464 | 10.8 | 160 | 9.4 | 1304 | 11.0 |
| Vocational/technical | 276 | 2.0 | 28 | 1.6 | 248 | 2.1 |
| Some college | 1468 | 10.9 | 187 | 11.0 | 1281 | 10.9 |
| College graduate | 4345 | 32.2 | 452 | 26.6 | 3893 | 33.0 |
| Postgraduate degree | 3255 | 24.1 | 345 | 20.3 | 2910 | 24.7 |
| Missing | 1135 | 8.4 | 182 | 10.7 | 953 | 8.1 |
| Do not know | 1088 | 8.1 | 276 | 16.2 | 812 | 6.9 |
| No caregivers | 58 | 0.4 | 14 | 0.8 | 44 | 0.4 |
| *Region* | | | | | | |
| Northeast | 1868 | 13.8 | 239 | 14.1 | 1629 | 13.8 |
| Midwest | 2398 | 17.8 | 269 | 15.8 | 2129 | 18.0 |
| South | 3254 | 24.1 | 339 | 20.0 | 2915 | 24.7 |
| West | 2371 | 17.6 | 257 | 15.1 | 2114 | 17.9 |

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

| Variable | Total ($N$ = 13500) | | Grade level 6-8 ($n$ = 1699) | | Grade level 9-12 ($n$ = 11801) | |
|---|---|---|---|---|---|---|
| | $N$ | % | $N$ | % | $N$ | % |
| Missing | 3609 | 26.7 | 595 | 35.0 | 3014 | 25.5 |
| Depressive Symptoms | $M$ = 3.07 | $SD$ = 1.92 | $M$ = 3.37 | $SD$ = 1.85 | $M$ = 3.04 | $SD$ = 1.93 |
| Anxiety Symptoms | $M$ = 3.51 | $SD$ = 1.91 | $M$ = 3.66 | $SD$ = 1.89 | $M$ = 3.49 | $SD$ = 1.91 |
| Age | $M$ = 15.50 | $SD$ = 1.34 | $M$ = 13.54 | $SD$ = 0.96 | $M$ = 15.78 | $SD$ = 1.14 |
| Identity-based harassment | $M$ = 1.92 | $SD$ = 1.04 | $M$ = 2.24 | $SD$ = 1.18 | $M$ = 1.88 | $SD$ = 1.01 |
| LGBTQ in-school resources | $M$ = 1.63 | $SD$ = 1.05 | $M$ = 1.31 | $SD$ = 1.08 | $M$ = 1.68 | $SD$ = 1.04 |
| School personnel support | $M$ = 2.81 | $SD$ = 0.78 | $M$ = 2.71 | $SD$ = 0.85 | $M$ = 2.82 | $SD$ = 0.78 |

*Note.* GED = general education development test; LGBTQ = lesbian, gay, bisexual, transgender, and queer

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

**Table 2.**

Bivariate correlations among continuous variables

| Variable | 1. | 2. | 3. | 4. | 5. | 6. | 7. |
|---|---|---|---|---|---|---|---|
| 1. Depressive symptoms | -- | | | | | | |
| 2. Anxiety symptoms | .58*** | -- | | | | | |
| 3. Identity-based harassment | .23*** | .22*** | -- | | | | |
| 4. LGBTQ in-school resources | −.10*** | −.08*** | −.09*** | -- | | | |
| 5. School personnel support | −.23*** | −.19*** | −.22*** | .22*** | -- | | |
| 6. Age | −.07*** | −.04*** | −.12*** | .11*** | .08*** | -- | |
| 7. Highest caregiver education | −.05*** | .01 | −.06*** | .07*** | .08*** | −.02 | -- |

*Note.* Identity = sexual orientation, gender identity, and gender expression; LGBTQ = lesbian, gay, bisexual, transgender, and queer.

*** $p < .001$

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**Table 3.**

Multivariate linear regression with symptoms of depression and anxiety as outcomes for SGDY.

| | Depressive Symptoms | | Anxiety Symptoms | |
|---|---|---|---|---|
| Variable | *b* (*SE*) | *β* | *b* (*SE*) | *β* |
| Age | −0.02 (0.02) | −0.01 | 0.02 (0.02) | 0.01 |
| Highest caregiver education | −0.03 (0.02) | −0.02 | 0.03 (0.02) | 0.02 |
| *Gender identity* (Cis boys) | | | | |
| Cisgender girl | 0.34 (0.07) *** | 0.06 | 0.73 (0.08) *** | 0.14 |
| Trans girl | 0.69 (0.09) *** | 0.08 | 0.57 (0.09) *** | 0.07 |
| Trans boy | 0.80 (0.07) *** | 0.15 | 0.87 (0.07) *** | 0.17 |
| Nonbinary | 0.63 (0.06) *** | 0.15 | 0.84 (0.07) *** | 0.20 |
| Questioning | 0.76 (0.10) *** | 0.10 | 0.99 (0.10) *** | 0.13 |
| Something else | 0.69 (0.15) *** | 0.05 | 0.95 (0.15) *** | 0.07 |
| *Sexual identity* (Gay/lesbian) | | | | |
| Bisexual | 0.06 (0.05) | 0.01 | −0.09 (0.05) | −0.02 |
| Queer | −0.14 (0.07) | −0.02 | −0.13 (0.07) | −0.02 |
| Pansexual | 0.10 (0.06) | 0.02 | −0.04 (0.06) | −0.01 |
| Asexual | 0.05 (0.07) | 0.01 | 0.06 (0.07) | 0.01 |
| Something else | 0.09 (0.07) | 0.01 | −0.04 (0.07) | −0.01 |
| *Racial identity* (White) | | | | |
| Asian | 0.20 (0.10) * | 0.02 | −0.02 (0.10) | −0.00 |
| Black | −0.02 (0.09) | −0.00 | −0.21 (0.09) * | −0.03 |
| Native Amer./Other | 0.06 (0.08) | 0.01 | −0.14 (0.08) | −0.02 |
| Multiracial | 0.13 (0.07) * | 0.02 | −0.02 (0.07) | −0.00 |
| *Region* (Northeast) | | | | |
| South | −0.04 (0.07) | −0.01 | −0.06 (0.07) | −0.01 |
| Midwest | −0.01 (0.07) | −0.00 | 0.02 (0.07) | 0.01 |
| West | 0.07 (0.07) | 0.02 | 0.01 (0.07) | 0.00 |
| *Main effects* | | | | |
| Identity-based harassment | 0.31 (0.02) *** | 0.17 | 0.35 (0.02) *** | 0.19 |
| School personnel support | −0.39 (0.03) *** | −0.16 | −0.31 (0.03) *** | −0.13 |
| LGBTQ in-school resources | −0.07 (0.02) ** | −0.04 | −0.05 (0.02) * | −0.03 |
| *Interactions* | | | | |
| Identity-based harassment X School personnel support | 0.03 (0.03) | 0.01 | 0.07 (0.03) ** | 0.03 |
| Identity-based harassment X LGBTQ in-school resources | 0.03 (0.02) | 0.02 | −0.02 (0.02) | −0.01 |
| School personnel support X LGBTQ in-school resources | −0.00 (0.03) | −0.00 | −0.03 (0.03) | −0.01 |
| Identity-based harassment X School personnel support X LGBTQ in-school resources | 0.08 (0.02) ** | 0.03 | 0.03 (0.02) | 0.01 |
| $R^2$ Grade level 6-8 | 0.13 *** | | 0.11 *** | |

Case: 1:26-cv-00351-MWM Doc #: 41-4 Filed: 08/21/26 Page: 160 of 163 PAGEID #: 3149



| | Depressive Symptoms | | Anxiety Symptoms | |
|---|---|---|---|---|
| Variable | *b (SE)* | *β* | *b (SE)* | *β* |
| $R^2$ Grade level 9-12 | 0.11*** | | 0.10*** | |

*Note.* Unstandardized and standardized coefficients are shown from the model in which paths were constrained to be equal across both grade level groups. SGDY = sexual and gender diverse youth; LGBTQ = lesbian, gay, bisexual, transgender, and queer.

*** $p < .001$

** $p < .01$

* $p < .05$

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript



OHSD No. 1:26-cv-00351 MS00186

THE TREVOR PROJECT
*Saving Young LGBTQ Lives*

# The Trevor Project Research Brief: Accepting Adults Reduce Suicide Attempts Among LGBTQ Youth

***June 2019***

## Summary

The Center for Disease Control and Prevention's Youth Risk Behavior Surveillance Survey (YRBS) highlights high rates of adverse mental health indicators among lesbian, gay, bisexual, transgender, and questioning (LGBTQ) students, including increased depressive symptoms, increased rates of seriously considering suicide, and increased rates of attempted suicide (Johns et al., 2019; Kann et al., 2018). According to the minority stress model, mental health disparities among LGBTQ youth result from increased experiences of discrimination and rejection from others (Meyers, 2003). It is hypothesized that increased support from others can serve as a protective factor, decreasing the risk for negative mental health outcomes among LGBTQ youth. Previous research has found a link between support from others and reduced suicide attempts among lesbian, gay, and bisexual youth (Goodenow et al., 2006). However, that research was conducted with a sample of approximately 200 youth and focused solely on the role of support from adults at school on youth who identify as lesbian, gay, or bisexual. This brief draws from The Trevor Project's National Survey on LGBTQ Youth Mental Health (The Trevor Project, 2019) to examine the impact of acceptance from multiple types of adults on reducing suicide attempts among LGBTQ youth. Using data from thousands of respondents, this research shows that youth with at least one accepting adult were significantly less likely to report a suicide attempt.

## Results

**LGBTQ youth who report having at least one accepting adult were 40% less likely to report a suicide attempt in the past year.** Nearly 80% of youth who completed The Trevor Project's National Survey on LGBTQ Youth Mental Health reported disclosing their sexual orientation to at least one adult. Among those who disclosed to at least one adult, 79% had at least one adult who was accepting of them. Over one-quarter of LGBTQ youth who did not have at least one accepting adult in their life reported attempting suicide in the past year compared to 17% of those with at least one accepting adult. The positive impact of acceptance from at least one adult on past year suicide attempt was statistically significant (OR=.60, $p<.001$). Importantly, this analysis also controlled for the effects of race/ethnicity, age, and gender identity on suicide attempts in the past year.



## Methodology

A quantitative cross-sectional design was used to collect data through an online survey platform between February and September 2018. A sample of LGBTQ youth ages 13–24 who resided in the United States were recruited via targeted ads on social media. A total of 34,808 youth consented to complete The Trevor Project's 2019 National Survey on LGBTQ Youth Mental Health with a final analytic sample of 25,896. The current analyses focused on the 20,202 youth who reported disclosing their sexual orientation to at least one adult. Youth were first asked whether they had disclosed their sexual orientation to any of the following adults: parent, family member other than a parent or sibling, teacher or guidance counselor, and doctor or other healthcare provider. As a follow-up, youth were asked to what extent they were accepted by the adult(s) to whom they disclosed their sexual orientation. A variable was created that indicated whether youth felt accepted by one or more of the adults to whom they disclosed or did not feel accepted by any adult(s) to whom they disclosed. Past year suicide attempt was assessed with the question "During the past 12 months, did you actually attempt suicide?," which was asked of youth who reported having seriously considered suicide in the past 12 months. A logistic regression model was utilized to predict past year suicide attempt based on the presence of an accepting adult while controlling for the impact of youth age, gender identity, and race/ethnicity.

## Looking Ahead

Increased minority stress, often in the form of rejection and discrimination, is thought to be the primary reason for the adverse mental health outcomes observed among LGBTQ youth (Meyers, 2003). While research about LGBTQ youth has examined the impact of accepting parents, this study shows that *any* accepting adult can reduce the risk of suicide attempts for LGBTQ youth. Although some adults may be reluctant to reach out to youth, these findings suggest that youth would benefit considerably from increased acceptance from adults. Future research should continue to explore the ways adults can take proactive steps to positively impact the lives of LGBTQ youth.

At The Trevor Project, our crisis services team works 24/7 to be a supportive and accepting adult for LGBTQ youth in crisis. We also provide trainings for adults, including professionals who work with youth. These trainings help counselors, educators, school nurses, social workers, and other adults understand the diverse and unique needs of LGBTQ youth and discuss LGBTQ-competent suicide prevention so they might be able to serve in a life-saving capacity for youth.

**References**

Goodenow, C., Szalacha, L., & Westheimer, K. (2006). School support groups, other school factors, and the safety of sexual minority adolescents. Psychology in the Schools, *43*(5), 573-589.

Johns M.M,. Lowry R., Andrzejewski J., et al. (2019). Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students — 19 States and Large Urban School Districts, 2017. MMWR Morbidity & Mortality Weekly Report, *68*, 67–71.

Kann, L., McManus, T., Harris, W.A., Shanklin, S.L., Flint, K.H.,Queen, B., et al. (2018). Youth risk behavior surveillance-United States, 2017. *Morbidity and Mortality Weekly Report Surveillance Summaries, 67*(8), 1-114.

Meyer, I.H. (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: conceptual issues and research evidence. *Psychological Bulletin, 129*( 5), 674-697.

The Trevor Project. (2019). *National Survey on LGBTQ Mental Health*. New York, New York: The Trevor Project.