**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| GEORGE McINTYRE, | Case No. 1:26-cv-00351-MWM |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| LITTLE MIAMI LOCAL SCHOOL DISTRICT, et al., | |
| Defendants. | |

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**UNREDACTED AFFIANT 29-31 DEPOSITION TRANSCRIPT AND EXHIBITS UNDER SEAL**

Defendants' counsel conferred with Plaintiff's counsel, who confirmed that Plaintiff does not oppose the relief requested. Defendants respectfully move for leave to file under seal the complete unredacted deposition transcript and exhibits for the Affiant at 29-31 taken consistent with the notation order of 8/12/2026.

Plaintiff previously obtained leave to file unredacted copies of Documents 25-1, 25-27, and 25-31 under seal while filing public redacted copies. (Aug. 5, 2026 Notation Order.) Defendants sought clarification or partial reconsideration. (Doc. 32.) The Court denied that request and expressly found, after thoroughly considering the redactions, that they comport with *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299 (6th Cir. 2016). (Aug. 6, 2026 Notation Order.) Plaintiff requested corresponding redactions in the deposition transcript and exhibits for Affiant 29-31 as filed as were previously approved by the Court. As a result, Defendants request the Court grant leave to file the complete unredacted deposition transcript and exhibits under seal.

Respectfully submitted,

/s/ Omar Tarazi_________
Omar Tarazi (0084165)
5635 Sandbrook Lane
Hilliard, Ohio 43026
Ph: (614) 226-2823
otarazi@tarazilaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, a copy of the foregoing was filed and served upon all counsel of record via the Court's CM/ECF system.

/s/ Omar Tarazi_______
Omar Tarazi (0084165)