**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

GEORGE McINTYRE,

Plaintiff,

v.

LITTLE MIAMI LOCAL SCHOOL DISTRICT, et al.,

Defendants.

Case No. 1:26-cv-00351-MWM

Judge Matthew W. McFarland

**ENTRY GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNREDACTED AFFIANT 29-31 DEPOSITION TRANSCRIPT AND EXHIBITS UNDER SEAL**

This matter is before the Court on Defendants' Unopposed Motion for Leave to File Unredacted Affiant 29-31 Deposition Transcript and Exhibits Under Seal. For good cause shown, and consistent with the Court's August 5 and August 6, 2026 Notation Orders and *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299 (6th Cir. 2016), the Motion is GRANTED.

Defendants SHALL FILE the complete unredacted Affiant 29-31 Deposition Transcript and Exhibits UNDER SEAL.

IT IS SO ORDERED.

________________________________
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE