**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

| | | |
|---|---|---|
| GEORGE MCINTYRE, | : | Case No. 1:26-cv-351 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| LITTLE MIAMI LOCAL SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL (Doc. 42)**

This matter is before the Court on Defendants' Unopposed Motion for Leave to File Under Seal (Doc. 42), wherein Defendants seek leave to file a complete, unredacted deposition transcript and associated exhibits (together, the "Affidavit") under seal. A redacted version of the Affidavit has previously been filed as Exhibit 31 in support of Plaintiff's Motion for Summary Judgment (Doc. 26). (*See* Redacted Affidavit, Doc. 29-31.)

Federal courts have long recognized a strong presumption in favor of openness which can be overcome only by "the most compelling reasons." *Shane Grp. Inc. v. Blue Cross Blue Shield*, 825 F.3d 299, 305-06 (6th Cir. 2016). "To meet this burden, the party must show three things: (1) a compelling interest in sealing the records; (2) that the interest in sealing outweighs the public's interest in accessing the records; and (3) that the request is narrowly tailored." *Kondash v. Kia Motors Am., Inc.*, 767 F. App'x 635, 637 (6th Cir. 2019). To do so, the party must "analyze in detail, document by document, the propriety of

secrecy, providing reasons and legal citations." *Klingenberg v. Fed. Home Loan Mortg. Co.*, 658 F. App'x. 202, 207-08 (6th Cir. 2016) (citing *Shane Grp.*, 825 F.3d at 305).

Considering the nature of the information contained within the Affidavit, Defendants have demonstrated that (1) compelling interests exist to seal the document, (2) such interests outweigh the publics' interest in accessing the document, and (3) Defendants' request is narrowly tailored. Therefore, Defendants' Unopposed Motion for Leave to File Under Seal (Doc. 42) is **GRANTED**. Defendant **SHALL FILE** the Affidavit under seal.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: Matthew W. McFarland
JUDGE MATTHEW W. McFARLAND