**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| GEORGE MCINTYRE, | : | Case No. 1:26-cv-351 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| LITTLE MIAMI SCHOOL DISTRICT, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:**
1. Plaintiff's Motion for Preliminary Injunction (Doc. 3) is DENIED AS MOOT;
2. Defendants' Motion to Dismiss (Doc. 10) is DENIED AS MOOT;
3. Plaintiff's Motion for Summary Judgment (Doc. 26) is DENIED;
4. Plaintiff's Motion to Accelerate Trial and Combine Trial (Doc. 27) is DENIED AS MOOT;
5. Defendants' Motion for Leave to File Supplemental Memorandum (Doc. 38) is DENIED AS MOOT;
6. Defendants' Motion for Summary Judgment (Doc. 43) is GRANTED;
7. Summary judgment is ENTERED in favor of Defendants on Plaintiff's Declaratory Judgment- Violation of Free Speech under 42 U.S.C. § 1983 claim against them; and
8. This matter is TERMINATED from the Court's docket.

Dated: November 9, 2026.

Richard W. Nagel, Clerk of Court
By: *<u>/s/ Kellie A. Fields</u>*
Deputy Clerk